# EXHIBIT B

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

JAMES G. TOUHEY, JR.
Director
STEPHEN R. TERRELL (CA Bar No. 210004)
Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 888
Washington, DC  20044
Telephone:    (202) 353-1651
Facsimile:    (202) 616-5200
Email:        stephen.terrell2@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br><br>                Plaintiff,<br><br>        -against-<br><br>DONALD J. TRUMP, in his personal capacity,<br><br>                Defendant. | **ECF Case**<br><br>No. _____ |

### CERTIFICATION OF THE DIRECTOR OF THE TORTS BRANCH
### CIVIL DIVISION, UNITED STATES DEPARTMENT OF JUSTICE

I, James G. Touhey, Jr., am the Director of the Torts Branch, Civil Division, United States Department of Justice, responsible for most civil litigation under the Federal Tort Claims Act.  I have read the complaint dated November 4, 2019, in the above-captioned case.  Pursuant to 28 U.S.C. § 2679, and by virtue of the authority vested in me pursuant to 28 C.F.R. § 15.4, I hereby certify, on the basis of the information now available with respect to the incidents alleged

in the complaint, that Defendant Donald J. Trump was acting within the scope of his office as the President of the United States at the time of the alleged conduct.

Dated this 8th day of September, 2020.

_____
JAMES G. TOUHEY, JR.
Director, Torts Branch
Civil Division, United States Department of Justice