**CERTIFICATE OF SERVICE**

      I hereby certify that, on September 8, 2020, I served the attached documents, pursuant to Local Civil Rule 5.3, by Federal Express, as well as by electronic mail, as follows:

      Robert A. Kaplan
      Matthew J. Craig
      Martha E. Fitzgerald
      Gabrielle E. Tenzer
      Louis W. Fisher
      Joshua A. Matz
      KAPLAN, HECKER & FINK, LLP
      350 Fifth Avenue, Suite 7110
      New York, NY 10118
      *rkaplan@kaplanhecker.com*
      *mcraig@kaplanhecker.com*
      *mfitzgerals@kaplanhecker.com*
      *gtenzer@kaplanhecker.com*
      *lfisher@kaplanhecker.com*
      *jmatz@kaplanhecker.com*

      Attorneys for Plaintiff

      Marc E. Kasowitz
      Christine A. Montenegro
      Paul J. Burgo
      KASOWITZ, BENSON & TORRES, LLP
      1633 Broadway
      New York, NY  10019
      *mkasowitz@kasowitz.com*
      *cmontenegro@kasowitz.com*
      *pburgo@kasowitz.com*

      Attorneys for Donald J. Trump

                                     S/ Stephen R. Terrell
                                      Stephen R. Terrell