JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

JAMES G. TOUHEY, JR.
Director
STEPHEN R. TERRELL (CA Bar No. 210004)
Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 888
Washington, DC  20044
Telephone:     (202) 353-1651
Facsimile:     (202) 616-5200
Email:         stephen.terrell2@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br><br>      Plaintiff,<br><br>  -against-<br><br>DONALD J. TRUMP, in his personal capacity,<br><br>      Defendant. | **ECF Case**<br><br>No. __1:20-cv-7311__ |

**NOTICE OF MOTION TO SUBSTITUTE THE UNITED STATES AS DEFENDANT**

    TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD, PLEASE TAKE NOTICE that the United States hereby moves, pursuant to 28 U.S.C. § 2679(d)(2), Fed. R. Civ. P. 21, and Local Civil Rule 7.1 for an order substituting the United States as defendant for President Donald J. Trump.  This motion is supported by the attached memorandum of point and authorities, the attached declaration of Stephen Terrell, any arguments or evidence presented in reply, and all arguments and evidence presented at a hearing or with leave of Court.

| | |
|---|---|
| Dated: September 8, 2020 | JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General<br>Civil Division<br><br>JAMES G. TOUHEY, JR.<br>Director<br><br>S/ Stephen R. Terrell<br>STEPHEN R. TERRELL (CA Bar No. 210004)<br>Attorney<br>Torts Branch, Civil Division<br>United States Department of Justice<br>P.O. Box 888<br>Washington, DC 20044<br>Telephone: (202) 353-1651<br>Facsimile: (202) 616-5200<br>Email: stephen.terrell2@usdoj.gov |