UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br><br>                    *Plaintiff*,<br><br>        *v.*<br><br>UNITED STATES OF AMERICA,<br><br>                    *Defendant*. | No. 1:20-cv-07311 |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

      Please enter my appearance as counsel for Plaintiff E. Jean Carroll in the above-captioned action.  I certify that I am admitted to practice in this Court.

      This appearance is entered without conceding the jurisdiction of the federal courts or the propriety of the removal petition.  We reserve all rights.

Dated:  New York, New York
          September 8, 2020

                                                  /s/ Roberta A. Kaplan
                                                  Roberta A. Kaplan
                                                  KAPLAN HECKER & FINK LLP
                                                  350 Fifth Avenue, Suite 7110
                                                  New York, New York 10118
                                                  Telephone: (212) 763-0883
                                                  Facsimile: (212) 564-0883
                                                  rkaplan@kaplanhecker.com

                                                  *Counsel for Plaintiff E. Jean Carroll*