UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E. JEAN CARROLL,

     *Plaintiff*,

   v.

UNITED STATES OF AMERICA,

     *Defendant*.

No. 1:20-cv-07311

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

 Please enter my appearance as counsel for Plaintiff E. Jean Carroll in the above-captioned action. I certify that I am admitted to practice in this Court.

 This appearance is entered without conceding the jurisdiction of the federal courts or the propriety of the removal petition. We reserve all rights.

Dated: New York, New York
   September 8, 2020

            /s/ Joshua Matz
            Joshua Matz
            KAPLAN HECKER & FINK LLP
            350 Fifth Avenue, Suite 7110
            New York, New York 10118
            Telephone: (212) 763-0883
            Facsimile: (212) 564-0883
            jmatz@kaplanhecker.com

            *Counsel for Plaintiff E. Jean Carroll*