# EXHIBIT C

Case Caption:   **E. Jean Carroll v. Donald J. Trump**
Judge Name:   **Verna L Saunders**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS | Processed | 11/04/2019 | Kaplan, R. |
| 2 | COMPLAINT | Processed | 11/04/2019 | Kaplan, R. |
| 3 | AFFIRMATION<br>Affirmation of Roberta A. Kaplan re Identification of Related Case | Processed | 11/08/2019 | Kaplan, R. |
| 4 | RJI -RE: OTHER EX PARTE APPLICATION<br>RJI re Identification of Related Case, Identification, without notice, of the related case Summer Ze | Processed | 11/08/2019 | Kaplan, R. |
| 5 | EXPARTE ORDER  (PROPOSED)<br>Proposed Order Permitting Alternative Service | Processed | 11/08/2019 | Kaplan, R. |
| 6 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP<br>Affirmation of Roberta A. Kaplan in Support of Ex Parte Application for an Order Permitting Alternat | Processed | 11/08/2019 | Kaplan, R. |
| 7 | EXHIBIT(S)<br>Summons and Complaint | Processed | 11/08/2019 | Kaplan, R. |
| 8 | EXHIBIT(S)<br>Donald J. Trump New York Voter Registration | Processed | 11/08/2019 | Kaplan, R. |
| 9 | EXHIBIT(S)<br>Affidavits re Nov. 4 Service Attempt at Trump Tower | Processed | 11/08/2019 | Kaplan, R. |
| 10 | EXHIBIT(S)<br>Affidavits re Nov. 5 Service Attempt at Trump Tower | Processed | 11/08/2019 | Kaplan, R. |
| 11 | EXHIBIT(S)<br>Affidavits re Nov. 6 Service Attempt at Trump Tower (Morning) | Processed | 11/08/2019 | Kaplan, R. |
| 12 | EXHIBIT(S)<br>Affidavits re Nov. 6 Service Attempt at Trump Tower (Evening) | Processed | 11/08/2019 | Kaplan, R. |
| 13 | EXHIBIT(S)<br>Affidavit re Nov. 6 at White House | Processed | 11/08/2019 | Kaplan, R. |
| 14 | EXHIBIT(S)<br>Email from R. Kaplan to M. Kasowitz | Processed | 11/08/2019 | Kaplan, R. |
| 15 | ORDER - EXPARTE<br>Ex parte order for alternate service signed 11/12/19 | Processed | 11/13/2019 | Court User |
| 16 | NOTICE OF APPEARANCE (POST RJI)<br>Notice of Appearance for Matthew J. Craig | Processed | 11/13/2019 | Craig, M. |
| 17 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affirmation of Service of Summons, Complaint, Notice of Mandatory E-Filing, and Order Permitting Alt | Processed | 11/13/2019 | Craig, M. |
| 18 | NOTICE OF APPEARANCE (POST RJI)<br>Notice of Appearance for Martha E. Fitzgerald | Processed | 11/13/2019 | Fitzgerald, M. |
| 19 | NOTICE OF APPEARANCE (POST RJI) | Processed | 11/25/2019 | Rosen, L. |
| 20 | STIPULATION - BRIEFING SCHEDULE | Processed | 11/26/2019 | Rosen, L. |
| 21 | NOTICE OF APPEARANCE (POST RJI)<br>Notice of Appearance for Gabrielle E. Tenzer | Processed | 11/26/2019 | Tenzer, G. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 22 | LETTER/CORRESPONDENCE - SO ORDERED | Processed | 12/03/2019 | Court User |
| 23 | LETTER / CORRESPONDENCE TO JUDGE<br>Letter to Hon. Deborah A. Kaplan | Processed | 12/03/2019 | Kaplan, R. |
| 24 | EXHIBIT(S)<br>Affirmation of Roberta A. Kaplan re Identification of Related Case | Processed | 12/03/2019 | Kaplan, R. |
| 25 | LETTER APPLICATION TO ADMINISTRATIVE JUDGE REQUESTING ASSIGNMENT (RELATED ACTION)<br>In response to plaintiff's 12/3/19 letter to Justice Kaplan | Processed | 12/05/2019 | Rosen, L. |
| 26 | LETTER / CORRESPONDENCE TO JUDGE<br>Letter to Hon. Deborah A. Kaplan re Defendant's 12/5/2019 Letter | Processed | 12/05/2019 | Kaplan, R. |
| 27 | ORDER - PRELIMINARY CONFERENCE | Processed | 12/12/2019 | Court User |
| 28 | ORDER TO SHOW CAUSE ( PROPOSED ) | Processed | 01/03/2020 | Rosen, L. |
| 29 | AFFIDAVIT OR AFFIRMATION IN SUPPORT | Processed | 01/03/2020 | Rosen, L. |
| 30 | EXHIBIT(S)<br>Plaintiff's Complaint | Processed | 01/03/2020 | Rosen, L. |
| 31 | EXHIBIT(S)<br>11-13-19 ex parte order | Processed | 01/03/2020 | Rosen, L. |
| 32 | EXHIBIT(S)<br>Preliminary Conference Order | Processed | 01/03/2020 | Rosen, L. |
| 33 | MEMORANDUM OF LAW IN SUPPORT | Processed | 01/03/2020 | Rosen, L. |
| 34 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO ORDER TO SHOW CAUSE<br>Affirmation of Roberta A. Kaplan in Opposition to Defendant's Proposed Order to Stay Discovery | Processed | 01/06/2020 | Kaplan, R. |
| 35 | ORDER TO SHOW CAUSE - DECLINED/WITHDRAWN | Processed | 01/08/2020 | Court User |
| 36 | DECISION + ORDER ON MOTION | Processed | 01/10/2020 | Court User |
| 37 | NOTICE OF ENTRY<br>Decision and Order Denying Defendant's Proposed Order to Show Cause | Processed | 01/13/2020 | Kaplan, R. |
| 38 | STIPULATION - OTHER - ( REQUEST TO SO ORDER )<br>[Proposed] Order and Stipulated Briefing Schedule | Processed | 02/03/2020 | Rosen, L. |
| 39 | STIPULATION - SO ORDERED | Processed | 02/04/2020 | Court User |
| 40 | NOTICE OF APPEARANCE (POST RJI)<br>Notice of Appearance of Marc E. Kasowitz | Processed | 02/04/2020 | Kasowitz, M. |
| 41 | NOTICE OF APPEARANCE (POST RJI)<br>Notice of Appearance of Christine A. Montenegro | Processed | 02/04/2020 | Montenegro, C. |
| 42 | NOTICE OF APPEARANCE (POST RJI)<br>Notice of Appearance of Paul J. Burgo | Processed | 02/04/2020 | Burgo, P. |
| 43 | NOTICE OF MOTION<br>Notice of Motion to Stay Proceedings | Processed | 02/04/2020 | Kasowitz, M. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 44 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION<br>Affirmation Of Marc E. Kasowitz | Processed | 02/04/2020 | Kasowitz, M. |
| 45 | EXHIBIT(S)<br>RJI Submissions | Processed | 02/04/2020 | Kasowitz, M. |
| 46 | EXHIBIT(S)<br>Preliminary Conference Order | Processed | 02/04/2020 | Kasowitz, M. |
| 47 | EXHIBIT(S)<br>Letter from the Court of Appeals | Processed | 02/04/2020 | Kasowitz, M. |
| 48 | EXHIBIT(S)<br>So-Ordered Stipulation | Processed | 02/04/2020 | Kasowitz, M. |
| 49 | MEMORANDUM OF LAW IN SUPPORT<br>Memorandum Of Law Of President Donald J. Trump In Support Of Motion For A Stay Of Proceedings | Processed | 02/04/2020 | Kasowitz, M. |
| 50 | STIPULATION - BRIEFING SCHEDULE<br>Proposed Order and Stipulated Schedule for Motion to Stay Briefing | Processed | 02/06/2020 | Kaplan, R. |
| 51 | STIPULATION - SO ORDERED | Processed | 02/10/2020 | Court User |
| 52 | STIPULATION - ADJOURNMENT OF MOTION -IN SUBMISSIONS PART -RM 130<br>Adjourn to February 28, 2020 | Processed | 02/11/2020 | Mcpartland, P. |
| 53 | NOTICE OF APPEARANCE (POST RJI) | Processed | 02/18/2020 | Fisher, L. |
| 54 | MEMORANDUM OF LAW IN OPPOSITION | Processed | 02/18/2020 | Kaplan, R. |
| 55 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION | Processed | 02/18/2020 | Kaplan, R. |
| 56 | EXHIBIT(S)<br>Plaintiffs First Notice to Submit to Physical Examination | Processed | 02/18/2020 | Kaplan, R. |
| 57 | EXHIBIT(S)<br>Discovery Stipulation filed in Zervos v. Trump | Processed | 02/18/2020 | Kaplan, R. |
| 58 | EXHIBIT(S)<br>Ltr. from Beth A. Wilkinson, Esq., to John P. Asiello, Esq., Clerk of Court, New York State Court of | Processed | 02/18/2020 | Kaplan, R. |
| 59 | EXHIBIT(S)<br>Notice of Motion filed in Zervos v. Trump (1st Dep't) | Processed | 02/18/2020 | Kaplan, R. |
| 60 | EXHIBIT(S)<br>Order Granting Defendant's Motion for Leave to Appeal in Zervos v. Trump (1st Dep't) | Processed | 02/18/2020 | Kaplan, R. |
| 61 | EXHIBIT(S)<br>Ltr. from John P. Asiello, Esq., Clerk of Court, New York State Court of Appeals, to Beth A. Wilkins | Processed | 02/18/2020 | Kaplan, R. |
| 62 | EXHIBIT(S)<br>Ltr. from Marc E. Kasowitz, Esq., to John P. Asiello, Esq., Clerk of Court, New York State Court of | Processed | 02/18/2020 | Kaplan, R. |
| 63 | EXHIBIT(S)<br>Ltr. from Joan Levenson, Esq., Principal Law Clerk to Administrative Judge Deborah A. Kaplan, to Rob | Processed | 02/18/2020 | Kaplan, R. |
| 64 | EXHIBIT(S)<br>Email from Erin Hobday to E. Jean Carroll | Processed | 02/18/2020 | Kaplan, R. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 65 | EXHIBIT(S)<br>Memorandum of Law in Support of Defendant's Motion to Dismiss and Strike the Complaint | Processed | 02/18/2020 | Kaplan, R. |
| 66 | AFFIDAVIT OR AFFIRMATION IN REPLY<br>Reply Affirmation Of Marc E. Kasowitz | Processed | 02/28/2020 | Kasowitz, M. |
| 67 | EXHIBIT(S)<br>What Happened Between E. Jean Carroll and Elle Magazine | Processed | 02/28/2020 | Kasowitz, M. |
| 68 | EXHIBIT(S)<br>Def. Answer | Processed | 02/28/2020 | Kasowitz, M. |
| 69 | EXHIBIT(S)<br>Decision Granting Leave to Appeal | Processed | 02/28/2020 | Kasowitz, M. |
| 70 | MEMORANDUM OF LAW IN REPLY<br>Defendants Reply Memorandum Of Law In Further Support Of Motion For A Stay | Processed | 02/28/2020 | Kasowitz, M. |
| 71 | LETTER / CORRESPONDENCE TO JUDGE<br>Letter from Roberta A. Kaplan to Hon. Verna L. Saunders | Processed | 03/02/2020 | Kaplan, R. |
| 72 | EXHIBIT(S)<br>Complaint in Donald J. Trump for President, Inc. v. The New York Times Company | Processed | 03/02/2020 | Kaplan, R. |
| 73 | LETTER / CORRESPONDENCE TO JUDGE<br>Letter from Roberta A. Kaplan to Hon. Verna L. Saunders | Processed | 03/06/2020 | Kaplan, R. |
| 74 | EXHIBIT(S)<br>Complaint in Donald J. Trump for President, Inc. v. WP Company LLC | Processed | 03/06/2020 | Kaplan, R. |
| 75 | EXHIBIT(S)<br>Complaint in Donald J. Trump for President, Inc. v. CNN Broadcasting, Inc. | Processed | 03/06/2020 | Kaplan, R. |
| 76 | LETTER / CORRESPONDENCE TO JUDGE<br>In Response to Plaintiff's letters to the Court, dated March 2 and March 6, 2020 | Processed | 03/10/2020 | Burgo, P. |
| 77 | LETTER / CORRESPONDENCE TO JUDGE<br>In Response to Defendant's Letter to the Court Dated March 10, 2020 | Processed | 03/11/2020 | Kaplan, R. |
| 78 | LETTER / CORRESPONDENCE TO JUDGE<br>Letter addressed to Justice Verna L. Saunders From Paul J. Burgo dated March 11, 2020  in response t | Processed | 03/11/2020 | Burgo, P. |
| 79 | URGENT - COURT APPEARANCE UPDATE | Processed | 03/20/2020 | Court User |
| 80 | NOTICE | Processed | 04/14/2020 | Court User |
| 81 | NOTICE OF APPEARANCE (POST RJI)<br>Notice of Appearance for Joshua A. Matz | Processed | 06/15/2020 | Matz, J. |
| 82 | NOTICE OF MOTION<br>Notice of Motion to Strike an Affirmative Defense | Processed | 06/15/2020 | Kaplan, R. |
| 83 | AFFIRMATION<br>Affirmation of Roberta A. Kaplan in Support of Plaintiffs Motion to Strike an Affirmative Defense | Processed | 06/15/2020 | Kaplan, R. |
| 84 | EXHIBIT(S)<br>Logo for The Apprentice | Processed | 06/15/2020 | Kaplan, R. |

NYSCEF
New York County Supreme Court

Case 1:20-cv-07311-LAK   Document 6-3   Filed 09/09/20   Page 6 of 7

**Document List**
Index # 160694/2019

Created on:09/04/2020 07:49 PM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 85 | EXHIBIT(S) <br> Entity information page for The Trump Corporation | Processed | 06/15/2020 | Kaplan, R. |
| 86 | EXHIBIT(S) <br> Entity information page for The Trump Organization, Inc. | Processed | 06/15/2020 | Kaplan, R. |
| 87 | EXHIBIT(S) <br> Federal Election Commission filing by Donald J. Trump for President, Inc. | Processed | 06/15/2020 | Kaplan, R. |
| 88 | EXHIBIT(S) <br> Reports titled Expenditures Pursuant to the Presidential Protection Assistance Act of 1976 | Processed | 06/15/2020 | Kaplan, R. |
| 89 | EXHIBIT(S) <br> Certified transcript of June 1, 2020 telephone call involving Defendant Donald J. Trump | Processed | 06/15/2020 | Kaplan, R. |
| 90 | EXHIBIT(S) <br> Florida Voter Registration Applications signed by Donald J. Trump | Processed | 06/15/2020 | Kaplan, R. |
| 91 | EXHIBIT(S) <br> Declaration of Use Agreement between the Town of Palm Beach, the Mar-a-Lago Club, Inc., and Donald J | Processed | 06/15/2020 | Kaplan, R. |
| 92 | MEMORANDUM OF LAW <br> Memorandum of Law in Support of Plaintiffs Motion to Strike an Affirmative Defense | Processed | 06/15/2020 | Kaplan, R. |
| 93 | LETTER / CORRESPONDENCE TO JUDGE <br> Notice of Voluntary Withdrawal of Affirmative Defense | Processed | 06/29/2020 | Mcpartland, P. |
| 94 | LETTER / CORRESPONDENCE TO JUDGE <br> In Response to Defendant's Notice of Voluntary Withdrawal of Affirmative Defense | Processed | 06/29/2020 | Kaplan, R. |
| 95 | EXHIBIT(S) <br> Correspondence Between Counsel Regarding Stipulation | Processed | 06/29/2020 | Kaplan, R. |
| 96 | DECISION + ORDER ON MOTION | Processed | 07/01/2020 | Court User |
| 97 | LETTER / CORRESPONDENCE TO JUDGE <br> Letter from Roberta A. Kaplan Regarding the Supreme Courts Rejection of Presidential Immunity in Tru | Processed | 07/10/2020 | Kaplan, R. |
| 98 | EXHIBIT(S) <br> Trump v. Vance Opinion | Processed | 07/10/2020 | Kaplan, R. |
| 99 | LETTER / CORRESPONDENCE TO JUDGE <br> Letter in Response to Plaintiffs Letter to the Court, dated July 10, 2020 | Processed | 07/14/2020 | Kasowitz, M. |
| 100 | EXHIBIT(S) <br> Exhibit 1  Brief for Defendant-Appellant in Zervos v. Trump | Processed | 07/14/2020 | Kasowitz, M. |
| 101 | LETTER / CORRESPONDENCE TO JUDGE <br> Letter in Response to Defendant's Letter to the Court, dated July 14, 2020 | Processed | 07/15/2020 | Kaplan, R. |
| 102 | EXHIBIT(S) <br> Trump v. Mazars Opinion | Processed | 07/15/2020 | Kaplan, R. |
| 103 | LETTER / CORRESPONDENCE TO JUDGE <br> Letter in Response to Plaintiffs Letter to the Court, dated July 15, 2020 | Processed | 07/16/2020 | Kasowitz, M. |
| 104 | EXHIBIT(S) <br> Reply Brief for Defendant-Appellant in Zervos v. Trump | Processed | 07/16/2020 | Kasowitz, M. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 105 | LETTER / CORRESPONDENCE TO JUDGE<br>Letter from Roberta A. Kaplan Regarding Submission Made By Summer Zervos to the Court of Appeals in | Processed | 07/17/2020 | Kaplan, R. |
| 106 | EXHIBIT(S)<br>Submission to the Court of Appeals in Zervos v. Trump | Processed | 07/17/2020 | Kaplan, R. |
| 107 | SUBSTITUTION OF ATTORNEY (POST RJI) | Processed | 07/24/2020 | Mcpartland, P. |
| 108 | LETTER / CORRESPONDENCE TO JUDGE<br>Letter from Marc E. Kasowitz to Judge Verna L. Saunders dated July 28, 2020 re: President's response | Processed | 07/28/2020 | Kasowitz, M. |
| 109 | EXHIBIT(S)<br>President's response to the July 16, 2020 letter to the Court of Appeals | Processed | 07/28/2020 | Kasowitz, M. |
| 110 | DECISION + ORDER ON MOTION | Processed | 08/06/2020 | Court User |
| 111 | NOTICE OF ENTRY<br>Notice of Entry of Decision and Order Denying Defendant's Motion to Stay | Processed | 08/08/2020 | Kaplan, R. |