# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL   212.763.0884
DIRECT EMAIL  rkaplan@kaplanhecker.com

September 10, 2020

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street
New York, New York 10007

      Re:    *Carroll v. Trump*, 20-cv-07311 (LAK) (JLC)

Dear Judge Kaplan:

    We represent Plaintiff E. Jean Carroll in this case.

    In accordance with Your Honor's Individual Rules & Practices in Civil Cases, we write to request a scheduling conference to discuss a briefing schedule for our anticipated opposition to Defendant's Motion to Substitute Party (ECF 3) filed on September 8, 2020.

    Your Honor's attention to this matter is greatly appreciated.

                                        Respectfully submitted,

                                        Roberta A. Kaplan, Esq.

cc: Counsel of Record (by ECF)