# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

**MEMO ENDORSED**

DIRECT DIAL   212.763.0884
DIRECT EMAIL   rkaplan@kaplanhecker.com

September 10, 2020

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street
New York, New York 10007

    Re:    *Carroll v. Trump*, 20-cv-07311 (LAK) (JLC)

Dear Judge Kaplan:

    We represent Plaintiff E. Jean Carroll in this case.

    In accordance with Your Honor's Individual Rules & Practices in Civil Cases, we write to request a scheduling conference to discuss a briefing schedule for our anticipated opposition to Defendant's Motion to Substitute Party (ECF 3) filed on September 8, 2020.

    Your Honor's attention to this matter is greatly appreciated.

Respectfully submitted,

*[signature]*

Roberta A. Kaplan, Esq.

cc: Counsel of Record (by ECF)

Granted to the following extent. Counsel shall confer promptly with a view toward reaching agreement on a proposed schedule for consideration by the Court. Any such agreed proposed schedule shall be filed by 3 pm on September 11, 2020. In the event no such agreement is filed by then, counsel shall so advise the Deputy Clerk, Mr. Mohan, and a prompt telephone conference will be scheduled..

*[signature]*

9/10/2020

U.S.D.J.