**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL    212.763.0884
DIRECT EMAIL  rkaplan@kaplanhecker.com

September 11, 2020

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street
New York, New York 10007

      Re:    *Carroll v. Trump*, 20-cv-07311 (LAK) (JLC)

Dear Judge Kaplan:

The parties have met and conferred pursuant to the Court's order of September 10, 2020 (ECF 9).

The parties have agreed to the following briefing schedule:

- October 5, 2020: Deadline for Plaintiff to file Opposition to Motion to Substitute, or in the alternative, Motion to Strike the Attorney General's Certification;

- October 19, 2020: Deadline for the Government to file a reply brief in support of its Motion to Substitute and in Opposition to Plaintiff's Motion to Strike the Attorney General's Certification.

In addition, the parties have discussed Plaintiff's request for targeted discovery into contextual facts concerning Defendant's alleged defamatory statement issued on June 21, 2019. The United States opposes Plaintiff's request for discovery. Plaintiff proposes that the parties assess whether they can reach agreement on a stipulation. *See e.g.,* Stipulation, ECF No. 30-1, *Knight Institute v. Trump*, No. 17-CV-5205 (S.D.N.Y. Sept. 28, 2017). If that does not prove possible, Plaintiff will promptly advise the Court so that any disputes over requested discovery and any motions to modify the briefing schedule can be resolved expeditiously.

KAPLAN HECKER & FINK LLP

2

Respectfully submitted,

Roberta A. Kaplan, Esq.

cc: Counsel of Record (by ECF)