JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

JAMES G. TOUHEY, JR.
Director
STEPHEN R. TERRELL (CA Bar No. 210004)
Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 888
Washington, DC  20044
Telephone:     (202) 353-1651
Facsimile:      (202) 616-5200
Email:            stephen.terrell2@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br><br>                    Plaintiff,<br><br>       -against-<br><br>DONALD J. TRUMP, in his personal capacity,<br><br>                    Defendant. | **ECF Case**<br><br>No. 1:20-cv-7311-LAK-JLC |

# NOTICE OF LODGING

   Attached hereto, the United States lodges the entire state court docket for *Carroll v. Trump*, N.Y. Sup. Ct. No. 160694/2019, as of the time of removal.

| | |
|---|---|
| Dated: September 14, 2020 | JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General<br>Civil Division<br><br>JAMES G. TOUHEY, JR.<br>Director<br><br> S/ Stephen R. Terrell<br>STEPHEN R. TERRELL (CA Bar No. |

- 2 -

        210004)
        Attorney
        Torts Branch, Civil Division
        United States Department of Justice
        P.O. Box 888
        Washington, DC  20044
        Telephone:   (202) 353-1651
        Facsimile:    (202) 616-5200
        Email:        stephen.terrell2@usdoj.gov