



Figure 4. ██████████ reference buccal specimen [#6], packaging and swab before and after sampling.

Forensic Analytical Crime Lab

3777 Depot Road, Suite 403 · Hayward, California 94545-2761 Telephone: 510/266-8100 www.facrimelab.com Fax: 510/887-4451

Case 1:20-cv-07311-LAK   Document 12-4   Filed 09/14/20   Page 2 of 6

FACL Case No. 20190357





Figure 5. ▮▮▮▮▮▮▮▮ reference buccal specimen [#7], packaging and swab before and after sampling.

Forensic Analytical Crime Lab
3777 Depot Road, Suite 403 · Hayward, California 94545-2761 Telephone: 510/266-8100 www.facrimelab.com Fax: 510/887-4451

Page 7 of 37

FACL Case No. 20190357





Figure 6. ▮▮▮▮▮ reference buccal specimen [#8], packaging and swab before and after sampling.

Forensic Analytical Crime Lab
3777 Depot Road, Suite 403 · Hayward, California 94545-2761 Telephone: 510/266-8100 www.facrimelab.com Fax: 510/887-4451

Page 8 of 37

FACL Case No. 20190357

## Item #2 Dress

A black "Donna Karan" brand jacket dress [#2] was submitted to FACL for examination. The packaging for this specimen is shown in Figure 7. The outside and inside surfaces of the dress are shown in Figures 8 through 11. The dress is size 6 and appeared minimally worn. Some apparent animal hairs were noted on the dress. Several scuff/wear marks and/or stains were observed on the outer surface of the dress, most notably the backs of the sleeves. Numerous fluorescent deposits were revealed on the dress with high intensity filtered (450 nm) light. Acid phosphatase activity, a presumptive indication of the presence of semen, was not detected in any of thirty-three fluorescent stains tested on the dress. Various surface areas of the dress were swabbed to collect biological material. Descriptions and processing of the sample swabs taken from the dress are summarized in Table 2. The surface areas swabbed are illustrated in Figures 8 through 10. The sample swabs are shown in Figures 12 through 17. All the swabs were consumed for analysis. The results of these analyses are described below.



Figure 7. Dress [#2], external and nested packaging.

Forensic Analytical Crime Lab
3777 Depot Road, Suite 403 · Hayward, California 94545-2761 Telephone: 510/266-8100 www.facrimelab.com Fax: 510/887-4451

Page 9 of 37

FACL Case No. 20190357



Figure 8.  Dress [#2], outside front showing approximate sample areas A, B, C, D, and E.

Forensic Analytical Crime Lab
3777 Depot Road, Suite 403 · Hayward, California 94545-2761 Telephone: 510/266-8100 www.facrimelab.com Fax: 510/887-4451

Page 10 of 37

FACL Case No. 20190357



Figure 9.  Dress [#2], outside back showing approximate sample areas A, B, C, and D.

Forensic Analytical Crime Lab

3777 Depot Road, Suite 403 · Hayward, California 94545-2761 Telephone: 510/266-8100 www.facrimelab.com Fax: 510/887-4451

Page 11 of 37