# EXHIBIT B

FILED: NEW YORK COUNTY CLERK 11/08/2019 09:29 AM INDEX NO. 160694/2019
NYSCEF DOC. NO. 8 RECEIVED NYSCEF: 11/08/2019



# NYSVoter Public Information - Voter Registration and Poll Site Search Results

Close

County BOE Contact Information

## Polling Place Information

**Early Voting Poll Site**

For Early Voting locations and times in your area, please follow this link through to your county Board of Elections website County BOE Contact Information

**Election Day Poll Site**

**Please click on the following link to find your polling place**

**https://nyc.pollsitelocator.com/search**

## Voter Information

| | |
|---|---|
| **Name** | : DONALD J TRUMP |
| **Residential Address** | : 721 5 AVENUE PH, NEW YORK, NY 10022-1002 |
| **Mailing Address (if any)** | : |
| **Political Party** | : Republican |
| **Voter Status** | : Active |

## Voter District Information

| | | | |
|---|---|---|---|
| **Election District** | : 46 | **County Legislative District** | : 0 |
| **Senate District** | : 28 | **Assembly District** | : 73 |
| **Congressional District** | : 12 | **Town** | : NEW YORK |
| **Ward** | : | | |