# EXHIBIT C

Form 09 - AFFIDAVIT OF ATTEMPTED SERVICE

**KAPLAN HECKER & FINK LLP**
SUPREME COURT NEW YORK COUNTY STATE OF NEW YORK

E. JEAN CARROLL

PLAINTIFF

- vs -

DONALD J. TRUMP, IN HIS PERSONAL CAPACITY

DEFENDANT

index No. **160694/2019**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK** :SS:

**MICHAEL ROTH** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
**That on**
**11/04/2019, 2:46PM**

deponent attempted to make personal service of a true copy of the **REQUEST FOR JUDICIAL INTERVENTION, AFFIRMATION SUPPLEMENTING RJI** in the above entitled action upon **DONALD J. TRUMP the DEFENDANT at**
**725 FIFTH AVENUE**
**NEW YORK NY 10022**
and was unable to do so.

**AT THE TIME LISTED ABOVE, DEPONENT ATTEMPTED TO SERVE THE ABOVE-LISTED DOCUMENTS ON THE RECIPIENT, DONALD J. TRUMP. SERVER PASSED THROUGH SECRET SERVICE SECURITY CHECKPOINT AND SPOKE WITH CONCIERGE (MALE, WHITE SKIN, BROWN HAIR, 40 YRS, 6'1, 200 LBS) AT THE ADDRESS AND CONCIERGE CALLED UP TO LEGAL OFFICE TO QUESTION WHETHER OR NOT DOCUMENTS WOULD BE ACCEPTED. CONCIERGE WAS TOLD BY LEGAL OFFICE THAT THEY WOULD NOT ACCEPT PAPERS. CONCIERGE REFUSED TO PROVIDE HIS OWN NAME OR THE NAME OF THE INDIVIDUAL FROM LEGAL OFFICE ON THE PHONE. DEPONENT ATTEMPTED TO LEAVE THE PAPERS WITH THE CONCIERGE. DEPONENT THEN WALKED TOWARD EXIT OF BUILDING. CONCIERGE SIGNALED TO SECRET SERVICE OFFICERS TO STOP THE DEPONENT. DEPONENT TOLD SECRET SERVICE OFFICER THAT DEPONENT WAS REQUIRED TO LEAVE THE PAPERS WITH THE CONCIERGE. SECRET SERVICE OFFICER INFORMED DEPONENT THAT OFFICER HAD BEEN INSTRUCTED NOT TO ALLOW PROCESS SERVERS TO LEAVE PAPERS WITH CONCIERGE AND THAT DEPONENT WOULD HAVE TO FIND A DIFFERENT WAY TO EFFECTUATE SERVICE. SECRET SERVICE OFFICER INSTRUCTED DEPONENT TO TAKE THE PAPERS BACK FROM THE CONCIERGE. DEPONENT DID SO. DEPONENT THEN ASKED IF THE OFFICER KNEW HOW PROCESS SERVERS WERE SUPPOSED TO EFFECTUATE SERVICE IF UNABLE TO DO SO AT THE LOCATION, TO WHICH OFFICER REPLIED "I AM NOT GOING TO DO YOUR JOB FOR YOU." DEPONENT WAS ASKED TO LEAVE THE BUILDING AND DID SO.**

Sworn to before me this
7 day of Nov, 2019

MICHAEL ROTH DCA LIC #2005859
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-KHF-2550432

SELENA INES ADAMES
NOTARY
NO. 01AD6365042
QUALIFIED IN
NEW YORK COUNTY
COMM. EXP.
09-25-2021
PUBLIC
STATE OF NEW YORK

2a



Form 09 - AFFIDAVIT OF ATTEMPTED SERVICE

**KAPLAN HECKER & FINK LLP**
SUPREME COURT NEW YORK COUNTY STATE OF NEW YORK

E. JEAN CARROLL

index No. **160694/2019**
Date Filed
Office No.
Court Date.

PLAINTIFF

- vs -

DONALD J. TRUMP, IN HIS PERSONAL CAPACITY

DEFENDANT

STATE OF **NEW YORK**, COUNTY OF **NEW YORK** :SS:

**MICHAEL ROTH** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
**That on**
**11/04/2019, 2:46PM**

deponent attempted to make personal service of a true copy of the **NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT** in the above entitled action upon
**DONALD J. TRUMP the DEFENDANT at**
**725 FIFTH AVENUE**
**NEW YORK NY 10022**
and was unable to do so.

AT THE TIME LISTED ABOVE, DEPONENT ATTEMPTED TO SERVE THE ABOVE-LISTED DOCUMENTS ON THE RECIPIENT, DONALD J. TRUMP. SERVER PASSED THROUGH SECRET SERVICE SECURITY CHECKPOINT AND SPOKE WITH CONCIERGE (MALE, WHITE SKIN, BROWN HAIR, 40 YRS, 6'1, 200 LBS) AT THE ADDRESS AND CONCIERGE CALLED UP TO LEGAL OFFICE TO QUESTION WHETHER OR NOT DOCUMENTS WOULD BE ACCEPTED. CONCIERGE WAS TOLD BY LEGAL OFFICE THAT THEY WOULD NOT ACCEPT PAPERS. CONCIERGE REFUSED TO PROVIDE HIS OWN NAME OR THE NAME OF THE INDIVIDUAL FROM LEGAL OFFICE ON THE PHONE. DEPONENT ATTEMPTED TO LEAVE THE PAPERS WITH THE CONCIERGE. DEPONENT THEN WALKED TOWARD EXIT OF BUILDING. CONCIERGE SIGNALED TO SECRET SERVICE OFFICERS TO STOP THE DEPONENT. DEPONENT TOLD SECRET SERVICE OFFICER THAT DEPONENT WAS REQUIRED TO LEAVE THE PAPERS WITH THE CONCIERGE. SECRET SERVICE OFFICER INFORMED DEPONENT THAT OFFICER HAD BEEN INSTRUCTED NOT TO ALLOW PROCESS SERVERS TO LEAVE PAPERS WITH CONCIERGE AND THAT DEPONENT WOULD HAVE TO FIND A DIFFERENT WAY TO EFFECTUATE SERVICE. SECRET SERVICE OFFICER INSTRUCTED DEPONENT TO TAKE THE PAPERS BACK FROM THE CONCIERGE. DEPONENT DID SO. DEPONENT THEN ASKED IF THE OFFICER KNEW HOW PROCESS SERVERS WERE SUPPOSED TO EFFECTUATE SERVICE IF UNABLE TO DO SO AT THE LOCATION, TO WHICH OFFICER REPLIED "I AM NOT GOING TO DO YOUR JOB FOR YOU." DEPONENT WAS ASKED TO LEAVE THE BUILDING AND DID SO.

Sworn to before me this
7 day of Nov, 2019

MICHAEL ROTH DCA LIC #2005859
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-KHF-2550390

SELENA INES ADAMES
NOTARY
NO. 01AD6365042
QUALIFIED IN
NEW YORK COUNTY
COMM. EXP.
09-25-2021
PUBLIC
STATE OF NEW YORK

2a