# EXHIBIT D

Form 09 - AFFIDAVIT OF ATTEMPTED SERVICE

P2562353

**KAPLAN HECKER & FINK LLP**
SUPREME COURT NEW YORK COUNTY STATE OF NEW YORK

E. JEAN CARROLL
                                                              PLAINTIFF

- vs -

DONALD J. TRUMP, IN HIS PERSONAL CAPACITY
                                                              DEFENDANT

index No. **160694/2019**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**      :SS:

**FREDDI SIMON** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
**That on**
**11/05/2019, 10:00AM**

deponent attempted to make personal service of a true copy of the **NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT** in the above entitled action upon
**DONALD J. TRUMP the DEFENDANT at**
**725 FIFTH AVENUE**
**NEW YORK NY 10022**
and was unable to do so.

**AT THE TIME LISTED ABOVE, DEPONENT ATTEMPTED TO SERVE THE DEFENDANT, DONALD J. TRUMP AT THE ADDRESS OF 725 FIFTH AVENUE, NEW YORK, NY 10022. DEPONENT WENT TO THE PROPERTY, WALKED STRAIGHT TO THE CONCIERGE AND ASKED IF THERE WAS ANYONE AVAILABLE TO ACCEPT DOCUMENTS ON BEHALF OF DONALD J. TRUMP. THE CONCIERGE TOLD DEPONENT TO WAIT A MINUTE AS HE CALLED UPSTAIRS. THE CONCIERGE STATED THE PERSONS UPSTAIRS REFUSED TO ACCEPT SERVICE. AFTER THE CONCIERGE STATED SERVICE WAS BEING REFUSED, DEPONENT ATTEMPTED TO LEAVE THE PAPERS WITH THE CONCIERGE, WHO ALSO REFUSED TO ACCEPT SERVICE. DEPONENT ADVISED HE HAD TO LEAVE THE PAPERS ANYWAY, BUT THE CONCIERGE KEPT INSISTING THE DEPONENT TAKE THE PAPERS BACK. AFTER REPEATED ATTEMPTS TO LEAVE THE PAPERS WITH THE CONCIERGE, DEPONENT ATTEMPTED TO WALK AWAY. THE CONCIERGE TOLD DEPONENT TO WAIT A MINUTE, AS HE WAS SPEAKING ON THE WALKIE-TALKIE. DEPONENT WAS UNABLE TO HEAR WHAT WAS BEING SAID; HOWEVER, AS DEPONENT TURNED TOWARDS THE EXIT, SECRET SERVICE WAS ALREADY WATCHING THE DEPONENT. DEPONENT FELT THAT SECRET SERVICE WAS NOT GOING TO LET HIM LEAVE THE PREMISES WITHOUT THE PAPERS IN HIS HAND. DEPONENT TURNED BACK TO THE CONCIERGE, TOOK THE PAPERS BACK AND EXITED THE PREMISES.**

Sworn to before me this
07TH day of NOVEMBER, 2019

MICHAEL ROTH
Notary Public, State of New York
No. 01RO6268665
Qualified in NEW YORK COUNTY
Commission Expires 09/17/2020

FREDDI SIMON 2066183
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-KHF-2562353

2a

FILED: NEW YORK COUNTY CLERK 11/08/2019 09:29 AM
NYSCEF DOC. NO. 10
Case 1:20-cv-07311-LAK   Document 14-10   Filed 09/15/20   Page 3 of 3
INDEX NO. 160694/2019
RECEIVED NYSCEF: 11/08/2019
P2562379

Form 09 - AFFIDAVIT OF ATTEMPTED SERVICE

**KAPLAN HECKER & FINK LLP**
SUPREME COURT NEW YORK COUNTY STATE OF NEW YORK

E. JEAN CARROLL

                                                   PLAINTIFF

           - vs -

DONALD J. TRUMP, IN HIS PERSONAL CAPACITY

                                                   DEFENDANT

index No. **160694/2019**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**    :SS:

**FREDDI SIMON** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
**That on**
**11/05/2019, 10:00AM**

deponent attempted to make personal service of a true copy of the **REQUEST FOR JUDICIAL INTERVENTION, AFFIRMATION SUPPLEMENTING RJI** in the above entitled action upon
**DONALD J. TRUMP the DEFENDANT at**
**725 FIFTH AVENUE**
**NEW YORK NY 10022**
and was unable to do so.

**AT THE TIME LISTED ABOVE, DEPONENT ATTEMPTED TO SERVE THE DEFENDANT, DONALD J. TRUMP AT THE ADDRESS OF 725 FIFTH AVENUE, NEW YORK, NY 10022. DEPONENT WENT TO THE PROPERTY, WALKED STRAIGHT TO THE CONCIERGE AND ASKED IF THERE WAS ANYONE AVAILABLE TO ACCEPT DOCUMENTS ON BEHALF OF DONALD J. TRUMP. THE CONCIERGE TOLD DEPONENT TO WAIT A MINUTE AS HE CALLED UPSTAIRS. THE CONCIERGE STATED THE PERSONS UPSTAIRS REFUSED TO ACCEPT SERVICE. AFTER THE CONCIERGE STATED SERVICE WAS BEING REFUSED, DEPONENT ATTEMPTED TO LEAVE THE PAPERS WITH THE CONCIERGE, WHO ALSO REFUSED TO ACCEPT SERVICE. DEPONENT ADVISED HE HAD TO LEAVE THE PAPERS ANYWAY, BUT THE CONCIERGE KEPT INSISTING THE DEPONENT TAKE THE PAPERS BACK. AFTER REPEATED ATTEMPTS TO LEAVE THE PAPERS WITH THE CONCIERGE, DEPONENT ATTEMPTED TO WALK AWAY. THE CONCIERGE TOLD DEPONENT TO WAIT A MINUTE, AS HE WAS SPEAKING ON THE WALKIE-TALKIE. DEPONENT WAS UNABLE TO HEAR WHAT WAS BEING SAID; HOWEVER, AS DEPONENT TURNED TOWARDS THE EXIT, SECRET SERVICE WAS ALREADY WATCHING THE DEPONENT. DEPONENT FELT THAT SECRET SERVICE WAS NOT GOING TO LET HIM LEAVE THE PREMISES WITHOUT THE PAPERS IN HIS HAND. DEPONENT TURNED BACK TO THE CONCIERGE, TOOK THE PAPERS BACK AND EXITED THE PREMISES.**

Sworn to before me this
07TH day of NOVEMBER, 2019

_[signature]_
MICHAEL ROTH
Notary Public, State of New York
No. 01RO6268665
Qualified in NEW YORK COUNTY
Commission Expires 09/17/2020

_[signature]_
FREDDI SIMON 2066183
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-KHF-2562379

2a