# EXHIBIT E



Form 09 - AFFIDAVIT OF ATTEMPTED SERVICE

**KAPLAN HECKER & FINK LLP**
SUPREME COURT NEW YORK COUNTY STATE OF NEW YORK

E. JEAN CARROLL

                                                PLAINTIFF

- vs -

DONALD J. TRUMP, IN HIS PERSONAL CAPACITY

                                                DEFENDANT

index No. **160694/2019**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK** :SS:

**FREDDI SIMON** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
**That on**
**11/06/2019, 10:20AM**

deponent attempted to make personal service of a true copy of the **NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT** in the above entitled action upon
**DONALD J. TRUMP the DEFENDANT at**
**725 FIFTH AVENUE**
**NEW YORK NY 10022**
and was unable to do so.

**AT THE TIME LISTED ABOVE, DEPONENT ATTEMPTED TO SERVE THE DEFENDANT, DONALD J. TRUMP, AT THE ADDRESS OF 725 FIFTH AVENUE, NEW YORK, NY 10022. DEPONENT WENT TO THE PROPERTY, WALKED INTO THE BUILDING AND PASSED THROUGH THE SECURITY CHECKPOINT THAT WAS BEING MANNED BY ARMED SECRET SERVICE. DEPONENT THEN WALKED TOWARDS THE CONCIERGE AND ATTEMPTED TO SERVE THE PAPERS. THE CONCIERGE LOOKED AT THE DOCUMENTS AND TOLD DEPONENT THAT NO ONE IS GOING TO ACCEPT THE PAPERS. CONCIERGE ALSO EXPLAINED THAT ANOTHER SERVER ATTEMPTED SERVICE ON MONDAY. DEPONENT ASKED, "WHAT WOULD HAPPEN IF I LEFT THE PAPERS ON THE PODIUM", AND CONCIERGE JUST NODDED AT DEPONENT WITH NO RESPONSE. DEPONENT ASKED AGAIN AND EMPHASIZED THE QUESTION. WHILE QUESTIONING, DEPONENT PROCEEDED TO LEAVE THE DOCUMENTS ON THE PODIUM AND BEGAN TO TAKE A FEW STEPS TOWARDS THE EXIT. DEPONENT THEN ASKED,"IF I WALK TOWARDS THE EXIT NOW WITHOUT THE PAPERS WOULD I BE STOPPED BY SECURITY?" THE CONCIERGE STATED YES, HE WOULD BE STOPPED BY SECURITY. ONCE DEPONENT RECEIVED A DEFINITIVE ANSWER, HE TOOK THE DOCUMENTS FROM THE PODIUM AND EXITED THE BUILDING.**

Sworn to before me this
07TH day of NOVEMBER, 2019

MICHAEL ROTH
Notary Public, State of New York
No. 01RO6268665
Qualified in NEW YORK COUNTY
Commission Expires 09/17/2020

FREDDI SIMON 2066183
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-KHF-2562387

2a

Form 09 - AFFIDAVIT OF ATTEMPTED SERVICE

**KAPLAN HECKER & FINK LLP**
SUPREME COURT NEW YORK COUNTY STATE OF NEW YORK

E. JEAN CARROLL

PLAINTIFF

- vs -

DONALD J. TRUMP, IN HIS PERSONAL CAPACITY

DEFENDANT

index No. **160694/2019**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**       :SS:

**FREDDI SIMON** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
**That on**
**11/06/2019, 10:20AM**

deponent attempted to make personal service of a true copy of the **REQUEST FOR JUDICIAL INTERVENTION, AFFIRMATION SUPPLEMENTING RJI** in the above entitled action upon
**DONALD J. TRUMP the DEFENDANT at**
**725 FIFTH AVENUE**
**NEW YORK NY 10022**
and was unable to do so.

**AT THE TIME LISTED ABOVE, DEPONENT ATTEMPTED TO SERVE THE DEFENDANT, DONALD J. TRUMP, AT THE ADDRESS OF 725 FIFTH AVENUE, NEW YORK, NY 10022. DEPONENT WENT TO THE PROPERTY, WALKED INTO THE BUILDING AND PASSED THROUGH THE SECURITY CHECKPOINT THAT WAS BEING MANNED BY ARMED SECRET SERVICE. DEPONENT THEN WALKED TOWARDS THE CONCIERGE AND ATTEMPTED TO SERVE THE PAPERS. THE CONCIERGE LOOKED AT THE DOCUMENTS AND TOLD DEPONENT THAT NO ONE IS GOING TO ACCEPT THE PAPERS. CONCIERGE ALSO EXPLAINED THAT ANOTHER SERVER ATTEMPTED SERVICE ON MONDAY. DEPONENT ASKED, "WHAT WOULD HAPPEN IF I LEFT THE PAPERS ON THE PODIUM", AND CONCIERGE JUST NODDED AT DEPONENT WITH NO RESPONSE. DEPONENT ASKED AGAIN AND EMPHASIZED THE QUESTION. WHILE QUESTIONING, DEPONENT PROCEEDED TO LEAVE THE DOCUMENTS ON THE PODIUM AND BEGAN TO TAKE A FEW STEPS TOWARDS THE EXIT. DEPONENT THEN ASKED,"IF I WALK TOWARDS THE EXIT NOW WITHOUT THE PAPERS WOULD I BE STOPPED BY SECURITY?" THE CONCIERGE STATED YES, HE WOULD BE STOPPED BY SECURITY. ONCE DEPONENT RECEIVED A DEFINITIVE ANSWER, HE TOOK THE DOCUMENTS FROM THE PODIUM AND EXITED THE BUILDING.**

Sworn to before me this
07TH day of NOVEMBER, 2019

_(signature)_
MICHAEL ROTH
Notary Public, State of New York
No. 01RO6268665
Qualified in NEW YORK COUNTY
Commission Expires 09/17/2020

_(signature)_
FREDDI SIMON 2066183
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-KHF-2562411

2a