# EXHIBIT F

Form 09 - AFFIDAVIT OF ATTEMPTED SERVICE

**KAPLAN HECKER & FINK LLP**
SUPREME COURT NEW YORK COUNTY STATE OF NEW YORK

E. JEAN CARROLL

                PLAINTIFF

- vs -

DONALD J. TRUMP, IN HIS PERSONAL CAPACITY

                DEFENDANT

index No. **160694/2019**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**     :SS:

**CARL MILLER** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on
11/06/2019, 8:51PM

deponent attempted to make personal service of a true copy of the **NOTICE OF ELECTRONIC FILING, SUMMONS AND COMPLAINT** in the above entitled action upon
**DONALD J. TRUMP the DEFENDANT at**
**725 FIFTH AVENUE**
**NEW YORK NY 10022**
and was unable to do so.

**ON THE AFOREMENTIONED DATE AND TIME DEPONENT ATTEMPTED TO SERVE DONALD J. TRUMP AT 725 FIFTH AVENUE, NEW YORK, NY 10022. DEPONENT WENT TO THE PROPERTY AND WAS MET AT THE DOOR BY NYPD OFFICERS AND SECRET SERVICE OFFICERS. THE SECRET SERVICE OFFICERS REFUSED TO GRANT DEPONENT ACCESS INTO THE BUILDING AND TOLD HIM HE WAS NOT PERMITTED TO LEAVE PAPERS AT THIS LOCATION. ONE OF THE SECRET SERVICE OFFICERS SAID, "PAPERS HAVE TO GO TO DC". THE OFFICER DID NOT SPECIFY WHERE SERVICE COULD BE MADE.**

Sworn to before me this
07TH day of NOVEMBER, 2019

MICHAEL ROTH
Notary Public, State of New York
No. 01RO6268665
Qualified in NEW YORK COUNTY
Commission Expires 09/17/2020

CARL MILLER DCA LIC #790101
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-KHF-2565729

2a

Scanned with CamScanner

Form 09 - AFFIDAVIT OF ATTEMPTED SERVICE

P2565737

**KAPLAN HECKER & FINK LLP**
SUPREME COURT NEW YORK COUNTY STATE OF NEW YORK

E. JEAN CARROLL

PLAINTIFF

- vs -

DONALD J. TRUMP, IN HIS PERSONAL CAPACITY

DEFENDANT

index No. 160694/2019
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**    :SS:

**CARL MILLER** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on
11/06/2019, 8:51PM

deponent attempted to make personal service of a true copy of the **REQUEST FOR JUDICIAL INTERVENTION, AFFIRMATION SUPPLEMENTING RJI** in the above entitled action upon **DONALD J. TRUMP the DEFENDANT** at
725 FIFTH AVENUE
NEW YORK NY 10022
and was unable to do so.

**ON THE AFOREMENTIONED DATE AND TIME DEPONENT ATTEMPTED TO SERVE DONALD J. TRUMP AT 725 FIFTH AVENUE, NEW YORK, NY 10022. DEPONENT WENT TO THE PROPERTY AND WAS MET AT THE DOOR BY NYPD OFFICERS AND SECRET SERVICE OFFICERS. THE SECRET SERVICE OFFICERS REFUSED TO GRANT DEPONENT ACCESS INTO THE BUILDING AND TOLD HIM HE WAS NOT PERMITTED TO LEAVE PAPERS AT THIS LOCATION. ONE OF THE SECRET SERVICE OFFICERS SAID, "PAPERS HAVE TO GO TO DC". THE OFFICER DID NOT SPECIFY WHERE SERVICE COULD BE MADE.**

Sworn to before me this
07TH day of NOVEMBER, 2019

MICHAEL ROTH
Notary Public, State of New York
No. 01RO6268665
Qualified in NEW YORK COUNTY
Commission Expires 09/17/2020

CARL MILLER DCA LIC #790101
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-KHF-2565737

2a

Scanned with CamScanner