# EXHIBIT G

## AFFIDAVIT OF NON-SERVICE

IN THE SUPREME COURT OF NEW YORK COUNTY IN THE STATE OF NEW YORK

Case Number: **160694/2019**
Date Filed:

Plaintiff:
**E. Jean Carroll**
vs
Defendant:
**Donald J. Trump, in his personal capacity**

Received on **11/5/2019** to be served on **Donald J. Trump, an individual, 1600 Pennsylvania Ave., NW, , Washington, DC 20500.**

**Joseph Koniowsky,** the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action.

**NON-SERVED** on **11/06/2019** at **11:45 AM** the **AFFIRMATION; REQUEST FOR JUDICIAL INTERVENTION; SUMMONS; COMPLAINT AND JURY DEMAND; NOTICE OF ELECTRONIC FILING** for the reason that I failed to find **Donald J. Trump, an individual** or any information to allow further search. Read the comments below for further details.

11/06/2019 11:45 AM 1600 Pennsylvania Ave., NW, , Washington, DC 20500 Went to the 15th st visitors entrance. Spoke to a secret service officer at the gate. Was told there's no way to access the building or for him or anyone else in his position to attempt to contact anyone on the inside at my request. I tried to give him a business card to see if the query could be passed up the ranks but was told he was unable to take anything from anyone into the site.

Subscribed and Sworn to before me on NOV 6, 20 19.

Notary: Jessica Manzano
State of/Commonwealth of: Washington D.C.
County of: N/A
Expires: 10/14/2022

X _____
**Joseph Koniowsky**

Job #: 1906436

PM Legal 75 Maiden Lane, 11th Floor New York, NY 10038