# EXHIBIT H

| | |
|---|---|
| From: | Roberta Kaplan |
| To: | mkasowitz@kasowitz.com |
| Cc: | Martha E. Fitzgerald; Matthew Craig |
| Subject: | Service in Carroll v. Trump |
| Date: | Monday, November 4, 2019 3:30:52 PM |
| Attachments: | 160694_2019_E_Jean_Carroll_v_Donald_J_Trump_COMPLAINT_2.pdf |
| | 160694_2019_E_Jean_Carroll_v_Donald_J_Trump_SUMMONS_1.pdf |
| | Mandatory E-filing Notice.pdf |

Dear Marc:

As you may have seen, this morning, we filed a lawsuit on behalf of E. Jean Carroll against President Trump. The as-filed summons and complaint are attached, along with a notice of mandatory e-filing.

Given that you are representing President Trump in the related Zervos case in the same court (Supreme Court, County of New York Index No. 0150522/2017), we were wondering if you will also be representing the President in this case, and would therefore be willing to accept service on his behalf.

We have only just started our service efforts, but I thought we might save both sides (not to mention the secret service) a lot of trouble if you are able to accept.

Thanks in advance for your time,


Robbie

**Roberta ("Robbie") Kaplan, Esq.**
Kaplan Hecker & Fink LLP
350 Fifth Avenue | Suite 7110
New York, New York 10118
(212) 763-0883 | rkaplan@kaplanhecker.com