SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

E. JEAN CARROLL,

      *Plaintiff*,

 -against-

DONALD J. TRUMP, in his personal capacity,

      *Defendant*.

---

Index No. 160694/2019

AFFIRMATION OF SERVICE

 I, Matthew J. Craig, an attorney admitted to practice in the courts of the State of New York, hereby affirm under penalty of perjury, pursuant to CPLR 2106, that on November 13, 2019, I caused to be served upon Defendant Donald J. Trump the Summons (Doc. 1), Complaint (Doc. 2), Notice of Mandatory E-Filing, and Order Permitting Alternative Service (Doc. 15). These documents were sent by USPS First Class Mail as well as Overnight Mail to the following addresses:

 Donald J. Trump
 Trump Tower
 725 Fifth Avenue
 New York, NY 10022

 Donald J. Trump
 White House
 1600 Pennsylvania Ave NW
 Washington, DC 20500

Further, I sent electronic copies of the Summons (Doc. 1), Complaint (Doc. 2), Notice of Mandatory E-Filing, and Order Permitting Alternative Service (Doc. 15) to the following attorneys for Defendant at the following email addresses:

Richard F. Bruekner
rbruekner@futeraslaw.com

William S. Consovoy
will@consovoymccarthy.com

Joanna C. Hendon
jhendon@spearsimes.com

Marc E. Kasowitz
mkasowitz@kasowitz.com

Lawrence S. Rosen
LRosen@LHRGB.com

Patrick Strawbridge
Patrick@consovoymccarthy.com

Dated: New York, New York
November 13, 2019

By: /s/ Matthew J. Craig

Matthew J. Craig
350 Fifth Avenue, Suite 7110
New York, New York 10118
Tel: (212) 763-0883
Fax: (212) 564-0883
mcraig@kaplanhecker.com

*Counsel for Plaintiff E. Jean Carroll*