SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X
E. JEAN CARROLL,

                Plaintiff,                Index No.: 160694/19

              -against-

                                             **NOTICE OF APPEARANCE**

DONALD J. TRUMP, in his personal capacity,

                Defendant.
-------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that LaRocca Hornik Rosen & Greenberg LLP hereby appears in the above-referenced action on behalf of defendant Donald J. Trump.

       **PLEASE TAKE FURTHER NOTICE** that copies of all pleadings and papers, shall be served upon the undersigned, and that electronic service via e-mail is acceptable and preferred.

       This notice of appearance is not intended to confer jurisdiction, to admit any fact and/or to waive any defense.

Dated: New York, New York
       November 25, 2019

                                          LAROCCA HORNIK ROSEN
                                          & GREENBERG LLP

                                          _____
                                          Lawrence S. Rosen, Esq.
                                          40 Wall Street, 32nd Floor
                                          New York, NY 10005
                                          T: (212) 530-4822
                                          E: lrosen@lhrgb.com
                                          *Attorneys for defendant,*
                                          *Donald J. Trump*

To:    Roberta Kaplan, Esq. (*Via NYSCEF*)
        KAPLAN HECKER & FINK LLP
        350 Fifth Avenue, Suite 7110
        New York, NY 10118