SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X
E. JEAN CARROLL,

                   Plaintiff,

           -against-

DONALD J. TRUMP, in his personal capacity,

                  Defendant.
-------------------------------------------------------------------X

Index No. 160694/2019

**STIPULATION**

     WHEREAS, on November 4, 2019, plaintiff E. Jean Carroll ("plaintiff") commenced the above-captioned action against defendant Donald J. Trump ("defendant") by filing a Summons and Complaint via NYSCEF;

     WHEREAS, on November 12, 2019, the Court issued an order permitting plaintiff to serve defendant with process under CPLR 308(5);

     WHEREAS, LaRocca Hornik Rosen & Greenberg LLP has appeared as attorneys of record on behalf of defendant in this action;

     WHEREAS, defendant intends to file a pre-answer motion to dismiss plaintiff's Complaint (the "Motion"); and

     WHEREAS, counsel for the parties have conferred in good faith, and now desire to set a briefing schedule in connection with the Motion;

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the parties will brief the Motion as follows:

1.     Defendant shall file moving papers by January 14, 2020 via NYSCEF;

2.     Plaintiff shall file opposition papers by February 11, 2020 via NYSCEF;

3.     Defendant shall file reply papers, if any, by March 3, 2020 via NYSCEF;

4. The return date of the Motion shall be March 5, 2020, or such other future date as the Court may establish; and

5. Electronic signatures shall serve as originals for the purposes of this stipulation.

Dated: New York, New York
November 26, 2019

**KAPLAN HECKER & FINK LLP**

_____
Roberta A. Kaplan, Esq.
350 Fifth Avenue, Suite 7110
New York, New York 10118
T: (212) 763-0883
E: rkaplan@kaplanhecker.com

*Attorneys for plaintiff
E. Jean Carroll*

**LAROCCA HORNIK ROSEN & GREENBERG LLP**

_____
Lawrence S. Rosen, Esq.
40 Wall Street, 32nd Floor
New York, New York 10005
T: (212) 530-4822
E: lrosen@lhrgb.com

*Attorneys for defendant
Donald J. Trump*