FILED: NEW YORK COUNTY CLERK 12/03/2019 09:28 AM
NYSCEF DOC. NO. 22
INDEX NO. 160694/2019
RECEIVED NYSCEF: 12/03/2019
Case 1:20-cv-07311-LAK   Document 14-22   Filed 09/15/20   Page 1 of 2

# NEW YORK COUNTY SUPREME COURT
60 CENTRE STREET • NEW YORK, NEW YORK 10007

_Nov. 26_, 20_19_

Dear Counselor:

*Carroll v. Trump,*
*Index No.: 160694/2019*

Please be advised as to the following:   (only as to what is checked)

(__)1/Please be advised that your post-submission papers cannot be considered. Once a motion is submitted to the court, additional submissions are not accepted, unless by consent.

(✓)2/This is to acknowledge your letter dated _Nov. 21, 2019_.

(__) 3/Such letter references a court order/decision/prior letter, <u>which is not attached</u>, so it is being returned to you and cannot be considered. *This Part deals with approximately 1000 cases per year, and approximately 800 plus applications and motions per year, and has insufficient resources to pull the relevant order/letter(s) on each piece of correspondence received, which is generally in the Clerk's office in the basement, given no secretarial help, and extremely limited resources. NOTE: Correspondence should be limited to letters authorized by CPLR or Court/Part rules, as the court has no secretary, able to manage the 20 plus letters (and duplicate letters) received daily. See #8, below.*

(__)4/Your letter is being returned to you as the court cannot consider your request made by letter as an application of such nature must be made by formal motion.

(—)5/Your letter is being returned to you as you did not send a copy to the other side. Your letter must indicate that a copy was sent to the other side, with the address it was sent to provided on the bottom of the letter.

(__)6/The court does not accept faxed documents. (There is no need to fax and send by mail.)

(__)7/Please be advised that all motions, decisions after trial, and any other matters are processed in the order in which they are received. Every matter before the court is very important, and thus your very important matter will be processed accordingly. Please be assured that all matters are expedited in accordance with the court's busy schedule and that some cases may take longer because of the complexity of the case submitted.

(__)8/ *On average, this Part deals with approximately 1000 or more cases per year with limited staffing and resources,* including a decreased Law Dept. Please be reminded that the court's budget was cut by 170 million dollars in 2011 and has not been increased since then, which in effect is a further cut. Accordingly, the court has lost staff through layoffs and attrition and thus applications, mediation, trials, and motions take longer to resolve/schedule. In addition to staff cuts and numerous personnel changes, court hours have curtailed and staff required to leave by 6pm due to the closing of the building because of lack of court officers. Moreover, Part 36 has not had a regularly assigned Part clerk for several years and the Judge has been presiding over Supreme court cases and was also appointed as an Associate Justice of the Appellate Term, First Department, in March of 2014.

(✓)9/Please forward a copy of this letter to all parties within 5 days of receipt.

(✓)10/ _Processing of RJI's is done in the Clerk's office &_
_not by individual Justices. To the extent you wish_
_to have the case reassigned to Justice Schecter, the proper_
_procedure is to write to the A.J. Deborah Kaplan, attaching_
_your ~~application~~ Affirmation._

Sincerely,

_Don Albel_
Donna M. Albano/Susanna Lee
Court Attorney to Justice Doris Ling-Cohan
J:\Judge_Ling-Cohan\gray sheets & forms\Form Inquiry Letters\form letter updated app term.wpd

# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL   212.763.0883
DIRECT EMAIL  rkaplan@kaplanhecker.com

November 21, 2019

VIA OVERNIGHT MAIL

Hon. Doris Ling-Cohan
60 Centre Street, Room 551
New York, NY 10007

Hon. Jennifer G. Schecter
60 Centre Street, Room 626
New York, NY 10007

     Re:   *Carroll v. Trump*, Index No. 160694/2019 (N.Y. Sup. Ct., N.Y. Cty.)

Dear Justices Ling-Cohan and Schecter:

     I write on behalf of Plaintiff E. Jean Carroll in the above-referenced action to confirm whether the Court has processed our Request for Judicial Intervention dated November 8, 2019, which identified this action as related to *Zervos v. Trump*, No. 150522/2017 (N.Y. Sup. Ct., N.Y. Cty.), and attached an affirmation setting forth the reasons for such identification. *See* Doc. Nos. 4 & 5. The public docket does not indicate whether the Court has made a determination of non-relatedness, or whether that issue remains to be determined. I am happy to provide any further information that the Court may require.

     Thank you for your attention to this matter.

Respectfully submitted,

Roberta A. Kaplan

cc:   Defendant Donald J. Trump
     (via overnight mail to Trump Tower, 725 Fifth Avenue, New York, NY 10022, and White House, 1600 Pennsylvania Ave NW, Washington, DC 20500)