SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK

INDIVIDUAL ASSIGNMENT PART [OR JUSTICE] __Doris Ling-Cohan__

E. Jean Carroll

Plaintiff(s),

- against -

Donald J. Trump

Defendant(s).

Index No. __160694/2019__

DCM Track __Standard__

**PRELIMINARY CONFERENCE ORDER**
(By the Court)

(202.8, 202.12 and 202.19 of the Uniform Rules)

**APPEARANCES**
Plaintiff(s): __X__

As the court has received notice of appearance from defendant's counsel, it is hereby ORDERED that disclosure shall proceed as follows:

Defendant(s): __X__

(1) **Insurance Coverage:** If not already provided, shall be furnished by __all parties__ on or before __2/6/20__.

(2) **Bill of Particulars:**
   (a) Demand for a bill of particulars shall be served by __all parties__ on or before __2/6/20__.
   (b) Bill of particulars shall be served by __all parties__ on or before __3/6/20__.
   (c) A supplemental bill of particulars shall be served by _____ as to Items ____ on or before _____.

(3) **Medical Reports and Authorizations:**
   Shall be served as follows: __X__

(4) **Physical Examination:**
   (a) Examination of _____ shall be held __X__
   (b) A copy of the physician's report shall be furnished to plaintiff within ____ days of the examination.

(5) **Depositions:** Depositions of ☐ Plaintiff(s)  ☐ Defendant(s)  ☑ All Parties  shall be held on or before 4/6/20; if the parties cannot agree, EBTs to commence on 4/2/20 and continue day to day until completed.

(6) **Other Disclosure:**
   (a) All parties, on or before __2/6/20__, shall exchange names and addresses of all eye witnesses and notice witnesses, statements of opposing parties, and photographs, or, if none, provide an affirmation to that effect.
   (b) Authorization for plaintiff's(s') employment records for the period __N/A__ shall be furnished on or before _____.
   (c) Demand for discovery and inspection shall be served by __all parties__ on or before __2/6/20__. The items sought shall be produced to the extent not objected to, and objections, if any, shall be stated on or before __3/6/20__.
   (d) Other [interrogatories, etc.] _____

TS-13a (REV 1/03/17)

Case Name: Carroll -v- Trump    Index No: 160694/2019    PC ORDER - Page 2

(7) **End Date for All Disclosure:** 11/9/20

(8) **Impleader:** Shall be completed on or before within 45 days from party EBT's on 4/6/20.

(9) **Compliance Conference:** Shall be held on 5/21/20 @ 10:00 AM, ~~Room 428~~. If a NOI has been filed and all *

(10) **Motions:** Any dispositive motion(s) shall be made on or before 60 days from filing note of issue.

(11) **Note of Issue:** Plaintiff shall file a note of issue/certificate of readiness on or before 11/10/20. A copy of this order, an affirmation stating that the terms of the order have been complied with, and an affidavit of service of the affirmation and note of issue shall be served and filed with the note of issue on or before said date.

**FAILURE TO COMPLY WITH ANY OF THESE DIRECTIVES MAY RESULT IN THE IMPOSITION OF COSTS OR SANCTIONS OR OTHER ACTION AUTHORIZED BY LAW. DATES SET FORTH HEREIN MAY NOT BE ADJOURNED EXCEPT WITH ADVANCE APPROVAL OF THE COURT.**

* discovery complete, counsel need not appear at the conference, provided that a courtesy copy has been received by the Part 36 Clerk, ~~Room 428~~, at least 2 business days before the conference date.

SO ORDERED:

_____
J.S.C.

Dated: _____

## ADDITIONAL DIRECTIVES

In addition to the directives set forth above, it is further ORDERED as follows:

1. Counsel shall confer in accordance with 22 NYCRR §202.7 (a) and (c), prior to filing a discovery related motion, and/or contacting the Court with respect to a discovery issue.

2. Prior to the commencement of discovery, both sides shall discuss settlement, and/or the possibility of resolving this through ADR or mediation, by telephone call, to be initiated by plaintiff's counsel, on or before 2/13/20 at 3 o'clock PM. Counsel shall update this Court by joint letter as to the status of such conversation, or or before 2/19/20, via hand delivery or regular mail, to 60 Centre St., ~~Room 428~~, New York, NY 10007.

3. The filing of a dispositive motion, including a Motion to Dismiss, will not stay discovery.

Dated: 12/12/19

SO ORDERED:
*Doris Ling-Cohan* (signature)
JUDGE
NEW YORK COUNTY J.S.C.