# **EXHIBIT B**

Present: Hon. Deborah A. Kaplan
J.S.C.

At IAS Part ___ of the Supreme Court of the State of New York, held in and for the County of New York, at the Courthouse ___ Centre Street, New York, New York on the 12th of November, 2019.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

E. JEAN CARROLL,

        Plaintiff,

-against-

DONALD J. TRUMP, in his personal capacity,

        Defendant.

Index No. 160694/2019

[PROPOSED] ORDER PERMITTING ALTERNATIVE SERVICE

Upon the annexed affirmation of Roberta A. Kaplan, Esq., dated November 8, 2019, and all supporting papers annexed thereto, it is hereby:

ORDERED that service of process shall be directed pursuant to CPLR § 308(5) upon Defendant Donald J. Trump as follows:

~~Until such time that counsel for Defendant in this action has been identified,~~ Plaintiff E. Jean Carroll shall be permitted to serve Defendant by mailing the summons and all other papers to Defendant at the two addresses below, by overnight mail and by first class mail, and emailing a copy of such papers to Defendant's attorneys below:

  Donald J. Trump
  Trump Tower
  725 Fifth Avenue
  New York, NY 10022

  Donald J. Trump
  White House
  1600 Pennsylvania Ave NW
  Washington, DC 20500

  Richard F. Brueckner
  Law Offices of Alan S. Futerfas
  rbrueckner@futerfaslaw.com

Counsel to Respondent Donald J. Trump
*People v. Trump*, Index. No. 451130/2018 (N.Y. Sup. Ct.)

William S. Consovoy
Consovoy McCarthy PLLC
will@consovoymccarthy.com
Counsel to Plaintiff-Appellant Donald J. Trump
*Trump v. Vance*, No. 19-3204 (2d Cir.)

Joanna C. Hendon
Spears & Imes LLP
jhendon@spearsimes.com
Counsel to Defendant Donald J. Trump
*Doe v. Trump Corp.*, No. 18 Civ. 9936 (S.D.N.Y.)

Marc E. Kasowitz
Kasowitz Benson Torres LLP
mkasowitz@kasowitz.com
Counsel to Defendant Donald J. Trump
*Zervos v. Trump*, Index No. 15022/2017 (N.Y. Sup. Ct., N.Y. Cty.)

Lawrence S. Rosen
LaRocca Hornik Rosen Greenberg & Blaha LLP
LRosen@LHRGB.com
Counsel to Defendant Donald J. Trump
*Galicia v. Trump*, Index No. 24973/2015E (N.Y. Sup. Ct., Bronx Cty.)

Patrick Strawbridge,
Consovoy McCarthy PLLC
Patrick@consovoymccarthy.com;
Counsel to Plaintiff-Appellant Donald J. Trump
*Trump v. Deutsche Bank AG*, No. 19-1540 (2d Cir.)

~~Once counsel for Defendant in this action has been identified, Plaintiff shall be permitted to serve the summons and all papers on Defendant's counsel via email until such time that counsel has entered a notice of appearance in this action.~~

Dated: November 1∠, 2019

It is further ORDERED that all mailings and emails must be accompanied by a copy of this ex parte order.

ENTER:

[signature]
J.S.C.

Hon. Deborah A. Kaplan
J.S.C.