SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------- x
                                               :

E. JEAN CARROLL,                        :   Index No. 160694/2019
                                               :
               Plaintiff,         :   Hon. Verna L. Saunders
                                               :
        - against-           :   **NOTICE OF APPEARANCE**
                                             :

DONALD J. TRUMP,               :
                                             :
              Defendant.       :
                                             :

---------------------------------------- x

       PLEASE TAKE NOTICE that Marc E. Kasowitz, who is admitted to practice before this

Court, hereby appears as counsel of record for defendant President Donald J. Trump in the above-

captioned action and requests that all further pleadings and papers in this action be served upon,

and correspondence directed to, him at the address provided below.

Dated:  February 4, 2020             KASOWITZ BENSON TORRES LLP
          New York, New York

                                           By:   */s/Marc E. Kasowitz*
                                               Marc E. Kasowitz

                                             1633 Broadway
                                             New York, NY  10019
                                             Telephone: (212) 506-1700
                                             Fax: (212) 506-1800
                                           MKasowitz@kasowitz.com
                                           Courtnotices@kasowitz.com

                                           *Attorneys for Defendant*
                                           *President Donald J. Trump*