SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------- x
                                       :
E. JEAN CARROLL,                       :   Index No. 160694/2019
                                       :
            Plaintiff,                 :   Hon. Verna L. Saunders
                                       :
    - against-                         :   **NOTICE OF APPEARANCE**
                                       :
DONALD J. TRUMP,                       :
                                       :
            Defendant.                 :
                                       :
-------------------------------------- x

PLEASE TAKE NOTICE that Christine A. Montenegro, who is admitted to practice before this Court, hereby appears as counsel of record for defendant President Donald J. Trump in the above-captioned action and requests that all further pleadings and papers in this action be served upon, and correspondence directed to, her at the address provided below.

| | |
|---|---|
| Dated: February 4, 2020<br>New York, New York | KASOWITZ BENSON TORRES LLP<br><br>By:  /s/ *Christine A. Montenegro*<br>     Christine A. Montenegro<br><br>1633 Broadway<br>New York, NY  10019<br>Telephone: (212) 506-1700<br>Fax: (212) 506-1800<br>CMontenegro@kasowitz.com<br>Courtnotices@kasowitz.com<br><br>*Attorneys for Defendant*<br>*President Donald J. Trump* |