SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------- x
:
E. JEAN CARROLL,                         :  Index No. 160694/2019
                                         :
            Plaintiff,                   :  Hon. Verna L. Saunders
                                         :
      - against-                         :  **NOTICE OF APPEARANCE**
                                         :
DONALD J. TRUMP,                         :
                                         :
            Defendant.                   :
                                         :
---------------------------------------- x

PLEASE TAKE NOTICE that Paul J. Burgo, who is admitted to practice before this Court, hereby appears as counsel of record for defendant President Donald J. Trump in the above-captioned action and requests that all further pleadings and papers in this action be served upon, and correspondence directed to, him at the address provided below.

Dated:  February 4, 2020
        New York, New York

KASOWITZ BENSON TORRES LLP

By:  /s/*Paul J. Burgo*
     Paul J. Burgo

1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Fax: (212) 506-1800
PBurgo@kasowitz.com
Courtnotices@kasowitz.com

*Attorneys for Defendant
President Donald J. Trump*