SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------- x
                                        :
E. JEAN CARROLL,                        :  Index No. 160694/2019
                                        :
            Plaintiff,                  :  Hon. Verna L. Saunders
                                        :
         - against-                     :  Mot. Seq. No. 002
                                        :
DONALD J. TRUMP,                        :  **NOTICE OF MOTION**
                                        :
            Defendant.                  :
                                        :
--------------------------------------- x

    **PLEASE TAKE NOTICE** that, upon the Affirmation of Marc. E. Kasowitz, dated February 4, 2020, in support of this motion, the exhibits thereto, the accompanying memorandum of law dated February 4, 2020, as well as any other papers, pleadings and proceedings in this action, defendant President Donald J. Trump will move this Court at the Motion Submissions Part Courtroom, Room 130, 60 Centre Street, New York, New York on February 13, 2020, at 9:30 AM, or as soon thereafter as counsel can be heard, for an order staying proceedings pursuant to CPLR § 2201, pending the decision of the Court of Appeals on his appeal from *Zervos v. Trump*, 171 A.D.3d 110 (1st Dep't 2019), *lv and stay pending appeal granted*¸ 2020 WL 63397, 2020 N.Y. Slip Op. 60193(U) (1st Dep't Jan. 7, 2020)).

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to the parties' stipulation of January 31, 2020, so-Ordered by the Court on February 4, 2020, plaintiff shall file any opposition papers no later than February 7, 2020.

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to the parties' stipulation of January 31, 2020, so-Ordered by the Court on February 4, 2020, defendant shall file reply papers no later than February 11, 2020.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to their stipulation of January 31, 2020, so-Ordered by the Court on February 4, 2020, the parties shall appear for oral argument on March 4, 2020, or as soon thereafter as counsel can be heard.

Dated:  February 4, 2020

KASOWITZ BENSON TORRES LLP

By:      /s/Marc E. Kasowitz
    Marc E. Kasowitz
    Christine A. Montenegro
    Paul J. Burgo

1633 Broadway
New York, New York 10019
(212) 506-1700
MKasowitz@Kasowitz.com
CMontenegro@Kasowitz.com
PBurgo@Kasowitz.com

LAROCCA HORNIK ROSEN &
GREENBERG LLP
40 Wall Street, 32nd Floor
New York, New York 10005
(212) 530-4822

*Attorneys for Defendant,*
*President Donald J. Trump*

TO: Counsel of Record