FILED: NEW YORK COUNTY CLERK 02/04/2020 11:59 PM
NYSCEF DOC. NO. 48
INDEX NO. 160694/2019
RECEIVED NYSCEF: 02/04/2020

Case 1:20-cv-07311-LAK   Document 14-48   Filed 09/15/20   Page 1 of 4

# Exhibit D

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

E. JEAN CARROLL,

                  *Plaintiff*,

-against-

DONALD J. TRUMP, in his personal capacity,

                  *Defendant.*

Index No. 160694/2019

Hon. Verna L. Saunders

1 of 3

## [PROPOSED] ORDER AND STIPULATED BRIEFING SCHEDULE

WHEREAS, on December 12, 2019, the Court issued a Preliminary Conference Order setting various deadlines for discovery and disclosure in this action;

WHEREAS, Defendant has informed Plaintiff of his intention to move to stay this action pending the New York Court of Appeals' decision in *Zervos v. Trump*, APL-2020-00009 (N.Y.);

WHEREAS, the parties desire to set a briefing schedule in connection with Defendants' motion to stay;

WHEREAS, Plaintiff has agreed to temporarily adjourn all discovery and discovery-related deadlines in the Court's Preliminary Conference Order so as to permit expedited briefing and resolution of Defendant's anticipated motion to stay, and not to enforce any deadlines with respect to prior notices and requests issued to Defendant pursuant to CPLR §§ 3120–21, 3123, and 3130–32 during the pendency of that motion;

FILED: NEW YORK COUNTY CLERK 02/04/2020 11:59 PM
NYSCEF DOC. NO. 40
INDEX NO. 160694/2019
RECEIVED NYSCEF: 02/04/2020

Case 1:20-cv-07311-LAK Document 14-48 Filed 09/15/20 Page 3 of 4

2 of 3

IT IS HEREBY STIPULATED AND AGREED,[1] by and between the undersigned counsel, that the parties shall brief Defendant's motion to stay as follows:

1. Defendant shall file moving papers by February 4, 2020;

2. Plaintiff shall file opposition papers by February 7, 2020;

3. Defendant shall file reply papers, if any, by February 11, 2020;

4. The return date of the motion to stay shall be February 13, 2020; and

5. The parties shall appear for oral argument on March 4, 2020, or such other future date as the Court may establish;

6. Given Defendant's stated intention to appeal any adverse ruling on its motion to stay, and in light of the spring vacation schedule for New York City schools, the parties shall meet and confer regarding the timing of such appeal prior to taking any action before the Appellate Division, First Department.

IT IS FURTHER STIPULATED AND AGREED, by and between the undersigned counsel, that all discovery is adjourned and the deadlines in paragraphs 1, 2, 5, and 6 of the Preliminary Conference Order shall be extended by the amount of time from January 31 to the date of the Court's decision on Defendant's motion to stay, plus five business days.

---

[1] Defendant enters into this Stipulation subject to and reserving all rights to his immunity, under the Supremacy Clause of the United States Constitution, Article VI, cl. 2, as a sitting United States President from being sued in a state court while serving as President.

2

3 of 3

SO STIPULATED.

Dated: New York, New York
January 31, 2020

KAPLAN HECKER & FINK LLP

*[signature]*

Roberta A. Kaplan
350 Fifth Avenue, Suite 7110
New York, New York 10118
Tel: (212) 763-0883
rkaplan@kaplanhecker.com

*Counsel for Plaintiff E. Jean Carroll*

LAROCCA HORNIK ROSEN &
GREENBERG LLP

*[signature]*

Lawrence S. Rosen
40 Wall Street, 32rd Floor
New York, New York 10005
Tel: (212) 530-4822
lrosen@lhrgb.com

*Counsel for Defendant Donald J. Trump*

SO ORDERED.

Date: New York, New York
      Feb. 4, 2020

*[signature]*
HON. VERNA L. SAUNDERS, J.S.C.

HON. VERNA L. SAUNDERS
J.S.C.