SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

E. JEAN CARROLL,

                *Plaintiff*,

 -against-

DONALD J. TRUMP, in his personal capacity,

                *Defendant.*

---

Index No. 160694/2019

Hon. Verna L. Saunders

### [PROPOSED] ORDER AND STIPULATED BRIEFING SCHEDULE

WHEREAS, on February 3, 2020, Defendant filed a Proposed Order and Stipulated Briefing Schedule wherein the parties agreed to a briefing schedule for a motion to stay that Defendant expected to bring;

WHEREAS, on February 4, 2020, the Court so-ordered that Proposed Order and Stipulated Briefing Schedule;

WHEREAS, on February 4, 2020, Defendant filed his motion to stay the present case pending the New York Court of Appeals' decision in *Zervos v. Trump*, APL-2020-00009 (N.Y.);

WHEREAS, the parties desire to modify their briefing schedule in connection with Defendant's motion to stay, but leave all other aspect of the prior Proposed Order and Stipulated Briefing Schedule in effect;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the parties shall brief Defendant's motion to stay as follows:

1. Plaintiff shall file opposition papers by February 18, 2020;
2. Defendant shall file reply papers, if any, by February 27, 2020;
4. The return date of the motion to stay shall be February 28, 2020; and

5. The parties shall appear for oral argument on March 4, 2020, or such other future date as the Court may establish.

SO STIPULATED.

Dated: New York, New York
February 6, 2020

KAPLAN HECKER & FINK LLP

_____
Roberta A. Kaplan
350 Fifth Avenue, Suite 7110
New York, New York 10118
Tel: (212) 763-0883
rkaplan@kaplanhecker.com

*Counsel for Plaintiff E. Jean Carroll*

LAROCCA HORNIK ROSEN & GREENBERG LLP

_____
Lawrence S. Rosen
Patrick McPartland
40 Wall Street, 32rd Floor
New York, New York 10005
Tel: (212) 530-4822, 4837
lrosen(Zi)lhrgb.com
pmcpartland(a)lhrgb.com

*Counsel for Defendant Donald J. Trump*

SO ORDERED.

Date: New York, New York
    February 7, 2020

_____
VERNAL SAUNDERS, J.S.C.

HON. VERNA L. SAUNDERS
J.S.C.