# EXHIBIT 2

**SO ORDERED**

**HON. JENNIFER G. SCHECTER**
**J.S.C.**

3/28/19

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------x
SUMMER ZERVOS,

                      Plaintiff,

      -against-

DONALD J. TRUMP,

                      Defendant.
-----------------------------------------------------------------x

Index No. 150522/2017

Hon. Jennifer G. Schecter

**STIPULATION**

        IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the parties hereto that:

        1.      The current deadline for third-party subpoenas, requests for commissions, and letters rogatory is March 23, 2019.

        2.      In light of the extended deadlines for depositions and discovery, the parties hereby agree that the deadline for third-party subpoenas, requests for commissions, and letters rogatory be extended until July 10, 2019.

        3.      No other dates or deadlines are otherwise amended.

        4.      This stipulation may be executed in counterparts and facsimile or PDF copies shall be deemed originals.

Dated: New York, New York
March 20, 2019

| CUTI HECKER WANG LLP | KASOWITZ BENSON TORRES LLP |
|---|---|
| By: Mariann Meier Wang | By: Paul J. Burgo |
| 305 Broadway, Suite 607 | 1633 Broadway |
| New York, New York 10007 | New York, New York 10019 |
| (212) 620-2600 | (212) 506-1700 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

SO ORDERED

_____,
Hon. Jennifer G. Schecter, J.S.C.

2