# EXHIBIT 4

SUPREME COURT OF THE STATE OF NEW YORK
APPELLATE DIVISION: FIRST DEPARTMENT
------------------------------------------x

SUMMER ZERVOS, : Index No. 150522/2017
:
Plaintiff-Respondent, :
: **NOTICE OF MOTION**
v. :
:
DONALD J. TRUMP, :
:
Defendant-Appellant. :
:
------------------------------------------x

**PLEASE TAKE NOTICE** that, upon the accompanying Affirmation of Marc. E. Kasowitz, dated November 18, 2019, and memorandum of law, defendant-appellant President Donald J. Trump will move this Court at the Appellate Division, First Judicial Department, located at 27 Madison Avenue, New York, New York, 10010, on _____, 2019, at 10:00 AM, or as soon thereafter as counsel can be heard. Specifically, President Trump will move this Court for an Order granting reargument of this Court's March 14, 2019 Decision and Order pursuant to CPLR 2221 and 22 N.Y.C.R.R. § 1250.16 or, alternatively, for leave to appeal to the Court of Appeals pursuant to CPLR 5602 and 22 N.Y.C.R.R. § 1250.16, as well as for a stay of the proceedings in the Supreme Court, New York County pursuant to CPLR § 5519(c).

Dated: November 18, 2019

KASOWITZ BENSON TORRES LLP

By: /s/ Marc E. Kasowitz
Marc E. Kasowitz
Christine A. Montenegro
Paul J. Burgo
Kevin A. Cyrulnik

1633 Broadway
New York, New York 10019
(212) 506-1700

*Attorneys for Defendant-Appellant
Donald J. Trump*

**TO:** Counsel of Record