# EXHIBIT 8

Supreme Court
of the
State of New York



HON. DEBORAH A. KAPLAN
ADMINISTRATIVE JUDGE FOR CIVIL MATTERS

60 CENTRE STREET
NEW YORK, NY 10007

December 9, 2019

Roberta A. Kaplan, Esq.
Kaplan Hecker & Fink, LLP
350 Fifth Avenue, Suite 7110
New York, New York 10118

Re: Carroll v Trump
Index No. 160694/2019

Counsel:

Justice Deborah A. Kaplan is in receipt of plaintiff's counsel's letter request to transfer the above-captioned case from Justice Doris Ling-Cohan to Justice Jennifer Schecter based on the contention that a related case is pending before Justice Schecter. Justice Kaplan is also in receipt of the defendant's opposition to such request.

Judge Kaplan declines to transfer the case to Justice Schecter.

Sincerely,

Joan Levenson, Esq.
Principal Law Clerk to Administrative Judge
Deborah A. Kaplan

cc: Lawrence S. Rosen, Esq.
LaRocca Hornik Rosen & Greenberg, LLP
The Trump Building
40 Wall Street, 32nd Floor
New York, New York 10005