FILED: NEW YORK COUNTY CLERK 02/18/2020 02:53 PM
NYSCEF DOC. NO. 64
INDEX NO. 160694/2019
RECEIVED NYSCEF: 02/18/2020

Case 1:20-cv-07311-LAK   Document 14-65   Filed 09/15/20   Page 1 of 2

# EXHIBIT 9

**Hobday, Erin** <Erin.Hobday@hearst.com>   Dec 11, 2019, 3:57 PM
to me

Dear E. Jean,

Thank you for taking the time to speak with me today. It is with deep regret that I am writing to confirm that we are terminating your contract with Elle magazine and neither party will have any further obligation to one another (except for payments mentioned noted below). We and your readers so appreciate your many years of work for the magazine, and the wonderful columns you contributed to our publication. We will miss you tremendously.

Please confirm that you have received this email and send us an invoice for the remaining 5 columns on your contract, so we can be sure to process it before the end of the year.

Warmest,
Erin Hobday