FILED: NEW YORK COUNTY CLERK 02/28/2020 12:03 AM
NYSCEF DOC. NO. 69
INDEX NO. 160694/2019
RECEIVED NYSCEF: 02/28/2020

Case 1:20-cv-07311-LAK   Document 14-70   Filed 09/15/20   Page 1 of 2

# Exhibit C

At a Term of the Appellate Division of the Supreme Court held in and for the First Judicial Department in the County of New York on May 17, 2016.

PRESENT: Hon. Angela M. Mazzarelli,     Justice Presiding,
              Dianne T. Renwick
              David B. Saxe
              Karla Moskowitz,           Justices.

-----------------------------------------X
In re The People of the State of
New York by Eric T. Schneiderman, etc.,
     Petitioner-Appellant-Respondent,

            -against-                               M-1498
                                          Index No. 451463/13
The Trump Entrepreneur Initiative
LLC, formerly known as Trump University
LLC, et al.,
     Respondents-Respondents-Appellants.
-----------------------------------------X

Respondents-respondents-appellants having moved for leave to appeal to the Court of Appeals from the decision and order of this Court entered on March 1, 2016 (Appeal No. 16093-16094),

Now, upon reading and filing the papers with respect to the motion, and due deliberation having been had thereon,

It is ordered that the motion is granted, and this Court, pursuant to CPLR 5713, certifies that the following question of law, decisive of the correctness of its determination, has arisen, which in its opinion ought to be reviewed by the Court of Appeals:

Was the order of Supreme Court, as affirmed by this Court, properly made?

This Court further certifies that its determination was made as a matter of law and not in the exercise of discretion.

ENTER:

                                        [signature]
                                        CLERK