SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

E. JEAN CARROLL,

                *Plaintiff*,

  -against-

DONALD J. TRUMP, in his personal capacity,

                *Defendant*.

Index No. 160694/2019

**NOTICE OF APPEARANCE**

---

TO THE CLERK OF COURT:

    PLEASE TAKE NOTICE that I am admitted to practice in this Court, and that I appear in this case as counsel for Plaintiff, E. Jean Carroll, in the above-captioned action.

    All pleadings, notices of hearing, and other filings in this matter should be served upon the undersigned counsel.

Dated: New York, NY
       June 15, 2020

                         /s/ Joshua A. Matz_____

                         Joshua A. Matz
                         KAPLAN HECKER & FINK LLP
                         350 Fifth Avenue, Suite 7110
                         New York, New York 10118
                         Telephone: (212) 763-0883
                         Facsimile: (212) 564-0883
                         jmatz@kaplanhecker.com

                         *Counsel for Plaintiff E. Jean Carroll*