FILED: NEW YORK COUNTY CLERK 06/15/2020 08:36 AM
INDEX NO. 160694/2019
NYSCEF DOC. NO. 84
Case 1:20-cv-07311-LAK   Document 14-85   Filed 09/15/20   Page 1 of 2
RECEIVED NYSCEF: 06/15/2020

# EXHIBIT A

Case 1:20-cv-07311-LAK   Document 14-85   Filed 09/15/20   Page 2 of 2

