# EXHIBIT C

FILED: NEW YORK COUNTY CLERK 06/15/2020 08:36 AM
NYSCEF DOC. NO. 86

INDEX NO. 160694/2019
RECEIVED NYSCEF: 06/15/2020

Case 1:20-cv-07311-LAK   Document 14-87   Filed 09/15/20   Page 2 of 3

6/9/2020                                                  Entity Information

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through June 8, 2020

| | |
|---:|:---|
| Selected Entity Name | THE TRUMP ORGANIZATION, INC |
| | **Selected Entity Status Information** |
| **Current Entity Name:** | THE TRUMP ORGANIZATION, INC. |
| **DOS ID #:** | 694908 |
| **Initial DOS Filing Date:** | APRIL 23, 1981 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

**Selected Entity Address Information**

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
NATIONAL REGISTERED AGENTS, INC.
28 LIBERTY ST.
NEW YORK, NEW YORK, 10005

**Chief Executive Officer**
ERIC TRUMP
725 FIFTH AVE
NEW YORK, NEW YORK, 10022

**Principal Executive Office**
THE TRUMP ORGANIZATION, INC.
725 FIFTH AVE
NEW YORK, NEW YORK, 10022

**Registered Agent**
NATIONAL REGISTERED AGENTS, INC.
28 LIBERTY STREET
NEW YORK, NEW YORK, 10005

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| APR 23, 1981 | Actual | THE TRUMP ORGANIZATION, INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS Homepage  |  Contact Us