# EXHIBIT D

## FEC FORM 3P

## REPORT OF RECEIPTS AND DISBURSEMENTS

**By An Authorized Committee of a Candidate For the Office of President or Vice President**
**(Summary Page, FEC FORM 3P)**

**FILING FEC-1407644**

**1. DONALD J. TRUMP FOR PRESIDENT, INC.**
725 FIFTH AVENUE
NEW YORK, New York 10022

**2. FEC Committee ID #: C00580100**

**4. Report Type = MAY MONTHLY**

Filed 05/20/2020

**SUMMARY**
**DETAILED SUMMARY PAGE**
**ALLOCATIONS BY STATE**
**Schedule A Filings (ITEMIZED RECEIPTS)**
**Schedule B Filings (ITEMIZED DISBURSEMENTS)**
**Schedule D Filings (DEBTS AND OBLIGATIONS)**

## SUMMARY

5. Covering Period 04/01/2020 Through 04/30/2020

| | |
|---|---:|
| 6. Cash on Hand at BEGINNING of the Reporting Period | 98470586.29 |
| 7. Total Receipts This Period | 16946733.00 |
| 8. Subtotal (6 + 7) | 115417319.29 |
| 9. Total Disbursements This Period | 7737494.81 |
| 10. Cash on Hand at CLOSE of the Reporting Period | 107679824.48 |
| 11. Debts and Obligations Owed TO the Committee | 0.00 |
| Itemize all on SCHEDULE C or SCHEDULE D | |
| 12. Debts and Obligations Owed BY the Committee | 234670.08 |
| Itemize all on SCHEDULE C or SCHEDULE D | |
| 13. Expenditures Subject To Limitation | 0.00 |
| 14. NET Contributions (Other than Loans) | 111724976.92 |
| 15. NET Operating Expenditures | 165682897.87 |

6/9/2020   Form 3PS Summary P CRATE, BRADLEY NC

Treasurer: MR. BRADLEY NC. CRATE
Date Signed: 05/20/2020

## (End Summary, FEC FORM 3P)

## DETAILED SUMMARY

## Of Receipts And Disbursements

|  | Column A This Period | Column B Election Cycle-To-Date | Column C |
|---|---|---|---|
| **I. Receipts** | | | |
| 16. Federal Funds (Itemize on Schedule A-P) | 0.00 | 0.00 | 0.00 |
| 17. Contributions (other than loans) From: | | | |
| (a) Individuals/Persons Other than Political Committees | | | |
| (i) itemized | 5962767.39 | 54155928.08 | 0.00 |
| (ii) unitemized | 4858663.46 | 58377911.61 | 0.00 |
| (iii) Total contributions | 10821430.85 | 112533839.69 | 0.00 |
| (b) Political Party Commitees | 0.00 | 0.00 | 0.00 |
| (c) Other Political Committees | 2000.00 | 96035.65 | 0.00 |
| (d) The Candidate | 0.00 | 8020.58 | 0.00 |
| (e) Total Contributions (11(a) + (b) + (c) + (d)) | 10823430.85 | 112637895.92 | 0.00 |
| 18. Transfers From Other Authorized Committees | 6031384.85 | 149489129.31 | 0.00 |
| 19. Loans Received: | | | |
| (a) Loans Received From or Guaranteed By Candidate | 0.00 | 0.00 | 0.00 |
| (b) Other Loans | 0.00 | 0.00 | 0.00 |
| (c) Total Loans (19(a) + (b)) | 0.00 | 0.00 | 0.00 |
| 20. Offsets to Expenditures (Refunds, Rebates, etc): | | | |
| (a) Operating | 43989.99 | 10204676.02 | 0.00 |
| (b) Fundraising | 0.00 | 0.00 | 0.00 |
| (c) Legal and Accounting | 0.00 | 0.00 | 0.00 |
| (d) Total Offsets To Expenditures (20(a) + (b) + (c)) | 43989.99 | 10204676.02 | 0.00 |
| 21. Other Receipts (Dividends, Interest, etc) | 47927.31 | 1446174.31 | 0.00 |
| 22. Total Receipts | 16946733.00 | 273777875.56 | 0.00 |
| **II. Disbursements** | | | |
| 23. Operating Expenditures | 7434294.81 | 175887573.89 | 0.00 |
| 24. Transfers to Other Authorized Committees | 0.00 | 393947.32 | 0.00 |
| 25. Fundraising Disbursements | 0.00 | 0.00 | 0.00 |
| 26. Exempt Legal and Accounting Disbursements | 0.00 | 0.00 | 0.00 |

|  | Column A This Period | Column B Election Cycle To Date | Column C |
|---|---|---|---|
| 27. Loan Repayments Made | | | |
| (a) Repayments of loans Made or Guaranteed By Candidate | 0.00 | 0.00 | 0.00 |
| (b) Other Loans | 0.00 | 0.00 | 0.00 |
| (c) Total Loans (27(a) + (b)) | 0.00 | 0.00 | 0.00 |
| 28. Refunds of Contributions To: | | | |
| (a) Individuals/Persons Other Than Political Committees | 0.00 | 887828.13 | 0.00 |
| (b) Political Party Committees | 0.00 | 0.00 | 0.00 |
| (c) Other Political Committees | 0.00 | 25090.87 | 0.00 |
| (d) Total Contribution Refunds (28(a) + (b) + (c)) | 0.00 | 912919.00 | 0.00 |
| 29. Other Disbursements | 303200.00 | 6431895.00 | 0.00 |
| 30. Total Disbursements | 7737494.81 | 183626335.21 | 0.00 |

**III. Contributed Items (stock, Art Objects, Etc.)**

| 31. Items On Hand To Be Liquidated | 0.00 |
|---|---|

**(End Detailed Summary Page, FEC FORM 3P)**

## ALLOCATION OF PRIMARY EXPENDITURES BY STATE

### For A Presidential Candidate

### 1. DONALD J. TRUMP FOR PRESIDENT, INC.

725 FIFTH AVENUE
NEW YORK, New York 10022

### 2. FEC Committee ID #: C00580100

### Allocation By State

| State | Allocation This period | Total Allocation To Date | State | Allocation This period | Total Allocation To Date |
|---|---|---|---|---|---|
| Alabama | 0.00 | 0.00 | Nebraska | 0.00 | 0.00 |
| Alaska | 0.00 | 0.00 | Nevada | 0.00 | 0.00 |
| Arizona | 0.00 | 0.00 | New Hampshire | 0.00 | 0.00 |
| Arkansas | 0.00 | 0.00 | New Jersey | 0.00 | 0.00 |
| California | 0.00 | 0.00 | New Mexico | 0.00 | 0.00 |
| Colorado | 0.00 | 0.00 | New York | 0.00 | 0.00 |

FILED: NEW YORK COUNTY CLERK 06/15/2020 08:36 AM INDEX NO. 160694/2019
NYSCEF DOC. NO. 87 RECEIVED NYSCEF: 06/15/2020
6/9/2020 Form 3P report 14-88 Filed 09/15/20 Page 5 of 5
Case 1:20-cv-07311-LAK Document 14-88 Filed 09/15/20 Page 5 of 5

| State | Allocation This period | Total Allocation To Date | State | Allocation This period | Total Allocation To Date |
|---|---|---|---|---|---|
| Connecticut | 0.00 | 0.00 | North Carolina | 0.00 | 0.00 |
| Delaware | 0.00 | 0.00 | North Dakota | 0.00 | 0.00 |
| District of Columbia | 0.00 | 0.00 | Ohio | 0.00 | 0.00 |
| Florida | 0.00 | 0.00 | Oklahoma | 0.00 | 0.00 |
| Georgia | 0.00 | 0.00 | Oregon | 0.00 | 0.00 |
| Hawaii | 0.00 | 0.00 | Pennsylvania | 0.00 | 0.00 |
| Idaho | 0.00 | 0.00 | Rhode Island | 0.00 | 0.00 |
| Illinois | 0.00 | 0.00 | South Carolina | 0.00 | 0.00 |
| Indiana | 0.00 | 0.00 | South Dakota | 0.00 | 0.00 |
| Iowa | 0.00 | 0.00 | Tennessee | 0.00 | 0.00 |
| Kansas | 0.00 | 0.00 | Texas | 0.00 | 0.00 |
| Kentucky | 0.00 | 0.00 | Utah | 0.00 | 0.00 |
| Louisiana | 0.00 | 0.00 | Vermont | 0.00 | 0.00 |
| Maine | 0.00 | 0.00 | Virginia | 0.00 | 0.00 |
| Maryland | 0.00 | 0.00 | Washington | 0.00 | 0.00 |
| Massachusetts | 0.00 | 0.00 | West Virginia | 0.00 | 0.00 |
| Michigan | 0.00 | 0.00 | Wisconsin | 0.00 | 0.00 |
| Minnesota | 0.00 | 0.00 | Wyoming | 0.00 | 0.00 |
| Mississippi | 0.00 | 0.00 | Puerto Rico | 0.00 | 0.00 |
| Missouri | 0.00 | 0.00 | Guam | 0.00 | 0.00 |
| Montana | 0.00 | 0.00 | Virgin Islands | 0.00 | 0.00 |
| | | | **TOTALS** | **0.00** | **0.00** |

**(End Allocation of Primary Expenditures Page, FEC FORM 3P)**

Generated Tue Jun 9 08:06:35 2020

Federal Election Commission, 999 E Street, NW, Washington, DC 20463 (800) 424-9530 In Washington (202) 694-1100
For the hearing impaired, TTY (202) 219-3336 Send comments and suggestions about this site to: **webmaster@fec.gov**.