# EXHIBIT E



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information Act Program
Communications Center
245 Murray Lane, S.W., Building T-5
Washington, D.C. 20223

Date: May 11, 2020

File Number: 20190427

Dear Requester:

This is the final response to your Freedom of Information Act (FOIA) request, originally received
by the United States Secret Service (Secret Service) on February 7, 2019, for information pertaining
to each Semi-Annual Report on Presidential Protection Costs from 2010 to the present, those reports
being required by the Presidential Protection Act (PPA) of 1976, Pub. L. No. 94-524, § 9.

After a detailed review of all potentially responsive records, 24 pages were released and 63 pages
were withheld in their entirety. Exemptions under the FOIA Statute, Title 5 U.S.C. § 552 have been
applied as follows:

PPA reports dated 10/2015 to 3/2018 are all in draft form (7 reports, 63 pages) and were withheld in
entirety under Exemption (b)(5). PPA reports dated 4/2018 to 9/2019 were released in entirety (3
reports, 24 pages). All reports prior to October 2015 are classified and withheld in full under
Executive Order 13526, Sect. 3.2.

Enclosed are the documents responsive to your request, as well as a document that explains the
exemptions in more detail. Withheld information is pursuant to the exemptions marked below.

### *Section 552 (FOIA)*

| | | | | |
|---|---|---|---|---|
| ☐ (b)(1) | ☐ (b)(2) | ☐ (b)(3) Statute: | | |
| ☐ (b)(4) | ☒ (b)(5) | ☐ (b)(6) | ☐ (b)(7)(A) | ☐ (b)(7)(B) |
| ☐ (b)(7)(C) | ☐ (b)(7)(D) | ☐ (b)(7)(E) | ☐ (b)(7)(F) | ☐ (b)(8) |

The following checked item(s) also apply to your request:

☐ Some documents, and/or information contained within a document, originated with another government agency(s). Approximately   page(s) were referred to that agency(s) for review and direct response to you.

☒ Fees: In the processing of this FOIA request, no fees are being assessed.

☐ Other:

If you deem our decision an adverse determination, you may exercise your appeal rights. Should you wish to file an administrative appeal, your appeal should be made in writing and received within ninety (90) days of the date of this letter, by writing to: Freedom of Information Appeal, Deputy Director, U.S. Secret Service, Communications Center, 245 Murray Lane, S.W., Building T-5, Washington, D.C. 20223. If you choose to file an administrative appeal, please explain the basis of your appeal and reference the case number listed above.

Additionally, you have the right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Please note that contacting the Secret Service's FOIA Program and/or OGIS **is not** an alternative to filing an administrative appeal and **does not** stop the 90-day appeal clock. You may contact OGIS at: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001. You may also reach OGIS via e-mail at ogis@nara.gov, telephone at 202-741-5770/toll free at (877) 684-6448, or facsimile at (202) 741-5769.

If you need any further assistance, or would like to discuss any aspect of your request, please contact our FOIA Public Liaison Kevin Tyrrell at, (202) 406-6370. Alternatively, you may send an e-mail to foia@usss.dhs.gov.

FOIA/PA File No. 20190427 is assigned to your request. Please refer to this file number in all future communication with this office.

Sincerely,

Kevin L. Tyrrell
Freedom of Information Act Officer
Office of Intergovernmental and Legislative Affairs

Enclosure:
☒   FOIA and Privacy Act Exemption List



# Expenditures Pursuant to the *Presidential Protection Assistance Act of 1976*

*August 2, 2019*

Report to Congress for April 1 to September 30, 2018



*U.S. Secret Service*

FOR OFFICIAL USE ONLY

# Message from the Director

I am pleased to submit this report, *Expenditures Pursuant to the Presidential Protection Assistance Act of 1976*, which has been prepared by the U.S. Secret Service (Secret Service). This document has been compiled pursuant to section 9 the *Presidential Protection Assistance Act of 1974*, P.L. 94-524, as amended (18 U.S.C. 3056 note) (the Act).

The Secret Service relies on its federal partners to provide valuable support for protective operations in a wide range of contexts, and this report reflects reimbursements to those agencies made under the Act. The Secret Service appreciates the cooperation of these agencies as we leverage the expertise of their personnel and assets to provide world class protective services for our nation's leaders, their families, and visiting foreign heads of state/heads of government.

Protection does not end with the close of the work day, and the Act authorizes the Secret Service to secure the non-governmental properties of its protectees as part of the agency's comprehensive operational security plans.  Costs for personnel, equipment, and services continue to rise with necessary updates, to include updating technical security measures and replacing outdated equipment. The Secret Service strives to minimize these costs while maintaining an effective security footprint at these properties.

Pursuant to congressional requirements, this report is being provided to the following Members of Congress:

| | |
|---|---|
| The Honorable Richard Shelby<br>Chairman, Senate Committee on<br>Appropriations | The Honorable Patrick Leahy<br>Ranking Member, Senate Committee on<br>Appropriations |
| The Honorable Nita Lowey<br>Chairman, House Committee on<br>Appropriations | The Honorable Kay Granger<br>Ranking Member, House Committee on<br>Appropriations |
| The Honorable Lindsey Graham<br>Chairman, Senate Committee on the<br>Judiciary | The Honorable Dianne Feinstein<br>Ranking Member, Senate Committee on the<br>Judiciary |
| The Honorable Jerry Nadler<br>Chairman, House Committee on the<br>Judiciary | The Honorable Doug Collins<br>Ranking Member, House Committee on the<br>Judiciary |
| The Honorable Ron Johnson<br>Chairman, Senate Committee on<br>Homeland Security and Governmental<br>Affairs | The Honorable Gary Peters<br>Ranking Member, Senate Committee on<br>Homeland Security and Governmental<br>Affairs |
| The Honorable Elijah Cummings<br>Chairman, House Committee on<br>Oversight and Reform | The Honorable Jim Jordan<br>Ranking Member, House Committee<br>Oversight and Reform |

FOR OFFICIAL USE ONLY

Inquiries relating to this report may be directed to the Secret Service's Office of Intergovernmental and Legislative Affairs at (202) 406-5676.



Sincerely,

James M. Murray
Director

FOR OFFICIAL USE ONLY

# Executive Summary

The *Presidential Protection Assistance Act of 1976*, P.L. 94-524 as amended (18 U.S.C. 3056 note) (the Act) requires the Secret Service to report semi-annually on expenditures made pursuant to the Act.

In order to carry out its protective mission, the Secret Service relies on the support of other federal agencies to provide personnel, assets, facilities, and services that either do not exist within this agency or are temporarily unavailable due to heightened mission needs. The *Presidential Protection Assistance Act of 1976*, P.L. 94-524 as amended (18 U.S.C. 3056 note) recognizes that reliance and directs other agencies to provide their assistance. Specifically, section 6 provides:

> Executive department and Executive agencies shall assist the Secret Service in the performance of its duties by providing services, equipment, and facilities on a temporary and reimbursable basis when requested by the Director and on a permanent and reimbursable basis upon advance written request of the Director; except that the Department of Defense and the Coast Guard shall provide such assistance on a temporary basis without reimbursement when assisting the Secret Service in its duties directly related to the protection of the President or the Vice President or other officer immediately next in order of succession to the office of the President.

This report provides FY 2018 Q3/Q4 expenditure data related to Secret Service reimbursements of other Federal agencies, as envisioned by section 6.

The Act also recognizes the need for the Secret Service umbrella of protection to extend to a protectee's designated, non-governmental properties, to include residences. Pursuant to sections 3 and 4 of the Act, the Secret Service is authorized to fully secure one property and to secure other designated properties subject to a cumulative cap on expenditures. When expenditures in excess of the cap are required, the Secret Service provides notification to the Committees on Appropriations of the House and Senate respectively.

This report provides expenditure data associated with each designated, non-governmental property for FY 2018 Q3/Q4.

Finally, the Act envisions that the Secret Service could reimburse State and local governments for assistance in protecting the President's one fully secured non-governmental property or local airports that the President uses while in transit to that property, provided that the property and the airport are located in a municipality or political subdivision where the permanent resident population is 7,000 or less and other conditions are met. Section 12 of the Act stipulates two caps on expenditures related to State and local reimbursement. This report provides expenditure data for FY 2018 Q3/Q4 associated with State and local reimbursements as envisioned in Section 12 of the Act.

FOR OFFICIAL USE ONLY



# Protective Travel Expenditures

## Table of Contents

I.      Legislative Language ............................................................................................. 1

II.     Data Report ............................................................................................................. 2

FOR OFFICIAL USE ONLY

# I.   Legislative Language

This report has been compiled pursuant to the legislative language set forth in section 9 the *Presidential Protection Assistance Act of 1976*, P.L. 94-524, as amended (18 U.S.C. 3056 note), which states:

> The Director [of the Secret Service], the Secretary of Defense, and the Commandant of the Coast Guard shall each transmit a detailed report of expenditures made pursuant to this Act during the six-month period immediately preceding such report by the Secret Service, the Department of Defense, and the Coast Guard, respectively, to the Committees on Appropriations, Committees on the Judiciary, [the Committee on Oversight and Reform of the House Representatives, and the Committee on Homeland Security and Governmental Affairs of the Senate], respectively, on March 31 and September 30, of each year.

FOR OFFICIAL USE ONLY

Case 1:20-cv-07311-LAK   Document 14-89   Filed 09/15/20   Page 10 of 27

# II.   Data Report

To fulfill the requirements of this report, the Secret Service reviewed expenditures applicable to the requirements defined within the *Presidential Protection Assistance Act of 1976* for the period beginning on April 1, 2018, and ending on September 30, 2018. This data has been validated by the Office of Protective Operations, the Office of Technical Development and Mission Support, the Office of Enterprise Readiness, Office of the Chief Information Officer, and the Office of the Chief Financial Officer.

**Expenditures by the Secret Service to secure non-Governmental properties**
**April 1, 2018 – Sept. 30, 2018**

| Protectee[1] | Sec. 3 Expenditures to Fully Secure One Non-Governmental Property | Sec. 4 Expenditures for Permanent Facilities, Equipment, and Services (at Additional Non-Governmental Properties) | Sec. 4. Expenditures for Maintaining a Permanent Guard Detail (at Additional Non-Governmental Properties) |
|---|---|---|---|
| POTUS Trump (New York, NY) | $732,648.90[2] | | |
| POTUS Trump (Bedminster, NJ) | | | |
| POTUS Trump (Palm Beach, FL) | | | |
| B. Obama (Washington, DC) | $22,988.52 | | |
| B. Obama (Chicago, IL) | | $32,009.16 | $279,402.00 |
| G.W. Bush (Crawford, TX) | $16,923.54 | | |
| G.W. Bush (Dallas, TX) | | $14,832.18 | $279,402.00 |
| W. Clinton (Chappaqua, NY) | $31,389.24 | | |
| W. Clinton (Washington, DC) | | | $222,900.00 |
| W. Clinton (Manhattan, NY) | | $11,400.00[2] | |
| G.H. Bush (Kennebunkport, ME) | $36,869.82 | | |
| G.H. Bush (Houston, TX) | | $8,886.12 | |
| J. Carter (Plains, GA) | $62,995.08[2] | | |
| Donald Trump Jr. (New York, NY) | $17,056.00 | | |
| Donald Trump Jr. (East Branch, NY) | | | |
| Kai, Donald III, Tristan, Spencer, Chloe Trump (New York, NY) | $8,528.00 | | |
| Ivanka Trump (Washington, DC) | $18,900.00 | | |
| Eric Trump (New York, NY) | | | |
| Eric Trump (Briarcliff Manor, NY) | | | |
| Tiffany Trump (Washington, DC) | $18,804.00 | | |
| Tiffany Trump (New York, NY) | | | |

---

[1] Pub. L. 94-524: Sec. 2(3). "'[P]rotectee'" means any person eligible to receive the protection authorized by section 3056 of title 18, United States Code".

[2] Includes costs associated with leased office space to provide Secret Service personnel administrative work space not specifically associated with securing a non-governmental property.

FOR OFFICIAL USE ONLY

### Expenditures made by Executive departments and agencies reimbursed by the Secret Service[3]
### April 1, 2018 – Sept. 30, 2018

| Executive Department or Agency | Total Costs Reimbursed by the Secret Service |
|---|---|
| Department of Interior (National Park Service) | $779,250.00 |
| White House Communications Agency | $375,000.00 |
| Defense Information Systems Agency | $404,012.28 |
| Department of State | $23,429,636.03 |
| Department of Defense (Space and Naval Warfare Systems Command) | $2,141,000.00 |
| Department of Defense (United States Army Corps of Engineers) | $180,000.00 |
| Department of Defense (United States Air Force) | $1,296,000.00 |
| Department of Defense (U.S. Northern Command) | $990,000.00 |
| | |

### Reimbursements made to state and local governments for the utilization of services, personnel, equipment, and facilities[4]
### April 1, 2018 – Sept. 30, 2018

| State or Local Government | Total Costs Reimbursed by the Secret Service |
|---|---|
| N/A – No Reimbursements Made | $0.00 |
| | |

---

[3] Pub. L., 94-524: Sec. 6. "Executive departments and Executive agencies shall assist the Secret Service in the performance of its duties by providing services, equipment, and facilities on a temporary and reimbursable basis when requested by the Director and on a permanent and reimbursable basis upon advance written request of the Director; except that the Department of Defense and the Coast Guard shall provide such assistance on a temporary basis without reimbursement when assisting the Secret Service in its duties directly related to the protection of the President or the Vice President, or other immediately next in order of succession to the office of the President."

[4] Pub. L. 94-524: Sec. 12. ". . . Expenditures for this reimbursement are authorized not to exceed $300,000 at the one non-governmental property [designated by the President of the United States to be fully secured], and $70,000 at the airport facility [used for travel en route to or from such property], in any one fiscal year: *Provided*, That the designated site is located in a municipality or political subdivision of any State where the permanent resident population is 7,000 or less and where the absence of such Federal assistance would place an undue economic burden on the affected State and local governments: *[p]rovided further*, [t]hat the airport facility is wholly or partially located in a municipality or political subdivision of any State where the permanent resident population is 7,000 or less, the airport is located within 25 nautical miles of the designated non-governmental property, and where the absence of such Federal assistance would place an undue economic burden on the affected State and local governments."

FOR OFFICIAL USE ONLY



# Expenditures Pursuant to the *Presidential Protection Assistance Act of 1976*

*November 20, 2019*

Report to Congress for October 1, 2018 to March 31, 2019



Homeland Security

*U.S. Secret Service*

FOR OFFICIAL USE ONLY

# Message from the Director

I am pleased to submit this report, *Expenditures Pursuant to the Presidential Protection Assistance Act of 1976*, which has been prepared by the U.S. Secret Service (Secret Service). This document has been compiled pursuant to section 9 the *Presidential Protection Assistance Act of 1974*, P.L. 94-524, as amended (18 U.S.C. 3056 note) (the Act).



The Secret Service relies on its federal partners to provide valuable support for protective operations in a wide range of contexts, and this report reflects reimbursements to those agencies made under the Act. The Secret Service appreciates the cooperation of these agencies as we leverage the expertise of their personnel and assets to provide world class protective services for our nation's leaders, their families, and visiting foreign heads of state/heads of government.

Protection does not end with the close of the work day, and the Act authorizes the Secret Service to secure the non-governmental properties of its protectees as part of the agency's comprehensive operational security plans. Costs for personnel, equipment, and services continue to rise with necessary updates, to include updating technical security measures and replacing outdated equipment. The Secret Service strives to minimize these costs while maintaining an effective security footprint at these properties.

Pursuant to congressional requirements, this report is being provided to the following Members of Congress:

The Honorable Richard Shelby
Chairman, Senate Committee on
Appropriations

The Honorable Patrick Leahy
Ranking Member, Senate Committee on
Appropriations

The Honorable Nita Lowey
Chairwoman, House Committee on
Appropriations

The Honorable Kay Granger
Ranking Member, House Committee on
Appropriations

The Honorable Lindsey Graham
Chairman, Senate Committee on the
Judiciary

The Honorable Dianne Feinstein
Ranking Member, Senate Committee on the
Judiciary

The Honorable Jerry Nadler
Chairman, House Committee on the
Judiciary

The Honorable Doug Collins
Ranking Member, House Committee on the
Judiciary

The Honorable Ron Johnson
Chairman, Senate Committee on
Homeland Security and Governmental
Affairs

The Honorable Gary Peters
Ranking Member, Senate Committee on
Homeland Security and Governmental
Affairs

FOR OFFICIAL USE ONLY

The Honorable Carolyn Maloney          The Honorable Jim Jordan
Acting Chairwoman, House Committee on   Ranking Member, House Committee
Oversight and Reform                    Oversight and Reform

Inquiries relating to this report may be directed to the Secret Service's Office of
Intergovernmental and Legislative Affairs at (202) 406-5676.

Sincerely,

James M. Murray
Director

FOR OFFICIAL USE ONLY

# Executive Summary

The *Presidential Protection Assistance Act of 1976*, P.L. 94-524 as amended (18 U.S.C. 3056 note) (the Act) requires the Secret Service to report semi-annually on expenditures made pursuant to the Act.

In order to carry out its protective mission, the Secret Service relies on the support of other federal agencies to provide personnel, assets, facilities, and services that either do not exist within this agency or are temporarily unavailable due to heightened mission needs. The *Presidential Protection Assistance Act of 1976*, P.L. 94-524 as amended (18 U.S.C. 3056 note) recognizes that reliance and directs other agencies to provide their assistance. Specifically, section 6 provides:

> Executive department and Executive agencies shall assist the Secret Service in the performance of its duties by providing services, equipment, and facilities on a temporary and reimbursable basis when requested by the Director and on a permanent and reimbursable basis upon advance written request of the Director; except that the Department of Defense and the Coast Guard shall provide such assistance on a temporary basis without reimbursement when assisting the Secret Service in its duties directly related to the protection of the President or the Vice President or other officer immediately next in order of succession to the office of the President.

This report provides FY 2019 Q1/Q2 expenditure data related to Secret Service reimbursements of other Federal agencies, as envisioned by section 6.

The Act also recognizes the need for the Secret Service umbrella of protection to extend to a protectee's designated, non-governmental properties, to include residences. Pursuant to sections 3 and 4 of the Act, the Secret Service is authorized to fully secure one property and to secure other designated properties subject to a cumulative cap on expenditures. When expenditures in excess of the cap are required, the Secret Service provides notification to the Committees on Appropriations of the House and Senate respectively.

This report provides expenditure data associated with each designated, non-governmental property for FY 2019 Q1/Q2.

Finally, the Act envisions that the Secret Service could reimburse State and local governments for assistance in protecting the President's one fully secured non-governmental property or local airports that the President uses while in transit to that property, provided that the property and the airport are located in a municipality or political subdivision where the permanent resident population is 7,000 or less and other conditions are met. Section 12 of the Act stipulates two caps on expenditures related to State and local reimbursement. This report provides expenditure data for FY 2019 Q1/Q2 associated with State and local reimbursements as envisioned in Section 12 of the Act.

FOR OFFICIAL USE ONLY



# Protective Travel Expenditures

## Table of Contents

I.   Legislative Language ............................................................................................ 1

II.  Data Report ....................................................................................................... 2

FOR OFFICIAL USE ONLY

# I.  Legislative Language

This report has been compiled pursuant to the legislative language set forth in section 9 the
*Presidential Protection Assistance Act of 1976*, P.L. 94-524, as amended (18 U.S.C. 3056 note),
which states:

> The Director [of the Secret Service], the Secretary of Defense, and the
> Commandant of the Coast Guard shall each transmit a detailed report of
> expenditures made pursuant to this Act during the six-month period immediately
> preceding such report by the Secret Service, the Department of Defense, and the
> Coast Guard, respectively, to the Committees on Appropriations, Committees on
> the Judiciary, [the Committee on Oversight and Reform of the House of
> Representatives, and the Committee on Homeland Security and Governmental
> Affairs of the Senate], respectively, on March 31 and September 30, of each year.

FOR OFFICIAL USE ONLY

# II. Data Report

To fulfill the requirements of this report, the Secret Service reviewed expenditures applicable to the requirements defined within the *Presidential Protection Assistance Act of 1976* for the period beginning on October 1, 2018, and ending on March 31, 2019. This data has been validated by the Office of Protective Operations, the Office of Technical Development and Mission Support, the Office of Enterprise Readiness, the Office of the Chief Information Officer, and the Office of the Chief Financial Officer.

## Expenditures by the Secret Service to secure non-Governmental properties
### October 1, 2018 – March 31, 2019

| Protectee[1] | Sec. 3 Expenditures to Fully Secure One Non-Governmental Property | Sec. 4 Expenditures for Permanent Facilities, Equipment, and Services (at Additional Non-Governmental Properties) | Sec. 4. Expenditures for Maintaining a Permanent Guard Detail (at Additional Non-Governmental Properties) |
|---|---|---|---|
| POTUS Trump (New York, NY) | $2,037,023.34[2] | | |
| POTUS Trump (Bedminster, NJ) | | | |
| POTUS Trump (Palm Beach, FL) | | | |
| B. Obama (Washington, DC) | $22,988.52 | | |
| B. Obama (Chicago, IL) | | $32,009.16 | $280,927.50 |
| G.W. Bush (Crawford, TX) | $48,667.31 | | |
| G.W. Bush (Dallas, TX) | | $253,830.50 | $280,928.00 |
| G.W. Bush (Kennebunkport, ME) | | $121,855.29[2] | $112,734.00 |
| W. Clinton (Chappaqua, NY) | $422,649.44 | | |
| W. Clinton (Washington, DC) | | $7,074.00 | $225,468.00 |
| W. Clinton (Manhattan, NY) | | $17,358.00[2] | |
| G.H. Bush (Kennebunkport, ME) | $14,448.00 | | |
| G.H. Bush (Houston, TX) | | $72,024.00 | |
| J. Carter (Plains, GA) | $29,721.06[2] | | |
| Donald Trump Jr. (New York, NY) | $76,753.95 | | |
| Donald Trump Jr. (East Branch, NY) | | $96,483.42 | |
| Kai, Donald III, Tristan, Spencer, Chloe Trump (New York, NY) | $25,584.00 | | |
| Ivanka Trump (Washington, DC) | $19,139.40 | | |
| Eric Trump (New York, NY) | $97,658.98 | | |
| Eric Trump (Briarcliff Manor, NY) | | $47,154.11 | |
| Tiffany Trump (Washington, DC) | $20,618.84 | | |
| Tiffany Trump (New York, NY) | | | |
| | | | |

---

[1] Pub. L. 94-524: Sec. 2(3). "'[P]rotectee'" means any person eligible to receive the protection authorized by section 3056 of title 18, United States Code".

[2] Includes administrative expenses and costs associated with leased office space to provide Secret Service personnel administrative work space not specifically associated with securing a non-governmental property.

FOR OFFICIAL USE ONLY

## Expenditures made by Executive departments and agencies reimbursed by the Secret Service[3]
### October 1, 2018 – March 31, 2019

| Executive Department or Agency | Total Costs Reimbursed by the Secret Service |
|---|---|
| Department of Interior (National Park Service) | $65,218.42 |
| Department of State | $6,770,112.49 |
| Department of Defense (United States Army Corps of Engineers) | $285,966.69 |
| Department of Defense (United States Air Force) | $35,175.38 |
| Department of Defense (U.S. Northern Command) | $507,085.67 |
| Department of Homeland Security (TSA) | $27,425.74 |
| | |

## Reimbursements made to state and local governments for the utilization of services, personnel, equipment, and facilities[4]

### October 1, 2018 – March 31, 2019

| State or Local Government | Total Costs Reimbursed by the Secret Service |
|---|---|
| N/A – No Reimbursements Made | $0.00 |
| | |

---

[3] Pub. L. 94-524: Sec. 6. "Executive departments and Executive agencies shall assist the Secret Service in the performance of its duties by providing services, equipment, and facilities on a temporary and reimbursable basis when requested by the Director and on a permanent and reimbursable basis upon advance written request of the Director; except that the Department of Defense and the Coast Guard shall provide such assistance on a temporary basis without reimbursement when assisting the Secret Service in its duties directly related to the protection of the President or the Vice President, or other immediately next in order of succession to the office of the President."

[4] Pub. L. 94-524: Sec. 12. ". . . Expenditures for this reimbursement are authorized not to exceed $300,000 at the one non-governmental property [designated by the President of the United States to be fully secured], and $70,000 at the airport facility [used for travel en route to or from such property], in any one fiscal year: *Provided*, That the designated site is located in a municipality or political subdivision of any State where the reimbursable basis upon advance written request of the Director; except that the Department of Defense and the Coast Guard shall provide such permanent resident population is 7,000 or less and where the absence of such Federal assistance would place an undue economic burden on the affected State and local governments: *[p]rovided further*, [t]hat the airport facility is wholly or partially located in a municipality or political subdivision of any State where the permanent resident population is 7,000 or less, the airport is located within 25 nautical miles of the designated non-governmental property, and where the absence of such Federal assistance would place an undue economic burden on the affected State and local governments."

3

FOR OFFICIAL USE ONLY



# Expenditures Pursuant to the *Presidential Protection Assistance Act of 1976*

*February 7, 2020*

Report to Congress for April 1, 2019 to September 30, 2019



*U.S. Secret Service*

FOR OFFICIAL USE ONLY

# Message from the Director

I am pleased to submit this report, *Expenditures Pursuant to the Presidential Protection Assistance Act of 1976*, which has been prepared by the U.S. Secret Service (Secret Service). This document has been compiled pursuant to section 9 the *Presidential Protection Assistance Act of 1974*, P.L. 94-524, as amended (18 U.S.C. 3056 note) (the Act).



The Secret Service relies on its federal partners to provide valuable support for protective operations in a wide range of contexts, and this report reflects reimbursements to those agencies made under the Act. The Secret Service appreciates the cooperation of these agencies as we leverage the expertise of their personnel and assets to provide world class protective services for our nation's leaders, their families, and visiting foreign heads of state/heads of government.

Protection does not end with the close of the work day, and the Act authorizes the Secret Service to secure the non-governmental properties of its protectees as part of the agency's comprehensive operational security plans. Costs for personnel, equipment, and services continue to rise with necessary updates, to include updating technical security measures and replacing outdated equipment. The Secret Service strives to minimize these costs while maintaining an effective security footprint at these properties.

Pursuant to congressional requirements, this report is being provided to the following Members of Congress:

The Honorable Richard Shelby
Chairman, Senate Committee on
Appropriations

The Honorable Patrick Leahy
Ranking Member, Senate Committee on
Appropriations

The Honorable Nita Lowey
Chairman, House Committee on
Appropriations

The Honorable Kay Granger
Ranking Member, House Committee on
Appropriations

The Honorable Lindsey Graham
Chairman, Senate Committee on the
Judiciary

The Honorable Dianne Feinstein
Ranking Member, Senate Committee on the
Judiciary

The Honorable Jerry Nadler
Chairman, House Committee on the
Judiciary

The Honorable Doug Collins
Ranking Member, House Committee on the
Judiciary

The Honorable Ron Johnson
Chairman, Senate Committee on
Homeland Security and Governmental
Affairs

The Honorable Gary Peters
Ranking Member, Senate Committee on
Homeland Security and Governmental
Affairs

FOR OFFICIAL USE ONLY

Case 1:20-cv-07311-LAK    Document 14-89    Filed 09/15/20    Page 22 of 27

The Honorable Carolyn Maloney
Acting Chairwoman, House Committee on
Oversight and Reform

The Honorable Jim Jordan
Ranking Member, House Committee
Oversight and Reform

Inquiries relating to this report may be directed to the Secret Service's Office of
Intergovernmental and Legislative Affairs at (202) 406-5676.

Sincerely,

James M. Murray
Director

FOR OFFICIAL USE ONLY

Case 1:20-cv-07311-LAK   Document 14-89   Filed 09/15/20   Page 23 of 27

# Executive Summary

The *Presidential Protection Assistance Act of 1976*, P.L. 94-524 as amended (18 U.S.C. 3056 note) (the Act) requires the Secret Service to report semi-annually on expenditures made pursuant to the Act.

In order to carry out its protective mission, the Secret Service relies on the support of other federal agencies to provide personnel, assets, facilities, and services that either do not exist within this agency or are temporarily unavailable due to heightened mission needs. The *Presidential Protection Assistance Act of 1976*, P.L. 94-524 as amended (18 U.S.C. 3056 note) recognizes that reliance and directs other agencies to provide their assistance. Specifically, section 6 provides:

> Executive department and Executive agencies shall assist the Secret Service in the performance of its duties by providing services, equipment, and facilities on a temporary and reimbursable basis when requested by the Director and on a permanent and reimbursable basis upon advance written request of the Director; except that the Department of Defense and the Coast Guard shall provide such assistance on a temporary basis without reimbursement when assisting the Secret Service in its duties directly related to the protection of the President or the Vice President or other officer immediately next in order of succession to the office of the President.

This report provides FY 2019 Q3/Q4 expenditure data related to Secret Service reimbursements of other Federal agencies, as envisioned by section 6 of the Act.

The Act also recognizes the need for the Secret Service umbrella of protection to extend to a protectee's designated, non-governmental properties, to include residences. Pursuant to sections 3 and 4 of the Act, the Secret Service is authorized to fully secure one property and to secure other designated properties subject to a cumulative cap on expenditures. When expenditures in excess of the cap are required, the Secret Service provides notification to the Committees on Appropriations of the House and Senate.

This report provides expenditure data associated with each designated, non-governmental property for FY 2019 Q3/Q4, as envisioned by sections 3 and 4 of the Act.

Finally, the Act envisions that the Secret Service could reimburse State and local governments for assistance in protecting the President's one fully secured non-governmental property or local airports that the President uses while in transit to that property, provided that the property and the airport are located in a municipality or political subdivision where the permanent resident population is 7,000 or less and other conditions are met. Section 12 of the Act stipulates two caps on expenditures related to State and local reimbursement.

This report provides expenditure data for FY 2019 Q3/Q4 associated with State and local reimbursements, as envisioned in section 12 of the Act.

FOR OFFICIAL USE ONLY

Case 1:20-cv-07311-LAK Document 14-89 Filed 09/15/20 Page 24 of 27



# Expenditures Pursuant to the *Presidential Protection Assistance Act of 1976*

## Table of Contents

I.     Legislative Language ............................................................................ 1

II.    Data Report ........................................................................................ 2

FOR OFFICIAL USE ONLY

# I.  Legislative Language

This report has been compiled pursuant to the legislative language set forth in section 9 the *Presidential Protection Assistance Act of 1976*, P.L. 94-524, as amended (18 U.S.C. 3056 note), which states:

> The Director [of the Secret Service], the Secretary of Defense, and the Commandant of the Coast Guard shall each transmit a detailed report of expenditures made pursuant to this Act during the six-month period immediately preceding such report by the Secret Service, the Department of Defense, and the Coast Guard, respectively, to the Committees on Appropriations, Committees on the Judiciary, [the Committee on Oversight and Reform of the House of Representatives, and the Committee on Homeland Security and Governmental Affairs of the Senate], respectively, on March 31 and September 30, of each year.

FOR OFFICIAL USE ONLY

# II. Data Report

To fulfill the legislative requirements, the Secret Service reviewed expenditures applicable to the requirements defined within the *Presidential Protection Assistance Act of 1976* for the period beginning on April 1, 2019, and ending on September 30, 2019. This data has been validated by the Office of Protective Operations, the Office of Technical Development and Mission Support, the Office of Enterprise Readiness, the Office of the Chief Information Officer, and the Office of the Chief Financial Officer.

### Expenditures by the Secret Service to secure non-Governmental properties
### April 1, 2019 – September 30, 2019

| Protectee[1] | Sec. 3 Expenditures to Fully Secure One Non-Governmental Property | Sec. 4 Expenditures for Permanent Facilities, Equipment, and Services (at Additional Non-Governmental Properties) | Sec. 4. Expenditures for Maintaining a Permanent Guard Detail (at Additional Non-Governmental Properties) |
|---|---|---|---|
| POTUS Trump (New York, NY) | $2,454,063.11[2] | | |
| POTUS Trump (Bedminster, NJ) | | | |
| POTUS Trump (Palm Beach, FL) | | | |
| B. Obama (Washington, DC) | $22,988.52 | | |
| B. Obama (Chicago, IL) | | $35,915.16 | $280,927.50 |
| G.W. Bush (Crawford, TX) | $59,458.00 | | |
| G.W. Bush (Dallas, TX) | | $275,363.81 | $280,928.00 |
| G.W. Bush (Kennebunkport, ME) | | $44,770.74[2] | $112,734.00 |
| W. Clinton (Chappaqua, NY) | $2,176,684.00 | | |
| W. Clinton (Washington, DC) | | $2,379.00 | $225,468.00 |
| W. Clinton (Manhattan, NY) | | $20,326.92[2] | |
| G.H. Bush (Kennebunkport, ME) | $14,445.00 | | |
| G.H. Bush (Houston, TX) | | $71,460.77 | |
| J. Carter (Plains, GA) | $29,849.41[2] | | |
| Donald Trump Jr. (New York, NY) | $2,403.29 | | |
| Donald Trump Jr. (East Branch, NY) | | $57,419.87 | |
| Kai, Donald III, Tristan, Spencer, Chloe Trump (New York, NY) | $27,895.60 | | |
| Ivanka Trump (Washington, DC) | $19,694.47 | | |
| Eric Trump (New York, NY) | $64,698.75 | | |
| Eric Trump (Briarcliff Manor, NY) | | $59,890.54 | |
| Tiffany Trump (Washington, DC) | $19,557.00 | | |
| Tiffany Trump (New York, NY) | | | |

[1] Pub. L. 94-524: Sec. 2(3). "'[P]rotectee'" means any person eligible to receive the protection authorized by section 3056 of title 18, United States Code".

[2] Includes administrative expenses and costs associated with leased office space to provide Secret Service personnel administrative work space not specifically associated with securing a non-governmental property.

FOR OFFICIAL USE ONLY

### Expenditures made by Executive departments and agencies reimbursed by the Secret Service[3]
### April 1, 2019 – September 30, 2019

| Executive Department or Agency | Total Costs Reimbursed by the Secret Service |
|---|---|
| Department of Interior (National Park Service) | $585,620.19 |
| Department of State | $17,985,738.80 |
| Department of Defense (United States Army Corps of Engineers) | $541,457.02 |
| Department of Defense (United States Air Force) | $400,503.27 |
| Department of Defense (United States Marine Corp) | $12,164.71 |
| Department of Defense (U.S. Northern Command) | $228,946.78 |
| Department of Defense (White House Communications Agency) | $319,540.49 |
| Department of Defense (Space and Naval Warfare Systems Center) | $1,570.000.00 |
| Department of Defense (Defense Information Systems Agency) | $790,378.98 |
| Department of Homeland Security (TSA) | $273,119.62 |

### Reimbursements made to state and local governments for the utilization of services, personnel, equipment, and facilities[4]

### April 1, 2019 – September 30, 2019

| State or Local Government | Total Costs Reimbursed by the Secret Service |
|---|---|
| N/A – No Reimbursements Made | $0.00 |

---

[3] Pub. L. 94-524: Sec. 6. "Executive departments and Executive agencies shall assist the Secret Service in the performance of its duties by providing services, equipment, and facilities on a temporary and reimbursable basis when requested by the Director and on a permanent and reimbursable basis upon advance written request of the Director; except that the Department of Defense and the Coast Guard shall provide such assistance on a temporary basis without reimbursement when assisting the Secret Service in its duties directly related to the protection of the President or the Vice President, or other immediately next in order of succession to the office of the President."

[4] Pub. L. 94-524: Sec. 12. ". . . Expenditures for this reimbursement are authorized not to exceed $300,000 at the one non-governmental property [designated by the President of the United States to be fully secured], and $70,000 at the airport facility [used for travel en route to or from such property], in any one fiscal year: *Provided*, That the designated site is located in a municipality or political subdivision of any State where the permanent resident population is 7,000 or less and where the absence of such Federal assistance would place an undue economic burden on the affected State and local governments: *[p]rovided further*, [t]hat the airport facility is wholly or partially located in a municipality or political subdivision of any State where the permanent resident population is 7,000 or less, the airport is located within 25 nautical miles of the designated non-governmental property, and where the absence of such Federal assistance would place an undue economic burden on the affected State and local governments."

FOR OFFICIAL USE ONLY