FILED: NEW YORK COUNTY CLERK 06/15/2020 08:36 AM
NYSCEF DOC. NO. 89

INDEX NO. 160694/2019
RECEIVED NYSCEF: 06/15/2020

Case 1:20-cv-07311-LAK   Document 14-90   Filed 09/15/20   Page 1 of 17

# EXHIBIT F

**DONALD TRUMP:** —people here that you'll be seeing a lot of. General Milley is here, who is Head of Joint Chiefs of Staff, a fighter, a warrior, had a lot of victories and no losses. And he hates to see the way it's being handled in the various states and I just put him in charge. The Attorney General is here, right here, Bill Barr. And we will activate Bill Barr and activate him very strongly. We're strongly—and Secretary Defense is here. We're strongly looking for arrests. We do have to get much tougher. We're going to get over it. I know Governor Walz is on the phone and we spoke. I fully agree with the way he handled it the last couple of days. I asked him to do that. He had a lot of men. We have all the men and women that you need, but people aren't calling them up. You have to dominate. If you don't dominate, you're wasting your time. They're going to run all over you and you'll look like a bunch of jerks. You have to dominate. And you have to arrest people and you have to indict people and they have to go to jail for long periods of time. I saw what happened in Philadelphia. I saw what happened in Dallas where they kicked a guy to death. I don't know if he died or not, but if he didn't it's a miracle what they did to him. They were kicking him like I've never seen anything like it in my life. People don't talk about that. They don't talk about that. They're talking about a lot of other things, but they don't talk about that. But I saw what happened in Dallas. And those kids, they're all on camera. They're wise guys. And it's coming from the Radical Left. You know it. Everybody knows it. But it's also looters and it's people that think they can get free stuff by running into stores and running out with television sets. I saw it. Kid has a lot of stuff. He's putting it in the back of a brand new car and drives off. You have every one of these guys on tape. Why aren't you prosecuting them? Now the harder you are, the tougher you are, the less likely it is that you're going to be hit. This is a movement. We found out in delivering supplies to various places and various states, your people know about it now. But we found out many things. It's like a movement. And it's a movement that if you don't put it down it'll get worse and worse. This is like Occupy Wall Street. It was a disaster. Until one day somebody said, that's enough, and they just went in and wiped them out. And the last time you heard the name Occupy Wall Street until today when I heard about it. I heard Occupy Wall Street. I haven't heard about it. I heard about it today for the first time in a long time. They were there for forever it seems, on Wall Street. They closed up Wall Street, the financial district of the world, and they had total domination. They were ordering pizzas. Nobody did anything. And then one day somebody said, that's enough. You're getting out of here within two hours. And it was bedlam for an hour and then after that everything was beautiful. And that was the last time we heard about it. These are the same people. These are radicals and they're anarchists. They are anarchists, whether you like it or not. I know a couple of you guys are a different persuasion and that's okay. I fully understand it. I understand both. I'm for everybody. I'm representing everybody. I'm not representing radical right, radical left. I'm representing everybody. But you have to know what you're dealing with, and it's happened before. It's happened numerous times. And the only time it's successful is when you're weak. And most of you are weak. And I will say this, what's going on in Los Angeles, I have a friend who lives in Los Angeles, they say all the storefronts are gone. They're all broken and gone. The merchandise is gone. It's a shame. It didn't look as bad as that to me. Maybe it was the sunshine. I don't know. But in Los Angeles the storefronts are gone. Philadelphia is a mess. Philadelphia, what happened there is horrible. And that was on television. They're breaking into stores and nobody showed up to even stop them. There was nobody showed up to stop them. Washington, they had large groups, very large groups. They attacked the [INDISCERNIBLE 00:04:24] CIL Building. So they attacked [INDISCERNIBLE 00:04:48] which is very interesting. But Washington was under very good

1

control. We're going to have it under much more control. We're going to pull in thousands of people. We were under guard of the D.C. Police, the mayor of Washington D.C. And Secret Service did a very good job around the White House. Their primary function is around the White House.

**[00:05:00]**

But we're going to clamp down very, very strong. But you've got to arrest people. You have to put them in jail for ten years and you'll never see this stuff again. And you have to let them know that. And they're trying to get people out on bail in Minneapolis. I understand they're in there trying to get all these guys out on bail. So you have them on tape. You have them on television. In history there's never been anybody taped so much committing a crime. You have these guys throwing rocks, and you can see. They showed it last night on one of the stations on one of the networks throwing a big brick. And they had them in slow motion replay. It's like a fielder catching a ball or throwing a ball. They have him in slow motion replay. You see exactly who he is. Everybody knows. You'll find out exactly. You have everybody on tape. You've got to arrest all those people and you've got to try them. And if they get five years or ten years they have to get five years or ten years. There's no retribution. So I say that and the world is dominating. If you don't dominate your city and your state, they're going to walk away with you. And we're doing it in Washington and D.C. We're going to do something that people haven't seen before. But we're going to have total domination. And then you have to put them in jail. And if you have to authorize whatever it is, whoever it is you authorize. And with that, I'll let Bill Barr say a few words. And then I'm going to have General Milley speak. Let's go, Bill.

**WILLIAM BARR:** I know the situations vary around the country, but it seems that some of the common dimensions are we have the normal protesters. You have opportunistic people like looters. But in many places, if not most places, you have this ingredient of extremists, anarchists, agitators who are driving the violence. Law enforcement response is not going to work unless we dominant the streets. Because we have to control the streets. If we treat these as demonstrations, the police are pinned back guarding places and don't have the dynamic ability to go out and arrest the troublemakers. They're just standing in line watching the events. Then when they disperse the crowds, the crowds are running off in different directions to create havoc, looting, and other things. We have to control the crowds and not react [INDISCERNIBLE 00:07:33]. And that requires a strong presence. In many places I think it will require the National Guard and when there's a strong presence, not just an adequate presence to defend buildings, but a strong presence to control the crowd, things are quieting down as in Minneapolis. Some places may not require the National Guard. I think that New Jersey so far has been doing a very good job with the state police and the New York Police. And we'll see what happens there. But the key is, you have to have adequate force. That means that law enforcement, even federal law enforcement working with your state and local law enforcement would be more dynamic and go after the troublemakers. Go after the guys who are peddling the bricks and the [INDISCERNIBLE 00:08:22]. Very few people are running around lighting fires. They have to be taken off the streets and arrested and processed. The structure we're going to use is the Joint Terrorist Task Force, which I know most of you are familiar with. It's a tried and true system. It's worked for domestic homegrown terrorists and we're going to apply that model. It already integrates your state and local people. And it's intelligence driven and they will go

2

operational. We want to lean forward and charge heavily anyone who violates a federal law in connection with this rioting. But we need to have people take control of the streets so we can go out and work with law enforcement, state and local law enforcement to identify these people in the crowds, isolate, pull them out, prosecute them.

**DONALD TRUMP:** So the best example, I alluded to it a couple of seconds ago, is Indianapolis. It was incredible what happened in the state of Minnesota. They were a laughing stock all over the world. They took over the police department. The police were running down the street, sirens blazing, the rest of them running. It was on camera. And then they wiped out—you probably have to build a new one, but I've never seen anything like it. And the whole world was laughing. Two days, three days later I spoke to the governor and the governor is I think on the call and he's an excellent guy. And all of the sudden I said, you've got to use the National Guard in big numbers.

[00:10:00]

They didn't at first and they did. And I'll tell you this. I don't know what it was, if it was the governor, the third night, fourth night, those guys walked through that stuff like it was butter. They walked right through and we haven't had any problems since. I mean they know. They're not going to go there. Now they'll go to some other place. But once you call that and you dominate it, you took the worst place and you made it—they didn't even cover it last night because it was so relaxing because you dominated. You dominated. Now what happened to New York, I have to tell you, I live in Manhattan. What's going on in Manhattan I have no idea. New York's finest, they've got to be allowed. They need to do their job. I don't know what's happening in Manhattan, but it's terrible. And because it's New York, because it's Manhattan it gets a lot of press. So they really spend a lot of time on it. But New York is going to have to toughen up and we'll send you National Guard if you want. You have the largest police force in the country, 40,000 people I understand. But what's going on in New York is terrible. It's terrible of all the places. What went on last night in Los Angeles with the stores and the storefronts is terrible. No domination. You have to dominate. Go ahead, Bill.

**WILLIAM BARR:** Something the President said reminded me. The reason we have to control the streets is not just to bring peace to that town, but to give us the opportunity to get the bad apples because they are going to go elsewhere. We're picking up information that when they run into a tough nut, a strong police force, the National Guard, they're looking for a secondary target. And they can go and overwhelm the local police force. So in several of your states, that's what we're hearing. So that's why it's so imperative. We can't play whack-a-mole. We have to take out the national instigators and leadership group. And the way to do that is to start with a strong statement.

**DONALD TRUMP:** If you're weak and don't dominate your streets, they're going to stay away from you until you finally do it and you don't want that. Philadelphia, you better toughen up because what's going on in Philadelphia, like New York, is terrible. It's terrible. You better toughen up. They'll never leave. I know you want to say, let's not call up the Guard, let's call up 200 people. You've got a big National Guard out there that's ready to come in and fight like hell. I tell you, what they did in Minneapolis was incredible. They went in and dominated, and it

3

happened immediately, all of the sudden.  My wife says to me, wow, look at all these people.  They go out and were wearing dark black uniforms.  They got out and they were there in the houses.  And they just walked right down the street knocking them out with teargas.  Those guys, they were running.  And the next night it was much less.  And then the next night it was like, you know what happened, they went to other cities.  They're all looking for weak spots.  Now what they're going to do is they're going to search out for perhaps smaller cities, smaller places.  You've got to arrest these people.  You've got to arrest these people and you've got to charge them.  And you can't do the deal where they get one week of jail.  These are terrorists.  These are terrorists.  They're looking to do bad things to our country.  They're ANTIFA and they're Radical Left.  And the reason you have other radicals is because they've been watching this for years, many years, and they don't like it.  Go back and study Occupy Wall Street because you'll see the way that ended was a thing of beauty.  Everybody said, I can't believe how easy it was.  It was an hour of bedlam, but when it was all over, it was a beautiful thing.  And that's the way it has to end for you.  Alright.  Secretary of Defense.

**MARK ESPER:**  Thank you, Mr. President.  If I could build on your comments and Attorney General's comments to give some quick stats.  Of course [INDISCERNIBLE 00:14:00] the states, governors, Department of Justice, law enforcement.  Right now we have 17,000 folks deployed in the National Guard in 29 states.  And I will tell you, [INDISCERNIBLE 00:14:12].  Fewer than 200 people deployed in the [INDISCERNIBLE 00:14:17].  So as the President and the AG rightly pointed out, Minneapolis and Minnesota have done a fantastic job.  By Saturday morning, after the chairman Joint Chiefs of Staff and I spoke to the governor they increased their presence tenfold and I think the evidence was clear from Saturday night and Sunday night.  And so at my urging I agree.  We need to dominate the battle space.  You have key resources in the Guards.  I'm ready.  The chairman stands ready.  The head of the National Guard stands ready to fully support you in terms of helping mobilize the Guard in doing what they need to do.  Again, most of the Guard has not been called up.  There's only a few states, I count two states, where more than 1,000 troops have been called up.

**[00:15:00]**

I think the sooner that you mass and dominate battle space, the quicker this dissipates and we can get back to the right normal.

**DONALD TRUMP:**  I don't know what it is politically when you don't want to call out people.  They're ready, willing, and able.  They want to fight for the country.  I don't know what it is.  Some day you'll have to explain it to me, why it takes so long to call them up.  We're waiting for you.  We're shocked at certain areas, L.A.  We're shocked that they're not using the greatest resource you can use and they're trained for this stuff and they're incredible, why you're not calling them up.  I don't know, but you're making a mistake because you're making yourselves look like fools.  And some have done a great job.  A lot of you, it's not good.  You're very bad for our country.  You know what?  Other countries watch this.  They're watching us and they say, boy, they're really a pushover.  And we can't be a pushover.  And you have all the resources.  It's not like you don't have the resources.  So I don't know what you're doing.  We'll take some questions if you want.  Tim is on the phone now, Tim Walz.  Again, I was very happy with the last couple of days, Tim.  You called up big numbers and the big numbers, knocked them out so

4

fast it was like bowling pins.  Alright.  Anybody, I guess it's #2, right.  The governors on audio, the governors on anything, #2.  Anybody want to speak?  Brian is up there.  Brian, you want to speak?  Georgia, Brian Kemp?

**BRIAN KEMP:**  Good morning, Mr. President.  I can just give you a quick update.  I'll try to do this as fast as I can starting with Friday night.  We have been talking to the City of Atlanta in preparation to support peaceful protests, but also protect the lives and the property of the citizens in Atlanta and around the state of Georgia, but also we have the mindset to take strong actions against the disruptors.  We have 500 Guard called up and ready to support as well as the whole team we have in our state operations center which we activated.  We had the Georgia Space Control and Georgia National Guard, the Department of Natural Resource, a team of Rangers.  And then we used our Department of Corrections, Department of Juvenile Justice, and Department of Community [INDISCERNIBLE 00:17:27].  They all have certified officers.  Two of those have an instant response team that they use to control prison disruptions.  And those people are really good at doing that.  We had all of those teams standing by to help Friday night.  It became evident that APV needed our help and we went in there and I think did a good job in a really tough situation to calm things down.  And then Saturday we worked with their whole team.  We had a major from the Atlanta Police Department embedded in our state operations center.  We had one of our people in their operations center.  So we had constant communications.  And I was in the state ops center all three nights for a very long time.  So I got to see this firsthand.  But that coordination that we were able to have with the locals, with the Guard, the state patrol, and all our other resources as well as having surveillance in the air, especially Saturday night was awesome.  And we had a lot of people that did the right thing.  We supported them in the peaceful protests.  And when the curfew hit, they went home.  And what we saw was the disruptors stay.  And so you knew those were the people that we were going to have to deal with, and that's what we did over the weekend.  Just two other things real quick.  We did see in Savannah last night we were getting details that a lot of the instigators in Charleston, South Carolina on Saturday night were coming to Savannah last night.  So we were watching that.  We got in place early so the Attorney General was correct in saying we could watch those folks that you knew were professionals if you will.  We knew that they were dropping supplies in area parks.  We were surveying that.  They ended up moving those because they figured out we were watching them.  And just because I think we were there early and really prevented [INDISCERNIBLE 00:19:41] that whole thing down there I think they only arrested 10 people.  The first person they arrested was from out of state.  The last thing I will tell you is the Georgia National Guard Medics team most likely saved an Atlanta Police Officer's life last night when he got ran

[00:20:00]

by a disruptor on a four-wheeler.  They put a tourniquet on him and helped get him to the hospital and it was great to see that.  So thank you for your support of your Guards.

**DONALD TRUMP:**  Thank you, Brian, very much.  You did a good job.  It looks like Atlanta was a much different place with a little time.  So that first night was pretty rough.  I don't know if you left yet for your conference.  I know you have a conference.  You were the one that did

5

have a conference.  Is Tim there?  I'd like to maybe have him explain the difference between the beginning and the end and how he made a comeback.  Tim, are you there?

**TIM WALZ:**  I am.  Thank you, Mr. President.  I want to give a thank you to General Esper and General Milley for your strategic guidance, very helpful.  Our city is grieving and in pain and I would just say as far as the potential, the peaceful protesters are expressing an outrage that is real.  They witnessed eight minutes of a man dying in front of them.  That part of it then of course sparred the civil unrest.  So there were actors and I would like to believe they were from all out of state here in Minnesota, but they're not.  They're homegrown, which is an issue that just happened with Minneapolis Police Department.  But once that started to spin, the idea that when you saw this happening in the first few days, I don't believe anybody would have taken up force to do this.  We mobilized into Thursday and Friday.  I had mobilized, as the President was saying or the press was saying, about 750 to 1,000 that we could get of National Guard on the scene.  But one of our biggest mobilizations in the state history for civil disobedience and we were still overwhelmed.  At that point, I accepted the unprecedented, I mobilized the entire Minnesota National Guard and that's what the President was alluding to that with the size that the force was capable.  But I think again, Mr. President, if you ask someone to explain this, I would just say it's going to be very difficult.  There are [INDISCERNIBLE 00:22:11] legitimate anger.  And here our problem is going to be if we cannot maintain the [INDISCERNIBLE 00:22:15] do not have the resources to maintain the [INDISCERNIBLE 00:22:17].  And we're going to have to [INDISCERNIBLE 00:22:21] Minneapolis Police Department.  So we can [INDISCERNIBLE 00:22:31] leaders and the peaceful protests.  And I would just close this, I think the guidance is you've got to get a handle on it with that force.  That is absolutely correct.  And then the transition in the next stage is trying to get those states with the peaceful protests and [INDISCERNIBLE 00:22:48] tragedy that I'm still [INDISCERNIBLE 00:22:56] that we avoided is a truck beating down the highway with thousands of protesters.  At that point in time, we do not know that was a fuel truck that was going to be intentional.  As it turned out, it was a confused and scared driver who didn't want to leave the interstate, went into that.  As you saw, he was pulled out of his vehicle.  Some of you recall that horrific event during Rodney King that the truck driver [INDISCERNIBLE 00:23:21].  He's under arrest, but he was interviewed.  He said that that crowd, the vast majority of them [INDISCERNIBLE 00:23:29] and they pulled him in, which deescalated the situation and as the President said, last night was [INDISCERNIBLE 00:23:35].  So thank you for that.

**DONALD TRUMP:**  But Tim, it shows the incredible difference between your great states.  Yesterday and the day before compared to the first few days.

**TIM WALZ:**  Absolutely.

**DONALD TRUMP:**  I don't blame you.  I blame the mayor.  I mean I've never seen anything like it where the police, were told to abandon the police house and it was ransacked and really destroyed.  You know, millions and millions of dollars are going to have to go back to fix it.  I don't know.  You'll have—

**TIM WALZ:**  Mr. President, if I'm still on, the one thing is [INDISCERNIBLE 00:24:13] years in the dark.  The one thing I will say that you can do is a lot of people don't understand who the

National Guard is and you need to get out there from a PR perspective and make sure that it's not viewed as an occupying force, but it's our neighbors. [INDISCERNIBLE 00:24:27] business owners, those types of things. That's a really effective [INDISCERNIBLE 00:24:31].

**DONALD TRUMP:** Okay. Good. I think that's a good idea. I must tell you, it got so bad a few nights ago that the people wouldn't have minded an occupying force. I wish we had an occupying force in that. But for some reason, I don't know what it is, [INDISCERNIBLE 00:24:47] don't like calling up a lot of the Guards. We have thousands and thousands of people waiting to be called up. Is that a correct statement, General?

**MARK MILLEY:** 350,000.

**DONALD TRUMP:** 350,000.

[00:25:00]

We have 350,000 people and they call up 200. Tim did that the first night and what happened is after that he said, let's go. And [INDISCERNIBLE 00:25:11] was like magic. You saw thousands of people all of the sudden just walking through the street. I saw it. It was like a beautiful thing to see. But we have 350,000 plus in the National Guard and nobody wants to use them. And their cities are ransacked and they're a disgrace all over the world. All over the world they're showing this. What happened in Los Angeles with the storefronts, Philadelphia. And New York was a disaster. I don't understand what happened to New York's finest. I don't understand it. But there's nothing wrong with New York calling up the National Guard. There's nothing wrong with it. Alright. Thank you very much, Tim. Go ahead, next please. Governor you want to say something?

**MALE 1:** Mr. President, while we're waiting on the governor, what you mentioned about the Guard, we've done various studies over the years, the 1960s riots, Rodney King. The introduction of the National Guard in force on the streets during civil disobedience, civil riots, civil unrest proves to be a very calming effect. Mass numbers as you saw in Minnesota. So when I talked to the governor, when Secretary of Defense talked to the governor, when the president talked to the governor, and to his credit, he mobilized the entire Minnesota Guard, mass [INDISCERNIBLE 00:26:36]. And dominated the battle space. Within six sites of security at key points and around and you have the in places mobile forces, the [INDISCERNIBLE 00:26:46] law enforcement. It's a very effective technique used for years. We have activated the National Guard, the civil authorities on average the civil disturbance [INDISCERNIBLE 00:26:58]. So it's a very effective technique. We highly encourage to mobilize [INDISCERNIBLE 00:27:05] today, as many of the Guard as you think you need in order to establish law and order in the various cities. 55 cities have protests, 54-55 cities have protests the last 24 hours and 22 of them were violent at moderate to severe levels. But the rest were peaceful. The rest were peaceful because it was a good law and order on the street. So strongly encourage to use the National Guard to get as many boots on the ground as you can muster.

7

**DONALD TRUMP:** So we automatically have our experiment. I hate to say, Minnesota. You had the first part, which was weak and pathetic. And you had the second part which was domination. And those guys probably largely left, they've gone to one of your cities or one of your states because they're not getting anywhere in Minnesota anymore. So you have that perfect contrast of Minnesota Phase 1, Minnesota Phase 2. It's a beautiful thing to watch. It just can't be any better. There's no experiment needed. You don't have to do tests. Alright. Go ahead, hash tag [INDISCERNIBLE 00:28:11] anybody?

**OPERATOR:** Governor Mills, your line is now open.

**JANET MILLS:** Mr. President, this is Janet Mills, governor of the great state of Maine. Thank you for the call and information and thank you, Attorney General Barr and Mr. Secretary and General. I have two questions and one comment perhaps. One is, you mentioned, somebody mentioned, some intelligence regarding the source of the protests and the bad actors and professional instigators have been prosecuted for more than 20 years in the state of Maine and former Attorney General, former District Attorney to three counties. I would be very interested in knowing the intel so that we can prepare in advance for any resurgence or any professional instigators. We haven't seen that yet in my state that I know of, but I would love to get the intel that you're clear to have access to regarding who these individuals are, the bad actors and professional instigators. Secondly, General Barr, you mentioned arresting for violations of federal law and charging people federally. I'd be interested to know what federal statutes we would rely on for prosecution, direct to prosecution for violations of federal law. Those are my questions. My comment is, Mr. President, I am very concerned quite frankly that we understand you may be coming to the state of Maine later this week. I'm very concerned that your presence may cause security problems for our state. We don't have them yet. I'm concerned about that. Thank you.

**DONALD TRUMP:** We'll look into that. We have a tremendous crowd of people showing up, as you know. I think most of them are very favorable.

**[00:30:00]**

They like their president. But we'll talk to you about that certainly. As far as the intelligence, we do have intelligence, information. And we will present it to the appropriate people. I'd like to turn that around though. If you hear anything, let us know. Report it to the Attorney General.

**JANET MILLS:** Of course. But [INDISCERNIBLE 00:30:22]. I would really like to have it. Thank you.

**DONALD TRUMP:** By the way, [INDISCERNIBLE 00:30:33]. If you prosecute the level will go down very rapidly. Bill, go ahead.

**WILLIAM BARR:** We will be sharing intelligence with all our state and local partners through joint terrorist task forces. So anything pertinent we would direct your way. And I know your [INDISCERNIBLE 00:30:56] to that. As to federal offenses, there are many different federal offenses that emerge in rioting situations. Two of the most common are anyone who crosses the

state line [INDISCERNIBLE 00:31:14] federal offense to incite, to participate in [INDISCERNIBLE 00:31:17]. Or anyone who uses any interstate facility, telecommunications, whatever in connection with participating and encouraging riots. Those are two federal offenses. There are many others. Destructive devices and conspiracies and others.

**DONALD TRUMP:** Phil Murphy did a very good job in New Jersey, which is interesting because you had very little problem. You did call up a lot of good law enforcement. You had a lot of good law enforcement. Phil, I think you're there, Phil Murphy.

**PHIL MURPHY:** Mr. President, can you hear me?

**DONALD TRUMP:** Yes.

**PHIL MURPHY:** Good morning to each of you. Honored to be with you. We had about 30 protests over the weekend, which the Attorney General is [INDISCERNIBLE 00:32:14]. The latest one was in Newark, but there were about 30 and we managed 28 out of 30. There was some disturbances in both Atlantic City and Creston, but by the scales maybe what we've seen on television, these were while unfortunate were not big scale events. We've got no philosophical issue whatsoever using or not using the National Guard. It just so happened that so far a good percent of the state [INDISCERNIBLE 00:32:41] is within our range so far. We've got about looks like nine more scheduled for today. [INDISCERNIBLE 00:32:58] these are peaceful in nature and we're going to make sure we've got the police there to ensure that that's the case to protect the community, allow them to express their protest, which we have no issue with. We just want to make sure it's peaceful. But so far so good. [INDISCERNIBLE 00:33:18] but so far so good.

**DONALD TRUMP:** I appreciate it very much. Really good. Congratulations so far. Keep it going. Doug Ducey, Arizona please.

**DOUG DUCEY:** Yes. Thank you very much, Mr. President. Yesterday we met with community leaders from around the state, heard all of their concerns. I know that we can do better both statewide and federally as well. Phoenix is the fifth largest metropolitan area in the entire country and we've learned some lessons over the last three days. First, the more aggressive approach does work. We wanted peaceful protesters to be able to exercise their first amendment rights. We had a tough time after the sun went down figuring out who was the peaceful protester and who was the person that was going to cause trouble, destroy property, or begin violent action. I put out the state wide emergency yesterday and we put out a state wide curfew for 8:00 p.m. And we did that because of what we saw the night before. Phoenix Police Department, Department of Public Safety did a great job stopping the unlawful part of the protest, become riotous. But it morphed into Scottsdale, was rumored to go to Chandler or to the west side. So we put out a state wide curfew. We called up the National Guard in force.

[00:35:00]

We got all of our mayors, all of our police chiefs on board, and last night was a very quiet and peaceful night in the state of Arizona.

9

**DONALD TRUMP:** That's what I saw. I saw that big difference. Good job, guys. Thank you very much.

**DOUG DUCEY:** Thank you.

**DONALD TRUMP:** Great job. Big difference. John Bel Edwards? John Bel, are you there?

**JOHN BEL EDWARDS:** Mr. President, first of all, thank you very much for the meeting and for the call. We've had about a dozen protests. I think a grand total of about two arrests of individuals. [INDISCERNIBLE 00:35:33] peaceful here. We have engaged the African American and [INDISCERNIBLE 00:35:39] communities primarily but also leaders across the state of Louisiana have been able to respond thus far with the two police departments, the sheriff's office, and the state police. Obviously we have the National Guard here and can use them if necessary. We have in particular of benefit for us, we went through in 2016 several weeks of very heavy protests, almost all of which were peaceful. And so we've kept up those communications with the various communities. And thus far we've [INDISCERNIBLE 00:36:19] respect to this. Like Phil Murphy, I don't want to jinx things. If we know that things can turn on a dime. And we know that in 2016, most of the problems came from people who were bussed in from out of state. It was not local, homegrown folks who were the most violent and extremists on our streets. And so that's where we can get some help from the federal government, if you all know that there are individuals or groups out there that are intending to target Louisiana in terms of coming in, that would be very, very helpful. We are monitoring the internet. We have our patient center and so forth. But Mr. Attorney General, if you end up with more information like that, I would be very [INDISCERNIBLE 00:37:01] if you would share it with us.

**DONALD TRUMP:** Good. I appreciate that very much. And likewise. If you have information of the groups just as we had information last night, we got it, where they're going to be loading. They're going to be loading. It's like a military operation. There's certain states. We've already notified them. They're going to be loading like we're talking about a war, which it is a war in a certain sense. And we're going to end it fast. So thanks very much. Larry Hogan, please, Maryland?

**LARRY HOGAN:** Mr. President, thank you very much. First of all, I want to thank you for agreeing to our request on extending title 32. It's been more timely with talking about everybody calling up the National Guard. I couldn't agree more with all of the things that you said. We had this experience in Maryland in 2015 when we had the riots in Baltimore and we did exactly what you're recommending. The city police in Baltimore were somewhat overwhelmed, but within a matter of hours, went sent in 4,000 members of the National Guard and 1,000 or so police office and we outnumbered the protesters and immediately calmed down the violence after a few hours and then just allowed peaceful protests for the rest of the week. And I think what's not happening in some of the cities, and I agree with peace through strength. I think bringing up enough manpower and not letting anybody be overpowered the way they have been in the past few days is exactly the right thing. We've got 1,300 members of the Guard called up now. We haven't had any issues or problems yet. And most are peaceful. I think this one may be afraid to

take action in Baltimore, but we're watching to see if it breaks out again.  But I had a call with many of the governors and talking with them all across the country.  Everyone is saying the same thing about the out-of-town agitators.  It seems to be very organized.  And so the discussion is very general talking about crossing state lines is a federal line, sharing of information and intelligence is critically important to all of us governors and something we all are focused on.  It's difficult in some of these cities with the prosecutors we have and the judges we have to get convictions even on violent crimes let alone these kinds of things.  So federal charges with U.S. attorneys going to federal force, steering of intelligence, all of that I think very, very helpful and we appreciate all the effort.  Thank you very much.

**DONALD TRUMP:**  Thank you very much, Larry.  National anarchists in many cases and they're leading a group of [INDISCERNIBLE 00:39:47] and these are easily led people.

**LARRY HOGAN:**  And I'll just point out, Mr. President, we had those in Baltimore in 2015.  This is not new.  Like you pointed out, Occupy Wall Street.

[00:40:00]

We had a lot of peaceful demonstrators back in 2015.  I had only been governor for 90 days.  But the troublemakers were all from out-of-town, all organized, professional agitators.  I don't know if it's the same group or different groups, but they were former Occupy Wall Street folks back then.  So they just continue to hone their craft and get better and better.

**DONALD TRUMP:**  That's right.  And, you know, when they have bricks, you know they come armed with bricks.  And they have bricks and rocks and they have other things and they throw them.  You know, you're allowed to fight back.  You don't have to have a brick hit you in the face and you don't do anything about it.  You are allowed to fight back.  Now I'm not asking my Attorney General, perhaps he'll stop me from saying that, but I would think that if a brick is thrown at somebody and it hits them or maybe if it doesn't hit them, your strong powerful people are allowed to fight back against that guy and very strongly and powerfully.  That's what I think.  I saw what they did to the kid in Dallas and that was a disgrace.  That was a disgrace.  That should have been stopped.  I've never seen anybody take that punishment, then I don't know, I guess maybe he's not going to live.  But I saw what happened to that kid.  I've never seen it.  Nobody talks about it.  Nobody even mentions it.  All of that stuff, it can't happen.  But I know when you're doing well because I haven't seen Maryland on television and that's good, when you're not on television.

**LARRY HOGAN:**  We don't want to be on television again.  Yeah.  What you're talking about with the injuries, we had 137 police and fire fighters injured in the first few hours from that [INDISCERNIBLE 00:41:39] 2015.  And we sent in the Guard and all the police officers and not a single person was hurt for the rest of the week.  No more violence.  Powerful forces, with showing restraint, but I think showing those groups, people start to scatter.

**DONALD TRUMP:**  Well thank you very much, Larry.  That's good.  #2 if anyone wants to call in, #2.

11

**JIM JUSTICE:** Mr. President, can you hear me?  It's Jim Justice, West Virginia.

**DONALD TRUMP:** Yes, I can.

**JIM JUSTICE:** Great to see you.  If it comes to pass that some states would rather you didn't come there, you come to West Virginia because you're a blooming hero here.  And we'll protect you in every way and there won't be any disturbance whatsoever.  What it really boils right down to is we've had some real peaceful protests.  We welcome them.  But absolutely we're not going to have a problem here because first and foremost, I'm not going to put up with it.  There is no way.  There is no way.  Instantaneously, we'll call in the Guard or do whatever we've got to do.  But I am just as disgusted as you and I'm not going to put up with this.

**DONALD TRUMP:** That sounds a lot different than the governor of Maine.  That's very good.  She tried to talk me out of it.  Now I think she probably talked me into it.  But that's okay.  Thank you very much.  I appreciate it very much, Jim.  You know, we have a situation I was thinking about calling a number of you with flag burning.  I'm not a believer in flag burning and I would think that if a state wanted to try and pass a law it's not allowed to burn flags with a certain punishment, strong punishment I would think that the United States Government would be backing you up all the way.  So you're all on the phone right now.  And I would think that the United States Government would love to see somebody go and do that because I think flag burning is a disgrace.  And it passed last time, as you know, against what a lot of people want.  It passed five to four.  We have a different court and I think that it's time to review that again.  Because when I see flags being burned, they wanted to crawl up flagpoles in Washington and try and burn flags, but we stopped them.  They weren't able to do it.  But they would have done it, if we didn't stop them.  I think it's time to re-look at that issue.  Hopefully the Supreme Court will accept that.  But if you have a state where you feel strongly, and many of you do, most of you do I'll bet, if you wanted to try and pass a very powerful flag burning statute, again, anti-flag burning I hope you do it because we'll back you 100% all the way.  Okay.  I hope some of you do it.  Alright.  Go ahead, #2 please.

**OPERATOR:** Governor Polis, your line is now open.

**JARED POLIS:** Hi.  This is Jared Polis, Colorado.  We here in Colorado, we also were one of the most affective.  We were able to use the National Guard and they're very amazing folks.  I want to thank you for renewing their service.

[00:45:00]

As you know, [INDISCERNIBLE 00:45:02] their benefit, so we owe that to them.  The testing for coronavirus, the defending our cities.  It's all incredibly important.  I just want to add the public health side to this.  One of the things we did is we distributed masks to some of the peaceful protesters.  I don't know if others had that experience.  We're obviously concerned with the size of the gatherings.  Some were doing social distance, some weren't.  But encouraging that method.  We are all testing, [INDISCERNIBLE 00:45:30] testing clinic, freely available.  We send it to anybody who went to a peaceful protest can get tested next weekend.  So after an incubation period.  But we're all worried, Mr. President, that this could be some kind of a setback

12

to the reopening and to everything going on. To just be [INDISCERNIBLE 00:45:45] about people, some of which were doing social distancing, some of which weren't. But I just want to encourage others to provide masks, offer testing, all of those things for the peaceful protesters. Obviously we're using the National Guard, protecting ourselves. We just had a handful of arrests. We didn't see a large infiltration, but we did see some people that want to be [INDISCERNIBLE 00:46:07] to further their own agenda of anarchy or whatever it is and we did have some bad folks in their groups. So I just wanted to pass along that kind of help and encourage everybody to be responsible in that sense.

**DONALD TRUMP:** Thank you very much, Governor. Thank you. [INDISCERNIBLE 00:46:22] hit the White House last week too. I hear Henry McMaster on the line. He's [INDISCERNIBLE 00:46:28] his people, which I think is much more important than [INDISCERNIBLE 00:46:31], Henry. I know what you're doing. You get them ready. Go ahead.

**HENRY MCMASTER:** Thank you, Mr. President. I loved all of what you were saying and also what the Attorney General was saying. It seems listening to the governors and telephone calls over the days and also what we've been saying today is I don't think we're prosecuting enough people. These people are just getting 30 days or $500. That's just the cost of doing business. I know that we have organized people. We're trying to figure out if we've got some here, which we think maybe we do. We have a state grand jury that's just like every grand jury in that it's activating that and bring them before that grand jury where we can investigate using the tools of the grand jury. We talked about U.S. Attorney fees and the cost and everybody was on board and we really had a model thing happening in the city of Charleston that the first night they had one approach that they delayed 11:00 curfew and we had a whole lot of [INDISCERNIBLE 00:47:40] I guess you could say a less confrontational approach and they had a lot of damage on Kings Street, beautiful place. People were busting out windows in restaurants and throwing in firecrackers landing on the tables of diners and there was no curfew. The diners were still there and it was scaring everybody and they were running out. We had one fellow who pulled out a pistol on a civilian in a hotel and he fired shots in the air to scare off some of the agitators. A lot of them are from outside. There's no doubt about it. Part of this ANTIFA or whatever you call it. We arrested one man in Columbia who had a Glock pistol in a knapsack and 90 rounds of ammunition. So we've got him locked up and I hope to be able to get some information from him. But I think what you're saying is right. We have to make it more difficult. We've got to take these people out, get some justice. Make it more than just doing business to come in one round, get arrested, pay bond, and go to another town and do the same thing. The other point we had law enforcement everywhere up in the corrections [INDISCERNIBLE 00:48:58] the state law enforcement division, the city police. We had the county sheriffs coming in from adjoining counties. And in Charleston we had the National Guard there on Sunday night, last night, and they had virtually no problems. The National Guard and sheriff said you've never seen such a police presence in his life. And it worked like a charm. I think just a handful of arrests. There's no damage. They had five [INDISCERNIBLE 00:49:27] rolling around the city of Charleston. Very peaceful strength works. You have to dominate, as you said. I think now is the time to get serious about prosecuting these people, finding out where the organizations are, who is paying them money. We even had some of them

13

get a bonus if they get an arrest. [INDISCERNIBLE 00:49:49] told him to get out there and get more arrests. So that's the state of it. I think we have to be careful, but we've got to be tough.

**[00:50:00]**

**DONALD TRUMP:** You don't have to be too careful. I'll tell you, you have to do the prosecutions. If you don't do the prosecutions, they're just going to be back. That's just a fact. Whether it's been two years or in two months, they're going to be back and you've got to do the prosecutions. And you know, when somebody is throwing a rock, that's like shooting a gun. What's the difference between having a brick that weighs ten pounds hit somebody in the face and wipe them out practically? We had a couple of people badly hurt and there's no retribution. You have to do retribution, in my opinion. You have to use your own legal system. They do have great legal systems, everybody I was speaking to. But if you want this to stop, you have to do it. But you have to prosecute people, Henry, you're right. Thank you very much. #2.

**OPERATOR:** Please go ahead. Your line is now open.

**MALE 2:** Mr. President, can you hear me? This is Governor [INDISCERNIBLE 00:51:06].

**DONALD TRUMP:** I can hear you, not great, but I can hear you. Are you on your cell phone maybe? I'm not hearing you great. Go ahead.

**MALE 2:** Thank you. I wanted to take this moment, and I can't let it pass, to speak up and say that I've been extraordinarily concerned about the rhetoric that's been used by you. It's not okay for that officer to choke Mr. Floyd to death, but we have to call for calm. We have to have police reform called before we call out our National Guard and our state police. But the rhetoric that's coming out of the White House is making it worse. And I hate to say it, but people are feeling real pain out there. That we've got to have national leadership calling for calm and making sure that we're [INDISCERNIBLE 00:52:23] legitimate peaceful protesters. That will help us to bring order.

**DONALD TRUMP:** Okay. Well thank you very much. I don't like your rhetoric much either because I watched [INDISCERNIBLE 00:52:37] coronavirus and I don't like your rhetoric much either. I think you could have done a much better job, but that's okay we don't agree with each other. As far as the event that took place with respect to Mr. Floyd, I've spoken about it often and I've spoken about it with great compassion that I think it's a horrible thing that happened and I've spelled it out on numerous occasions on numerous speeches. I even spoke about it at our great rocket launch. I covered it before I covered the rocket. We sent out a billion dollar rocket, and before I spoke about the rocket at a major speech after the rocket launched I spoke as to what happened with respect to Mr. Floyd. I thought I was a disgrace. I thought what happened was a disgrace, but I spoke about it probably as long as I did about the rocket itself. And those police officers, what they did, including the three of them that stood there and watched and maybe even participated, the whole world was disgraced by it, not just our country. The whole world was watching. So nobody can tell me I haven't spoken about it. I've spoken about it at great length and great length and I will continue to speak about it. But I also have to speak about law and

14

order. We need law and order in our country. And we don't have law and order, we don't have a country, so we need law and order. Okay. Who is next? #2.

**OPERATOR:** There's no one in queue at this time.

**DONALD TRUMP:** Okay. I want to thank you all. Be strong. Be tough. Be smart. Be safe. Be safe, very important. And we honor many people and we have to do it right, many, many people. We honor, as you know, Mr. Floyd, but we honor many other people that have been badly hurt and killed. And the way we're going to do it and the way we're going to solve the problem is to be fair and be strong. You have to be strong. Use our National Guard. You're much better off with too many than too few. That's one thing we have found out.

[00:55:00]

Too many is a good thing. Too few is unacceptable. So go out there and get them. Good luck tonight. And if you have any information, let us know please. Thank you very much.

[00:55:14]



I, Anders Nelson, hereby certify that the document "2020.06.08 Audio for Transcription" is, to the best of my knowledge and belief, a true and accurate transcription from English to English. The audio was retrieved from https://www.thedailybeast.com/listen-to-trumps-unhinged-rant-to-guvs" on June 8, 2020.

# Anders Nelson

Digitally signed by
Anders Nelson
Date: 2020.06.09
11:34:56 -04'00'

_____
Anders Nelson
Project Manager

June 9, 2020

216 EAST 45TH STREET, 9TH FLOOR, NEW YORK, NY 10017 T +1 212.400.8845 F +1.212.867.3106 LEGAL.TRANSPERFECT.COM