SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------X
E. JEAN CARROLL,

                          Plaintiff,

         -against-

DONALD J. TRUMP, in his personal capacity,

                         Defendant.
------------------------------------------------------------------X

Index No.: 160694/19

Motion Seq. No. 003

## NOTICE OF VOLUNTARY WITHDRAWAL OF AFFIRMATIVE DEFENSE

PLEASE TAKE NOTICE that defendant hereby voluntarily withdraws the ninth affirmative defense asserted in his Answer.

PLEASE TAKE FURTHER NOTICE that the undersigned attorneys submitted a stipulation to plaintiff's attorneys proposing to withdraw the ninth affirmative defense asserted in defendant's Answer, but plaintiff's attorneys have refused to sign this stipulation.

Dated: New York, New York
       June 29, 2020

**LAROCCA HORNIK ROSEN & GREENBERG LLP**

*/s/ Patrick McPartland*
_____
Patrick McPartland
Jared E. Blumetti
40 Wall Street, 32nd Floor
New York, New York 10005
T: (212) 530-4837; 4831
E: pmcpartland@lhrgb.com
   jblumetti@lhrgb.com

*Attorneys for defendant
Donald J. Trump*

To: All counsel of record (*via ECF*)