# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

| | | |
|---|---|---|
| PRESENT: **HON. VERNA L. SAUNDERS** *Justice* | PART | IAS MOTION 36 |

-----------------------------------------------------------------X

E. JEAN CARROLL,

                  Plaintiff,

- v -

DONALD J. TRUMP, in his personal capacity,
                  Defendant.

-----------------------------------------------------------------X

INDEX NO.    160694/2019

MOTION SEQ. NO.    003

**DECISION + ORDER ON MOTION**

The following e-filed documents, listed by NYSCEF document number (Motion 003) 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95

were read on this motion to/for      **DISMISS DEFENSE** .

Pursuant to defendant's Notice of Voluntary Withdrawal of Affirmative Defense dated June 29, 2020 and annexed hereto, plaintiff's motion seeking to dismiss defendant's ninth affirmative defense is denied as moot.

June 30, 2020

                                                                     HON. VERNA L. SAUNDERS, JSC

| CHECK ONE: | ☐ CASE DISPOSED | ☒ NON-FINAL DISPOSITION | |
|---|---|---|---|
| | ☐ GRANTED ☒ DENIED | ☐ GRANTED IN PART | ☐ OTHER |
| APPLICATION: | ☐ SETTLE ORDER | ☐ SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | ☐ INCLUDES TRANSFER/REASSIGN | ☐ FIDUCIARY APPOINTMENT | ☐ REFERENCE |

160694/2019   CARROLL, E. JEAN vs. TRUMP, DONALD J.
Motion No.   003

Page 1 of 1

1 of 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
E. JEAN CARROLL,

       Plaintiff,

  -against-

DONALD J. TRUMP, in his personal capacity,

       Defendant.
-----------------------------------------------------------------X

Index No.: 160694/19

Motion Seq. No. 003

## NOTICE OF VOLUNTARY WITHDRAWAL OF AFFIRMATIVE DEFENSE

PLEASE TAKE NOTICE that defendant hereby voluntarily withdraws the ninth affirmative defense asserted in his Answer.

PLEASE TAKE FURTHER NOTICE that the undersigned attorneys submitted a stipulation to plaintiff's attorneys proposing to withdraw the ninth affirmative defense asserted in defendant's Answer, but plaintiff's attorneys have refused to sign this stipulation.

Dated: New York, New York
   June 29, 2020

               **LAROCCA HORNIK ROSEN
               & GREENBERG LLP**

               /s/ *Patrick McPartland*
               _____
               Patrick McPartland
               Jared E. Blumetti
               40 Wall Street, 32nd Floor
               New York, New York 10005
               T: (212) 530-4837; 4831
               E: pmcpartland@lhrgb.com
                 jblumetti@lhrgb.com

               *Attorneys for defendant
               Donald J. Trump*

To:  All counsel of record (*via ECF*)