SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------X
E. JEAN CARROLL,

                Plaintiff,                  Index No.: 160694/19

                -against-                  **NOTICE OF WITHDRAWAL/
SUBSTITUTION OF
COUNSEL**

DONALD J. TRUMP, in his personal capacity,

                Defendant.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Kasowitz Benson Torres LLP are substituted as attorneys of record for defendant, Donald J. Trump on all matters pertaining to this case, in place and stead of LaRocca Hornik Rosen & Greenberg LLP.

Please be advised that all communications, pleadings, and other papers in the above-captioned action shall be served and forwarded to: Marc E. Kasowitz, Esq., Christine A. Montenegro, Esq., and Paul J. Burgo, Esq., Kasowitz Benson Torres LLP, 1633 Broadway, New York, New York 10019.

Dated: New York, New York
          July 24, 2020

                                                  LaROCCA HORNIK ROSEN
                                                  & GREENBERG LLP

                                                  Patrick McPartland, Esq.
                                                  40 Wall Street, 32nd Floor
                                                  New York, New York 10005
                                                  *Outgoing Attorneys for defendant
                                                  Donald J. Trump*

To:   Roberta Kaplan, Esq.
        Kaplan Hecker & Fink LLP
        350 Fifth Avenue, Suite 7110
        New York, New York 10118
        *Attorneys for plaintiff
        E. Jean Carroll*

Marc E. Kasowitz, Esq.
Christine A. Montenegro, Esq.
Paul J. Burgo, Esq.
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
*Incoming Attorneys for defendant Donald J. Trump*