UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E. JEAN CARROLL,

          *Plaintiff*,

      *v.*

DONALD J. TRUMP, in his personal capacity,

          Defendant.

No. 1:20-cv-07311

---

**DECLARATION OF ROBERTA A. KAPLAN IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO SUBSTITUTE**

I, ROBERTA A. KAPLAN, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner of the law firm Kaplan Hecker & Fink LLP and counsel for Plaintiff E. Jean Carroll ("Plaintiff") in the above-captioned action.

2. I respectfully submit this Declaration in support of Plaintiff's Opposition to Defendant's Motion to Substitute.

3. Attached hereto as **Exhibit A** is a true and correct copy of a letter sent from R. Kaplan to M. Kasowitz on August 8, 2020.

4. Attached hereto as **Exhibit B** is a true and correct copy of a letter sent from R. Kaplan to P. Burgo on August 13, 2020.

5. Attached hereto as **Exhibit C** is a true and correct copy of a letter sent from P. Burgo to R. Kaplan on August 17, 2020.

6. Attached hereto as **Exhibit D** is a true and correct copy of a letter sent from R. Kaplan to P. Burgo on August 18, 2020.

7. Attached hereto as **Exhibit E** is a true and correct copy of a letter sent from R. Kaplan to P. Burgo on August 26, 2020.

-2-

8. Attached hereto as **Exhibit F** is a true and correct copy of a letter sent from P. Burgo to R. Kaplan on August 31, 2020.

9. Attached hereto as **Exhibit G** is a true and correct copy of a letter sent from R. Kaplan to P. Burgo on September 1, 2020.

10. Attached hereto as **Exhibit H** is a true and correct copy of a letter sent from P. Burgo to R. Kaplan on September 2, 2020.

Dated: October 5, 2020
       New York, New York

_____
Roberta A. Kaplan