# EXHIBIT B

# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL   212.763.0884
DIRECT EMAIL  rkaplan@kaplanhecker.com

August 13, 2020

**VIA EMAIL**

Paul J. Burgo, Esq.
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019

      Re:     *Carroll v. Trump*, Index No. 160694/2019 (Sup. Ct., N.Y. Cty.)

Dear Paul:

      We write on behalf of Plaintiff E. Jean Carroll in the above-referenced action to follow up on our telephonic meet-and-confer earlier today.

      Even though your firm has been involved in this case for many months[1]—and thus you should be fully aware of the issues and discovery deadlines—you claimed during our call this morning that you are still "getting up to speed" and requested a 30-day extension of all deadlines. As a courtesy, we will agree to extend the August 14 deadline for a response to our Second Set of Document Requests to August 21, 2020. But we cannot agree to any other extensions of the existing schedule at this time. A one-week extension on your response to Plaintiff's Second Set of Document Requests seems to us to be entirely reasonable since we have never perceived this as a document-intensive case and would be surprised if responding to those requests were burdensome. (If we are somehow mistaken in this regard, please let us know by explaining why). Regardless, your client received those requests many months ago and should have no difficulty responding by August 21, 2020.

      With that one exception, there is no basis at this point to extend any other discovery deadlines. You filed a motion to stay discovery on February 4, 2020. That motion was denied on August 7, 2020. Your client is not entitled to a *de facto* extension of your rejected stay motion on the ground that sophisticated lawyers at his own firm profess unfamiliarity with the issues in his case. And frankly, we are concerned that the reason why you asked for a 30-day extension may

---

[1] Specifically, you filed your notice of appearance in this case on February 4, 2020. *See* Doc. No. 42. Your partners, Marc Kasowitz and Christine Montenegro, filed notices of appearance on that same day. *See* Doc. Nos. 40, 41.

KAPLAN HECKER & FINK LLP

2

have been to continue your client's strategy of needless delay, which has already impeded progress in this litigation for the better part of a year. As we discussed, you certainly have the right to file an appeal from Judge Saunders's order any time before September 7, 2020. You do not have the right to an automatic extension of all discovery deadlines while you decide whether to appeal, nor do you have the right to pause discovery as part of a calculated effort to obtain the maximum delay possible before appealing. Of course, separate from your assertion that you are not sufficiently "up to speed" on the issues in this case—which strikes us as surprising, given the importance of the issues and who your client is—you have not identified any reason why you are otherwise unable to comply with the existing schedule. Accordingly, we expect that you will comply with all discovery deadlines set forth in our letter dated August 10, 2020, with the one exception being that the August 14, 2020 deadline is now changed to August 21, 2020.

Very truly yours,

Roberta A. Kaplan, Esq.

cc:   Counsel of Record (via email)