

**U.S. Department of Justice**

Civil Division

---

*Torts Branch, Federal Tort Claims Office*  *Telephone (202) 353-1651*
*P.O. Box 888*  *Facsimile (202) 616-5200*
*Washington, DC  20044*
JGT:KLW:STerrell/DJ# 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

October 9, 2020

**BY ECF**

Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

      RE:    *Carroll v. Trump*, No. 1:20-cv-7311-LAK-JLC

Your Honor:

      In accordance with Your Honor's Individual Rules of Practice, the United States writes to request leave to exceed the page limit on its reply brief in support of its motion to substitute, ECF No. 3, by five pages, for a total length of 15 pages.  Good cause exists to grant this request so that the United States may succinctly, but thoroughly, respond to the arguments advanced in plaintiff's opposition, ECF No. 16.  Counsel for the United States conferred with counsel for plaintiff as to the substance of this request, and counsel for plaintiff informed counsel for the United States, by e-mail dated October 9, 2020, that plaintiff will take no position with respect to this request.

      Sincerely,

      Stephen R. Terrell

cc:    Counsel of Record (by ECF)