UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

E. JEAN CARROLL,

                      Plaintiff,

        -against-                                              20-cv-7311 (LAK)

DONALD J. TRUMP in his personal capacity,

                      Defendant.

------------------------------------------------------------x

## ORDER SCHEDULING ORAL ARGUMENT

LEWIS A. KAPLAN, *District Judge.*

        The Court will hear oral argument in the Ceremonial Courtroom on the motion of the United States to substitute the United States for President Donald J. Trump in his individual capacity on Wednesday, October 21, 2020 at 3:30 p.m. Thirty minutes are allocated to each of the plaintiff and the United States.

        Counsel for each of the plaintiff, the defendant, and the United States each shall inform the deputy clerk on or before October 16, 2020 of the number of attorneys and their assistants whom that party wishes to have present in the courtroom.

        The undersigned prohibits the bringing of any Personal Electronic Device or General Purpose Computing Device into courtrooms, witness rooms, robing rooms, jury rooms and associated spaces, and judicial chambers used by him absent written permission granted by him as provided by standing order of the Court. *See In the Matter of Personal Electronic Devices and General Purpose Computing Devices,* Standing Order M10-468 (revised), 14-mc-0047 (filed Feb. 27, 2014). That prohibition shall apply to the oral argument and any other proceedings in this case scheduled hereby notwithstanding *In re Coronavirus/COVID-19 Pandemic,* Standing Order M10-468 (revised), 20-mc-316 (filed Sept. 9, 2020).

        SO ORDERED.

Dated:      October 9, 2020

                                                                   Lewis A. Kaplan
                                                           United States District Judge