UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
E. JEAN CARROLL,

                Plaintiff,

     -against-                                      20 Civ. 7311 (LAK)

DONALD J. TRUMP, in his personal capacity,

                Defendant.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The argument of the pending motion on October 21 shall take place in Courtroom 21B rather than the ceremonial courtroom.

       SO ORDERED.

Dated:      October 14, 2020

                                                      _____
                                                             Lewis A. Kaplan
                                                       United States District Judge