JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

DOUGLAS G. SMITH
Deputy Assistant Attorney General

WILLIAM K. LANE III
Counsel

JAMES G. TOUHEY, JR.
Director
STEPHEN R. TERRELL (CA Bar No. 210004)
Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 888
Washington, DC  20044
Telephone:     (202) 353-1651
Facsimile:      (202) 616-5200
Email:            stephen.terrell2@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br><br>      Plaintiff,<br><br>  -against-<br><br>DONALD J. TRUMP, in his personal capacity,<br><br>      Defendant. | **ECF Case**<br><br>No. 1:20-cv-7311-LAK-JLC |

## NOTICE OF APPEARANCE

  Pursuant to Local Civil Rule 1.3(c), William Lane hereby enters his appearance as counsel for the United States.

 Dated:  October 20, 2020          JEFFREY BOSSERT CLARK
                       Acting Assistant Attorney General
                       Civil Division

DOUGLAS G. SMITH
Deputy Assistant Attorney General

 s/ William K. Lane III
WILLIAM K. LANE III
Counsel
Civil Division
950 Pennsylvania Ave., N.W.
Washington, D.C.  20530
(202) 305-7920
William.Lane2@usdoj.gov

JAMES G. TOUHEY, JR.
Director

STEPHEN R. TERRELL
Attorney
Torts Branch, Civil Division