

**U.S. Department of Justice**

Civil Division

*Torts Branch, Federal Tort Claims Office*  *Telephone (202) 353-1651*
*P.O. Box 888*  *Facsimile (202) 616-5200*
*Washington, DC  20044*
JGT:KLW:STerrell/DJ# 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

October 21, 2020

**BY ECF**

Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   RE: *Carroll v. Trump*, No. 1:20-cv-7311-LAK-JLC (S.D.N.Y.)

Your Honor:

   The United States of America, by its undersigned counsel, hereby respectfully moves the Court for a continuance of the argument on the pending motion to substitute the United States for President Donald Trump in the above-captioned action, which currently is scheduled to be argued today at 3:30 p.m.  As grounds for this motion, the United States respectfully submits that this morning, when the attorney for the United States who was designated to present argument in support of the motion for substitution, he was denied access to the courthouse on the grounds that he had traveled from his place of residence in the Commonwealth of Virginia, which yesterday, apparently, was added to the jurisdictions from which the State of New York bans travel.

            Sincerely,

            /s/ Stephen R. Terrell

            Stephen R. Terrell

cc:  Counsel of Record (by ECF)