UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E. Jean Carroll

E. Jean Carroll

                Plaintiff(s),

-against-

Donald J. Trump, in his personal capacity

Donald J. Trump, in his personal capacity

                Defendant(s).

Docket No: 1:20 CV 07311 ( LAK )(     )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☑ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

Patel, Raj K
Name (Last, First, MI)

☑ Plaintiff
☐ Defendant

1239 Spring Lake Drive | Brownsburg | Indiana | 46112
Address | City | State | Zip Code

317-450-6651 | rajp2010@gmail.com
Telephone Number | e-mail address

10/27/20 | /s/ Raj Patel
Date | Signature