IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br>*Plaintiff*<br><br>RAJ PATEL,<br>*Intervenor-Plaintiff*<br><br>v.<br><br>DONALD J. TRUMP, in his personal capacity,<br>*Defendant* | No. 1:20-cv-07311-LAK |

**MOTION FOR COURT-APPOINTED COUNSEL**

I, Raj K. Patel (*pro se*), after reviewing Dkts. 35 & 36 and after contacting over fifty (50) law firms and failing to secure assistance of legal counsel, in a related case, move this Court for court-appointed assistance of legal counsel, per my right to Fifth or Fourteenth Amendment Due Process(es) right to fair trial and other proceedings, for the administration of justice. U.S. const. amends. V & XIV. *See also* Fed. R. Civ. P. 8(e). *See also Doe et al. v. The Trump Corp. et al.*, No. 1:18-cv-09936-LGS (S.D.N.Y. 20__), *appeal denied*, No. 20-1706 (2d Cir. 20__), *pending cert.*, No. __-___ (U.S. 20__) (attached with a similar motion for court-appointed counsel).

Dated: October 28, 2020

Respectfully submitted,

/s/ Raj K. Patel
1239 Spring Lake Drive
Brownsburg, IN 46112
Hendricks County
317-450-6651 (cell)
rajp2010@gmail.com
raj@rajpatel.live

*Pro se*

J.D. Candidate, Notre Dame L. Sch. 2021 or 2022
President/Student Body President, Student Gov't Ass'n of Emory U., Inc. 2013-2014
Student Body President, Brownsburg Cmty. Sch. Corp./President, Brownsburg High Sch. Student Gov't 2009-2010
Rep. from the Notre Dame L. Sch. Student B. Ass'n to the Ind. St. B. Ass'n 2017
Deputy Regional Director, Young Democrats of Am.-High Sch. Caucus 2008-2009
Co-Founder & Vice Chair, Ind. High Sch. Democrats 2009-2010
Vice President of Fin. (Indep.), Oxford C. Republicans of Emory U., Inc. 2011-2012

## CERTIFICATE OF SERVICE

I, Raj K. Patel, certify that I filed the preceding Motion for Court-Appointed Counsel by e-mail, and I certify that I provided notice of filing to all counsel of record listed below by e-mail:

Roberta Ann Kaplan
Joshua Adam Matz
Kaplan Hecker & Fink LLP
350 Fifith Avenue, Suite 7110
New York, NY 10118
212-763-0883
Fax: 212-564-0883
Email: rkaplan@kaplanhecker.com
Email: jmatz@kaplanhecker.com


William Kerwin Lane, III
DOJ-Civ
950 Pennsylvania Avenue, NW
Ste Main 3138
Washington, DC 20530
202-305-7920
Email: william.lane2@usdoj.gov


Stephen Terrell
DOJ-Enrd
Civil Division, Torts Branch
P.O. Box 888
Washington, DC 20044
202-353-1651
Email: stephen.terrell2@usdoj.gov


John A. Kolar
Government Accountability Project, Inc.
1612 K Street, NW
Ste 1100
Washington, DC 20006
202-457-0034
Email: jackk@whistleblower.org

Dated: October 27, 2020

                        Respectfully submitted,

                        /s/ Raj K. Patel
                        1239 Spring Lake Drive
                        Brownsburg, IN 46112
                        Hendricks County
                        317-450-6651 (cell)
                        rajp2010@gmail.com
                        raj@rajpatel.live

                        *Pro se*

- J.D. Candidate, Notre Dame L. Sch. 2021 or 2022
- President/Student Body President, Student Gov't Ass'n of Emory U., Inc. 2013-2014
- Student Body President, Brownsburg Cmty. Sch. Corp./President, Brownsburg High Sch. Student Gov't 2009-2010
- Rep. from the Notre Dame L. Sch. Student B. Ass'n to the Ind. St. B. Ass'n 2017
- Deputy Regional Director, Young Democrats of Am.-High Sch. Caucus 2008-2009
- Co-Founder & Vice Chair, Ind. High Sch. Democrats 2009-2010
- Vice President of Fin. (Indep.), Oxford C. Republicans of Emory U., Inc. 2011-2012