# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

E. JEAN CARROLL,

*Plaintiff*

RAJ PATEL,

*Intervenor-Plaintiff*

v.

DONALD J. TRUMP, in his personal capacity,

*Defendant*

No. 1:20-cv-07311-LAK

**MEMO ENDORSED**

## MOTION FOR COURT-APPOINTED COUNSEL

I, Raj K. Patel (*pro se*), after reviewing Dkts. 35 & 36 and after contacting over fifty (50) law firms and failing to secure assistance of legal counsel, in a related case, move this Court for court-appointed assistance of legal counsel, per my right to Fifth or Fourteenth Amendment Due Process(es) right to fair trial and other proceedings, for the administration of justice. U.S. const. amends. V & XIV. *See also* Fed. R. Civ. P. 8(e). *See also Doe et al. v. The Trump Corp. et al.*, No. 1:18-cv-09936-LGS (S.D.N.Y. 20__), *appeal denied*, No. 20-1706 (2d Cir. 20__), *pending cert.*, No. __-___ (U.S. 20__) (attached with a similar motion for court-appointed counsel).

Dated: October 28, 2020

Respectfully submitted,

*Denied as moot and on the merits.*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

11/5/2020