UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| E. JEAN CARROLL,<br><br>                            Plaintiff,<br>      v.<br><br>DONALD J. TRUMP,<br>  in his personal capacity,<br><br>                            Defendant. | Case No. 1:20-cv-7311 (LAK)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on November 13, 2020, I caused service of the Court's Order re Scheduling and Initial Pretrial Conference (ECF 41), dated November 11, 2020, to be made on Defendant Donald J. Trump, in his personal capacity, by electronic mail at the address of his attorneys listed below. I further certify that on November 14, 2020, I caused service of the same Order to be made on Defendant Donald J. Trump, in his personal capacity, by Federal Express overnight delivery service at the address of his attorneys listed below:

> Kasowitz Benson Torres LLP
> c/o Marc Kasowitz
> Paul Burgo
> Christine Montenegro
> 1633 Broadway
> New York, NY 10019
> mkasowitz@kasowitz.com
> pburgo@kasowitz.com
> cmontenegro@kasowitz.com

Dated: Washington, DC
       November 16, 2020

                                                      /s/ Joshua Matz
                                                      Joshua Matz