JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

DOUGLAS G. SMITH
Deputy Assistant Attorney General

WILLIAM K. LANE III
Counsel

JAMES G. TOUHEY, JR.
Director
STEPHEN R. TERRELL (CA Bar No. 210004)
Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 888
Washington, DC  20044
Telephone:    (202) 353-1651
Facsimile:    (202) 616-5200
Email:        stephen.terrell2@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br><br>                    Plaintiff,<br><br>         -against-<br><br>DONALD J. TRUMP, in his personal capacity,<br><br>                    Defendant. | **ECF Case**<br><br>No. 1:20-cv-7311-LAK-JLC |

# NOTICE OF APPEAL

Notice is hereby given that the United States appeals to the United States Court of Appeals for the Second Circuit from the Order entered in this action on October 27, 2020, ECF No. 32.

Dated:  November 25, 2020                                        JEFFREY BOSSERT CLARK

Acting Assistant Attorney General
Civil Division

DOUGLAS G. SMITH
Deputy Assistant Attorney General

WILLIAM K. LANE III
Counsel

JAMES G. TOUHEY, JR.
Director

 S/ Stephen R. Terrell
STEPHEN R. TERRELL (CA Bar No. 210004)
Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 888
Washington, DC  20044
Telephone:     (202) 353-1651
Facsimile:     (202) 616-5200
Email: stephen.terrell2@usdoj.gov