UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
E. JEAN CARROLL,                              :
                Plaintiff,                  : No. 20-cv-7311 (LAK)
                - v -                       : **ECF Case**
DONALD J. TRUMP, in his personal capacity,    : **NOTICE OF APPEAL**
                Defendant.                  :
------------------------------------------------------------ x

        PLEASE TAKE NOTICE that President Donald J. Trump, by and through his undersigned counsel, hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order of the Hon. Lewis A. Kaplan, U.S.D.J., entered October 27, 2020 (Dkt. 32), attached hereto as Exhibit A, denying the United States' Motion to Substitute the United States as Defendant (Dkt. 3).

Dated:  New York, New York
         November 25, 2020

                                                  Respectfully submitted,

                                                  KASOWITZ BENSON TORRES LLP

                                                  By:  */s/ Marc E. Kasowitz*
                                                       Marc E. Kasowitz
                                                       Christine A. Montenegro
                                                       Paul J. Burgo

                                                  1633 Broadway
                                                  New York, New York 10019
                                                  (212) 506-1700

                                                  *Attorneys for Defendant Donald J. Trump*

To:    All Counsel of Record (via ECF)