# Exhibit 1

 Caution
As of: December 21, 2020 10:45 PM Z

# In re World Trade Ctr. Disaster Site Litig.

United States Court of Appeals for the Second Circuit

March 9, 2007, Decided ; March 9, 2007, Filed

06-5324-cv, 07-0185-op

**Reporter**
2007 U.S. App. LEXIS 8728 *

In re World Trade Center Disaster Site Litigation; In re City of New York, et al., Petitioners.

**Subsequent History:** Later proceeding at *In re World Trade Ctr. Lower Manhattan Disaster Site Litig., 2007 U.S. Dist. LEXIS 47334 (S.D.N.Y., June 29, 2007)*

Stay vacated by, Remanded by, in part *McCue v. City of New York (In re World Trade Ctr. Disaster Site Litig.), 2007 U.S. App. LEXIS 23371 (2d Cir. N.Y., Oct. 5, 2007)*

**Prior History:** *In re World Trade Ctr. Disaster Site Litig., 469 F. Supp. 2d 134, 2007 U.S. Dist. LEXIS 3761 (S.D.N.Y., 2007)*

## Core Terms

Appellants-petitioners, docketed, motion to dismiss, mandamus

**Counsel:** [*1] For Alfred Luchetti, Andrea Cavicchio, Andrea Weisenburger, Ann Marie Duigan, Ann Marie Duignan, Anna Maria Hubner, Anthony Devita, Arlene Montalvo, Barbara Kadnar, Barry Buss, Bernard Stinchcomb, Blanca Goffredo, Carol Gavitt, Carol Retundie, Carolyn Mundy, Catherine Lang, Cathy Mongiello, Christine Broome, Christine Johnson, Christine Stinchcomb, Christopher Delgiorno, Cliff Carty, Concetta Zuccaro, Corinne Mulham, Danielle Eivers, David McDonough, David Nolan, Dean Curti, Dennis Mcconville, Derek Kelly, Dewardranth Samaroo, Diane Doherty, Diane Donovan, Diane Hoch Sankey, Donald Carson, Donald Striffler, Donna Haskell, Francesca Gillam, Frank Goffredo, Frank Haskell, Frank Malone, Gail Mcconville, Gloria Elaine Carson, Gregg Weisenburger, Gregory Forsyth, Gregory A. Forsyth, Herbert Pate, James Albach, James Checco, James Lang, James McHugh, James A. Kadnar, Jason Porcaro, Jean Imparato, Jeanette Buss, Jerry O'Connor, Jessie K. Horton, Jill Miskanic, Joann Delgiorno, John Boyle, John Jackson, John Miskanic, John Quevedo, John Quinn, John Tiska, John Zuccaro, John J. Quinn, Joseph Eivers, Joseph Falcone, Joseph Gavitt, Joseph Imparato, Joseph Murphy, Joseph Scaramuzzino, Judy Checco, [*2] Kathleen Carty, Keith Decaro, Kelly M. Miller, Kenneth Donovan, Kenneth Miccio, Kenneth J. Strohl, Kevin Farrell, Kevin Mongiello, Kevin O'Brien, Kim Ryan Decaro, Lane Metro, Laranie Devita, Larrie Placide, Laura Morello, Lawrence Ford, Lawrence Horton, Lenny Dinotte, Louise Nolan, Marc Morello, Margret McHugh, Marion S. Mishkin, Mary Ellen Luchetti, Mary Jane Striffler, Maryann Bubelnik, Mathew Mulham,

Maureen Nogan, Michael Bell, Michael Lavin, Michael Macko, Michael Welsh, Nancy Metro, Nancy Murphy, Nicola Cavicchio, Patricia Hawkins, Patricia O'Brien, Patrick Duigan, Patrick Duignan, Paul Fella, Phyliss Costarella, Richard Nogan, Robert Ayers, Robert Broome, Robert Garett, Robert Johnson, Robert Panarella, Robert Van Houten, Robin Van Houten, Roger Montalvo, Rosario Gallagher, Scott Hawkins, Shirley Bell, Theresa Cosgrave, Theresa Welsh, Thomas Gillam, Thomas Mundy, Thomas J. Bubelnik, Tomiann Jackson, Vincent Rivera, William J. Sankey, Yajaira Strohl, Plaintiffs-Appellants: Andrew J. Carboy Esq., Sullivan, Papain, Block, McGrath & Cannavo, P.C., New York, NY.

For Frances Hickey, Thomas Hickey, Plaintiffs-Appellees: Andrew R. Diamond Esq., Sacks & Sacks, New York, NY.

For **[*3]** Barry J. Albrecht, Plaintiff-Appellee: Anthony P. Gentile Esq., Godosky & Gentile, New York, NY.

For Caroline Lavin, Plaintiff-Appellant: Caroline Lavin, Sullivan, Papain, Block, McGrath & Cannavo, P.C., New York, NY.

For Kim Flechaus, Plaintiff-Appellee: David L. Kremen Esq., Oshman & Mirisola, New York, NY.

For Andrea Cavicchio, Bernard Stinchcomb, Blanca Goffredo, Christine Johnson, Christine Stinchcomb, Cliff Carty, David Nolan, Dean Curti, Dewardranth Samaroo, Diane Hoch Sankey, Donald Carson, Frank Goffredo, Gloria Elaine Carson, Herbert Pate, Jason Porcaro, Jerry O'Connor, Jessie K. Horton, Joseph Falcone, Joseph Scaramuzzino, Kathleen Carty, Kelly M. Miller, Kevin O'Brien,

Lawrence Ford, Lawrence Horton, Lenny Dinotte, Louise Nolan, Marion S. Mishkin, Nicola Cavicchio, Patricia O'Brien, Phyliss Costarella, Renee Thompson, Robert Ayers, Robert Johnson, Robert Panarella, William J. Sankey, Plaintiffs-Appellants: Denise A. Rubin Esq., Napoli Bern, LLP, New York, NY.

For William D. McCue, Plaintiff-Appellee: Denise A. Rubin Esq., Napoli Bern, LLP, New York, NY.

For Daniel Leonard, Delia Becca, Donald G. Thompson, Lance Becca, Laura Leonard, Plaintiffs-Appellants: **[*4]** Denise Ava Rubin Esq., Napierski, Vandenburgh & Napierski, LLP, Albany, NY.

For City of New York, Defendant-Appellant: Fay Leoussis Esq., Corporation Counsel, N.Y.C., Department of Law, New York, NY.

For John Baiano, Plaintiff-Appellee: Florrie L. Wertheimer Esq., Wertheimer Associates, New York, NY.

For Alfred Gaillard, Arthur Alessandro, Arthur S. Davis, Carl Fisher, Catherine Langerin, Christopher Romanski, Colleen Ryan, Cynthia Shelto, Donna Donnelly, Dorothy Foris, Frank Maisano, George Foris, Hector Rivera, J. Richard Ryan, Jacqueline Cacchioli, Jo Andrusyczyn, John Botte, John Delaney, Jon Marie Fisher, Joseph Bellissimo, Joseph Cardinale, Julie Maisano, Louie Cacchioli, Marcia Diaz, Mark Bernheimer, Patrick D'Alliegro, Patrick Donaghy, Raymond Fuscaldo, Richard Ryan, Robert Intartaglia, Stanley Andrusyczyn, Stephen Borcherding, Stephen Donnelly, Teresita Cayatano, Theresa A. Davis, Walter Jensen, Plaintiffs-Appellants: Harvey B. Ginsberg Esq., Worby, Groner, Edelman & Napoli Bern L.L.P, East

Meadow, NY.

For AMEC Construction Management, Inc., AMEC Earth & Environmental, Inc., Bechtel Associates Professional Corporation, Bechtel Construction, Inc., Bechtel **[*5]** Corporation, Bechtel Environmental, Inc., Bovis Holdings Limited, Bovis International, Inc., Bovis Lend Lease Interiors, Inc., Bovis Lend Lease LMD, Bovis Lend Lease, Inc., Evergreen Recycling of Corona (E.R.O.C.), Plaza Construction Corp., Plaza Construction Management Corp., Tully Construction Co., Inc., Tully Construction Company, Tully Consulting Corp., Tully Industries Inc., Turner Construction Co., Turner Construction Company, Turner/Plaza, A Joint Venture, Defendants-Appellants: James E. Tyrrell Esq., Patton Boggs LLP, Newark, NJ.

For Tully Environmental Inc., Debtor-Appellant: James E. Tyrrell Esq., Patton Boggs LLP, Newark, NJ.

For William D. McCue, Plaintiff-Appellee: Kevin K. Russell Esq., Howe & Russell, Washington, DC.

For Lisa Reynolds, Plaintiff-Appellant: Lisa Reynolds, Worby, Groner, Edelman & Napoli Bern L.L.P, East Meadow, NY.

For Bertha Quinlan, James Sweeney, Jonah Bel, Kathleen Sweeney, Maureen McCue, William Quinlan, William D. McCue, Plaintiffs-Appellees: Lonny Levitz Esq., Kuharski & Levitz, New York, NY.

For Andrea Cavicchio, Bernard Stinchcomb, Blanca Goffredo, Christine Johnson, Christine Stinchcomb, Cliff Carty, David Nolan, Dean **[*6]** Curti, Dewardranth Samaroo, Diane Hoch Sankey, Donald Carson, Frank Goffredo, Gloria Elaine Carson, Herbert Pate, Jason Porcaro, Jerry O'Connor, Jessie K. Horton, Joseph Falcone, Joseph Scaramuzzino, Kathleen Carty, Kelly M. Miller, Kevin O'Brien, Lawrence Ford, Lawrence Horton, Lenny Dinotte, Louise Nolan, Marion S. Mishkin, Nicola Cavicchio, Patricia O'Brien, Phyliss Costarella, Robert Ayers, Robert Johnson, Robert Panarella, William J. Sankey, Plaintiffs-Appellants: Marc Jay Bern Esq., Worby Gorner Edelman & Napoli Bern, LLP, New York, NY.

For Arlene McGillick, Francis Lavery, Jon J. McGillick, Kathryn Lavery, Francis Lavery, Kathryn Lavery, Plaintiffs-Appellants: Paul A Marber Esq., Sullivan Papain Block, McGrath & Cannavo, P.C., New York, NY.

For Angela Larosa, Anthony R. Larosa, Clinton Beyer, Colleen Ariola, George Lamoreaux, Gina McNally, Ingrid Lamoreaux, James Blake, James Mascarella, Janet Healy, Joan Beyer, John F. Taggart, John M. Deneau, Joseph Ariola, Joseph Healy, Leah Spiller, Lisa Deneau, Lori Malloy, Maria Villari, Michael Spiller, Patrick Malloy, Peter Blake, Roger Danvers, Sharon Blake, Theresa Taggart, Thomas Magee, Timothy Villari, Vincent McNally, **[*7]** Plaintiffs-Appellees: Paul A. Marber Esq., Sullivan Papain Block, McGrath & Cannavo, New York, NY.

For William D. McCue, Plaintiff-Appellee: Paul J. Napoli Esq., Worby, Groner, Edelman & Napoli Bern L.L.P, East Meadow, NY.

For Peter Cosgrave, Plaintiff-Appellant: Peter Cosgrave, Sullivan, Papain, Block, McGrath & Cannavo, P.C., New York, NY.

For Richard Mighdoll, Plaintiff-Appellant: Richard Mighdoll, Sullivan, Papain, Block, McGrath & Cannavo, P.C., New York, NY.

For Sue Ann Andersen, Plaintiff-Appellant: Sue Ann Andersen, Worby, Groner, Edelman & Napoli Bern L.L.P, East Meadow, NY.

For Victoria O'Connor, Plaintiff-Appellant: Suzanne M. Scott Esq., Friedman, Friedman, Chiaravalloti & Giannini, New York, NY.

For Turner Construction International, LLC, Defendant-Appellant: Turner Construction International, LLC, Patton Boggs LLP, Newark, NJ.

For Andersen Allen, Anthony Aguglairo, Cecelia Borcherding, Charles La Barbera, Ernest Medaglia, Jeanne Kolarik, Juan Cubero, Kevin Reynolds, Lionel Payette, Michelle Payette, Patricia Aguglairo, Philip J. Pfersching, Richard Allison, Rosa Cubero, Susan Allison, Susan Medaglia, Plaintiffs-Appellants: William Joseph **[*8]** Dubanevich Esq., Worby, Groner, Edelman & Napoli Bern L.L.P, East Meadow, NY.

**Judges:** Present: Hon. Richard J. Cardamone, Hon. Chester J. Straub, Hon. J. Clifford Wallace, * Circuit Judges.

## Opinion

Summary Order

Appellants-petitioners, through counsel, move for a writ of mandamus and a stay of the district court proceedings pending appeal. Appellees, through counsel, move to dismiss the appeal docketed under 06-5324-cv. Because it is at least arguable whether some or all of the assertions of immunity put forward by appellants-petitioners have merit, upon due consideration, it is hereby ORDERED that the motion for a stay of trial as well as pre-trial proceedings is GRANTED. See *Mitchell v. Forsyth, 472 U.S. 511, 526-27, 105 S. Ct. 2806, 86 L. Ed. 2d 411 (1985)*(immunity from suit is "effectively lost if a case is erroneously permitted to go to trial"). It is further ORDERED that, regarding the appeal docketed under 06-5324-cv, the appellees' motion to dismiss is referred to the merits panel that decides the appeal. Appellants-petitioners' motion for a writ of mandamus, docketed under 07-0185-op, **[*9]** is DENIED as moot. A scheduling order for the appeal shall issue forthwith and the appeal will be heard on an expedited basis.

**End of Document**

---

* The Honorable J. Clifford Wallace, United States Court of Appeals for the Ninth Circuit, sitting by designation.