UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br><br>                       Plaintiff,<br>    v.<br><br>DONALD J. TRUMP,<br>in his individual capacity,<br><br>                       Defendant. | NOTICE OF MOTION TO<br>WITHDRAW APPEARANCE<br><br>Case No. 1:20-cv-7311 |

**NOTICE OF MOTION TO WITHDRAW APPEARANCE**

      PLEASE TAKE NOTICE that, upon the accompanying declaration of Joshua Matz, dated January 15, 2021, and pursuant to Local Civil Rule 1.4, Plaintiff respectfully requests the withdrawal of the appearance of Joshua Matz as counsel on her behalf.  Plaintiff further requests, pursuant to Section 2.5 of the Electronic Case Filing Rules and Instructions, that the email address jmatz@kaplanhecker.com be removed from the ECF service notification list for this case.

      Plaintiff shall continue to be represented by remaining counsel of record from Kaplan Hecker & Fink LLP.

Dated: January 15, 2021                                Respectfully submitted,

                                                           /s/ Joshua Matz
                                                           Joshua Matz