UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br><br>                   Plaintiff,<br>     v.<br><br>DONALD J. TRUMP,<br>in his individual capacity,<br><br>                  Defendant. | **DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL**<br><br>Case No. 1:20-cv-7311 |

### DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL

I, Joshua Matz, declare and state as follows:

1. On September 8, 2020, I filed a Notice of Appearance (Doc. No. 5) on behalf of the Plaintiff.

2. As of today, January 15, 2021, I am no longer affiliated with Kaplan Hecker & Fink LLP.  Therefore, and pursuant to Local Civil Rule 1.4, I respectfully request that the Court withdraw my individual appearance as counsel for Plaintiff.

3. Plaintiff shall continue to be represented by the remaining counsel of record from Kaplan Hecker & Fink LLP.

4. This withdrawal will not affect this action in any way, including the posture of the case and the calendar; nor will it prejudice the Defendant.  I am not asserting a retaining or charging lien.

Dated: January 15, 2021                                 Respectfully submitted,

                                                                           /s/ Joshua Matz
                                                                           Joshua Matz