UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br><br>               Plaintiff,<br><br>    -against-<br><br>DONALD J. TRUMP, in his personal capacity,<br><br>               Defendant. | **ECF Case**<br><br>No. 1:20-cv-7311-LAK-JLC |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, the undersigned respectfully seeks leave to withdraw his appearance as attorney for the United States in this matter due to his upcoming departure from the Department of Justice. The United States will continue to be represented by Stephen Terrell, who has entered his appearance previously. The undersigned is not asserting a retaining or charging lien.

Dated: January 18, 2021

 s/ William K. Lane III
WILLIAM K. LANE III
Counsel
Civil Division
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 305-7920
william.lane2@usdoj.gov