```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JANE DOE, et al.,                                           :
                                  Plaintiffs,               :
                                                            :         18 Civ. 9936 (LGS)
                -against-                                   :
                                                            :             ORDER
THE TRUMP CORPORATION, et al.,                              :
                                  Defendants.               :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 20, 2018, an initial pretrial conference was held in this matter. For the reasons stated in the conference, it is hereby

**ORDERED** that Plaintiffs' motion for leave to proceed under pseudonyms is **GRANTED** until a decision on the motion to dismiss and may be renewed at that time. It is further

**ORDERED** that by **December 21, 2018, at 2:00 p.m.**, the parties shall file their proposed order regarding third-party document subpoenas. The parties shall submit a copy of the proposed order in Word format to the Chambers Inbox. It is further

**ORDERED** that Defendants shall file their motion to dismiss by **January 14, 2019**, Plaintiffs shall file their opposition by **February 22, 2019**, and Defendants shall file their reply by **March 8, 2019**. The parties are limited to thirty pages for their memoranda in support of and in opposition to the motion, and twelve pages for the reply. It is further

**ORDERED** that discovery in this matter is stayed pending resolution of Defendants' motion to dismiss.

Dated: December 20, 2018
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**