**HABBA MADAIO & ASSOCIATES LLP**
Alina Habba, Esq.
1430 US Highway 206, Suite 240
Bedminster, New Jersey 07921
-and-
270 W 60th St
New York, New York 10023
Telephone: (908) 869-1188
Facsimile: (908) 450-1881
E-mail: ahabba@habbalaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br><br>              *Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, in his personal capacity,<br><br>              *Defendant.* | Civil Action No.: 1:20-cv-7311-LAK-JLC<br><br>**CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY** |

      Notice is hereby given that, subject to the approval of the court, defendant, Donald J. Trump, in his personal capacity ("Defendant"), substitutes Alina Habba, Esq., Habba Madaio & Associates LLP, State Bar No. 4931630, as counsel of record in place of Marc E. Kasowitz, Esq., Paul J. Burgo, Esq. and Christine A. Montenegro, Esq. of Kasowitz Benson Torres LLP.

      Contact information for new counsel is as follows:

           Alina Habba, Esq.
           Habba Madaio & Associates LLP
           1430 US Highway 206, Suite 240
           Bedminster, New Jersey 07921
           -and-
           270 W 60th St
           New York, New York, 10023
           Telephone: (908) 869-1188
           Facsimile: (908) 450-1881
           E-mail: ahabba@habbalaw.com

I consent to the above substitution.

_____
DONALD J. TRUMP
*Defendant*

Date: 11/19/21

I consent to the above substitution.

_____  Date: 11/21/2021
MARC E. KASOWITZ, ESQ.
PAUL J. BURGO, ESQ.
CHRISTINE A. MONTENEGRO, ESQ.
Kasowitz Benson Torres LLP
*Outgoing Counsel for Defendant*


I consent to the above substitution.

_____  Date: 11/19/21
ALINA HABBA, ESQ.
Habba Madaio & Associates LLP
*Incoming Counsel for Defendant*


The substitution of attorney is hereby approved and SO ORDERED.

_____  Date: 11/22/21
HON. LEWIS A. KAPLAN, U.S.D.J.