**HABBA MADAIO & ASSOCIATES LLP**
Alina Habba, Esq.
1430 U.S. Highway 206, Suite 240
Bedminster, New Jersey 07921
          -and-
270 West 60th Street
New York, New York 10023
Telephone: (908) 869-1188
Facsimile: (908) 450-1881
E-mail: ahabba@habbalaw.com
*Attorneys for Defendant, Donald J. Trump*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| E. JEAN CARROLL,<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, in his personal capacity,<br><br>*Defendant.* | Civil Action No.: 1:20-cv-7311-LAK-JLC<br><br>**NOTICE OF DEFENDANT'S MOTION FOR LEAVE TO AMEND HIS ANSWER PURSUANT TO FRCP RULE 15(a)** |

**PLEASE TAKE NOTICE** that the defendant, Donald J. Trump ("Defendant"), hereby moves, pursuant to Fed. R. Civ. P. 15(a) and Local Civil Rule 7.1, for an order granting leave for Defendant to amend his Answer. This motion is supported by the annexed memorandum of law, affirmation of Alina Habba, Esq. dated December 1, 2021, any arguments or evidence presented in reply, and all arguments or evidence presented at a hearing or with leave of Court.

Dated:  December 1, 2021.
        New York, New York

Respectfully submitted,

_____
Alina Habba, Esq.
HABBA MADAIO & ASSOCIATES LLP
1430 U.S. Highway 206, Suite 240
Bedminster, New Jersey 07921
     -and-
270 West 60th Street
New York, New York, 10023

1

Telephone: (908) 869-1188  
Facsimile: (908) 450-1881  
E-mail: ahabba@habbalaw.com  
*Attorneys for Defendant, Donald J. Trump*