**HABBA MADAIO & ASSOCIATES LLP**
Alina Habba, Esq.
1430 U.S. Highway 206, Suite 240
Bedminster, New Jersey 07921
　　-and-
270 West 60th Street
New York, New York 10023
Telephone: (908) 869-1188
Facsimile: (908) 450-1881
E-mail: ahabba@habbalaw.com
*Attorneys for Defendant, Donald J. Trump*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| E. JEAN CARROLL,<br><br>　　　　　*Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, in his personal capacity,<br><br>　　　　　*Defendant.* | Civil Action No.: 1:20-cv-7311-LAK-JLC<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO AMEND HIS ANSWER PURSUANT TO FRCP RULE 15(a)** |

**THIS MATTER** having been brought before the Court by way of a notice of motion brought by Defendant, Donald J. Trump ("Defendant") to amend his answer pursuant to Fed. R. Civ. P. 15(a) and Local Civil Rule 7.1, (the "Motion"), and the Court having reviewed the papers submitted in support of the Motion, any opposition to the Motion, and oral argument, if any, and for good cause shown;

**IT IS HEREBY,**

**ORDERED** that Defendants' Motion is hereby granted in its entirety;

**ORDERED** that Defendant shall be granted leave to file and serve his first Amended Answer ("Amended Answer"), in the proposed form, within fifteen (15) days following the entry of this Order; and it is further

1

2

**ORDERED** that Plaintiff's reply to Defendant's Amended Answer shall be filed within fifteen (15) days following service of the Amended Answer;

DATED: _____

_____
Lewis A. Kaplan, United States District Judge