UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
E. JEAN CARROLL,

                Plaintiff,

      -against-                                      20-cv-7311 (LAK)

DONALD J. TRUMP in his personal capacity,

                Defendant.
------------------------------------------------x

DC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2022

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The Court will hear argument on defendant's motion for leave to file an amended answer on February 17, 2022 at 4:00 p.m.

        SO ORDERED.

Dated:       February 11, 2022

                                                    Lewis A. Kaplan
                                                  United States District Judge