

Alina Habba, Esq.
Managing Partner
ahabba@habbalaw.com
Admitted to practice in NJ, NY & CT

February 14, 2022

**VIA ECF**
Honorable Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    **E. Jean Carroll v. Donald J. Trump, et al.**
             **Case No.: 1:20-cv-7311-LAK-JLC**

Dear Judge Kaplan:

    Please be advised that my office represents the defendant, Donald J. Trump, in the above-referenced matter. I write to respectfully request that the oral argument pertaining to Defendant's Motion to amend the answer, which is currently scheduled for February 17, 2022, be rescheduled due to a scheduling conflict. This is Defendant's first request for an adjournment.

    I have conferred with Plaintiff's counsel, who consents to this request, and we are both available on February 22, March 8, 9 or 10 which we jointly propose as new dates. Therefore, it is respectfully requested that oral argument be rescheduled to one of these proposed dates or an alternative date that works for the Court.

    Thank you for your courtesy and attention to this matter.

                                      Respectfully Submitted,

                                      Alina Habba, Esq.
                                      For HABBA MADAIO & ASSOCIATES LLP

cc:    Roberta Ann Kaplan, Esq.
        Joshua Matz, Esq.