UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br><br>　　　　*Plaintiff,*<br><br>　　v.<br><br>DONALD J. TRUMP, in his personal capacity,<br><br>　　　　*Defendant.* | No. 20 Civ. 7311 (LAK) (JLC) |

**[PROPOSED] SCHEDULING ORDER**

It is hereby ORDERED as follows:

1. The parties shall serve any and all written discovery requests on each other on or before May 27, 2022.

2. The parties shall substantially complete their productions of written discovery and requests for inspection or examination on or before August 3, 2022.

3. Depositions to take place between August 3, 2022, to October 19, 2022.

4. The parties shall make any and all expert disclosures under Rule 26(a)(2) on or before September 16, 2022.

5. The parties shall substantially complete any and all fact discovery on or before October 19, 2022.

6. The parties shall complete any and all expert discovery on or before November 16, 2022.

| | |
|---|---|
| KAPLAN HECKER & FINK LLP | HABBA MADAIO & ASSOCIATES LLP |
| By: /s/ Roberta A. Kaplan | By: /s/ Alina Habba |
| Roberta A. Kaplan | Alina Habba, Esq. |
| 350 Fifth Avenue, 63rd Floor | Michael T. Madaio, Esq. |
| New York, New York 10118 | 1430 U.S. Highway 206, Suite 240 |
| Telephone: (212) 763-0883 | Bedminster, New Jersey 07921 |
| rkaplan@kaplanhecker.com | -and- |
| | 270 West 60th Street |
| Joshua Matz | New York, New York 10023 |
| 1050 K Street, Suite 1040 | (908) 869-1188 |
| Washington, DC 20001 | ahabba@habbalaw.com |
| jmatz@kaplanhecker.com | |
| | *Counsel for Defendant, Donald J. Trump* |
| *Counsel for Plaintiff E. Jean Carroll* | |

SO ORDERED:

Dated: _____     _____
                                          The Honorable Lewis A. Kaplan
                                          United States District Court Judge