UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

E. JEAN CARROLL,

        *Plaintiff,*

v.

DONALD J. TRUMP, in his personal capacity,

        *Defendant.*

No. 20 Civ. 7311 (LAK) (JLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-5-22

## [~~PROPOSED~~] SCHEDULING ORDER

It is hereby ORDERED as follows:

1. The parties shall serve any and all written discovery requests on each other on or before May 27, 2022.

2. The parties shall substantially complete their productions of written discovery and requests for inspection or examination on or before August 3, 2022.

3. Depositions to take place between August 3, 2022, to October 19, 2022.

4. The parties shall make any and all expert disclosures under Rule 26(a)(2) on or before September 16, 2022.

5. The parties shall substantially complete any and all fact discovery on or before October 19, 2022.

6. The parties shall complete any and all expert discovery on or before November 16, 2022.

KAPLAN HECKER & FINK LLP

By: _____
Roberta A. Kaplan
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com

Joshua Matz
1050 K Street, Suite 1040
Washington, DC 20001
jmatz@kaplanhecker.com

*Counsel for Plaintiff E. Jean Carroll*

HABBA MADAIO & ASSOCIATES LLP

By: _____
Alina Habba, Esq.
Michael T. Madaio, Esq.
1430 U.S. Highway 206, Suite 240
Bedminster, New Jersey 07921
-and-
270 West 60th Street
New York, New York 10023
(908) 869-1188
ahabba@habbalaw.com

*Counsel for Defendant, Donald J. Trump*

SO ORDERED:

Dated: 5/4/22

_____
The Honorable Lewis A. Kaplan
United States District Court Judge