UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
E. JEAN CARROLL,

                 Plaintiff,

        -against-                                     20-cv-7311 (LAK)

DONALD J. TRUMP, in his personal capacity,

                 Defendant.
------------------------------------x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 7/19/2022

## SUPPLEMENTAL SCHEDULNG ORDER

Lewis A. Kaplan, *District Judge.*

        The existing scheduling order (Dkt 76) is supplemented as follows:

        1.     All discovery shall be completed on or before November 16, 2022.

        2.     Any summary judgment motions and a joint pretrial order in the form attached as Annex A to the individual practices of the undersigned (which are posted on the Court's web site) shall be filed on or before December 1, 2022.

        3.     Absent prior disposition of the case by motion or otherwise, the trial will commence on February 6, 2023 at 9:30 a.m.

        4.     The parties shall exchange premarked trial exhibits no later than December 8, 2022.

        5.     Any motions *in limine* and oppositions thereto shall be filed no later than December 8 and December 15, 2022, respectively.

        SO ORDERED.

Dated:     July 19, 2022

                                                                   _/s/ Lewis A. Kaplan_
                                                                    Lewis A. Kaplan
                                                            United States District Judge