**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL    212.763.0883
DIRECT EMAIL   rkaplan@kaplanhecker.com

July 20, 2022

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Carroll v. Trump*, 20-cv-07311 (LAK)(JLC)

Dear Judge Kaplan:

We write in connection with Your Honor's Supplemental Scheduling Order (ECF 77) of yesterday's date. Pursuant to that Order, trial in this matter is scheduled to begin on February 6, 2023.

Ms. Carroll, of course, is eager to proceed to trial and we are confident that we can meet the dates set forth in the Order. We do want the Court to be aware, however, that we have another trial scheduled to begin in the Northern District of Florida on February 13, 2023, although discovery is stayed in that case and a motion to stay discovery pending decision on a motion to dismiss is currently *sub judice*. *See Equality Florida et al. v. DeSantis et al.*, No. 4:22 Civ. 00134 (N.D. Fla.) (Winsor, J.) (ECF 44).

In light of the above, we would respectfully request that Your Honor set a telephonic scheduling conference with the parties to discuss these issues.

Respectfully submitted,

Roberta A. Kaplan

cc:   Counsel of Record (by ECF)