**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL    212.763.0883
DIRECT EMAIL   rkaplan@kaplanhecker.com

July 21, 2022

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *Carroll v. Trump*, 20-cv-07311 (LAK)(JLC)

Dear Judge Kaplan:

  We write in connection with our letter filed yesterday (ECF 78) and Your Honor's Supplemental Scheduling Order (ECF 77). Pursuant to that Order, trial in this matter is scheduled to begin on February 6, 2023.

  This morning, Judge Winsor stayed discovery in *Equality Florida et al. v. DeSantis et al.*, No. 4:22 Civ. 00134 (N.D. Fla.) (ECF 89). As a result, our trial date in that case will likely change, and we no longer anticipate any conflicts that would prevent us from beginning trial in this matter on February 6, 2023, although we continue to believe a status conference would be a good idea at this time.

Respectfully submitted,

Roberta A. Kaplan

cc: Counsel of Record (by ECF)