# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br>              *Plaintiff,*<br><br>   v.<br><br>DONALD J. TRUMP, in his personal capacity,<br><br>             *Defendant.* | Case No. 1:20-cv-07311-LAK-JLC |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel for Plaintiff E. Jean Carroll in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated: New York, New York  
       July 26, 2022

Respectfully submitted,

/s/ Shawn G. Crowley  
Shawn G. Crowley  
KAPLAN HECKER & FINK LLP  
350 Fifth Avenue, 63rd Floor  
New York, New York 10118  
Telephone: (212) 763-0883  
scrowley@kaplanhecker.com  
*Counsel for Plaintiff E. Jean Carroll*