UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br>    *Plaintiff,*<br><br> v.<br><br>DONALD J. TRUMP, in his personal capacity,<br><br>    *Defendant.* | Case No. 1:20-cv-07311-LAK-JLC |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

 Please enter my appearance as counsel for Plaintiff E. Jean Carroll in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated: New York, New York  
   July 26, 2022

Respectfully submitted,

/s/ Matthew Craig  
Matthew Craig  
KAPLAN HECKER & FINK LLP  
350 Fifth Avenue, 63rd Floor  
New York, New York 10118  
Telephone: (212) 763-0883  
mcraig@kaplanhecker.com  
*Counsel for Plaintiff E. Jean Carroll*