UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
E. JEAN CARROLL,

                Plaintiff,

      -against-                                    20-cv-7311 (LAK)

DONALD J. TRUMP in his personal capacity,

                Defendant.
------------------------------------------------------------x
UNITED STATES OF AMERICA

      -against-                                    22-cr-0420 (LAK)

SHARRAHN WALTON,

                Defendant.
------------------------------------------------------------x

## NOTICE

LEWIS A. KAPLAN, *District Judge.*

      Counsel are advised as follows:

      1.     Shawn G. Crowley, Esq., who filed a notice of appearance in the first captioned case on July 26, 2022, is a former law clerk to the undersigned. The undersigned co-officiated (with another judge) at the marriage of Ms. Crowley approximately seven years ago.

      2.     Assistant United States Attorney Jeffrey W. Coyle, who appears for the United States in the second captioned case, which was assigned to the undersigned on August 2, 2022, is a former law clerk to the undersigned.

Dated:     August 3, 2022

                                                                   Lewis A. Kaplan
                                                              United States District Judge
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/2022