# EXHIBIT 5



Darren Hardy: Don't Complicate Success

# SUCCESS FROM HOME

FROM THE PUBLISHER OF SUCCESS MAGAZINE

## ESCAPE THE ORDINARY WITH ACN

will play for food
Foundation.org
Helping end childhood hunger right here at home.

*ACN's Co-Founders photographed at Donald J. Trump's Mar-a-Lago Club*

VOLUME 10 · ISSUE 9 · SEPTEMBER 2014

# THINKING BIG

## with **Donald Trump** and **ACN**

*by Anne Archer*



lay ar | SCAN THIS PAGE
to access exclusive
video content



# THINKING BIG

**W**hat is the best possible advice for entrepreneurs and independent business owners involved in network marketing? It's perhaps something Donald J. Trump wrote in *Never Give Up*: "Don't think you're so smart that you can go it alone. I surround myself with good people, and then I give myself the luxury of trusting them." Could there ever be better advice for anyone who wants to get ahead in life, especially in network marketing?

That same wisdom is consistent with all of the messages that Trump offers when speaking to ACN audiences of tens of thousands at the international training events. Donald Trump's messages to ACN's independent business owners across the country and around the world hit the mark time and time again—messages of success, determination, integrity, balance, vision—and yes, teamwork.

Donald Trump is counted among the 100 richest people in the world, is the most recognizable businessperson ever, and his brand is readily acknowledged for setting the highest standards for everything he does. Donald Trump is a true American success story—and many in the ACN audiences are hoping a little of his magic will rub off on them. And he is very happy to share his Midas touch with the ACN IBOs: "I do this," he says, "because I love it, because I think this is a great company and I love these ACN audiences!"

Though his real estate holdings include some of the most prestigious addresses nationally and internationally, Trump's name is synonymous with success far beyond the extraordinary

> ## "I've known the ACN co-founders now for years and I must tell you, I've really gotten to know them very well. And the level of integrity there is amazing."
>
> **—Donald Trump**



real estate career that helped make him a billionaire. His golf courses are legendary, he is an Emmy-nominated star and co-producer of the reality television hits *The Apprentice* and *Celebrity Apprentice*, and the author of multiple best-sellers, yet he is still happy to be there for the throngs of ACN entrepreneurs who flock to hear him speak.

## Trump's Relationship with ACN

As he has expanded his interests nationally and internationally, Donald Trump remains personally involved in everything that his name represents. And that includes his relationship with ACN. He personally knows the four co-founders of the 20-year-old company—Greg Provenzano, Robert Stevanovski, Mike Cupisz and Tony Cupisz—and believes in them and their integrity. Donald Trump does not just vet a company before making a decision to develop a relationship; he makes sure the corporate leadership passes the test of his legendary instincts. "You've got to listen to your gut, no matter how good something sounds on paper. Instincts play a special role in any kind of business you engage in. They are your guide in the decision-making process."

The ACN co-founders passed all Trump's tests. They are noted for representing the interests of their ACN independent business owners with unshakable integrity and also for standing as a beacon for the entire industry of direct selling. Donald Trump insists that the *real* success stories of life all have great integrity and he is confident about ACN and the four men at the top. "I've known the ACN co-founders now for years



ACN's Co-Founders were special guests of Donald Trump at his exclusive Mar-a-Lago Club in pristine Palm Beach, Florida. As one of the most highly regarded private clubs in the world, Mar-a-Lago is the crown jewel of Palm Beach and a perfect backdrop for ACN's Co-Founders to spend time with Mr. Trump discussing the next phase of their relationship.

Mar-a-Lago in Palm Beach, Florida, wher they met with Donald Trump at his exclu sive private club and spa. Trump ha restored the Mar-a-Lago estate to a leve of extraordinary splendor, and so it wa a perfect setting for the ACN co-founder to meet with Trump, have a photo sessior in the magnificent surroundings, pla golf at Trump's clubs, and further thei long-standing relationship with th famous billionaire.

## What's Love Got to Do With It?

The relationship between ACN an Donald Trump is based on mutual admi ration and respect, and perhaps a littl something more. You can feel the lov between the ACN audience and the tena cious billionaire, as he shares his persona stories, triumphs and wisdom gaine along the way to extraordinary success.

As Donald Trump left the stage recentl to the applause of over 20,000 ACN inde pendent business owners and their guest in Charlotte, North Carolina, he grinne his thousand-watt smile and was clearl pleased. As he descended the stairs an was greeted by Greg Provenzano, presiden and co-founder of ACN, he acknowledgec "These people are not just here to se me—they are here because of what ACN i all about. That, to me, is very important."

After over 20 years of outstandin success with ACN, the founders are sti involved in every detail, day in and da out, just like Donald Trump is with hi world-famous Trump brand. And lik Trump, it's obviously a commitmen beyond the money. As Trump sees it, it a comes back to love: "The ACN co-founder love this company and all those years c success that they have already had ar going to build a strong future of success.'

ACN has continued to thrive wit the hands-on leadership of its fou co-founders even during a recessior nationally and internationally. They hav

and I must tell you, I've really gotten to know them very well. And the level of integrity there is amazing. They love the people involved in ACN. They want to do well for the company *and* for the people at ACN—far beyond themselves."

Donald Trump began his connection with ACN eight years ago on Valentine's Day. This auspicious meeting would initiate Trump's relationship with ACN and its co-founders and would also include a video shoot to announce Trump's upcoming appearances at ACN's training events. But New York City had a record-setting blizzard just before Valentine's, the day of their appointment. Almost 27 inches of snow had dropped on Manhattan. It was eerily quiet all weekend as airports and businesses shut down, blanketed by towering drifts.

Fort Worth, Texas, is where all four ACN co-founders were when they heard about the blizzard. They had just completed a large ACN training event and had planned to fly directly to New York City. The travel agent insisted that no planes were flying into the area and commitments in New York would have to be canceled.

The ACN founders did not cancel or reschedule with Trump. They assessed

their options and chose to fly to a neigh-boring state and then drive a heavy-duty SUV into the Big Apple. At 9 a.m. on February 14, 2006, Donald Trump arrived in his office on the 26th floor of the world-famous Trump Tower on Fifth Avenue. He smiled and raised an eyebrow when he saw that the four ACN co-founders had also arrived.

"You made it!" were Donald Trump's first words, spoken with clear admiration. Trump puts a lot of stock into keeping commitments and going the extra mile—and so do the ACN founders. That was just one of many things that Trump and the founders of ACN had in common, and it was a good foundation for a relation-ship. That day eight years ago marked the beginning of a great connection between Donald Trump and ACN.

Donald Trump has spoken at ACN's international events in front of tens of thousands of independent business owners and plans to speak at many more. He holds a record for appearing on the ACN stage more often than any other outside speaker. The company has also been featured twice on his NBC hit show *The Celebrity Apprentice*. The four ACN founders also just recently returned from



THINKING
**BIG**



but also a long-term personal connection. And personal relationships really matter to Trump.

"I love the leadership at ACN. These co-founders know what they are doing. They know where they are going. I've always had a good feeling about ACN; I just feel good about it. A company is only as good as the people at the top, and ACN has good people behind it. It's not my place to say to an individual you should or shouldn't do this or that, but I think ACN has a whole lot going for it."

ACN audiences say that being around Donald Trump can make you stand a little taller and think a whole lot bigger, not just about business but about everything. Trump, it has been said, personifies the ability to achieve, the will to win. He is a business and entrepreneurial icon. He moves quickly, outworks almost anyone, and is a fan of network marketing. "The industry is growing when many others are suffering massive losses. Direct selling puts the people element back into business. And for thousands and thousands of people, that means good business and a solid opportunity."

ACN and its four co-founders consider themselves fortunate to have caught the eye and attention of one of the biggest dreamers and most successful billionaires in business. A relationship of this level is unparalleled in the direct sales industry. Since they first connected eight years ago, Donald Trump has continued to praise the company, its co-founders, services portfolio, and the winning home-based business model. As Donald Trump recently stood on stage with Greg Provenzano and acknowledged ACN's 20 years of success, the audience's thunderous applause showed they were deeply moved and appreciative.

And somehow it seemed they left that ACN event standing a little taller—recognizing more than ever that it is possible to "live fully and to truly dream big," as Donald Trump had just described. ∎

been recognized in *USA Today, SUCCESS* magazine, *U.S. Business Review, Fortune* and *Inc.* magazine—and the latest news seems to further demonstrate their continuing success and influence. And that news? Donald Trump will be greeting ACN audiences for some time to come, and will remain a featured keynote speaker for multiple ACN events in the U.S., Canada and Europe. "I've watched this company grow," he explains. "I've been a fan of the company. I think it's terrific and the ACN leadership is terrific."

ACN has established a measure of success in network marketing that has become a gold standard. Founded in 1993, ACN is now in 24 countries. They were deemed one of the fastest-growing companies in the U.S. by *Inc.* magazine just five years out of the gate, and they've continually set new standards for the industry. In 2009, ACN was featured on the hit reality TV show *The Celebrity Apprentice,* alongside Mr. Trump and the cast of celebrities. In 2011, ACN returned to prime-time television, making an encore appearance on the show.

"I love the leadership at ACN. A company is only as good as the people at the top, and ACN has good people behind it."

—Donald Trump

It was Donald Trump's belief in the corporate leadership of ACN that sealed the deal to have an exclusive relationship with the company. Of course, ACN's vision for the future and its history and reputation in the network marketing industry were important, but it was the character and integrity of its corporate leadership that made it not just a business deal between ACN and Donald Trump,