Case 1:20-cv-07311-LAK Document 87 Filed 08/23/22 Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2022
```

E. JEAN CARROLL,

                *Plaintiff,*

v.

DONALD J. TRUMP, in his personal capacity,

                *Defendant.*

No. 20 Civ. 7311 (LAK) (JLC)

## STIPULATION AND [PROPOSED] ORDER

Pursuant to Your Honor's Individual Rules of Practice, Plaintiff E. Jean Carroll and Defendant Donald J. Trump, by their undersigned counsel and subject to the approval of the Court, enter into the following Stipulation and Proposed Order:

WHEREAS the Court entered a Scheduling Order (Doc No. 76) setting deadlines to govern discovery in this action, including that the parties shall make any and all expert disclosures under Federal Rule of Civil Procedure 26(a)(2) on or before September 16, 2022;

WHEREAS the parties have met and conferred regarding a joint request to extend the deadline to make expert disclosures under Rule 26(a)(2);

WHEREAS the parties have not previously requested any extension of the deadline for making expert disclosures under Rule 26(a)(2);

WHEREAS all other dates set forth in the Scheduling Order would remain unchanged by such a request, including that the parties shall complete any and all expert discovery on or before November 16, 2022;

Case 1:20-cv-07311-LAK   Document 87   Filed 08/23/22   Page 2 of 2

IT IS ACCORDINGLY STIPULATED AND AGREED that the parties' deadline for making their expert disclosures under Rule 26(a)(2) is extended until October 14, 2022.

Dated: August 23, 2022

/s/ Roberta A. Kaplan
Roberta A. Kaplan
Shawn Crowley
Matthew J. Craig
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Phone: (212) 763-0883
rkaplan@kaplanhecker.com
scrowley@kaplanhecker.com
mcraig@kaplanhecker.com

Joshua Matz
KAPLAN HECKER & FINK LLP
1050 K Street, Suite 1040
Washington, D.C. 20001
Phone: (212) 763-0883
jmatz@kaplanhecker.com

*Counsel for Plaintiff E. Jean Carroll*

/s/ Alina Habba
Alina Habba
Michael Madaio
HABBA MADAIO & ASSOCIATES LLP
1430 U.S. Highway 206, Suite 240
Bedminister, NJ 07921
Phone: (908) 869-1188
ahabba@habbalaw.com
mmadaio@habbalaw.com

*Counsel for Defendant Donald J. Trump*

IT IS SO ORDERED this 24th day of August, 2022

_____
The Hon. Lewis A. Kaplan
United States District Judge