# EXHIBIT A

| | |
|---|---|
| **From:** | Michael Madaio <mmadaio@habbalaw.com> |
| **Sent:** | Thursday, November 17, 2022 2:39 PM |
| **To:** | Shawn G. Crowley |
| **Cc:** | Roberta Kaplan; Joshua Matz; Matthew Craig; Peter Swift; Peter Gabra; Alina Habba, Esq. |
| **Subject:** | RE: Carroll v. Trump, 20-cv-7311 (LAK) -- Scheduling |

This email was sent from outside the Firm.

Counsel:

We will not agree to set any deadlines or make any stipulations regarding the 'second action,' which has not yet been filed and was never discussed on our call. Per our conversation, your firm agreed that, in lieu of defendant filing a motion to stay to the Second Circuit, the parties would jointly request Judge Kaplan to adjourn all proceedings in the pending SDNY action to either: (i) a date a few months out, which will likely allow sufficient time for the D.C. Court of Appeals to render a decision; or (ii) the date of the issuance of the D.C. Court of Appeals' order. You stated that you preferred an adjournment over of a stay because additional filings would be necessary to lift a stay. No mention was made of the second action or proposing a schedule which effectively consolidates the two actions.

As for the schedule you propose, we slightly adjusted the dates you proposed with respect to the present action and removed any reference to the second action. Thus, we propose submitting the following scheduling order to Judge Kaplan:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Joint Pretrial Order and Any Summary Judgment Motions in Current Action | Dec. 1, 2022 | Mar. 2, 2023 |
| Motions in Limine in Current Action | Dec. 8, 2022 | Mar. 9, 2023 |
| Exchange of Pre-marked Trial Exhibits in Current Action | Dec. 8, 2022 | Mar. 9, 2023 |
| Oppositions to Motions in Limine in Current Action | Dec. 15, 2022 | Mar. 16, 2023 |
| Trial | Feb. 6, 2023 | May 8, 2023 |

Alternatively, we remain willing to tie the scheduling order to the date the D.C. Court of Appeals issues its decision. Please confirm that either arrangement works, or provide counter-proposed dates for the present action. Our decision to refrain from filing the motion to stay was, and remains, premised upon this understanding.

Regards,

**MICHAEL T. MADAIO, ESQ.**
*Admitted to Practice in NJ, NY & PA*



1430 US Highway 206, Suite 240
Bedminster, New Jersey 07921
Telephone: 908-869-1188
Facsimile: 908-450-1881

The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Habba Madaio & Associates LLP for any loss or damage arising in any way from its use.

**From:** Shawn G. Crowley <scrowley@kaplanhecker.com>
**Sent:** Thursday, November 17, 2022 9:20 AM
**To:** Alina Habba, Esq. <ahabba@habbalaw.com>; Michael Madaio <mmadaio@habbalaw.com>
**Cc:** Roberta Kaplan <rkaplan@kaplanhecker.com>; Joshua Matz <jmatz@kaplanhecker.com>; Matthew Craig <mcraig@kaplanhecker.com>
**Subject:** Carroll v. Trump, 20-cv-7311 (LAK) -- Scheduling

Counsel:

To facilitate a productive conference on Tuesday, we intend to file a letter later today with the below proposed schedule for the Court's consideration. We believe this schedule would allow us to proceed with both cases as efficiently as possible, and obviate the need to seek a stay. Please let us know if you have any comments.

Regards,

Shawn

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Plaintiff's Complaint in Second Action | N/A | Nov. 24, 2022 |
| Defendant's Responsive Pleading in Second Action | N/A | Dec. 23, 2022 |
| Rule 26(a) Initial Disclosures in Second Action<br><br>*Only required insofar as there is new information to disclose in connection with new issues raised by Second Action* | N/A | Dec. 23, 2022 |
| Expert Reports in Second Action<br><br>*Limited to new issues raised by Second Action* | N/A | Jan. 9, 2023 |
| Written Discovery Requests in Second Action<br><br>*Limited to new issues raised by Second Action* | N/A | Jan. 9, 2023 |
| Rebuttal Expert Reports in Second Action | N/A | Jan. 23, 2023 |
| Responses to Written Discovery in Second Action | N/A | Jan. 23, 2023 |
| Close of Discovery in Second Action | N/A | Jan. 30, 2023 |
| Joint Pretrial Order and Any Summary Judgment Motions in Both Actions | Dec. 1, 2022 | Feb. 9, 2023 |
| Motions in Limine in Both Actions | Dec. 8, 2022 | Feb. 16, 2023 |
| Exchange of Pre-marked Trial Exhibits in Both Actions | Dec. 8, 2022 | Feb. 16, 2023 |
| Oppositions to Motions in Limine in Both Actions | Dec. 15, 2022 | Feb. 23, 2023 |

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Trial | Feb. 6, 2023 | Apr. 10, 2023 |


**Shawn G. Crowley** | **Kaplan Hecker & Fink LLP**
350 Fifth Avenue | 63rd Floor
New York, New York 10118
(W) 332.910.7191 | (M) 646.627.1211
scrowley@kaplanhecker.com

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*