UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
E. JEAN CARROLL,

                          Plaintiff,

              -against-                                              20-cv-7311 (LAK)

DONALD J. TRUMP, in his personal capacity,

                          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


# ORDER


LEWIS A. KAPLAN, *District Judge.*

       Plaintiff's consent letter motion (Dkt 97), as supplemented (Dkt 98), is granted to the extent that (1) the trial of this action is postponed until April 10, 2023, and (2) the Court adopts, for this action only, the proposed schedule for *in limine* motions and exchange of premarked exhibits. Except as modified by the preceding sentence, the scheduling and supplemental scheduling orders (Dkt 76, Dkt 77) remain in effect.

       Insofar as plaintiff's motion, as supplemented, relates to the subsequently filed action *Carroll v Trump,* 22-cv-10016 (LAK), the Court does not now make any rulings.

       SO ORDERED.

Dated:     November 29, 2022

                                        _____
                                              Lewis A. Kaplan
                                        United States District Judge