

Alina Habba, Esq.
Managing Partner
ahabba@habbalaw.com
Admitted to practice in NJ, NY & CT

November 29, 2022

**VIA ECF**
The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street
New York, New York 10007

  Re: *E. Jean Carroll v. Donald J. Trump*
     20 Civ. 07311 (LAK) (JLC)

Dear Judge Kaplan:

  We are in receipt of the order filed earlier today (ECF No. 100) and appreciate the Court's courtesy in granting the parties' joint request to modify the scheduling order. In submitting this letter, we are simply writing to confirm our understanding that that the parties' deadline to file motions for summary judgment and the joint pretrial order has been adjourned to February 9, 2023, as per Plaintiff's proposed schedule.

  We thank the Court for its attention to this matter.

            Respectfully submitted,

            Alina Habba, Esq.
            For HABBA MADAIO & ASSOCIATES LLP

1430 U.S. Highway 206, Suite 240, Bedminster, NJ 07921 ▪ Tel. 908.869.1188