**MEMO ENDORSED**



**HABBA MADAIO**
& Associates LLP

Alina Habba, Esq.
Managing Partner
ahabba@habbalaw.com
Admitted to practice in NJ, NY & CT

November 29, 2022

**VIA ECF**
The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-30-2022

Re:   *E. Jean Carroll v. Donald J. Trump*
      *20 Civ. 07311 (LAK) (JLC)*

Dear Judge Kaplan:

    We are in receipt of the order filed earlier today (ECF No. 100) and appreciate the Court's courtesy in granting the parties' joint request to modify the scheduling order. In submitting this letter, we are simply writing to confirm our understanding that that the parties' deadline to file motions for summary judgment and the joint pretrial order has been adjourned to February 9, 2023, as per Plaintiff's proposed schedule.

    We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Alina Habba*

Alina Habba, Esq.
For HABBA MADAIO & ASSOCIATES LLP

1430 U.S. Highway 206, Suite 240, Bedminster, NJ 07921 ▪ Tel. 908.869.1188

Memorandum Endorsement                                    Carroll v. Trump, 20-cv-7311 (LAK)

    Counsel's understanding is incorrect. As the November 29, 2022 order (Dkt 100) makes quite clear, the scheduling and supplemental scheduling orders remain in effect except to the extent that (1) the trial date has been adjourned until April 10, 2023 and (2) the Court adopted the proposed schedule for *in limine* motions and exchange of premarked exhibits. It did not adopt the proposal to delay the briefing and filing of any summary judgment motions and the filing of a joint pretrial order for more than two months, which would threaten to delay even the April 10 trial date, should a trial prove necessary.

    In the circumstances, the Court treats defendant's letter (Dkt 101) as an application for an extension of time for the filing of any summary judgment motions and the joint pretrial order and grants it to the extent that (1) any summary judgment motions shall be filed on or before December 22, 2022, (2) any papers in opposition to any summary judgment motions shall be filed on or before January 12, 2023, (3) any reply papers shall be filed on or before January 19, 2023, and (4) the joint pretrial order shall be filed on or before February 9, 2023. The application is otherwise denied.

  SO ORDERED.

Dated:  November 30, 2022

                 s/   Lewis A. Kaplan
                     Lewis A. Kaplan
                    United States District Judge