UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
E. JEAN CARROLL,

                Plaintiff,

      -against-                                         20-cv-7311 (LAK)

DONALD J. TRUMP, in his personal capacity,

                Defendant.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      If she has not already done so, counsel of record for the defendant in this case shall transmit to the defendant and to any counsel who may have been engaged to represent defendant in *Carroll v. Trump,* 22-cv-10016 (LAK) (*"Carroll II"*), for delivery no later than December 6, 2022, a copy of this Court's order, dated December 2, 2022, in *Carroll II.* Counsel is directed to do so as an officer of the Court. The Court does not imply that she has been or will be engaged to represent the defendant in *Carroll II.*

      SO ORDERED.

Dated:      December 5, 2022

                                                            Lewis A. Kaplan
                                                            United States District Judge