**HABBA MADAIO & ASSOCIATES LLP**
Alina Habba, Esq.
Michael T. Madaio, Esq.
1430 US Highway 206, Suite 240
Bedminster, New Jersey 07921
-and-
112 West 34th Street, 17th & 18th Floors
New York, New York 10120
Telephone: (908) 869-1188
Facsimile: (908) 450-1881
E-mail: ahabba@habbalaw.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br><br>    *Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, in his personal capacity,<br><br>    *Defendant.* | Civil Action No.: 1:20-cv-7311-LAK-JLC<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

**PLEASE TAKE NOTICE** that, upon the accompanying: 1) Memorandum of Law in Support of Defendant's Motion for Summary Judgment; 2) Declaration of Alina Habba, and the exhibits attached thereto; Defendant's Rule 56.1 Statement of Material Facts; and upon all prior proceedings, pleadings, and filings in this Action, Defendant, Donald J. Trump, will move this Court at the Daniel Patrick Moynihan United States Courthouse, Courtroom 15C, 500 Pearl Street, New York, New York, on such date and at such time as the Court may direct, for an Order granting Defendant summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for such other relief that the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the schedule contained in the Court's November 30, 2022 Order, Plaintiff shall file her opposition by January 12, 2023; and Defendant shall file his reply by January 19, 2023.

Dated: December 22, 2022                              Respectfully submitted,

 

_____
Alina Habba, Esq.
Michael T. Madaio, Esq.
Habba Madaio & Associates LLP
1430 US Highway 206, Suite 240
Bedminster, New Jersey 07921
-and-
112 West 34th Street, 17th & 18th Floors
New York, New York 10120
Telephone: (908) 869-1188
Facsimile: (908) 450-1881
E-mail: ahabba@habbalaw.com

*Attorneys for Defendant, Donald J. Trump*