UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E. JEAN CARROLL,

                Plaintiff,

v.

DONALD J. TRUMP, in his personal capacity,

                Defendant.

No. 20 Civ. 7311 (LAK) (JLC)

---

**AFFIDAVIT OF TREVOR W. MORRISON IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE**

I, Trevor W. Morrison, hereby depose and state as follows under penalty of perjury:

1. I am an attorney with the law firm of Kaplan Hecker & Fink LLP. My business contact information is as follows:

   350 Fifth Avenue, 63rd Floor
   New York, New York 10118
   Telephone: (212) 763-0883
   Fax: (212) 937-3734
   Email: tmorrison@kaplanhecker.com

2. I submit this Affidavit in support of my Motion for Admission Pro Hac Vice in this case.

3. I am a member in good standing of the District of Columbia Bar. My Certificate of Good Standing is annexed hereto.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me.

7.   I hereby certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 6, 2023

_____
Trevor W. Morrison

Sworn to before me this _6_ day of
_____January_____, 2023

_____
Notary Public

ABBY CONNELL
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01CO6439297
Qualified in New York County
Commission Expires August 22, 2026

2