UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br><br>          Plaintiff,<br><br>  v.<br><br>DONALD J. TRUMP, in his personal capacity,<br><br>          Defendant. | No. 20 Civ. 7311 (LAK) (JLC) |

**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE**

The motion of Trevor W. Morrison for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the District of Columbia Bar; and that his contact information is as follows:

Trevor W. Morrison
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
Fax: (212) 937-3734
Email: tmorrison@kaplanhecker.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff E. Jean Carroll in the above action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____       _____
                                       HONORABLE LEWIS A. KAPLAN
                                       United States District Judge