UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E. JEAN CARROLL,

        *Plaintiff*,

v.

DONALD J. TRUMP, in his personal capacity,

        *Defendant*.

No. 20 Civ. 7311 (LAK) (JLC)

---

### DECLARATION OF ROBERTA A. KAPLAN IN SUPPORT OF PLAINTIFF E. JEAN CARROLL'S OPPOSITION TO DEFENDANT DONALD J. TRUMP'S MOTION FOR SUMMARY JUDGMENT

I, Roberta A. Kaplan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a member of the bar of the State of New York and am admitted to appear before this Court. I am a partner in the law firm Kaplan Hecker & Fink LLP, counsel for Plaintiff E. Jean Carroll in the above-captioned action.

2. I respectfully submit this declaration in support of Plaintiff's opposition to Defendant Donald J. Trump's motion for summary judgment.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the official transcript of Carroll's deposition, taken in this action on October 14, 2022.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the excerpt from Carroll's book published in *New York Magazine*, which appeared online on June 21, 2019, and which was marked as Plaintiff's Exhibit 4 during Carroll's October 14, 2022 deposition.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a tweet containing the statement that Trump made about Carroll on June 21, 2019, which was marked as Exhibit 20 during Trump's deposition, taken in this action on October 19, 2022.

1

6. Attached hereto as **Exhibit 4** is a true and correct copy of the press transcript containing the statement that Trump made about Carroll on June 22, 2019, which was marked as Exhibit 21 during Trump's October 19, 2022 deposition.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the June 24, 2019 *Hill* article containing the statement that Trump made about Carroll, which was marked as Exhibit 22 during Trump's October 19, 2022 deposition.

8. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the official transcript of Trump's October 19, 2022 deposition.

9. Attached hereto as **Exhibit 7** is a true and correct copy of a photograph of Trump and Carroll, which was marked as Exhibit 23 during Trump's October 19, 2022 deposition.

10. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the official transcript of Lisa Birnbach's deposition, which was taken in this action on September 21, 2022.

11. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the official transcript of Carol Martin's deposition, which was taken in this action on October 18, 2022.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the excerpt from Carroll's book published in *New York Magazine*, which appeared in print in the June 24-July 7, 2019 edition, and which was marked as Exhibit 18 during Trump's October 19, 2022 deposition.

13. Attached hereto as **Exhibit 11** is a true and correct copy of Defendant's Responses and Objections to Plaintiff's First Set of Requests for Admission, dated July 13, 2022.

14. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from the official transcript of Roberta Myers' deposition, which was taken on October 12, 2022.

15. Attached hereto as **Exhibit 13** is a true and correct copy of Appendix H to the Expert Report of Ashlee Humphreys, PhD, dated October 14, 2022.

16. Attached hereto as **Exhibit 14** is a true and correct copy of Appendix I to the Expert Report of Ashlee Humphreys, PhD, dated October 14, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         January 12, 2023

_____
Roberta A. Kaplan