# EXHIBIT 1

Page 1

1

2           UNITED STATES DISTRICT COURT

3           SOUTHERN DISTRICT OF NEW YORK

4

5    E. JEAN CARROLL,            )
                 Plaintiff,      )
6                                )
             -against-           )20-cv-7311(LAK)
7                                )
     DONALD J. TRUMP, in his     )
8    personal capacity,          )
                 Defendant.      )
9    _____    )

10

11

12              ***CONFIDENTIAL***

13          VIDEOTAPED DEPOSITION OF

14              E. JEAN CARROLL

15             New York, New York

16           Friday, October 14, 2022

17

18

19

20   Reported By:

21   CATHI IRISH, RPR, CRR, CLVS

22

23

24

25

```
 1              CARROLL - CONFIDENTIAL
 2    outstanding.
 3         Q.   Outstanding what?
 4         A.   Outstanding that I remember them
 5    and think fondly of our time together.
 6         Q.   Outstanding men is what you mean?
 7         A.   Yes.
 8         Q.   How did you meet your second
 9    husband?
10         A.   He was at Elaine's, I was at
11    Elaine's.  I was at the writer's table.
12    On Thursday night all the writers in
13    New York would in our set would gather at
14    the table.  He was at the end of the room.
15    He happened to push back his chair and
16    look at me and I pushed back my chair at
17    the same time and looked at him and that
18    was it.
19         Q.   Have you ever had acting,
20    classes, Ms. Carroll?
21         A.   No, I could probably use them.
22         Q.   So you met him and gave him a
23    look and you began dating; is that
24    correct?
25         A.   He gave me a look.
```

```
 1            CARROLL - CONFIDENTIAL
 2   it.
 3       Q.   We can figure that out later.
 4            So you left Esquire in
 5   approximately 1999; is that correct?
 6       A.   No.
 7       Q.   No.
 8       A.   I never left Esquire.
 9       Q.   Okay.  I understand.  Your
10   stories weren't being picked up by Esquire
11   around 1999; is that correct?
12       A.   No, it was in the early 2000s.
13       Q.   Early 2000s.  And what about
14   Elle, when did you start work for Elle
15   magazine?
16       A.   1993.
17       Q.   And how much were you making when
18   you started at Elle, per article?
19       A.   6,000 a column.
20       Q.   And at what point did you start
21   working or getting your articles accepted
22   by Esquire again?
23       A.   That was always -- it was a
24   stream with Esquire.  It was -- writing
25   never stopped until -- I have no idea when
```

```
 1              CARROLL - CONFIDENTIAL
 2   called America's Talking.
 3        Q.   And what did you do for NBC?
 4        A.   I had my own talk show.
 5        Q.   What was that talk show called?
 6        A.   It was based on the Ask E. Jean
 7   column so it was called Ask E. Jean.
 8        Q.   How much did you make from NBC
 9   for that show?
10        A.   I don't remember.  I don't
11   remember.  And I can't even guess.
12        Q.   So you stated that up through
13   1997 you were working for Elle, Esquire
14   and NBC collectively; is that correct?
15        A.   Yes, and there may have been
16   other magazines that I wrote for during
17   the time.  I remember TV Guide once, maybe
18   Glamour.  I'm not sure.
19        Q.   Let's go through each of them.
20        A.   Oh, boy.
21        Q.   Sorry.  For Elle magazine, when
22   did -- I'm trying to state this
23   articulately, I'm not a journalist, but
24   when did you stop getting your articles
25   accepted through Elle magazine?
```

```
 1              CARROLL - CONFIDENTIAL
 2   website?
 3       A.   As I was writing the column, Ask
 4   E. Jean received hundreds of letters every
 5   month.  One afternoon I had a letter in my
 6   hand from a woman who felt bad about
 7   breaking up with her boyfriend because he
 8   was such a nice guy.  In this hand
 9   (indicating) I had a letter from a woman
10   looking for a nice guy.
11       Q.   You'll have to state what you
12   mean.
13            MS. KAPLAN:  In order to reflect
14       that, Ms. Carroll moved her two
15       fingers from each hand together, made
16       that gesture.
17   BY MS. HABBA:
18       Q.   So that's where you got the idea
19   when you got those two separate letters;
20   is that correct?
21       A.   (Witness nodded.)  Yes.
22       Q.   And how long were you working
23   with your sister?
24       A.   We worked together from 2000 to
25   2004 or 2005.
```

```
 1              CARROLL - CONFIDENTIAL
 2    is on it means it's available, wants to
 3    meet people.  I didn't have that.  My
 4    light was gone.
 5         Q.   But you had been looking on the
 6    website to see if there was anyone?
 7         A.   I'm always curious.
 8         Q.   Do you go out on dates?
 9              MS. KAPLAN:  Again, let's have a
10         time frame.
11    BY MS. HABBA:
12         Q.   Same time frame, let's stick with
13    that time frame, when you sold it to The
14    Knot.
15         A.   Every once in awhile but I rarely
16    let a new acquaintance get to the point
17    where he would ask me out or I would ask
18    him out.
19         Q.   So you would go to dinners; is
20    that correct?
21         A.   Yes, as friends.
22         Q.   Let me ask you this:  Did you
23    only date men?
24         A.   Yes.
25         Q.   Never dated women?
```

```
 1              CARROLL - CONFIDENTIAL
 2       A.    No.
 3       Q.    So who was your last significant
 4   relationship that you remember?
 5       A.    John Johnson.
 6       Q.    Who was the last man you dated
 7   that you recall?
 8       A.    I don't remember his name.
 9   That's how significant it was.
10       Q.    Do you remember approximately
11   when?
12       A.    No.  It's not for lack of trying.
13   I wanted to meet people.  I just -- the
14   music had stopped.
15       Q.    Why do you think the music had
16   stopped?
17       A.    Well, looking back on it, it may
18   have been what happened at Bergdorf's.
19       Q.    Is there anything else that you
20   think could have caused it?
21       A.    Luck, not -- not meeting people
22   that would make me want to spend time with
23   them.
24       Q.    Do you consider yourself asexual
25   at this moment?
```

1           CARROLL - CONFIDENTIAL

2       A.   No.

3       Q.   So a sex drive is not the issue;

4   is that correct?

5       A.   I had no desire for desire.  I

6   don't have the desire to want sex.  You

7   have to want sex.

8       Q.   Would you describe that as a sex

9   drive for most people?

10      A.   Yes.

11      Q.   Have you ever tried to fix that

12  in any way, meaning getting help?

13      A.   Well, looking back perhaps maybe

14  I should have but in my own way, I started

15  a dating site and then I started another

16  dating site.  It's not that I was, you

17  know, staying in the house with a shawl

18  over my head.

19      Q.   What type of men do you like?

20          MS. KAPLAN:  Objection to form.

21          MS. HABBA:  Generally what type

22      of men do you like?

23          MS. KAPLAN:  You can answer.

24          THE WITNESS:  Men who live

25      fascinating lives, men who are kind,

```
 1              CARROLL - CONFIDENTIAL
 2        men who have a great sense of humor,
 3        men who are fun to be with, men who
 4        love animals, men who love their
 5        mothers, men who like women, men who
 6        like other men, not sexually but like,
 7        you know, athletic men, adventurous
 8        men.
 9   BY MS. HABBA:
10        Q.   Do you like men who are
11   successful?
12        A.   Yes.
13             MS. KAPLAN:  Objection to form,
14        sorry.
15             THE WITNESS:  Yes.
16   BY MS. HABBA:
17        Q.   When is the last time you went
18   out with a man -- how do I state this --
19   in hopes of becoming more than friends?
20        A.   See, that's the thing.  You put
21   your finger on it.  I've never met anybody
22   since that time where I felt that hope of
23   wow, I hope this turns into something.
24        Q.   So when is last time you had sex?
25        A.   '94 or '95.
```

Page 45

1              CARROLL - CONFIDENTIAL

2        Q.    And how do you define sex?

3        A.    Well, for what we're talking

4    about today, I'm defining it as a man and

5    a woman and a penis is inserted into the

6    vagina.  I'm going to show you the.

7              MS. HABBA:  Complaint.  We'll

8        mark this as Exhibit P-1, please.

9              (Exhibit P-1, complaint, marked

10        for identification.)

11   BY MS. HABBA:

12        Q.    Do you recognize this document,

13   Ms. Carroll?

14        A.    Yes.

15        Q.    Is this the complaint you filed

16   against the defendant, Donald Trump?  I

17   can represent to you that this is a filed

18   copy from the clerk.

19        A.    Yes.

20        Q.    In your complaint you state you

21   met the defendant at least once before

22   prior to the alleged attack; is that true?

23        A.    Yes.

24        Q.    And when did you first meet him?

25              MS. KAPLAN:  Do you have that

```
 1            CARROLL - CONFIDENTIAL
 2       paragraph?
 3            MS. HABBA:  Sure.  Actually I
 4       wanted her to answer the question and
 5       then I have a couple things to
 6       reference.
 7    BY MS. HABBA:
 8       Q.   Do you remember when you first
 9    met him?
10       A.   I think it was when I was a
11    writer at Saturday Night Live.
12       Q.   What year was that?
13       A.   1987.  We forgot put that on the
14    jobs list.
15       Q.   We can go back to that.  Thank
16    you.
17            When did you start working with
18    SNL?
19       A.   1987.
20       Q.   1987.  And how long did you work
21    with them?
22       A.   One year.
23       Q.   One year.  And are their any
24    other jobs or forms of income source that
25    I am forgetting?
```

```
 1              CARROLL - CONFIDENTIAL
 2     is my life blood.
 3         Q.   And you wrote mostly about
 4     relationships; is that correct?
 5         A.   No.
 6         Q.   What did you write about usually,
 7     if there was a theme?
 8         A.   There was not a theme.
 9         Q.   Okay, fair enough.
10              So you met Donald Trump in 1987
11     you stated; is that right?
12         A.   I believe it was '87.
13         Q.   Where did you first meet him?
14         A.   It was at one of two parties.  It
15     was either an NBC party where John and I
16     were going because I worked with Saturday
17     Night Live or an ABC party where he was an
18     anchor, so it had to be one of those two.
19         Q.   And just for the record, by "he"
20     you mean your husband John?
21         A.   (Witness nodded.)
22              MS. KAPLAN:  You have to say.
23              THE WITNESS:  Yes.
24              MS. KAPLAN:  Thank you.
25     ///
```

```
 1              CARROLL - CONFIDENTIAL
 2    BY MS. HABBA:
 3         Q.   Did you have any conversations
 4    with Donald Trump on that date?
 5         A.   Yes.
 6         Q.   And what was that conversation?
 7         A.   I don't recall it.
 8         Q.   Do you recall how long you spoke
 9    to Donald Trump?
10         A.   Six, five, six minutes.
11         Q.   Were you alone when you spoke to
12    the former president?
13         A.   No.
14         Q.   Who was there?
15         A.   My husband and Ivana Trump.
16         Q.   Did you speak with Ivana?
17         A.   Yes.
18         Q.   How long did you speak to her?
19         A.   It was a group conversation so
20    five or six minutes.
21         Q.   And you have no recollection of
22    the subject matter you discussed?
23         A.   It does not stand out in my mind.
24    I remember -- I remember it was not the
25    usual New York conversation.
```

Page 50

1              CARROLL - CONFIDENTIAL

2        Q.   What do you mean by that?

3        A.   Wow, I love your dress, Ivana.

4    It was not that kind of conversation.  It

5    was more.

6        Q.   So what you just said was not

7    stated, it was an example of what you

8    would --

9        A.   Not I would say.  The

10   conversation was not about -- it was --

11   because I would remember that if we talked

12   about dresses.  I would completely

13   remember that.  So it was not about that.

14   I don't remember what it was about.

15       Q.   Why would you remember if it was

16   about a dress you think?

17       A.   I always -- I usually remember

18   details like that.

19       Q.   Following the conversation, can

20   you please tell me any other time you met

21   Donald Trump?

22       A.   He said hello to me one time on

23   the street, waved.

24       Q.   When was that?

25       A.   '94 or '95.

Page 51

1              CARROLL - CONFIDENTIAL

2       Q.   Was that in New York?

3       A.   Yes.

4       Q.   Do you remember where in

5    New York?

6       A.   Yeah.  He was standing on the

7    side of Fifth Avenue where the Trump

8    building is and I was across the street on

9    Fifth Avenue.

10      Q.   And what was the interaction?

11      A.   Nothing.  It was across traffic.

12   He waved.

13      Q.   Did he call your name?

14      A.   No.

15      Q.   So he was exiting Trump Tower and

16   waved?

17      A.   No, he was on that block.

18      Q.   Were you alone?

19      A.   Yes.

20      Q.   Did you say anything?

21      A.   No.

22      Q.   Did you wave back?

23      A.   Yes.

24      Q.   And after that interaction, what

25   was the next time you saw Donald Trump?

```
 1              CARROLL - CONFIDENTIAL
 2    of Donald Trump prior to the alleged
 3    attack?
 4        A.   I thought he was a bon vivant,
 5    man-about-town, real estate, big real
 6    estate guy, generally a positive outlook.
 7        Q.   Did you think he was attractive?
 8        A.   Yes.
 9        Q.   What made him attractive to you
10    at that time?
11        A.   He was tall, he was, you know,
12    great looking.  That's it.
13        Q.   Did you like speaking to him?
14        A.   Yes, I did, but I like speaking
15    to you.
16        Q.   Likewise.  Okay, I am going to
17    switch into the complaint so P-1 in front
18    of you which is the complaint.
19              When exactly did Donald Trump
20    purportedly assault you?
21        A.   Say that again?
22        Q.   When did Donald Trump assault
23    you?
24        A.   80 -- the fall of 1995 or -- the
25    fall of 1995 or the spring of '96.  It was
```

1          CARROLL - CONFIDENTIAL

2    during that six- or seven-month period.

3          Q.   So you don't remember which year

4    it was; is that correct?

5          A.   No, it could be either one

6    because it's just the fall of one or the

7    spring of the other.

8          Q.   Are there any details that would

9    lead you to believe it occurred in 1995 or

10   1996 such as the weather that you can

11   recall?

12         A.   Yes.

13         Q.   What was the weather that day?

14         A.   I was wearing a wool dress and he

15   was wearing an overcoat, and it was

16   darkish outside so it was not in the

17   summer because it would have been much

18   lighter.

19         Q.   What led you to isolate the range

20   of the incident between those two years?

21         A.   Because what I had on and

22   narrowing it down as best as I could.

23         Q.   Did you do anything to try and

24   narrow it down as best as you could?

25         A.   (Witness nodded.)

```
 1              CARROLL - CONFIDENTIAL
 2       Q.   Is that a yes?
 3       A.   I didn't.  Certainly
 4  investigators for New York Magazine and
 5  The New York Times tried to really nail it
 6  down.
 7       Q.   How did they try to do that?
 8       A.   The label on the dress, the shoes
 9  where I bought them.  We all pitched in
10  and tried to figure it out.
11       Q.   Who was a part of that process?
12       A.   New York Times fact-checking and
13  New York Times, there were four reporters
14  on the story.
15       Q.   Do you remember the reporters'
16  names?
17       A.   (Witness nodded.)
18       Q.   Could you please provide them?
19       A.   Megan Twohey.
20       Q.   Can you spell that?
21       A.   Megan Twohey, Jessica Bennett,
22  Katie Rossman and the book editor, Alter,
23  I forget her first name.
24       Q.   Can you spell that, A-L-T-E-R?
25       A.   A-L-T-E-R, Alexandra Alter.
```

1          CARROLL - CONFIDENTIAL

2      A F T E R N O O N   S E S S I O N

3          (Time noted:  12:45 p.m.)

4  E.    J E A N    C A R R O L L,   resumed

5      and testified as follows:

6          THE VIDEOGRAPHER:  The time is

7      12:45 p.m.  We're back on the record.

8      You may proceed.

9  CONTINUED EXAMINATION

10  BY MS. HABBA:

11      Q.   I'll just remind you that you are

12  still under oath, as you know.

13          Let's discuss the complaint.  You

14  stated that you had left work and went to

15  Bergdorf Goodman; is that correct?

16      A.   Yes.

17      Q.   And where was work?

18      A.   Work was in -- across the river,

19  across the George Washington Bridge in

20  Fort Lee, New Jersey.  It was an NBC

21  adjunct.

22      Q.   Why did you go to Bergdorf?

23      A.   Bergdorf has great sales.

24      Q.   Was there a sale at that point?

25      A.   I don't remember but I think that

Page 85

1          CARROLL - CONFIDENTIAL

2     Q.    Was there anybody you were

3  particularly friendly with?

4     A.    Carol Martin.

5     Q.    Was Carol Martin at work on the

6  day in question?

7     A.    No.

8     Q.    No?

9     A.    I don't know.

10     Q.    You don't know if she was at

11  work?

12     A.    I don't know.

13     Q.    Did you have any plans that day

14  following your visit to Bergdorf's?

15     A.    I can't recall.

16     Q.    Okay, were you planning on

17  meeting -- you don't recall if you were

18  planning on meeting anyone?

19     A.    I cannot recall.

20     Q.    Did you typically go to Bergdorf

21  after work?

22     A.    No.

23     Q.    Did you buy anything at Bergdorf

24  that day?

25     A.    I suspect not because I don't

```
 1            CARROLL - CONFIDENTIAL
 2   remember having packages or a carrier bag.
 3        Q.   Did you have dinner after
 4   Bergdorf that day?
 5        A.   No, I couldn't eat.
 6        Q.   Did you see anyone after Bergdorf
 7   that day?
 8        A.   No.
 9        Q.   Were you dating anyone at this
10   time?
11        A.   Not that I recall.
12        Q.   Do you recall having any
13   boyfriends during the time period from
14   spring of the fall of '95 until spring of
15   '96?
16        A.   There may have been chaps
17   floating around in the atmosphere.  There
18   may have been some interest but boy, I
19   cannot remember specifically.  No.
20        Q.   Do you remember the last person
21   you slept with prior to this incident?
22        A.   Yes.
23        Q.   Who was that?
24        A.   John Johnson.
25        Q.   Do you remember how long ago that
```

1              CARROLL - CONFIDENTIAL

2        A.    I was leaving the store.  He was

3    coming in.  He held up his hand as I was

4    coming out so I stopped and he came in and

5    he said hey, you're that advice lady.

6        Q.    Did you respond to him at that

7    time?

8        A.    I said something like hey, you're

9    that real estate tycoon.

10       Q.    Had he ever previously referred

11   to you as the advice lady?

12            MS. KAPLAN:  Objection to form.

13   BY MS. HABBA:

14       Q.    That you know of, I should say.

15       A.    I don't know if he has or not.

16       Q.    Had you ever heard him call you

17   that in your prior encounters?

18       A.    No.

19       Q.    Did he gesture at you in any way

20   when he saw you?

21       A.    Put up his hand to stop me from

22   going out when he was coming in.

23       Q.    Was it a revolving door?

24       A.    Yes.

25       Q.    So he was on the other side of

```
 1              CARROLL - CONFIDENTIAL
 2   the revolving door when he put his hands
 3   up?
 4       A.   He was outside.
 5       Q.   Just have the record reflect
 6   she's putting her hand up.
 7            Was defendant accompanied by
 8   anyone when he was walking in?
 9       A.   No.
10       Q.   Did he have security?
11       A.   No.
12       Q.   When you had seen the defendant
13   prior times, did he have security?
14       A.   I didn't see any security.
15       Q.   Did anyone else recognize the
16   defendant when he came in?
17            MS. KAPLAN:  Objection to form.
18       If you know.
19            THE WITNESS:  One shopper and a
20       sales attendant.
21   BY MS. HABBA:
22       Q.   I'm just going to back up really
23   quickly.  So he was outside the revolving
24   door; is that correct?
25       A.   (Witness nodded.)
```

```
 1            CARROLL - CONFIDENTIAL
 2            MS. KAPLAN:  I'm so sorry.
 3            MS. HABBA:  She's nodding.
 4            THE WITNESS:  Yes.
 5    BY MS. HABBA:
 6        Q.   You were inside the revolving
 7    door?
 8        A.   Yes.  I was inside Bergdorf's.
 9        Q.   So when he put his hand up, you
10    were inside the store and he was outside
11    the store; is that correct?
12        A.   Yes, yes, because I was heading
13    out through the revolving door.  He was
14    coming in so to stop me from coming out
15    the door he went like this (indicating).
16        Q.   And put up his hand, for the
17    record.
18            Why did you stop?
19        A.   It's the international symbol.
20    It was aimed at me so I stopped.
21        Q.   Were there other people walking
22    through the revolving door?
23        A.   There were very, very few people
24    in the store.
25        Q.   Why was that, if you know?
```

Page 99

1           CARROLL - CONFIDENTIAL

2      A.   It was evening.  It was 6:30,

3  probably going on 7.

4      Q.   What happened after he went

5  through the revolving door?

6      A.   He said hey, you're that advice

7  lady, and then he said come help me buy a

8  present.

9      Q.   And what did you say?

10      A.   I was delighted.

11      Q.   Why were you delighted?

12      A.   I'm an advice columnist, this is

13  my duty.

14      Q.   Were you delighted because it was

15  Donald Trump?

16      A.   It was a New York scene with

17  Donald Trump asking me to help advise him

18  on getting a present.

19      Q.   If it had been anyone other than

20  Donald Trump, would you have done it?

21      A.   Absolutely, yes.

22      Q.   So you said somebody recognized

23  Donald Trump at that time; is that

24  correct?

25      A.   Yes.

1        CARROLL - CONFIDENTIAL
2        Q.   You mentioned two people; is that
3   right?
4        A.   (Witness nodded.)
5        Q.   Can you explain to me when that
6   happened?
7        A.   I said handbags.  Handbags, that
8   would be perfect.  So we entered, we
9   walked, we started walking and he was
10  going to have no part of the handbag
11  thing, so then I said hats because at the
12  time hats and handbags were fairly close,
13  actually mixed together.
14       Q.   Was this on the ground floor of
15  Bergdorf?
16       A.   Um-hum.
17       Q.   When did the first person
18  recognize Donald Trump?
19       A.   Well, we were looking at --
20  heading towards the handbags in the area.
21  She gaped up at him.
22       Q.   She being a customer or the
23  person that worked there?
24       A.   No, customer.
25       Q.   Customer.  Did she say anything

1           CARROLL - CONFIDENTIAL

2      A.   I do not recall anything specific

3  that she said.  She seemed very pleased to

4  see him.

5      Q.   Did she help either of you?

6      A.   No, we walked past her.

7      Q.   Did he acknowledge her?

8      A.   In the '90s, he seemed to be very

9  friendly to people so he was like nodding.

10     Q.   Do you recall any defining

11 characteristics of the person that helped

12 in the hat or handbag section?

13     A.   (Witness nodded.)  No.

14     Q.   So what happened next?

15     A.   I wish I did.

16     Q.   So what happened next?

17     A.   I had suggested a handbag, he was

18 not interested in the handbag.  Oh, before

19 that, I said who is the present for?  And

20 he said a girl.  And that's why I

21 suggested handbags and he wouldn't do that

22 so I said hats, you can't go wrong with a

23 hat.  Look at the hats.  So we went to the

24 hats.

25     Q.   And I believe you had stated in

```
 1              CARROLL - CONFIDENTIAL
 2    your book, which we'll talk about, that he
 3    went to a fur hat; is that correct?
 4              MS. KAPLAN:  You have to say.
 5              THE WITNESS:  Yes, he went right
 6        for the fur hat and was petting it.
 7        That is a vision.  He had it in his
 8        hand.
 9    BY MS. HABBA:
10        Q.   And then what happened?
11        A.   He asked me how old I was.
12        Q.   And your response to that was
13    what?
14        A.   52.
15        Q.   And what happened after that?
16        A.   He told me how old I was.  He
17    said you're so old.
18        Q.   And what did you say in response
19    to that, if anything?
20        A.   I do not recall but I hope it was
21    something saucy.
22        Q.   And what happened after that?
23        A.   Then he got the idea of lingerie.
24        Q.   How do you know that?
25        A.   Because he said lingerie.  He
```

1                CARROLL - CONFIDENTIAL

2    said I know, lingerie.

3         Q.   Did you ask him to identify the

4    girl that he was shopping for?

5         A.   In a roundabout way.

6         Q.   What does that mean?

7         A.   I asked him how old she was,

8    that's why he asked me how old I was.

9         Q.   Did he answer your question?

10        A.   No.

11        Q.   So the hat and the bags were on

12   the ground level; is that correct?

13        A.   Yes.

14        Q.   At that point did you leave the

15   ground floor?

16        A.   Yes.

17        Q.   And where did you go?

18        A.   After he said I know, lingerie,

19   we went up the escalator.

20        Q.   Do you know what floor you went

21   to?

22        A.   I don't recall but it seems to me

23   it was like the sixth floor.  It was a

24   long ride.

25        Q.   And there was nobody else but the

Page 106

```
 1              CARROLL - CONFIDENTIAL
 2   layout of the floor with the lingerie on
 3   it once you got there?
 4       A.   From memory, now I had been in
 5   Bergdorf's after this so my vision may be
 6   prejudiced but I remember it was on the
 7   floor with the cruise section, you know,
 8   vacation clothes, bathing suits, and I
 9   think evening gowns.
10       Q.   Do you remember if the lingerie
11   was close to the escalator when you got
12   off?
13       A.   No, we walked to get there.
14   That's why I'm clear that there was nobody
15   on the floor, nobody.
16       Q.   When you say nobody on the floor,
17   you mean not even customers?
18       A.   Not even customers.
19       Q.   So what happens next once you get
20   to the lingerie section?
21       A.   There's a -- as you enter the
22   lingerie section on the left there's a
23   counter and on the counter were three or
24   four boxes and there was nobody there.
25   And on the counter was a body suit,
```

```
 1              CARROLL - CONFIDENTIAL
 2    see-through body suit with a little bit of
 3    lace on it and he picked it up.
 4         Q.   So that body suit was just on the
 5    counter, it wasn't hanging with the other
 6    lingerie?
 7         A.   No, when we were there, there
 8    were no racks, it was just boxes, things
 9    were put under a counter, a glass counter.
10         Q.   What do you mean by boxes?
11         A.   Boxes that held, you know, pretty
12    frilly little items.
13         Q.   So was everything on shelves in
14    the lingerie department?
15         A.   I only remember the counter.
16         Q.   The counter, when you say the
17    counter, you mean the counter where you
18    would check out; is that right?
19         A.   Um-hum.
20         Q.   And there was one piece of
21    lingerie on that counter?
22         A.   Yeah, and a couple of boxes and
23    there may have been lingerie hanging over
24    the right on the racks, I didn't see it.
25         Q.   And there was no one on that
```

1    CARROLL - CONFIDENTIAL

2  It was a counter with boxes and a body

3  suit.

4 BY MS. HABBA:

5  Q. Did the counter display items in

6 it?

7  A. I don't remember seeing things

8 displayed but I don't remember.

9  Q. So what happened after he picked

10 up the lingerie?

11  A. He snatched it up and he said go

12 put this on.

13  Q. What happened then?

14  A. I said you put it on, it's your

15 color.

16  Q. What color was it?

17  A. Gray blue.

18  Q. Gray blue.  Do you remember the

19 brand?

20  A. No.  It was a very beautiful

21 piece of lingerie though.

22  Q. What did it look like?

23  A. See-through, lilac grayish-blue

24 edged with a little bit of lace, very

25 pretty.

1            CARROLL - CONFIDENTIAL
2       Q.    And what type of lingerie was it?
3       A.    It was a one-piece body suit.
4       Q.    So what happened next?
5       A.    He threw it back at me and he
6    said go put this on.
7       Q.    Did he hand it to you?
8       A.    No, he threw it at me.  So I
9    tossed it back to him and said it goes
10   with your eyes.
11      Q.    Did he catch it?
12      A.    Yeah, he caught it like this
13   (indicating).
14      Q.    She can't, she has to articulate.
15      A.    He held it like this
16   (indicating).
17           MS. KAPLAN:  Videographer, are
18       you getting this all on the video?
19           THE VIDEOGRAPHER:  Yes.
20   BY MS. HABBA:
21      Q.    He caught it and held it to his
22   chest, is that what you're doing with your
23   hands?
24      A.    He went like this and then he
25   held it against my chest and said you're

```
 1              CARROLL - CONFIDENTIAL
 2    in good shape, this looks like it might
 3    fit you.
 4         Q.   Okay.  And then what happened?
 5         A.   And then I said but it's your
 6    size.  This was banter.  We're going back
 7    and forth.  He's saying put this on, I'm
 8    saying you put it on.  He's saying -- I
 9    thought it was an enjoyable repartee.
10         Q.   And when you say it was his size,
11    was it a large size piece of lingerie?
12         A.   It was a joke to say that.
13         Q.   Okay.  I just want to clarify for
14    the record.
15         A.   No, it was not a huge piece.
16         Q.   What happened next?
17         A.   And then I said it's your size
18    and he took my arm and he said let's go
19    put this on, and I started laughing
20    because I'm thinking to myself this is
21    hilarious, I'm going to make him put it on
22    over his pants.  That's my plan.  And then
23    after I make him put it on over his pants
24    I'm going to have a story that I can tell
25    my friends at dinner.
```

```
 1              CARROLL - CONFIDENTIAL
 2    dressing room was open?
 3        A.    Because the door was open.
 4        Q.    Were the other doors closed?
 5        A.    I don't have a vision of it.  I
 6    cannot call it up.  I can't call it up.
 7        Q.    How do you know that there wasn't
 8    somebody in the dressing rooms?
 9        A.    I don't know that.
10        Q.    Did you hear anybody?
11        A.    No.
12        Q.    So what happened after he
13    gestured with his hand for you to go into
14    the dressing room?
15        A.    It's all one action.  I stepped
16    into the room, the door was banged closed
17    and he pushed me up against the wall.
18        Q.    I'm just going to slow you down,
19    I apologize, I'm sure this is difficult to
20    talk about but the door was banged you
21    said.  Did he slam the door?
22        A.    He closed it (indicating).
23        Q.    With force?
24        A.    He closed it.
25        Q.    Did it have a lock on it?
```

```
 1              CARROLL - CONFIDENTIAL
 2      A.   I have no idea.
 3      Q.   Do you remember him locking the
 4  door?
 5      A.    No, I don't believe he locked the
 6  door.
 7      Q.   Was this a wood door that would
 8  have hidden the entire room?
 9           MS. KAPLAN:  Again you have to
10      say.
11           THE WITNESS:  I'm just still
12      thinking about your last question.
13      I'm sure he didn't lock it because he
14      immediately pushed me up against the
15      wall so hard that I banged my head so
16      I don't think he was locking it.
17  BY MS. HABBA:
18      Q.   Was there a mirror in the room?
19      A.   Yes.
20      Q.   Where was the mirror in relation
21  to where your head was?
22      A.    It was right, there was a chair
23  on the left and I was pushed up against
24  the wall (indicating).  If the mirror is
25  here and the chair is here, this wall,
```

```
 1            CARROLL - CONFIDENTIAL
 2    when you walked in and that's where he
 3    allegedly pushed you against the wall?
 4            MS. KAPLAN:  Again you have to
 5       say.
 6            THE WITNESS:  Yes, yes.
 7    BY MS. HABBA:
 8       Q.   Okay.
 9       A.   There may have been a second
10    mirror but that also may have been a
11    window, I can't remember.
12       Q.   Do you remember what the
13    furniture looked like in that room?
14       A.   I remember there was a chair and
15    a table, a little tiny table and that's
16    all I remember.
17       Q.   Do you remember what the carpet
18    was?
19       A.   No.
20       Q.   Okay, so after you bumped your
21    head, did you say anything?
22       A.   I was so shocked that I didn't
23    speak.  What I did was I laughed.
24       Q.   Where did you bump your head
25    exactly?
```

Page 119

1              CARROLL - CONFIDENTIAL

2        A.    Right in the back of it.

3        Q.    In the center of it?

4        A.    Yes.

5        Q.    Did it hurt?

6        A.    It hurt.  It jolted me and then

7    he pushed me back again and I hit it again

8    for a second time.

9        Q.    Was it loud?

10       A.    Inside my head, I remember

11   hearing a bang but...

12       Q.    Would somebody have heard it if

13   they were in the dressing room next door?

14       A.    Yes.

15       Q.    Would an attendant have heard it

16   if they were outside the dressing room?

17       A.    An attendant would have heard, I

18   believe so.

19       Q.    What happened next?

20       A.    An attendant would have heard me

21   laughing loudly.

22       Q.    I know you've addressed this

23   numerous times publicly but why were you

24   laughing?

25       A.    Shock.  Trying to recapture the

```
 1              CARROLL - CONFIDENTIAL
 2   camaraderie we had and sort of a feeling
 3   of a lark, we're on a lark, we're having
 4   an adventure, it's a lark, trying to
 5   recapture that and take it out of the
 6   realm where he had entered, trying to
 7   reduce any eroticism about it.
 8        Q.   Was it erotic?
 9        A.   Not to me.
10        Q.   Was he angry?
11        A.   No.
12        Q.   What was his demeanor?
13        A.    Intent.
14        Q.   In any manner did the defendant
15   lunge at you?
16        A.   When he pushed me up against the
17   wall, he lunged at me and pushed me up
18   against the wall.
19        Q.   What happened next?
20        A.   I hit my head twice and then he
21   had his hands on my arms, pushed me back a
22   second time, hit my head and then he put
23   his shoulder into me, and he's a big man.
24   He's -- and he -- guessing 220, maybe 225
25   at the time.  I weighed 120.  He was 100
```

```
 1              CARROLL - CONFIDENTIAL
 2    more pounds.  And that was one of the
 3    things that went through my mind was how
 4    big and heavy he was because his whole
 5    weight came, his shoulder came into me and
 6    so at this point I realized it was
 7    serious.  I was shocked before because he
 8    put me against the wall but now I
 9    understood that this is -- this is a
10    battle, and he pulled down my tights.
11        Q.  Did you feel like he was trying
12    to hurt your head when he --
13        A.  No, no.  No.  He was not trying
14    to hurt me.  He was trying to rape me and
15    it was -- it was a situation which I never
16    would have -- when it went from good humor
17    joshing into being up against the wall and
18    then having that heavy weight against me.
19        Q.  What did he do after that?
20        A.  He pulled down my tights.
21        Q.  Had you said anything at this
22    point?
23        A.  I cannot believe that I didn't
24    say anything but I don't remember that I
25    said anything.  That doesn't mean I didn't
```

Page 122

1                 CARROLL - CONFIDENTIAL

2     say anything but I -- I can't imagine

3     being quiet.  I can't imagine not saying

4     anything but I can't remember saying

5     anything.

6          Q.   Did you scream?

7          A.   No.

8          Q.   Did you push him?

9          A.   Yes.

10         Q.   Where?

11         A.   I had my purse in this hand.

12         Q.   In your right hand?

13         A.   Right hand.  And I tried to get

14    my arms up to push him back, to push him

15    back.  The problem was I couldn't get my

16    knee up because the pantyhose had been

17    taken down.

18         Q.   So he had hit your head twice

19    prior to taking your pantyhose off

20    according to you; right?

21         A.   He didn't take the pantyhose off.

22         Q.   He did not?

23              MS. KAPLAN:  Again --

24              THE WITNESS:  No, he did not take

25         the pantyhose off.

```
 1              CARROLL - CONFIDENTIAL
 2    BY MS. HABBA:
 3        Q.    Okay.  So what happened?
 4        A.    Pulled them down.
 5        Q.    And then what happened?
 6        A.    And then I felt his fingers
 7    rummaging around my vagina and this huge
 8    weight against me.  My head hurt, this
 9    huge weight, I'm in a situation where I
10    can't -- I can't -- at one point I
11    remember saying this is Donald Trump, what
12    the heck is going on?  And then I felt his
13    penis inside of me.
14        Q.    So sorry to get into details
15    but --
16        A.    No, I understand.
17        Q.    If you're against the wall, it
18    was his right shoulder that you are
19    describing was pushing into you?
20        A.    Left, I think.
21        Q.    His left shoulder, sorry, because
22    you did touch your left side so I assumed
23    it was the right.  So it was his left
24    shoulder and he used his right hand?
25        A.    I don't know.  I couldn't see his
```

```
 1              CARROLL - CONFIDENTIAL
 2        Q.    How long did that last?
 3        A.    Very short time.
 4        Q.    Approximately how long do you
 5   think?
 6        A.    Very brief.  It was very brief.
 7        Q.    And then what happened?
 8        A.    I managed to get my knee up and
 9   push off and get him out and push off.
10        Q.    And then what happened?
11        A.    I went out the door and went
12   away.
13        Q.    So before you went out the door,
14   did you put your tights back on?
15        A.    No, they were never off.
16        Q.    I'm not following, I guess, how
17   he managed to put his fingers on you and
18   have sex with you if he never took them
19   off.
20        A.    He pulled them down.
21        Q.    He pulled them down.  So did you
22   pull them up at any point?
23        A.    I don't remember pulling them up
24   but I must have.
25        Q.    So when this was done you pulled
```

```
 1              CARROLL - CONFIDENTIAL
 2      is that correct?
 3          A.   Yes.
 4          Q.   Thank you.  So when you pushed
 5      him off with your knee, did he back off of
 6      you?
 7          A.   Well, I pushed him with hands and
 8      knee and I didn't look to see what he was
 9      doing.  I turned and got out.
10          Q.   Did you scream?
11          A.   No.
12          Q.   Did you say anything to him?
13          A.   No.
14          Q.   Did you look at him?
15          A.   No, I didn't.
16          Q.   Did you kiss him at any point
17      when you were in the dressing room?
18          A.   When he -- when we first came in,
19      when he first shoved me against the wall,
20      lunged and shoved me back and I hit my
21      head, he put his mouth against mine.
22          Q.   Did you kiss him back?
23          A.   I was so shocked I was laughing.
24          Q.   When he was kissing you?
25          A.   Yes, because I thought this is --
```

```
 1              CARROLL - CONFIDENTIAL
 2    this is -- this is not kosher.  I suddenly
 3    realized.
 4        Q.   So you turned around and leave
 5    the dressing room and what do you do?
 6        A.   I believe I went down the
 7    escalator which would have been a long
 8    ride but I can't imagine finding the
 9    elevator, you know, pressing the button.
10    I don't remember that.  I do remember
11    going and having the fear that he may --
12    may be coming after me, just slightly in
13    the back of my head.
14        Q.   You were worried he would chase
15    you; is that correct?
16        A.   (Witness nodded.)
17              MS. KAPLAN:  Again, let's get the
18        answer.
19              THE WITNESS:  Not chase but come
20        after me.
21    BY MS. HABBA:
22        Q.   What do you mean by that?
23        A.   Just follow me, maybe grab me
24    again.
25        Q.   Did you feel at any point that he
```

```
 1              CARROLL - CONFIDENTIAL
 2   the elevator?
 3        A.   Right.
 4        Q.   Do you recall which exit you left
 5   from at Bergdorf?
 6        A.   Not the specific one but it was
 7   on Fifth Avenue.
 8        Q.   Was the street crowded when you
 9   exited?
10        A.   Not very.
11        Q.   Was it dark?
12        A.   Yes.
13        Q.   What did you do after you left?
14        A.   Called Lisa Birnbach.
15        Q.   Who is Lisa Birnbach?
16        A.   She's my friend and I had an
17   overwhelming urge to call and say you're
18   not going to believe what just happened to
19   me.
20        Q.   How long were you friends with
21   Ms. Birnbach prior to the attack?
22        A.   We met in '90 or '89 so four or
23   five years.
24        Q.   And how often would you speak
25   with her prior to the attack?
```

1                CARROLL - CONFIDENTIAL

2       Q.    Where were you standing when you

3    called Ms. Birnbach?

4       A.    On Fifth Avenue.

5       Q.    Were you right outside Bergdorf?

6       A.    (Witness nodded.)

7       Q.    How long was that phone call?

8       A.    I don't know.

9       Q.    Do you remember --

10      A.    It was not brief but it was not

11   long.

12      Q.    Do you remember the content of

13   that conversation?

14      A.    Lisa remembers more about it than

15   I do.  I remember calling her.  And I

16   remember Lisa suggesting I go to the

17   police and also Lisa suggesting that she

18   go to the police with me and that idea was

19   so, such a terrible -- I couldn't picture

20   myself going to the police so I shut that

21   down.

22      Q.    How did you shut that down?

23      A.    No, I'm not going to the police.

24      Q.    At any point were you crying on

25   that phone call?

Page 135

1           CARROLL - CONFIDENTIAL

2      A.   No.

3      Q.   Do you recall what your

4  disposition was on that phone call?

5      A.   I was in shock and disordered.  I

6  felt unbalanced which was a strange

7  feeling for me.

8      Q.   When you say unbalanced were you

9  actually physically unbalanced?

10     A.   Yes.

11     Q.   Did you sit down at any point

12 or --

13     A.   No.

14     Q.   Did you need to get a water or do

15 anything to take care of yourself after

16 that moment?

17     A.   No, what I wanted to do, I needed

18 to talk to somebody, talk to Lisa.  Then I

19 just wanted to go home.

20     Q.   Is that what you did?

21     A.   (Witness nodded.)

22     Q.   So did you go to a parking garage

23 to get your car or did you go straight

24 home?

25     A.   The parking garage.

```
 1              CARROLL - CONFIDENTIAL
 2              MS. KAPLAN:  Are you talking
 3         about at any point in time?
 4              MS. HABBA:  Outside of the
 5         litigation, of course, prior to the
 6         litigation.
 7              THE WITNESS:  No, we agreed right
 8         then and there this is it.  I didn't
 9         want to talk about it ever again,
10         ever.  That was it, and I didn't want
11         to hear about it ever again.  I was
12         embarrassed, I was ashamed at this
13         point.  I was raped, this is like --
14         this was shocking and so I just said
15         let's never talk about this again.
16    BY MS. HABBA:
17         Q.   Let's talk about that word
18    "rape."  You had stated, and I'm happy to
19    pull it up or just say, you had stated
20    prior that you didn't like using the word
21    "rape."  Do you recall that?
22         A.   I recall feeling that.
23         Q.   Why did you feel that way?
24         A.   The word to me means something
25    that generally speaking a man does to a
```

1           CARROLL - CONFIDENTIAL

2    woman, that she's powerless, that he has

3    the power over her, rape.  It means he's

4    taken something from her and I didn't view

5    it that way.  I viewed it what went on in

6    that dressing room as a fight.

7        Q.   Did you feel like you won that

8    fight?

9        A.   I don't think there are any

10   winners there.

11       Q.   On that day you got in your car

12   and drove home; is that correct?

13       A.   (Witness nodded.)

14       Q.   And you didn't speak to any other

15   family members or friends throughout the

16   night?

17       A.   No, by this time I realized -- I

18   didn't want to talk to anybody about it.

19       Q.   Approximately what time did you

20   get home?

21       A.   I have no idea.

22       Q.   Did you stop anywhere on your way

23   home?

24       A.   No.

25       Q.   What did you do when you got

```
 1              CARROLL - CONFIDENTIAL
 2    the attack?
 3        A.   The next day I certainly remember
 4    the pain in my head.  Then went to work.
 5        Q.   Normal time?
 6        A.   I don't know.
 7        Q.   But you don't recall calling out
 8    sick; is that correct?
 9        A.   No, no, no, no, I would never.
10        Q.   Did you tell anybody at work what
11    happened?
12        A.   Yes, I told Carol Martin.
13        Q.   When did you tell Carol Martin?
14        A.   The next day or the day after.
15        Q.   How did you tell her?
16        A.   Well, it was strange because I
17    promised I would never tell anybody and I
18    told Lisa to never tell anybody and the
19    first thing I do is see Carol Martin at
20    work and I say I have to tell her.  And it
21    was backstage.  We both did our shows in
22    the same studio.  We met backstage.  I
23    said I've got to talk to you.  I gave her
24    a few details and she said let's talk at
25    my house tonight so we met at her house
```

Page 143

1          CARROLL - CONFIDENTIAL

2      Q.   How were you aware of that?

3      A.   She was a New York anchorwoman at

4  CBS and she, you know, she was one of the

5  great anchors during the '80s and she

6  would tell the audience about the lawsuits

7  against the former president on racism and

8  she just didn't like him.

9      Q.   Were there lawsuits that she had

10  been reporting on about him prior to this

11  time?

12      A.   If you're reading the news, she

13  was giving the news, she also wrote the

14  news, and reporting on her New York

15  audience and he was definitely a news

16  maker and she, you know, if you're a

17  reporter in New York in those days you did

18  a lot of reporting about him.

19      Q.   What did Ms. Martin say to you?

20      A.   She said tell no one, he's got

21  200 lawyers, he'll bury you.

22      Q.   And what did you respond?

23      A.   I said I agree.

24      Q.   And what happened after that?

25      A.   That was it.  Then we rehashed

Page 144

```
 1              CARROLL - CONFIDENTIAL
 2     the whole thing again, went back to it
 3     again, and that was it.
 4          Q.   Why did you take Ms. Martin's
 5     advice over Ms. Birnbach's?
 6          A.   I just would not go to the police
 7     about something that happened to me like
 8     this.  After Lisa said this is assault, it
 9     was rape, I didn't want to talk to anybody
10     or tell the police.  I just didn't -- it
11     was just something that I would keep to
12     myself.
13          Q.   Why didn't you tell the police
14     about what happened with your ex-husband
15     John?
16          A.   I would never think of it.
17          Q.   Why is that?
18          A.   I always feel I can handle things
19     myself.
20          Q.   After speaking with Ms. Martin,
21     did you tell anybody else about the attack
22     outside of related to this litigation?
23          A.   No.
24          Q.   Did you visit any doctors?
25          A.   No.
```

```
 1             CARROLL - CONFIDENTIAL
 2   why was -- let me scratch that.
 3             During the last two decades, have
 4   you ever interacted with the defendant
 5   again directly?
 6        A.   No.
 7        Q.   Were you aware that the
 8   president -- that the defendant was a
 9   presidential candidate prior to the 2016
10   election?
11        A.   Yes.
12        Q.   And are you aware that he ran in
13   2000 as a potential member of the reform
14   party?
15        A.   No.
16        Q.   Did you ever consider coming
17   forward with your account prior to #MeToo?
18        A.   Never.
19        Q.   Why not?
20        A.   Just -- I'm going to say
21   something that even surprises me because
22   women who have been raped are looked at in
23   this society as less, are looked at as
24   spoiled goods, are looked at as rather
25   dumb to let themselves get attacked.  I
```

1          CARROLL - CONFIDENTIAL

2    mean even you have to say did you scream?

3    I mean every woman who admits to being

4    attacked has to answer that question, why

5    didn't you scream, why did you come

6    forward when you did, why didn't you come

7    forward before and so no, I didn't -- I

8    would have been fired.

9         Q.   How did you feel when you found

10   out that the defendant announced he was

11   running for president in 2016?

12        A.   I thought oh, boy.

13        Q.   What does oh, boy mean?

14        A.   Just almost disbelief and a

15   little bit of heartache.  I felt really

16   bad, you know.

17        Q.   Why did you feel bad?

18        A.   I didn't think he would be a good

19   candidate.

20        Q.   Why didn't you come forward with

21   your account at that time?

22        A.   I was with my mother in

23   Bloomington, Indiana.  She was on her

24   deathbed.  She was a feisty redheaded

25   Scottish woman, republican politician, so

Page 149

1            CARROLL - CONFIDENTIAL

2    we gathered around for her last weeks.

3         Q.   Did you think she would be upset

4    if she heard the allegations against

5    Donald Trump?

6         A.   That's all she needed to hear on

7    her death bed.  Well, I was worried that

8    it would ruin her last days and I just

9    couldn't have done it.  I just wouldn't

10   have done it.

11        Q.   Do you know if your mother

12   supported Donald Trump for president in

13   2016?

14        A.   I wish you could have been there

15   when she was in hospice, every nurse that

16   came in she gave the talk about Hillary is

17   going to pay for your kids' college

18   education so she was a feminist from the

19   cradle.  She was a great feminist so she

20   was a total Hillary person.

21        Q.   But you had stated prior which is

22   why I asked that she was --

23        A.   Republican.

24        Q.   -- a republican.  Was that the

25   first time --

```
 1              CARROLL - CONFIDENTIAL
 2       A.    She also voted for Obama.  We all
 3  made a big deal about it.
 4       Q.    Why was that?
 5       A.    It was a sea change.
 6       Q.    That was the first time that she
 7  changed her politics as far as you knew?
 8       A.    First time she told us.
 9       Q.    Would you have come forward
10  sooner if you thought Donald Trump
11  wouldn't become president if you spoke out
12  about your account?
13            MS. KAPLAN:  Objection to form
14       but you can answer.
15            THE WITNESS:  No, because I
16       believe that the women who were coming
17       out were helping him, helping.
18  BY MS. HABBA:
19       Q.    What do you mean by helping him?
20       A.    As more and more women came
21  forward with accusations against the
22  former president, his popularity seemed to
23  go up.
24       Q.    Was that part of why you didn't
25  come out?
```

1              CARROLL - CONFIDENTIAL

2       A.   Only a very, very small part.

3       Q.   So if you had known that it would

4    have made him less popular, to say it

5    differently, would you have come out?

6       A.   I know that it wouldn't have made

7    him less popular.  It would have made him

8    more popular.

9       Q.   And that was part of the reason

10   you didn't come out with it; is that

11   correct?

12      A.   Yeah, I was --

13           MS. KAPLAN:  Objection to form.

14      You can answer.

15           THE WITNESS:  I was -- didn't

16      think it was -- I knew it would help

17      him.  I didn't want to get fired from

18      Elle and I didn't want to lose my

19      reputation and I didn't want to be

20      looked at as soiled goods or stupid to

21      go get yourself attacked in

22      Bergdorf's.  It was not something I

23      would want to talk about.

24   BY MS. HABBA:

25      Q.   Did you follow the polling prior

Page 153

1              CARROLL - CONFIDENTIAL
2       A.   I would never tell my mother,
3  never tell my mother.
4       Q.   How about your sisters?
5       A.   No, never told them.
6       Q.   And your brother?
7       A.   No.   We're close but we don't
8  tell each other that kind of thing.
9       Q.   If it wasn't for the #MeToo
10  movement, do you think you would have
11  spoken out against the defendant?
12      A.   No, I don't think I would have.
13      Q.   Why is that?
14      A.   It's just as it was the perfect
15  storm.
16      Q.   Did you consult with anyone prior
17  to making your decisions?
18      A.   No, no.
19      Q.   So when exactly did you decide to
20  recount this alleged attack with Donald
21  Trump?
22      A.   I went on a road trip to write a
23  book called What Do We Need Men For.   I
24  started the book because over the 26 years
25  that I was writing the column, almost

1              CARROLL - CONFIDENTIAL
2      every single letter, whether it was about
3      career or finances or children or romance,
4      there was always a complaint about a man.
5      So I spent 26 years saying get rid of him,
6      get rid of him.  So I thought why don't I
7      just go on the road and ask women what do
8      we need men for and let them tell me so I
9      don't go through with my idea which is to
10     put them, all the men, in Montana.  That
11     was the idea.  That was what I was going
12     to do.  It had nothing to do with Donald
13     Trump, nothing, and then the first day of
14     the trip started.  My intention was to go
15     to towns named after women, only wear
16     clothes designed by women, only eat in
17     restaurants like Betty's Cafe run by women
18     or owned by women, only listen to books by
19     women in the car, listen to music by
20     women.  That was the whole thing.  I get
21     out of the car when I got to the small
22     town and talk to the people, what do we
23     need men for.  I was getting fabulous
24     answers.  But the same day it started the
25     Harvey Weinstein story broke and if you

Page 155

```
1              CARROLL - CONFIDENTIAL
2     remember, the flood of stories that
3     started as women started standing up.
4         Q.   How much of your coming out with
5     this story --
6             MS. KAPLAN:  Were you done with
7         your answer?
8             MS. HABBA:  I'm sorry.
9             THE WITNESS:  But I didn't decide
10        to do --
11            MS. HABBA:  My apologies.
12            THE WITNESS:  -- to talk about
13        the incident in Bergdorf's.  I was
14        making a list.  Many other men were on
15        it but he wasn't on it.  I didn't make
16        that decision to include him until
17        four or five weeks into writing the
18        book.
19    BY MS. HABBA:
20        Q.   What turned you on making that
21    decision or who if there was a reason?
22        A.   Well, the book --
23            MS. KAPLAN:  Objection to form.
24        You can answer.
25            THE WITNESS:  What we're talking
```

```
 1              CARROLL - CONFIDENTIAL
 2         about here is 11 pages of a book.  A
 3         book is this thick (indicating) and
 4         that part was just this part
 5         (indicating) so he was one of the
 6         hideous men in my life so I finally
 7         put him in and I wrote it just as a
 8         part of this long string of hideous
 9         men I've run into in my life.  So it
10         was not written with him to head the
11         list or he's the most hideous, no, he
12         was not an afterthought but I didn't
13         completely decide until I was into the
14         book.
15    BY MS. HABBA:
16         Q.   And who did you first discuss
17    putting him in the book with?
18         A.   Nobody.
19         Q.   At some point I assume you had to
20    make that editorial change; correct?
21         A.   No, I was writing chapters and
22    switching them around and when I was
23    getting ready for the proposal, I had to
24    send an e-mail to my agent saying by the
25    way, you're going to be surprised, and
```

Page 161

1           CARROLL - CONFIDENTIAL

2    attacked so I called the police.

3        Q.   Was that the only time you've

4    called the police?

5        A.   (Witness nodded.)

6        Q.   You also claimed that a girl

7    scout leader sexually abused you every day

8    for a two-week period when you were 12; is

9    that correct?

10        A.   Yes.

11        Q.   Did you bring that up to anyone

12    previously or report this --

13        A.   Never --

14        Q.   Sorry, I have to finish my

15    question -- or report this alleged

16    assault?

17        A.   To people who know me, this was a

18    shocking revelation in this book.  It

19    wasn't about the former president, it was

20    about camp because so many of my friends

21    had been to that camp and I heard from

22    women across the United States he did the

23    same thing to, you know.  That attack has

24    stayed with me every day.

25        Q.   And in not coming forward

Page 166

```
 1              CARROLL - CONFIDENTIAL
 2   ever expect anything.  So what I said, I
 3   didn't think he would deny it.  I thought
 4   he would just say it didn't happen that
 5   way.  She agreed to it or it was
 6   consensual sex.
 7        Q.   Wouldn't that have been him
 8   saying that you were a liar?
 9        A.   No, it would have been him saying
10   yeah, it happened and then we could have
11   disagreed and then I could have vehemently
12   said no, I did not consent.
13        Q.   Would you have sued him if that
14   is what happened?
15        A.   I have no idea.
16        Q.   If someone felt that they were
17   wrongfully accused of an egregious
18   conduct, would you expect them not to deny
19   it?
20              MS. KAPLAN:  Objection to form.
21              THE WITNESS:  It depends on what
22         happened.  If it's obvious that it
23         happened.
24   BY MS. HABBA:
25        Q.   Do you think this was obvious?
```

```
 1          CARROLL - CONFIDENTIAL
 2          MS. KAPLAN:  Objection to form.
 3          THE WITNESS:  Again, I just was
 4      shocked that he absolutely denied it
 5      because he was there and he denied it.
 6      That's what gets me every time.  He
 7      was there, he denied it.
 8  BY MS. HABBA:
 9      Q.   Was Les Moonves, was he there?
10      A.   (Witness nodded.)
11          MS. KAPLAN:  You've got to say.
12          THE WITNESS:  Yes.
13  BY MS. HABBA:
14      Q.   And did he deny it?
15      A.   Very quietly but he denied 19 in
16  the same bunch.
17      Q.   Prior to releasing this article
18  with The Cut, did you anticipate that you
19  might need to sue the defendant to hold
20  him accountable?
21      A.   No, it was the last thing I would
22  ever think of, would not -- no.
23      Q.   Had you consulted with an
24  attorney and --
25      A.   No.
```

```
 1              CARROLL - CONFIDENTIAL
 2   BY MS. HABBA:
 3       Q.   Were the timing of your
 4   allegations related to the former
 5   president's run for reelection?
 6       A.   No.
 7       Q.   Was it something you considered?
 8       A.   No.
 9       Q.   How did the defendant's
10   statements impact your personal life?
11       A.   Totally affected it.  I lost my
12   job.  I'm looked at as a woman who's
13   untrustworthy, looked at now as a woman
14   who can't be believed.  I'm looked at as a
15   woman who was stupid and dumb enough to
16   have happen to her what happened to her.
17       Q.   You just said that you're looked
18   at as a woman stupid enough to have had
19   happen to her what happened to her; is
20   that correct?
21       A.   (Witness nodded.)
22       Q.   How does that relate to Donald
23   Trump, the perception rather?
24       A.   He raped me and after that
25   everything I thought was quickly over and
```

1          CARROLL - CONFIDENTIAL

2   behind me but it turned out not to be so.

3          Q.   And you realized this when the

4   #MeToo movement that we discussed came

5   out; is that correct?

6          A.   Yes.

7          Q.   How many times in your life have

8   you been sexually assaulted or raped?

9          A.   When I was a child, when I was 5,

10  another child, not knowing what he was

11  doing shoved a stick up my vagina or rock,

12  I can't remember which, so that was an

13  assault when I was 5.

14          At Indiana University on a drive

15  in the country in Brown County, a boy

16  pulled over and I -- he called me a prick

17  tease and so I scooted out and jumped out

18  the car and he caught me and threw me on

19  the ground, got on top of me and pulled

20  out a knife.

21          At a military academy, my friend

22  and I were visiting her parents' friends

23  who I think he was the dean of admissions

24  and a boy threw me on the ground and then

25  chased me through it was called the

Page 174

```
 1              CARROLL - CONFIDENTIAL
 2    military -- chased me across the campus
 3    with his friends cheering him on.
 4              I was thrown on the ground when I
 5    was 12 by a neighbor's nephew.  Luckily
 6    the mother and the daughter came out and
 7    caught him.
 8              Moonves in the elevator.  I
 9    didn't include a dentist.  There are
10    people in there I didn't even include.
11       Q.    So it's a dentist?
12       A.    A dentist.
13       Q.    Who is the dentist?
14       A.    Oh, I don't remember his name.
15       Q.    Was he your dentist?
16       A.    Yes.  I went to him.
17       Q.    Where was that dentist located?
18       A.    Pardon?
19       Q.    Where was the dentist?
20       A.    In New York.
21       Q.    And what happened there?
22       A.    While he was taking care of my
23    teeth he would lean in and grind against
24    my leg but I didn't include stuff.
25       Q.    But is there anything else that
```

1              CARROLL - CONFIDENTIAL

2    you didn't include?

3         A.   I can't recall right now.

4         Q.   So seven times?

5         A.   Growing up, when you're a woman

6    in the '70s and '80s just walking around

7    up and down the street, it was a very

8    different time.

9         Q.   So you stated that you believe

10   the defendant's statements impacted your

11   employment with Elle Magazine; is that

12   correct?

13        A.   Um-hum.

14        Q.   In what way?

15        A.   Well, I had an advice column and

16   that advice column, it had run in the

17   magazine for 26 years.  It was one of the

18   most popular columns ever in the magazine.

19   I loved my readers, loved them.  They

20   would pour their hearts out to me and I

21   loved helping them, they helped me, and

22   then being called a liar, my entire career

23   as an advice columnist rested on the fact

24   that I could be trusted not to give

25   anybody any bullshit.  It had to be

1          CARROLL - CONFIDENTIAL

2     absolutely the truth.  So when the

3     president said I'm a liar, it shook that

4     whole foundation, that was it.

5          Q.   When you say that foundation, you

6     mean your employment?

7          A.   The foundation of trust that a

8     columnist has with their readers.  And

9     those readers, I loved those readers.

10    They are the best in the world.

11         Q.   Did the readers stop reading?

12         A.   I started to receive less

13    letters.

14         Q.   Let's go back to your employment.

15    Your employment was terminated by Elle

16    Magazine; correct?

17         A.   Um-hum.

18              MS. KAPLAN:  You've got to say --

19              THE WITNESS:  Yes.

20    BY MS. HABBA:

21         Q.   What do you believe the reason

22    is?

23         A.   Because Donald Trump called me a

24    liar.

25         Q.   You were ultimately terminated

1              CARROLL - CONFIDENTIAL

2     from Elle Magazine; right?

3          A.   Yes.

4          Q.   Do you know when that was?

5          A.   Yes.  I got the call December

6     2019 and it took effect in March.

7          Q.   So they let you stay on until

8     March; is that correct?

9          A.   I had already written the columns

10    all the way through March.  Also they

11    wouldn't want me to go because March is

12    one of their big issues.

13         Q.   But if you're saying that because

14    you were called a liar, the readers

15    weren't sending you as many letters, why

16    would they want you on in March for the

17    big issue?

18         A.   Because it had already been

19    written, edited and it was already at the

20    factory, at the distributor, had been

21    printed.

22         Q.   Are you done answering?

23         A.   (Witness nodded.)

24         Q.   Do you believe that the

25    termination was solely as a result of the

Page 190

1           CARROLL - CONFIDENTIAL

2     exclusive with New York Magazine.

3          A.   Right.

4          Q.   Do you know what they are

5     referencing there?

6          A.   Yes, they would have preferred

7     the excerpt to run in Elle but I decided

8     to run it in New York Magazine.

9          Q.   Tell me who originally approached

10    you from Elle Magazine regarding your

11    exclusive with Elle Magazine and your

12    decision to share it with New York

13    Magazine.

14         A.   I told them after the fact.

15         Q.   Why didn't you give your

16    exclusive to Elle Magazine?

17         A.   Because they don't publish

18    anything of this length.  They don't

19    publish articles about women being raped.

20    It's just they are very careful about not

21    upsetting their readers and I don't

22    believe that they would have run anything

23    close to what New York ran.  They would

24    have cut it out very -- they wouldn't want

25    to have their readers upset by concerning

```
 1              CARROLL - CONFIDENTIAL
 2    their columnist.
 3        Q.   Had anybody at Elle Magazine
 4    asked you for the exclusive on your story?
 5        A.   After they heard I wanted to sell
 6    it to New York, yes, they said let us run
 7    it.
 8        Q.   And how much did you sell it for
 9    to New York Magazine?
10        A.   I think 7,000 -- $7,000 I think.
11        Q.   Did Elle Magazine offer you?
12        A.   No.
13             MS. KAPLAN:  Just so that
14        question is clear, you meant offer you
15        money?
16             MS. HABBA:  Yes.
17             THE WITNESS:  They offered me
18        nothing.
19    BY MS. HABBA:
20        Q.   They just wanted the exclusive
21    and you said no?
22        A.   Because I didn't believe they
23    would run a full excerpt.
24        Q.   Who discussed the decision to not
25    allow Elle to distribute the excerpt with
```

1                CARROLL - CONFIDENTIAL

2    you?

3         A.   Well, my agent and I, but it was

4    pretty much a foregone conclusion we would

5    go with New York.

6         Q.   Who from Elle spoke to you or

7    your agent about getting the exclusive?

8         A.   Oh, they -- who from Elle?  Oh,

9    Emma, I call her Emma Woodhouse, Emma

10   Rosenblum called the publisher and said

11   we'd like first rights and the publisher

12   said no, we're giving it to New York

13   Magazine.

14        Q.   Were you part of that decision?

15        A.   I made the decision along with

16   the publisher and my agent.

17        Q.   Even though you worked for Elle

18   Magazine for over two decades?

19        A.   And I was planning to continue to

20   work for Elle.  To me it was a no-brainer.

21   This is a New York man with a New York

22   subject about a book about what women

23   think about men going across the country.

24   It's a New York story, not an Elle story.

25        Q.   Did anybody tell you they were