# EXHIBIT 8

```
 1
 2   UNITED STATES DISTRICT COURT
 3   FOR THE SOUTHERN DISTRICT OF NEW YORK
 4   ------------------------------------x
 5   E. JEAN CARROLL,
 6                        Plaintiff,
 7   -against-    No. 20 Civ. 7311 (LAK)(JLC)
 8   DONALD J. TRUMP, in his personal
     capacity
 9
                         Defendant.
10
     ------------------------------------x
11
               CONFIDENTIAL
12
               DEPOSITION OF
13             LISA BIRNBACH
             New York, New York
14           September 21, 2022
15
16
     Reported By:
17
     ERIC J. FINZ
18
19
20
21
22
23
24
25
```

1        LISA BIRNBACH - CONFIDENTIAL
2              Just to clarify, that's the
3    apartment that you previously said you
4    moved into around 1995.  Correct?
5         A.    Mm-hmm.  Yes.
6         Q.    Okay.  And -- okay.  And can
7    you describe the sum and substance of the
8    conversation that you had with
9    Ms. Carroll?
10             MR. CELLI:  Objection to the
11        form.  Describe the sum and
12        substance of the conversation.  If
13        you can understand that question.
14        A.    E. Jean was very agitated,
15   very hyperventilating.  Emotional.  And
16   she told me about what happened to her
17   just really moments before she made the
18   phone call.
19        Q.    Okay.  Actually I want to step
20   back for one second.
21             Was anyone else in the room
22   with you when the phone call -- when you
23   answered the phone call?
24        A.    Yes, my two older children.
25        Q.    And what were their ages at

1         LISA BIRNBACH - CONFIDENTIAL
2     the time, approximately?
3         A.    5 and 2.
4         Q.    And what type of phone was it
5     that you answered it on?  Was it like
6     a --
7         A.    A landline.
8         Q.    A landline?
9         A.    Mm-hmm.
10        Q.    And how would you describe --
11    I believe you already gave a couple
12    descriptors.  But how would you describe
13    Ms. Carroll's demeanor at the beginning
14    of the call?
15        A.    Upset, hyperventilating --
16    well, that's not her demeanor.  Agitated.
17    She wanted to vent.
18        Q.    Was she laughing early on in
19    the call?
20        A.    There was a moment that she
21    was laughing.  But she was not laughing
22    funny.  She was laughing excited.  Highly
23    reactive.
24        Q.    And can you describe what E.
25    Jean told you during the call had just

Page 36

1          LISA BIRNBACH - CONFIDENTIAL
2      happened to her?
3              MR. CELLI:  Objection to the
4          form.  You want her to describe
5          what was told to her or you want
6          her to testify about what she
7          remembers she was told, or
8          something else?
9          Q.    Can you explain what
10     Ms. Carroll told you during the phone
11     call.
12             MR. CELLI:  Objection to the
13         form.
14             You can answer.
15         A.    So what she said to me.
16         Q.    Right.
17         A.    Lisa, you'll never believe
18     what happened to me.  I had gone to
19     Bergdorf Goodman to look around after my
20     show, because she was hosting a live show
21     five days a week.  And I was leaving from
22     the north door on 58th Street, which is a
23     revolving door.  Guess who was going in
24     the store.  It was Donald Trump.  And he
25     said to me, oh, hi TV advice lady.  And I

Veritext Legal Solutions
800-227-8440                                    973-410-4040

1          LISA BIRNBACH - CONFIDENTIAL
2      said hi, Mr. Real Estate Mogul.  And then
3      I guess they met on in -- she went back
4      in.  And he said you're so smart, why
5      don't you help me pick out a present for
6      someone.
7              So she said I thought that was
8      fun.  So I walked around the ground floor
9      of Bergdorf's with him and suggested
10     would she like a hat, would she like a
11     belt, would she like this.
12             Eventually they went upstairs.
13     They arrived to the lingerie department.
14     He pulled a body suit, and said, try this
15     on.  She said no, you try this on.
16             And the next thing was they
17     were both in the dressing room together.
18             Should I continue?
19             MR. CELLI:  The question was
20        what do you remember her telling in
21        that that phone call.
22             THE WITNESS:  Right.
23             MR. CELLI:  Have you completed
24        everything you recall from that
25        phone call?

1          LISA BIRNBACH - CONFIDENTIAL
2              THE WITNESS:  No.
3              MR. CELLI:  Do you remember
4       other things that she said?
5              THE WITNESS:  Yes, I do.
6              MR. CELLI:  So if you need to
7       supplement that answer with what
8       you remember her saying to you,
9       that's fine.
10             THE WITNESS:  She said, Donald
11      Trump pushed her against the wall.
12      She hit her head.  He pinned her --
13      she tried to get free.  He pinned
14      her with his body.  And she said
15      many times over, he pulled down my
16      tights, he pulled down my tights.
17      She said it like she still couldn't
18      believe it.  He pulled down my
19      tights, he pulled down my tights.
20             And I remember that she told
21      me that he entered her.  And I
22      remember not really understanding
23      how she got free and got to the
24      street.
25   BY MR. MADAIO:

1        LISA BIRNBACH - CONFIDENTIAL
2        Q.    And did she say how long after
3    that had allegedly happened that it was
4    that she called you?
5        A.    It had just happened.
6        Q.    And after she -- after she
7    recounted what had allegedly occurred in
8    Bergdorf, did you advise her on how she
9    should proceed?
10       A.    Yes.
11       Q.    And what did you tell her?
12       A.    I said, E. Jean, you've been
13   raped.
14       Q.    Did you tell her she should go
15   to the police?
16       A.    I did.
17       Q.    To your knowledge, did she
18   follow your advice, did she ever report
19   the incident to the police?
20       A.    No, she did not.
21       Q.    Did you ever consider
22   reporting the alleged incident to the
23   police yourself?
24       A.    Oh, no.
25       Q.    Why not?

1          LISA BIRNBACH - CONFIDENTIAL
2        A.    It wasn't my story.  Didn't
3    happen to me.
4        Q.    And did E. Jean ever tell you
5    not to tell anybody?
6        A.    Yes.  In the same phone call,
7    she said, she swore me to secrecy.  And
8    further said you and I will never discuss
9    this again.
10       Q.    Did she give you any reason
11   why she didn't want you to speak about
12   it?
13       A.    She was -- I'm sure she was --
14   no, I didn't need a reason.
15       Q.    Did she give you any reason
16   why she didn't want you to speak to her
17   about it?
18       A.    No.  I didn't need a reason.
19       Q.    And how confident are you in
20   your memory of the conversation that it's
21   accurate, the details that you recall?
22            MR. CELLI:  Objection to the
23       form.
24            You can answer.
25       A.    How confident?  I'm confident