# EXHIBIT 9

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - -x
E. JEAN CARROLL,

                Plaintiff,

     -against-

DONALD J. TRUMP, in his personal capacity,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - -x

               \*\*\* CONFIDENTIAL \*\*\*

     Remote deposition of CAROL MARTIN, taken pursuant to Notice, was held via videoconference, commencing October 18, 2022, at 10:01 a.m., on the above date, before Amanda McCredo, a Court Reporter and Notary Public in the State of New York.

Page 27

1           C. Martin - Confidential
2    BY MR. SWIFT:
3        Q    You can answer, Ms. Martin.
4        A    It was about personal issues.  We weren't
5    working together.
6        Q    Did Ms. Carroll ever contact you to discuss
7    any instances where she alleged she was sexually
8    assaulted?
9             MS. CROWLEY:  Objection to form.
10            Ever?  What's the time period?
11            MR. SWIFT:  Yes, ever.
12       A    I'm sorry, can you repeat?
13   BY MR. SWIFT:
14       Q    Sure.
15            Did Ms. Carroll ever contact you at any
16   time to discuss whether she was sexually assaulted?
17            MR. BIALE:  Objection to form.
18            Can you clarify what you mean by "contact
19      you"?
20            MR. SWIFT:  I don't know how to -- how else
21      to phrase that question.
22   BY MR. SWIFT:
23       Q    Has she -- did she ever --
24            MS. CROWLEY:  Are you trying to ask did
25      Ms. Carroll ever tell Ms. Martin that she had

```
 1              C. Martin - Confidential
 2       been sexually assaulted?
 3              MR. SWIFT:  Yes, I guess that's a better
 4       way of phrasing it.  Let me make it clear for
 5       the record.
 6  BY MR. SWIFT:
 7       Q    Ms. Martin, did Ms. Carroll ever tell you
 8  that she was sexually assaulted?
 9       A    Yes.
10       Q    Did she tell you on how many occasions she
11  was sexually assaulted?
12       A    Only one time.  That de-minimized it.  Only
13  one time.
14       Q    Did she provide a name of the person that
15  she believed sexually assaulted her?
16       A    Yes, she did.
17       Q    Who was that person?
18       A    Donald Trump.
19       Q    Do you recall the specific date of the
20  conversation that Ms. Carroll told you -- withdrawn.
21              Was there a specific date that Ms. Carroll
22  told you that she believed she was sexually
23  assaulted by Donald Trump?
24              MR. BIALE:  Objection to form.
25              MS. CROWLEY:  Are you asking her for the
```

Page 32

1                C. Martin - Confidential
2           And she said -- she went ahead to explain
3    the events.
4       Q    Did she go over the events at that point?
5       A    Yes.  Yes, she did.
6       Q    What exactly -- can you describe in detail
7    the events that Ms. Carroll explained to you at that
8    point?
9       A    Conversation went for a while.  But
10   basically she said that Mr. Trump had assaulted her
11   at Bergdorf's.  And needless to say, it was shocking
12   to hear.  My first words to her were was she okay.
13      Q    Do you recall what Ms. Carroll's general
14   demeanor was when she told you this story in the
15   kitchen of your house?
16      A    She was, I'll call it, as shocked as I was,
17   as she explained.
18      Q    And how long, if you recall, did this
19   conversation in your kitchen take place?
20      A    Hard to say.  Maybe half hour.
21      Q    What happened after -- withdrawn.
22           Did you believe Ms. Carroll's account of
23   the purported incident at the time she shared it
24   with you?
25      A    Yes, I did.

Page 33

1        C. Martin - Confidential
2    Q    Did you have any reason to doubt
3    Ms. Carroll at that time?
4    A    I did not.
5    Q    At the conclusion of this half hour
6    meeting, approximately, did you advise Ms. Carroll
7    as to what your opinion -- withdrawn.
8         At the conclusion of this half hour
9    meeting, did you advise Ms. Carroll on how you think
10   she should proceed at that point?
11   A    I did.
12   Q    What was your advice?
13   A    Because she had said she felt physically
14   okay that day and she wasn't sure what to do, I
15   advised her not to do anything.
16   Q    Was there any other reason you advised her
17   not to do anything at that point?
18   A    Yes.
19        MR. BIALE:  Objection to form.
20   BY MR. SWIFT:
21   Q    Go ahead.  Please answer, Ms. Martin.
22   A    It was my belief that -- and I said to
23   her -- that Mr. Trump had many lawyers and he would
24   bury her from her allegation.
25   Q    When you had this conversation in the