# EXHIBIT 12

```
                                                        Page 1
 1                    ROBBIE MYERS

 2           UNITED STATES DISTRICT COURT

 3           SOUTHERN DISTRICT OF NEW YORK

 4   ----------------------------------- )

 5   E. JEAN CARROLL,                    )

 6                 Plaintiff,            ) Case No.

 7        vs.                            ) 20 Civ. 7311

 8   DONALD J. TRUMP, et al.,            ) (LAK)(JLC)

 9                 Defendants.           )

10   ----------------------------------- )

11

12                    CONFIDENTIAL

13            DEPOSITION OF ROBBIE MYERS

14               NEW YORK, NEW YORK

15                OCTOBER 12, 2022

16

17

18

19

20

21

22

23

24   JOB NO. 218339

25   REPORTED BY:  Tina Alfaro, RPR, CRR, RMR
```

```
 1                      ROBBIE MYERS
 2        A.   Yes.
 3        Q.   So you were her boss?
 4        A.   Yes.
 5        Q.   How often during this period when you were
 6   editor-in-chief did you interact with E. Jean?
 7        A.   Often.  I mean, at least once a month
 8   because she had a monthly column, but she often came
 9   in to our offices to -- so she had an assigning
10   editor, meaning so she worked directly with them and
11   then everything came up to me.
12        Q.   Did you review her columns before they were
13   published?
14        A.   Carefully, yes.
15        Q.   How would you describe E. Jean as a writer?
16        A.   That's a -- the term that came to mind is
17   sort of she's a baller, meaning she's -- as a
18   writer.  She's a gifted writer.  She is a journalist
19   first and everything that she writes is informed by
20   that, meaning the facts, but she -- she also, you
21   know, has a lot of wit and I think that's why her
22   readers loved her so much.
23        Q.   What do you mean by everything she writes
24   is informed by the facts?
25        A.   Well, she's a journalist first and she came
```

1                    ROBBIE MYERS
2      up as a journalist, right.  She worked at some, you
3      know, places that are known for their journalism.
4      So she developed that way as a writer.  She did a
5      lot of reporting for other places and also for us.
6      I mean, not a lot for us because she was writing the
7      column, she was busy doing that.
8           Q.   Did -- what was E. Jean's reputation as a
9      writer while you were editor-in-chief?
10          A.   Well --
11          Q.   Within the magazine.
12          A.   E. Jean was -- I mean, she's kind of a rock
13     star, meaning, you know, she had a public profile
14     before she came to Elle, people knew who she was.
15     She was on television.  She had a show on MSNBC.
16     She was hired by Roger Ailes.  So she was public in
17     that way, but she also worked for a lot of different
18     places.
19               Am I answering your question?
20          Q.   You are.
21               How did E. Jean's column fit into the
22     magazine as a whole while you were editor-in-chief?
23     And I realize this is over a long period of time.
24          A.   Well, our readers were mostly women and
25     women sometimes have issues.  You know, E. Jean, she

1                ROBBIE MYERS
2   helped -- you know, she talked to -- she was talking
3   to the general audience even as she was writing
4   about an individual question.
5        Q.   Would you say she had an impact on advice
6   column -- the advice column genre more broadly?
7        A.   Absolutely.  I mean, it sort of exploded,
8   you know, the other -- some of our competitors, but
9   really, you know, just other places in the culture
10  that you look at who never had advice columnists.
11            So I think that the term "advice columnist"
12  has sort of like maybe kind of a dated feeling to it
13  starting with Anne Landers and people who wrote in
14  newspapers which were completely legitimate, but
15  Elle was a national magazine which meant she was
16  talking to the whole country.
17       Q.   So other publications including competitors
18  added advice columnists because of E. Jean?
19       A.   Yes, but I will say that E. Jean was in a
20  particular sort of category by herself.  As I said,
21  she had a high public profile before she came to
22  Elle.  I mean, what other people are doing is great,
23  right, and it's fun and interesting, but women
24  really trusted E. Jean and we got lots of feedback
25  from readers that she helped them.  Also, you know,

1                    ROBBIE MYERS
2   they loved her voice because she puts a lot of funny
3   in there or sort of -- but it's always undergirded
4   by reporting.
5           Q.   You said you got a lot of feedback that
6   readers trusted her voice.  What was the feedback?
7           A.   Well, a lot of time it was thank you, I
8   never thought about this that way, you really helped
9   me in my relationship, you really helped me figure
10  out how to navigate the business world.  I mean, the
11  questions were broad.
12          Q.   Did you ever witness E. Jean interacting
13  with any of her fans?
14          A.   Yes.
15          Q.   Can you -- can you describe some examples?
16          A.   Well, I would say sometime in the last year
17  we were having dinner with a group of people and
18  E. Jean said she would drive me home because she
19  brought her car into the city, and as we were
20  walking to her car a group of women were like "I
21  love you, E. Jean, keep doing what you're doing."
22  That happened a lot, you know, people recognized
23  her.  It made her feel good, you know, but also, I
24  mean, I just had to laugh, it's like you're a rock
25  star.

```
 1                   ROBBIE MYERS
 2        Q.  During the time that you are
 3   editor-in-chief at Elle did you witness E. Jean
 4   interact with her fans?
 5        A.  Well, yes.  I mean, she came to -- she came
 6   to the building.  I mean, she came to -- so I worked
 7   for Hashet (phonetic), right.  She was a columnist
 8   then too and we were sold to her.  So I'm kind of
 9   thinking mostly about her, but she had worked for a
10   long time.  It's a big company, it has a big
11   beautiful building.  So people that didn't work with
12   her and maybe hadn't met her, she would come up
13   these dramatic stairs and it would be like E. Jean,
14   you're great, you rock.
15            Of course, when she was on the floor, you
16   know, Elle's floor, people just loved to see her
17   because also she would walk up to them and say "What
18   are you working on, girl," you know.
19        Q.  While you were editor-in-chief did you ever
20   attend any events in which E. Jean spoke --
21        A.  Yes.
22        Q.  -- or presented?
23        A.  Sorry.
24        Q.  That's okay.
25        A.  Yes.
```

```
 1                    ROBBIE MYERS
 2        Q.   Do you recall any specific ones?
 3        A.   Well, the last one I did with her we had
 4   sort of -- it was at Noya House.  I would often sort
 5   of moderate panels and there was a panel of pretty
 6   well known writers, and we gathered a crowd and
 7   these women did some readings.  E. Jean read an
 8   excerpt from the biography that she did on Hunter
 9   Thompson.
10        Q.   And how was that received?
11        A.   Great.  I mean, you know, people clap and
12   hoot when she, you know.  I mean, it was a pretty
13   dramatic piece of writing too.
14        Q.   You testified that you reviewed each one of
15   E. Jean's columns before it was published.  Did you
16   ever have any concerns with E. Jean's -- the
17   accuracy of E. Jean's writing?
18        A.   No, not with the accuracyDid you ever have
19   any problems working with E. Jean?
20        A.   No.
21        Q.   Did you ever have any concerns about her
22   ability to do her job?
23        A.   No.
24        Q.   Are you aware of whether anyone else had
25   issues or concerns while you were editor-in-chief at
```

```
 1                      ROBBIE MYERS
 2      Elle with E. Jean's columns?
 3           A.   No, not -- no, but she had opinions on
 4      things and sometimes not everybody loved her opinion
 5      and readers would let us know.
 6           Q.   Are you aware of whether anyone -- any of
 7      the editors at Elle while you were editor-in-chief
 8      ever had concerns about the accuracy of E. Jean's
 9      writing?
10           A.   No.
11           Q.   To your knowledge, did E. Jean have a
12      contractual relationship when she was a writer at
13      Elle?
14           A.   Yes.  I signed the contract.
15           Q.   That was going to be my next question.
16      Were you involved in negotiating the contract?
17           A.   Yes.
18           Q.   And you approved it?
19           A.   Yes.
20           Q.   I guess you testified previously that you
21      would have been involved in deciding how much
22      E. Jean was paid for her columns?
23           A.   Yes.
24           Q.   Do you recall how much she was paid while
25      you were editor-in-chief?
```

```
 1                     ROBBIE MYERS
 2        A.   Well, I gave her a raise when I was named
 3   editor-in-chief and maybe -- I'm sorry.  Forgive me.
 4   It might have been maybe the next time her contract
 5   came up and I don't remember exactly when that was,
 6   but she made $10,000 a column.  So 120,000.
 7        Q.   Why did you give her -- why did you give
 8   her a raise?
 9        A.   Because she was really important to the
10   magazine, because she deserved it, and, you know, my
11   job was to build audience, among other things.  I
12   mean, not to be mercenary about it, but she was good
13   at that.  Also she was beloved and, I mean, it was
14   time for her to get a raise.
15        Q.   Were you also involved in deciding how many
16   pages or lines E. Jean's column would be allotted?
17        A.   Yes.
18        Q.   And do you recall whether her allotment
19   increased or decreased during the time you were
20   editor-in-chief?
21        A.   It increased.
22        Q.   And why would you increase the number of
23   pages or lines that a writer is allotted?
24        A.   Well, to give them more room to say the
25   things that I feel that they -- she needs to say,
```

Page 32

1                    ROBBIE MYERS
2       A.   No.
3       Q.   Why not?
4       A.   Well, if the magazine -- if the magazine
5   world is somewhat in decline, you actually want to
6   keep those people who readers -- you know, she's a
7   destination, meaning readers would want to hear from
8   her.  She was an important part of what kept us, you
9   know, popular.  Also with the Internet we had
10  another place to put her and put her -- what she
11  produced, right.  So the audience actually got
12  bigger for her.
13      Q.   Who's the "her" in that sentence?
14      A.   I'm sorry.  E. Jean.
15           MS. CROWLEY:  Just one minute.
16           I have nothing further.
17                     EXAMINATION
18  BY MR. SWIFT:
19      Q.   I have some questions.  I don't have a lot
20  of questions, but Ms. Myers, do you want to take a
21  break before I begin my questions?
22      A.   I'm okay.
23      Q.   Again, my name is Peter Swift.  I represent
24  Donald Trump in this litigation.  I just want to
25  make sure that the same -- that you know the same