# EXHIBIT 14

Message

| | |
|---|---|
| **From:** | marianneofmaui [marianneofmaui@aol.com] |
| **on behalf of** | marianneofmaui <marianneofmaui@aol.com> [marianneofmaui@aol.com] |
| **Sent:** | 6/21/2019 10:27:24 PM |
| **To:** | E.Jean@AskEJean.com |
| **Subject:** | TRUMP ???? |

I hate wasting my time on this.... but I have to ask  what the heck do you think you're doing with these accusations against Trump? How much are the Democrats paying you to do the Kavanaugh smear????? You have to hope, and you can probably guess, your readers are not the cerebrally gifted to see the holes in your story. First of all, what WERE you doing in the dressing room of the Lingerie dept  of BG with Trump to start with? Was this a 'come here, come here getaway moment and you just wanted to see if he had a gun in his pocket and was glad to see you, so you offered to model the wear for him to get a 'mo bettah idea' bout how it would look on his girl? or did he want to see how the bra and bikini brief would look on him and wanted your opinion? Either or, don't be naieve.... Your scenario is down right stupid and begs the issue, 25 yrs later,---- don't even remember exactly when? This smells, stinks of the democrat play book where they pay you the big bux to smear the president at election time, to be played to the hilt, by the "fake' news designed to get all the You 2  idiots lined up to get all the democrat votes (Idiot votes) . It's too bad for you that not ALL the readers and viewers who will see your story sprawled out on the air and cable 24/7 are smart enough to see how cheap and tawdry your attention getting device really is. Terrible reflection on you and your ability to give intelligent and rational advice. What's the matter. Jean, jealous of Avenatti and his clients?

Confidential

Message

| | |
|---|---|
| **From:** | AskEJean [ejean@askejean.com] |
| on behalf of | AskEJean <ejean@askejean.com> [ejean@askejean.com] |
| **Sent:** | 6/22/2019 3:25:38 AM |
| **To:** | ejean@askejean.com |
| **Subject:** | Write to E.Jean |

## The sender wishes to be ANONYMOUS

You must be a fucking Democrat. You liar!

From,
ejean@askejean.com

Copyright © 2019 AskEJean

Confidential

Message

| | |
|---|---|
| **From**: | Sports Justice [sports_justice@gmx.com] |
| on behalf of | Sports Justice <sports_justice@gmx.com> [sports_justice@gmx.com] |
| **Sent**: | 6/22/2019 4:27:08 AM |
| **To**: | E.Jean@askejean.com; dori.weintraub@stmartins.com; slazin@aevitascreative.com; awarren@aevitascreative.com |
| **Subject**: | ☐☐☐ E. Jean Carroll (claims raped by Trump) = demented, lying old hag |

E. Jean Carroll (claims raped by Trump) = demented, lying old hag.

Confidential

Message

| | |
|---|---|
| **From:** | harold bruce [aaarocket37@gmail.com] |
| **on behalf of** | harold bruce <aaarocket37@gmail.com> [aaarocket37@gmail.com] |
| **Sent:** | 6/22/2019 12:29:11 PM |
| **To:** | E.Jean@AskEJean.com |
| **Subject:** | 20 yrs ago? Really Bimbo alert:) |

Let me guess, Ur a Bimbo Liberal right? And from the looks of it, no one would even desire a Loser like you, much less this Awesome President! I've seen the women he's had in his life. And sorry Loser, you would be the last woman on a stranded island he'd ever assault! It must be election season again when the Left marches out all their little Bimbos☺ Get a Life you desperate for 15 mins of fame Loser!

Sent from Mail for Windows 10

Confidential

Message

| | |
|---|---|
| **From**: | Mary Grosenick [meg814@msn.com] |
| on behalf of | Mary Grosenick <meg814@msn.com> [meg814@msn.com] |
| **Sent**: | 6/22/2019 7:32:55 PM |
| **To**: | E.Jean@AskEJean.com |
| **Subject**: | YOU ARE ... |

to be pitied for so many obvious reasons.  You are truly a desperate 75-year old woman seeking attention as you prepare to launch your book.  Your allegations are not credible or believable.  You are one of many liars smearing President Trump and his family.  Shame on you.

Your book will be a flop, like you.

Mary Grosenick

Confidential

CARROLL_024640

Message

| | |
|---|---|
| **From:** | Sherry Lahey [lahey.s@shaw.ca] |
| **on behalf of** | Sherry Lahey <lahey.s@shaw.ca> [lahey.s@shaw.ca] |
| **Sent:** | 6/22/2019 9:26:10 PM |
| **To:** | EJeanCarroll@gmail.com |
| **Subject:** | WTF |

DAMMMM YOU ARE SO UGLY A KOMODO DRAGON WOULD'T TOUCH YOU
WITH A TEN FOOT POLE AND APPARENTLY THEY HAVE GOOD EYESIGHT.

WE ALL KNOW WHAT TRUMP IS CAPABLE OF DOING BUT EVEN TRUMP
WOULDN'T TOUCH YOU WITH A TEN FOOT POLE.


**AND DECADES LATER, PLEASE DO YOU THINK ANYONE REALLY GIVES A SHIT**.

GO BACK TO YOUR CAVE YOU'RE A POOR EXAMPLE OF A FEMALE, IF THAT'S WHAT
YOU REALLY ARE, RUMOR HAS IT YOU ARE BI-SEXUAL AND TO THINK ANYONE WOULD WANT
TO TOUCH YOU…………………………

Confidential

Message

| | |
|---|---|
| **From:** | d w [dwdwdw10@hotmail.com] |
| on behalf of | d w <dwdwdw10@hotmail.com> [dwdwdw10@hotmail.com] |
| **Sent:** | 6/23/2019 4:06:33 PM |
| **To:** | E.Jean@AskEJean.com |
| **Subject:** | Magazine columnist accuses Trump of sexual assault more than two decades ago |

How convenient.  Took you this long to complain.  I think you are a lying sack of crap.

Confidential

CARROLL_024684

Message

| | |
|---|---|
| **From**: | Phyllis Couper [coupclan1962@gmail.com] |
| on behalf of | Phyllis Couper <coupclan1962@gmail.com> [coupclan1962@gmail.com] |
| **Sent**: | 6/23/2019 11:29:34 PM |
| **To**: | comment@askejean.com |
| **Subject**: | re: Trump |

E. Jean,

How much did George Soros or the DNC pay you to lie about President Trump?
If a Democrat was in the White House be we wouldn't hear a peep out of you
Regarding any sexual abuse.  I sure wouldn't ask you for any advice.

Confidential

Message

| | |
|---|---|
| **From**: | Rob McNeal [rob702@gmx.com] |
| on behalf of | Rob McNeal <rob702@gmx.com> [rob702@gmx.com] |
| **Sent**: | 6/25/2019 3:57:47 AM |
| **To**: | E.Jean@AskEJean.com |
| **Subject**: | Jean Jean the Dreaming Machine |

The late TV game show host and producer Chuck Barris would have a field day with "Ask Jean" 20+ year old allegation that President Trump had sex with this sharletion!  Ms. Dear Abbey of Elle can only Dream this happened.  Quite the coincidence this revelation should surface as her book is about to debut.  Something tells me this book will be eqally if not less sucessful then Chuck Todd's self infatutated tome.

The American public knows a rat when they smell one. Nice try honey!

Rob

Confidential

Message

| | |
|---|---|
| **From**: | Sports Justice [sports_justice@gmx.com] |
| on behalf of | Sports Justice <sports_justice@gmx.com> [sports_justice@gmx.com] |
| **Sent**: | 6/25/2019 7:07:13 PM |
| **To**: | E.Jean@askejean.com; dori.weintraub@stmartins.com; slazin@aevitascreative.com; awarren@aevitascreative.com |
| **Subject**: | Raped by Trump? Present your evidence, E.J. Carroll, you lying sleep-around known by more penises than Julius Caesar and Pompey had legionnaires. |

Raped by Trump? Present your evidence, E.J. Carroll, you lying sleep-around known by more penises than Julius Caesar and Pompey had legionnaires.

Confidential

CARROLL_024974

Message
| | |
|---|---|
| **From:** | T KI [zanderzax407@gmail.com] |
| **on behalf of** | T KI <zanderzax407@gmail.com> [zanderzax407@gmail.com] |
| **Sent:** | 6/27/2019 6:21:46 AM |
| **To:** | comment@askejean.com |
| **Subject:** | accusation against Trump |

Lady,

I am a social scientist.  I am a man.

1.  If I was on a jury panel, I would acquit Trump.

Why?  Your premises are so far-fetched that without hard evidence, I could never be beyond a reasonable doubt.

2.  The media reports your story for political purposes, then some of the media get frustrated that they can't manipulate voters.

3.  Truth?  No one cares.

Why?  Women have exploited the public's increased sensitivity of woman being physically assaulted...usually for pecuniary reasons.

4.  'She's not my type"  Trump's response makes your statements almost irrelevant.

Why?  Women often claim to be molested when there is no chance it is true, rather than admit they are so undesirable that they can't even get assaulted.

SUMMARY:  Your career is about complaining that men don't live up to your expectations--you come across as an airhead who thought beauty pageants would open paths to wonderful relationships--when it is not clear to men why they would want to spend their lives with you.

Collateral info:  I was a commercial model before getting a PhD.  I was so attractive that models and actresses and beauty queens told me that I was the most beautiful man they had ever seen.  Yet a decade ago, I was accused by my 2nd ex-wife (we were married 3 years before I divorced her) of harassment and then obsession.  She was a very successful commercial model and most men thought she was the most beautiful woman that they had ever seen (yes, Trump saw her at a theater in NYC around 1979 but did not try anything).  No one believed her stories against me, but they went after me to extort money, which is why she fabricated her charges.  She is much more believable than you, yet everything has been proven false and she even admitted lying to get money.  So why am I still hounded?  Because the entire scheme was to extort money and I never hired an attorney, so they are still after me.

No one believes or cares...even the women attorneys are upset only because they can't see a big payoff.

I am sorry for you if your story is true, but 30 years have passed since 1989, and it is difficult to defend your decision to come out now as anything but political and as an attempt to increase sales and maybe even an attempt to feel more noticed by other women.

Confidential

Raped by Trump? Present your evidence, E.J. Carroll, you lying sleep-around known by more penises than Julius Caesar and Pompey had legionnaires. 

⊃ MARTHA/MATT ×

**Sports Justice** sports_justice@gmx.com <u>via</u> gmx.net    Tue, Jun 25, 3:12 PM   ☆   ↩   ⋮
to E.Jean, dori.weintraub, slazin, awarren ▾

Raped by Trump? Present your evidence, E.J. Carroll, you lying sleep-around known by more penises than Julius Caesar and Pompey had legionnaires.

Confidential

CARROLL_026326

Message

| | |
|---|---|
| **From:** | AskEJean [ejean@askejean.com] |
| on behalf of | AskEJean <ejean@askejean.com> [ejean@askejean.com] |
| **Sent:** | 1/4/2020 11:18:13 PM |
| **To:** | ejean@askejean.com |
| **Subject:** | Write to E.Jean |

### The sender wishes to be ANONYMOUS

Can you meet me at bergdorf Goodman\'s dressing room want to touch that pussy again. Donald

From,
ejean@askejean.com

Copyright © 2020 AskEJean

CARROLL_026329

Message

| | |
|---|---|
| **From**: | Diane Piazza [scottie7389@outlook.com] |
| on behalf of | Diane Piazza <scottie7389@outlook.com> [scottie7389@outlook.com] |
| **Sent**: | 1/10/2020 3:20:21 PM |
| **To**: | E.Jean@AskEJean.com |
| **Subject**: | SPECTACULAR! |

Where were you 23 years ago now you have the audacity to accuse Mr. Trump of rape you ugly lying bitch take a hike.

Confidential

Message

| | |
|---|---|
| **From:** | E. Jean Carroll [e.jean@askejean.com] |
| **on behalf of** | E. Jean Carroll <e.jean@askejean.com> [e.jean@askejean.com] |
| **Sent:** | 2/19/2020 7:36:05 PM |
| **To:** | Rosman, Katie [katherine.rosman@nytimes.com] |
| **Subject:** | Fwd: Raped by Trump? Present your evidence, E.J. Carroll, you lying sleep-around known by more penises than Julius Caesar and Pompey had legionnaires. |

Reader very upset.

---------- Forwarded message ---------
From: **Sports Justice** <sports_justice@gmx.com>
Date: Tue, Jun 25, 2019 at 3:12 PM
Subject: Raped by Trump? Present your evidence, E.J. Carroll, you lying sleep-around known by more penises than Julius Caesar and Pompey had legionnaires.
To: <E.Jean@askejean.com>, <dori.weintraub@stmartins.com>, <slazin@aevitascreative.com>, <awarren@aevitascreative.com>

Raped by Trump? Present your evidence, E.J. Carroll, you lying sleep-around known by more penises than Julius Caesar and Pompey had legionnaires.

CARROLL_026473

Message

| | |
|---|---|
| **From**: | imaseeker1@aol.com [imaseeker1@aol.com] |
| **Sent**: | 2/19/2020 7:49:59 PM |
| **To**: | e.jean@askejean.com |
| **Subject**: | JUST CURIOUS...... |

WHY DIDN'T YOU FILE A POLICE REPORT OR BRING THIS UP BEFORE NOW REGARDING TRUMP ASSAULTING YOU?
....HAVE YOU EVER HAD AN AFFAIR DURING YOUR MARRIAGE SINCE YOUR HUSBAND SUFFERED FROM MICRO PENIS SYNDROME AND DRESSED IN WOMEN'S LINGERIE?

Confidential

# Write to E.Jean   ➤   . . .1. ASK E. JEAN ×   🖨 ⧉



**AskEJean** ejean@askejean.com <u>vi</u>…  Sat, Jan 4, 6:18 PM  ☆ ✓✓ ↩ ⋮
to ejean ▾

## The sender wishes to be ANONYMOUS

Can you meet me at bergdorf Goodman\'s dressing room want to touch that pussy again. Donald

From,

<u>ejean@askejean.com</u>

Copyright © 2020 <u>AskEJean</u>



Confidential

Message

| | |
|---|---|
| **From**: | Bob Ruberry [bobruberry@hotmail.com] |
| on behalf of | Bob Ruberry <bobruberry@hotmail.com> [bobruberry@hotmail.com] |
| **Sent**: | 9/8/2020 6:08:08 PM |
| **To**: | E.Jean@AskEJean.com |
| **Subject**: | oh look... |

another Trump hit job during an election cycle
your a liar and fraud

bob

Confidential

oh look...  MARTHA/MATT ×



**Bob Ruberry** <bobruberry@hotmail.com>
to E.Jean@AskEJean.com ▾

2:08 PM (1 hour ago)   ☆   ↩   ⋮

another Trump hit job during an election cycle

your a liar and fraud

bob

Confidential

Message
_____

**From:**         Sam Lupowitz [samlupowitz@aol.com]
**on behalf of**  Sam Lupowitz <samlupowitz@aol.com> [samlupowitz@aol.com]
**Sent:**         9/9/2020 10:47:19 AM
**To:**           EJeanCarroll@gmail.com


Good morning.

What were you doing with Donald Trump in your dressing room in the women's department at Bergdorf's in
the first place?

Women are too much.  They wear makeup and lipstick and sexy clothes and heels designed solely to excite
men, and they flirt with men for the sole purpose of exciting them, and then when a man's testosterone
kicks in, the woman claims she was molested.

This absurdity and shift in society must stop.

Even with Epstein who was undoubtedly a sleaze, the idea that all those girls who repeatedly went to his
home to massage him were rape victims is ridiculous.

Sam

Sent from my iPhone

Confidential                                                                                                  CARROLL_028069

Message
_____

| **From:** | Laura Sprywa [lsprywa@gmail.com] |
| on behalf of | Laura Sprywa <lsprywa@gmail.com> [lsprywa@gmail.com] |
| **Sent:** | 9/9/2020 11:12:29 PM |
| **To:** | EJeanCarroll@gmail.com |
| **Subject:** | Accusation |

Dear Ms. Carroll,

It saddens women that you would bring out your accusation against President Trump at this time in 2020 claiming that he raped you in the 1990s. It disgusts women who truly have been attacked by men and raped. How can you live with your conscience? If you knew you would be accountable for your words and actions tomorrow and the truth comes out, what would you do differently? Money can only be spent in this life and then we have to give account of how we lived our lives after our death. How many more years do you have to live? Would you do anything differently? It is not too late!

Laura

Confidential                                                                                       CARROLL_028115

Message

| | |
|---|---|
| **From:** | Bill Brunson [nwrsupertech@yahoo.com] |
| **on behalf of** | Bill Brunson <nwrsupertech@yahoo.com> [nwrsupertech@yahoo.com] |
| **Sent:** | 10/27/2020 3:13:53 PM |
| **To:** | E.Jean@askEJean.com |
| **Subject:** | Sex to advance yourself. |

So Donald dated you. Had sex with you then decided to move on. Now 26 years later you're all butt hurt over being used. Boo hoo. You were lucky i would never have had sex with you. You're hideous. So me personally you can go take a flying fyck. Your are disgusting. That dyke hair cut.

Sent from Yahoo Mail on Android

Confidential

Message

| | |
|---|---|
| **From:** | E. Jean Carroll [e.jean@askejean.com] |
| **on behalf of** | E. Jean Carroll <e.jean@askejean.com> [e.jean@askejean.com] |
| **Sent:** | 10/28/2020 4:05:12 AM |
| **To:** | Rita McDonald [rvmcdonald@icloud.com] |
| **Subject:** | Re: E. Jean Carroll |

Sorry, Rita, I am not in Indiana!

On Tue, Oct 27, 2020 at 9:57 PM Rita McDonald <rvmcdonald@icloud.com> wrote:
WHY?   The public will simmer or late Thank r get to you.  If you do not FORGIVE Trump, then The GOOD
LORD will NOT FORGIVE "U" Of Your SINS.  Knowing Trump and everything He Has Done For
America.  Bidens Family is in deep legal trouble and WILL Destroy America.  You are in Indiana.  Look at
cities Burned to the ground. Structures and monuments.  Could be in Indiana. Pence is from there!  SO please
Drop It!   Your Sins Will Not Be Forgiven IF you do NOT forgive Trump.  May God lead guide and direct
your PATHS.

Sent from my iPhone

Confidential

Message

**From**:        kuke@dakotacom.net [kuke@dakotacom.net]
**Sent**:        6/8/2021 3:24:58 AM
**To**:          E.Jean@AskEJean.com
**Subject**:     President Trump

You make me sick to my stomach.  Why on earth would you bring about
allegations against President Trump decades after he took office?  You
do not seem to be a woman he would be interested in, even decades ago.
Please explain.
   He had/has much better taste than you.  You are not attractive in the
slightest.  Why are you insistent upon defaming my president?  Oh, a
story to get you fame and money.  Like I said, you make me sick!

Confidential

# Chats



Confidential                                                    CARROLL_029774

Message

| | |
|---|---|
| **From:** | E. Jean Carroll [ejeancarroll@substack.com] |
| **on behalf of** | Bobert Bombbarthamue <forum@mg1.substack.com> [forum@mg1.substack.com] |
| **Sent:** | 3/16/2022 1:13:49 AM |
| **To:** | ejeancarroll@gmail.com |
| **Subject:** | Comment on Adios, Asshole!! |



Ask E. Jean

  **Bobert Bombbarthamue**

Trump wants your golden shower and grab your cunt you would love it

Like ReplyViewMute thread

178

Confidential

# Chats



**Dakota Steed**

To: Facebook account copy (facebook-EJeanCarroll.zip)

No one assaulted you. Your page literally says, I hate men. It couldn't possibly be because you're uglier than a mangy alley cat and older than dirt. No one believes you. Have you seen Melania?

06/21/2019
10:11:29
AM
(UTC-4)

1

Confidential

# Chats



**3**                                         **Tracy Feifer**                                         0

6/21/2019

**Tracy Feifer**

To: Facebook account copy (facebook-EJeanCarroll.zip)

oh so now you turned off the comment box because you can't HANDLE THE FUCK THAT A LOT OF      06/21/2019
US LADIES DON'T LIKE LIARS ??                                                                 02:19:17
MAYBE YOU SHOLD HAVE KEPT YOUR MOUTH SHUT CULO                                                PM
i'll repeat what I said before because, I want you to get it THROUGH YOUR THICK STUPID SKULL …  (UTC-4)
NO WOMAN SHOULDN'T BE LYING ABOUT BEING RAPED OR SEXUALLY ASSAULTED !!
you better have PROVE OF THIS CHICA
THIS BITCH NEEDS TO SHUT UP !! the only reason why she's running her mouth now is to hope that
she can HELP THE DEMOCRATS TO GET President Donald J. Trump OUT OF OFFICE !!
I was raped 7 times in MY FUCKNNG LIFE. from the ages of 11 years old to 21 years old … TWO,
MAIN FACTORS , AS TO WHY I GOT RAPED , ( ONE I AM DISABLE , TWO , it started happening
when I was a child ).. so I know what SEXUAL ASSAULT / RAPE IS ALL ABOUT ! THIS BITCH RIGHT
HERE , CULO FUCKING CARROLL is just A HATING ON ONE MAN FOR NO FUCKING DAMN
REASON !!
JEAN HEAR THIS ,STEP THE FUCK OFF NOW !!! …
WHY BRING THIS SHIT UP NOW SINCE IT SUPPOSEDLY HAPPEN IN THE 90S YOU FUCKING
CULO ?? I'M SICK OF YOU LADIES LYING !! I CAN'T STAND LIARS !!! SO … DO ME A FAVOR
CHICA
shut up

**Tracy Feifer**

To: Facebook account copy (facebook-EJeanCarroll.zip)

AND by the way I don't take no kind to a "he said , she said BULLSHIT !!                       06/21/2019
                                                                                              02:20:45
                                                                                              PM
                                                                                              (UTC-4)

**Tracy Feifer**

To: Facebook account copy (facebook-EJeanCarroll.zip)

one more thing … AND YOU SHOULD KNOW THIS BY NOW                                               06/21/2019
FAME = SHAME = PAIN                                                                            03:10:55
YOU ARE INSANE                                                                                 PM
                                                                                              (UTC-4)

1

Confidential

# Chats



**18** | **Linda Kubath** | 0

6/21/2019

**Linda Kubath**
To: Facebook account copy (facebook-EJeanCarroll.zip)

Im really tired of women claiming victim

06/21/2019
03:03:45
PM
(UTC-4)

**Linda Kubath**
To: Facebook account copy (facebook-EJeanCarroll.zip)

Did Mr trump force u into lingerie Dept did he give you to dressing room

06/21/2019
03:04:23
PM
(UTC-4)

**Linda Kubath**
To: Facebook account copy (facebook-EJeanCarroll.zip)

Get outta here you had to be what 40+

06/21/2019
03:04:44
PM
(UTC-4)

**Linda Kubath**
To: Facebook account copy (facebook-EJeanCarroll.zip)

You also claim other men did same thing to you

06/21/2019
03:05:10
PM
(UTC-4)

**Linda Kubath**
To: Facebook account copy (facebook-EJeanCarroll.zip)

Do u not take responsibility your actions cuz I have a real hard time believing this kept happening to you

06/21/2019
03:05:52
PM
(UTC-4)

**Linda Kubath**
To: Facebook account copy (facebook-EJeanCarroll.zip)

Wow 20 years later you make claims

06/21/2019
03:06:38
PM
(UTC-4)

**Linda Kubath**
To: Facebook account copy (facebook-EJeanCarroll.zip)

Fake news sweetheart

06/21/2019
03:06:50
PM
(UTC-4)

1

CARROLL_024477



| | | |
|---|---|---|
| 18 | **Linda Kubath** | 0 |

**Linda Kubath**
To: Facebook account copy (facebook-EJeanCarroll.zip)

Call me anytime

06/21/2019
03:07:18
PM
(UTC-4)

**Linda Kubath**
To: Facebook account copy (facebook-EJeanCarroll.zip)

I am not at all minimizing assaults I just think a lot of women cry victim without take responsibility for their own actions

06/21/2019
03:33:57
PM
(UTC-4)

**Linda Kubath**
To: Facebook account copy (facebook-EJeanCarroll.zip)

Assault is never ok

06/21/2019
03:34:11
PM
(UTC-4)

**Linda Kubath**
To: Facebook account copy (facebook-EJeanCarroll.zip)

The facts that you wrote we ended up lingerie was your choices

06/21/2019
03:34:55
PM
(UTC-4)

**Linda Kubath**
To: Facebook account copy (facebook-EJeanCarroll.zip)

Your choice to head to a dressing room with a man u didn't know

06/21/2019
03:35:22
PM
(UTC-4)

**Linda Kubath**
To: Facebook account copy (facebook-EJeanCarroll.zip)

If anythibg is true at all but sounds fishy

06/21/2019
03:35:52
PM
(UTC-4)

**Linda Kubath**
To: Facebook account copy (facebook-EJeanCarroll.zip)

Timing

06/21/2019
03:36:04
PM
(UTC-4)

**Linda Kubath**
To: Facebook account copy (facebook-EJeanCarroll.zip)

Attn to your book etc

06/21/2019
03:36:11
PM
(UTC-4)

2

Confidential



🔴 18                          Linda Kubath                          0 🟢

LK    🔵 Linda Kubath
         To: Facebook account copy (facebook-EJeanCarroll.zip)

      If you were helping buying gift how could you end up in dressing room          06/21/2019 ❌
                                                                                      03:37:12
                                                                                      PM
                                                                                      (UTC-4)

LK    🔵 Linda Kubath
         To: Facebook account copy (facebook-EJeanCarroll.zip)

      Too many holes                                                                  06/21/2019 ❌
                                                                                      03:37:34
                                                                                      PM
                                                                                      (UTC-4)

LK    🔵 Linda Kubath
         To: Facebook account copy (facebook-EJeanCarroll.zip)

      Sorry take care                                                                 06/21/2019 ❌
                                                                                      03:37:42
                                                                                      PM
                                                                                      (UTC-4)

3

Confidential

# Chats



Joseph Rowland

Joseph Rowland
To: Facebook account copy (facebook-EJeanCarroll.zip)

Nobody in their right mind would rape your ugly lying ass.

10/21/2020
05:59:48
PM
(UTC-4)

Confidential

# Chats



**Carolyn Thibodaux**

To: Facebook account copy (facebook-EJeanCarroll.zip)

What a laugh!!! You were not raped by Trump; in fact, it's probably that someone who hates him is paying you.

06/21/2019
11:49:22
AM
(UTC-4)

Confidential

# Chats



Confidential

CARROLL_030106

# Chats



Joe Yesyes

To: Facebook account copy (facebook-EJeanCarroll.zip)

Fuck off. If Trump tried to rape you in 90's you would have spouted off about it a lot sooner than this. Also, Trump was dating young beautiful women at that time. I don't think he would have tried to rape an old below average looking woman. You fucking far left sacks of shit just don't know when to stop. Fuck all the way off.

06/21/2019
12:54:30
PM
(UTC-4)

1

# Chats



⊗ 2                                    David Welty                                    0 ⊗
6/21/2019

**DW**   🔵 David Welty
To: Facebook account copy (facebook-EJeanCarroll.zip)

HAHAHAHA TRUMP IS GOING TO SUE YOUR ASS AGAINST THESE FAKE RAPE CHARGES. YOU ARE A DISGUSTING BIMBO, WHEN WILL YOUR TYPE LEARN? GET WRECKED, SLUT

06/21/2019 ⊗
01:29:48
PM
(UTC-4)

**DW**   🔵 David Welty
To: Facebook account copy (facebook-EJeanCarroll.zip)

I GUESS THIS IS WHAT YOU NEED TO DO TO PROMOTE A BOOK. OTHERWISE, NO ONE ALIVE TODAY KNOWS WHO THE HELL YOU ARE. CHRSITINE BLASEY FORD #2

06/21/2019 ⊗
01:30:54
PM
(UTC-4)

1

                                    CARROLL_030108

# Chats



**Allen Gabrielsen**
To: Facebook account copy (facebook-EJeanCarroll.zip)

trump wouldn't stoop that low, get a life

06/21/2019
02:36:57
PM
(UTC-4)

Confidential

# Chats



**Alan Rockman**
To: Facebook account copy (facebook-EJeanCarroll.zip)

BIMBO ALERT. Not to mention LIAR.

06/21/2019
03:23:38
PM
(UTC-4)

1

Confidential

# Chats



Your a liar and I pray your exposed...most have awoken and realize the games you crazies are playing ..

06/21/2019
03:26:48
PM
(UTC-4)

Confidential                                                                 CARROLL_030113

# Chats



| 🔴 1 | Warren Walters | 0 🟢 |

6/21/2019

**WW**

**Warren Walters**

To: Facebook account copy (facebook-EJeanCarroll.zip)

You lying fucking twat. Open your comments section you crazy bitch.
https://dailycaller.com/2019/06/21/trump-rape-accusation-false-e-jean-carroll/
https://dailycaller.com/2019/06/21/trump-rape-accusation-false-e-jean-carroll/
https://dailycaller.com/2019/06/21/trump-rape-accusation-false-e-jean-carroll/
https://dailycaller.com/2019/06/21/trump-rape-accusation-false-e-jean-carroll/

https://dailycaller.com/2019/06/21/trump-rape-accusation-false-e-jean-carroll/
https://dailycaller.com/2019/06/21/trump-rape-accusation-false-e-jean-carroll/
https://dailycaller.com/2019/06/21/trump-rape-accusation-false-e-jean-carroll/
https://dailycaller.com/2019/06/21/trump-rape-accusation-false-e-jean-carroll/

06/21/2019
05:16:07
PM
(UTC-4)

1

Confidential

# Chats



| 1 | Michelle Elenz | 0 |
|---|---|---|

6/21/2019

**Michelle Elenz**
To: Facebook account copy (facebook-EJeanCarroll.zip)

You lying ugly old hag! You are disgusting and your karma will come back to you. You dems will say anything even long after trump is president. Your a fn disgrace!

06/21/2019
04:40:06
PM
(UTC-4)

1

CARROLL_030115

# Chats



James Vaughn

To: Facebook account copy (facebook-EJeanCarroll.zip)

You're a lying bitch and you know it. If it were true, you would have come forward prior to President Trump being elected the first time! Lying skank-ass liberal! □□□

06/21/2019
04:01:10
PM
(UTC-4)

1

Confidential

# Chats



❌ 2                                      Glenn Rebenstorf                                      0 ⊘

6/21/2019

### Glenn Rebenstorf
To: Facebook account copy (facebook-EJeanCarroll.zip)

Here is her YouTube Channel. All you need to see her devious LYING character is RIGHT THERE ON
FULL DISPLAY.
Laughably stupid fools would trust this witch!!!
https://www.youtube.com/user/AskEJean
https://www.youtube.com/user/AskEJean
The Father, Son and Holy Spirit will bring you fully down to zero just like God did to Michael Avenatti!
https://www.youtube.com/channel/UCwcTpnqp49Q0Ioq_H9C8xKA
https://www.youtube.com/channel/UCwcTpnqp49Q0Ioq_H9C8xKA

https://www.youtube.com/user/AskEJean
https://www.youtube.com/user/AskEJean
https://www.youtube.com/channel/UCwcTpnqp49Q0Ioq_H9C8xKA
https://www.youtube.com/channel/UCwcTpnqp49Q0Ioq_H9C8xKA

06/21/2019
03:36:15
PM
(UTC-4)

### Glenn Rebenstorf
To: Facebook account copy (facebook-EJeanCarroll.zip)

Too bad you decided to come against President Trump. Now watch God deal with you!!!
WATCH!!!

06/21/2019
03:37:27
PM
(UTC-4)

1

# Chats



| 1 | Michael Drury | 0 |

6/21/2019

**MD**

**Michael Drury**

To: Facebook account copy (facebook-EJeanCarroll.zip)

Your nothing but a liar! Trump did nothing to you! Your only saying this to promote your book! You have to answer to the LORD for your lies! I hope it is worth it?!

06/21/2019
06:09:20
PM
(UTC-4)

Confidential

# Chats



⊗ 4                                      Brian Flowers                                      0 ⊗
                                          6/22/2019

**BF**    🦊 Brian Flowers
          To: Facebook account copy (facebook-EJeanCarroll.zip)

          so your career is floundering and you lie for attention?                06/22/2019
                                                                                  12:09:34
                                                                                  AM
                                                                                  (UTC-4)

**BF**    🦊 Brian Flowers
          To: Facebook account copy (facebook-EJeanCarroll.zip)

          if you were really assaulted you would have spoke up 23 years ago.      06/22/2019
                                                                                  12:09:43
                                                                                  AM
                                                                                  (UTC-4)

**BF**    🦊 Brian Flowers
          To: Facebook account copy (facebook-EJeanCarroll.zip)

          you obviously just want to sell your new book                          06/22/2019
                                                                                  12:10:43
                                                                                  AM
                                                                                  (UTC-4)

**BF**    🦊 Brian Flowers
          To: Facebook account copy (facebook-EJeanCarroll.zip)

          but guess what. youre gonna be falsely accused of sexual assault next week except its gonna be a    06/22/2019
          current accusation. and while youll come out as innocent in the end. it will completely destroy your    12:11:28
          credibility and book sales                                              AM
                                                                                  (UTC-4)

1

# Chats



**2**           **VJ Zimmerman**           0

6/22/2019

**VZ**    **VJ Zimmerman**

To: Facebook account copy (facebook-EJeanCarroll.zip)

WHAT A TITLE... FOR A BOOK.... HOW MUCH ARE YOU AND THE DEMS PAYING FOR YOUR LIES ABOUT OUR PRESIDENT... YOU ONLY WISH YOU HAD A CHANCE..... HAHAHAHA YOU ARE SINGLE BECAUSE YOU HAVE NO RESPECT FOR A MAN,,, ANY MAN,,, AND WOMEN LIKE YOU DESERVE TO BE ALONE...HAHAHAH AND THE DEMOCRATS WILL NOT BECOME PRESIDENT, ETC.. BECAUSE WITH ALL OF THEIR CONTINUOUS THREE PLUS YEARS OF HATE, LIES, AND PROPOGANDA.... WE SURELY WANT OUR COUNTRY TO BE SAFE AND FREE.... THAT IS WHY DONALD J. TRUMP... WLLL BE..... READ MY LIPS.... HE WILL BE PRESIDENT STILL,,, INTO 2020 PLUS.. AMEN...... YOU ARE WORKING FROM THE EVIL SIDE OF LIFE...... WE PRAY FOR YOUR SOULS..... DAILY...... AMEN.... YOU ALL NEED .. GOD....................

06/22/2019 04:43:08 AM (UTC-4)

**VZ**    **VJ Zimmerman**

To: Facebook account copy (facebook-EJeanCarroll.zip)

THE ONLY PEOPLE WHO WILL READ YOUR TRASHY LYING BOOK ARE OTHERS LIKE YOU.. THE.. METOOMOVEMENT,,,, WOMEN FULL OF HATE AND NASTY...... ANYONE WANT A BIBLE....... YOU CAN FIND THEY ARE EVEN FREE TO THOSE OF YOU WHO NEED ONE FOR THE TRUTHS OF LIFE,,, AND GOD HIMSELF..... ACTUALLY,, THE BIBLE IS STILL THE NUMBER ONE SELLER IN THE WORLD...... AMEN...

06/22/2019 04:45:43 AM (UTC-4)

1

# Chats



1   Renee Shipley                                                            0

6/22/2019

RS   Renee Shipley
     To: Facebook account copy (facebook-EJeanCarroll.zip)

liar liar your pants on fire..he will be president again God almighty is running the show. you threw you      06/22/2019
hat in the ring you will reap what you have sown                                                             04:23:23
                                                                                                            AM
                                                                                                            (UTC-4)

1

Confidential

# Chats



| 1 | Steve Barnet | 0 |

6/22/2019

**SB**  **Steve Barnet**
To: Facebook account copy (facebook-EJeanCarroll.zip)

You sound desperate. Accusing DT of sexual assault from the 1990's. What people will do for money, sad. I hope no one buys it.
Who's the real whore here?

06/22/2019
06:40:06
AM
(UTC-4)

1

# Chats



| 1 | Patrick Harris | 0 |

6/22/2019

**Patrick Harris**
To: Facebook account copy (facebook-EJeanCarroll.zip)

Hey hey- your a fucking liar! Guess Trump was right, your trying to sell something.

06/22/2019
03:47:39
PM
(UTC-4)

1

Confidential

# Chats



KS   Karen Marie Jacobsen Strunk
    To: Facebook account copy (facebook-EJeanCarroll.zip)

Wait 25 years to announce an attempted rape... pathetic

06/23/2019
05:48:18
AM
(UTC-4)

1

Confidential

# Chats



1                Dave Mcinnes                 0

6/23/2019

**Dave Mcinnes**
To: Facebook account copy (facebook-EJeanCarroll.zip)

1. You ALLOW folks to use the word rape. Was there penetration? 2. Why were YOU ever in the dressing room? 3. Did he stop when you "demanded" as much, or, did you overpower this "very large man"? If you want ANY credibility at all, you need to tell the WHOLE story! Personally, I think perhaps something similar did happen, but the way you are fast and loose with your story screams Liberal Nutjob. Thank you.

06/23/2019
12:34:48
AM
(UTC-4)

1

Confidential

# Chats



**Kathleen Woolard**

3                    Kathleen Woolard                    0

6/22/2019

**Kathleen Woolard**

To: Facebook account copy (facebook-EJeanCarroll.zip)

Hi e.jean Carroll I want to tell you that you are a lying bitch!I believe Trump!why would he want to rape you when you are so frickin ugly!go get a life and leave President Trump alone!why don't you home and let your mommy change your diaper and give you your bottle and put you to bed!

06/22/2019 06:19:55 PM (UTC-4)

**Kathleen Woolard**

To: Facebook account copy (facebook-EJeanCarroll.zip)

Kathleen added you on Messenger.

06/22/2019 06:20:07 PM (UTC-4)

7/24/2019

**Kathleen Woolard**

To: Facebook account copy (facebook-EJeanCarroll.zip)

I feel so sorry for you Jean carroll especially when you lie!I am praying for you cause some day you will answer to God about all your lies about Trump!

07/24/2019 01:36:10 PM (UTC-4)

1

Confidential

# Chats



1    Tim Wolffis    0

6/23/2019

Tim Wolffis
To: Facebook account copy (facebook-EJeanCarroll.zip)

You're so fucking stupid. Get a life. You are just a sexist, no good excuse for a human being. You don't like Trump. He wouldn't touch you. I don't know why anyone would touch you. Just crawl back in your little lonely writer hole

06/23/2019
06:02:17
AM
(UTC-4)

1

Confidential                                CARROLL_030127

# Chats

| ⊘ 3 | Nellie Marsell | 0 ⊘ |
|---|---|---|

6/23/2019

**NM**

Nellie Marsell

To: Facebook account copy (facebook-EJeanCarroll.zip)

You wish that trump raped you you a big sick f lier il you think you sell your book that way,you wrong. Trump sure would look for a better looking woman than you ugly face. You should be a shame of your self now after 29 years you a sick person.you better proof this bitch.

06/23/2019
02:47:37
PM
(UTC-4) ⊘

**NM**

Nellie Marsell

To: Facebook account copy (facebook-EJeanCarroll.zip)

posts/media/stickers_used/851575_126362190881911_254357215_n_126362187548578.png

06/23/2019
02:47:46
PM
(UTC-4) ⊘



851575_126362190
881911_254357215
_n_1263621875485
78.png

1

CARROLL_030128

3   **Nellie Marsell**   0

**NM**

**Nellie Marsell**
To: Facebook account copy (facebook-EJeanCarroll.zip)

posts/media/stickers_used/851575_126362190881911_254357215_n_126362187548578.png

06/23/2019
02:47:46
PM
(UTC-4)



851575_126362190
881911_254357215
_n_1263621875485
78.png

2

# Chats



**David Alan**

To: Facebook account copy (facebook-EJeanCarroll.zip)

I guess someone out there as heard of you. No one I know though. I had to search Facebook. So, 20+ Donald Trump "attached" you in a crowded department store and you are just opening your big lying mouth now. I can't imagine anyone would believe you but you really should confess about your motives. I can give a pretty darned close guess on those.

06/24/2019
05:27:55
AM
(UTC-4)

1

# Chats



Steve Pietruniak

To: Facebook account copy (facebook-EJeanCarroll.zip)

Your interview with CNN was absolutely insane. You're lying you horrible, horrible piece of human garage. You're removing the credibility of women who were actually raped. You just want fame and have jumped on the anti-trump bandwagon with no facts. Go back in the hole you came from.

06/24/2019
12:28:22
PM
(UTC-4)

Confidential

# Chats



Confidential

CARROLL_030133

# Chats



Patrick McDowell

6/24/2019

**Patrick McDowell**

To: Facebook account copy (facebook-EJeanCarroll.zip)

Shame on you and your liberal I hate Trump story. I would never believe you because of when and how this comes out. You should be ashamed because fake stories such as this make it hard on the true victims of abuse.

06/24/2019
01:55:52
PM
(UTC-4)

1

# Chats



⊗ 2    Janice Christian    0 ⊘

6/24/2019

**JC**    🔵 Janice Christian
To: Facebook account copy (facebook-EJeanCarroll.zip)

If you are the woman who wrote a book and are the Trump Rape accuser. No one in their right mind    06/24/2019
would ever think of RAPE as SEXY furtherrmore I think you're only trying to sell a book and I don't really    05:32:56
think that happened.I have serious doubts,but if it did I would not think of it as Sexy.Rape is a violation    PM
lady.Get over yourself .Good luck with that book I'm sure it won't see #1    (UTC-4)

6/25/2019

**JC**    🔵 Janice Christian
To: Facebook account copy (facebook-EJeanCarroll.zip)

If you really said this you're a nutjob.Women love the idea of being drug into a cave bya a man.Maybe    06/25/2019
YOU do ,not me .What the HELL is wrong with you ?    06:45:52
https://summit.news/2019/06/25/trump-rape-accuser-once-said-women-love-idea-of-being-dragged-into    AM
-a-cave-by-a-man/    (UTC-4)
https://summit.news/2019/06/25/trump-rape-accuser-once-said-women-love-idea-of-being-dragged-into
-a-cave-by-a-man/
https://summit.news/2019/06/25/trump-rape-accuser-once-said-women-love-idea-of-being-dragged-into
-a-cave-by-a-man/
https://summit.news/2019/06/25/trump-rape-accuser-once-said-women-love-idea-of-being-dragged-into
-a-cave-by-a-man/

https://summit.news/2019/06/25/trump-rape-accuser-once-said-women-love-idea-of-being-dr
agged-into-a-cave-by-a-man/

https://summit.news/2019/06/25/trump-rape-accuser-once-said-women-love-idea-of-being-dr
agged-into-a-cave-by-a-man/

https://summit.news/2019/06/25/trump-rape-accuser-once-said-women-love-idea-of-being-dr
agged-into-a-cave-by-a-man/

https://summit.news/2019/06/25/trump-rape-accuser-once-said-women-love-idea-of-being-dr
agged-into-a-cave-by-a-man/

1

# Chats



**Norm Sargent**

To: Facebook account copy (facebook-EJeanCarroll.zip)

You are a lying cunt. I only wish THAT could be proven and YOU would go to jail, when will you fucking liberals give up?? I only pray NOONE BUYS YOUR FUCKING BOOK, you are an embarrassment to all women who have actually been sexually assaulted! Any shrink worth their degree knows your actions show you are nothing more than an attention seeking, profit seeking cunt (yes cunt in the clinical term)

06/24/2019
05:48:11
PM
(UTC-4)

1

Confidential

# Chats



| 1 | Jamie Lynn Ockerman | 0 |
|---|---|---|

6/25/2019

**JO**

Jamie Lynn Ockerman

To: Facebook account copy (facebook-EJeanCarroll.zip)

Congratulations on the upcoming book. Guess you had to come up with a lie just to generate buzz about your book. Enjoy the slander and defamation charges coming your way. Hope you sell enough books to afford a good attorney.

06/25/2019
07:19:13
AM
(UTC-4)

1

# Chats



| 1 | S.K. Bernethy | 0 |

6/25/2019

**SB**  S.K. Bernethy
To: Facebook account copy (facebook-EJeanCarroll.zip)

Desperate Much? As if Trump would touch your inbred looking ass....Gross!

06/25/2019
06:09:21
AM
(UTC-4)

1

# Chats



**Reed Rothchild**

6/26/2019

**RR**   Reed Rothchild

To: Facebook account copy (facebook-EJeanCarroll.zip)

Nice try, lol i no
a lot of homeless folks , might want to ship them books to SF so they could build some tents out of
them books
https://twitter.com/Trump454545/status/1143596931198967809
https://twitter.com/Trump454545/status/1143596931198967809
https://twitter.com/Trump454545/status/1143596931198967809
https://twitter.com/Trump454545/status/1143596931198967809

https://twitter.com/Trump454545/status/1143596931198967809
https://twitter.com/Trump454545/status/1143596931198967809
https://twitter.com/Trump454545/status/1143596931198967809
https://twitter.com/Trump454545/status/1143596931198967809

06/26/2019
12:18:18
PM
(UTC-4)

1

# Chats



Amanda Lama

6/27/2019

**Amanda Lama**

To: Facebook account copy (facebook-EJeanCarroll.zip)

Your a wicked woman and you've now been caught out in your horiffic lie. | 06/27/2019
Dear Fox News, | 05:57:54
Do you have any up dates on E Jean Carroll Who released a book and in it she states Trump raped | AM
her. Well if your interested I looked on a site called Mr Regan and they stated she brokers the idea of | (UTC-4)
fantasy rape in here book and has taken the story verbatim from an episode of Law and order about
fantasy rape svu and he actually shows the clip from the TV....( I have seen the clip ) and I've posted it
to all the news stations you have prompted your elf on I'd go into hiding if we're you....I knew you lied,
Shame on you and I hope you never get to work again such horrific lies, imagine what his young son is
going through and his wife. Ive also sent it to Trump. what a wicked thing to do...You should and I hope
go to jail.We call people like you cunts....

8/28/2019

**Amanda Lama**

To: Facebook account copy (facebook-EJeanCarroll.zip)

E. Jean Carroll is a fraud – and now we know she is also a plagiarist. Her false Trump rape story that | 06/27/2019
appears in her book came straight from an episode of Law and Order: Special Victims Unit—Episode | 11:58:29
11, Season 13. Do you doubt it? The victim was raped in a Bergdorf Goodman, exactly where she said | PM
that her rape took place. Of course it could just be a coincidence, like the time my Uncle Jed was | (UTC-4)
shooting at some food, when up through the ground came a bubbling crude. That happened just before
we moved to Beverly Hills.
From The Gateway Pundit
CNN's Anderson Cooper on Monday interviewed E. Jean Carroll, a woman who alleged Donald Trump
raped her in a Bergdorf Goodman dressing room in the 1990's.
Bergdorf Goodman is a very high-end department store packed with attentive salespeople and security
which makes Carroll's claims even more preposterous.
Anderson Cooper was left speechless and stuttering and decided to cut to commercial break after E.
Jean Carroll called rape "sexy."
"I think most people think of rape as being sexy," Carroll said. "They think of the fantasies."
The woman is not well.
And it appears she is also a plagiarist.
Carroll's story is eerily similar to an episode of Law and Order from season 13 — right down to the rape
fantasy in a Bergdorf Goodman dressing room.

**Amanda Lama**

To: Facebook account copy (facebook-EJeanCarroll.zip)

messages/stickers_used/851587_369239346556147_162929011_n_369239343222814.png | 06/27/2019
11:58:39
PM
(UTC-4)

851587_369239346
556147_162929011
_n_3692393432228
14.png

1

# Chats



☒ 4                 **Greg Luther**                 0 ➔

6/26/2019

**Greg Luther**

To: Facebook account copy (facebook-EJeanCarroll.zip)

You know I've had the sadness of watching you on one of those worthless channels, talking about you being groped by then Donald Trump. Your explaination was that you were hoping to get him to put on some see thru dress overtop of his suit. Then he forced himself on you. I wonder if you are desperate for attention, or just another example of women that know they are basically insignificant. If society can come up with a way to bring strong baby boys into the world without having to come out of your old and discusting vaginas then your only value would be to swallow the unwanted babies that make it very inconvenient for men to enjoy their lives. Men have always been in command, and will continue generation after generation to make sure women understand their place in this world. With all of the liberating things in our great republic to have happened why do you suppose women still get paid less then men? Maybe if you spent less time on your knees and back trying to climb the corporate food chain you might actually earn some respect.

06/26/2019 07:34:20 PM (UTC-4)

**Greg Luther**

To: Facebook account copy (facebook-EJeanCarroll.zip)

If you are the woman that you say you are then surely you can put me in my place intellectually. Call me if you dare! 843-368-0260

06/26/2019 07:35:33 PM (UTC-4)

7/1/2019

**Greg Luther**

To: Facebook account copy (facebook-EJeanCarroll.zip)

Yes, that

07/01/2019 02:39:00 AM (UTC-4)

**Greg Luther**

To: Facebook account copy (facebook-EJeanCarroll.zip)

is what I thought. A guttless, weak female!

07/01/2019 02:39:27 AM (UTC-4)

1

# Chats



| 1 | Michael Hartman | 0 |
|---|---|---|

6/27/2019

**MH**  Michael Hartman
To: Facebook account copy (facebook-EJeanCarroll.zip)

u wish Trump touched you you nasty whore dike

06/26/2019
08:09:12
PM
(UTC-4)

# Chats



**Bill Kilby**

To: Facebook account copy (facebook-EJeanCarroll.zip)

My sister was raped once. It's nothing to keep quiet about. Especially if it is a rich bastard you can sue. Hmmm 3 more bleeding heart fading socialist personalities come out with a rape claim from 20 years ago. Right when election talk gears up and right around the Democratic Convention. Hmmm Coincidence? Must be writing a new book. You ladies really don't have a conscience do you? What are you getting paid for this charade? I am sure there some abortions need accomplished down the street. Why don't you go help them and write a book about that. Make sure to include plenty of photos for added effect. .

06/27/2019
03:11:33
PM
(UTC-4)

12/25/2019

**Bill Kilby**

To: Facebook account copy (facebook-EJeanCarroll.zip)

Merry Christmas!

12/25/2019
09:41:20
AM
(UTC-5)

1

CARROLL_030143

# Chats



○ 1                                Gary Lee                                0 ○

*6/27/2019*

**GL**    🔵 Gary Lee
          To: Facebook account copy (facebook-EJeanCarroll.zip)

"Would you have sex with Donald Trump for $17,000? (Even if you could A) give the money to Charity?    06/27/2019 ○
B) Close your eyes? And he's not allowed to speak?)                                                      05:08:40
LOL How long have you been fantasizing about having sex with TRUMP? At least for 7 years... longer?       PM
                                                                                                         (UTC-4)

1

# Chats



**Ken Nelson**
To: Facebook account copy (facebook-EJeanCarroll.zip)

My dog wouldn't hump ur leg, y do u think u can try and fabricate a rape story? Oh yeah u wrote a book... Go back on ur meds

06/27/2019
11:30:55
PM
(UTC-4)

Confidential                    CARROLL_030145

# Chats



**Ian Rust**

To: Facebook account copy (facebook-EJeanCarroll.zip)

Your fake, mentally insane rape fantasizing and babbling is only making an embarrassment of yourself and discrediting every allegation made against the president prior to now...

06/30/2019
01:28:11
PM
(UTC-4)

Confidential

# Chats



Confidential

# Chats



**4**   Daniel Neumann   0

*7/8/2019*

**Daniel Neumann**
To: Facebook account copy (facebook-EJeanCarroll.zip)

Go look in the mirror and tell me honestly that you can convince anyone that somebody would want to even fuck you. Keep selling those books asshole☐☐☐

07/06/2019
04:47:35
PM
(UTC-4)

*7/20/2019*

**Daniel Neumann**
To: Facebook account copy (facebook-EJeanCarroll.zip)

The second rule is, don't vote for some ant American muslim whore ☐☐

07/20/2019
01:36:54
AM
(UTC-4)

*2/6/2020*

**Daniel Neumann**
To: Facebook account copy (facebook-EJeanCarroll.zip)

After that piece of Schitt tried to frame Kavanaugh, I wouldn't doubt that you somehow found some DNA to smear on your ☐.
Beyond a reasonable doubt! You will lose.
You liberal assholes cannot be trusted one inch!

02/06/2020
12:46:21
PM
(UTC-5)

*2/20/2020*

**Daniel Neumann**
To: Facebook account copy (facebook-EJeanCarroll.zip)

Get on with your life you miserable fuck!!!!
Get some help for that TDS.

02/20/2020
01:23:25
PM
(UTC-5)

1

Confidential

# Chats



| 1 | Joanie Petersen | 0 |

11/8/2019

**Joanie Petersen**
To: Facebook account copy (facebook-EJeanCarroll.zip)

I sure hope our president digs so far into your past that you will never show your ugly head again. ....trump 2020

11/08/2019
03:48:57
PM
(UTC-5)

1

# Chats



| 1 | Larry Thomas | 0 |

1/31/2020

**Larry Thomas**

To: Facebook account copy (facebook-EJeanCarroll.zip)

So, you wait 30 fucking years to claim you have been raped by Trump. You sure planned that perfect, you lying cunt! You fucking liberals never know when to quit! Go fuck yourself, you sorry liberal piece of shit! Go to hell while you are at it, bitch!

01/31/2020
05:01:24
AM
(UTC-5)

1

# Chats



| 1 | Barbara Dinius | 0 |
|---|---|---|

2/1/2020

**BD**

**Barbara Dinius**

To: Facebook account copy (facebook-EJeanCarroll.zip)

WTF are you trying to pull?? rape 30 years ago what a fucking joke!! who the hell is paying you?? IF i were Trump i wouldn't submit to any DNA so the government could plant it!! YOU ARE A JOKE!! and i'm ashamed you are from the same town i am from!! Oh i see you want a book deal. People who ACCUSE others of rape and they are found out to be lying should and will go to PRISON!!

01/31/2020
10:34:21
PM
(UTC-5)

1

CARROLL_030152

# Chats



| 1 | Bonnie Elizabeth Daily | 0 |

2/1/2020

**BD**  Bonnie Elizabeth Daily
To: Facebook account copy (facebook-EJeanCarroll.zip)

Trump didn't assault you, your such a slut and a cunt and a liar and paid by the Democratic party, get a life and stop lying and grow up you bitch

01/31/2020
08:04:00
PM
(UTC-5)

1

Confidential

# Chats



**3**  Ruby Shankles  **0**

2/18/2020

**RS**  Ruby Shankles
To: Facebook account copy (facebook-EJeanCarroll.zip)

WOW YOU ARE SOME KIND OF BITCH. JUST HAVE TO ASK HOW MUCH SOROS AND THE COMMUNIST DEMOCRAPS ARE SHOVING UP YOUR ASS.

02/18/2020
02:49:12
PM
(UTC-5)

**RS**  Ruby Shankles
To: Facebook account copy (facebook-EJeanCarroll.zip)

WHY WOULD TRUMP WANT TO SCREW YOU WHEN HE HAS BEAUTIFUL WIFE.

02/18/2020
02:50:35
PM
(UTC-5)

**RS**  Ruby Shankles
To: Facebook account copy (facebook-EJeanCarroll.zip)

YOU MUST BE ONE SCREWED UP BITCH.

02/18/2020
02:50:46
PM
(UTC-5)

1

CARROLL_030154

# Chats



**Jen Burton**

To: Facebook account copy (facebook-EJeanCarroll.zip)

Trump wouldn't sleep with you even with a bag over your head. Lunatic!!

10/27/2020
06:25:36
AM
(UTC-4)

Confidential

# Chats



| 1 | Stuart Campbell | 0 |

10/27/2020

**Stuart Campbell**
To: Facebook account copy (facebook-EJeanCarroll.zip)

I hope trump sues your ass and you go to jail forever you lying bitch.

10/27/2020
10:25:27
AM
(UTC-4)

1

CARROLL_030156

| Message | |
|---|---|
| **From:** | Tschuler (via Twitter) [notify@twitter.com] |
| on behalf of | Tschuler (via Twitter) <notify@twitter.com> [notify@twitter.com] |
| **Sent:** | 9/9/2020 12:50:15 AM |
| **To:** | E. Jean Carroll [ejeancarroll@gmail.com] |
| **Subject:** | Tschuler (@Tschuler11) has sent you a Direct Message on Twitter! |





# Tschuler sent you a Direct Message.

I knew you lied to America peoples about Trump raped you. That is last minute announcement about Trump raped you at near Election Day. I totally don't believe you said. I believed someone bribed you something false complaint. You're motherfucker then go to hell. I believed you made up your minds against Trump. You're liar wonan

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Confidential                                                                                                    CARROLL_028063

Confidential



I knew you lied to America peoples about Trump raped you. That is last minute announcement about Trump raped you at near Election Day. I totally don't believe you said. I believed someone bribed you something false complaint. You're motherfucker then go to hell. I believed you made up your minds against Trump.  You're liar wonan

000

8:50 PM

Confidential

CARROLL_028065