# EXHIBIT 6

Confidential

Page 1

1

2              UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF NEW YORK
3
             CASE No. 20 CIV. 7311 (LAK)(JLC)
4

5   E. JEAN CARROLL,

6              Plaintiff,

7   -vs-

8   DONALD J. TRUMP,
    in his personal capacity,
9
               Defendant.
10  _____/

11

12

13                    =  =  =

14                 CONFIDENTIAL

15                    =  =  =

16

17      VIDEOTAPED DEPOSITION OF DONALD J. TRUMP

18

             Wednesday, October 19, 2022
19              10:22 a.m. - 3:50 p.m.

20              The Mar-a-Lago Club
             1100 South Ocean Boulevard
21           Palm Beach, Florida, Florida

22

23  Stenographically Reported By
    Pamela J. Pelino, RPR, FPR, CLR
24  Notary Public, State of Florida
    TSG REPORTING
25  JOB NO. 218342
                      -  -  -

Confidential

```
 1                      D. J. TRUMP

 2              (DJT Exhibit 2 was marked for

 3   identification.)

 4   BY MS. KAPLAN:

 5      Q.    I'm handing you a document that's printed

 6   off the Internet, and it has an Internet address at

 7   the bottom.  I'm not even going to try to read that.

 8   but it's entitled the April 1987 Penn dinner, and

 9   it's several pages with several photographs.  And

10   the top page -- well, let me read into the document.

11   It says 24 years ago -- withdrawn.

12              The article is dated April 5, 2011, and

13   it begins by saying:  "24 years ago this month at

14   the Metropolitan Club, there was a Penn dinner to

15   beat all previous Penn dinners.  It was chaired by

16   Gayfryd Steinberg, who was then one of the reining

17   queens of New York society."  Do you see that?

18      A.    Yes.

19      Q.    And there are various photos throughout

20   this document.  The first photo on the first page is

21   you and your wife?

22      A.    Yes.

23      Q.    With Ms. Steinberg?

24      A.    Yes.

25      Q.    And then if you turn to page 7 of 26.
```

Confidential

1                          D. J. TRUMP

2         A.    (Witness complied.)

3         Q.    On the bottom, do you see that picture of

4    you?

5         A.    Yes.

6         Q.    Do you recognize who you're with there?

7         A.    It's Elaine.

8         Q.    And from the restaurant Elaine's?

9         A.    Right.

10        Q.    Okay.  Sitting here today, sir, I take it

11   you don't recall being at this Penn dinner in 1987?

12        A.    No, not much.

13        Q.    But you have no reason to believe that

14   you weren't there as reported in this article?

15        A.    No.

16        Q.    Now, there's a report from the New York

17   Times -- let me back up.

18              How often would you go to Elaine's to

19   your recollection?

20        A.    Not very much.  I would say maybe a few

21   times a year.

22        Q.    And there's a report in the New York

23   Times -- I don't have to mark this.  You'll see if

24   you remember.  I'm reading from an article from the

25   New York Times dated October 16 -- excuse me --

Confidential

1                          D. J. TRUMP

2    2022, that -- the title of which is "Nikki Haskell

3    Learns the Social Costs of Supporting Donald Trump,"

4    and it's an interview with a woman by the name of

5    Nikki Haskell.  And she says in this article that

6    "the first night he" -- being you -- "took a Czech

7    fashion model named Ivana Zelníčková" -- I hope I

8    got that right -- out on the town, Ms. Haskell,

9    along with her date.  Met up with them at Elaine's."

10            Do you recall very early in your

11   relationship with your first wife taking her out to

12   Elaine's?

13        A.    No.

14        Q.    Sitting here today, do you know if you

15   ever ate at Elaine's with Ivana Trump?

16        A.    Yes, I think.

17        Q.    And there's an article -- it's true, sir,

18   that your first wife in particular liked going to

19   Elaine's?  I have numerous articles talking of her

20   going there.

21        A.    She liked different places.  She liked

22   Elaine's.

23        Q.    Okay.  Now, are you familiar, sitting

24   here today, with something known as "the writers

25   table" at Elaine's?

Confidential

```
1                      D. J. TRUMP

2      A.    A little bit.  Not much.

3      Q.    What do you mean, "a little bit"?

4      A.    Certain celebrity writers would go to

5  Elaine's.  It was known for that.  She liked

6  writers.  She liked people that were intelligent,

7  and they would -- there was a table designated where

8  she would have dinner with certain -- usually

9  celebrity writers.

10     Q.    Do you recall ever sitting at the

11 writers' table at Elaine's?

12     A.    I might have.

13     Q.    I'm going to go through just a few events

14 that we have records of that you attended during the

15 period late 1995 to early 1996.  It shouldn't take

16 very long, but I just want to establish this for the

17 record.

18           MS. KAPLAN:  And the first I'm going to

19      mark is, I guess, DJT 2.

20           (DJT Exhibit 3 was marked for

21 identification.)

22 BY MS. KAPLAN:

23     Q.    So in front of you, you have a document

24 we've marked as DJT 3.  It's a reprint of something

25 on the Internet from Getty Images, and am I right
```

```
1                      D. J. TRUMP
2    that this article and this photo indicates that you
3    attended a roast of the actor Steven Seagal at the
4    Friars Club in New York on October 6, 1995?
5         A.    Well, I have a different article.
6               MS. HABBA:  We have the Mark Jacobs
7         fashion show one.
8               MS. KAPLAN:  I'm sorry.
9               (Discussion held off the record.)
10               MS. KAPLAN:  I'm remarking as DJT 3 an
11         article -- a reprint from Getty's Images.
12               (Discussion held off the record.)
13    BY MS. KAPLAN:
14         Q.    Let me just scroll back for a second.
15               So in the period in the '80s and '90s,
16    we've already discussed you would go to benefits and
17    parties.  And is it fair to say that at a lot of
18    those parties, there would be a -- or benefits there
19    would be kind of a photography line either at the
20    beginning or throughout the event?
21         A.    Yes.
22         Q.    And that people would take photographs
23    like Getty Images and then put them out?
24         A.    Right.
25         Q.    So if you look at DJT 3, is it fair to
```

Confidential

1                          D. J. TRUMP

2      say that this indicates that you were at a roast of

3      Steven Seagal at the Friars Club in New York City on

4      October 6, 1995?

5          A.    Yes.

6          Q.    All right.

7               MS. KAPLAN:   Similarly, we're going to

8          mark as -- DJT 4.

9               (DJT Exhibit 4 was marked for

10         identification.)

11     BY MS. KAPLAN:

12         Q.    And is it fair to say that this shows

13     that you attended a fashion show with your daughter

14     and Marla Maples on October 2, 1995, in Bryant Park?

15         A.    Yes.

16              (DJT Exhibit 5 was marked for

17     identification.)

18     BY MS. KAPLAN:

19         Q.    You have DJT 5 in front of you, sir?

20         A.    Yes.

21         Q.    And this is another Getty Images

22     printout, and is it fair to say that this document

23     indicates that you were the grand marshal of the New

24     York City Veterans Day Parade on November 10, 1995,

25     in New York City?

Confidential

1                           D. J. TRUMP

2        A.    Yes.

3        Q.    Getty Images would be very proud of

4    itself.

5              MS. KAPLAN:  Another document we'll mark

6        as DJT 6.

7              (DJT Exhibit 6 was marked for

8    identification.)

9    BY MS. KAPLAN:

10       Q.    DJT 6.  Is it fair to say that you and

11   your then wife, Marla Maples, were sighted at the

12   Coco Pazzo restaurant in New York City on December

13   4, 1995?

14       A.    Yes.  Looks like it.

15             (DJT Exhibit 7 was marked for

16   identification.)

17   BY MS. KAPLAN:

18       Q.    And DJT 7 indicates that you attended a

19   fashion benefit for the design industry's foundation

20   Fighting AIDS on April 24, 1996; correct?

21       A.    Yes.

22             (DJT Exhibit 8 was marked for

23   identification.)

24   BY MS. KAPLAN:

25       Q.    And, finally, DJT 8, which you should

```
1                         D. J. TRUMP
2    have in front of you, sir, has a photograph, and the
3    caption reads "New York Real Estate Giant
4    Donald Trump Poses in His Trump Tower Office on a
5    Giant Letter T on May 8, 1996."
6              Do you have that in front of you?
7         A.   Yes.
8         Q.   And you have no reason to believe that
9    this photo wasn't taken on May 8, 1996?
10        A.   It's fine.
11        Q.   When you say this is fine, you mean you
12   agree that this photo was taken of you on May 8,
13   1996?
14        A.   Yes.
15        Q.   Okay.  Now, during this period, which
16   would be late 1995, early 1996, who kept your
17   calendar?
18        A.   Kept my what?
19        Q.   Calendar.
20        A.   Norma Foerderer.
21        Q.   Norma Foerderer.  She was your executive
22   assistant?
23        A.   Yes.
24        Q.   And sitting here today, do you know -- I
25   take it was kept like an old-fashioned calendar on
```

Confidential

Page 34

```
1                      D. J. TRUMP

2              (Video played.)

3    BY MS. KAPLAN:

4        Q.    We didn't show very much of it, sir.

5    We're trying not to waste time, but I will represent

6    to you that that was the beginning of a Charlie Rose

7    episode from November 5, 1992.  And in that episode,

8    you talked about rumors that you might run for

9    president.

10             Does that sound right to you?

11       A.    Yeah.

12       Q.    Your appearance on Charlie Rose was well

13   received as you recall?

14       A.    I think so.

15       Q.    You also appeared on Saturday Night Live;

16   correct?

17       A.    Yes.

18       Q.    And the first time you appeared on

19   Saturday Night Live, as far as we can tell, was

20   September 24, 1989, when Chevy Chase poured popcorn

21   on your head.  Do you recall that?

22       A.    Could be, yeah.

23       Q.    Okay.  Let's go to the video, and I'm

24   going to do the same thing.

25             MS. KAPLAN:  We're going to mark this
```

Confidential

1                         D. J. TRUMP

2        video clip as DJT 11.  And I'll try not to

3        break any furniture.

4                (DJT Exhibit 11 was marked for

5    identification.)

6                (Video played.)

7    BY MS. KAPLAN:

8        Q.    Now, he's wearing a football helmet, but

9    do you recall that taping when Chevy Chase was

10   walking through the audience at Saturday Night Live

11   and obviously intentionally as a joke dropped

12   popcorn on your head?

13       A.    Yes.

14       Q.    And I take it you knew Lorne Michaels,

15   the producer of Saturday Night Live?

16       A.    I did.

17       Q.    Were you friends with him?

18       A.    He was fine.  He'd always want me to be

19   on the show.  They asked me a lot.  I'd do it

20   sometimes.  I hosted it.  But, you know, I wouldn't

21   say friends, but we got along.

22       Q.    Did you see him from time to time maybe

23   at social events?  Charity events?

24       A.    A little bit, yep.

25       Q.    Okay.  Now, you also -- I'm just kind of

Confidential

```
 1                        D. J. TRUMP
 2   going through the shows you appeared on.
 3              Another show you appeared on during this
 4   period was Good Morning America?
 5        A.    Yeah.
 6        Q.    And based on our research -- and we're
 7   going to mark this as DJT -- well, let me just -- I
 8   don't think I need to mark it.
 9              Based on our research -- and we're taking
10   this from IMDB -- your first appearance on Good
11   Morning America was April 2, 1990.  Does that sound
12   about right?
13        A.    Could be.
14        Q.    Okay.  We'll show you the document.
15              MS. KAPLAN:  Let's mark it as 12.
16              MS. HABBA:  I'm just going to object on
17        the record.  I don't know what IMDB's --
18              MS. KAPLAN:  Okay.
19              MS. HABBA:  -- process is for figuring
20        out that information.
21              (DJT Exhibit 12 was marked for
22   identification.)
23   BY MS. KAPLAN:
24        Q.    So your counsel just made an objection
25   saying that she doesn't know what IMDB's process is
```

Confidential

1                         D. J. TRUMP

2    is it your understanding that it happened before the

3    excerpt from Ms. Carroll's book was published in

4    New York Magazine?

5         A.    I don't know.

6               (DJT Exhibit 18 was marked for

7    identification.)

8    BY MS. KAPLAN:

9         Q.    I'm handing you a document that's been

10   marked as DJT 18.  It bears the Bates range Carroll

11   24378 through 24385.  Do you have that in front of

12   you?

13        A.    Yeah.

14        Q.    Sitting here today, do you recognize this

15   document?

16        A.    No.

17        Q.    I will represent to you that this is the

18   excerpt from Ms. Carroll's book that was published

19   in New York Magazine online -- originally online on

20   June 21, 2019.

21        A.    Okay.

22        Q.    At any point in time, did you read this

23   article?

24        A.    Excuse me?

25        Q.    Did you ever read this article?  This

Confidential

1                    D. J. TRUMP

2    document in front of --

3        A.    No, I don't believe I did.

4              (DJT Exhibit 19 was marked for

5    identification.)

6    BY MS. KAPLAN:

7        Q.    I've handed you a book marked as DJT 19,

8    a book by E. Jean Carroll.  It says What Do We Need

9    Men For, and if you look at the publication date, it

10   says first edition July 2019.  Do you have that?

11       A.    Yes.

12       Q.    Do you have that book in front of you?

13       A.    Yeah.

14       Q.    Sitting here today, sir, have you ever

15   read this book either in its entirety or any portion

16   of this book?

17       A.    No, never have.  I've never seen the book

18   actually.

19       Q.    Okay.  Now, the allegations that first

20   appeared in DJT 18, which is the article -- it was

21   big news that Ms. Carroll had made this allegation

22   against you; correct?

23       A.    I'd say it was, yeah.  Because that's

24   what she wanted, to sell a book.

25       Q.    And it was covered widely in the press;

Confidential

Page 60

1                      D. J. TRUMP

2        A.      Perhaps, yes.

3        Q.      Sitting here today, do you stand by this

4   statement?

5        A.      Yes.

6        Q.      Sitting here today, are there any

7   inaccuracies in this statement that you now know of?

8        A.      Not that I can see, no.  The only thing

9   that I would say is -- and I've just heard this --

10  that she has no idea when this event took place, and

11  somehow 23 years is mentioned, 23 years ago.  It's a

12  long time.  But she has no idea supposedly when this

13  took place, what season, what year, what month, what

14  day.  She knows nothing.  And for some reason, it's

15  put down here 23 years ago.  So, you know, at one

16  point I was told 23 years.  But I've heard since she

17  really has no clue when this took place supposedly,

18  which -- it didn't take place.

19       Q.      So is it your testimony that when

20  Ms. Carroll made her allegations, she had -- putting

21  aside what day it happened that she had no idea

22  whatsoever of what year it took place?

23       A.      My lawyers told me that.

24       Q.      Okay.  I don't want to know what your

25  lawyers told you.

Confidential

1                           D. J. TRUMP

2        this.

3   BY MS. KAPLAN:

4        Q.    And I take it -- is it fair to say that

5   when you made comments while you were president on

6   your way to somewhere, on your way to an event, on

7   your way to boarding Air Force One or Marine One

8   that a transcript would be created like this and

9   released by your press office?

10       A.    Oftentimes, yeah.

11       Q.    Are you better able -- this is a long

12  one.  Let's try to do this, sir.  Are you better

13  able to read the writing in this document than the

14  previous document?

15       A.    I can.  You could read it.  But why don't

16  you read it?

17       Q.    You want me to read it?

18       A.    Yeah.

19       Q.    When my son was little, I couldn't stand

20  reading books to him because you had to read it so

21  slow, and it would drive me nuts.  But I'm going to

22  try to read it slow.

23            At the bottom of page 1800, it says "The

24  President," colon, and then it says as follows:

25            "I have no idea who this woman is.  This

Confidential

Page 65

```
 1                      D. J. TRUMP
 2  is a woman who has also accused other men of things
 3  as you know.  It is a totally false accusation.  I
 4  think she was married, as I read.  I have no idea
 5  who she is, but she was married to an actually nice
 6  guy, Johnson, a newscaster.
 7            "Question:  You were in a photograph with
 8  her?
 9            "The President:  Standing with coat on in
10  a line -- give me a break -- with my back to the
11  camera.  I have no idea who she is.  What she did
12  is -- it's terrible, what's going on.  So it's a
13  total false accusation, and I don't know anything
14  about her, and she's made this charge against
15  others.  And, you know, people have to be careful
16  because they're playing with very, very dangerous
17  territory."
18            Am I going slow enough?
19       A.    Yeah, you're going fine.
20       Q.    "And when they do that -- and it's
21  happening more and more.  And when you look at what
22  happened to Justice Kavanaugh and when you look at
23  what's happening to others, you can't do that for
24  the sake of publicity.  New York Magazine is a
25  failing magazine.  It's ready to go out of business
```

Confidential

Page 66

1                    D. J. TRUMP

2  from what I hear.  They'll do anything they can, but

3  this was about many men.  And I was one of the many

4  men that she wrote about.  It's a totally false

5  accusation.  I have absolutely no idea who she is.

6  There's some picture where we're shaking hands.  It

7  looks like it's some kind of event.  I have my coat

8  on.  I have my wife standing next to me.  And I

9  didn't know her husband, but he was a newscaster.

10  But I have no idea who she is.  None whatsoever.

11  It's a false accusation, and it's a disgrace that a

12  magazine like New York -- which is one of the

13  reasons it's failing.  People don't read it anymore.

14  So you're trying to get readership by using me.

15  It's not good.  You know, there were cases that the

16  mainstream media didn't pick up, and I don't know if

17  you've seen them, and they were put on Fox.  But

18  there were numerous cases where women were paid

19  money to say bad things about me.  You can't do

20  that.  You can't do that.  And those women did wrong

21  things, that women were actually paid money to say

22  bad things about me.  But here's a case.  It's an

23  absolute disgrace that she's allowed to do that."

24           You made that statement, correct?

25      A.    Read the last part, please.

Confidential

Page 67

1                           D. J. TRUMP

2       Q.    "But here's a case.  It's an absolute

3    disgrace that she's allowed to do that."

4       A.    Yes.

5       Q.    Okay.  And I'm going to ask the same

6    questions I asked last time.

7              I take it you stand by that statement

8    today?

9       A.    Yes.

10      Q.    Sitting here today, are you aware of any

11   inaccuracies in your statement?  I'm not asking

12   about her allegation.  About your statement.

13      A.    No.  I think it's pretty much fine.  I

14   can't -- I haven't reviewed it in great detail, but,

15   you know, it was standing outside of a helicopter

16   that was getting ready to take off.  But, no, that

17   was -- that -- the statement is, in my opinion,

18   correct.

19      Q.    Okay.  And just so the record is clear,

20   if at any point you come across any inaccuracies,

21   please don't hesitate to let us know.

22             Let's go now to the third statement,

23   which we're going to mark as DJT 22.

24             (DJT Exhibit 22 was marked for

25   identification.)

1                          D. J. TRUMP

2    BY MS. KAPLAN:

3         Q.    You have in front of you, sir, a

4    five-page document.  The first page says in bold

5    type "Exclusive:  Trump vehemently denies

6    E. Jean Carroll allegation.  Says she's not my

7    type."

8              It's from a publication known as The

9    Hill.  It's dated June 24, 2019, and it's attributed

10   to the gentleman Jordan Fabian and -- or maybe not

11   the gentleman.  It's attributed to two people,

12   Jordan Fabian and Saagar Enjeti.  Do you see that?

13        A.    Yes.

14        Q.    So this is two days after the last

15   statement we're looking at, which is on June 22nd.

16              Do you recall having an interview with

17   reporters from The Hill on June 24, 2019?

18        A.    Vaguely, yes.

19        Q.    And do you recall where that interview

20   took place?

21        A.    I think it was in the Oval Office.

22        Q.    And if you turn to page -- the first

23   page -- it's really page 2 of the document I gave

24   you.  At the very top it says:  "President said

25   Monday that writer E. Jean Carroll was totally lying

```
1                         D. J. TRUMP
2    when she recently accused him of raping her during
3    an encounter in a New York department store in the
4    mid-1990s."  And then it talks about an exclusive
5    interview with The Hill.  Do you see that?
6         A.    Yeah.
7         Q.    And you're quoted just below that
8    paragraph as saying as follows -- and this one I'll
9    read:  "I'll say it with great respect.  Number one,
10   she's not my type.  Number two, it never happened.
11   It never happened.  Okay?"
12               And then the reporters say:  "The
13   president said, 'Well, see you behind the Resolute
14   Desk in the Oval Office.'"  Do you see that?
15        A.    Yes, I do.
16        Q.    And the statement that I just read that
17   begins "I'll state with great respect," that was a
18   statement that you made to the reporter for The Hill
19   on June 24, 2019; correct?
20        A.    Yes.
21        Q.    And the same set of questions.  I take
22   it, sir, that you stand by that statement today?
23        A.    Yes, I do.
24        Q.    And I take it that from what we've been
25   discussing so far that you don't see any
```

Confidential

```
 1                          D. J. TRUMP

 2   inaccuracies in that statement?

 3              MS. HABBA:  Objection to form.

 4              You can answer.

 5              THE WITNESS:  No.  No.  She made up the

 6         story.  It's a total lie.  She knows it.  She

 7         did it to sell a book, I guess, or something.

 8   BY MS. KAPLAN:

 9         Q.    In your June 21 statement, which is DJT

10   20, which is the Littman tweet, you referred to

11   Ms. Carroll's claim as a false accusation?

12         A.    Where is this?

13         Q.    DJT 20.

14         A.    Yeah.

15         Q.    You say it's a false accusation; correct?

16         A.    It's true.

17         Q.    And in your June 22 statement made on

18   your way to Camp David, you said that she made a

19   false accusation and a totally false accusation;

20   correct?

21         A.    Yes.

22         Q.    And in your interview with The Hill on

23   June 24, you say that Ms. Carroll was totally lying

24   and it never happened?

25         A.    Correct.
```

Confidential

1              D. J. TRUMP

2  Smith or by somebody within minutes; okay?  So there

3  were no complaints.  There were no stories.  There

4  was no anything because it never happened.  It's all

5  fiction.  It's a con job.

6       Q.    So before you made your statements that

7  it never happened in 2019, did you or anyone on your

8  staff reach out to anyone at Bergdorf Goodman?

9       A.    I didn't have to reach out to anybody

10  because it didn't happen.  And by the way, if it did

11  happen, it would have been reported within minutes.

12  You're talking about going to a major floor

13  probably.  I assume the most important floor, a

14  major floor in a major department stores that's a

15  very busy store, by the way, and checkout counters

16  and everything else.  And I would be in there?  I

17  mean, it's the most ridiculous -- it's the most

18  ridiculous, disgusting story.  It was just made up.

19            MS. HABBA:  Just to clarify, the question

20       is if he reached out to Bergdorf?

21            MS. KAPLAN:  If he or anyone before he

22       made the statement in June 2019.

23            MS. HABBA:  If he directed anyone?

24            MS. KAPLAN:  Did he or anyone working for

25       him reach out to Bergdorf Goodman.

Confidential

1                          D. J. TRUMP

2              THE WITNESS:  No.

3    BY MS. KAPLAN:

4         Q.    After you made the statements that you

5    made in June of 2019, did you or anyone working for

6    you reach out to Bergdorf Goodman?

7         A.    After the statement was made?  No.

8         Q.    No?

9         A.    No.  This would have been public years

10   ago if it happened.  Years ago, many people, very

11   crowded store.

12             MS. HABBA:  Obviously, just to make the

13        record clear, we're not discussing any

14        conversations he had with attorneys.  That

15        would be privileged.

16             MS. KAPLAN:  But if you had the

17        statement, you could say had the conversation,

18        but I don't know what it was.  That's fair.

19        But other than that, I don't want to know.  And

20        I'm talking about Bergdorf Goodman.  So I'm not

21        asking about attorneys.

22   BY MS. KAPLAN:

23        Q.    In your June 21 statement, which is --

24   oh, Exhibit 20.

25             MS. KAPLAN:  I thought you were

Confidential

Page 80

1                      D. J. TRUMP

2       correcting the date.  He kept saying 20.

3  BY MS. KAPLAN:

4       Q.    In your June 21 statement that's marked

5  as Exhibit 20, you say -- and this is the Littman

6  tweet -- "I never met this person in my life."

7       A.    Yes.

8       Q.    Was that a true statement when you made

9  it on June 21, 2019?

10      A.    It was a true statement when I made it.

11  I think subsequently or at some point they showed a

12  picture on a receiving -- I was on a celebrity line

13  for a charity, and I think I was either shaking her

14  hand or her husband's hand on a receiving line.

15  Like I say, I shake a lot of hands with people, but

16  I had no idea who she was.

17      Q.    So if I can understand your testimony,

18  sir, you're saying that at the time you made the

19  statement that's in DJT 20, you were not aware of

20  ever having met Ms. Carroll?  You have since seen a

21  photograph that shows you with Ms. Carroll on a

22  receiving line; correct?

23      A.    Along with a lot of other people.

24           MS. HABBA:  Objection to form.

25           THE WITNESS:  This was a very public -- I

Confidential

```
 1                    D. J. TRUMP
 2        think it was a charity or a celebrity event or
 3        something.  And I think that's her big claim to
 4        fame, you know, that she shook my hand at some
 5        celebrity event.
 6   BY MS. KAPLAN:
 7        Q.   So the answer to my question is yes, that
 8   after you made the statement, you became aware that
 9   there's a photo of you with Ms. Carroll in a
10   receiving line; correct?
11        A.   At some point.
12        Q.   Okay.
13        A.   I saw there was a photo on a receiving
14   line, yes.
15        Q.   Okay.
16             MS. KAPLAN:  Let's mark the photo.  What
17        number are we on?
18             (DJT Exhibit 23 was marked for
19   identification.)
20   BY MS. KAPLAN:
21        Q.   You have in front of you a black and
22   white photograph that we've marked as DJT 23.  And
23   I'm going to ask you:  Is this the photo that you
24   were just referring to?
25        A.   I think so, yes.
```

Page 82

1                     D. J. TRUMP

2        Q.     And do you recall when you first saw this

3   photo?

4        A.     At some point during the process, I saw

5   it.  I guess that's her husband, John Johnson, who

6   was an anchor for NBC.  Nice guy, I thought.  I

7   mean, I don't know him, but I thought he was pretty

8   good at what he did.  I don't even know the woman.

9   I don't know who -- it's Marla.

10       Q.     You're saying Marla is in this photo?

11       A.     That's Marla, yeah.  That's my wife.

12       Q.     Which woman are you pointing to?

13              MS. HABBA:  No, that's Carroll.

14              THE WITNESS:  Oh, I see.

15   BY MS. KAPLAN:

16       Q.     The person you just pointed to was

17   E. Jean Carroll.

18              MS. HABBA:  That's your wife.

19   BY MS. KAPLAN:

20       Q.     And the person -- the woman on your right

21   was --

22       A.     I don't know.  This was the picture.  I

23   assume that's John Johnson.

24              MS. HABBA:  That's Carroll.

25              THE WITNESS:  That's Carroll?  Because

Confidential

```
 1                        D. J. TRUMP
 2        A.    No.   I don't know how I even knew she was
 3   married to him.  At some point I heard that she was
 4   married to John Johnson, who I knew as an announcer
 5   or anchor, I thought, for ABC.
 6        Q.    Now, in your June 21 statement, which
 7   is -- in your June 21 statement, which is DJT 20,
 8   you said that Ms. Carroll was trying to sell a new
 9   book and that you said shame on those who make up
10   false stories of assault to try to get publicity for
11   themselves or sell a book?
12        A.    Yeah, that's right.
13        Q.    Before you made that statement, did you
14   have any knowledge one way or the other of the
15   financial arrangements between Ms. Carroll and the
16   publisher of her book?
17        A.    No.
18        Q.    Did you even know who her publisher was?
19        A.    No.
20        Q.    Did you ever see her book contract?
21        A.    No.
22        Q.    Did you know anything about Ms. Carroll's
23   financial situation?
24        A.    No.
25        Q.    Did you know anything about her expected
```

Confidential

1                          D. J. TRUMP

2    book sales?

3         A.    No idea.

4         Q.    Before you made this statement, do you

5    know if you or anyone working for you went on to --

6    withdrawn.

7               Before you made this statement that

8    appears in DJT 20, do you know whether you or anyone

9    working for you did any research on Ms. Carroll?

10        A.    I just don't know.  It's possible

11   somebody -- when they heard this horrible

12   accusation, it's possible that somebody did a little

13   quick research but not that I know of.

14        Q.    Another thing that you say in your June

15   21 statement is that Ms. Carroll was trying to carry

16   out a political agenda?

17        A.    Yeah.

18        Q.    How did you know she had a political

19   agenda if you didn't know who she was?

20        A.    Somebody told me early on that she was

21   somehow aligned with Hillary Clinton.  She was

22   either aligned with her or -- I thought aligned with

23   her.

24        Q.    Who told you that?

25        A.    I think you're aligned with her too

Page 89

1                        D. J. TRUMP

2    actually.

3        Q.    Who told you that?

4        A.    Somebody had mentioned it.

5        Q.    Do you recall who?

6        A.    I don't know.  I don't know who said it,

7    but somebody had mentioned it since, that she was

8    somehow into that whole world.

9        Q.    And you just said "I don't know who -- I

10   don't know who said it, but somebody has mentioned

11   it since"?

12       A.    No.  I meant since the accusation.

13       Q.    Oh, since the accusation.

14             Do you remember what that person told you

15   if you don't --

16       A.    Just mentioned that they thought she was

17   somewhat political and aligned with Hillary Clinton.

18       Q.    Before issuing your statement on June 21,

19   did you learn what political party Ms. Carroll

20   belonged to?

21       A.    No, I didn't know that.

22       Q.    Before you issued your June 21 statement,

23   did you have any documents indicating that she was

24   pursuing a political agenda?

25       A.    No.

Confidential

1                          D. J. TRUMP

2        Q.    At the end of your statement, your June

3   21 statement, you say:  "If anyone has information

4   that the Democratic party is working with

5   Ms. Carroll or New York Magazine, please notify us

6   as soon as possible."

7              Did anyone ever notify you --

8        A.    I don't know.

9        Q.    Sitting here today, you can't recall

10  anyone who notified you?

11       A.    I don't know, yeah.

12       Q.    Now --

13             MS. KAPLAN:  Oh, it's noon.  Leah, I know

14       you wanted to stay on schedule.  Did you want

15       to break now?

16             MS. HABBA:  Okay --

17             THE WITNESS:  No.  No.  I'd rather finish

18       this up.

19             MS. HABBA:  How much more time do you

20       have?

21             MS. KAPLAN:  Oh, I'm not going to be

22       done, but I can get through this section in

23       probably five or ten minutes.

24             MS. HABBA:  Yeah, go ahead.

25

```
1                        D. J. TRUMP

2    BY MS. KAPLAN:

3         Q.    Now, in your June 22nd statement, which

4    appears -- which we've marked as DJT 21, you claim

5    that Ms. Carroll had falsely accused other men of

6    sexual assault; correct?

7         A.    That's what I heard, yes.

8         Q.    And you believed that was a true claim?

9         A.    It's what I heard.

10        Q.    From whom had you heard it?

11        A.    I don't know.  I don't know.

12        Q.    What other --

13        A.    Doesn't she even write about it in her

14   book?  Did I hear that too?  She talks about other

15   men in the book.

16        Q.    So from -- you don't remember who told

17   you this?

18        A.    Nope.  That's just what I heard.

19        Q.    And she does talk about other men in her

20   book, but who told you that what she says about the

21   other men in her book is false?

22        A.    I don't know.  I just heard she -- I

23   didn't read her book.  I never saw her book until

24   now, but I heard she talked about other men in the

25   book.  And I had heard she accused other men of
```

Confidential

1                          D. J. TRUMP

2    things.

3          Q.    And you say you'd heard that she had

4    accused other men of things in her book?

5          A.    Not in her book -- it could be in the

6    book but maybe outside of the book.  But that she's

7    been -- you know, she's accused other men of things.

8          Q.    Okay.  Did whoever told you that she

9    accused other men of things also tell you that all

10   those accusations were false?

11         A.    No.

12         Q.    Did they tell you that --

13         A.    It was a statement made.  I don't even

14   know who made it, but I had heard that she was --

15   that she's accused other men of things, yeah.

16         Q.    Did anyone tell you that any of the men

17   she has accused of other things -- withdrawn.

18               Did anyone tell that you that the

19   accusations she has made about other men were false?

20         A.    I don't know.  Just -- I just heard

21   that -- I just heard that she accused other men of

22   things.  Maybe that's true; maybe it's not.  I just

23   don't know.  That was just something that I heard.

24         Q.    And you'd agree with me, would you not,

25   that sometimes women make accusations against men

Confidential

Page 94

1                                  D. J. TRUMP

2      physically; right?

3           A.    I saw her in a picture.  I didn't know

4      what she looked like, and I said it -- and I say it

5      with as much respect as I can, but she is not my

6      type.

7           Q.    And, again, when you say "type," you just

8      referred to looking at photos.  So you mean

9      physically she's not your type?

10          A.    Physically she's not my type, and now

11     that I've gotten indirectly to hear things about

12     her, she wouldn't be my type in any way, shape, or

13     form.

14          Q.    But when you were talking back on June

15     24th, you were referring to her not being your type

16     physically; correct?

17          A.    I saw a photo of her.

18          Q.    Okay.

19          A.    And the only difference between me and

20     other people is I'm honest.  She's not my type.

21          Q.    Do you recall what photo you saw of her

22     before you made that statement?

23          A.    No.  No.  I saw a photo after the --

24     after her ridiculous accusation was made, I got to

25     see a photo -- somebody --

Page 99

1                         D. J. TRUMP

2    allegedly made?

3         A.    Just a general statement.

4         Q.    Okay.  Now, I'm going to go through a

5    list of people who I think you may have spoken to

6    about Ms. Carroll's allegations or this lawsuit.  I

7    want to do this carefully.  So what I first want to

8    just ask you is -- I want to give you the person's

9    name, and you can tell me, yes or no, you spoke to

10   them.  And if it's yes, I may have some follow-up

11   questions but --

12        A.    Okay.

13             MS. HABBA:  Just so that I don't have to

14        object on every ground, obviously executive

15        privilege.  I don't want to go into the

16        substance of any conversations with any of his

17        advisers or anyone while he was in the

18        White House.

19             MS. KAPLAN:  I understand that.  Let's

20        take it question by question.

21             MS. HABBA:  Sure.

22   BY MS. KAPLAN:

23        Q.    Did you ever communicate about

24   Ms. Carroll or this lawsuit with Dan Scavino?

25        A.    I don't remember having done so.  It's

Confidential

Page 100

1                          D. J. TRUMP

2    possible, but I don't remember having done so.

3          Q.    Same question for Nicholas Luna.

4          A.    I sort of doubt it.  I don't think so.

5          Q.    Molly Michael?

6          A.    I don't think I talked about it

7    specifically.  It's possible, but I don't think so.

8          Q.    Hope Hicks?

9          A.    No.  Pretty sure no.

10         Q.    Adam Kennedy?

11         A.    Say it again.  Who?

12         Q.    Adam Kennedy?

13         A.    I don't think so.

14         Q.    Derek Lyons?

15         A.    Pretty sure no.

16         Q.    Sara Sanders?

17         A.    No.

18         Q.    Stephanie Grisham?

19         A.    I don't remember exactly.  I think -- I

20   don't -- it's possible I said something.  I don't

21   know.  I really don't -- not much.

22         Q.    Judd Deere?

23         A.    Who?

24         Q.    Judd Deere.

25         A.    Not that I remember.

Confidential

1                          D. J. TRUMP

2        Q.    Nick Mulvaney?

3        A.    Not that I remember.

4        Q.    Emma Doyle?

5        A.    Not that I remember.

6        Q.    Heidi Stirrup?

7        A.    Not that I remember.

8        Q.    Kayleigh McEnany?

9        A.    Not that I remember.

10       Q.    Erin Perrine?

11       A.    Not that I remember.

12       Q.    Sarah Matthews?

13       A.    Not that I remember.

14       Q.    Daniel -- I hope I'm pronouncing this

15   right -- Bucheli, B-U-C-H-E-L-I?

16       A.    Not that I remember.

17       Q.    Tim Murtaugh?

18       A.    Some of these people I don't even know.

19       Q.    Okay.

20       A.    You're asking me names I don't even know.

21       Q.    Well, if you don't know, tell me just so

22   the record is clear.

23       A.    Go ahead.

24       Q.    Tim Murtaugh?

25       A.    No.

Confidential

1                          D. J. TRUMP

2      Q.    Matt Wolking?

3      A.    No.

4      Q.    Zach Parkinson?

5      A.    No.  I say -- when I say no, I mean I

6  really have to say not that I remember but --

7      Q.    Okay.

8      A.    -- pretty much not that I remember.

9      Q.    Okay.  And in addition to -- let me make

10  sure I got through the list.  Oh, no.  I'm not done.

11  Sorry.

12            Jared Kushner?

13      A.    Did I ever speak to him about it?

14      Q.    Yeah.

15      A.    I don't think so.

16      Q.    Your daughter.

17      A.    I told my daughter that this was a --

18            MR. MADAIO:  She's just asking whether or

19      not you had a conversation about it.

20            MS. HABBA:  I don't want you to answer.

21      It's privileged.

22            THE WITNESS:  I mentioned it briefly.

23  BY MS. KAPLAN:

24      Q.    Either of your sons?

25      A.    I don't think so.

1                          D. J. TRUMP

2       Q.    And by the sons, I mean your adult sons.

3       A.    Yeah.  I don't think so.

4       Q.    Your current wife?

5       A.    Yeah.

6       Q.    Okay.  And I'm just going to use

7  categories.  In addition to the people that I

8  mentioned, do you recall any conversations with

9  anyone in the legislative branch -- and by that I

10 mean the House or the Senate or people who work

11 there.

12      A.    Well, it's probable that I told people

13 that there was a false, disgusting lie made about me

14 because I would say that to a lot of people.  Even

15 if they didn't ask, I was very offended by this.

16 This woman is sick.  There's something wrong with

17 her, and it's a false story.  So I would go around

18 saying that to people, yes.  So it's possible that I

19 would say that to legislators.

20      Q.    What about people in the executive branch

21 who I didn't mention?

22      A.    No.  I mean, I think you mentioned a lot

23 of people.

24      Q.    I did, and I take it -- what about anyone

25 else who worked on your presidential campaign?

Confidential

Page 121

```
1                         D. J. TRUMP
2          Q.    Do you recall telling any other woman
3     that if they had been assaulted as Ms. E. Jean
4     describes it in a dressing room, that woman would
5     have fought back?
6               MS. HABBA:  Objection.
7               THE WITNESS:  No, I don't remember saying
8          that.  I don't remember that.  But I didn't --
9          I don't think I said that.  But if you read --
10         if you see her interview with Anderson Cooper,
11         she's talking about this not only not being an
12         assault, but she said other things that were
13         frankly crazy in terms of what -- that
14         interview, to me, made her look like, number
15         one, a liar, and, number two, like she was off.
16         There's something a little off with her
17         mentally.
18    BY MS. KAPLAN:
19         Q.    So you said a couple of answers ago that
20    you would have told -- excuse me -- that you did
21    tell people that if this had happened in a dressing
22    room of a crowded department store, people would
23    have heard it, and people would have asked what the
24    hell is going on.
25         A.    Yeah.  I would say that that would be
```

Confidential

1                          D. J. TRUMP

2    reporters by email, there's a designated group, and

3    it always goes to the same --

4         A.    I don't know how they do that, but it

5    goes to the press.

6         Q.    Why did you decide to issue the statement

7    on Truth Social on October 12th?

8         A.    Because I was offended at this woman's

9    lie.  Because I was offended that she could just

10   make up a story out of cold air, refuted by her

11   testimony on CNN, but that she could make up a story

12   just out of nowhere and that I get a phone call

13   asking me about this ridiculous situation.  The

14   woman -- there's something wrong with her in my

15   opinion.  Okay.  But it's a false accusation.  Never

16   happened, never would happen.  And I posted and I

17   will continue to post until such time as -- and then

18   I will sue her after this is over, and that's the

19   thing I really look forward to doing.  And I'll sue

20   you too because this is -- how many cases do you

21   have?  Many, many cases, and I know the statements

22   that were made -- that you made.  Keep Trump busy

23   because this is the way you defeat him, to keep him

24   busy with litigation.  So I will be suing you also,

25   but I'll be suing her very strongly as soon as this

```
 1                        D. J. TRUMP
 2    Ms. Carroll; right?
 3         A.    That's right.
 4         Q.    And at the deposition in another case
 5    where I was here, you referred to, as I recall,
 6    Ms. Carroll as Madam Bergdorf Goodman.  Same idea;
 7    right?
 8         A.    Same concept, yeah.
 9         Q.    Now, when you say in here I don't know
10    this woman and have no idea who she is, even though
11    you're using the present tense, you're referring
12    back to your knowledge as of when she first made the
13    allegation --
14         A.    I still don't know this woman.  I think
15    she's a wack job.  I have no idea.  I don't know
16    anything about this woman other than what I read in
17    stories and what I hear.  I know nothing about her.
18         Q.    Okay.  Well, I guess the distinction I'm
19    trying to make, sir, is that when the allegation
20    came out in 2019, you said you -- I think it's your
21    testimony that you had no idea who she was.
22         A.    I still don't.
23         Q.    Well, today you at least know that she's
24    a plaintiff in a case suing you; correct?
25         A.    Oh, yes.  That, I know, but I know
```

Confidential

Page 141

```
1                    D. J. TRUMP

2   you better watch the interview.

3       Q.    In the interview when Ms. Carroll talked

4   about rape being sexy, isn't it true that she said

5   that's a view that many other people hold?

6       A.    Oh, I don't know.  I mean, I don't know.

7   All I know is I believe she said rape is sexy or

8   something to that effect, but you'll have to watch

9   the interview.  It's been awhile.

10      Q.    And just to clarify, I think you said a

11  few minutes earlier that you used the word "swooned"

12  as a synonym for -- you said the F word -- for

13  sexual intercourse?

14      A.    Yeah.  That's because that's what she

15  said.

16      Q.    What do you mean?  She never used the

17  word "swooned."

18      A.    No.  She said that I did something to her

19  that never took place.  There was no anything.  I

20  know nothing about this nut job.

21      Q.    Okay.  Then you go on to say in the

22  statement:  "And while I am not supposed to say it,

23  I will."  Why were you not supposed to say it?

24      A.    Because it's not politically correct to

25  say -- read the next.  Go ahead.  That she's not my
```

Confidential

Page 142

```
1                         D. J. TRUMP

2    type?  Yeah.  Because it's not politically correct

3    to say it, and I know that, but I'll say it anyway.

4    She's accusing me of rape, a woman that I have no

5    idea who she is.  It came out of the blue.  She's

6    accusing me of rape -- of raping her, the worst

7    thing you can do, the worst charge.

8              And you know it's not true too.  You're a

9    political operative also.  You're a disgrace.  But

10   she's accusing me and so are you of rape, and it

11   never took place.  And I will tell you I made that

12   statement, and I said, while it's politically

13   incorrect, she's not my type.  And that's

14   100 percent true.  She's not my type.

15        Q.   And when you say "not my type," you want

16   people -- your intention of saying -- withdrawn.

17              The point of saying she's not my type is

18   to persuade people that you didn't rape her because

19   she wasn't attractive enough; correct?

20              MR. MADAIO:  Object to the form.

21              MS. HABBA:  Objection to the form.

22              THE WITNESS:  When I say she's not my

23        type, I say she is not a woman I would ever be

24        attracted to.  There is no reason for me to be

25        attracted to her.  I just -- it's not even
```

Page 143

1                     D. J. TRUMP

2        meant to be an insult.  There's no way I would

3        ever be attracted to her.  Now, some people

4        would be attracted to her perhaps.  I would

5        never be attracted to her.

6             So in addition to the fact that it never

7        happened, never could happen -- so I say it's

8        politically incorrect to say essentially she's

9        not my type on top of everything else.

10  BY MS. KAPLAN:

11        Q.    So you also have a reference -- you

12  have -- withdrawn.

13             At the top of the thing, you say Peekaboo

14  James?

15        A.    Yes.

16        Q.    I assume that's the New York attorney

17  general, Letitia James?

18        A.    Or New York State attorney general.

19        Q.    Yes.

20        A.    You know, your friend Cuomo knows her.

21        Q.    And then you talk --

22        A.    You should ask Andrew.  If you want a

23  definition, ask Andrew about her.  I think

24  you've been through a lot.

25        Q.    And then you talk about the judge, and

```
 1                       D. J. TRUMP

 2          many times hoax by all these people, the scum

 3          that we have in our country, lying to Congress

 4          hoax, the spying on my campaign hoax.  They

 5          spied on my campaign, and now they admit it.

 6          That was another hoax, and I could get a whole

 7          list of them.  And this is a hoax too.

 8   BY MS. KAPLAN:

 9          Q.    This -- when you say "this" and "that" --

10          A.    This ridiculous situation that we're

11   doing right now.  It's a big, fat hoax.  She's a

12   liar and she's a sick person in my opinion.  Really

13   sick.  Something wrong with her.

14          Q.    Okay.  In addition to the Russia Russia

15   Russia hoax, the Ukraine Ukraine Ukraine hoax, the

16   Mueller or Mueller hoax, the lying to FISA hoax, the

17   lying to Congress hoax, and the spying on your

18   campaign hoax, isn't it true that you also referred

19   to the use of mail-in ballots as a hoax?

20          A.    Yeah, I do.  Sure.

21                MS. HABBA:  Objection.

22                THE WITNESS:  I do.  I think they're very

23          dishonest.  Mail-in ballots, very dishonest.

24   BY MS. KAPLAN:

25          Q.    And isn't it true that you yourself have
```

1                      D. J. TRUMP

2    talked about Ms. Leeds.

3              What else did you know about Ms. Leeds

4    that would indicate to you that she was -- would not

5    have been your first choice other than how she

6    looked?

7         A.    I don't know.  I think I probably saw her

8    on television or something.

9              But -- I don't want to be insulting, but

10   when people accuse me of something, I think I have a

11   right to be insulting, because they're insulting me.

12   They're doing the ultimate insult.  They make up

13   stories and then I'm not allowed to speak my mind?

14   No, I disagree with that.

15             She would not have been anywhere on a

16   list.  I just -- just wouldn't have been for me.

17             It's disgusting.  What she said was

18   disgusting.

19             Can you imagine doing that on an

20   airplane, what she said?  I'm doing that on an

21   airplane?  That's almost as ridiculous as doing it

22   in Bergdorf Goodman in a dressing room.

23        Q.    Now, you just testified at some length,

24   sir, that Ms. Leeds would have remembered the date

25   or the flight that she was on when she says this

1                       D. J. TRUMP

2          You wanted people to think that; no?

3     A.    All I wanted people to know is that this

4  false story, which is a false, made-up story -- she

5  made it up probably to sell her book or for her own

6  ego, because she's, I think -- again, I've said it

7  before.  I think she's a very deranged, sick person,

8  to make it up.

9          And I look forward to suing her at the

10 appropriate time.

11    Q.    And are you aware, if you look at page 5

12 of the document in front of you, sir, that

13 Ms. Humphreys has calculated that what it would cost

14 to run a corrective campaign to remedy Ms. Carroll's

15 reputation from the things you have said and the

16 follow-up millions and millions of times would be in

17 the range of 9.9 and $12.5 million?

18    A.    This is nonsense.  Okay?  She made a

19 statement about me and I responded to her statement.

20 That's it.

21          Because we could go the other way.

22 What's it costing me?  What will it cost me to get

23 my reputation back before a wacky person that made

24 up a story that I took her up to a department store

25 into a little room with people all over the place

1                          D. J. TRUMP

2   and raped her?  That's a sick woman that would say

3   that.  Only a sick -- there's something wrong with

4   her.

5              And I believe she did it because of her

6   book.  She never mentioned it for years and years

7   and she doesn't know when it took place, how it

8   took -- she doesn't know anything.  She has no idea

9   what season it took place, what day it took place,

10  what year it took place.

11             And I have every right to clear my

12  reputation.

13       Q.    And all of the other women who have made

14  such accusations against you, including the 24 that

15  your campaign cited, they're all sick, too; right?

16       A.    I don't know about any of these people or

17  very many of them.  I mean, every once in a while,

18  you get -- I think a lot of famous people have

19  charges thrown at them, and many of them are false

20  and some of them are true.

21             But in my case --

22       Q.    None of it is true?

23       A.    I would say.  I mean, I don't see any.  I

24  mean, you haven't shown me anything.  I don't even

25  know what you're even talking about when you say