

**HABBA MADAIO**
& Associates LLP

Michael T. Madaio, Esq.
Partner
mmadaio@habbalaw.com
Admitted to practice in NJ, NY & PA

January 17, 2023

**VIA ECF**
The Honorable Lewis A. Kaplan, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-18-23

Re: *E. Jean Carroll v. Donald J. Trump*
1:20-cv-7311-LAK-JLC

Dear Judge Kaplan:

This office represents Defendant Donald J. Trump ("Defendant"), in the above-referenced matter. We write in response to Plaintiff E. Jean Carroll's ("Plaintiff") request to unseal documents set forth in the Opposition to the Motion for Summary Judgment filed by Plaintiff (ECF No. 117).

Please note that in light of the Court's Order, dated January 13, 2023, entered in the action filed under 1:22-cv-10016-LAK-JLC (ECF No. 39), Defendant hereby withdraws his request for the Court to seal the designated portions of Defendant's deposition transcript attached to Plaintiff's Opposition to Defendant's Motion for Summary Judgment (ECF No. 117).

Thank you for your attention to this matter and courtesies in this regard.

Respectfully submitted,

Michael T. Madaio, Esq.
For HABBA MADAIO & ASSOCIATES LLP

*The clerk shall unseal the designated portions of defendant's deposition transcript attached to ECF #117*

SO ORDERED
LEWIS A. KAPLAN, USDJ 1/18/23

1430 U.S. Highway 206, Suite 240, Bedminster, NJ 07921 • Tel. 908.869.1188