**HABBA MADAIO & ASSOCIATES LLP**
Alina Habba, Esq.
Michael T. Madaio, Esq.
1430 US Highway 206, Suite 240
Bedminster, New Jersey 07921
                   -and-
112 West 34th Street, 17th & 18th Floors
New York, New York 10120
Telephone: (908) 869-1188
Facsimile: (908) 450-1881
E-mail: ahabba@habbalaw.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br><br>                              *Plaintiff,*<br><br>          v.<br><br>DONALD J. TRUMP, in his personal capacity,<br><br>                              *Defendant.* | Civil Action No.: 1:20-cv-7311-LAK-JLC<br><br><br>**NOTICE OF DEFENDANT'S<br>MOTION IN LIMINE** |

**PLEASE TAKE NOTICE** that, the defendant, Donald J. Trump ("Defendant"), hereby moves this Court at the Daniel Patrick Moynihan United States Courthouse, Courtroom 15C, 500 Pearl Street, New York, New York, on such date and at such time as the Court may direct, for an Order *in limine* to (1) preclude Plaintiff from presenting any evidence relating to Defendant's purported interactions with non-party witnesses Natasha Stoynoff and Jessica Leeds; (2) preclude Plaintiff from presenting evidence relating to speeches and statements made by Defendant while he was campaigning for President; (3) preclude  Plaintiff from introducing any evidence relating to the "Access Hollywood" tape, including the tape itself; and (4) preclude Plaintiff from introducing any evidence relating to emotional damages Plaintiff purports to have sustained as a result of the alleged incident. This motion is supported by the annexed memorandum of law,

1

declaration of Alina Habba, Esq. dated February 16, 2023, and any arguments or evidence presented hereafter, and all arguments or evidence presented at a hearing or with leave of Court.

Dated: February 16, 2023                         Respectfully submitted,

Alina Habba, Esq.
Michael T. Madaio, Esq.
Habba Madaio & Associates LLP
1430 US Highway 206, Suite 240
Bedminster, New Jersey 07921
                         -and-
112 West 34th Street, 17th & 18th Floors
New York, New York 10120
Telephone: (908) 869-1188
Facsimile: (908) 450-1881
E-mail: ahabba@habbalaw.com

*Attorneys for Defendant, Donald J. Trump*