# EXHIBIT A

```
                                                              Page 1
 1                     NATASHA STOYNOFF

 2              UNITED STATES DISTRICT COURT

 3              SOUTHERN DISTRICT OF NEW YORK

 4    ------------------------------------    )

 5    E. JEAN CARROLL,                        )

 6                  Plaintiff,                ) Case No.

 7          vs.                               ) 20-Civ-7311

 8    DONALD J. TRUMP, in his personal capacity) (LAK)(JLC)

 9                  Defendants.               )

10    ------------------------------------    )

11

12

13              DEPOSITION OF NATASHA STOYNOFF

14                   NEW YORK, NEW YORK

15                     OCTOBER 13, 2022

16

17

18

19

20

21

22

23

24    REPORTED BY:  Tina Alfaro, RPR, CRR, RMR

25    JOB NO. 218341
```

1                    NATASHA STOYNOFF

2        A.  I walked in and he -- I walked into the
3   room first and I'm looking around the room wondering
4   what does he want to show me.  Nice room, what does
5   he want to show me.  Then I hear the door close
6   behind me and I turn around and he's right here
7   (indicating), and he grabs my shoulders and pushes
8   me against this wall and starts kissing me.
9        Q.  And did he say anything when he started
10  kissing you?
11       A.  No.
12       Q.  Did he say anything before?
13       A.  Not that I recall.
14       Q.  And what was going through your mind when
15  Donald Trump did this?
16       A.  Complete shock.  Thank you.  Complete shock
17  because it was very fast and I was taken -- taken by
18  surprise.
19       Q.  And do you recall how you reacted?
20       A.  I recall pushing him back twice.  I recall
21  trying to say something, but not really being able
22  to.  I was so flustered.
23       Q.  And when you pushed him back the first time
24  do you recall how Donald Trump reacted?
25       A.  Yes.  He just came toward me again.