# EXHIBIT 1

Page 1

1
2  UNITED STATES DISTRICT COURT
3  FOR THE SOUTHERN DISTRICT OF NEW YORK
4  ------------------------------------x
5  E. JEAN CARROLL,
6                       Plaintiff,
7  -against-    No. 20 Civ. 7311 (LAK)(JLC)
8  DONALD J. TRUMP, in his personal capacity
9
10                      Defendant.

   ------------------------------------x
11
            CONFIDENTIAL
12
            DEPOSITION OF
13          LISA BIRNBACH
          New York, New York
14        September 21, 2022
15
16
   Reported By:
17
   ERIC J. FINZ
18
19
20
21
22
23
24
25

1          LISA BIRNBACH - CONFIDENTIAL
2              MR. MADAIO:  At any time.
3              MR. CELLI:  At any time from
4      the beginning of time to today, has
5      she ever discussed that topic with
6      you.  Is that the question that
7      you're asking, Mike?
8              MR. MADAIO:  Let's stick with
9      the '90s right now.
10             MR. CELLI:  In the mid-'90s
11     period.  Ask your question, sorry.
12         Q.   In the mid-'90s, did
13  Ms. Carroll ever discuss with you any
14  instances where she claimed she was
15  sexually assaulted?
16         A.   Yes.
17         Q.   And how many different
18  instances did she discuss with you?
19         A.   One.
20         Q.   Okay.  And what was the -- who
21  was the person that she claimed had
22  assaulted her?
23         A.   Donald Trump.
24         Q.   Okay.  And how did this
25  conversation take place?

1          LISA BIRNBACH - CONFIDENTIAL
2                MR. CELLI:  Objection to the
3        form.
4                You can answer.
5        A.    I received a phone call one
6   night around the time I was feeding my
7   kids dinner.  And --
8                MR. CELLI:  The question was
9        how did the conversation take
10       place.
11               THE WITNESS:  On the phone.
12               MR. CELLI:  You received a
13       phone call?
14               THE WITNESS:  Phone call.
15       Sorry.
16       Q.    You received a phone call.
17  And what was the date that you received
18  the phone call?
19       A.    I don't know.
20       Q.    Do you recall the year?
21       A.    I believe it was 1996.
22       Q.    Do you know what month in
23  1996?
24       A.    I don't.
25       Q.    Do you know the season?

1      LISA BIRNBACH - CONFIDENTIAL
2              Just to clarify, that's the
3    apartment that you previously said you
4    moved into around 1995.  Correct?
5         A.    Mm-hmm.  Yes.
6         Q.    Okay.  And -- okay.  And can
7    you describe the sum and substance of the
8    conversation that you had with
9    Ms. Carroll?
10             MR. CELLI:  Objection to the
11        form.  Describe the sum and
12        substance of the conversation.  If
13        you can understand that question.
14        A.    E. Jean was very agitated,
15   very hyperventilating.  Emotional.  And
16   she told me about what happened to her
17   just really moments before she made the
18   phone call.
19        Q.    Okay.  Actually I want to step
20   back for one second.
21             Was anyone else in the room
22   with you when the phone call -- when you
23   answered the phone call?
24        A.    Yes, my two older children.
25        Q.    And what were their ages at

1       LISA BIRNBACH - CONFIDENTIAL
2    the time, approximately?
3        A.    5 and 2.
4        Q.    And what type of phone was it
5    that you answered it on?  Was it like
6    a --
7        A.    A landline.
8        Q.    A landline?
9        A.    Mm-hmm.
10       Q.    And how would you describe --
11   I believe you already gave a couple
12   descriptors.  But how would you describe
13   Ms. Carroll's demeanor at the beginning
14   of the call?
15       A.    Upset, hyperventilating --
16   well, that's not her demeanor.  Agitated.
17   She wanted to vent.
18       Q.    Was she laughing early on in
19   the call?
20       A.    There was a moment that she
21   was laughing.  But she was not laughing
22   funny.  She was laughing excited.  Highly
23   reactive.
24       Q.    And can you describe what E.
25   Jean told you during the call had just

1          LISA BIRNBACH - CONFIDENTIAL
2      happened to her?
3              MR. CELLI:  Objection to the
4          form.  You want her to describe
5          what was told to her or you want
6          her to testify about what she
7          remembers she was told, or
8          something else?
9          Q.    Can you explain what
10     Ms. Carroll told you during the phone
11     call.
12             MR. CELLI:  Objection to the
13         form.
14             You can answer.
15         A.    So what she said to me.
16         Q.    Right.
17         A.    Lisa, you'll never believe
18     what happened to me.  I had gone to
19     Bergdorf Goodman to look around after my
20     show, because she was hosting a live show
21     five days a week.  And I was leaving from
22     the north door on 58th Street, which is a
23     revolving door.  Guess who was going in
24     the store.  It was Donald Trump.  And he
25     said to me, oh, hi TV advice lady.  And I

1      LISA BIRNBACH - CONFIDENTIAL
2   said hi, Mr. Real Estate Mogul.  And then
3   I guess they met on in -- she went back
4   in.  And he said you're so smart, why
5   don't you help me pick out a present for
6   someone.
7            So she said I thought that was
8   fun.  So I walked around the ground floor
9   of Bergdorf's with him and suggested
10  would she like a hat, would she like a
11  belt, would she like this.
12           Eventually they went upstairs.
13  They arrived to the lingerie department.
14  He pulled a body suit, and said, try this
15  on.  She said no, you try this on.
16           And the next thing was they
17  were both in the dressing room together.
18           Should I continue?
19           MR. CELLI:  The question was
20      what do you remember her telling in
21      that that phone call.
22           THE WITNESS:  Right.
23           MR. CELLI:  Have you completed
24      everything you recall from that
25      phone call?

1          LISA BIRNBACH - CONFIDENTIAL
2              THE WITNESS:  No.
3              MR. CELLI:  Do you remember
4          other things that she said?
5              THE WITNESS:  Yes, I do.
6              MR. CELLI:  So if you need to
7          supplement that answer with what
8          you remember her saying to you,
9          that's fine.
10             THE WITNESS:  She said, Donald
11         Trump pushed her against the wall.
12         She hit her head.  He pinned her --
13         she tried to get free.  He pinned
14         her with his body.  And she said
15         many times over, he pulled down my
16         tights, he pulled down my tights.
17         She said it like she still couldn't
18         believe it.  He pulled down my
19         tights, he pulled down my tights.
20             And I remember that she told
21         me that he entered her.  And I
22         remember not really understanding
23         how she got free and got to the
24         street.
25      BY MR. MADAIO:

Page 39

1           LISA BIRNBACH - CONFIDENTIAL
2        Q.    And did she say how long after
3   that had allegedly happened that it was
4   that she called you?
5        A.    It had just happened.
6        Q.    And after she -- after she
7   recounted what had allegedly occurred in
8   Bergdorf, did you advise her on how she
9   should proceed?
10       A.    Yes.
11       Q.    And what did you tell her?
12       A.    I said, E. Jean, you've been
13  raped.
14       Q.    Did you tell her she should go
15  to the police?
16       A.    I did.
17       Q.    To your knowledge, did she
18  follow your advice, did she ever report
19  the incident to the police?
20       A.    No, she did not.
21       Q.    Did you ever consider
22  reporting the alleged incident to the
23  police yourself?
24       A.    Oh, no.
25       Q.    Why not?

Page 51

1          LISA BIRNBACH - CONFIDENTIAL
2          it was with MeToo in mind.
3                MR. MADAIO:  Okay.
4    BY MR. MADAIO:
5          Q.    And at that time did you have
6    any conversations about the incident
7    itself or did she simply disclose that it
8    was going to be -- I guess, how did she
9    describe what was going to be in the
10   book?
11               MR. CELLI:  I'm going to
12         object to the form.
13               You can answer that if you
14         understand it.
15         A.    She sent me a draft of the
16   excerpt in New York Magazine.
17         Q.    Oh, she sent you an excerpt.
18   Okay.
19               And did you read the excerpt
20   at or around that time?
21         A.    Yes.
22         Q.    And what was your impression
23   of it?
24         A.    My impression was that it was
25   very -- it was how I remembered it too.

1          LISA BIRNBACH - CONFIDENTIAL
2     You know, very close.  Maybe, you know,
3     it was there.
4              And, it was -- you know.  It
5     was her story.
6          Q.   Did it align with your
7     recollection at that time of what the
8     conversation had been in 1996?
9              MR. CELLI:  Objection to the
10         form.
11             You can answer.
12         A.   I think so, yeah.
13         Q.   How -- so you previously
14    stated that you hadn't thought about that
15    phone call since it took place in 1996.
16    So how confident are you that you, in
17    your recollection at the time when you
18    received the phone call from E. Jean in
19    2019, that you had remembered the details
20    of that call?
21             MR. CELLI:  Objection to the
22         form.  I don't know what that
23         question means, Mike.  But you're
24         entitled to ask it.
25         Q.   How confident were you that