# EXHIBIT 4

Page 1

NATASHA STOYNOFF

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------  )
E. JEAN CARROLL,                      )
                Plaintiff,            ) Case No.
      vs.                             ) 20-Civ-7311
DONALD J. TRUMP, in his personal capacity) (LAK)(JLC)
                Defendants.           )
------------------------------------  )


DEPOSITION OF NATASHA STOYNOFF

NEW YORK, NEW YORK

OCTOBER 13, 2022










REPORTED BY: Tina Alfaro, RPR, CRR, RMR

JOB NO. 218341

Page 14

1                    NATASHA STOYNOFF
2        Q.  You spoke before about interviewing in
3   connection with stories.  Are there -- did you ever
4   attend events as part of covering Donald Trump?
5        A.  I remember attending The Apprentice finale,
6   which was some live recorded event where I guess
7   they announced live who the winner was or something.
8   I remember that event.  I can't recall any other
9   event-like thing I recovered -- I covered.  I can't
10  recall any.
11       Q.  Okay.
12           Did there -- did you ever travel to
13  Mar-a-Lago?
14       A.  Yes.
15       Q.  And when did you travel there?
16       A.  So I was there for their wedding, to do the
17  wedding story, and then I went back at the end of
18  that year to do their one-year anniversary story.
19       Q.  And you testified that they were married
20  in -- I guess withdrawn.
21           What year did you -- when did you travel
22  back to do the one-year anniversary story?
23       A.  It was like the final week of December
24  2005.  So we were getting together the one-year
25  anniversary story, but I had to interview them ahead

```
 1                    NATASHA STOYNOFF
 2   interview.
 3        Q.   Did you -- what happened -- withdraw.
 4             Did you ever leave the pool area with
 5   Donald Trump or Melania Trump?
 6        A.   Yes.
 7        Q.   With whom?
 8        A.   With Donald.
 9        Q.   And how did that happen?
10        A.   He -- Melania was going upstairs to
11   change -- excuse my emotions -- and Donald said,
12   Have you seen the so-and-so room?  Have you seen the
13   painting in the whatever room.  He wanted to show me
14   a painting or a room.  I said no.  He goes, I'd like
15   to show you.  So he took me to this room.
16        Q.   Do you recall what room it was at
17   Mar-a-Lago?
18        A.   I mean, I don't know how to -- I don't know
19   that it had a number on it, but all I remember is we
20   came in the back door, walked down the hallway, and
21   turned right into a room.  That's as I recall it,
22   but I haven't really seen pictures to know -- I
23   haven't really seen a layout of Mar-a-Lago to know
24   exactly what door.
25        Q.   And what happened when you got to the room?
```

1            NATASHA STOYNOFF
2       A.   I walked in and he -- I walked into the
3   room first and I'm looking around the room wondering
4   what does he want to show me.  Nice room, what does
5   he want to show me.  Then I hear the door close
6   behind me and I turn around and he's right here
7   (indicating), and he grabs my shoulders and pushes
8   me against this wall and starts kissing me.
9       Q.   And did he say anything when he started
10  kissing you?
11      A.   No.
12      Q.   Did he say anything before?
13      A.   Not that I recall.
14      Q.   And what was going through your mind when
15  Donald Trump did this?
16      A.   Complete shock.  Thank you.  Complete shock
17  because it was very fast and I was taken -- taken by
18  surprise.
19      Q.   And do you recall how you reacted?
20      A.   I recall pushing him back twice.  I recall
21  trying to say something, but not really being able
22  to.  I was so flustered.
23      Q.   And when you pushed him back the first time
24  do you recall how Donald Trump reacted?
25      A.   Yes.  He just came toward me again.

1            NATASHA STOYNOFF
2        Q.  And what about after the second time?
3        A.  He started coming toward me again, but then
4    someone came into the room.
5        Q.  Do you recall who came into the room?
6        A.  Yes.  It was the butler.
7        Q.  And had you seen the butler before?
8        A.  Yes.  The butler was my contact for the
9    entire day, as a matter of fact.  He was on my call
10   sheet.  He's the one who took me where I needed to
11   go.  He's the one I checked in with when I got
12   there.  Tony.
13       Q.  And do you recall how long you had been in
14   the room with Donald Trump before the butler came
15   in?
16       A.  Just a few minutes.
17       Q.  And did you see the butler have any
18   reaction to what Donald Trump was doing?
19       A.  Yes, I did.
20       Q.  And how would you describe that?
21       A.  Well, all I know is that when I looked at
22   his face, to me he had the look on his face like
23   thank God I got in here, like he's done this before,
24   like he knew that he saw a shut door and he had to
25   get in there.  That's my perception of his

1  NATASHA STOYNOFF
2  there a particular piece of the video you're
3  referring to?
4       A.  Lying about never groping or kissing women
5  without their consent and how he had the utmost
6  respect for women.
7       Q.  You consider what he did to you lying and
8  groping women without their consent?
9       A.  I consider that he lied about kissing and
10 groping me without consent.
11      Q.  You testified previously that you decided
12 to write your essay after this presidential debate;
13 is that correct?
14      A.  Yes.
15      Q.  And just in general, what did that process
16 look like?
17      A.  The writing process?
18      Q.  Yes.
19      A.  So after the debate my editor knew I was
20 waiting to see what he would say at the debate
21 because I felt if he came clean or apologized to
22 women -- the women, I wouldn't do anything.
23 Obviously he did not do that.  So I said to the
24 editor, all right, we can -- I'll write something.
25 And I wrote a draft and I think it went back and

```
                                                        Page 39
1                    NATASHA STOYNOFF
2     forth once or twice with this one editor and we held
3     it a little bit.  I was still unsure, you know, they
4     were waiting for me to give the final okay, and then
5     when I saw Jessica give her interview -- Jessica's
6     New York Times interview, it gave me strength to say
7     to my editor, okay, let's go ahead.
8          Q.   By "Jessica" are you referring to Jessica
9     Leeds?
10         A.   Yes.
11         Q.   After People published your article, did
12    Donald Trump respond?
13         A.   Yes.
14         Q.   Do you recall what he said?
15         A.   Well, he and/or his people sent a statement
16    denying it, I believe, and then he, himself at a
17    rally, which I think was maybe the next day, I'm not
18    exactly sure the date, said -- mentioned the
19    reporter and he told his people at the rally look at
20    her, go take a look at her.  I can't remember
21    exactly what he said, but he disparaged me.  He also
22    tweeted about it, which I didn't see at the time but
23    I saw later.  Why didn't that People Magazine
24    reporter come out at the time about it is what he
25    said in his tweet.
```