# EXHIBIT 5

Page 1

JESSICA LEEDS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------ )
E. JEAN CARROLL,                     )
                Plaintiff,           ) Case No.
     vs.                             ) 20-Civ-7311
DONALD J. TRUMP, in his personal capacity) (LAK)(JLC)
                Defendants.          )
------------------------------------ )

DEPOSITION OF JESSICA LEEDS

NEW YORK, NEW YORK

OCTOBER 13, 2022

REPORTED BY:  Tina Alfaro, RPR, CRR, RMR

JOB NO. 218341

Page 17

```
 1                    JESSICA LEEDS
 2   Trump?
 3        A.   Yes.
 4        Q.   When was that?
 5        A.   Well, the first time I met him was on an
 6   airplane coming back from I believe Dallas, it was a
 7   Brandiff flight.  I was asked by the stewardess -- I
 8   was flying coach.  I was asked by the stewardess if
 9   I would like to come up and sit in first class.
10   Well, Brandiff had great meals.  Absolutely, I went
11   up to first class, and it was the first seat behind
12   the bulkhead.  And there was a gentleman sitting at
13   the window seat and he introduced himself, and we
14   shook hands and we chatted for a while.  He
15   introduced himself as Donald Trump.
16        Q.   And do you recall where you were traveling
17   on this flight?
18        A.   I was coming into New York, to Laguardia
19   because that's where my car was.
20        Q.   Okay.  And do you recall what year this
21   took place?
22        A.   I think it was '79.
23        Q.   Okay.  And you testified that the man
24   sitting in the window seat introduced himself as
25   Donald Trump.  Were you familiar with Donald Trump
```

1      JESSICA LEEDS
2   at the time?
3       A.  Not at that time.  I was living in
4   Connecticut -- flying out of the New York airports,
5   but living in Connecticut and was totally unaware of
6   Trump and his goings and comings.
7       Q.  And what happened after Donald Trump
8   introduced himself?
9       A.  We had the meal and then it was cleared,
10  and then after the meal he suddenly turned and
11  started assaulting me.
12      Q.  Just before we get to that, what happened
13  while you were eating?
14      A.  Nothing.  We ate.
15      Q.  Did you speak?
16      A.  No.  We were eating.
17      Q.  Okay.
18      A.  We chatted before the meal was served.
19  There was some conversation before the meal was
20  served, but after that I don't remember any
21  conversation during the meal.
22      Q.  Do you recall what you chatted about?
23      A.  No.
24      Q.  So you testified that after the meal was
25  cleared he started assaulting you.  What did you

Page 19

1        JESSICA LEEDS
2   mean by that?
3        A.  Well, he was with his hands grabbing me,
4   trying to kiss me, grabbing my breasts, pulling me
5   towards him, pulling himself on to me.  It was kind
6   of a struggle going on.  Part of my brain was
7   wondering why the people in the back -- in the seat
8   behind me weren't noticing that the seat was
9   jiggling around and why wasn't the guy that was
10  sitting across the aisle saying something or where
11  in hell was the stewardess.  That went on for what
12  seemed like a terribly long time, but it probably
13  was just a few seconds.
14        It was when he started putting his hand up
15  my skirt that I realized that nobody was going to
16  save me but me, and I was on the aisle, I managed to
17  wheel my way out of the chair, and grabbed my purse
18  and I went back to my seat in the back.
19        Q.  And did Donald Trump say anything while
20  this was happening?
21        A.  Not a word.  There was never any sound that
22  I can recall.
23        Q.  Did you say anything while this was
24  happening?
25        A.  Nope.

```
 1                    JESSICA LEEDS
 2   me would I man the table that distributed the chits
 3   for the people to go to their table.
 4              So I'm at Saks 5th Avenue, I'm all dolled
 5   up, it's one of these sparkly evenings.  I get to
 6   meet Bill Blass and Oscar De Le Renta and Mary
 7   McFadden who recognized her address.  It was just
 8   magical.  And up comes Trump with his wife, who is
 9   hugely pregnant, and I'm thinking I remember you,
10   but I didn't say anything.  I just handed him his
11   chit.  And he looked at me and he said "I remember
12   you, you're the cunt from the airplane."  It was
13   like a bucket of cold water had been poured over me,
14   and it was like the room suddenly cleared and I was
15   all by myself and he went on.  I left very shortly
16   after that.
17              All right.  That's 1981, '80, '81.  So I
18   watch Trump in the news, and in the years prior to
19   2016 he makes noises that he's going to run for
20   President.  I don't take him seriously, but when it
21   becomes apparent that he's going to run for
22   President I started telling -- well, I started off
23   telling my children because I have a Republican son
24   and my book club, my neighbors, anybody who would be
25   patient and listen to my stories, you know, we don't
```

1            JESSICA LEEDS
2   and news media people who did interviews for me, and
3   then it was -- then it calmed down.
4        Q.  And were you ever paid for any of your
5   interviews?
6        A.  No.
7        Q.  Did Donald Trump ever respond to your
8   story?
9        A.  As I recall, he made the remark that I was
10  not his type, and, of course, he was also looking at
11  a picture of a 78-year-old woman and in his mind he
12  would never make a pass at somebody that old.
13       Q.  And do you recall anything else from what
14  he said about you?
15       A.  Not really.
16       Q.  And did anyone from Donald Trump's
17  presidential campaign ever reach out to you about
18  what you had said?
19       A.  I got a report from a reporter that he was
20  going to sue me, but I never heard anything from any
21  Trump representative.
22       Q.  And do you recall ever being accused of
23  fabricating a story as part of a conspiracy with the
24  Democratic party?
25       A.  No.