# EXHIBIT 6

Page 1

```
 1
 2          UNITED STATES DISTRICT COURT
 3          SOUTHERN DISTRICT OF NEW YORK
 4
 5   E. JEAN CARROLL,          )
                  Plaintiff,   )
 6                             )
          -against-            ) 20-cv-7311(LAK)
 7                             )
     DONALD J. TRUMP, in his   )
 8   personal capacity,        )
                  Defendant.   )
 9   _____  )
10
11
12             ***CONFIDENTIAL***
13          VIDEOTAPED DEPOSITION OF
14              E. JEAN CARROLL
15            New York, New York
16         Friday, October 14, 2022
17
18
19
20   Reported By:
21   CATHI IRISH, RPR, CRR, CLVS
22
23
24
25
```

Page 123

1          CARROLL - CONFIDENTIAL
2    BY MS. HABBA:
3        Q.   Okay.  So what happened?
4        A.   Pulled them down.
5        Q.   And then what happened?
6        A.   And then I felt his fingers
7    rummaging around my vagina and this huge
8    weight against me.  My head hurt, this
9    huge weight, I'm in a situation where I
10   can't -- I can't -- at one point I
11   remember saying this is Donald Trump, what
12   the heck is going on?  And then I felt his
13   penis inside of me.
14       Q.   So sorry to get into details
15   but --
16       A.   No, I understand.
17       Q.   If you're against the wall, it
18   was his right shoulder that you are
19   describing was pushing into you?
20       A.   Left, I think.
21       Q.   His left shoulder, sorry, because
22   you did touch your left side so I assumed
23   it was the right.  So it was his left
24   shoulder and he used his right hand?
25       A.   I don't know.  I couldn't see his