# EXHIBIT 7

Message

---

**From:** Daniel Bucheli [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9CC9507C55244B1A970B4A290A18B866-DBUCHELI]
**Sent:** 7/8/2019 3:16:24 PM
**To:** Tim Murtaugh [tmurtaugh@donaldtrump.com]; Erin Perrine [eperrine@donaldtrump.com]; Sarah Matthews [smatthews@donaldtrump.com]; Kayleigh McEnany [kmcenany@donaldtrump.com]
**Subject:** Women questions.EP1
**Attachments:** Women questions.EP1.docx

Doc w/Tim's + Erin's requested edits.

Daniel

EXHIBIT
DJT 33
10·19·22
PENGAD 800-631-6989

1. ~~Twenty-four~~Twenty-four women have accused President Trump of sexual misconduct. Most recently, Trump said he didn't engage in the alleged behavior with a certain woman because she was "not his type." Do you believe them? Do you take concern with the President saying he wouldn't assault a woman because of her looks?

   ~~The people of this country, in a decisive election, supported President Trump, and we feel like these allegations have been answered through that process. While sexual~~ Sexual assault claims should be taken seriously but, false accusations diminish the severity of real assault. As for E. Jean Carroll, this is ~~a completely false~~completely false and President Trump himself has said this never happened. It's ~~and~~ unrealistic story surfacing 25 years after allegedly taking place and was created simply to make the President look bad. It's really disheartening the attacks people make against President Trump. It's a real low in American discourse. ~~She's trying to sell a book if that gives you any indication of her motivation.~~

2. How can you work for someone who has publicly defended people accused of sexual harassment?

   I work for the campaign to re-elect the President of the United States, whom has delivered on his promises of a stronger economy, bringing back manufacturing jobs, rebuilding our military, among many other achievements. I work for a President who puts America first, who is putting the forgotten men and women of this country first, and who hasn't backed down from any challenge in his pursuit to keep moving American forward. ~~Everything else is just political noise to me. There are many in this town, and in the media, that would love to relitigate the 2016 election because it didn't fit their narrative, but that is something I am not going to do. Instead, let us highlight his irrefutable successes with our economy, our military, and our international relations.~~

3. Why would you work for someone who has been accused of not only harassing women, but has also been caught on tape making sexual grabbing references? [Access Hollywood Tape]?

   The President has acknowledged the references made on the Access Hollywood Tape were ~~inappropriate~~wrong ~~and we are not going to relitigate it~~. ~~h~~He has apologized and I as a woman have accepted it. ~~I don't like hearing such 'locker room talk' among my friends or family much less at the workplace.~~

4. The President has a history of making misogynistic and offensive comments about women (fat pigs, dogs, slobs, nasty woman, etc.). Do you support this?

   This President doesn't use a politician's filter. When the President is attacked, he will punch back 10 times harder. While some may not agree with his strong personality, when they look at what he has done for this country his record of success is undeniable.

5. What are your thoughts on the President paying adult film actress Stormy Daniels $130,000 in hush money to keep her quiet about an affair she had with him prior to the 2016 election? Aren't you morally opposed to paying hush money?

~~Let's remember the facts here -- Stormy Daniels said she signed false statements and said she told a mistruth to the public. She has no credibility. Again, the media seems a bit obsessed with trying to take President Trump down. I am not going to relitigate the 2016 election, much less what someone did as a private person before they were a public figure. I think time has given the President reason and the American people can decide for themselves what they think about Ms. Daniels and company.~~

What I can tell you is that the President has set a standard of excellence among his 2020 team, and I am proud to be part of such great talented team of professionals.

6. **What do people say to you when you tell them you are working to reelect the President? [Follow-up] Why are you working here?**

   ~~I explain to them what the job entails and why it is I chose to take on this job. My main reason for accepting this position is because~~ I believe in the President, I believe in his bold vision for our country, and most importantly because I really believe the 2020 election will be a battle for the soul of our nation. I am humbled every day to be able to come to work with some of the most talented people in the business, all of whom share the President's vision of a better tomorrow for our nation. I truly believe that everyone on our team, ~~to include~~ including the President, could be elsewhere working in a different role elsewhere and under less scrutiny ~~something less stressful, under less scrutiny and for far more money~~ -- yet we don't because we believe in our mission of helping better this country through the President's agenda.

7. **Even after Brett Kavanaugh was accused of sexual assault, President Trump stuck by his nominee for the Supreme Court. What was your reaction to this?**

   We fortunately live in a country where you are innocent until proven guilty, not the other way around. What was done to now Justice Kavanaugh was not only unacceptable, but we believe the American people saw it for what it was... politic~~al showmanship~~s at its worst. It's unfortunate that ~~someone with~~ a good man like Justice Kavanaugh with a prestigious legal background ~~and with a lovely family~~ had to endure ~~what they did~~ that kind of anger~~, but the President never wavered on supporting him, because he fully backs those who support and are loyal to him.~~ ~~Loyalty in politics is the most precious currency, and this President at times has been faulted for being too loyal to those who don't reciprocate. We are proud to stand by this President.~~

8. **Recently, states like Alabama have passed very restrictive abortion laws. What do you say to critics who think the President is denying women access to a basic health care need?**

   There is no doubt that the President protects life and ~~has made no secret of such~~ has a record to back that up. ~~He does however believe in certain situations (rape, incest, medical reasons) were exceptions are necessary.~~ He has stated that he thinks the Alabama law went a step to far~~, but he nevertheless is a believer in protecting life and the sanctity of such~~. President Trump believes in the sanctity of life and protecting it. ~~He does however believe in certain situations (rape, incest, medical reasons) were exceptions are necessary.~~

Confidential

MP-007963

Democrats have moved the abortion conversation so far to the left they are teetering on the edge of infanticide and celebrate that. What happened to the Democrat party of "rare, safe, and legal?"

9. **Do you believe women should have a choice over their body?**

I, myself, am pro-life. I support protecting all human life from conception as do millions of Americans across this country. ~~Democrats, however, are now supporting radical ideas like infanticide or taxpayer funded abortions.~~ I'm proud to work for a President who protects life and defend the rights of those who can't yet defend themselves.

~~Democrats, however, are now supporting radical ideas like infanticide or taxpayer funded abortions.~~

11.10. **Do your support the Trump Administration's policy of separating children from their parents at the border? [If you are a mother, what do you think of that?]**

Let's remember – these are Obama era laws on the books. These are Obama era immigration shelters. These are Obama era disasters that President Trump called out as candidate Trump and now he has made it the biggest topic of conversation in America. He has shined a light on a deeply flawed immigration system, but Democrats in Congress aren't willing to step up and have the tough discussion on how to fix it.

The Trump Administration believes in enforcing the rule of law, and if Congress doesn't like the laws, ~~let them rewrite them~~ they should follow President Trump's lead and try to make a difference in our broken immigration system. He has since day one stated that our immigration system is broken, and the situation with the children are just another example of why we need to reform this broken system.

12.11. **Conditions at the border facilities have been reported to lack adequate food, water, and sanitation. What's your reaction to these conditions?**

Hundreds of thousands of people flooding our country's border overwhelms our legal system and our social safety nets. ~~America's ability to provide proper care while maintaining the rule of law.~~ Democrats in Congress took over 90 days to provide supplemental funding to address humanitarian needs at the border. It's disgraceful.

Democrats are promising to decriminalize illegal immigration and are offering free healthcare and citizenship to anyone who makes it here. That open borders strategy only encourages more migrants to make the dangerous journey. They need to face the facts and come to the table to figure out a solution to the illegal immigration problem. ~~The President asked for months for billions of dollars in humanitarian aid to provide the necessary resources for these facilities, but Democrats only recently agreed to approve the funding.~~

13.12. **School shootings continue to be a massive issue for our country, but the President hasn't acted. What do you say to critics? [If a mother, how does it make you feel?]**

Confidential

MP-007964

Last year, the President signed the STOP School Violence Act into law, which provides grants to schools to improve safety. He also, unilaterally, banned bump stocks. President Trump ~~has also stated his~~ supports ~~for legislation and reforms to strengthen~~ strengthening background checks and signed FIX NICS into law to help fix some of the background check issues that could let firearms get into the wrong hands ~~and law enforcement operations~~. It's no secret the President is a strong supporter of the second amendment, and law-abiding citizens should not be punished.

### ~~14.~~ 13. What do you think this President has done for women across the country? What has his presidency personally meant for you?

The President's policies have delivered for every demographic and especially for women. Under President Trump, the unemployment rate for women has reached historic lows with the rate falling to its lowest point in 65 years in April and over 3 million women have entered the workforce. This also falls under the Presidents 'American Working Families' portfolio, which is being led by Ivanka Trump to legislatively push for items like paid family leave, workforce development and vocational training.

> Commented [EP1]: Let's add something in here about the work Ivanka is doing for women.

As a woman, I'm proud to work for a President whose policies are empowering women and protecting families across this country.

### ~~15.~~ 14. How can you support/work for someone whose policies have negatively affected women not only across our country, but across the world?

I think if ~~one~~ you look ~~s~~ at what this administration has meant for women across the country and across the world, they will be pleasantly surprised. A stronger economy and the highest women participation in the workforce in our country's history means that women have not only been empowered to pursue their dreams, regardless of what those might be, but also have the necessary resources to do just that. As a woman I can say we care about the same things everyone else does – safe communities, being able to pay their bills, and the chance to get ahead. I can tell you from numerous women I know that this President has positively impacted their lives.

### ~~16.~~ 15. Do you think it's petty for the President to attack women either in person or via Twitter? Just recently it was Megan Rapinoe (soccer player) but going back to 2016 it was Rosie O'Donnell. Aren't you tired of it?

When someone hits this President, he hits back ten times harder. That is who he is. It doesn't matter if it is a man or woman and it shouldn't matter to you either. ~~The President is his own communicator and the best advocate of his agenda this campaign has.~~ It's no secret that he uses Twitter to take his message without filter directly to the American people, as we all know the mainstream media tends to "add" their commentary to the news. ~~While many may not agree with his strong personality, when they look at what he has done in his policies, not to mention the economy, empowering women, and empowering parents school choices for their kids, many tend to side or at least agree with him.~~

That honest and unvarnished approach is part of what Americans appreciate this President. He isn't willing to hide himself by some fake cover of political correctness.

17.16. **If the culture of a campaign reflects on that of the moral character of the candidate, how would you categorize your workplace? Have you ever felt out of place because you are a woman?**

President Trump has a history of hiring and elevating women to high positions – both in business and in politics. The president wants to help empower women and there's no better example of that than the way he empowers the ones within his own campaign. The campaign has assembled a female forward staff with many women serving in highly public positions and female voices are crucial in our ideas and strategy.

18.17. **Looking further than the campaign, how would you describe the culture in the GOP towards women? Has it improved or deteriorated under this President?**

I think the This is a culture of women empowerment in D.C. is in full swing. I mean when you When you take a look around the room and who is in some of the the highest places in levels of this administration government, corporations, lobbyists, and even RNC staff, the RNC you will see that women occupy many of these posts. The President himself even tapped a woman, tapped Chairwoman Ronna McDaniel, to lead the RNC.

I am a firm believer that those who work hard, achieve their goals and help others in the process are due to reach success—hard work pays off, regardless if they are men or women of gender. The President has further set the tone by surrounding himself by some of the most talented and dedicated professional women in the GOP, and GOP and was something he did long before he entered politics—just look at his businesses prior to being President.

19.18. **The President could face off in 2020 against another woman. Don't you feel personally attacked when he 'punches back' on the trail/debates? Do you treat women like that?**

Regardless of who the President faces in 2020, it will be a stark comparison of visions between a proven and established list of success records by this President, versus radical, socialist ideals brought forward by the Democratic party. As we saw, the President will treat his opponent based on the ideas they bring to the table, and keep the conversation based on the merits of each proposal – for the benefit of the American people. As we saw in 2016, he is not afraid to "punch back" (regardless of whether the attacks come from a man/woman) when attacked, the only difference is that he does so from a position of strength already having already delivered for the American people for the past four years come 2020. We must not confuse attacking a policy with attacking a person.

20.19. **Donald Trump has a history of his horrible treatment of women, from his pageant days days at the Miss Universe organization to his time on reality television. How does that translate to his campaign?**

It doesn't and everything you have just mentioned have been allegations — ~~none of which have ever been proven,~~ all of which are false. The team the President has put together is a talented one, and none of us would put up with ~~such behavior regardless of who it comes from.~~ with being mistreated. Everyone on our team is a true professional and know that when we walk through those doors we are representatives of the President's re-elections efforts and conduct ourselves in such manner. ~~Are there tough days? Sure, like in any other workplace. Does that equate to mistreatment of anyone? Never.~~

21. 20.    You've told me nothing but great things about being a woman, working on the campaign, and how everything is great…. There must be something you wish you could change, either about 1) The President or 2) the campaign, what would that be?

First and foremost, ~~we are not here to change or alter~~ none of us want to change the President or the environment of this campaign. ~~'s success record and message, but to amplify it and make sure it reaches the most people as possible.~~ The President has been clear that his success is based on ~~how many Americans we can help~~ putting America first, and ~~that is what I am doing here,~~ it's our job to get that message out there. We are all part of a team, ~~and~~ where we ~~all offer our unique~~ are encouraged ~~suggestions and talents~~ to lead and engage and, ~~but~~ at the end of the day ~~it's the President and his agenda who is on the ticket and who we serve.~~ we serve at the pleasure of the President. ~~I also like to say that "selling" lower taxes, a rebuilt military, a booming economy and so many more successes we've witnessed under this President is the easiest job in the world, with the media and their bias being one of the biggest challenges we will face in 2020.~~

22. 21.    You say the President hires and elevates qualified people regardless of their gender, but how do you feel about the nepotism he has displayed in the hiring of his daughter Ivanka?

It is sad, but not shocking that people choose to attack Ivanka Trump, a senior adviser to the president, when she is promoting U.S. efforts to empower women through strategic partnerships with world leaders. Ivanka is the driving force behind the White House's Global Women's Empowerment Initiative, which aims to help 50 million women in developing countries realize their economic potential by 2025 - something that should be celebrated. And let's be honest. Ivanka Trump gets this kind of criticism because of her last name. ~~If it was Chelsea Clinton working as an adviser to her mother, I doubt she would face the same criticism from the mainstream media.~~

23. 22.    Women are generally paid less than men in this country, but this President has done nothing to address the pay gap. In fact, President Trump attempted to stop an Obama-era rule, requiring big companies to disclose employee pay categories by gender, race and ethnicity, to the government. Do you think women deserve equal pay?

Of course, I believe women deserve equal pay for equal work. ~~Ultimately, while I believe the intention of the Obama-era rule was good and agree that pay transparency is important, the proposed policy would not yield the intended results. That regulation would have imposed an~~

~~incredible amount of burden with no utility.~~ Look, the President and what has been reflected in both his administration and campaign likes to have team members and judge them on their individual performance. If you see whom he has surrounded himself with on both the official and campaign side of things, you will see a diverse group of men~~, women, and~~ and women with diverse backgrounds. At the end of the day all that matters ~~is~~are: 'are we delivering for the American people the better tomorrow we promised them?'

~~24.~~23.	What about the latest allegation against the President by E. Jean Carroll that she was allegedly assaulted by the President in the mid-90's?

The President has been clear on this... it never happened. Every allegation of an assault by a woman should be taken seriously and investigated as it happens, but in this case its clear there are a lot of questions regarding this accusation. For one, it's been almost two decades, then there is a question of the timing (as she is pushing her book sales) and third, not a thread of proof or evidence has been presented. One must ask themselves, why now, what has changed? The Democrats are even leery about pursuing this, as the questions surrounding this case are many and not very much detail has been provided.

~~25. If Donald Trump did not exist, would you still be pushing a similar agenda by another candidate? Who would you like that other person to be?~~

~~Fortunately, he does exist and the agenda he is pushing at the end of the day is for the bettering of not only America, but for all Americans. I am proud to be part of this team, work with some of the most talented people in the business and help in a small way, my country. There are a lot of ways to serve your country, this is just one more way of doing just that.~~

~~27.~~24.	There are some powerful women in the campaign who seem to capture all the 'glam light,' while others are never seen or heard from. Do you feel the President shows favoritism towards some over others? How does that make you feel?

There is no one on this team who is doing this for the "glam light." We are doing this to serve our country. / We are all on a team, and regardless of what positions ~~or "glam light" we get~~, we all have one goal: re-elect the President of the United States and reassure a continuation of successful policies for the American people like low unemployment, higher wages, low taxes, ~~etc. We all work as a team and have different talents and networks we bring to the table in support of the President.~~ and more.