# EXHIBIT 12

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| E. JEAN CARROLL, |
| Plaintiff, |
| v. |
| DONALD J. TRUMP, in his personal capacity, |
| Defendant. |

No. 20 Civ. 7311 (LAK) (JLC)

**Rule 26(a)(1) Initial Disclosures**

**DEFENDANT DONALD J. TRUMP'S SUPPLEMENTAL RULE 26(a)(1)  INITIAL DISCLOSURES**

In accordance with Federal Rule of Civil Procedure 26(a), the defendant, Donald J. Trump ("Defendant"), by and through his attorney, Habba Madaio & Associates LLP, hereby supplements his initial disclosures to the plaintiff, E. Jean Carroll ("Plaintiff"), in the above captioned matter as required by Fed. R. Civ. P. 26 (e).

Defendant expressly reserves his right to assert any applicable privilege, defense, immunity or objection, including, but not limited to, the attorney-client, work product executive and deliberative process privileges. These disclosures are based on information now reasonably available, identifiable and/or knowable to Defendant. In addition, Defendant expressly reserves his right to supplement, amend, clarify, revise, and/or correct any or all of the disclosures herein at any time. Nothing in these initial disclosures constitutes, or is intended to constitute, a waiver of any claim, right, or defense in this case or otherwise. In addition, Defendant expressly reserves all applicable privileges, including without limitation, the attorney-client privilege and the work-product doctrine, and Defendant makes these disclosures subject to those privileges and immunities. Defendant further makes these disclosures subject to any discovery confidentiality order the Court

1

may enter in this case.

## **DISCLOSURES**

1.      **The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

      See Defendant's Initial Disclosures.

2.       **A copy, or description by category and location, of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control, and may be used to support its claims or defenses, unless their use would be solely for impeachment**.

      See Defendant's Initial Disclosures.

3.      **A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of the injuries suffered**.

      See Defendant's Initial Disclosures.

4.       **Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy all or part of a judgment which may be entered in the action to indemnify or reimburse for payments made to satisfy the judgment**.

      Although the insurer has disputed that coverage applies to this action, the following policy may be liable to satisfy all or part of a judgment in this action: The Chubb Group of Insurance Companies (policy no. 0359543-10). Relevant portions of said policy are attached.

**RESERVATION OF RIGHTS**

The instant disclosure is without prejudice to and with a reservation of all rights to supplement, modify or amend Defendant's disclosure in accordance with the Federal Rules of Civil Procedure and/or any other applicable rules.

Respectfully submitted,

Dated: September 19, 2022
      New York, New York

Alina Habba, Esq.
HABBA MADAIO & ASSOCIATES, LLP
1430 U.S. Highway 206, Suite 240
Bedminster, New Jersey 07921
    -and-
112 West 34th Street, 17th & 18th Floors
New York, New York 10120
Phone: (908) 869-1188
Fax: (908) 450-1881
Email: ahabba@habbalaw.com
*Attorneys for Defendant, Donald J. Trump*

To:    Counsel of record via email