# EXHIBIT B

Page 1

1              JESSICA LEEDS

2         UNITED STATES DISTRICT COURT

3         SOUTHERN DISTRICT OF NEW YORK

4    ------------------------------------    )

5    E. JEAN CARROLL,                         )

6              Plaintiff,                     ) Case No.

7         vs.                                 ) 20-Civ-7311

8    DONALD J. TRUMP, in his personal capacity) (LAK)(JLC)

9              Defendants.                    )

10   ------------------------------------    )

11

12

13            DEPOSITION OF JESSICA LEEDS

14               NEW YORK, NEW YORK

15                OCTOBER 13, 2022

16

17

18

19

20

21

22

23

24   REPORTED BY:  Tina Alfaro, RPR, CRR, RMR

25   JOB NO. 218341

Page 17

```
 1                    JESSICA LEEDS

 2   Trump?

 3        A.   Yes.

 4        Q.   When was that?

 5        A.   Well, the first time I met him was on an

 6   airplane coming back from I believe Dallas, it was a

 7   Brandiff flight.  I was asked by the stewardess -- I

 8   was flying coach.  I was asked by the stewardess if

 9   I would like to come up and sit in first class.

10   Well, Brandiff had great meals.  Absolutely, I went

11   up to first class, and it was the first seat behind

12   the bulkhead.  And there was a gentleman sitting at

13   the window seat and he introduced himself, and we

14   shook hands and we chatted for a while.  He

15   introduced himself as Donald Trump.

16        Q.   And do you recall where you were traveling

17   on this flight?

18        A.   I was coming into New York, to Laguardia

19   because that's where my car was.

20        Q.   Okay.  And do you recall what year this

21   took place?

22        A.   I think it was '79.

23        Q.   Okay.  And you testified that the man

24   sitting in the window seat introduced himself as

25   Donald Trump.  Were you familiar with Donald Trump
```

```
 1                    JESSICA LEEDS

 2   mean by that?

 3        A.  Well, he was with his hands grabbing me,

 4   trying to kiss me, grabbing my breasts, pulling me

 5   towards him, pulling himself on to me.  It was kind

 6   of a struggle going on.  Part of my brain was

 7   wondering why the people in the back -- in the seat

 8   behind me weren't noticing that the seat was

 9   jiggling around and why wasn't the guy that was

10   sitting across the aisle saying something or where

11   in hell was the stewardess.  That went on for what

12   seemed like a terribly long time, but it probably

13   was just a few seconds.

14             It was when he started putting his hand up

15   my skirt that I realized that nobody was going to

16   save me but me, and I was on the aisle, I managed to

17   wheel my way out of the chair, and grabbed my purse

18   and I went back to my seat in the back.

19        Q.  And did Donald Trump say anything while

20   this was happening?

21        A.  Not a word.  There was never any sound that

22   I can recall.

23        Q.  Did you say anything while this was

24   happening?

25        A.  Nope.
```