# EXHIBIT D

1

2  UNITED STATES DISTRICT COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  -------------------------------x

5  E. JEAN CARROLL,

6             Plaintiff,

7      -vs-                         20 CIV. 7311

8  DONALD J. TRUMP,                 (LAK)(JLC)

9  in his personal capacity,

10            Defendant.

11 -------------------------------x

12

13           DEPOSITION OF ROBERT FISHER

14              December 14, 2022

15

16

17

18

19 Reported by:

20 MARY F. BOWMAN, RPR, CRR

21 JOB NO. 220615

22

23

24

25

1
2
3
4
5
6                    December 14, 2022
7                    10:11 a.m.
8
9
10         Deposition of ROBERT FISHER, held
11   at offices of Kaplan, Hecker & Fink, LLP,
12   350 Fifth Avenue, New York, New York,
13   before Mary F. Bowman, a Registered
14   Professional Reporter, Certified Realtime
15   Reporter, and Notary Public of the States
16   of New Jersey and New York.
17
18
19
20
21
22
23
24
25

Page 41

 1                R. Fisher
 2   its counsel and service to clients during
 3   the past three decades."
 4        A.    Yes.
 5        Q.    Do you recall what any of those
 6   awards or honors were?
 7        A.    Yes, I do.  Several.  Many.
 8              They were from the Public
 9   Advisors Society of America.  They were
10   from the Public Communicators of Los
11   Angeles organization.  And -- in other
12   words, in my profession, like in many, they
13   have awards programs, and you submit -- you
14   can submit a project or a program or submit
15   something that you've done to a
16   competition, national or local, regional,
17   whatever, and they pick winners and they
18   give -- they have a banquet and they pass
19   out awards.
20              And I won many awards.  Most of
21   them were in the period of the '90s.  And I
22   stopped submitting forms, but I won a lot
23   of first place awards of excellence or
24   whatever, many, many, many.  And I finally
25   got tired of submitting -- I didn't feel

1                 R. Fisher
2   the need to get any more awards, so
3   probably around 2000, I stopped submitting
4   them.
5        Q.    Is there an award -- is there an
6   award that you are most proud of or think
7   represents your greatest Success?
8        A.    Well, I mean, a lot of these
9   rewards were for reputation damage, what
10  you'd call crisis communications. And
11  people that had damaged reputations, I did
12  programs that won awards.
13             I think the one that I'm note
14  proud of is for the brothel industry in
15  Nevada.  There would be no brothel industry
16  in Nevada if it weren't for me.  There
17  wouldn't be one right there if it weren't
18  for me.
19             Back in 1988, when Rock Hudson
20  AIDS problem came to fore and everybody --
21  there was a panic about AIDS -- the
22  brothels were legalized in 1971 in Nevada.
23  And 1988 when they -- Rock Hudson thing
24  hit, the legislature decided to eliminate
25  brothels because they said anyone that goes

1           R. Fisher
2  in the brothel and has sex goes home to
3  their wife or girlfriend and passes it on.
4           So the theory was the brothel was
5  rampant with AIDS and sexually-transmitted
6  diseases, which wasn't true.  You were
7  safer having sex with a woman in the
8  brothel than you were with a woman who you
9  met in church, and that has been
10 documented.
11          So anyway, the brothel industry
12 contacted me, long story short, said there
13 was already a bill in front of the state
14 legislature, they are going to outlaw us
15 unless we do something.
16          And I turned around the
17 perception in a matter of two or three
18 months to the point where the legislature
19 dropped the bill and they are still --
20 there is still brothels in Nevada.
21          So I won several awards for that,
22 for a crisis reputation management program.
23          I had another one for a program
24 where some in Marina Del Verde, an upscale
25 condo complex all the owners were going to

Page 44

1          R. Fisher

2   get kicked out and I changed -- I managed

3   to short-circuit the eviction of all those

4   people through a litigation and through a

5   program to show how these people were in

6   bad straits and being harmed.

7            In other words, I've won a lot of

8   awards for reputation damage and bad

9   representation programs.

10    Q.   With respect to your work on

11  behalf of the brothel industry, you

12  testified that you turned around -- let me

13  rephrase that.

14           You testified that you turned

15  around the perception in a matter of two to

16  three months. What specifically did you do

17  in that time period?

18    A.   That was a classic case. That's

19  going to be taught in schools for years to

20  come.

21           The bottom line is it's public

22  perception. Reputation is about

23  perception. Reputation is perception.

24  Reputation means how somebody perceives

25  something, how they view it, that sort of

Page 49

1         R. Fisher
2  outlaw a brothel because they are rampant
3  with sexually transmitted disease, what are
4  they going to do, say, it's not true, it's
5  not true, it's not true?
6         No one -- there is nothing they
7  could have done that would make people
8  believe it.  So you had to -- you had to
9  find somebody that would say what they were
10 saying that had no ties to them and yet had
11 total credibility.
12    Q.   Okay.  If we turn back to the
13 front page of your CV.
14         You see that you have listed
15 areas of expertise?
16    A.   Yes.
17    Q.   Public relations, marketing,
18 advertising, journalism, reputation, damage
19 to reputation and it goes on.
20         Are all of those areas relevant
21 to your testimony here today?
22    A.   Well, the only thing that is
23 relevant to my testimony is public
24 relations.  There is no other profession --
25 anything that deals with defamation.

```
                                                    Page 50
 1                   R. Fisher
 2   Defamation is about reputation for the most
 3   part.  False statements, we know that.
 4              But it's about impacting
 5   someone's reputation.  The only profession
 6   has anything to do with reputation for the
 7   most part is public relations, not
 8   advertising, not marketing, no journalism.
 9              So I would say that list in this
10   case today, I would say public relations is
11   one.  Defamation another.  Damage to image
12   or reputation is another.  So some extent
13   crisis communications, management might be.
14   Public perception and opinion.  That would
15   be.  Probably.  That would be it.
16       Q.    If we turn now a few pages to
17   page 4 of your CV.
18              I guess let me pause.  If you
19   look at the bottom of page 3, you see there
20   is a header that says, "Expert Witness
21   Experience"?  Bottom of page 3 and
22   continues to page 4?
23       A.    Yes, yes.
24       Q.    Then if you just sort of leaf
25   through the next sort of four or five
```

```
                                                              Page 266
 1                 UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF NEW YORK

 3    _____
                                             )
 4    E. JEAN CARROLL,                       )CASE NO.:
                                             )
 5                   Plaintiff,              )20-Civ-7311
                                             )(LAK)(JLC)
 6           v.                              )
                                             )
 7    DONALD J. TRUMP, in his personal       )
      capacity,                              )
 8                                           )
                     Defendant.              )
 9    _____ )

10

11

12

13

14              DEPOSITION OF ROBERT FISHER

15                       VOLUME II

16         REMOTELY IN LOS ANGELES, CALIFORNIA

17              TUESDAY, DECEMBER 20, 2022

18

19

20

21

22

23

24    REPORTED BY:   NATALIE PARVIZI-AZAD, CSR, RPR, RSR
                     CSR NO. 14125
25    JOB NO.:       220862
```

Page 267

```
 1                UNITED STATES DISTRICT COURT

 2               SOUTHERN DISTRICT OF NEW YORK

 3   _____
                                            )
 4   E. JEAN CARROLL,                       )CASE NO.:
                                            )
 5                       Plaintiff,         )20-Civ-7311
                                            )(LAK)(JLC)
 6            v.                            )
                                            )
 7   DONALD J. TRUMP, in his personal       )
     capacity,                              )
 8                                          )
                             Defendant.     )
 9   _____)

10

11

12

13

14      DEPOSITION OF ROBERT FISHER, VOLUME II

15      TAKEN ON BEHALF OF THE PLAINTIFF IN

16      LOS ANGELES, CALIFORNIA, BEGINNING AT

17      12:35 P.M. AND ENDING AT 3:37 P.M., ON

18      TUESDAY, DECEMBER 20, 2022, BEFORE

19      NATALIE PARVIZI-AZAD, CERTIFIED SHORTHAND

20      REPORTER NUMBER 14125.

21

22

23

24

25
```

```
                                                         Page 268
 1                    A P P E A R A N C E S

 2


 3    FOR THE PLAINTIFF, E. JEAN CARROLL:

 4         KAPLAN HECKER & FINK LLP
           BY:  MATTHEW CRAIG, ESQ.
 5              HELEN ANDREWS, ESQ.
                SHAWN CROWLEY, ESQ.
 6         350 FIFTH AVENUE
           NEW YORK, NEW YORK 10118
 7


 8    FOR THE DEFENDANT, DONALD J. TRUMP, IN HIS
      PERSONAL CAPACITY:
 9
           HABBA MADAIO & ASSOCIATES LLP
10         BY:  PETER SWIFT, ESQ.
           1430 U.S. HIGHWAY 206
11         BEDMINSTER, NEW JERSEY 07921

12


13    ALSO PRESENT:

14         TRAVIS SIMMONS, VIDEOGRAPHER

15

16

17

18

19

20

21

22

23

24

25
```

Page 313

1 best news media that have the most credibility, the
2 reach, and whatever to go after, regardless of
3 whether they ever carried the original information.
4     Q. And -- and what data do you rely upon to
5 determine what the best media is for your target
6 audience in terms of credibility and the other
7 things you mentioned?
8     A. Knowledge. I've been in this business
9 50 years. A reporter for "The "New York Times", I
10 was in journalism -- I know the media, I know which
11 media -- who the media are, I know what they do, I
12 know who they reach out to, I know who reads them or
13 listens to them, I know what -- for instance, if I
14 had something from Mr. Trump back in the day, I
15 wouldn't go to MSNBC for it, I would go to FOX, you
16 know, or now Newsmax or America One [sic] or
17 whatever.
18     But the bottom line is I -- I have
19 knowledge; that's why I'm an expert. I have
20 50 years of knowledge of working with the media.
21 Most of them were around 50 years ago. "New York
22 Times" was around 50 years ago, so was the
23 Washington Post, so was ABC, so was AP, so was Wall
24 Street Journal. I don't need to consult textbooks
25 or media guides -- again, we're just talking about

1  news media at this point. I don't need to consult

2  them to know who -- who the movers and shakers are

3  or where I need to be.

4      Q. And so, it -- you do not look at polling

5  or any other data sets to identify the media

6  consumption habits in this day and age of your

7  target audience?

8      A. No.

9      Q. Okay.

10     A. And it's somewhat premature anyway, but I

11 mean, that's when you get into the nitty gritty of

12 filling in my blueprint, whoever does it, that's --

13 that's at the time, that's what they will do. My

14 task as an expert is I design a plan that has -- as

15 I said, tried and true activities that have proven

16 to be effective and valuable over a period of time.

17 My job isn't, in that, to get into the weeds of each

18 particular recommendation and break it down to the

19 Nth degree as to -- it would be premature to do it

20 because conditions can change from the time --

21 sometimes I do these reports and -- and the case

22 isn't over for three years. I've had cases where

23 I've done the reports three years later. Three

24 years is a big difference, why would I charge my

25 client --