# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E. JEAN CARROLL, )
Plaintiff, )
)
-against- )20-cv-7311(LAK)
)
DONALD J. TRUMP, in his )
personal capacity, )
Defendant. )
________________________ )

***CONFIDENTIAL***
VIDEOTAPED DEPOSITION OF
E. JEAN CARROLL
New York, New York
Friday, October 14, 2022

Reported By:
CATHI IRISH, RPR, CRR, CLVS

defendant's statements?

A. Absolutely.

Q. Why do you think that?

A. I believe they thought that the column had taken a hit. Here it was probably the number one feature for years and I'm a liar.

Q. Did someone from Elle tell you that?

A. No, they would never admit it.

Q. Who advised you that you were being terminated from Elle Magazine?

A. The managing editor.

Q. Who was that?

A. I had to look her up when she called, Erin Hobday. I thought she was calling me to invite me to the Christmas party.

Q. Were you surprised by your termination?

A. That's putting it mildly.

Q. In what manner were you advised?

A. Very cheerful conversation. She said I'm calling to inform you that we

CARROLL - CONFIDENTIAL

are not relevant but DF99WWW24RY-dms-ngarcia@hearst.com.

A. Yes.

Q. The date is 8/4/2019?

A. Yes.

Q. Okay. Do you know who ngarcia at Hearst would be?

A. Who?

Q. I'll state it differently.

A. Oh, Nina Garcia.

Q. Exactly. Who is Ms. Garcia?

A. Ms. Garcia is a well respected editor in the magazine world. She is the editor-in-chief of Elle. She's also one of the stars of Project Runway.

Q. She was the editor-in-chief at Elle at this time?

A. Yes.

Q. Did you have a relationship with Ms. Garcia?

A. No, just an admirer of hers. I liked her style, I liked her on Project Runway.

Q. According to the contents of this

CARROLL - CONFIDENTIAL

communication, it states "Hi, Kate, Emma told me you are aware of the E. Jean situation. Sadly she will not reconsider her exclusive with New York Magazine. I've been talking to Erin Hobday about our situation with HR, and Brandy about our PR strategy. Both feel prepared to move forward. I don't feel it sets the right precedent if we keep her. Let me know your thoughts."

A. Exactly.

Q. Do you know who Erin --

MS. KAPLAN: I think she was going to say exactly. Anything else?

THE WITNESS: This is a shocking e-mail for me because what precedent are they talking about, does anybody know?

BY MS. HABBA:

Q. I'll ask you some more detailed questions.

According to the contents of this communication that I just read, it is said that you would not reconsider your

CARROLL - CONFIDENTIAL

your blog?

A. Oh, Substack, yes, I do.

Q. You do. Do you know how much?

A. Yes, 70,000 a year.

Q. And how long have you been generating that amount of income from the blog?

A. It was immediately popular. Not a big huge massive salutation but it's doing all right. I enjoy writing it.

Q. Did it increase after 2019?

A. Oh, I didn't start it until 2021.

Q. So it's pretty successful since you started it?

A. It's successful for a Substack, yes.

Q. Have you sued anyone else?

A. No.

Q. Have you ever been sued?

A. No.

Q. Last set of questions I have for you, you stated in the public that you had DNA from the former president; is that correct?

CARROLL - CONFIDENTIAL

A. Yes.

Q. Why did you state that?

A. Because we sent the dress to be examined and then we got back a report. Robbie published it.

Q. What did that report say that you recall? And don't divulge anything that's privileged, please, so conversations between you and your attorney I don't want to know.

A. It is so far above my head. The reports about DNA are so detailed and so much scientific rigor is required to understand even the opening paragraph, I can't really -- I can't say.

Q. And how did you discover that there might have been a trace of DNA from this event?

MS. KAPLAN: I don't think you can answer that question.

MS. HABBA: Okay. I think I'm done.

Oh, yes, I forgot.

///