UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E. JEAN CARROLL,

    *Plaintiff*,

v.

DONALD J. TRUMP, in his personal capacity,

    *Defendant*.

No. 20 Civ. 7311 (LAK) (JLC)

---

## DECLARATION OF ROBERTA A. KAPLAN IN SUPPORT OF PLAINTIFF E. JEAN CARROLL'S OPPOSITION TO DONALD J. TRUMP'S OMNIBUS MOTION IN LIMINE

I, Roberta A. Kaplan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a member of the bar of the State of New York and am admitted to appear before this Court. I am a partner in the law firm Kaplan Hecker & Fink LLP, counsel for Plaintiff E. Jean Carroll in the above-captioned action.

2. I respectfully submit this declaration in support of Carroll's opposition to Defendant Donald J. Trump's motion in limine.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the official transcript of Natasha Stoynoff's deposition, which was taken in this action on October 13, 2022.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the official transcript of Jessica Leeds' deposition, which was taken in this action on October 13, 2022.

5. **Exhibit 3** is Exhibit PX-25 as identified in the parties' Joint Pretrial Order, ECF 129, which is being submitted to the Court via CD.

6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the official transcript of Donald J. Trump's deposition, which was taken in this action on October 19, 2022.

1

7. **Exhibit 5** is Exhibit PX-26 as identified in the parties' Joint Pretrial Order, ECF 129, which is being submitted to the Court via CD.

8. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the official transcript of E. Jean Carroll's deposition, which was taken in this action on October 14, 2022.

9. **Exhibit 7** is Exhibit PX-27 as identified in the parties' Joint Pretrial Order, ECF 129, which is being submitted to the Court via CD.

10. **Exhibit 8** is Exhibit PX-28 as identified in the parties' Joint Pretrial Order, ECF 129, which is being submitted to the Court via CD.

11. **Exhibit 9** is Exhibit PX-29 as identified in the parties' Joint Pretrial Order, ECF 129, which is being submitted to the Court via CD.

12. **Exhibit 10** is Exhibit PX-30 as identified in the parties' Joint Pretrial Order, ECF 129, which is being submitted to the Court via CD.

13. **Exhibit 11** is Exhibit PX-31 as identified in the parties' Joint Pretrial Order, ECF 129, which is being submitted to the Court via CD.

14. **Exhibit 12** is Exhibit PX-32 as identified in the parties' Joint Pretrial Order, ECF 129, which is being submitted to the Court via CD.

15. Attached hereto as **Exhibit 13** is Exhibit PX-1 as identified in the parties' Joint Pretrial Order, ECF 129, which is a true and correct copy of a tweet containing the statement that Trump made about Carroll on June 21, 2019.

16. Attached hereto as **Exhibit 14** is Exhibit PX-2 as identified in the parties' Joint Pretrial Order, ECF 129, which is a true and correct copy of the transcript containing the statement that Trump made about Carroll on June 22, 2019.

17. Attached hereto as **Exhibit 15** is Exhibit PX-3 as identified in the parties' Joint Pretrial Order, ECF 129, which is a true and correct copy of the June 24, 2019 Hill article containing the statement that Trump made about Carroll.

18. Attached hereto as **Exhibit 16** is Exhibit PX-4 as identified in the parties' Joint Pretrial Order, ECF 129, which is a true and correct copy of a Truth Social post containing the statement Trump made about Carroll on October 12, 2022.

Dated: New York, New York
February 23, 2023

Roberta A. Kaplan