# EXHIBIT 1

```
                                                              Page 1
 1                     NATASHA STOYNOFF

 2              UNITED STATES DISTRICT COURT

 3              SOUTHERN DISTRICT OF NEW YORK

 4   -------------------------------------   )

 5   E. JEAN CARROLL,                         )

 6               Plaintiff,                   ) Case No.

 7        vs.                                 ) 20-Civ-7311

 8   DONALD J. TRUMP, in his personal capacity) (LAK)(JLC)

 9               Defendants.                  )

10   -------------------------------------   )

11

12

13           DEPOSITION OF NATASHA STOYNOFF

14                  NEW YORK, NEW YORK

15                  OCTOBER 13, 2022

16

17

18

19

20

21

22

23

24   REPORTED BY:  Tina Alfaro, RPR, CRR, RMR

25   JOB NO. 218341
```

1                    NATASHA STOYNOFF

2        A.  I walked in and he -- I walked into the

3   room first and I'm looking around the room wondering

4   what does he want to show me.  Nice room, what does

5   he want to show me.  Then I hear the door close

6   behind me and I turn around and he's right here

7   (indicating), and he grabs my shoulders and pushes

8   me against this wall and starts kissing me.

9        Q.  And did he say anything when he started

10  kissing you?

11       A.  No.

12       Q.  Did he say anything before?

13       A.  Not that I recall.

14       Q.  And what was going through your mind when

15  Donald Trump did this?

16       A.  Complete shock.  Thank you.  Complete shock

17  because it was very fast and I was taken -- taken by

18  surprise.

19       Q.  And do you recall how you reacted?

20       A.  I recall pushing him back twice.  I recall

21  trying to say something, but not really being able

22  to.  I was so flustered.

23       Q.  And when you pushed him back the first time

24  do you recall how Donald Trump reacted?

25       A.  Yes.  He just came toward me again.

Page 22

1        NATASHA STOYNOFF
2     Q.   And what about after the second time?
3     A.   He started coming toward me again, but then
4  someone came into the room.
5     Q.   Do you recall who came into the room?
6     A.   Yes.  It was the butler.
7     Q.   And had you seen the butler before?
8     A.   Yes.  The butler was my contact for the
9  entire day, as a matter of fact.  He was on my call
10 sheet.  He's the one who took me where I needed to
11 go.  He's the one I checked in with when I got
12 there.  Tony.
13    Q.   And do you recall how long you had been in
14 the room with Donald Trump before the butler came
15 in?
16    A.   Just a few minutes.
17    Q.   And did you see the butler have any
18 reaction to what Donald Trump was doing?
19    A.   Yes, I did.
20    Q.   And how would you describe that?
21    A.   Well, all I know is that when I looked at
22 his face, to me he had the look on his face like
23 thank God I got in here, like he's done this before,
24 like he knew that he saw a shut door and he had to
25 get in there.  That's my perception of his

1                    NATASHA STOYNOFF
2      right there in the meeting.  This was, you know,
3      early 2000 -- this was early 2016, I believe.
4             What happened then in those few months
5      between that meeting and my essay was the editors
6      had let me know that if I wanted to talk about this
7      that they would provide a forum for me.
8          Q.  Who was the editor who raised this concern
9      in the meeting of People Magazine, the editors?
10         A.  Do you mean the one who said after what he
11     did to Natasha or the one who --
12         Q.  Correct.
13         A.  A friend of mine, Mary Green, a colleague.
14         Q.  She was someone you had told at the time
15     about what had happened?
16         A.  Yes.
17         Q.  So after you were told that you had a forum
18     that you could use if you ever decided to tell your
19     story publicly, what made you take advantage of that
20     forum?
21         A.  All those months I still did not feel like
22     I could do that, could take advantage of this forum
23     or make use of it or I should, but when his tape
24     came out, the Access Hollywood tape, I got another
25     call from one of the editors at the magazine saying,

```
                                                         Page 35
 1                   NATASHA STOYNOFF
 2    well, what do you think, do you feel comfortable, do
 3    you want to write something?  I told them not just
 4    yet.  I want to see what he's going to say in the
 5    debate because I think that the tape came out on
 6    Friday and the debate that Monday, I believe, a few
 7    days later anyway.  I wanted to see if he was going
 8    to own up to it and be honest with people and I was
 9    waiting to see what he was going to say.  And, of
10    course, he was asked directly from Anderson Cooper,
11    by Anderson Cooper have you ever kissed a woman
12    without her consent, and he said no.  I thought he's
13    lying and that is what made me write the story.
14         Q.  I'm just going to -- we're going to play a
15    couple videos of you just for identification.  The
16    first one we'll mark as Exhibit 2.  Let's see if our
17    technology works.
18             MR. CRAIG:  If we could just go off the
19    record for a second so we could address the volume
20    here.  If you want to take a break.  We're just
21    going to figure out our technology.
22             THE WITNESS:  Okay.
23             THE VIDEOGRAPHER:  We are going off the
24    record.  The time is 2:20 p.m.
25                     (A break was had.)
```

Page 38

1        NATASHA STOYNOFF
2  there a particular piece of the video you're
3  referring to?
4       A.  Lying about never groping or kissing women
5  without their consent and how he had the utmost
6  respect for women.
7       Q.  You consider what he did to you lying and
8  groping women without their consent?
9       A.  I consider that he lied about kissing and
10 groping me without consent.
11      Q.  You testified previously that you decided
12 to write your essay after this presidential debate;
13 is that correct?
14      A.  Yes.
15      Q.  And just in general, what did that process
16 look like?
17      A.  The writing process?
18      Q.  Yes.
19      A.  So after the debate my editor knew I was
20 waiting to see what he would say at the debate
21 because I felt if he came clean or apologized to
22 women -- the women, I wouldn't do anything.
23 Obviously he did not do that.  So I said to the
24 editor, all right, we can -- I'll write something.
25 And I wrote a draft and I think it went back and