# EXHIBIT 2

1                     JESSICA LEEDS

2              UNITED STATES DISTRICT COURT

3              SOUTHERN DISTRICT OF NEW YORK

4     -------------------------------------    )

5     E. JEAN CARROLL,                          )

6                 Plaintiff,                    ) Case No.

7          vs.                                  ) 20-Civ-7311

8     DONALD J. TRUMP, in his personal capacity) (LAK)(JLC)

9                 Defendants.                   )

10    -------------------------------------    )

11

12

13              DEPOSITION OF JESSICA LEEDS

14                   NEW YORK, NEW YORK

15                    OCTOBER 13, 2022

16

17

18

19

20

21

22

23

24    REPORTED BY:  Tina Alfaro, RPR, CRR, RMR

25    JOB NO. 218341

Page 19

1            JESSICA LEEDS
2   mean by that?
3       A.  Well, he was with his hands grabbing me,
4   trying to kiss me, grabbing my breasts, pulling me
5   towards him, pulling himself on to me.  It was kind
6   of a struggle going on.  Part of my brain was
7   wondering why the people in the back -- in the seat
8   behind me weren't noticing that the seat was
9   jiggling around and why wasn't the guy that was
10  sitting across the aisle saying something or where
11  in hell was the stewardess.  That went on for what
12  seemed like a terribly long time, but it probably
13  was just a few seconds.
14           It was when he started putting his hand up
15  my skirt that I realized that nobody was going to
16  save me but me, and I was on the aisle, I managed to
17  wheel my way out of the chair, and grabbed my purse
18  and I went back to my seat in the back.
19      Q.  And did Donald Trump say anything while
20  this was happening?
21      A.  Not a word.  There was never any sound that
22  I can recall.
23      Q.  Did you say anything while this was
24  happening?
25      A.  Nope.

Page 23

1            JESSICA LEEDS
2   want to vote for Trump, we don't want Trump, we
3   don't want Trump.
4            He got the nomination and it was at the
5   televised debates and Anderson Cooper asked Trump
6   directly have you ever physically abused a woman,
7   and he tried to talk about Syria and Anderson
8   wouldn't let him off the hook.  So finally after
9   three or four times he finally said no.
10           Well, I was watching the debates with a
11  neighbor who was passionate about politics too, and,
12  you know, we're jumping up and down in front of the
13  TV we're just so angry, you know, what an asshole
14  this man is.  And I don't sleep that night, I toss
15  and turn, and I get up in the morning and I open my
16  door and there's my beloved New York Times.  And I
17  pick up the paper and I go I know what I'll do, I'll
18  write a letter to the editor about my experience
19  with Donald Trump.
20           And I do and I don't even proofread it.  I
21  just send it off, the whole experience, including
22  the one at the gala.  I go out for an errand, I come
23  back, and my phone is ringing and it's Megan Twohey
24  from the New York Times.  She said, We really can't
25  print your letter, but I would like to send a