# EXHIBIT 3

# PX-25

*Provided to the Court via CD*