# EXHIBIT 4

Confidential

Page 1

```
                    UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF NEW YORK

                    CASE No. 20 CIV. 7311 (LAK)(JLC)


   E. JEAN CARROLL,

            Plaintiff,

   -vs-

   DONALD J. TRUMP,
   in his personal capacity,

            Defendant.
   _____/




                              =  =  =

                           CONFIDENTIAL

                              =  =  =



         VIDEOTAPED DEPOSITION OF DONALD J. TRUMP


                  Wednesday, October 19, 2022
                    10:22 a.m. - 3:50 p.m.

                      The Mar-a-Lago Club
                   1100 South Ocean Boulevard
                   Palm Beach, Florida, Florida



   Stenographically Reported By
   Pamela J. Pelino, RPR, FPR, CLR
   Notary Public, State of Florida
   TSG REPORTING
   JOB NO. 218342
                            -  -  -
```

Page 168

1           D. J. TRUMP

2       A.   Not that I know of.  Not very much,
3  certainly.
4       Q.   How many times?
5       A.   I don't know.  I think very little, very,
6  very little, considering.
7            A lot of very famous people get sued all
8  the time, and in many cases they're just fake suits.
9  But I think I've had very few that I know of.
10      Q.   Let's see if we can cut through this.
11           Is it your testimony today, sir, that
12 every single woman who has accused you of sexual
13 improprieties, whether the number is 24 or a
14 different number, was lying about it?
15           MS. HABBA:  Objection to form.
16           THE WITNESS:  Yeah, they were lying.  I
17      would say every single one of them would be
18      lying.
19 BY MS. KAPLAN:
20      Q.   Are you familiar -- I'm sure you are --
21 with something that's often referred to as "the
22 Access Hollywood tape"?
23      A.   Yes, I am.
24           MS. KAPLAN:  Okay.  Let's mark it and
25      play it as 35.

```
                                                          Page 169
 1                         D. J. TRUMP
 2              And I apologize.  I'm hoping the
 3       technology works better.
 4              (DJT Exhibit 35 was marked for
 5   identification.)
 6              (Video played.)
 7   BY MS. KAPLAN:
 8       Q.     That's you in that video, speaking?
 9       A.     Yes, correct.
10       Q.     And am I correct that video was recorded
11   in January -- withdrawn.
12              Am I correct that that video was recorded
13   September of 2005?
14       A.     I guess that would -- don't know the
15   date.  But whatever date it was is fine with me.
16       Q.     And am I correct that you were engaged to
17   your current wife sometime in 2004?
18       A.     I don't know.
19       Q.     Am I correct that you married your
20   current wife in January 2005?
21       A.     I don't know relative to that tape, no.
22       Q.     Well, relative to that tape, isn't it
23   true you were married to your current wife?
24       A.     I don't know.  I don't know when the tape
25   was done.
```

```
                                                      Page 174
 1                     D. J. TRUMP
 2        Q.    Did you pay for the furniture?
 3        A.    No, I didn't.  I didn't buy her anything,
 4   actually.
 5        Q.    And you say -- and again, this has become
 6   very famous -- in this video, "I just start kissing
 7   them.  It's like a magnet.  Just kiss.  I don't even
 8   wait.  And when you're a star, they let you do it.
 9   You can do anything, grab them by the pussy.  You
10   can do anything."
11              That's what you said; correct?
12        A.    Well, historically, that's true with
13   stars.
14        Q.    True with stars that they can grab women
15   by the pussy?
16        A.    Well, that's what -- if you look over the
17   last million years, I guess that's been largely
18   true.  Not always, but largely true.  Unfortunately
19   or fortunately.
20        Q.    And you consider yourself to be a star?
21        A.    I think you can say that, yeah.
22        Q.    And -- now, you said before, a couple of
23   minutes ago, that this was just locker room talk?
24        A.    It's locker room talk.
25        Q.    And so does that mean that you didn't
```

```
                                                          Page 202
 1                     D. J. TRUMP
 2   there was nothing -- I think the Anderson Cooper is
 3   very big.  But I think in addition to that, there
 4   were no complaints.  There was nothing lodged.  Your
 5   client doesn't have any idea what time, when, what
 6   year, what decade, I guess.  I don't know if they
 7   even know the decade.  I think you have it boiled
 8   down to two or three years now.
 9               No, it's -- I think it's a whole big
10   scam.  And I think you're doing this for the
11   Democrat party, okay, your friends over in the
12   Democrat party.
13        Q.    I think we looked at this earlier.  At
14   the end of your statement, the first statement you
15   made about E. Jean Carroll on June 21, which has
16   been marked as DJT 20, you say, "If anyone has
17   information that the Democratic party is working
18   with Ms. Carroll or New York Magazine, please notify
19   me as soon as possible."
20               Did anyone ever notify you --
21        A.    Well, I'll let you know.
22               MS. HABBA:  Objection.
23               MR. MADAIO:  Objection.  That was already
24        asked.
25               THE WITNESS:  You'll hear.  We'll let you
```

Confidential

Page 218

```
 1                      D. J. TRUMP
 2   that.
 3              But I act appropriately with people.  I
 4   act appropriately with women.
 5              And it's very interesting.  I mean, I
 6   know you're a friend of Cuomo.  You're an operative.
 7   And you're suing me on various other cases, also.
 8   And let's see how it all works out.
 9              MS. KAPLAN:  We're going to take a quick
10       break and see if there's anything else.  I'm
11       not sure there is.
12              MS. HABBA:  Very quick.
13              THE WITNESS:  Quick.
14              MS. HABBA:  I'll just have a couple quick
15       follow-ups.
16              THE VIDEOGRAPHER:  Off the record at
17       3:45.  On the record.
18              (A brief recess was taken.)
19              MS. KAPLAN:  According to my watch, it's
20       ten of four, and Ms. Habba and I have just
21       agreed that we are finished.  We have no
22       further questions, and we are officially off
23       the record.
24              (Deposition concluded at 3:50 p.m.)
25                      -  -  -
```

TSG Reporting - Worldwide    877-702-9580