# EXHIBIT 5

## PX-26

*Provided to the Court via CD*