# EXHIBIT 6

1

2           UNITED STATES DISTRICT COURT

3           SOUTHERN DISTRICT OF NEW YORK

4

5    E. JEAN CARROLL,            )
                  Plaintiff,     )
6                                )
            -against-            )20-cv-7311(LAK)
7                                )
     DONALD J. TRUMP, in his     )
8    personal capacity,          )
                  Defendant.     )
9    _____    )

10

11

12            ***CONFIDENTIAL***

13        VIDEOTAPED DEPOSITION OF

14             E. JEAN CARROLL

15           New York, New York

16         Friday, October 14, 2022

17

18

19

20   Reported By:

21   CATHI IRISH, RPR, CRR, CLVS

22

23

24

25

1          CARROLL - CONFIDENTIAL

2     It was a counter with boxes and a body

3     suit.

4  BY MS. HABBA:

5     Q.   Did the counter display items in

6  it?

7     A.   I don't remember seeing things

8  displayed but I don't remember.

9     Q.   So what happened after he picked

10  up the lingerie?

11     A.   He snatched it up and he said go

12  put this on.

13     Q.   What happened then?

14     A.   I said you put it on, it's your

15  color.

16     Q.   What color was it?

17     A.   Gray blue.

18     Q.   Gray blue.  Do you remember the

19  brand?

20     A.   No.  It was a very beautiful

21  piece of lingerie though.

22     Q.   What did it look like?

23     A.   See-through, lilac grayish-blue

24  edged with a little bit of lace, very

25  pretty.

```
 1            CARROLL - CONFIDENTIAL
 2      Q.   And what type of lingerie was it?
 3      A.   It was a one-piece body suit.
 4      Q.   So what happened next?
 5      A.   He threw it back at me and he
 6 said go put this on.
 7      Q.   Did he hand it to you?
 8      A.   No, he threw it at me.  So I
 9 tossed it back to him and said it goes
10 with your eyes.
11      Q.   Did he catch it?
12      A.   Yeah, he caught it like this
13 (indicating).
14      Q.   She can't, she has to articulate.
15      A.   He held it like this
16 (indicating).
17           MS. KAPLAN:  Videographer, are
18      you getting this all on the video?
19           THE VIDEOGRAPHER:  Yes.
20 BY MS. HABBA:
21      Q.   He caught it and held it to his
22 chest, is that what you're doing with your
23 hands?
24      A.   He went like this and then he
25 held it against my chest and said you're
```

```
 1              CARROLL - CONFIDENTIAL
 2   in good shape, this looks like it might
 3   fit you.
 4        Q.   Okay.  And then what happened?
 5        A.   And then I said but it's your
 6   size.  This was banter.  We're going back
 7   and forth.  He's saying put this on, I'm
 8   saying you put it on.  He's saying -- I
 9   thought it was an enjoyable repartee.
10        Q.   And when you say it was his size,
11   was it a large size piece of lingerie?
12        A.   It was a joke to say that.
13        Q.   Okay.  I just want to clarify for
14   the record.
15        A.   No, it was not a huge piece.
16        Q.   What happened next?
17        A.   And then I said it's your size
18   and he took my arm and he said let's go
19   put this on, and I started laughing
20   because I'm thinking to myself this is
21   hilarious, I'm going to make him put it on
22   over his pants.  That's my plan.  And then
23   after I make him put it on over his pants
24   I'm going to have a story that I can tell
25   my friends at dinner.
```

1          CARROLL - CONFIDENTIAL

2          Q.    Did you think that Donald Trump

3     would put the piece of lingerie over his

4     pants?

5          A.    I did.

6          Q.    Did he indicate that to you?

7          A.    He was very different.  He was

8     not the former president at the time.  He

9     was a man about town with a good sense of

10    humor, actually asked me a few questions

11    about myself, was engaged as a human being

12    and not riddled with the cares of an

13    office.  He was pretty freewheeling.

14         Q.    What kinds of questions did he

15    ask you about yourself?

16         A.    How old I was.

17         Q.    Anything we haven't discussed

18    yet?

19         A.    I think he said something about

20    shopping at Bergdorf's, that he was going

21    to buy Bergdorf's, that he questioned me,

22    do you like this store, I was thinking of

23    buying it.

24         Q.    What did you say?

25         A.    I said I love Bergdorf's.

```
 1              CARROLL - CONFIDENTIAL
 2        Q.   When was this conversation?
 3        A.   Down in the handbags.
 4        Q.   Any other conversations?
 5        A.   Yes, there were lots of
 6   conversations but I do not recall them.  I
 7   didn't report anything I didn't remember.
 8        Q.   So what happened after you headed
 9   towards the dressing room?
10        A.   Amazingly the dressing room door
11   was open and I am laughing and thinking
12   this is the greatest thing, that when he
13   puts these pants on, I'm going to just --
14   it's going to be great.  And he had me --
15   he went like this (indicating).  I went
16   into the room.
17        Q.   He went like what for the record?
18        A.   (Indicating).
19        Q.   He gestured for you to go into
20   the dressing room?
21        A.   Yes.
22        Q.   With his hands?
23        A.   Yes.
24        Q.   And do you remember what dressing
25   room that was?
```

1              CARROLL - CONFIDENTIAL

2       A.    The first one.

3       Q.    The first one where?

4       A.    On the left.

5       Q.    It was the first on the left.  So

6   when you walked into the dressing rooms on

7   this floor with the lingerie, how far were

8   they from the counter?

9       A.    Not far.  About -- I can't say

10  exactly but it didn't seem far.

11      Q.    And do you remember approximately

12  how many rooms were in that dressing area?

13      A.    No.

14      Q.    You hadn't seen anybody from the

15  time that you got on that floor to the

16  time you got in the dressing room?

17      A.    No.

18      Q.    There was one dressing room open;

19  is that correct?

20      A.    And the body suit was on the

21  counter.

22      Q.    Were there any other dressing

23  rooms open?

24      A.    I didn't see beyond that.

25      Q.    How did you know that that

1           CARROLL - CONFIDENTIAL

2    dressing room was open?

3         A.    Because the door was open.

4         Q.    Were the other doors closed?

5         A.    I don't have a vision of it.  I

6    cannot call it up.  I can't call it up.

7         Q.    How do you know that there wasn't

8    somebody in the dressing rooms?

9         A.    I don't know that.

10        Q.    Did you hear anybody?

11        A.    No.

12        Q.    So what happened after he

13   gestured with his hand for you to go into

14   the dressing room?

15        A.    It's all one action.  I stepped

16   into the room, the door was banged closed

17   and he pushed me up against the wall.

18        Q.    I'm just going to slow you down,

19   I apologize, I'm sure this is difficult to

20   talk about but the door was banged you

21   said.  Did he slam the door?

22        A.    He closed it (indicating).

23        Q.    With force?

24        A.    He closed it.

25        Q.    Did it have a lock on it?

1           CARROLL - CONFIDENTIAL

2       A.   I have no idea.

3       Q.   Do you remember him locking the

4    door?

5       A.   No, I don't believe he locked the

6    door.

7       Q.   Was this a wood door that would

8    have hidden the entire room?

9           MS. KAPLAN:  Again you have to

10      say.

11          THE WITNESS:  I'm just still

12      thinking about your last question.

13      I'm sure he didn't lock it because he

14      immediately pushed me up against the

15      wall so hard that I banged my head so

16      I don't think he was locking it.

17   BY MS. HABBA:

18      Q.   Was there a mirror in the room?

19      A.   Yes.

20      Q.   Where was the mirror in relation

21   to where your head was?

22      A.   It was right, there was a chair

23   on the left and I was pushed up against

24   the wall (indicating).  If the mirror is

25   here and the chair is here, this wall,

Page 117

1            CARROLL - CONFIDENTIAL

2   right next to the door.

3        Q.   For the court reporter, when you

4   walked into the room the mirror was on

5   your right; is that correct?

6        A.   Yes.

7        Q.   And to your left is a wall where

8   the chair was; is that correct?

9        A.   Yes.

10       Q.   And you went straight back

11   against the far wall?

12       A.   No, the wall was right next to

13   the door.

14       Q.   The wall next to the door where

15   the chair was, is that the wall you're

16   referring to?

17       A.   Being the chair was here, this is

18   a wall, the door's here.  That's the door

19   to the dressing room.

20       Q.   She's pointing to the door.

21       A.   Right next to it.

22       Q.   So you went to the right of the

23   door of the dressing room?

24       A.   To the left.

25       Q.   You went to the left of the door

Page 118

1              CARROLL - CONFIDENTIAL

2      when you walked in and that's where he

3      allegedly pushed you against the wall?

4              MS. KAPLAN:  Again you have to

5          say.

6              THE WITNESS:  Yes, yes.

7      BY MS. HABBA:

8          Q.   Okay.

9          A.   There may have been a second

10     mirror but that also may have been a

11     window, I can't remember.

12         Q.   Do you remember what the

13     furniture looked like in that room?

14         A.   I remember there was a chair and

15     a table, a little tiny table and that's

16     all I remember.

17         Q.   Do you remember what the carpet

18     was?

19         A.   No.

20         Q.   Okay, so after you bumped your

21     head, did you say anything?

22         A.   I was so shocked that I didn't

23     speak.  What I did was I laughed.

24         Q.   Where did you bump your head

25     exactly?

Page 119

1           CARROLL - CONFIDENTIAL
2      A.    Right in the back of it.
3      Q.    In the center of it?
4      A.    Yes.
5      Q.    Did it hurt?
6      A.    It hurt.  It jolted me and then
7  he pushed me back again and I hit it again
8  for a second time.
9      Q.    Was it loud?
10     A.    Inside my head, I remember
11 hearing a bang but...
12     Q.    Would somebody have heard it if
13 they were in the dressing room next door?
14     A.    Yes.
15     Q.    Would an attendant have heard it
16 if they were outside the dressing room?
17     A.    An attendant would have heard, I
18 believe so.
19     Q.    What happened next?
20     A.    An attendant would have heard me
21 laughing loudly.
22     Q.    I know you've addressed this
23 numerous times publicly but why were you
24 laughing?
25     A.    Shock.  Trying to recapture the

```
1            CARROLL - CONFIDENTIAL
2     camaraderie we had and sort of a feeling
3     of a lark, we're on a lark, we're having
4     an adventure, it's a lark, trying to
5     recapture that and take it out of the
6     realm where he had entered, trying to
7     reduce any eroticism about it.
8          Q.   Was it erotic?
9          A.   Not to me.
10         Q.   Was he angry?
11         A.   No.
12         Q.   What was his demeanor?
13         A.    Intent.
14         Q.   In any manner did the defendant
15    lunge at you?
16         A.   When he pushed me up against the
17    wall, he lunged at me and pushed me up
18    against the wall.
19         Q.   What happened next?
20         A.    I hit my head twice and then he
21    had his hands on my arms, pushed me back a
22    second time, hit my head and then he put
23    his shoulder into me, and he's a big man.
24    He's -- and he -- guessing 220, maybe 225
25    at the time.  I weighed 120.  He was 100
```

```
 1              CARROLL - CONFIDENTIAL
 2    more pounds.  And that was one of the
 3    things that went through my mind was how
 4    big and heavy he was because his whole
 5    weight came, his shoulder came into me and
 6    so at this point I realized it was
 7    serious.  I was shocked before because he
 8    put me against the wall but now I
 9    understood that this is -- this is a
10    battle, and he pulled down my tights.
11        Q.  Did you feel like he was trying
12    to hurt your head when he --
13        A.  No, no.  No.  He was not trying
14    to hurt me.  He was trying to rape me and
15    it was -- it was a situation which I never
16    would have -- when it went from good humor
17    joshing into being up against the wall and
18    then having that heavy weight against me.
19        Q.  What did he do after that?
20        A.  He pulled down my tights.
21        Q.  Had you said anything at this
22    point?
23        A.  I cannot believe that I didn't
24    say anything but I don't remember that I
25    said anything.  That doesn't mean I didn't
```

```
 1            CARROLL - CONFIDENTIAL
 2    say anything but I -- I can't imagine
 3    being quiet.  I can't imagine not saying
 4    anything but I can't remember saying
 5    anything.
 6        Q.   Did you scream?
 7        A.   No.
 8        Q.   Did you push him?
 9        A.   Yes.
10        Q.   Where?
11        A.   I had my purse in this hand.
12        Q.   In your right hand?
13        A.   Right hand.  And I tried to get
14    my arms up to push him back, to push him
15    back.  The problem was I couldn't get my
16    knee up because the pantyhose had been
17    taken down.
18        Q.   So he had hit your head twice
19    prior to taking your pantyhose off
20    according to you; right?
21        A.   He didn't take the pantyhose off.
22        Q.   He did not?
23             MS. KAPLAN:  Again --
24             THE WITNESS:  No, he did not take
25        the pantyhose off.
```

```
 1              CARROLL - CONFIDENTIAL
 2    BY MS. HABBA:
 3        Q.   Okay.  So what happened?
 4        A.   Pulled them down.
 5        Q.   And then what happened?
 6        A.   And then I felt his fingers
 7    rummaging around my vagina and this huge
 8    weight against me.  My head hurt, this
 9    huge weight, I'm in a situation where I
10    can't -- I can't -- at one point I
11    remember saying this is Donald Trump, what
12    the heck is going on?  And then I felt his
13    penis inside of me.
14        Q.   So sorry to get into details
15    but --
16        A.   No, I understand.
17        Q.   If you're against the wall, it
18    was his right shoulder that you are
19    describing was pushing into you?
20        A.   Left, I think.
21        Q.   His left shoulder, sorry, because
22    you did touch your left side so I assumed
23    it was the right.  So it was his left
24    shoulder and he used his right hand?
25        A.   I don't know.  I couldn't see his
```

```
 1              CARROLL - CONFIDENTIAL
 2    hand.
 3        Q.   And did you recall at any point
 4    him taking his pants off?
 5        A.   No, no, he didn't take his pants
 6    off.
 7        Q.   He did not take his pants off?
 8             MS. KAPLAN:  Again --
 9             THE WITNESS:  No.
10    BY MS. HABBA:
11        Q.   So how did you have sex if he
12    didn't take his pants off?
13        A.   He took his penis out of his
14    pants.
15        Q.   So he only unzipped his pants?
16        A.   I don't know.  I didn't see the
17    pants.  He's leaning, I can't see
18    anything, I've got -- I'm pinned, I can't
19    see down.  I don't know if he unzipped
20    them.  Obviously he unzipped them because
21    then I felt the penis.
22        Q.   Did you feel a belt?
23        A.   I -- no, I did not feel a belt.
24    I felt the penis, I felt the fingers
25    first, then the penis.
```