# EXHIBIT 7

# PX-27

*Provided to the Court via CD*