# EXHIBIT 8

# PX-28

*Provided to the Court via CD*