# EXHIBIT 9

## PX-29

*Provided to the Court via CD*