# EXHIBIT 10

## PX-30

*Provided to the Court via CD*