# EXHIBIT 11

## PX-31

*Provided to the Court via CD*