# EXHIBIT 12

# PX-32

*Provided to the Court via CD*