# **EXHIBIT 13**

← **Tweet**



**Laura Litvan** ✓
@LauraLitvan

NEW: President Trump responds to sexual assault allegations by E. Jean Carroll, saying `I've never met this person in my life'

> **Statement from President Donald J. Trump:**
>
> "Regarding the "story" by E. Jean Carroll, claiming she once encountered me at Bergdorf Goodman 23 years ago. I've never met this person in my life. She is trying to sell a new book—that should indicate her motivation. It should be sold in the fiction section.
>
> "Shame on those who make up false stories of assault to try to get publicity for themselves, or sell a book, or carry out a political agenda–like Julie Swetnick who falsely accused Justice Brett Kavanaugh. It's just as bad for people to believe it, particularly when there is zero evidence. Worse still for a dying publication to try to prop itself up by peddling fake news–it's an epidemic.
>
> "Ms. Carroll & New York Magazine: No pictures? No surveillance? No video? No reports? No sales attendants around?? I would like to thank Bergdorf Goodman for confirming they have no video footage of any such incident, because it never happened.
>
> "False accusations diminish the severity of real assault. All should condemn false accusations and any actual assault in the strongest possible terms.
>
> "If anyone has information that the Democratic Party is working with Ms. Carroll or New York Magazine, please notify us as soon as possible. The world should know what's really going on. It is a disgrace and people should pay dearly for such false accusations."

5:17 PM · Jun 21, 2019 · Twitter Web Client

**378** Retweets    **219** Quote Tweets    **909** Likes

**PLAINTIFF's EXHIBIT**
**PX-1**
20 Civ. 7311 (LAK)