# EXHIBIT 16

**TRUTH.**

Email or username          Password          Log in

Home

Search

← @realDonaldTrump's post

Donald J. Trump ✓
@realDonaldTrump · 1d



★ ★ ★ ★ ★

SAVE
**AMERICA**
PRESIDENT DONALD J. TRUMP

- October 12, 2022 -

Statement by Donald J. Trump, 45th President of the
United States of America

This "Ms. Bergdorf Goodman" case is a complete con job, and our legal system in this Country, but especially in New York State (just look at Peekaboo James), is a broken disgrace. You have to fight for years, and spend a fortune, in order to get your reputation back from liars, cheaters, and hacks. This decision is from the Judge who was just overturned on my same case. I don't know this woman, have no idea who she is, other than it seems she got a picture of me many years ago, with her husband, shaking my hand on a reception line at a celebrity charity event. She completely made up a story that I met her at the doors of this crowded New York City Department Store and, within minutes, "swooned" her. It is a Hoax and a lie, just like all the other Hoaxes that have been played on me for the past seven years. And, while I am not supposed to say it, I will. This woman is not my type! She has no idea what day, what week, what month, what year, or what decade this so-called "event" supposedly took place. The reason she doesn't know is because it never happened, and she doesn't want to get caught up with details or facts that can be proven wrong. If you watch Anderson Cooper's interview with her, where she was promoting a really crummy book, you will see that it is a complete Scam. She changed her story from beginning to end, after the commercial break, to suit the purposes of CNN and Andy Cooper. Our Justice System is broken along with almost everything else in our Country. Her lawyer is a political operative and Cuomo crony who goes around telling people that the way to beat Trump is to sue him all over the place. She is suing me on numerous frivolous cases, just like this one, and the court system does nothing to stop it. In the meantime, and for the record, E. Jean Carroll is not telling the truth, is a woman who I had nothing to do with, didn't know, and would have no interest in knowing her if I ever had the chance. Now all I have to do is go through years more of legal nonsense in order to clear my name of her and her lawyer's phony attacks on me. This can only happen to "Trump"!

⇄ 6,596    ♥ 21,330                    Oct 12, 2022, 22:38

Reply        ⇄ ReTruth        ♡ Like        ↑        ...

**Continue the conversation**
Join Truth Social to get the full story and details.

Log in

Sign up

**New to Truth Social?**
Sign up now to discuss what's happening.

Sign up

**Trends**

**People To Follow**          View all

Proudly made in the United States of America. 🇺🇸

PLAINTIFF's
EXHIBIT
**PX-4**
20 Civ. 7311 (LAK)