# EXHIBIT 1

```
                                                          Page 1
 1

 2  UNITED STATES DISTRICT COURT

 3  SOUTHERN DISTRICT OF NEW YORK

 4  -------------------------------x

 5  E. JEAN CARROLL,

 6              Plaintiff,

 7       -vs-                          20 CIV. 7311

 8  DONALD J. TRUMP,                   (LAK)(JLC)

 9  in his personal capacity,

10              Defendant.

11  -------------------------------x

12

13            DEPOSITION OF ROBERT FISHER

14                 December 14, 2022

15

16

17

18

19  Reported by:

20  MARY F. BOWMAN, RPR, CRR

21  JOB NO. 220615

22

23

24

25
```

Page 42

```
 1                    R. Fisher
 2   the need to get any more awards, so
 3   probably around 2000, I stopped submitting
 4   them.
 5        Q.    Is there an award -- is there an
 6   award that you are most proud of or think
 7   represents your greatest Success?
 8        A.    Well, I mean, a lot of these
 9   rewards were for reputation damage, what
10   you'd call crisis communications.  And
11   people that had damaged reputations, I did
12   programs that won awards.
13              I think the one that I'm note
14   proud of is for the brothel industry in
15   Nevada.  There would be no brothel industry
16   in Nevada if it weren't for me.  There
17   wouldn't be one right there if it weren't
18   for me.
19              Back in 1988, when Rock Hudson
20   AIDS problem came to fore and everybody --
21   there was a panic about AIDS -- the
22   brothels were legalized in 1971 in Nevada.
23   And 1988 when they -- Rock Hudson thing
24   hit, the legislature decided to eliminate
25   brothels because they said anyone that goes
```

1                    R. Fisher

2    in the brothel and has sex goes home to

3    their wife or girlfriend and passes it on.

4              So the theory was the brothel was

5    rampant with AIDS and sexually-transmitted

6    diseases, which wasn't true.  You were

7    safer having sex with a woman in the

8    brothel than you were with a woman who you

9    met in church, and that has been

10   documented.

11             So anyway, the brothel industry

12   contacted me, long story short, said there

13   was already a bill in front of the state

14   legislature, they are going to outlaw us

15   unless we do something.

16             And I turned around the

17   perception in a matter of two or three

18   months to the point where the legislature

19   dropped the bill and they are still --

20   there is still brothels in Nevada.

21             So I won several awards for that,

22   for a crisis reputation management program.

23             I had another one for a program

24   where some in Marina Del Verde, an upscale

25   condo complex all the owners were going to