# EXHIBIT 2

Page 1

1           UNITED STATES DISTRICT COURT

2           SOUTHERN DISTRICT OF NEW YORK

3

4    E. Jean Carroll,              )
                                    )
5              Plaintiff,           )
                                    ) Case No.
6         vs.                       )
                                    ) 1:22-CV-10016-LAK
7    Donald J. Trump,               )
                                    )
8              Defendant.           )
     _____)
9

10

11

12

13

14        VIDEO DEPOSITION OF ROBERT J. FISHER

15             Via Zoom Videoconference

16             Monday, February 6, 2023

17

18

19

20

21   Reported by:

22   LISA MOSKOWITZ, CA CSR 10816, RPR, CRR, CLR,

23   Washington CSR 21001437, Nevada CCR 991,

24   NCRA Realtime Systems Administrator

25   JOB NO. 222071

1  your work as an expert or PR professional or
2  a citizen that's aware?
3      A.   A citizen.  I follow the news.
4  I've always been -- you know, I was a
5  journalist for eight or nine years.  But, I
6  mean, I've always had a curiosity of what's
7  going on in the world.  So I read news,
8  politics, sports, business.  I don't look at
9  the comics, but I look at about everything
10 else.
11     Q.   When you say you were a journalist
12 for eight or nine years, where was that?
13     A.   It started junior high.  I started
14 my junior high newspaper in my school.  I
15 was one of two people that formed the
16 newspaper in the school, and then I was a
17 journalist all through four years of
18 college, three years of high school, four
19 years of college, junior high.  Actually I
20 had two, three, five, nine years of being on
21 school newspapers.  It's journalism.
22          I mean, I was writing articles,
23 interviewing people.  It wasn't paid
24 professional journalism, but it was still
25 journalism.  And of course I had that period