UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E. JEAN CARROLL,

      *Plaintiff*,

  v.

DONALD J. TRUMP, in his personal capacity,

      *Defendant.*

No. 20 Civ. 7311 (LAK)

---

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

 Please enter my appearance as counsel for Plaintiff E. Jean Carroll in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated: New York, New York
   March 10, 2023

            /s/ Michael Ferrara
            Michael Ferrara
            KAPLAN HECKER & FINK LLP
            350 Fifth Avenue, 63rd Floor
            New York, New York 10118
            Telephone: (212) 763-0883
            Facsimile: (212) 564-0883
            mferrara@kaplanhecker.com

            *Counsel for Plaintiff E. Jean Carroll*