USDC SDNY
DOCUMENT
ELECTRONICALL
DOC #:
DATE FILED: 3-20-2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
E. JEAN CARROLL,

                Plaintiff,

        -against-

DONALD J. TRUMP,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
E. JEAN CARROLL,

                Plaintiff,

        -against-

DONALD J. TRUMP,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

20-cv-7311 (LAK)

22-cv-10016 (LAK)

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        1.      The letter motion to consolidate these cases for trial, filed in the first captioned case as Dkt 147, is denied. The parties overestimate both the judicial economy benefits that would be achieved and the risk of inconsistent rulings that would be eliminated by consolidation. Issue preclusion appears to the Court adequate to achieve appropriate conservation of judicial resources and avoidance of inconsistent rulings even if the two cases were tried separately. Moreover, a trial in 20-cv-7311 conceivably could prove unnecessary. In addition, approval of the consolidation proposal would be in tension with the deference to the Second Circuit and the District of Columbia Court of Appeals that this Court believes appropriate in the circumstances.

        2.      The trial of 20-cv-7311, previously scheduled tentatively to begin on April 10, 2023, is adjourned *sine die.*

        SO ORDERED

Dated:      March 20, 2023

                                               Lewis A. Kaplan
                                    United States District Judge