**MANDATE**

1:20-cv-07311-LAK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Apr 21 2023

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of April, two thousand twenty-three,

Before:    Guido Calabresi,
           Denny Chin,
           William J. Nardini,
                  *Circuit Judges*.

_____

E. Jean Carroll,

      Plaintiff - Appellee,

v.

Donald J. Trump, in his personal capacity,

      Defendant - Appellant,

United States of America,

      Movant - Appellant.

**JUDGMENT**

Docket Nos. 20-3977(L), 20-3978(CON)

_____

The appeals in the above captioned case from a judgment of the United States District Court for the Southern District of New York were argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the cause is REMANDED to the district court for further proceedings consistent with the detailed guidance provided by the D.C. Court of Appeals.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/21/2023