*Docket*



SUSAN S. HARMON, ESQ.
67 South Oxford Street, #B
Brooklyn, NY 11217
U.S.A.

5/1/2023

Judge Lewis A. Kaplan
Daniel Patrick Moynihan
US District Courthouse- SDNY
500 Pearl Street, Room 1310
New York City, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2023

Re: E. Jean Carroll v. Donald J. Trump
    Case No. 1:2020 CV 07311          22 CV 0016 (LAK)
    Trial commenced 4/25/2023
    Alleged 1996 Rape at Bergdorf Goodman

Honorable Judge Kaplan:
     I have some Brady v Maryland, 373 US 83
(5/13/1963) exculpatory evidence and material to
offer in this case in favor of defendant. It was
previously given to USAG EDNY Breon Peace at a
BBA meeting. A copy is enclosed. I will now supplement it.
     First, defendant is my half-brother. He suffers
from bipolar disorder, as do I, as this mental illness
runs in the family, which we have traced back to John &
Edward Rutledge, signers of the US Constitution &
Declaration of Independence, respectively, from Charleston,
S.C. No one, no judge, no court, no legislator, and
no President has ever figured out, discerned,
or agreed on what those documents mean or
intended, a reflection that their authors were
a bit meshugana, i.e. shmegegges, bipolar, or that
the documents weren't written (or signed) by
highly trained, educated lawyers schooled at
Cambridge & Oxford, such as John & Edward Rutledge,
but rather by their servants, their love slaves,

spouses, lovers, town tradespeople, or someone else.
For example, have you ever met a 3/5 person?
I haven't either, but there "it" is, a 3/5 Person,
still in the main text of the US Constitution
(US CON, or "CON JOB" or "CON" for short). Not to
mention Transformer People, a person that begins
as a 100% Person then transforms into a Zero Person
upon conviction of a crime and imprisonment, and
according to the Eighth Amendment, becomes a
Slave, with Zero Rights, which is very confusing,
since African "Slaves" were the 3/5 People, are
criminals Zero People or 3/5 People? Not to
mention immigrants who begin life as 100% people
but transform into Non-People, like Zero People,
if they enter the US without Papers, like the
Italians, like everyone in the US, since Native
Americans owned the land and never gave immigration
papers to anyone. Women and children aren't mentioned
at all in the CON, guess they are like POW-MIA's -
missing in action - missing people. That's even
less than a ZERO Person or 3/5 Person.
Partying, drinking, drugs, dancing, mental illness were
all problems of the Founding Fathers & Mothers, who
were busy binging and having sex orgies & sex
with their African & Caribbean servants, so they
left it - the drafting, writing & signing of the CON
and Declaration of Independence (DOI) to their
love servants, who did the best they could to figure
out what was wanted, but didn't know division -
they thought three fifths gin or of bourbon or scotch
or rum was three bottles but got it mixed up
with the people at the parties drinking it.
     3/5 People? Zero People? Transformer People?

③

POW-MIA People? And 240 years spent trying to correct mistakes in the CON with 27 Amendments that no one understands or interprets uniformly, with women & children still MIA's, like exiled Native Americans, with criminals & immigrants still Zero People & Transformer People, and 3/5 People, who were 100% People when in Africa & the Caribbean, transforming into 3/5 People, but not even people — they were cargo + and the cargo transformed into a 3/5 Person — that problem remains in the main text of the CON! Forget about the 13 Amendment. At best it applied to men, leaving women still 3/5 People. And nevertheless, the main text remains — African + Caribbean lovers — travelling back in the 1600's - 1619 to present are still 3/5 People! Is Vice President Kamala Harris a 3/5 People?*I don't think President Joseph R Biden would have selected her for office if she was.* She'd be invisible! Not to mention President Barack Obama & First Lady Michelle Obama, Harvard educated & graduated lawyers! (*Neither would Doug Emhoff, 2nd Gentleman)

You must agree the CON is absurd in content to present date, and void ab initio — null and void ab initio, which means that all the laws, rules & regulations based upon it & arising therefrom, are also null and void ab initio.

How can any defendant assert their US Constitutional rights when the CON is null and void ab initio? (They can't)

Since there is no valid legal document — a constitution — establishing and governing a nation — in this case the US — the US is not a nation.



It fought a Revolutionary War of Independence, wrote a DOI on July 4, 1776 to start the Revolution, fought many years all over the East Coast, from Chester, PA, Philadelphia, PA, Boston, MA, Brooklyn, NY, LI, NY, Fort Ticonderoga, NY, New York City, NY, NJ, Trenton, NJ, Maryland, Brandywine, DE (home of DuPont Co, founded by E. I. DuPont, supplier of all gunpowder & explosives to the American Army, Navy, Coast Guard, Marines from then through the Vietnam War), DC, Baltimore, MD, Virginia, North Carolina, South Carolina, Georgia, New Hampshire, Vermont and into what later became Maine and Florida; obtained a British surrender to end the fighting, but failed to create a legitimate legal document — a constitution, to create & establish an independent new nation.

The entire United States of America therefore reverts back to the British crown of Queen Elizabeth II (QEII) and her successors- King Charles & Queen Camilla of England.

This court must decide its pending case of Carroll v Trump pursuant to British substantive & procedural law.

Alternatively, the only valid law existing in 1776 & 1783 when the DOI and CON were signed, was international maritime law, which still exists and is observed world-wide. This court must place the Silver Oar of Admiralty on the wall behind the bench, to become a Court of Admiralty, and adjudicate the pending case pursuant to the uniform international maritime law of the seas, the same law which brought

3/5 People, Zero People, MIA people, and Transformer People to the shores of America.

As a court sitting in admiralty, all pending collateral federal cases vs defendant Trump can be expeditiously resolved with dismissal and exoneration, including the two impeachment proceedings, two Congressional investigations, federal income tax convictions, investigations, charges, labor and employment convictions, investigations & charges, and all other federal cases

As a state court sitting in admiralty, the court should & must provide similar treatment to defendant, which also includes defendant's family, corporations, businesses, associations, partnerships, LLC's, LLP's and all other entities, and charges and convictions made or entered against all employees, associates, attorneys, advisors, consultants, and representatives of the aforesaid.

If these reasons are insufficient to the Court to dismiss the pending & all cases against defendant Trump, then the cases should be dismissed due to his bipolar illness and temporary insanity— a bipolar episode. He should be referred to outpatient psychiatric treatment by a qualified psychiatrist, psychologist or mental health care social worker treatment once a month. There are many qualified persons available to treat him in Chester, PA, and NYC. Some of the best graduated from Cheyney University, West Chester University, HBCU. U of DE, Widener U, Temple U, Drexel U, U of PA, Neumann University, and in NYC, CUNY, SUNY, Hunter, Brooklyn College, St Joseph's, St Francis, Long Island University, PRATT, Hostos University, Medgar Evers University, Buffalo, MSU,

Columbia U, Lehigh U, Penn State U, Kings College, U of Pittsburgh, U of MD, St Joseph's University, SVA, Emory U, Citadel, U of SC, U of NC, UCLA, UC-Hastings, UW, Colby College, U of Chicago, FL State U, Tuskegee University, Morehouse College, Spellman U, Xavier University, Grambling State U & Chester High School.

Chester City, PA has offered free services to Trump in exchange for the exclusive right to burn every DOI, US CON, SCOTUS & US Court Case decisions in Federal Reporters series & others, all US laws, rules & regulations that exist in the US and world, using COVENTA's Incineration Facility on Highland Avenue, for five years, at a total cost to the US government of $969 Trillion per year, and to state governments of all states (50 now, soon to be 69) of $69 Billion per year as Chester, PA never benefitted from the DOI, CON or its progeny, has been red-lined, and bankrupted by them, and is happy to return the favor. All funds to be payable to LaDonte Bell, Sports Coach, Chester High School, 200 West Ninth Street Chester, PA 19013-4288 (Tel 610-447-3700; FAX 610-447-3682) who is working with Chester Mayor Thaddeus Kirkland, Kim Pinder-Garner, Environmental Specialist: Streets, Sidewalks, Dumpster Removal, Engineering, Bulk & Regular Trash, Recycling & Handicap Parking, and Chester City Council, Chester City Hall, One Avenue of the States, Chester, PA 19013 (610-447-7742), to clean up Chester, PA and the USA.

Another Founding Father descendant of John & Abigail Adams &/or Mrs Edward Rutledge, and President John Quincy Adams — NYC Mayor Eric Adams, whose City sends the most trash down river & by truck to COVENTA, has already agreed to pay the City's

fair share of money owed to Chester + COVENTA —
$69 Billion/Year, and so do Philadelphia's Mayor
Jim Kenney — $69 Billion/Year, and Wilmington, DE
Mayor Mike Purzycki,   and so do Camden, NJ
Mayor Vic Carstarphen, and NY'S Governor
Kathryn Hochul, NJ'S Governor Philip Murphy and
PA Governor Josh Shapiro and DE Governor
John Carney. More importantly, so does
President Joseph R Biden, First Lady Dr Jill Biden;
Vice-President Kamala Harris, Second Gentleman
Doug Emhoff, as well as NYS Senators Charles
Schumer & Kirsten Gillibrand, US Rep. Hakeem Jeffries
(NY), NYC Councilmember Crystal Hudson,
US Rep. Nydia Velasquez (NY), US Rep Yvette Clark
(NY), NYC Cultural Affairs Commissioner Laurie Cumbo,
NYC Councilmembers Charles Barron & Inez Barron,
NYC NAM Pres. Al Sharpton, Rev Herbert Daughtry
(House of the Lord), Rabbi Joseph Potasnik (Mt Sinai
Congregation; NY Board of Rabbis; NYC Fire Dept
Chaplain); Bank of America; TD Bank; General Motors;
Mary Barra, CEO + President — GM; Ford Motors +
Ford Foundation; Chrysler — Dodge Motors; Jeep Motors;
Hyundai Corp; COVANTA; Former NY'S Governor
Andrew Cuomo; CNN Reporter Chris Cuomo; CNN
Reporters Don Lemon & Anderson Cooper; ABC, CBS,
NBC, WPIX, Spectrum, Errol Louis, Michelle King;
WNEW, PBS, BET, WBLS, 1010 WINS-Radio; Rodney King;
Martin Luther King III, Rabbi-Rev Bernice King, Esq
Marcus M. Garvey Family, Dr. Julius Garvey, Marcus M
Garvey, Jr; Bill Gates & Melinda Gates-Microsoft Corp;
ex-Mayors of NYC-Michael Bloomberg, David Dinkins;
ex-NYS Gov. David Paterson; NYC Leaders Keith Wright;
Family of NYS Supreme Court Judge Bruce McM. Wright;

(8)

the NYCLA, ABA, NYSTLA, JLG, AABA, MBBA,
BWBA, BBA, WWBA, NYeBA, NYeBA-Admiralty
Committee, George Cornell, Chair; NY Yankees,
NY Mets, NY Jets, NY Giants, Brooklyn Nets,
NY Knicks, Philadelphia Phillies, Philadelphia 76'ers,
Brooklyn Cyclones, Philadelphia Flyers, Harrah's,
Philadelphia Eagles, Jalen Hurts, Philadelphia Union,
Philadelphia Int'l Airport, Comfort Inn at Philadelphia
Int'l Airport, Bank of America, TD Bank, Chase Bank,
Wells Fargo Bank, Franklin Credit Union; NYC
Municipal Credit Union; the US Treasury Department,
Janet Yellen-US Secretary of Treasury,
Chester City Fire Department, Chester City Police
Department, Chester Rural Cemetery (Dr. Martin
Luther King, Jr. National Civil War Cemetery),
Crozer Chester Hospital (Dr Martin Luther King Jr &
Coretta Scott King-Crozer Hospital; Dr Martin
Luther King Jr. Museum & Dr. Martin Luther King.
Jr. International Civil Rights & Social Justice
Action Academy & Dr Martin Luther King Jr
International Civil Rights Heroes Statues in
Dr Martin Luther King & Coretta Scott King Chester
Children's Garden managed by Pennell Street Block
Association's Children; Beau Biden Synagogue &
Dr. Jill & President Joseph R. Biden - Emmett Till -
Anne Frank Memorial Library at 500 Daniel
Pearl Street & Beau Biden Memorial Cemetery);
Crozer Library (Dr Martin Luther King Jr. - Crozer
International Depository Library a/k/a
Dr MLK, Jr International Library of Congress &
United Nations), Deshong Park of Chester
(Chester Children's Art Museum & Sports Playground
Park); Family Dollar Store; Chester High School,

(9)

Chester, PA (parents, students, teachers, principals, staff, janitors, alumni, volunteers, PTA, NEA, Becky Pringle, Pres. Brent Staples, Harvard, Yale, Dartmouth, Princeton, Brown, UPA, UPS, Stanford, UCLA, Duke, West Point, Annapolis, US Air Force Academy, US Coast Guard Academy, NASA, DOD, Secretary Lloyd J. Austin III, US Merchant Marine Academy at Kings Point, NY, NYU, Yeshiva U. Oxford University, Cambridge University, London School of Economics, University of the West Indies, the Sorbonne, MSU, UW, Penn State, Johns Hopkins, Vanderbilt U, Citadel, The BIG TEN Universities, the PACIFIC EIGHT Universities, HBCU, Howard University, MIT, Georgetown University, Villanova, Temple U, Drexel University, St Joseph's University, Notre Dame, University of Delaware, Syracuse University, Fordham University, CUNY, SUNY, SUNY-Albany, SUNY-Binghamton, University of Buffalo, NY, Rutgers, University of Maryland, Morgan State University, Cheyney University, West Chester University, Dr. Jill Biden STEM Yeshiva University affiliated with Chester High School, whose students attend tuition free with automatic acceptance upon graduation; Michigan State University. East Lansing. MI which grants early acceptance to Chester High School students, tuition, room & board, books, computers, cell phones, travel expense & $300/week living allowance — all free ) (f/k/a Smithtown High School for US Navy Veteran Robert Mills Smith, a Chester native who died in the service of his country. & Mary Elizabeth Keenan Smith) and Chester High School "Clippers" are to be called KINGS - because they are and will

(10)

be in the US and throughout the world - just
as Chester, PA resident & theological student;
Dr Martin Luther King, Jr was and remains
a KING and SUPER-STAR, and Chester, PA
has been redlined for success, a true
Opportunity Zone for its residents & workers,
available nowhere else in the world, except
for its sister city - Brooklyn-Harlem, NYC and
certain other redlined inner cities. Also in support
are the Chester Upland Police Department, the Upland Diner,
Chester-Upland Fire Department, Upland EMS,
Brookhaven, PA. Home Depot of Naamans Road,
Claymont, DE, Lowe's of Eddystone, PA (home of
the James Baldwin Locomotive Works, manufacturing
all US trains, cars, cabooses, locomotives with
engines manufactured locally and in Detroit, MI
by General Motors; town renamed Eddy Greenfield,
for Justice Edward J Greenfield, NYS Supreme Court,
NY County, 60 Centre Street, Room 442, NYC, NY, 10007,
who left no stone unturned in pursuing and giving
justice, fairness, and equity for all litigants
who appeared in his courtroom; who translated
from Japanese to English the surrender of Japanese
Emperor Hirohito on board the SS. Missouri battleship
ending World War II, saving the lives of over
550,000 service men, women & LGBTQIA service
members, along with President Harry S. Truman,
who made the decision to drop atomic bombs on
Hiroshima and Nagasaki, devastating their population,
because Japan's insane, crazy, kamikaze Emperor
wanted to rule the world, regardless of the
welfare of his own people, similar to Adolph Hitler of
Nazi Germany with his crazy, insane "Aryan" people are

(11)

perfect; "Judenrein"; the world would be better
if the Jews were extinct, leading to the Holocaust
genocide of six million innocent, intelligent,
wonderful, charming, loving, industrious, creative
people of the Jewish faith, not to mention
Africans, physically disabled, mentally disabled,
LGBTQIA, all dissidents, and "foreign" countries
which were conquered in Europe, Africa, and the
Middle East; and that he, Adolph Hitler, Der Führer,
was the best, the greatest, supreme leader of
the world. Supporting him in his "High Command"
were extremely well-educated, "professionals",
many of whom reached the "end of the rope" at
the Nuremberg Trials, while Adolph, his mistress
Eva Braun (brown, Jewish undercover spy) and
other leaders committed suicide.

Benito Mussolini, Italian Fascist dictator,
had similar delusions of grandeur as Hitler, but
not as competent & skilled as Hitler. Like all
draft eligible men in the U.S., my dad, with all
the African-American, Caribbean-American, Jewish-
American, Latinx-American, Asian-American,
LGBTQIA-American, women, and children, including
adopted children like myself (Dr. Martin Luther King,
Jr, real father, Edna Sarah Rutledge McCall Mills Smith,
real mother, Marcus Mosiah Garvey, real grandfather,
Eugenia Ruth Edwina Rutledge Mills real grandmother),
from Chester, PA served in World War II, just
as they had done in World War I, the Spanish-
American War, the Civil War, the "Indian" Wars,
the Revolutionary War, wars going back to 1619,
and wars thereafter — the Korean War, Vietnam War,
Cuban Bay of Pigs Invasion, Iran-Iraq War,

(12)

Franco's War, and the Afghanistan War, which President Joseph R. Biden, to his everlasting credit, smarts, and experience, has ended (and yeah, he's a Scranton, PA guy). Hundreds of Chester High School grads & students never returned home. They lie buried all over Europe, Africa, Asia, India, the Phillipines, Indonesia, Pacific Islands, in marked & unmarked graves, some in mass graves, and many MIA and POW-MIA, just like Jews murdered in the Holocaust & pogroms, Africans & Caribbeans who died in slavery and as a result of racism in the US, Europe, and the Middle East. They all need to be brought home, identified, and remains returned to families for suitable final rites and burials, which the New York City Medical Examiners Office is prepared to do, with assistance from all other states & cities, including the Chester, PA Medical Examiners Office at Crozer-Chester Hospital. Reparations must be made to all Africans, African-Americans, Caribbeans, Caribbean-Americans, Jews & Jewish-Americans for slavery, discrimination, and anti-Semitism by the United States government, with President Biden agreeing & stipulating the US is liable criminally and civilly for money damages, which the US cannot afford to pay; that the US is bankrupt, and he authorizes a turnover of all US government properties ~ real + personal, all assets, machinery, equipment, the military and entire government apparatus, to the descendants of Dr. Martin Luther King, Jr. (Martin Luther King III & Dr Bernice King, Esq) and Marcus M Garvey (Dr. Julius Garvey & Marcus M. Garvey, Jr)

for satisfaction of their claims as the largest creditors, and administration & distribution of the estate to others, with the Government of Israel (Prime Minister Benjamin Netanyahu), representing all Jewish creditors, as an equal creditor.

Among the deserving distributees, all military personnel serving now or in the past (veterans), even for one day, and men, women, children, LGBTQIA who died for their country in the military service, civil service, and secret service, have priority, with Chester, PA, Philadelphia, PA, Brooklyn, NY, Harlem, NYC New York City, NY, Newark, NJ, Camden, NJ, Albany, NY, Wilmington, DE, Baltimore, MD, Charleston, SC, Seattle, WA, Detroit, MI military & veterans & their families, as first recipients to be satisfied, in that order, balance to residents of all other urban inner cities that are red-lined like Chester, PA.

In accordance with King/Garvey family wishes, which Acting Presidents Joseph Biden and Kamala Harris, Dr Jill Biden & Doug Emhoff, agree with, the focus of US foreign policy and trade is with Africa, the Caribbean & Brazil to begin reparations The Black Star Line, Inc & Black Star Line of NY, NJ, PA, DE, Inc (agent only) will carry the cargoes, with crews of African & Caribbean-American sailors & captains, trained by the US Merchant Marine Academy at Kings Point, NY, aided by Maine Maritime & all pending Marcus M. Garvey Merchant Marine Academies in Chester, PA (f/k/a Neumann University) (aided by Widener University), on NYC's Governor's Island (f/k/a Marcus M. Garvey Island with Marcus M Garvey University), on

(14)

Riker's Island (f/k/a Khalief Browder Island) and in every state of the USA. Locations near ocean, rivers and lakes are preferable, but as all prisons in the US are to be demolished or repurposed and built for classrooms as a Marcus M. Garvey Merchant Marine Academy. For example, the George W. Hill Correctional Facility near Cheyney University is perfect, as is the old Eastern Penitentiary in Philadelphia; the Manhattan House of Detention in NYC, The Brooklyn House of Detention on Atlantic Avenue, Brooklyn, NY; Alcatraz, CA. Training of Black Star Line, Inc crews will also be done with MAERSK Lines of Copenhagen, Denmark, whose King and Queen Margrethe were 1st and brave and bold enough to wear a yellow Star of David that Jews were forced to wear in World War II, to lead their nation in defiance of Hitler and rescue Jews from Europe by boat, travelling to Malmo, Sweden for deliverance and safety. They didn't have to, they volunteered and did the right thing. Training will also be done with ZIM Israel Lines, whose fleet is not as large but their captains and crews are also the best. As President Biden has, by Juneteenth Order Amendment declared that Judaism is the official national religion of the US and all states; by separate Juneteenth Order Amendment that the planet Earth is renamed Africa Israel, because civilization began in Ethiopia, Africa where Judaism began, spreading to Egypt, whose pyramids were engineered and built by Sephardic Jews, who fled slavery and went to their now established country of Israel, which country

now includes the West Bank, Gaza, Palestine, Jericho, Judea, Sumeria, Nazareth, all of Jerusalem (its capitol), Syria, Jordan, Lebanon, Iraq, the Suez Peninsula to the Suez Canal, while all "Palestinians" and Muslims residing in those lands aforesaid will be transported to Port Said, Egypt, via the US Navy, Merchant Marine, Air Force, Army, Coast Guard and military, with Israel's assistance, to live and work on building a second, modern Suez Canal, 5-10 miles to the east, to be owned and operated by Israel upon completion, with the new Palestine country extending south 50 miles along the original Suez Canal and west 50 miles to form a square, then north 50 miles, returning east 50 miles to Port Said, Egypt, with Egypt conceeding a 20% commission on all revenues earned from the first Suez Canal to the new country of Palestine (in addition to the land). Yassir Arafat is Palestine's Prime Minister and is to establish a new government, with a female President, as Equal Rights for Women pursuant to NYC Mayor Eric Adams' Equal Rights Act, will be enacted and is enacted there as its first law, just as it is being enacted in the US by Presidents Joseph Biden/ Kamala Harris.

The government of Iran will become secular — they picked the wrong religion. Iran will be renamed Persia, and Dr. Mehrdad Noorani of NYC, NY will be its Prime Minister of the new Jewish country, with all "former" royalty free to return and resume their titles, with powers similar to those of UK royalty (Queen Elizabeth II)

The same re-establishment of royalty and

16

granting of royalty (a great fund-raiser for
cash-strapped countries) will be permitted in
Europe, South America, Latin America, the
Caribbean, Russia, China, Vietnam and the U.S.
and all its states, as the USA is dissolved
upon bankruptcy and returns to ownership by the
British crown due to a void ab initio CON and
DOI. It then becomes the C.S.A. - Confederation
of States of America. For the USA · CSA local
king, former President Donald J Trump and
former First Lady Melania K. Trump are King and
Queen. They and family, businesses, agents,
servants and employees are exonerated from all
crimes, misdemeanors, federal, state & local, from
impeachment, from impeachment investigations,
from tax crimes, labor law crimes, employment
crimes, and civil rights violations.
      As a result, the case pending before
Your Honor, must be dismissed with prejudice.
As previously stated, the uniform federal maritime
law, as interpreted by NYS, controls, the uniform
international maritime law as interpreted by
NYS + US-SDNY & US-EDNY controls, and you
are adjudicating his case under the wrong law,
and plaintiff pleaded her case using the wrong
law. The maritime law must be used throughout
the US in every court, just as it was used to
bring Africans to the US as servants and
love slaves, because the Founding Fathers &
Mothers enjoyed cohabitation and intercourse
better with them. Just ask me.
      The UK royalty for the US - King Harry and
Queen Meghan Sussex, are already here, but

they're living in the wrong place - California
instead of the White House in DC, which is
renamed the Black House in the state of
Frederick Douglass. Of course they're always
welcome in Chester, PA, since we're renaming
President Barack Obama's Bridge - now known as
the Commodore Barry Bridge over the Delaware
River to Bridgeport, NJ, - to the Admiral Archie
Sussex Bridge - for King Harry + Queen Meghan's
son - and it would be nice if they could attend
the dedication on Hanukkah, 2023, along with the
rest of the British royal family, European, African,
Arab, Asian, Chinese, Asian, Middle East, and of
course Philadelphia's Grace Kelly - Prince Albert family
of Monaco + also Liechtenstein, who contributed
to the Black Star Line, Inc + International +
CSA Flag, along with heads of state and
the United Nations members. Of course the officials
from Sussex County, DE which is simply a name
coincidence. The Black Star Line, Inc Shipbuilding
Corp. of Chester, PA, the operational headquarters
for the entire worldwide + African - Caribbean -
Brazil trade, will be there, along with its
executive offices people from Harlem, NYC, NY
will be there, along with every major sports star,
sports team, singers, musicians, MOTOWN, entertainers,
theatre, movie stars, dancers, and cheerleaders will
be there too, from around the world. What Chester
makes, makes Chester. And Chester produces
the best, brightest, smartest, sharpest people in
the world! We're redlined to prove it!
   By the way, per maritime law and its rules,
all litigation cases are being arbitrated, So,



Your Honor, you lack authority and jurisdiction to hear, try and decide, with or without the jury, the entire Carroll v Trump case and must dismiss it with prejudice against plaintiff. All US litigation & state litigation, not arbitrated, if the party demands a court, will go to the local Beth Din affiliated with synagogues, whose final judges (like SCOTUS) is the Chief Rabbi of Jerusalem, Israel, and thereafter the Chief Rabbi of Israel.

Now there's more to mention about Chester, PA, including the new Kobe & Gianna Bryant International Olympic Stadium adjacent to Chester High School; Serena Williams International Olympic Tennis Stadium; Simone Biles International Olympic Gymnastics Stadium; Michael Phelps - Katie Lydecki - Mark Spitz International Olympic Swimming Stadium; Greg E. Louganis International Olympic Diving Stadium; Jesse Owens - Wilma Rudolph - Usain Bolt - Carl Lewis - Bruce Jenner - Jim Thorpe - International Olympic Track & Field Stadium; Muhammad Ali - Mike Tyson - Sylvester Stallone (Rocky Balboa) - Carl Weathers (Apollo Creed) - Michael Jackson - George Foreman - Floyd Patterson - Sonny Liston - Floyd Mayweather - Sugar Ray Leonard - Joe Louis - Jack Johnson International Olympic Boxing Stadium; Jackie Robinson - Hank Aaron - Roberto Clemente - A-Rod (Alexander Rodriguez) - Satchel Paige - Roy Campanella - Don Newcombe - Darryl Strawberry - CC Sabathia - Bob Gibson - Elston Howard - Reginald (Reggie) Jackson - Dave Winfield - Willie Randolph - Willie Mays - Roy White - Al Downing - Aaron Judge - Dwight Gooden - Ed Charles - Pee Wee Reese -

(19)

MSU Coaches Tom Izzo - basketball
MSU Coach Mel Tucker - football
Don Clendenon - Bryce Harper - Lou Gehrig - Derek Jeter -
Joe DiMaggio - Babe Ruth - Yankees - Phillies - Cyclones
International Olympic Baseball Stadium
(Ruth's Stadium); Erwin (Magic) Johnson - Michael
Jordan - Wilt Chamberlain - Harlem Globetrotters -
Kareem Abdul - Jabbar - Kobe Bryant - Shaquille
O'Neal - Charles Barkley - Stephen Curry - LeBron
James - Julius Erving - Allan Iverson - Isaiah Thomas -
Bill Russell - Earl Lloyd - Chuck Cooper - Nat Clifton -
Carmelo Anthony - Elgin Baylor - Scottie Pippen - Britney Griner -
Kevin Durant - David Robinson - Moses Malone -
Brooklyn Nets - NY Knicks - Philadelphia 76ers International
Olympic Basketball Stadium (Magics);
OJ Simpson - Colin Kaepernick - Gale Sayers - Peyton Manning
Jim Thorpe - Aaron Hernandez - Jim Brown - Eli Manning
Jalen A Hurts - NY Giants - NY Jets - Philadelphia
Eagles - International Olympic Football Stadium
(Jalen Hurts Stadium); Tiger Woods - Arnold Palmer -
International Olympic Golf Course; Levi's -
Levi Strauss - Abraham & Strauss - R.H. Macy Department
Store - Gus' Pickles - Orchard Street - Allen Street - Woody
Allen Street - NYC - Philly - International Olympic
Pickleball Stadium (Levi's Stadium); Levi Davis
International Olympic Rugby Stadium; the Philadelphia -
Chester Pele's Soccer - International Olympic Soccer
Stadium (Pele's Stadium); the African - American All
Stars League (all sports) Stadium - International Olympic
Stadiums (Chester Kings - f/k/a Smithtown Kings);
Caribbean American All-Stars International Olympic Stadiums,
Jewish - American All Stars International Olympic
Stadiums; Women American All Stars International
Olympic Stadiums; LGBTQIA - American All Stars
International Olympic Stadiums; Young American All Stars

International Olympic Stadium, and International
Olympic Stadiums for PALS (Police Athletic
League), FLAMES (Firefighters), EMS
(Emergency Medical Services - Ambulances - Hezbolah -
Doctors - Nurses - Moms - Edna Mills Smith - Dads -
Dr Martin Luther King, Jr, Marcus M Garvey, George Wilson
Smith, brothers & sisters"), LATINX League, Asian -
AAS League; European - American ASL; Italian - American
All Star League; Russian - American ASL; Arab - American
All Star League; Chinese - American ASL;
International Racing League Olympics for Bicycles, Yachts
Tricycles, Motorcycles, Dirt Bikes, Trail Bikes, Boats, Ships
Electric Bikes, Cars, Racing Cars, Ambulances, Trucks, Clippers,
Vans, Railroads, Airplanes, Spaceships; The World's
First Children's International Olympic Games held
in all sports & stadiums in Chester, PA (spring, summer,
fall, with Winter Olympics in the Poconos, at Pocono
City, now renamed Ivanka Trump, PA, with its tallest
mountain renamed Mt. Ivanka Trump; and all youthful
participants named "Olympias" - for Serena Williams
daughter - and the Games will be called The Olympia
Games; with the second Olympias to be held in
Brooklyn, NY/NYC and named the "Blue Ivys" for
Olympia's best friend, the daughter of Jay Z and
Beyonce Knowles, and the third Olympias in
Copenhagen, Denmark, for Olympia's & Blue Ivy's best
friends, Elliot & Emily, children of Glen & Tine Pederson Harmon.
Winter Olympias & Olympics in NYC to be held in the
Adirondacks at Lake George Smith & Lake Philip Murphy
(f/k/a Lake Placid); and, adding to the Olympic
Games and Olympics are the Diana Ross - Alicia
Keys - Rihanna - Jon Batiste - John Legend - Aretha
Franklin - Whitney Houston - Beyonce - Billie Holiday -



Tina Turner - Ella Fitzgerald - Ike Turner -
Ray Charles - Marvin Gaye - Marian Anderson -
Prince - Michael Jackson - Louis Armstrong -
James Brown - Bessie Smith - Nat King Cole -
Natalie Cole - Jimi Hendrix - Mary J. Blige -
Lauren Hill - Stevie Wonder - Chuck Berry -
Aaliyah - Mariah Carey - Erykah Badu - Mahalia
Jackson - Otis Redding - Lena Horne - Chaka Khan -
Isaac Hayes - Paul Robeson - Roberta Flack -
Toni Braxton - Notorious B.I.G. (Brooklyn, NY) -
Smokey Robinson - Sam Cooke - Ma Rainey - B.B. King -
Tupac Shakur - Queen Latifah - Dizzy Gillespie -
Luther Vandross - Snoop Dog - Ciara - Jay-Z -
Dinah Washington - Josephine Baker - Little
Richard - Halle Bailey - Pearl Bailey - La Vern Baker -
Laverne Baker - Akon - Gregory Abbott - Brook Benton -
Peabo Bryson - Solomon Burke - Cab Calloway -
Alyson Cambridge - Betty Carter - Gene Chandler -
Freddy Coles - Mitty Collier - Sam Cooke - Ida Cox -
Randy Crawford - Chris Brown - Sammy Davis, Jr -
Bo Diddley - Betty Everett - Erma Franklin -
Kirk Franklin - Marvin Gaye - Gloria Gaynor -
Jaime Grace - Al Green - Adelaide Hall - Ciara Harris -
Donny Hathaway - Richie Havens - Isaac Hayes -
Jon Hendricks - Jimi Hendrix - Nona Hendryx -
Lauren Hill - ZZ Hill - Billie Holiday - Jennifer
Holliday - Sinead O'Connor - Shirley Horn -
Lena Horn - Cissy Houston - Thelma Houston -
Whitney Houston - Toto (Africa) - Jennifer Hudson -
Harold Melvin & The Blue Notes - Phyllis Hyman -
James Ingram - Ronald Isley - Jackson Family -
Michael, Jackie, Tito, Jermaine, La Toya, Marlon,
Randy, Janet - Chuck Jackson - Freddie Jackson -

Mahalia Jackson- Millie Jackson- Randy Jackson-
Etta Jackson- Al Jarreau - Etta Jones - Valerie
June - Eartha Kitt - Gladys Knight - Ben E. King-
Patti LaBelle - Kendrick Lamar - John Larkin-
Kenny Lattimore - John Mayer - Bettye LaVette -
Huddie Ledbetter - Abbie Lincoln- Frankie Lymon -
Johnny Mathis - Curtis Mayfield - China Anne
McClain - Carmen McRae- Wanya Morris - Janelle
Morse - All MOTOWN musicians, singers, writers,
stars, performers, technicians & staff - Meshell
Ndegeocello - Anthony Nelson - Willie Nelson-
Aaron Neville - ALL NYC musicians singers, writers,
stars, performers, technicians & staff -
ALL CHESTER/PHILADELPHIA musicians, singers,
writers, stars, performers, technicians & staff -
ALL NASHVILLE musicians, singers, writers, stars,
performers, technicians & staff - ALL AFRICAN-
CARIBBEAN musicians, singers, writers, stars,
performers, technicians & staff - ALL JEWISH
musicians, cantors, singers, writers, stars, performers, rabbis,
technicians & staff - Leontyne Price - Adele -
Charlie Pride - Arthur Prysock - Kelly Price - Ma
Rainey - Otis Redding - Otis Reading - Della Reese -
Dianne Reeves - Lionel Richie - Minnie Riperton -
Paul Robeson - Billy Joel - Jessye (Jessica) Norman -
Brandy Norwood - Alexander O'Neal - Jeffrey Osborne -
Peaches & Herb - Teddy Pendergrass - Wilson Pickett -
Gregory Porter - Billy Preston - Prince - Leontyne
Price - Charlie Pride - Arthur Prysock - Kelly Price -
Ma Rainey - Bill "Bojangles" Robinson - Smoky
Robinson - Kelly Rowland - Patrice Rushen - Jimmy
Scott - Nina Simone - Jordin Sparks - Bessie Smith -
O.C. Smith - Mavis Staples - Edwin Starr -

Candi Staton - Dakota Staton - Sly Stone - Maxine
Sullivan - Donna Summer - Tammi Terrell - Joe Tex -
Rufus Thomas - Sarah Vaughn - Fats Waller -
William Warfield - Dionne Warwick - Ethel Waters
(Chester, PA) - Barry White - Wil.i.am -
Bert Williams - Lenny Williams - Pharrell Williams -
Nancy Wilson - Dinah Washington - Bill Withers -
Howlin' Wolf - Stevie Wonder - Bobbie Womack -
Betty Wright - Kanye West - Will Smith - Dr. Dre -
Lenny Kravitz - Quincy Jones - Queen Latifah -
Ben Harper - Ludacris - Duke Ellington - Kirk
Franklin - Charlie Pride - Mills Brothers -
Salt 'n' Peppa - Ruth Brown - TLC - The Famous
Ward Singers - Jimmy Reed - The Dixie Hummingbirds -
Jimmy Cliff - Wynonie Harris - Odetta -
Sister Rosetta Thorpe - Art Blakey - Earth, Wind &
Fire - Ornette Coleman - Harry Belafonte - Etta James -
Sarah Vaughn - The Ink Spots (Philadelphia) -
The Supremes (Detroit - MOTOWN) - Jackson 5 -
Charles Mingus - Temptations - Fats Domino -
T-Bone Walker - Parliament - Count Basie -
Jelly Roll Morton - Dizzy Gillespie - Theolonius
Monk - Huddie William Ledbetter (Lead Belly) -
Charlie Parker - Sly & The Family Stone - Jim Bolden -
Robert Johnson - Scott Joplin - Janis Joplin -
Jon Batiste - Louis Jordan - The Miracles -
Robyn Rihanna Fenty (Barbados) - A$AP Rocky -
McKinley Morganfeld (Muddy Waters) -
Tupac Amaru Shakur (2Pac) (Makaveli) - Run D-M-C -
Public Enemy - Little Richard - Ella Fitzgerald -
John Coltrane - Bob Marley - Miles Davis - Jay Z
Beyoncé Knowles Carter - Destiny's Child -
Ice Cube - Ice-T - Ice Spice - Anita Baker -



Sade - Sade Adu - Donna Summer - Brandy Norwood -
Patti LaBelle - Roberta Flack - Marvin Gaye -
Wynton Marsalis - John Rogers Stephens
(John Legend) - Chrissy Teigen - Bruno Mars -
Miguel - R. Kelly - H.E.R. - Khalid - Frank
Ocean - Babyface - Kendrick Lamar -
Nicki Minaj - Brandy - Trey Son z - SZA -
Jade - Stephanie Mills - Pointer Sisters -
Olivia - Olivia Newton-John - Smokey Robinson -
Seal - Selena - Sister Sledge - Staple Singers -
The Stylistics - La Toya Martin (Toya) -
Jackie Wilson - Mary Wells - Vanessa Williams -
Jodeci - TLC - Backstreet - Boyz II Men -
The Temptations - The Isley Brothers -
O'Jays - Four Tops - Soul for Real - Drake -
Ella Mai - Travis Scott - Ellis Marsalis, Jr. -
Branford Marsalis - Jason Marsalis - Ellis
Marsalis III - Dolores Marsalis - Ellis Louis
Marsalis, Sr. - Herbie Hancock - Miles Davis -
Mboya Kenyatta Marsalis - Art Blakey -
Wayne Shorter - Dizzy Gillespie - Wycliff Gordon -
George Benson - Grover Washington, Jr - Anita Baker -
Bill Lee - Harlem Gospel Choir - Boys Choir
of Harlem - House of the Lord Church Choir -
Hezekiah Walker - Kirk Franklin - Marvin Sapp -
Donny McClurkin - Israel Houghton -
Kathleen Battle - Adele - Dua Lipa - Beatles -
Rolling Stones - Mick Jagger - Julio Iglesias -
Enrique Iglesias - Fleetwood Mac - Led Zeppelin
Peter, Paul & Mary - Joan Baez - Santana - Toto -
The Police - R.E.M. - Eric Clapton - Billy Joel -
Jenas Brothers - Ravi Shankar - Meek Mills -
Gordon Lightfoot - David Guetta & Bebe Rexha -

(25)

Procul Harem - Deodato - Chaka Khan -
Justin Timberlake - Stephen Colbert - D.J. Trump -
Temple Emanu-El Cantors (1 East 65St, NYC, N°)
Ed Sheeran - Bruno Mars - Paul Simon - Toto - Billy Joel -
Robert Smith - Meghan Markel - Black Eyed
Peas - Shakira - Lady Gaga - Emily Harmon - Santana
Ariana Grande - 21 Savage - Britney Spears -
John Mayer - Billy Holiday - LIZZO - Jonas Brothers
Lil Nas X - Cardi B - Tiffany Cardwell - Eric Clapton
ASAP Rocky - Martha Reeves & The Vandellas -
Angela Bassett - Cassandra M. Batie (Andra
Day) - ENYA - John Charies - Sinead O'Connor -
Taylor Swift - Tracy Chapman - Eric Adams -
Elvis Presley - Dolly Parton - Ronald Lauder -
Joan Baez - Bo Brummel - Beau Biden - Dua Lipa -
Billie Eilish - Sam Smith - George Smith - Led Zeppelin
Willie Nelson - Johnnie Cash - Loretta Lynn -
Nicholas Lynn - Jason Aldean - Leonard Cohen -
John Denver - John Roberts - Beach Boys -
Florida Georgia Line - Linda Wells - Ice-T,
Mary Wells - PiNK - HALSEY - Kim Carnes -
Sam Alito - Madonna - Maren Morris - Clarence
Thomas - Elton John - Ryan Hartley - Alana
Morrisette - Adele - Netanyahu - Tchaikovsky -
Rimsky-Korsakov - Smirnoff - Vladimir Putin - Bill Lee
Chaun-Li - Meghan Markle - Edna Mills -
Mills Brothers - Meek Mills International
Olympic Music Stadium; and the
    Ossie Davis - Ruby Dee - Cicely Tyson - Paul
Robeson - Paul Winfield - Ice Cube - James Earl
Jones - Donald Glover - Vladimir Putin - Chadwick
Boseman - Richard Roundtree - Ronald Reagan -
Will Smith - Nancy Davis - Michael B. Jordan -

Tyler James Williams - Chris Rock - Imani
Hakim - Hakeem Jeffries - Cory Booker - Kamala Harris -
Tequan Richmond - Hillary Clinton - Tichina
Arnold - Nichelle Nichols - Ben Vereen -
Jane Fonda - D.J. Trump - Spike Lee - Joie Lee -
Jennifer Aniston - Gisele Bundchen - Melania
Knauss - Leslie Harris - Dwayne Johnson - Mike Pence
Oprah Winfrey (Oprah !!!!!!) - Zendya - Merryl Streep -
Louis Gossett, Jr, Faye Diggs (Scott Leo "Taye"
Diggs), Mekhi Phifer - Blair Underwood - Tom Wolf -
Boris Kodjoe - Joe Biden - Forest Whitaker - Clifford Harmon -
Angela Bassett - Winston Duke - Letitia Wright -
Bruce McM. Wright - Letitia James - Denzel
Washington - Sterling K Brown - Nancy Pelosi - Don Lemon
Jill Biden - Charles Schumer - Alexis Louder - Bill Gates -
Trevor Noah - Ava DuVernay - Idris Elba -
Viola Davis - Kathleen Battle - Jessica Norman -
Jay Z - King Charles 3 - Brad Pitt - Tom Cruise -
Don't Schmooze - George Clooney - Amal Clooney -
Sophia Lauren - Grace Kelly + Prince Albert - Thaddeus Kirkland -
Kim Kardashian (President of Armenia, a new
Country, formerly part of Turkey, now a UN member &
governed by the Kardashian Family) - Halle Berry -
Angelina Jolie - Mia Farrow - Crystal Hudson - FDR -
Joel Cohen - Shira Scheindlin - R.B.G. - Kellyann
Conway - Harry Truman - Eleanore Roosevelt - JFK -
Lyndon Johnson - Richard + Pat Nixon - Gerald +
Betty Ford - Gretchen Whitmer - MSU - African -
American International Olympic Actors in
Actresses - Movie Stars & Performers & Stadium and the
Spike Lee - Leslie Harris - Jay Z - Kamala Harris - Ken
Burns -
Paris Hilton - Roman Polanski - Marla Maples - Woody - Melia
Obama -
Allen - Jimmy Fallon - Harvey Weinstein African -



American International Olympic Movie Productions
Directors Stadium; and the
    OJ Simpson - Wilt Chamberlain - Harlem Globe-
trotters - Kareem Abdul-Jabbar - Willie Mays -
Frankie Robinson - Jackie Robinson - Jesse Owens -
Jack Johnson - Motown - Muhammad Ali -
Mike Tyson - George Foreman - Althea Gibson-
Billie Jean King - Prince King Harry Sussex -
Paraolympics - Olympia Williams - Bill Russell -
Wilma Rudolph - Arthur Ashe - Fritz Pollard -
Bobby Marshall - Charlie Sifford - Joe Louis -
John Lewis - Venus Williams - Serena Williams -
Michael Strahan - Michael Jordan - Magic Johnson-
Kobe Bryant - Gianna Bryant - Shaquille O'Neal -
Charles Barkley - Jackie Joyner-Kersee -.
Britney Griner - Stephen Curry - Derek Jeter
(Yankees' Team Captain & Chester Kings Captain
    members & founders of AAAS League - African-
American & Caribbean American All Star League -
successor to the "Negro League") - Barry Bonds -
Hank Aaron - Alex Rodriguez (GW Bridge-NYC-
renamed the A-Rod & J-Lo (Jennifer Lopez)
Sports & Music Bridge) - LeBron James -
Julius Erving - Oprah (Queens Whitestone Bridge
renamed Oprah Winfrey Bridge, with art, flags,
music, AAAS statues suspended from overhead,
like the ones on Flatbush Ave & Tillary St, Brooklyn,
NY, after crossing from Canal Street, Chinatown,
Manhattan, over the Mayor Eric Adams Bridge
(f/k/a Manhattan Bridge?), near the Brooklyn
Bridge, renamed the Chinatown - Black Star Line, Inc
Bridge, not far from Governor's Island,
renamed Marcus Garvey Island with Marcus M.

Garvey University, educating AAAS, CAAS, LGBTQIAS
JAAS & WAAS to operate the BSL and USA,
upon dissolution, the CSA - Confederated States
of America and the world, with family of
Dr MLK, Jr ). not far from Ellis Island of
NYC. NY, renamed Lord Mountbatten Island for
former UK Prince Philip with the new
Queen Elizabeth II Royal Imperial International
Hotel, built now, turned over to her family -
the hotel and island, for their private use: not
far from Riker's Island, renamed Kalief Browder
Island, for an inmate, age 21, who was never
tried or convicted, became mentally ill, and
upon his release, committed suicide, because
never given mental health care, and the prison
demolished in its entirety, with the new
Marcus M Garvey Merchant Marine Academy
built there, to educate AAAS, CAAS, JAAS & LGBTQIAS &
WAAS, to "man" & "woman" & "LGBTQIA" the BSL ships,
with Kings Pt Merchant Marine Academy assistance &
working on board Danish MAERSK Line merchant
marine fleet ships & Israel's ZIM Line merchant
marine ships, to enable US trade with Africa,
The Caribbean Islands & Brazil for reparations,
not far from BSL HQ in Harlem NYC on 125 St
(Magic Johnson Boulevard) & BSL Shipbuilding
in Harlem & Brooklyn Navy Yard, not far from
the Marcus M Garvey Merchant Marine Academy
in Chester, PA (f/k/a Neumann University)
not far from Widener University, offering
maritime courses for naval architecture & business &
admitting for free all Chester PA AAAS
students + CAAS · LGBTQIA-AS · JAAS · WAAS students

29

next to the Dr Jill Biden University near the
Chester High School, which automatically admits
Chester H.S. students for free upon graduation &
gives them admission for 'Advanced Placement'
courses while they're attending Chester H.S.)
next to the Kobe & Gianna Bryant International
Olympic Stadium, Serena Williams International
Olympic Tennis Stadium, Simone Biles International
Olympic Gymnastics Stadium, Michael Phelps -
Katie Ledecki - Mark Spitz Swimming Stadium
because hey, you know, African-Americans were
not allowed to swim on America's fucking beaches
due to segregation, so there are no African-
American All Star swimmers, and Jewish-Americans
& LGBTQIA swimmers got the same problem, and
so do women, they had to take a dive, so the
Greg Louganis International Olympic Diving Stadium
will help remind people of that, and that's why VP
Kamala Harris and Letitia James (NYS AG) are
gonna be the next President and Vice President
of the U.S., to eliminate this country's continued
discrimination against AAAS-CAAS-JAAS-LGBTQIA-AS-
WAAS and enforce & enact NYC Mayor Eric Adams
REO #4 - Equal Rights Act as signed into Law -
Amending the Juneteenth Order he signed
6/19/2022 (see enclosed Exhibit), and you,
judge, in your decision, are gonna enforce it and
cite it in your decision in this case and
gonna completely reverse Plessy v Ferguson
so you too can be famous and be on SCOTUS,
and you're gonna expressly exonerate Dr Martin
Luther King, Jr and Marcus M. Garvey in
your decision, along with Donald Trump and



the King, Garvey, & Trump families, businesses,
agents, servants, employees & advisors, and you
better start exercising some collateral jurisdiction
to exonerate all AAAS from all crimes &
misdemeanors for which they were convicted,
or charged, or tried or accused of, along with
CAAS - JAAS - LGBTQ-AS - WAAS.
And yeah, reppin the Founding Fathers & Mothers
of South Carolina - John Rutledge & Edward
Rutledge, I got something to testify about
in this case & take full responsibility for, so let
me know when you'd like me to appear, and
you better delay, postpone & suspend the trial
pending that day, or otherwise dismiss it
with prejudice. But you got some ejusdum generis
or whatever, to make your case apply to or
cite foreign jurisdiction law, like the UN
International Criminal Court in Africa &
UN Court of Human Rights in Geneva, Switz,
or is it Strausbourg, France or Strassburg
Germany or Vienna, Austria, based on
Eleanore Roosevelts Universal Declaration of
Human Rights, which the US ignores at its
convenience, but yeah, continuing the Olympics.
and we really are on Mt Vesuvius, Sicily, Italy
cause the legal decision you gotta be makin
not fakin is hotter than hell & will set
the world on fire, not just the US, or NY,
or Chester, PA or Baltimore, Atlanta, DC,
Detroit, Seattle, St Louis, Minneapolis, LA,
Compton, Jackson, & every poverty-ridden
ghetto, whether for AAAS or JAAS or LGBTQIA-AS
or WAAS. so to resume & be tops on next page

31

Like Philadelphia's 76'ers - Allan Iverson -
Isaiah Thomas - Simone Biles - Gabby
Douglass - Jerry Rice - Erwin (Magic
Johnson of Michigan State University, East
Lansing, MI, to become its President - and
yeah MSU is offering 100% scholarships to
all Chester students, grads or not of Chester
H.S - remedial courses available at MSU;
and MSU gonna do the same for Brooklyn, NY
students - 1st from Dasani Coates - Moshe Dayan
Neil ~~Tys~~ de Grasse Tyson (V.P. Kamala Harris
MOMs) International STEM - Yeshiva High
School of Technology in the Walt Whitman
Housing Projects, and Dasani's going to be
the US Secretary of Education (Gretchen Whitmer)
specialist in homelessness of students &
their families, so the "Invisible Child"
(see Andrea Elliot's book & NYT newspaper
stories) can make sure no child ever has
to suffer what she & her family went through
in the entire United States, not just Chester,
Brooklyn, Detroit, Baltimore, Charleston,
Jackson, MS, Little Rock, AK, or Seattle; and
MSU is offering the same option to Africans &
Caribbeans & Israelis, by attending in ~~Det~~
Michigan, or extension schools in Africa, West Indies,
Brazil, or Israel, or by ZOOM virtual classrooms.) -
Walter Payton - Peyton Manning - Eli Manning -
Usain Bolt - Julius Erving - Satchel Paige -
Emmitt Smith - Emmett Till (yeah the 15 year old
boy who was murdered down South visiting relatives
by being beaten up, tortured & thrown into a river
by local townspeople - KKK - white trash -

for looking at a white woman in a grocery store in a segregated town, like the entire South + the entire US, and his family deserves justice + reparations too - age 15 - what about $15 Million with 9% interest from date of death - was it 1952? - Gayle Sayers - Gale King - Wilma Rudolph - Joe Louis - Sugar Ray Leonard - Bo Jackson - Wilt Chamberlain - LeBron James - Jim Brown - Michael Johnson - Brown v Board of Education - Katenji Brown Jackson - Carl Lewis - Florence Griffin Joyner - Florence Williams - Florence Wertheimer - Kenneth Heller - Herschel Walker - Ken Griffey, Jr - Ray Robinson - Roberto Clemente - Bonnie Riess, Esq ( NYU Law School renamed Bonnie Riess Law School ) - Sheila Birnbaum, Esq ( Fordham U Law School renamed Sheila Birnbaum U. Law School ) Ernie Banks - Larry Fitzgerald - Dean Skelos, Esq ( US Ambassador to + Prime Minister of Greece ) - Reggie Jackson - Barry Sanders - Joe Frazier Leslie Kelmachter, Esq ( new US Ambassador to Israel & 1st Woman President of Israel, with husband Adam Silver to succeed Netanychu as Prime Minister of Israel ) - Reggie Jackson ( exonerated all crimes ) - David Robinson - Earl Campbell - Tim Duncan - Aaron Hernandez ( exonerated ) - Satchel Paige ( Baseball Hall of Fame in Cooperstown, NY renamed Satchel Paige - Reggie Jackson - Darryl Strawberry - Hank Aaron - Baseball Hall of Fame) + Roy Campanella - Lou Gehrig - Don Newcombe ( ALL "Negro League" Players now admitted to the Baseball Hall of Fame ) -

Babe Ruth - Lou Gehrig - Roberto Clemente -

Don Newcombe - Hank Thompson - Ken Griffey, Jr. - CC Sabathia - Bob Gibson - Pete Buttigieg - Elston Howard - Reginald "Reggie" Martinez Jackson - Dave Winfield - Willie Randolph - Roy White - Al Downing - Aaron Judge - Dwight Gooden - Darryl Strawberry - Ed Charles - Anthony Young - Jim Brown - Colin Kaepernick (National Football League of Fame renamed OJ Simpson - Colin Kaepernick - Aaron Hernandez Football Hall of Fame) - Kobe Bryant (Temple University renamed Kobe Bryant - Temple University; all schools in US are yeshivas; US religion is Judaism; all US residents are gay (LGBTQIA) African Jews) - and Magic Johnson - Kobe Bryant - Kevin Durant - Michael Jordan Basketball Hall of Fame - Anthony Young - Carmelo Anthony - Elgin Baylor - Don Barksdale - Richie Ashburn - Poncho Gonzalez - Scottie Pippen - Pee Wee Reese - David Robinson - Michelle Robinson Obama - Moses Malone (76ers) - Tiger Woods - Donald Trump - Rudy Giuliani (Donna Hanover & Rudolf Giuliani, Yeshiva High School ^STEM of Technology, across the street - Lafayette St - from Elizabeth II Queen of All Saints RC Synagogue) near the St James Baptist Church (renamed the Letitia James - Erwin Wilson - Spike Lee International Yeshiva of Bill & Hillary Clinton (H. II) not far from the Chabad Beth Schmuel Leah Synagogue & Community Center on Washington St & Lafayette St, Brooklyn, and the Betty Carter - Sheldon (Spike) Lee International Olympic Film Studios on Lafayette Ave, Fulton St

(34)

and Fort Greene Place, near Laurie Cumbo -
Dante De Blasio - John Catsimatidis STEM
Yeshiva High School of Technology with
their statues near the entrance, like the
statues of Betty Carter & Spike Lee in
Betty Carter Park, near Spike Lee's Joint
on Ft Greene Place, up + across the street   ,Ethel Waters-
(Lafayette) from the Paul Robeson - Cecily Tyson *MOTOWN-
Harvey Liechtenstein Academy of Music & Theatre Rihanna-
across from the Denzel Washington - Meryl Streep-Cosby  Bill
Sidney Poitier - Grace Kelly - Sophia Lauren -HarveyWeinstein
Olivia Davis - Oprah Winfrey - Whoopi Goldberg-Loew's
George Clooney - Alex Baldwin International Olympic
Theater, not far from the Lorraine Hansbury
International Olympic Raisins in the Sun Garden
at the (f/k/a Long Island University) Lorraine
Hansbury - Spike Lee International Olympic
University on Flatbush Avenue & DeKalb Avenue,
across the street from Junior's Restaurant, down
the Street (Flatbush Ave) from Bank of America &
TD Bank & Spectrum & the Charles Barkley
International Banking Centre Stadium, with
the Kevin Durant International Olympic Stadiums
featuring the Brooklyn Nets Basketball team,
(he left + came to Chester to form the Union
soccer league & work with Derek Jeter - Serena
Williams - Rihanna (Queen of the World + also music)-
Simone Biles & Michigan State University coaches +
players, Penn State University Coaches+ players-
Cheyney State University & HBCU coaches+players &
Morehouse College University coaches+players =
Michael Phelps - Katie Lydecki - Mark Spitz - all named
the boxers+unnamed ones too -to create Olympias +

which Chester calls the Jahaad Atkinson-
Ahyir Womack Olympias and (adult) Olympiad
(Olympics) built and funded by President
Joe Biden (Dr Jill Biden) & co-President (VP)
Kamala Harris (Douglass Emhoff, Esq) and
Congress (Kevin McCarthy & Hakeem Jeffries &
Nancy Pelosi in the House; approved by the Senate-
John Fetterman (PA), Charles Schumer (NY- Majority
Leader), Kirsten Gillibrand (NY) (Secretary of
Veterans Administration, General Lloyd J Austin,
Secretary of Defense, Merrick Garland (US Department
of Justice, US Attorney General) Barbara Yellen
(US Secretary of Treasury), Deb Haaland (Secretary
of the Interior), Pete Buttigieg (Secretary of
Department of Transportation, who is funding &
redesigning Chester and the Port of Chester
for and to be known as the Black Star Lines,
Inc Shipbuilding Co. Inc., to build, repair, service
all merchant marine ships in the US and is
the operating headquarters for the company,
whatever the cost, even if it empties out the entire
g-damned US Treasury, and of course in appreciation
Buttigieg will become "the 1st LGBTQIA
President of the USA, before it dissolves,
same as shortened terms for Carolyn Kennedy
Schlossberg, Tish James of course, William DeBlasio,
Martin Luther King III, Tiffany Cardwell Henesen-
Edgar Lieu- Tiffany Trump - Clifford Harmon with
Chiara DeBlasio (Plus King/Queen of the Caribbean and
King/Queen of Africa) - Jumaane Williams -
Eric Adams - Thaddeus Kirkland - Nydia Velasquez-
Alexandria Ocasio Cortes-Josh Shapiro -
Jared Kushner - Deb Haaland - Rashida Tlaib-

36

Ilhan Omar (upon conversion to Judaism, otherwise forgettabout); with Robin Efron O'Malley to be US Treasury Secretary; down the street from the Frederick Douglass Masonic Temple on Lafayette St & Carleton Ave, Brooklyn, near the abandoned Masonic Temple on Gates Ave & Patchen Ave, to be rebuilt and renamed the Marcus M. Garvey Masonic Temple, not far from the Clara Cardwell Intermediate School, to be renamed the Jesse & Tiffany Cardwell STEM Yeshiva (Intermediate & Elementary Grades) of Technology on John Lewis Street near Bill Gates Street (Microsoft, who is funding it along with all Bedford-Stuyvesant, Fort Greene, Clinton Hill & East New York School-Yeshivas & Universities, in addition to Chester, PA, Philadelphia, Detroit, MI, Baltimore, Newark, Albany, NY, Camden, NJ, Wilmington, DE, Charleston, SC.; US; Africa; Caribbean countries, Brazil, Mexico, the World) and the Clinton Hill Congregational Church on Lafayette Ave "Washington Ave will be the Chabad Beth Schmuel Leah Community Center and Beth Din, building to be fully restored" and, to continue — the Michael Jordan - Bruce Jenner - Jalen Hurts - Yankees - Phillies - Mets - Jets - Nets - CYCLONES - Rangers - Knicks - 76'ers - Eagles - Flyers - Union - Tigers - Chester PALS - Brooklyn PALS - Chester FLAMES - Levi Davis (UK Rugby) - Levi Strauss (Pickleball) - Nelson Mandela - African-American - AAAS - CAAS - JAAS - LGBTQIA'AS - WAAS International Olympic Sports Stars Stadium (Davis - Strauss - Mendela's - Griner - Hurts Stadium) (Mandela's), and

just like the Pennell Street Children's International Olympic Garden-renamed the Jahaad Atkinson-Ahyir Womack-Pennell Street Children's International Olympic Garden & Playground, whose children will be the presidents, kings & queens & royalty of the world (to be followed by Chester's children, then Brooklyn, NY, Harlem, NYC, Detroit & Seattle) led by Pete Pennell (also CEO-BSL Shipbuilding—Chester, PA) and Linda Green & will be in charge of the Olympia's & Olympic Gardens Game contest, with their garden featuring the Presidents' Garden, planted to date honoring Dr Martin Luther King, Jr.; Malcolm X; Nelson Mandela; and Admiral Marcus M. Garvey. There's a special garden honoring Princess Diane of Great Britain, whom we just call Queen Diane, or Queen, and some cherry trees to honor Japanese Prime Minister Abe (Shinzo Abe) (9/1/1954-7/8/2022) who promised peace forever, the best policy for every country, who are welcome to donate a plant or contribute to the garden, which also has been planted to recognize contributors for whom the Black Star Line, Inc Shipbuilding Company, Inc will build and name ships, starting with #1 Amy Jacques & Marcus M Garvey; #2 Maria Dolores Garcia & Kenneth Heller; #3 Mary Elizabeth Keenan & Robert Mills Smith, with #4 to be Coretta Scott & Dr Martin Luther King, Jr.

The Garden needs an entirely new playground, two tennis courts, one basketball court, and a

38

PALS/FLAMES Little League (Junior League)
Baseball/Soccer Field, lines drawn for
junior track races, and new fencing, seating,
bleacher stands, and repaved road. It's
next to a PECO power plant polluting the
air, like COVENTA, so maybe they'd
contribute. Same as some of the attendees
at the Memorial Service for Jahaad Atkinson &
Ahyir Womack, and SCOTUS people
who might be sworn in at Chester City Hall,
which needs a black Waterford Crystal
Chandelier from Ireland, like the Times Square,
NYC New Year's Eve Ball, only Chester's is
bigger and it ain't falling, its permanent; and
    There will be the International Olympic
Cooking Contest in Chester, featuring such stars
as Sister Souljah (Chester, PA), Lydia
Bastianich, Rachel Ray, Martha Stewart - Tastee House-
Mario Batali & Chef Boyardi & Harlem's Africa Restaurant, &
    There will be the International Olympic     Brooklyn's La Familia
Fashion Show, hosted by Versace, featuring     Restaurant.
Diane von Furstenberg, Michael Strahan,
Anderson Cooper, Don Lemon, - Chris Cuomo-
Sylvester Stallone- Stan Smith- Dino de Laurentis-
Chanel- Ralph Lauren- Giorgio Armani-
Saint Laurent - Gucci - Calvin Klein- Levi Strauss-
Michael Kors- Sean Coombs- Tom Ford - Louis Vuitton-
Nike - Prada- Dolce & Gabbana- Adidas- Balenciaga
Bally- Perreira- Lacoste- Valentino - Emily Adams Bode-
Grace Wales Bonner - Bianca Sanders- NYC
Fashion Institute, students (FIT)
                of Technology
NYC High School of Fashion, Chester High

Schools' Fashion Institute of Technology Department -
Donatella Versace - Priya Ahluwalia - Rue Paul -
Parson's School of Design - Ella Emhoff

There will be an International Olympics of
Gambling at Harrah's, Chester, hosted by
Sheldon Abelson & family, sponsored by Chester's
Chinese community

There will be an International Olympics of
Equestrian Events, sponsored by Michael Bloomberg -
the Kentucky Derby - PIMLICO - Belmont Stakes -
Delaware Race Track - Chester, PA - Chadds Ford, PA -
Georgina Leigh Bloomberg

There will be International Olympics of
NASCAR Racing - including racing of sports cars,
racing cars, trucks, police cars, fire trucks,
freight trucks; trash trucks, post office trucks,
EMS ambulances, vans, motorcycles, electric bikes -
dirt bikes - 3 wheelers - tricycles, bicycles -
skate boards - roller skates - ice skates - on
Chester city streets for Ten Miles; to be followed
by races from Chester to Atlantic City, NJ and
return; statewide PA races from Chester to
Philadelphia - from Chester around the perimeter
of the State of PA - from Chester to Wilmington,
DE Center City; from Chester north to Maine
(Portland); followed by an East Coast Race,
then cross-country race, then the American
Grand Prix - to every state in the US beginning
Chester, PA, concluding in Hawaii then Alaska
(Juneau), with money prizes for each, and a
$920 Million prize for the Grand Prix.

There will be an International Olympics
of Boat Racing in Chester, PA. with the following

Divisions: rowboat, canoe, kayak, raft, dinghy, sailboat (one mast/2/3/4 to 6 mast Clipper Ships), racing boats (one engine/2/3/4), cigarette boats; yachts; merchant marine ships – freighters, oilers, tankers, cargo (dry), cargo (liquid), container ships division – small to large, including PANAMAX, AFROMAX, with races up+down the Delaware River's length; future races for US East Coast inland waterways, then oceans; then from Chester, PA to Detroit, MI (Great Lakes Races using St. Laurence Seaway & Inland Canals, including the Erie Canal), then races by boats from Chester, PA to Seattle, WA; then round-the-world boat races; then races from Chester to Africa – Monrovia Liberia; to Lagos, Nigeria, to Ghana, and every West coast African country; to every Caribbean country – Jamaica first – Barbados second; to Rio de Janeiro, Brazil, to employ every resident in the favelas, with same employments for Africans & Caribbeans, Brooklyn, NY will be doing the same races; Seattle, WA will be doing the same races but to the East Coast countries of Africa.

   To conclude Point 1 of reasons for dismissing the case against Donald Trump and exonerate him, is, he's bi.polar, sometimes as crazy as me, and I told him what to do when we were in bed together at the welfare hotel – the Comfort Inn at Philadelphia International Airport, So I'm responsible, not him, and with bipolar disorder, you're always hyper-sexual. This problem runs in the Rutledge family. And it ran in all the other

41

families of the Founding Fathers & Mothers back in the 1700's, who were also African & Jews.

The second reason you should dismiss is that DJ always shops Bloomingdale's & Tiffany's, not Bergdorf-Goodman.

The third reason is he was hanging out with me & Marla Maples in 1996, and we were hangin' out in Harlem, Philly & Chester & Brooklyn, not in NYC.

The fourth reason is mistaken identity. There are at least 5-10 other guys who look like DJ Trump, have the same appearance, dress style, hair style, body build, mannerisms, swagger and speech as Donald. Can you imagine I made a mistake, met one, had sex with him and didn't realize he was someone else—not Donald. I won't even discuss my sex problems since age 13 with Joe when we had a car accident on Route 202, or with Martin in Chester, like my mom, or her mom with Marcus. I didn't know one would be a president, or a preacher or a printer or sailor. So you know, most white men look the same to me — and I'll bet Ms Carroll has the same problem, just doesn't want to admit it.

The fifth reason to dismiss is lack of demonstrative evidence. Let Ms Carroll demonstrate in the courtroom specifically with DJ (Trump - I call him DJ because we dance to the same music) what happened, then DJ and I will demonstrate the same thing and go all the way. Believe me, it

42

will be very different, and you'll have to dismiss, unless the jury wants to participate, then you'll dismiss. DJ never sexually molests or rapes any woman standing up — it's always in bed, so please provide a comfortable bed in the courtroom for the demonstration, Sealy mattresses are OK, so is Mattress Firm, Mattress Max, Cortimax, but not the Max I screwed with, but DJ was really a Max too he was that good in bed.

The sixth reason you must dismiss is that all US Presidents, Vice Presidents, Senators, Representatives, and US Supreme Court justices, their spouses, children, and immediate relatives and family have absolute immunity from criminal, civil, tax, and administrative prosecution by all federal, state, and local law authorities. Ask me, I know, cause my drunken, drug addled, party going family — Edward + John Rutledge wrote the DOI and CON Job — actually their love servants did — as they were all enslaved in love, said so, and that oral representation (among others) was passed down to their descendants, and some wrote it down with pens. Where do you think (+why) Pennsylvania got its name. It wasn't just Billy Penn. It was Billy Pen, like pen+pencil, he wasn't too good at spelling his name, or else pens are spelled wrong and should be spelled "penns", like cattle pens should be cattle penns, and Mike Pence should be Mike Penns or Mike Penis, oops no i there, Mike Pens, but

really he was named after the British pence,
like two pence or tuppence or Tupperware
like Al Gore's wife Tupper, but I never
met her for supper, but he was OK and I
named a park for him, but it was too gory
for Brooklyn so it got renamed
MOTOWN Music-Wakanda Park Children's
Playground, with Diana Ross of the Supremes,
really she's from Detroit, MI & Cass High School,
as manager, named for Motown Records +
singers and Chadwick Boseman. I lost the
Vogue Magazine, August 2021 issue that
has the face for the new Statue of Liberty
on the cover of Vogue Italia - she's an
African-Italian, or Italian-African - we Rutledges
get easily confused & misspell our name
constantly - Rutledge, Ratledge, Routledge,
Ritledge, Ridledge, Ridley, Ridley Park,
Riddle, you name it, we done it & misspelled it,
just like the DOI + US CON, so others can't
figure them out.
    The seventh reason for dismissal, since
the DOI + CON are void ab initio, so that
British law should be applied, is that really
the only law you're left with, is the
Uniform Federal Maritime Law of the US and/or
Uniform International Maritime Law.
You never applied either one to this case
and you never told anyone you were a
maritime judge, that the court was an
admiralty court, nor did you raise and place
the silver oar on the wall behind your bench
Maritime law applies because how the hell



do you think we all got to America?
By boat? As immigrants. By boat, as
indentured servants, love slaves, slaves,
and by accident. So your judicial procedure -
land-based - is all wrong and so is the
procedural + substantive law you're applying.
You got to (must) dismiss

The eighth reason is that maritime law
prefers and resorts to arbitration to resolve
disputes. There has been no opportunity
given to defendant Trump to arbitrate
his case (defense) nor to plaintiff Carroll
to arbitrate her claims. You must dismiss
with prejudice. If you want to refer Ms Carroll
to the American Arbitration Association,
that's OK, but it must be maritime arbitrators,
and if Ms Carroll is unhappy and wants to litigate
in court, the local Beth Din at the
Temple Emanu-El on 1 East 65 Street
will be happy to hear her case, or the local
NYC Board of Rabbis, Rabbi Joe Potasnik,
will be happy to hear + decide her case,

The ninth reason to dismiss is that all
criminal cases in the US will be litigated
like civil cases - with rights to interpose
affirmative defenses, demand bills of
particulars, interrogatories, depositions,
make preliminary motions, have preliminary
hearings & case conferences to attempt
settlement - all before trial - with a jury
of at least 6 persons + 2 alternates. But
that must be changed to 12 persons & 3 alternates.
I noticed in the pending civil case you only



have 9 jurors. Further D.J. is an African
Jew like me & the Rutledge family. He needs
a jury of his peers — African Americans —
Jewish Americans — and yes — LGBTQIA
Americans, because lots of Rutledges are
LGBTQIA — D.J. likes to party and be gay,
I like to party and I'm a trans —
transvestite, transgender, tranny granny,
trainy, trumpy, brainy, frumpy, nerdy, absurdy.
So you got to dismiss pursuant to
Batson v Kentucky, a SCOTUS case.
Fresh outta Scotland, I mean Ireland,
I mean the Highlands, Highland Avenue Chester
PA, or the Uplands, Upland Chester PA
or the Lowlands, Way Down Lowlands, emm—
DC lands, Frederick Douglass lands — the
new DC State where I gotta place in
Anacostia.

    The tenth reason to dismiss is this case
can easily be settled. Plaintiff splits her
royalties on the book she has written
on DJ up to the time of trial as follows:

       Plaintiff — author — 16%
       Defendant Trump      16%
       Chester City, PA      16%
       Brooklyn, NY          16%
       Dr Martin Luther King 16%
       Marcus M Garvey       16%
       NYC Board of Rabbis &
       Temple Emanu-EL   4%

The book will be printed & published by
the Chester Times, whose editor + publisher +
owner is Brent Staples, He's OK, got a good c.v.

(46)

Which reminds me about the
   Chester International Writing Olympics;
   Chester International Poetry Olympics;
   Chester International Art Olympics;
   Chester International Furniture Olympics
   Chester International Museum Olympics
   Chester International Train Olympics
   Chester International Airplane Olympics
   Chester International Helicopter Olympics
   Chester International Space (NASA)
                Olympics
   Chester International Astronomy Olympics.
   Chester International Radio & Television Olympics.
   Chester International Journalism Olympics.
   Chester International Building Construction Olympics
   They're all gonna happen in Chester &
Harlem & Brooklyn.
    Judge, if your town got screwed, and
you got screwed too, like Chester is
bankrupt and I'm almost there —
wouldn't you want everything & all the
best for it? Of course you would!
Mazel Tov & L'Chaim! So it's happening

    Before or after you read this missive
(why are legal briefs not short?) and
exhibit(s), try the case, take
my testimony (or not), conclude the
case, allow jury deliberations, reach
a decision on liability + damages.
I'd appreciate a delay in my
sentencing so I can do some stuff
to implement my plans, future, raise bail
money, complete my community service



sentence (see pp 1-46 supra and Exhibit (s)
and get my affairs in order, since there's
quite a few. *

Respectfully submitted,
Susan S Harmon
Susan S. Harmon


ec: Joe Tacopina, Esq
Attorney for Defendant

Damian Williams
USAG-SDNY

Breon Peace
USAG-EDNY

Court Clerk
USDC-SDNY

Michigan State University / Cheyney University

NYC Mayor Eric Adams                    Rep Carol Kazeem

Chester, PA Mayor Theddeus Kirkland     PA-159 District
                                        c/o A. Coles
NYS Governor Kathy Hochul

PA Governor Josh Shapiro                Rep Pharreh Soulfrant
                                        Forest, NYS +
MI Governor Gretchen Whitmer            Dem District
                                        Leader
US President Joseph Biden, VP Kamala Harris

PA Senator John I. Kane c/o Angel Barrios  US Rep
                                           Hakeem
NYS Attorney General Letitia James         Jeffries

Clinton Johnson, Esq · Chester, PA attorney  US Senators
                                             Kirsten
Arthur G. Girton. Esq - Chester. PA attorney Gillibrandt
                                             Chuck Schum
Anthony T. Pierce, Esq, Akin Gump - Garvey Attorney

Martin Luther King III      NYC Council Crystal
                                        Hudson
Shawn Crowley, Esq
  Plaintiff's Attorney        NYC Cultural Affairs Sec
                              Laurie Cumbo
                              Thomas Moverman, Esq - Lipsig
                                                      Law

48

\* The eleventh reason to dismiss is double jeopardy. Plaintiff had the previous opportunity and trial against Trump where she could and should have litigated her defamation & assault & battery (rape) claims

I have not forgotten about establishing the Dr Martin Luther King, Jr. Museum & Dr Martin Luther King, Jr. International Civil Rights & Social Justice Action Academy at Chester Crozier Hospital's Administration Building, formerly the Crozer Theological Seminary where Dr King received his divinity degree, nor have I mentioned the Dr Martin Luther King, Jr International Civil Rights Heroes Statues in the Pennell Street Children's Garden, nor the Beau Biden Synagogue, nor the President Joseph R Biden & Dr Jill Biden— Emmett Till— Anne Frank Memorial Library, nor the Beau Biden Memorial Cemetery, nor the Dr Martin Luther King, Jr National Civil Rights Cemetery, nor the St Marcus M Garvey International Revolutionary War Cemetery (f/k/a St Michael's Cemetery) all in Chester, PA, nor the Jahaad Atkinson— Ahgir Womack Children's Art Museum & Sports Playground at Deshong Park.
I have not forgotten the Walter Whitman— James Baldwin Poets Park & Crispus Attucks Revolutionary War Cemetery in Ft Greene, Brooklyn, NY, nor Dasani Coates—Moshe Dayan— Neil de Grasse Tyson

(49)

(VP Kamala Harris MOMs) International
STEM Yeshiva High School of Technology,
or the Black Star Line Shipbuilding
Co, Inc of Brooklyn (formerly known as
the Brooklyn Navy Yard), nor the
Williamsburg Childrens Playground at
what is now a nature walk, nor
covering over with parks the Brooklyn-
Queens Expressway in Brooklyn Heights,
and all the way out of New York City
to Long Island and all the way out
to the end of Brooklyn- Bay Ridge-
Coney Island, nor Queen Esther's
Museum in Ft Greene on Myrtle Avenue
operated and managed by Deborah
Halberstam, whose son was murdered on
a school bus on the Brooklyn Bridge
by a Palestinian fanatic, nor have I
forgotten that one of the bravest women-
an Orthodox Jewish mother who now
presides in the NYC Civil Court and is an
Acting Supreme - because she is - will
be nominated and placed on the US
Supreme Court- Rachel (Ruchie) Freier,
replacing Justice Brett Kavanaugh, effective
immediately, because Justice Kavanaugh
resigned to become President of Kavanaugh's
Finest Irish Cream Liquor Co.
    Nor have I forgotten the United Nations
is moving its headquarters to Kinshasa, Republic
of Congo, with NYC UN buildings & grounds
to be developed by Larry Silverstein, who
rebuilt the World Trade Center.

5/1/23



~~Better Letter~~ | Footnotes |

1. Ronald Lauder, President of the World Jewish Congress, appointed ~~Serv~~ US Secretary of the Department of Jewish-American Affairs by Pres Biden, will act on behalf of Israel P.M. Benjamin Netanyahu, Netanyahu is also a Biden Cabinet Member as US Secretary of Israel Affairs, and ~~appears frequently~~ participates in all cabinet meetings by Zoom, other secure communications, and in person

2. The Trump Family Organization has volunteered to fund to convert the Manhattan House of Detention, NYC the Brooklyn House of Detention, Brooklyn NY, Rikers Island Prison, Queens, NY and the George W Hill Correctional Facility, Cheyney, PA to Marcus M Garvey Merchant Marine Academies (MMG-MMA) Their names will be added to MMG-MMA to ~~sell~~ the ones ~~the~~ ones so built or converted to

     MMG-MMA-Trump
           - King Trump City

     MMG-MMA — KTC