# TRANSCRIPTS  Transcript Providers

*[Handwritten note: Google: "E. Jean Carroll CNN Interview Anderson Cooper" or Google: "Interview with columnist E. Jean Carroll who accuses ... CNN"]*

*[Handwritten note: Some pages not printed.]*

Shows By Category:

Return to Transcripts main page

## ANDERSON COOPER 360 DEGREES

President Trump On His Most Recent Accuser: "It Never Happened, She's Not My Type"; Interview With Columnist E. Jean Carroll Who Accuses President Trump of Sexual Assault; In Latest Interview, President Trump Assails Joe Biden, Saying Biden's "Embarrassed" Obama Isn't Endorsing Him; President Trump, Pence Place Dems For Filthy Conditions Where U.S. Keeps Migrant Kids. Aired 8-9p ET

Aired June 24, 2019 - 20:00   ET

THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.

[20:00:13] ANDERSON COOPER, CNN HOST: Good evening.

She's not my type. That is what the president of the United States has just said about the woman who says he sexually assaulted her. She's not my type.

Which is what one says when a friend tries to fix you up, not my type. It's not what anyone really says when accused of what amounts to rape. Not my type.

That is precisely what President Trump just said and not for the first time either. She's not my type. He just said this about his 15th and latest accuser.

And we begin tonight with her account of the alleged sexual assault that she says she endured at his hands. And that alone should be compelling enough at any other time it would be.

Today, it's also part of a larger and more troubling story of collective indifference. Somehow, and we'll explore

the reasons why, the fact that the president has been accused 14 other times of unwanted sexual advances or outright sexual assault, has numbed people to just how abnormal this is -- these kind of accusations.

When Bill Clinton was accused two decades ago, it shook the country. Well, now the country shrugs as if one allegation is an outrage but 15 are a statistic. Even though he's on tape boasting about being able to get away with such assaults because he's a celebrity, even when as in this case the alleged assault is corroborated by two other people that she told at the time, back in the mid '90s.

That's when writer and "Elle Magazine" advice columnist E. Jean Carroll says this happened at a dressing room at New York clothing store Bergdorf Goodman, just steps away from Trump Tower. She writes about it and other painful encounters in her book "What Do We need Men For?: A Modest Proposal."

We spoke just a short time ago.

(BEGIN VIDEOTAPE) COOPER: I want to begin just by asking you about the latest thing that the president has said just moments -- a short time ago, he gave an interview to "The Hill". He said: I'll say it with great respect. Number one, she's not my type. Number two, it never happened. It never happened. OK?

E. JEAN CARROLL, AUTHOR, "WHAT DO WE NEED MEN FOR?: A MODEST PROPOSAL": I love that. I am so glad I'm not his type. I'm so glad.

This is -- this was 20 years ago. And I probably was at that moment, in that five minutes, the most attractive woman in Bergdorf's, in that one bit of time.

COOPER: And you think that's what it was about for him?

CARROLL: I don't know what it was about. Anderson, we were having a high old time. You remember Donald Trump. Hail-fellow-well-met, walking up and down the streets of New York, greeting everybody. Everybody liked him.

COOPER: You're talking about in 1995, '96.

CARROLL: '95, '96, he was Shakespearean. He was great. You'd love to see him on the street.

So when we met in Bergdorf's and he said, help me, advise me to find a present, I was -- I was thrilled. I

thought this is hilarious.

COOPER: I'm wondering, the statement he said, which you just made, which is "she's not my type", number -- that's the number one thing.

CARROLL: I love that I'm not his type.

COOPER: He has said that previously. There was a woman Jessica Leeds who --

CARROLL: Oh, I know.

COOPER: -- came forward. And he said, I think we actually have the tape of what he said, and it echoes some of the language. Let's just play what he said about Jessica Leeds in front of a crowd.

(BEGIN VIDEO CLIP)

TRUMP: When you looked at that horrible woman last night, you said, I don't think so. I don't think.

She would not be my first choice, that I can tell you. Man! You don't know. That would not be my first choice.

(END VIDEO CLIP)

CARROLL: He also called Miss Universe fat. Miss Piggy I think he called her. Miss Universe, one of the most beautiful women in the solar system, and he called her fat. COOPER: The other thing that he said is that you're totally lying.

He said again in this interview, new interview, he said: Totally lying. I don't know anything about her. I know nothing about this woman. I know nothing about her. She is -- it is just a terrible thing that people can make statements like that.

CARROLL: He's denied all 15 women who've come forward. He denies. He turns it around. He threatens any attacks.

COOPER: Let's talk about what you say happened because obviously the details of it all matter and this is -- I should point out -- just part of -- this is one person you talk about in your book. This is not a book about

Donald Trump.

CARROLL: No.

COOPER: This is not -- there's not Donald Trump on the cover.

CARROLL: No.

COOPER: This is about your life and --

CARROLL: Don't even mention his name. I mentioned his name once in the book. Once.

COOPER: So you were -- you say you were in Bergdorf Goodman.

CARROLL: I was coming out of Bergdorf's --

COOPER: Which is a store I heard you liked a lot.

CARROLL: It's a posh and cozy --

COOPER: Your face lights up when you talk about Bergdorf Goodman's.

CARROLL: I was just there.

COOPER: OK.

CARROLL: I just love it.

So, I was coming out. And he was coming in -- he was standing out -- he put his hand like this, so I did not go through the revolving door. He came in, he said, hey, you're that advice lady. And I said, hey, you're that real estate tycoon.

He said, come advise me, I want to buy a present. I said, oh, for who? He said for a girl.

So, I was enchanted. It was such a great moment.

[20:05:01] So, how about the handbags? Oh, no. He doesn't want a handbag. Well, how about a hat? So, he strolls (ph) --

COOPER: And you hadn't -- had you met him prior to that?

CARROLL: Just once, briefly. There's a picture --

COOPER: That's the photo of, with --

CARROLL: With my ex-husband and he with his ex-wife, a very -- a very nice --

COOPER: Which, by the way, he had said he'd never even met you previously. Obviously, the picture which we have tells a different story.

CARROLL: So we went to the hats and he immediately put a -- grabbed a fur hat, of course. I said oh, you can't put a dead animal on your head. And then I found out later of course, all of his women wear those fur hats. Ivana, Ivanka. You've seen pictures. They all -- OK.

Yes, I said, how old is the young lady? And he said how old are you? And I said 52. And he said you're so old.

COOPER: He said that?

CARROLL: Of course. He said, you're so old. And shortly after that he said, I know, lingerie. Or he could have said underwear.

And so we went up the escalator. He we went to the lingerie department. It was empty. There was nobody there. There was nobody on the whole floor, frankly.

I think he goes through bathing suits and -- the store was not popular at the time. Nobody was there. On the counter --

COOPER: That's going to sound strange to people, that nobody was in the --

CARROLL: Because Bergdorf's is the greatest store on the earth. They take care of whatever you want there. If

you're thirsty they'll bring you water. They'll comb all over the country to get you what you want.

It was a moment in time, nobody was there. Plus, a dressing room door was open, which is very unusual because usually they're locked and the attendant comes and locks it, escorts you in. OK. So on the --

COOPER: He said lingerie because he said he wanted you to help pick out some lingerie.

CARROLL: He was not having it with the hats. The hats were -- OK. So then we went out. He was trying get some lingerie. And I am just like oh -- I can die now forever on this store. We're going to go get lingerie.

COOPER: You go -- you say you go up to the lingerie department and no one is around.

CARROLL: And there are two or three boxes on the counter. The fancy -- remember the old-fashioned lingerie boxes. And a filmy see-through body suit in lilac gray. And he snatches it up and he says go try this on.

I said you try it on. He said no, it looks like it fits you. I said it goes with your eyes. He said no, go put this on. And Anderson --

COOPER: So at this point you're saying it's a friendly --

CARROLL: I was joshing.

COOPER: Joshing.

CARROLL: I used to be a writer at "Saturday Night Live." I see an entire sketch of making Donald Trump put this filmy thing over his pants. That is what I'm thinking.

I'm not thinking I think it's -- I was laughing as I said it. He said, well -- he went like this. And I walked in stupidly --

COOPER: So, for you, this was kind of a New York moment.

CARROLL: Oh, the best -- just like the best New York -- Donald Trump is going to put on a filmy body suit? It's like oh, I couldn't -- so he -- let's go in the dressing room. I thought I'm going to make him put the pants on. Walked in.

And the minute I was in there he shut the door and pushed me up against the wall and bang -- banged my head on the wall and kissed me. It was so shocking. I couldn't -- of course, I started laughing again. Because --

COOPER: You started laughing.

CARROLL: Of course.

COOPER: Why? Why of course?

CARROLL: Because it was a way of -- if it was at all erotic, if a man is laughed at it usually will make him -- and he put his shoulder against me to hold me against the wall. And at that point I realized that I was in a very difficult situation.

COOPER: Did he say anything?

CARROLL: No. No. It was just like we're going to do this thing, we're just so hot for each other. Why would I even try to think what he was thinking?

Anyway, so, he pushed -- you know -- he pushed me -- held me with his shoulder and I was wearing a coat dress and tights. And he pulled down the tights. And so, that's --

COOPER: He pulled them with both hands?

CARROLL: One. And that was when it turned serious. I realized that this was -- this was -- this was a fight.

And even though I can talk about it now and put words to it, at the time, the adrenaline is pouring through me and all I want to do is --

COOPER: How would you describe -- were you -- you said you were surprised --

CARROLL: Fighting.

[20:10:00] COOPER: Fighting. Were you scared? Were you angry?

CARROLL: No. I was too panicked to be scared.

COOPER: Too panicked to be scared. OK.

CARROLL: You know?

COOPER: You said adrenaline was pumping.

CARROLL: I assume it was. Because I got stronger -- he's 6'3". I looked it up. I was about 6'1" in the massive heels I was wearing. And so, we were even -- almost even in height. And down go the tights.

And it was against my will. And it hurt. And it was a fight.

COOPER: And this is not a question I would normally ask. And if you don't want to answer I totally understand. But given the prior accusations, which have all been of forms of assault or harassment, you're saying there was actual penetration.

CARROLL: Yes.

COOPER: Did you -- which is -- puts it into a different category of any of these other -- any of the other women who have come forward. I mean, that is -- that is the definition of rape. One definition.

CARROLL: That's the definition. Yes.

COOPER: How long --

CARROLL: Brief. Brief. Because when a woman is stamping her feet --

COOPER: And that's what you were doing? You started stamping your feet?

CARROLL: I always think back and think that was the stupidest thing I've ever done. I should never have done it. And then I didn't behave --

COOPER: When you say I should have never done, it you mean --

CARROLL: That was just a dumb thing to go into a dressing room with a man that I hardly know. And have him shut the door. And then be unable to stop him.

And I was a competitive athlete. So I wasn't like a -- I didn't freeze. I rose to the occasion. And it did not last long.

And that's why I don't use the word you just used. I use the word fight.

COOPER: You don't use the word rape.

CARROLL: Sexual violence is in every country in every strata of society, and I just feel that so many women are undergoing sexual violence. Mine was short. I got out. I'm happy now. I'm moving on.

And I think of all the women who are enduring constant sexual violence. So, this one incident, this one, what, three minutes in this little dressing room, I just say it's a fight. That way I'm not the victim, right? I'm not the victim.

COOPER: You don't feel like a victim.

CARROLL: I was not thrown on the ground and ravished. Which the word "rape" carries so many sexual connotations. This was not -- this was not sexual. It just hurt. It just --

COOPER: I think most people think of rape as a -- it is a violent assault. It is not --

CARROLL: I think most people think of rape as being sexy.

COOPER: Let's take a short break --

CARROLL: They think of the fantasies.

COOPER: We're going to take a quick break. If you can stick around we'll talk more on the other side.

CARROLL: You're fascinating to talk to.

(END VIDEOTAPE)

(COMMERCIAL BREAK)

[20:17:22] COOPER: More on my conversation with E. Jean Carroll and the president's latest denial of her sexual violence allegations against him.

He said, quote, "She's not my type." He's also said previously he did not know her, had never met her, even though they had in fact met. She's the woman on the left along with her husband a local news anchor at the time and the president's wife at the time, Ivana. The president has also said flat out that she is lying.

We were talking in the last segment about what she says happened in that department store dressing room and more specifically the word she does not use to describe it.

(BEGIN VIDEOTAPE)

COOPER: Before the break, you said you don't use the word "rape." A lot of women hearing this, I mean, a lot of people hearing this who believe you would say that this is rape. CARROLL: You know, I just have trouble with the word. I just have

trouble. I write an advice column for 25 years and women write to me with these devastating stories and they have been violently, you know, disposed of by men. And I just -- I feel too much respect for their suffering.

I didn't suffer, Anderson. I did not suffer. I didn't lose my job. I wasn't beaten. You know, I just don't use the --

COOPER: So you say you stomped your foot. And then --

CARROLL: And I had my purse in this hand. The only reason I know I had my purse in this hand is because by the time I got out to Fifth Avenue, I reached in to get my phone. So apparently I was holding my purse the whole time.

COOPER: Do you remember leaving the store?

CARROLL: I remember being out on Fifth Avenue. I remember going through the first floor out the door. I don't remember which door but I ended up on Fifth Avenue.

COOPER: What is going through your mind in that moment? You've gotten out. But what --

CARROLL: Flight. I felt relief to get the heck out.

COOPER: Because I don't think any guy can understand unless they've been sexually assaulted what a woman goes through -- I mean, if what you're saying is you're attacked in this place you'd never expect -- you that enjoy being in, you just -- did you think about police? Did you think about talking to friends? What was going through your mind?

CARROLL: I called my friend right away. And one of the first things she said to me is: E. Jean, stop laughing, this is not funny.

COOPER: You were laughing when you described it to her?

CARROLL: I was laughing as soon as she got on the phone apparently. I don't remember it.

COOPER: CNN has talked to both friends who say you that spoke to them around that time.

[20:20:03] And one of them says that yes, that you were laughing.

CARROLL: Yes, doesn't that sound totally insane? I guess -- well, that's how I deal with things in life. You know, to me life is a marriage of comedy and tragedy, right?

And if you don't laugh at things, you're going to have a hard time moving forward, as you know. You know, the way is to smile, get past it, and move on. And that -- you know, that is a great way to handle it.

COOPER: You're a writer, though. I mean, at the time, did you think about writing this? Did you -- I mean, did you think about --

CARROLL: I wanted to forget it.

COOPER: Really?

CARROLL: Oh, I didn't -- because I thought, A, my fault. B, I was stupid. C, I didn't think of it as the word you're using. I didn't think of it as rape.

I thought of it as a violent incident. I thought of it as a fight. And I'll tell you how stupid -- I thought I won because I got out.

COOPER: The person you talked to on the into, did they tell you -- they said that -- they told us that they recommended you go to the police and they offered to go with you.

CARROLL: To go -- E. Jean, I'll go with you. You have to go to the police. You should report this to the police.

It was so far beyond me to go anyplace, to do anything except just go home and take a shower and get clean and get in my bed.

COOPER: Was there a thought you should go to the police for you?

CARROLL: No. I just didn't want the rigmarole. I just didn't want to do it.

And like many, many, many other women, a lot of women, it's a personal choice. Do you want to go to the police? Every woman has to decide for herself.

COOPER: Did you worry -- obviously you're a public person in New York, very well-known writer. You're on television shows.

Did you worry it would define you in some sort of way?

CARROLL: I hadn't thought of that, but I think you're right. I think you're right. And that is part of the -- that's interesting. I hadn't thought of that.

COOPER: Why then right about it now? Why come forward --

CARROLL: Because I was ready. It's my time. Everybody -- well, here's what happened. Two years ago, Megan Twohey and Jodi Kantor astounded the world with their bombshell about Weinstein, right?

COOPER: Harvey Weinstein.

CARROLL: And that started the surge of "me too." And what happened is the women who were writing to my

advice column they wanted to stand up too and they wanted -- should they go to the police? Should they turn in their husbands? How about their stepson?

And I thought oh, my -- so two years of this and I thought I am just such a -- what am I doing? These are the -- my correspondence. I love them. COOPER: You felt --

CARROLL: Yes.

COOPER: -- being fraudulent.

CARROLL: That's the word.

COOPER: You're giving them advice and you yourself --

CARROLL: I'm telling them exactly what to do.

COOPER: You're saying come forward.

CARROLL: Or not. You can't -- not every woman should come forward.

COOPER: Every situation is different.

CARROLL: Every situation -- so right.

COOPER: So, look, you decide to write about it. Again, it's just part of a larger book that this is not the subject of the entire book. It's made headlines.

CARROLL: No, it's just a sliver. It's a sliver --

COOPER: But you knew -- you saw -- when Jessica Leeds came forward, when other women came forward during the campaign, did you ever think oh, this is the time I should add my voice to it?

CARROLL: No, they're doing it. Anderson, they were doing it. And I watched from the sidelines.

You know, it occurred to me just two days -- when Bill Clinton was running for president and there was what

they called the bimbo explosion. I had lunch with McGovern and I said, what do you think about all these women complaining about Bill Clinton? And McGovern said it's helping him. I said, what? He said watch. It's helping him.

COOPER: And you believe all those women coming forward helped Trump?

CARROLL: Yes.

COOPER: In what way?

CARROLL: It showed him very manly, he takes what he wants, he's rich enough to have any woman, play -- you know, beautiful Playboy playmates, porn stars, and he's so rich he can pay them off. He can have any woman he wants. I think it plays well.

COOPER: E. Jean Carroll, thank you very much.

CARROLL: Anderson Cooper, you're welcome.

(END VIDEOTAPE) COOPER: Coming up next, reaction to what you just heard and what the president has just said about E. Jean Carroll from Maggie Haberman from "The Times," Amanda Carpenter, Laura Coates. That's just ahead. *This is the end of Carroll's interview. What follows is an interview with others.*

(COMMERCIAL BREAK)

[20:28:35] COOPER: We're talking tonight about the president's latest defense in the face of the latest sexual misconduct allegation against him. He just told "The Hill" that accuser number 15, E. Jean Carroll, whose allegations amount to rape, was, quote, not my type, and that she's lying.

Here's how she reacted.

(BEGIN VIDEO CLIP)

COOPER: I'm wondering, the statement that he said which he's just made which is she's not my type, that was the number one thing --