UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALD J. TRUMP, ) <br> ) <br> Defendant. ) | This Petition applies <br> to both of the below Case Numbers: <br><br> Civil Action No.: 1:20-cv-7311 (LAK) <br> Civil Action No.: 1:22-cv-10016 (LAK) <br><br> **CERTIFICATE OF** <br> **SERVICE BY MAIL** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF NORTH DAKOTA)
                                            ) SS
COUNTY OF BURLEIGH    )

I, Darlene Schaper, being over the age of 18, under penalty of perjury, depose and state: that on May 5, 2023, I served the two parties to this case, and also the Judge and the Clerk of Court, the following: PETITION TO ADDRESS AND REMONSTRANCE THIS COURT, and a copy of this Certificate of Service by Mail, by mailing each party one copy of the Petition To Address and Remonstrance this Court, but two copies to the Judge, and a copy of this Certificate of Service by Mail by placing them in an envelope, first class postage prepaid, and placing in the U.S mail, addressed to each of the persons and addressed as listed below:

Roberta A. Kaplan, Atty.
Counsel for Plaintiff
Kaplan, Hecker, & Fink, LLP
350 FIFTH AVENUE, 63rd FLOOR
NEW YORK, NEW YORK 10118

Alina Habba, Atty.
Counsel for Defendant
HABBA MADAIO & ASSOCIATES LLP
1430 US Highway 206, Suite 240
Bedminster, New Jersey 07921

Joseph Tacopina, Atty.
Counsel for Defendant
TACOPINA SEIGEL & DEOREO
275 Madison Avenue, 35th Floor
New York, New York 10016

Lewis A. Kaplan, Sr. U.S.Dist. Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., #1940
New York, NY 10007-1312

Ruby J. Krajick, Clerk of U.S. District Court, S.D. New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, N.Y. 10007

1

I declare under penalty of perjury that the foregoing is true and correct.
28 U.S.C. 1746.

Executed on May 5, 2023.

_[signature]_