UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
E. JEAN CARROLL,

                Plaintiff,

-against-                            22-cv-10016 (LAK)
                                                 20-cv-7311 (LAK)

DONALD J. TRUMP,

                Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Reuben Larson, appearing *pro se*, has petitioned to "address" and "remonstrance" this Court in relation to the above-captioned matter. Applying a liberal interpretation of his *pro se* filing, the Court construes his petition as a motion to intervene. That motion is denied both as a matter of law and in the Court's discretion.

        SO ORDERED.

Dated:     May 11, 2023

                                                      Lewis A. Kaplan
                                             United States District Judge