UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E. JEAN CARROLL,

        *Plaintiff*,

v.

DONALD J. TRUMP, in his personal capacity

        *Defendant*.

No. 20 Civ. 7311 (LAK)

---

**NOTICE OF PLAINTIFF E. JEAN CARROLL'S MOTION TO AMEND**

PLEASE TAKE NOTICE that Plaintiff E. Jean Carroll hereby moves this Court, before the Honorable Lewis A. Kaplan, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, on a date to be set by the Court, for an order granting Carroll's motion to amend her complaint under Federal Rule of Civil Procedure 15(a).

This motion is supported by the annexed memorandum of law and the declaration of Roberta A. Kaplan and accompanying exhibits.

<table>
<tr><td>Dated: New York, New York<br>May 22, 2023</td><td>Respectfully submitted,<br><br>_____<br>Roberta A. Kaplan<br>Michael Ferrara<br>Shawn G. Crowley<br>Trevor W. Morrison (admitted *pro hac vice*)<br>Matthew J. Craig<br>Kaplan Hecker & Fink LLP<br>350 Fifth Avenue, 63rd Floor<br>New York, New York 10118<br>Telephone: (212) 763-0883<br>Fax: (212) 564-0883<br>rkaplan@kaplanhecker.com<br>mferrara@kaplanhecker.com<br>scrowley@kaplanhecker.com<br>tmorrison@kaplanhecker.com<br>mcraig@kaplanhecker.com<br><br>Joshua Matz<br>Kaplan Hecker & Fink LLP<br>1050 K Street NW, Suite 1040<br>Washington, DC 20001<br>Telephone: (212) 763-0883<br>Fax: (212) 564-0883<br>jmatz@kaplanhecker.com<br><br>*Counsel for Plaintiff E. Jean Carroll*</td></tr>
</table>