UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
E. JEAN CARROLL,

                              Plaintiff,

        -against-                                      20-cv-7311 (LAK)

DONALD J. TRUMP, in his personal capacity,

                              Defendant.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        1.        Any response to plaintiff's letter of May 22, 2023 shall be filed on or before May 26, 2023.

        2.        Unless otherwise ordered, any opposition to plaintiff's motion to amend, and any reply in support thereof, under the Rules of this Court, is due on or before June 5, 2023 and June 12, 2023, respectively.

        3.        Government counsel promptly should begin their review of deposition and other discovery material and such other material as may be appropriate that the United States has not previously considered and that the parties have suggested may be relevant "to the substitution issue."

        SO ORDERED.

Dated:        May 24, 2023

                                                                     Lewis A. Kaplan
                                                            United States District Judge