UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

<u>Case No: 20-cv-7311</u>  *E. Jean Carroll v. Donald J. Trump*

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2023, I served a copy of James H. Brady's **AFFIDAVIT IN SUPPORT OF MOTION TO INTERVENE,** via U.S. Postal Mail to the following parties:

> Roberta A. Kaplan
> Kaplan Hecker & Fink LLP
> 350 Fifth Avenue
> 63rd Floor
> New York, NY 10118
> rkaplan@kaplanhecker.com
>
> Stephen Terrell
> U.S. Department of Justice
> Civil Division
> Torts Branch, Federal Torts Claims Office
> P.O. Box 888
> Washington, DC 20044
>
> Alina Habba
> Habba Madaio & Associates LLP
> 1430 US Highway 206
> Bedminster, NJ 07921

/s/ JAMES H. BRADY

James H. Brady
2422 Apple Ridge Circle
Manasquan, NJ 08736
(201) 923-5511
bradyny@gmail.com