UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

E. Jean Carroll,

    *Plaintiff,*

-against-

Donald J. Trump,

    *Defendant.*

Case No. 20-cv-7311

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6-1-2023

### AFFIDAVIT IN SUPPORT OF MOTION TO INTERVENE

1. I am making this motion to intervene in the case of *Carroll v. Trump*, 20-cv-7311, because I am unwilling to sit silent and watch another white Christian be treated as poorly and unfairly as I personally have been treated in the New York State and Federal Courts.

2. It is outrageous and clearly there was something very wrong with this Court's May 9, 2023 Jury instructions (Exhibit One) against a Christian that resulted in the Jury finding in Mr. Trump's favor that he did not rape Ms. Carroll and yet at the same exact time finding that Mr. Trump defamed Ms. Carroll and harmed her reputation and owed Ms. Carroll millions of dollars for Mr. Trump claiming that the rape never happened and was a hoax.

1

Memorandum Endorsement                                            Carroll v Trump, 20-cv-7311 (LAK)

There are only two bases on which one may intervene in a civil action. The first is intervention as of right, which is available only to one who "is given an unconditional right to intervene by a federal statute" or "claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless the existing parties adequately represent that interest." Fed. R. Civ. P. 24(a). The second is intervention by permission of the court, which in an appropriate case *may* be granted if the putative intervenor "is given a conditional right to intervene by a federal statute" or "has a claim or defense that shares with the main action a common question of law or fact." Fed. R. Civ. P. 24(b).

Mr. Brady does not satisfy any of these criteria. Accordingly, this motion is denied.

SO ORDERED.

Dated:      June 1, 2023

                                                                          _____
                                                                          Lewis A. Kaplan
                                                                          United States District Judge