# EXHIBIT D

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
E. JEAN CARROLL,

                    Plaintiff,          New York, N.Y.

             v.                         22 Civ.10016 (LAK)

DONALD J. TRUMP,

                    Defendant.
------------------------------x         Jury Trial

                                        April 26, 2023
                                        10:10 a.m.

Before:

                    HON. LEWIS A. KAPLAN,

                                        District Judge
                                              and a Jury


                         APPEARANCES

KAPLAN HECKER & FINK LLP
     Attorneys for Plaintiff
BY:  ROBERTA A. KAPLAN
     MICHAEL J. FERRARA
     SHAWN G. CROWLEY
     MATTHEW J. CRAIG


TACOPINA SEIGEL & DeOREO
     Attorneys for Defendant
BY:  JOSEPH TACOPINA
     CHAD D. SEIGEL
     MATTHEW G. DeOREO


HABBA MADAIO & ASSOCIATES, LLP
     Attorneys for Defendant
BY:  MICHAEL T. MADAIO


W. PERRY BRANDT
     Attorney for Defendant
```

1  Q.  How large a family?

2  A.  Mother, father, four children, and a dog and a cat.

3  Q.  Where do you fall in the children?

4  A.  I am the firstborn.

5  Q.  Are you currently married?

6  A.  No.

7  Q.  Why are you here today?

8  A.  I am here because Donald Trump raped me, and when I wrote

9  about it, he said it didn't happen.  He lied and shattered my

10  reputation, and I am here to try to get my life back.

11  Q.  We are going to talk at length about that in a few minutes,

12  but let's first cover a little bit more of your background.

13  Okay?

14  A.  Um-hmm.

15  Q.  Where did you go to college?

16  A.  Indiana University.

17  Q.  Can you give us a sense of what sorts of activities you

18  were involved in?

19  A.  I was in a sorority and I was a cheerleader.

20  Q.  How about beauty pageants?

21  A.  My sorority would nominate me to be in beauty pageants.

22  Q.  I want to show you what's been marked for identification as

23  Plaintiff Exhibit 13.

24        Do you recognize this?

25  A.  Yes.  That's Ms. America on the right and that's my

N4RMCAR2

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
     E. JEAN CARROLL,
 3
                  Plaintiff,              New York, N.Y.
 4
             v.                           22 Civ.10016 (LAK)
 5
     DONALD J. TRUMP,
 6
                  Defendant.
 7   ------------------------------x      Jury Trial

 8                                        April 27, 2023
                                          10:50 a.m.
 9
     Before:
10
                       HON. LEWIS A. KAPLAN,
11
                                          District Judge
12                                          and a Jury

13
                            APPEARANCES
14
     KAPLAN HECKER & FINK LLP
15        Attorneys for Plaintiff
     BY:  ROBERTA A. KAPLAN
16        MICHAEL J. FERRARA
          SHAWN G. CROWLEY
17        MATTHEW J. CRAIG

18
     TACOPINA SEIGEL & DeOREO
19        Attorneys for Defendant
     BY:  JOSEPH TACOPINA
20        CHAD D. SEIGEL
          MATTHEW G. DeOREO
21

22   HABBA MADAIO & ASSOCIATES, LLP
          Attorneys for Defendant
23   BY:  MICHAEL T. MADAIO

24
     W. PERRY BRANDT
25        Attorney for Defendant
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1    you were still trying to come up with an explanation for your

2    story as why you did not scream.

3    A.  I wasn't coming up with a story.  It's usually -- I would

4    say more than usually under discussion when a woman is raped

5    and she doesn't scream.  It's usually discussed, why didn't she

6    scream.  Why didn't you scream, E. Jean?  Why didn't you

7    scream?  It's what a woman -- you better have a good excuse why

8    you didn't scream.  Because if you didn't scream, you weren't

9    raped.  I'm telling you, he raped me, whether I screamed or

10   not.

11   Q.  You need a minute, Ms. Carroll?

12   A.  No.  You go right on.

13   Q.  Aside from you not being a screamer, another reason you

14   gave for possibly not screaming was because you were wondering

15   if the pressure Donald Trump's shoulder placed against your

16   chest interfered with your ability to scream, correct?

17   A.  It could be.  I don't need an excuse for not screaming.

18   Q.  OK.

19           Despite that, you certainly wish your story included

20   you having screamed?

21   A.  Of course I do.  More people would have believed me if I

22   had screamed.

23   Q.  Aside from not being a screamer, and perhaps his chest was

24   interfering with your ability to scream, along the same lines

25   at some point you prepared a list of questions -- list of