# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
E. JEAN CARROLL,

                Plaintiff,

    -against-                                  22-cv-10016 (LAK)

DONALD J. TRUMP,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## VERDICT FORM

**Battery**

**Did Ms. Carroll prove, by a preponderance of the evidence, that**

1. Mr. Trump raped Ms. Carroll?

       YES \_\_\_\_       NO  ✓

*[If you answered "Yes," skip to Question 4. If you answered "No," continue to Question 2.]*

2. Mr. Trump sexually abused Ms. Carroll?

       YES ✓       NO \_\_\_\_

*[If you answered "Yes," skip to Question 4. If you answered "No," continue to Question 3.]*

3. Mr. Trump forcibly touched Ms. Carroll?

       YES \_\_\_\_       NO \_\_\_\_

*[If you answered "Yes," continue to Question 4. If you answered "No," skip to Question 6.]*

4. Ms. Carroll was injured as a result of Mr. Trump's conduct?

       YES ✓       NO \_\_\_\_

If "Yes," insert a dollar amount that would fairly and adequately compensate her for that injury or those injuries.

$ 2,000,000 — (2 million)

If "No," insert $1.

$ _____

*[Continue to Question 5, whether you answered "Yes" or "No."]*

5. Mr. Trump's conduct was willfully or wantonly negligent, reckless, or done with a conscious disregard of the rights of Ms. Carroll, or was so reckless as to amount to such disregard?

    YES ✓     NO ___

    If "Yes," how much, if any, should Mr. Trump pay to Ms. Carroll in punitive damages?

    $ 20,000 — (twenty thousand)

*[Continue to Question 6, whether you answered "Yes" or "No."]*

**Defamation**

**Did Ms. Carroll prove, by a preponderance of the evidence, that**

6. Mr. Trump's statement was defamatory?

    YES ✓     NO ___

    *[If you answered "Yes," continue to Question 7. If you answered "No," stop here and return your verdict.]*

**Did Ms. Carroll prove, by clear and convincing evidence, that**

7. Mr. Trump's statement was false?

    YES ✓     NO ___

    *[If you answered "Yes," continue to Question 8. If you answered "No," stop here and return your verdict.]*

8. Mr. Trump made the statement with actual malice?

    YES ✓     NO ___

    *[If you answered "Yes," continue to Question 9. If you answered "No," stop here and return your verdict.]*

**Did Ms. Carroll prove, by a preponderance of the evidence, that**

9. Ms. Carroll was injured as a result of Mr. Trump's publication of the October 12, 2022 statement?

    YES ✓    NO ____

    If "Yes," insert a dollar amount for any damages other than the reputation repair program.

    $ 1,000,000. — (1 million)

    If "Yes," insert a dollar amount for any damages for the reputation repair program only.

    $ 1,700,000. — (1.7 million)

    If "No," insert $1.

    $ _____

    *[Continue to Question 10, whether you answered "Yes" or "No."]*

10. In making the statement, Mr. Trump acted maliciously, out of hatred, ill will, spite or wanton, reckless, or willful disregard of the rights of another?

    YES ✓    NO ____

    If "Yes," how much, if any, should Mr. Trump pay to Ms. Carroll in punitive damages?

    $ 280,000. — (two hundred eighty thousand)

    *[Please write your juror number (not you seat number or name) in the space provided below, fill in the date, and inform the officer that you have reached a verdict.]*

Dated:    5/9    , 2023

Juror numbers:

| | |
|---|---|
| 10 | 58 |
| 37 | 77 |
| 39 | 80 |
| 44 | 81 |
| 48 | |