# Exhibit H

Page 1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E. JEAN CARROLL,            )
              Plaintiff,    )
                            )
        -against-           )20-cv-7311(LAK)
                            )
DONALD J. TRUMP, in his     )
personal capacity,          )
              Defendant.    )
_____    )


           ***CONFIDENTIAL***
        VIDEOTAPED DEPOSITION OF
             E. JEAN CARROLL
            New York, New York
         Friday, October 14, 2022



Reported By:
CATHI IRISH, RPR, CRR, CLVS
```

1
2
3
4
5
6
7
8            October 14, 2022
9             10:15 a.m.
10
11      Confidential videotaped
12   deposition of E. JEAN CARROLL, before
13   Cathi Irish, a Registered Professional
14   Reporter, Certified Realtime Reporter,
15   and Notary Public of the State of
16   New York.
17
18
19
20
21
22
23
24
25

1
2   A P P E A R A N C E S:
3
4      KAPLAN HECKER & FINK LLP
5      Attorneys for Plaintiff
6           350 Fifth Avenue
7           63rd Floor
8           New York, New York 10018
9      BY:  ROBERTA A. KAPLAN, ESQ.
10          SHAWN CROWLEY, ESQ.
11          MATTHEW CRAIG, ESQ.
12          RACHEL TUCHMAN, ESQ.
13
14     HABBA MADAIO & ASSOCIATES LLP
15     Attorneys for Defendant
16          1430 US Highway 206
17          Suite 240
18          Bedminster, New Jersey 07921
19     BY:  ALINA HABBA, ESQ.
20          MICHAEL MADAIO, ESQ.
21
22   ALSO PRESENT:
23      JON DIFILIPPO, videographer
24      PETER GABRA
25

```
1              CARROLL - CONFIDENTIAL
2    more pounds.  And that was one of the
3    things that went through my mind was how
4    big and heavy he was because his whole
5    weight came, his shoulder came into me and
6    so at this point I realized it was
7    serious.  I was shocked before because he
8    put me against the wall but now I
9    understood that this is -- this is a
10   battle, and he pulled down my tights.
11       Q.   Did you feel like he was trying
12   to hurt your head when he --
13       A.   No, no.  No.  He was not trying
14   to hurt me.  He was trying to rape me and
15   it was -- it was a situation which I never
16   would have -- when it went from good humor
17   joshing into being up against the wall and
18   then having that heavy weight against me.
19       Q.   What did he do after that?
20       A.   He pulled down my tights.
21       Q.   Had you said anything at this
22   point?
23       A.   I cannot believe that I didn't
24   say anything but I don't remember that I
25   said anything.  That doesn't mean I didn't
```

Page 122

1         CARROLL - CONFIDENTIAL
2   say anything but I -- I can't imagine
3   being quiet.  I can't imagine not saying
4   anything but I can't remember saying
5   anything.
6        Q.   Did you scream?
7        A.   No.
8        Q.   Did you push him?
9        A.   Yes.
10       Q.   Where?
11       A.   I had my purse in this hand.
12       Q.   In your right hand?
13       A.   Right hand.  And I tried to get
14  my arms up to push him back, to push him
15  back.  The problem was I couldn't get my
16  knee up because the pantyhose had been
17  taken down.
18       Q.   So he had hit your head twice
19  prior to taking your pantyhose off
20  according to you; right?
21       A.   He didn't take the pantyhose off.
22       Q.   He did not?
23            MS. KAPLAN:  Again --
24            THE WITNESS:  No, he did not take
25       the pantyhose off.

1          CARROLL - CONFIDENTIAL
2     BY MS. HABBA:
3         Q.    Okay.  So what happened?
4         A.    Pulled them down.
5         Q.    And then what happened?
6         A.    And then I felt his fingers
7     rummaging around my vagina and this huge
8     weight against me.  My head hurt, this
9     huge weight, I'm in a situation where I
10    can't -- I can't -- at one point I
11    remember saying this is Donald Trump, what
12    the heck is going on?  And then I felt his
13    penis inside of me.
14        Q.    So sorry to get into details
15    but --
16        A.    No, I understand.
17        Q.    If you're against the wall, it
18    was his right shoulder that you are
19    describing was pushing into you?
20        A.    Left, I think.
21        Q.    His left shoulder, sorry, because
22    you did touch your left side so I assumed
23    it was the right.  So it was his left
24    shoulder and he used his right hand?
25        A.    I don't know.  I couldn't see his

1          CARROLL - CONFIDENTIAL
2     Q.   Have you ever questioned if what
3   happened in that dressing room was rape?
4          MS. KAPLAN:  Objection to form.
5       You can answer.
6          THE WITNESS:  I question whether
7       he thought it was rape.  I never
8       questioned what I thought.
9   BY MS. HABBA:
10    Q.   During the two decades that
11  followed, how would you say the alleged
12  attack impacted your life?
13    A.   Well, four or five years ago I
14  would have told you it had no effect.  I'm
15  as good as new.  This is great.  I'm fine.
16  I rarely think of it but I've come to
17  understand that that rape changed my life
18  which is shocking for me to now
19  understand.
20    Q.   When you say four or five years
21  ago, do you mean when you started this
22  lawsuit?
23    A.   No, before that, before that.
24  I'm talking about the time before this.
25    Q.   Before the lawsuit.