USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
E. JEAN CARROLL,

                Plaintiff,

    -against-                                      20-cv-7311 (LAK)

DONALD J. TRUMP, in his personal capacity,

                Defendant.
------------------------------------------x

## SCHEDULING ORDER

LEWIS A. KAPLAN, *District Judge.*

        Unless this case previously has been entirely disposed of, trial of this action shall commence on January 15, 2024 absent contrary order of the Court.

        SO ORDERED.

Dated:      June 15, 2023

                                                        _____
                                                           Lewis A. Kaplan
                                                      United States District Judge