# EXHIBIT B

Video of May 10, 2023 CNN Interview of E. Jean Carroll
*Provided to the Court via DVD*