

U.S. Department of Justice

Civil Division

*Torts Branch, Federal Tort Claims Office*  *Telephone (202) 616-4400*
*P.O. Box 888*  *Facsimile (202) 616-5200*
*Washington, DC 20044*
JGT:JGTouhey/DJ# 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

July 11, 2023

**By ECF**

Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    RE:  *Carroll v. Trump*, No. 1:20-cv-7311-LAK

Dear Judge Kaplan:

    Attached please find a letter to the parties conveying the Department of Justice's determination not to certify under the Westfall Act.

                    Sincerely,

                    BRIAN M. BOYNTON
                    Principal Deputy Assistant Attorney General

            By:

                    JAMES G. TOUHEY, JR.
                    Director, Torts Branch

cc: Counsel of Record (by ECF)

Attachment