UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
E. JEAN CARROLL,

                Plaintiff,

       -against-                                      20-cv-7311 (LAK)

DONALD J. TRUMP,

                Defendant.
------------------------------------------x

## ORDER RE ISSUE PRECLUSION CLAIMS

LEWIS A. KAPLAN, *District Judge.*

        Recent submissions by the parties suggest that each may contend that *Carroll II* has an issue preclusive effect in this action. In order to identify and resolve any such claims, the Court hereby establishes the following procedure.

        1.    On or before **August 2, 2023**, each party shall file a motion setting forth precisely each fact or proposition of law, if any, as to which the moving party claims *Carroll II* has preclusive effect in this action. The motion shall be supported by a memorandum of law setting forth the bases for the moving party's claim. No fact or proposition of law not identified in such a motion shall be regarded as having been established by *Carroll II.*

        2.    Answering and reply papers with respect to any such motion shall be filed on or before **August 16, 2023** and **August 23, 2023**, respectively.

        SO ORDERED.

Dated:      July 19, 2023

                                                  /s/ Lewis A. Kaplan

                                                       Lewis A. Kaplan
                                                 United States District Judge