UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| E. JEAN CARROLL, | Civil Action No.: <br> 1:20-cv-7311-LAK-JLC |
| *Plaintiff*, | |
| v. | **NOTICE OF APPEAL** |
| DONALD J. TRUMP, in his personal capacity, | |
| *Defendant*, | |

-------------------------------------------------------------X

Notice is hereby given that the Defendant, Donald J. Trump, appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Opinion (Corrected) of the Hon. Lewis A. Kaplan. U.S.D.J., entered July 5, 2023 (Dkt. 173), attached hereto as Exhibit A, denying Defendant's Motion for Summary Judgment (Dkt. 107).

Dated: New York, New York
      July 19, 2023

HABBA MADAIO & ASSOCIATES LLP

_____
Michael T. Madaio, Esq.
1430 US Highway 206, Suite 240
Bedminster, New Jersey 07921
      -and-
112 West 34th Street, 17th & 18th Floors
New York, New York 10120
mmadaio@habbalaw.com
Telephone: (908) 869-1188
Facsimile: (908) 450-1881

To:   All Counsel of Record (via ECF)