UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br><br>　　　　　*Plaintiff,*<br><br>　v.<br><br>DONALD J. TRUMP, in his personal capacity,<br><br>　　　　　*Defendant.* | Civil Action No.: 1:20-cv-7311-LAK-JLC |

### NOTICE OF APPEARANCE

To the Clerk of court and all parties of record:

　　Please enter my appearance as counsel for defendant Donald J. Trump in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated: July 27, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Michael T. Madaio, Esq.
　　　　　　　　　　　　　　　　　　　　　　　HABBA MADAIO & ASSOCIATES LLP
　　　　　　　　　　　　　　　　　　　　　　　1430 US Highway 206, Suite 240
　　　　　　　　　　　　　　　　　　　　　　　Bedminster, New Jersey 07921
　　　　　　　　　　　　　　　　　　　　　　　　　　-and-
　　　　　　　　　　　　　　　　　　　　　　　112 West 34th Street, 17th & 18th Floors
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10120
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (908) 869-1188
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (908) 450-1881
　　　　　　　　　　　　　　　　　　　　　　　E-mail: mmadaio@habbalaw.com
　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Donald J. Trump*