UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
E. JEAN CARROLL,

                           Plaintiff,

                -against-                                   22-cv-10016 (LAK)
                                                                     20-cv-7311 (LAK)

DONALD J. TRUMP,

                           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Any response to the District Attorney's letter shall be filed on or before August 2, 2023.

        SO ORDERED.

Dated:       July 28, 2023

                                                    /s/ Lewis A. Kaplan
                                                        Lewis A. Kaplan
                                                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-28-2023