**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

E. JEAN CARROLL,

    *Plaintiff*,

  v.

DONALD J. TRUMP, in his personal capacity,

    *Defendant*.

No. 20 Civ. 7311 (LAK)

---

**DECLARATION OF ROBERTA A. KAPLAN IN SUPPORT OF**
**PLAINTIFF E. JEAN CARROLL'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Roberta A. Kaplan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a member of the bar of the State of New York and am admitted to appear before this Court. I am a partner in the law firm Kaplan Hecker & Fink LLP, counsel for Plaintiff E. Jean Carroll in the above-captioned action.

2. I respectfully submit this declaration in support of Carroll's motion for partial summary judgment.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the excerpt from Carroll's book published in *New York Magazine*, which appeared online on June 21, 2019.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the official transcript of Defendant Donald J. Trump's deposition, taken in this action on October 19, 2022.

5. Attached hereto as **Exhibit 3** is a true and correct copy of Defendant's Responses and Objections to Plaintiff's First Set of Requests for Admission, dated July 13, 2022.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of a tweet containing the statement that Trump made about Carroll on June 21, 2019, which was marked as Exhibit 20 during Trump's October 19, 2022 deposition.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of the press transcript containing the statement that Trump made about Carroll on June 22, 2019, which was marked as Exhibit 21 during Trump's October 19, 2022 deposition.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of the June 24, 2019 *Hill* article containing the statement that Trump made about Carroll, which was marked as Exhibit 22 during Trump's October 19, 2022 deposition.

9.      Attached hereto as **Exhibit 7** is a true and correct copy of an excerpt from the official transcript of Carroll's October 14, 2022 deposition.

10.     Attached hereto as **Exhibit 8** is a true and correct copy of a photograph of Trump and Carroll, which was marked as Exhibit 23 during Trump's October 19, 2022 deposition.

11.     Attached hereto as **Exhibit 9** is a true and correct copy of the Expert Report of Professor Ashlee Humphreys, PhD, dated October 14, 2022.

12.     Attached hereto as **Exhibit 10** is a true and correct copy of the October 12, 2022 statement Trump made about Carroll, which was marked as Exhibit 28 during Trump's October 19, 2022 deposition.

13.     Attached hereto as **Exhibit 11** is true and correct copy of excerpts from the official transcript of the trial in *Carroll v. Trump*, No. 22 Civ. 10016 (S.D.N.Y.) ("*Carroll II*").

14.     Attached hereto as **Exhibit 12** is true and correct copy of the jury charge in *Carroll II*, which was marked as Court Exhibit E in that action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:     New York, New York
            August 2, 2023                        _____
                                                  Roberta A. Kaplan