# EXHIBIT 7

Page 1

```
 1
 2         UNITED STATES DISTRICT COURT
 3         SOUTHERN DISTRICT OF NEW YORK
 4
 5  E. JEAN CARROLL,              )
                Plaintiff,        )
 6                                )
           -against-              ) 20-cv-7311(LAK)
 7                                )
    DONALD J. TRUMP, in his       )
 8  personal capacity,            )
                Defendant.        )
 9  _____)
10
11
12              ***CONFIDENTIAL***
13          VIDEOTAPED DEPOSITION OF
14              E. JEAN CARROLL
15            New York, New York
16         Friday, October 14, 2022
17
18
19
20  Reported By:
21  CATHI IRISH, RPR, CRR, CLVS
22
23
24
25
```

Page 49

1              CARROLL - CONFIDENTIAL
2    BY MS. HABBA:
3        Q.   Did you have any conversations
4    with Donald Trump on that date?
5        A.   Yes.
6        Q.   And what was that conversation?
7        A.   I don't recall it.
8        Q.   Do you recall how long you spoke
9    to Donald Trump?
10       A.   Six, five, six minutes.
11       Q.   Were you alone when you spoke to
12   the former president?
13       A.   No.
14       Q.   Who was there?
15       A.   My husband and Ivana Trump.
16       Q.   Did you speak with Ivana?
17       A.   Yes.
18       Q.   How long did you speak to her?
19       A.   It was a group conversation so
20   five or six minutes.
21       Q.   And you have no recollection of
22   the subject matter you discussed?
23       A.   It does not stand out in my mind.
24   I remember -- I remember it was not the
25   usual New York conversation.