# EXHIBIT 11

N582CAR1

```
1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x
     E. JEAN CARROLL,
3
                    Plaintiff,              New York, N.Y.
4
             v.                             22 Civ.10016 (LAK)
5
     DONALD J. TRUMP,
6
                    Defendant.
7    ------------------------------x        Jury Trial

8                                           May 8, 2023
                                            9:10 a.m.
9
     Before:
10
                         HON. LEWIS A. KAPLAN,
11
                                            District Judge
12                                             and a Jury

13
                           APPEARANCES
14
     KAPLAN HECKER & FINK LLP
15        Attorneys for Plaintiff
     BY:  ROBERTA A. KAPLAN
16        MICHAEL J. FERRARA
          SHAWN G. CROWLEY
17        MATTHEW J. CRAIG

18
     TACOPINA SEIGEL & DeOREO
19        Attorneys for Defendant
     BY:  JOSEPH TACOPINA
20        CHAD D. SEIGEL
          MATTHEW G. DeOREO
21

22   HABBA MADAIO & ASSOCIATES, LLP
          Attorneys for Defendant
23   BY:  ALINA HABBA
          MICHAEL T. MADAIO
24

25   W. PERRY BRANDT
          Attorney for Defendant
```

1    referring, of course, to his second wife, Marla Maples.

2            Just to be clear——I think we all know this——this is

3    not a photograph of Marla Maples.  This is a photograph of

4    E. Jean Carroll, her then husband John Johnson, Donald Trump,

5    and Mr. Trump's first wife, Ivana Trump.

6            But Mr. Trump pointed to Ms. Carroll, the woman he

7    supposedly said was not his type, and mistook her for Marla

8    Maples.  Ms. Carroll's hair-do at the type was similar in both

9    cut and color to Ms. Maples.  She was exactly his type.

10            And believe it or not, he repeated it twice.  He only

11    corrected himself when his own lawyer, realizing the problem it

12    created for him in this case, jumped in to tell him that he had

13    gotten it wrong.  Realizing what he had done, Donald Trump then

14    did what he always does.  He made up an excuse for why he made

15    the mistake.  He said that the photograph was blurry.  But

16    that's the photograph, ladies and gentlemen.  It's the same

17    photograph I showed him in that room at Mar-a-Lago, and you

18    know for yourselves that it is not at all blurry.

19            The truth is that E. Jean Carroll, a former

20    cheerleader and Miss Indiana, was exactly Donald Trump's type.

21            What else did you hear from Donald Trump?  You also

22    heard that he did almost the exact same thing he did to

23    Ms. Carroll to other women.  You heard him say it in his own

24    words.

25            (Video played)

1        MS. KAPLAN:  Here is what he said:  "You know, I'm

2   automatically attracted to beautiful women.  I just start

3   kissing them.  It's like a magnet.  Just kiss.  I don't even

4   wait.  And when you're a star, they let you do it.  You can do

5   anything.  Grab them by the pussy.  You can do anything.  Just

6   start kissing them.  Don't even wait.  You can do anything.

7   Grab them by the pussy."

8        What is Donald Trump doing here?  Telling you in his

9   very own words how he treats women.  It's his *modus operandi*,

10  or MO.

11       You heard Jessica Leeds and you heard Natasha Stoynoff

12  tell you how he used this exact same MO or playbook with them.

13  He kissed them without their consent.  He grabbed them.  He

14  didn't wait.

15       Now let's put these two things together.  First we are

16  looking at the photograph -- the photograph that I showed you

17  earlier, Donald Trump confirmed that E. Jean Carroll, who was

18  then in her late forties or early fifties, was exactly his

19  type, the sort of woman he found attractive.

20       Second, on the *Access Hollywood* tape, he told you what

21  he automatically does when he sees women he finds attractive.

22       The evidence in this case establishes overwhelmingly

23  that Trump followed this same playbook when he attacked

24  Ms. Carroll at Bergdorf Goodman.  He pushed her up against the

25  wall and he started kissing her.  He didn't wait.  He grabbed

1    her, using his words, "by the pussy."

2            But Donald Trump went even further than that.

3    Remember how on the *Access Hollywood* tape he said that if

4    you're a star they let you do it, you can do anything?  You

5    just saw that.  What did Donald Trump say about that when I

6    asked him about it at his deposition?  He said that for

7    millions of years unfortunately or fortunately——those are his

8    words——stars like him could get away with sexually assaulting

9    women.

10            Let's listen.

11            (Video played)

12            MS. KAPLAN:  Unfortunately or fortunately?  He

13    actually used the word "fortunately" to describe stars grabbing

14    women?  Let that sink in for a moment.  Who would say

15    "fortunately" to describe the acts of sexual assault?  I know

16    who.  Someone who thinks of themselves as a star, someone who

17    thinks it's a good thing that stars can grab women by the

18    pussy.  That's who Donald Trump is.  That is how he thinks, and

19    that is what he does.  He thinks stars like him can get away

20    with it.  He thinks he can get away with it here.

21            Before I get to the rest of the case, let me say one

22    more thing.  You have heard from many witnesses during this

23    trial.  You have heard from E. Jean Carroll herself; from

24    Ms. Carroll's two friends, Lisa Birnbach and Carol Martin; from

25    two Bergdorf Goodman employees, Cheryl Beall and Bob Salerno;

1   from two other women sexually assaulted by Donald Trump,

2   Natasha Stoynoff and Jessica Leeds; and from Ms. Carroll's

3   former editor and sister.  Each of these nine witnesses

4   presented factual evidence that supports E. Jean Carroll.  You

5   also heard from two experts——Dr. Leslie Lebowitz, who testified

6   about what happens to someone when they experience trauma; and

7   Professor Ashlee Humphreys, who testified about the damage to

8   Ms. Carroll's reputation.  Even I can do this math.  That adds

9   up to 11 witnesses who testified under oath in this courtroom.

10          What do they have on the other side?  Donald Trump and

11  only Donald Trump.  He had no fact witnesses to support any

12  part of his story, no one to back up a single thing he said.

13  And you only saw him on video.  He didn't even bother to show

14  up here in person.

15          In other words, as my partner Shawn Crowley said in

16  her opening argument a couple of weeks ago, this is not a "he

17  said/she said" case.  It's not what Donald Trump says versus

18  only what E. Jean Carroll says.  Instead, it's what Trump says

19  versus what every single one of those 11 witnesses said when

20  they testified in that chair over there.

21          And on top of that, as I just explained, much of what

22  Donald Trump says actually supports our side of the case.  In a

23  very real sense, Donald Trump here is a witness against

24  himself.  And there is a very good reason for that.  Donald

25  Trump knows what he did.  He knows that he sexually assaulted

1    E. Jean Carroll.

2          Now, as you know, Mr. Trump's lawyer made a promise to

3    you during his opening statement that he would prove that each

4    and every step in Ms. Carroll's account was totally

5    unbelievable.  Turns out he wasn't able to keep that promise.

6          Let me just begin by giving you one obvious example of

7    that kind of a broken promise.  I thought I would use something

8    simple like the Bergdorf Goodman dressing room doors.

9          Mr. Tacopina told you during his opening that

10   Ms. Carroll's account of the sexual assault by Donald Trump is

11   not believable because the dressing room doors at Bergdorf

12   Goodman were always closed.  But you now know that that simply

13   isn't true.  Both Cheryl Beall and Bob Salerno told you that it

14   was common for dressing room doors at Bergdorf Goodman to be

15   left open.  You can see for yourselves on the screen what they

16   said.

17         Let's now turn to Ms. Carroll's account of what

18   happened that day in the spring of 1996, when things turned

19   from funny to tragic, as she described it.  You will hear that

20   every single aspect of what she has said is backed up or

21   corroborated by other evidence.

22         Let me start with the date.  There has been a lot of

23   talk in this case about the date.  We can now be pretty sure

24   that the attack happened on a Thursday evening in the early

25   spring of 1996.  Let me pause here for a minute.  I will

explain this more later, but the word "probably" is very

important here because it is consistent with our burden of

proof.  All you need to find is that it is more probable than

not that Mr. Trump did what E. Jean said he did.

So how do we know it was spring of 1996?  Well, first

of all, E. Jean Carroll knows that the assault happened on a

day that she was filming her E. Jean television show at the

America's Talking network.  That network, as you heard, only

existed from July 1994 to July 1996.  So we know for sure that

it has to be within those two years.

Next, Ms. Carroll told you that she was wearing a wool

dress with tights that day, but no coat.  That means the

weather was cool enough for her to wear a warm dress, but not

cold enough for her to need a coat.

We also know that her friend Lisa Birnbach published a

magazine article about Donald Trump in February 1996.  You see

it there on the right side of your screen.  And we also know

that Ms. Birnbach never would have agreed to go down to

Mar-a-Lago to interview Donald Trump if Ms. Carroll had already

told her about the sexual assault.  So that means the attack

must have happened after this article was published on February

12, 1996.

There is more.  Lisa Birnbach also explains that when

E. Jean Carroll called her immediately after the attack, she

was giving her two young kids dinner, so it must have been

1  between 6 and 7 p.m.  And here's what's crucial.  Ms. Carroll,

2  in turn, said that it was already pretty dark outside when she

3  was on Fifth Avenue calling Ms. Birnbach.  It is now early May.

4  Think about when the sun set last night, think about when it

5  set a month ago, and think about when the sunset a month before

6  that.  It had to have been early spring.

7          Ms. Carroll also told you that she has long suspected

8  the attack happened on a Thursday.  Why Thursday?  As you heard

9  from the Bergdorf Goodman witnesses, Thursday was the only day

10 when the store was open after 6 p.m.  It makes sense that the

11 attack would have happened on a Thursday since, as Ms. Carroll

12 testified, she drove to the store after she finished filming

13 her TV show in Fort Lee around 5 p.m.  If the store had closed

14 at its regular time the other days of 6 p.m., she wouldn't have

15 had enough time to drive to New York City, go into the store,

16 shop, come back out, meet Mr. Trump, etc.

17         Now it is true that Ms. Carroll cannot recall the

18 precise date of the attack.  If it was a Thursday in the early

19 spring of 1996, there are about a handful of days that it could

20 have happened.  Donald Trump wants you to think that this is a

21 huge weakness in Ms. Carroll's case, but it's not.  That's

22 because when Donald Trump assaulted Ms. Carroll, she wasn't

23 thinking about the date.  She was trying to come to grips with

24 the fact that she was being attacked, and she was desperately

25 trying to fight him and get away.  The details of the attack

1  itself—where it happened, how it felt—she remembers all that

2  with great detail, but she can't specify the date.  You heard

3  Dr. Lebowitz talk about this during her testimony, and I'm

4  going to come back to that later.

5       Going back to her narrative, as Ms. Carroll testified,

6  after leaving work in New Jersey, she drove across the

7  GW Bridge and down to Bergdorf Goodman on 58th Street and

8  Fifth Avenue.  She parked her car on 58th Street in the garage

9  and entered the store at the 58th Street entrance across the

10  park, really, from the Plaza Hotel.

11       She spent some time looking for whatever it was that

12  she had wanted to buy.  She doesn't remember what it was.  She

13  didn't find it, and was about the leave the store through the

14  58th Street entrance.

15       Ms. Carroll told you that just as she was leaving the

16  store, she noticed Donald Trump coming in the other way through

17  the glass doors.  Trump held up his hand like this to stop her

18  and said, Hey, you're that advice lady.  Ms. Carroll, E. Jean

19  Carroll, in kind, responded, Hey, you're that real estate

20  tycoon.  In other words, they recognized each other.

21       Let me now talk about that.

22       Donald Trump was a familiar person in New York City at

23  this time, definitely not as famous as he is today, but he was

24  fairly well known.  He was known for his real estate projects,

25  like Trump Tower, and his love life was routinely featured on

1    the pages of New York City tabloids, so it was no surprise that

2    Ms. Carroll recognized Donald Trump.  But it's also no surprise

3    that Trump recognized Ms. Carroll.

4           Bear with me.  I'm going to take you through this step

5    by step.

6           First of all, you already know that Trump and Carroll

7    had met each other at least once before.  You saw this

8    photograph of them and their spouses talking at a party and

9    laughing at a party in the late '80s.

10          But more importantly, remember what Donald Trump

11   called E. Jean Carroll when he ran into her?  He called her

12   "that advice lady."  Why would he say that?  Well, Donald Trump

13   loves to watch TV.  He admitted during his deposition that he

14   watched *Good Morning America* and *The Today Show*, two shows that

15   E. Jean Carroll regularly appeared on at that time.  We also

16   know that Donald Trump was friends with Roger Ailes,

17   Ms. Carroll's boss at the America's Talking network.

18          During Ms. Carroll's testimony, you saw a video of

19   Roger Ailes and Donald Trump on Roger Ailes' talk show, which

20   was called *Straightforward* in November 1995.  Remember that?

21          (Video played)

22          MS. KAPLAN:  Okay.  So how do we know this was

23   November 1995?  Because in the video, Donald Trump talks about

24   being the grand marshal of a parade that took place on November

25   10, 1995, the Veterans Day parade which he admitted during his

1    deposition.  You heard that on his deposition video.  And I bet

2    you were wondering when we showed you this video why in the

3    world we were showing it to you.  The reason is because the

4    Ailes talk show was filmed at the very same New Jersey studio

5    where E. Jean's advice show was also filmed, and it was filmed,

6    we now know, only a few months prior to the day that Mr. Trump

7    and Ms. Carroll ran into each other at Bergdorf

8    Goodman——November, early spring.  Trump may well have seen

9    E. Jean somewhere at the studio when he taped that show.

10          But that's not all.  As Ms. Carroll told you, the

11   Roger Ailes show reran on TV every weeknight at midnight

12   immediately following the rerun of her show, which started at

13   11 p.m.

14          Now I'm going to have to take people back in time a

15   bit.

16          (Continued on next page)

17

18

19

20

21

22

23

24

25

1    MS. KAPLAN:  Remember -- and I apologize for the

2    younger members of the jury life -- remember, this was the

3    mid-1990s, way before today's world of streaming, of YouTube,

4    of all that stuff.  Back then, in the old days, if you wanted

5    to watch a TV show you figured out what time it ran, you put

6    the channel on to the right channel, and you waited for it to

7    start.  Sometimes you might catch the last few minutes of the

8    previous show.  As a result, if Donald Trump wanted to watch

9    his friend Roger Ailes' show, including the episode that he was

10   featured on, that's what he would have to do.  He would have to

11   turn his TV to the America's Talking channel, wait for Roger

12   Ailes' show to start, and unless he did that at the exact right

13   moment, he would have seen the end of E. Jean's show.

14        Going back to the timeline -- that's why we know that

15   Donald J. Trump knew who E. Jean Carroll was that day.  Let me

16   go back to the timeline.

17        As E. Jean Carroll explained, she and Donald Trump

18   stopped to chat just inside the 58th Street doorway of the

19   store.  Mr. Trump told Ms. Carroll that he was shopping for a

20   present for a woman and he asked her as the advice columnist to

21   help him pick something out.  Let's pause again to show how and

22   why the evidence confirms this.

23        As you recall, Donald Trump claimed during his

24   deposition that he almost never went to Bergdorf Goodman.  This

25   is classic Donald Trump, his testimony gets stronger and

1  stronger, his denials get stronger and stronger as testimony

2  goes on.

3           Let's watch.

4           (video played)

5           MS. KAPLAN:  But we now know that that is not true.

6  Robert Salerno, the former Bergdorf Goodman employee testified

7  here, under oath, that he, himself, actually saw Donald Trump

8  at Bergdorf Goodman in the mid-1990s.  Ms. Beall testified that

9  she once saw him right outside the store on the corner.  And

10 that's not at all surprising.  Remember, Bergdorf Goodman was a

11 block away from Trump Tower and only diagonally across the

12 street from the Plaza Hotel, which Donald Trump used to own.

13 It obviously makes sense that he would shop there from time to

14 time.

15          Going back to Ms. Carroll's account.  E. Jean at first

16 suggested that he buy the woman a handbag, then a hat.  Those

17 departments were both on the ground floor where there were only

18 a few other people, as would be typical on a Thursday after

19 6:00.  You heard both Ms. Beall and Mr. Salerno testify that

20 Thursdays weren't busy and there were far fewer sales than at

21 peak times.

22          Ms. Carroll explained when she testified that a couple

23 people in the store did in fact recognize Donald Trump, one of

24 them was a sales attendant who smiled but didn't say anything

25 to them.  This, too, is supported by the evidence.  As

Ms. Beall told you, sales attendants were trained not to say

anything when famous people came into the store, especially

when a famous man was in with a woman who was not his wife.

Mr. Salerno told you the staff were trained to basically ignore

and not pay attention to celebrities.

Going back to the narrative.  Trump eventually said

that he wanted to go look at lingerie.  They took the escalator

up to the sixth floor, Ms. Carroll testified that she didn't

notice anyone else as they rode up.  Mr. Trump's lawyers seemed

fixated on this point when they questioned E. Jean Carroll.

They tried to make it seem like she was saying that there was

no one else in the whole entire store but that's not what she

said.  She said that she and Donald Trump were so engaged in a

playful, funny, back and forth, that she didn't notice anyone

else.  Maybe there were people on the other floors, maybe there

were people on the escalators going down, but Ms. Carroll

didn't notice them and that makes sense.

Also, as Mr. Salerno told you, there were walls around

the escalators at Bergdorf Goodman, meaning that you couldn't

see sideways out from the elevator as you went up.  This

further explains why Ms. Carroll would not have noticed anyone

else as they traveled up to the sixth floor or even as she went

back down after the attack.

OK.  Back to what happened.  As Ms. Carroll told you,

she and Donald Trump rode the escalator up to the lingerie

1  department on the sixth floor, turned left, and walked through

2  a few other sections before arriving at lingerie.

3  Ms. Carroll's description of the layout of the sixth floor is

4  completely consistent both with the architectural drawings you

5  saw -- and you have one in front of you, PX- 24 -- and with the

6  testimony of the Bergdorf witnesses.  In particular -- am I

7  going to be able to trace on this, Mr. Craig or Mr. Lam?

8          In particular, Ms. Beall, whose office was on the same

9  floor over here, told you that if you were coming up the

10  elevator on the sixth floor, this is what you would have to do.

11  You would come up here, you would go around, around here, and

12  you would go in here and the lingerie department was right

13  there.  That fits with Ms. Carroll's description; a left off

14  the escalator, then continue on, bearing right, until you

15  arrive at lingerie.

16          Ms. Carroll told you that she didn't see anyone on the

17  sixth floor and that the lingerie department was basically

18  empty when they got there; no customers, no sales attendants.

19  Another issue that Mr. Trump's team made a big deal out of in

20  both his opening statement and during his cross-examination of

21  Ms. Carroll, Mr. Tacopina tried to use Ms. Carroll's own words

22  to challenge the idea that the lingerie department could

23  possibly have been empty.  But you and yourselves have actually

24  heard from the people who would know -- Ms. Beall and

25  Mr. Salerno.  What did they say?  Ms. Beall told you that on

1   Thursday evenings, traffic in the lingerie department was very,

2   very low.  Mr. Salerno told you that sales in the lingerie

3   department were less than 1 percent of Bergdorf Goodman's total

4   revenue.  He added that Thursday evenings in the spring would

5   be especially slow since spring, unlike the time before

6   Christmas, was not a busy season for the store.  And they both

7   explained that because there were so few shoppers on Thursdays,

8   there were also very few sales attendants.  And the few sales

9   attendants who were there were not, as Trump's team seems to

10  suggest, glued to a particular place or department.  They were

11  encouraged to wander around the floor to help customers, to

12  help restock, and they, of course, were allowed to take breaks.

13          Both Mr. Salerno and Ms. Beall testified that it would

14  not have been unusual for the lingerie department to have been

15  left completely unattended on a Thursday evening.  Ms. Carroll

16  told you that once they got to the lingerie department,

17  Mr. Trump made his way over to the display counter and picked

18  up a see through lilac-grey bodysuit and he tossed it at

19  Ms. Carroll and told her to try it on.  The fact that the body

20  suit was sitting on the counter is supported by Ms. Beall who

21  told you that items would often be displayed on tables or on

22  the top of cabinets and that there was a cabinet -- let me make

23  sure I get this right -- a cabinet or a vitrine, as she called

24  it, right there in the middle of the lingerie department as you

25  walked in.  Ms. Carroll testified that after Trump tossed her

the body suit, she tossed it back to him saying to him, *You try it on, it's your color,* joking that it matched his eyes.

Mr. Trump's lawyers seem to have a very hard time understanding what is going on here.  Mr. Trump, of course, was a very large man wearing a business suit.  Did Ms. Carroll really expect him to try on a piece of women's lingerie over his suit?  But I think we understand what was happening.  This was a combination of humor and flirting.  As Ms. Carroll explained, you take two opposite things, Donald Trump and a piece of women's lingerie, you put them together and you get comedy.  It was a joke.  Ms. Carroll could see the joke in her mind's eye as she did what she used to be a writer at Saturday Night Live.  Had she worked out the technicalities of how Mr. Trump was going to pull the bodysuit over his pants?  Of course not.  That wasn't the point.  The point was that it was funny.

Tragically, ladies and gentlemen, that's when things suddenly took a very, very dark turn.  Mr. Trump guided Ms. Carroll by her arm in the direction of the dressing room.  They entered the room and he then immediately shut the door, a door that the Bergdorf Goodman employees told you would have locked automatically.  You heard Ms. Carroll testify about how much she regrets going into that dressing room with Donald Trump that day, how she has asked herself time after time after time why she allowed herself to get caught up in that

1   situation.  She testified that for many years and, indeed, I

2   think to this day, she feels embarrassed, ashamed, and above

3   all stupid, and that she blamed herself for what happens next.

4   As you heard from Dr. Lebowitz, she still does.

5        How could she have agreed to go into the dressing room

6   with Donald Trump?  That's a question one might ask today with

7   the benefit of hindsight, just as Ms. Carroll has asked it over

8   and over again.  But that's not what Ms. Carroll was thinking

9   in the spring of 1996.  To her the situation was harmless, it

10  was funny.  She trusted Donald Trump.  She didn't see him as a

11  threat the way some women might view him today.  He was known

12  as a playboy, a man about town, but not as a man who abused or

13  assaulted women.

14       As soon as they entered the dressing room, Trump

15  suddenly pounced.  He closed the door, he lunged at

16  Ms. Carroll, he pushed her against the wall causing her to hit

17  her head backwards against the wall and he pressed his mouth

18  against hers.  Ms. Carroll told you that she was shocked.  She

19  laughed, actually, in fear and panic, trying to get back to the

20  way things were before, trying to kill anything that was sexy

21  or erotic about what was going on.  She pushed back at Trump,

22  trying to get him off her but at first she couldn't.  She

23  weighed at the time only 120 pounds, he weighed at least a

24  hundred pounds more than she did.  She continued fighting,

25  pushing, and kicking at him.  She tried to stomp him on his

1    shoes with her 4-inch high heels.  She also tried to hit him

2    with her purse, trying to do anything to make him stop.  Trump

3    pinned her against the wall with his shoulder.  At the same

4    time he reached up under her dress and he pulled down her

5    tights.  He grabbed her by the pussy or vagina -- I apologize

6    for my language -- and then he shoved his fingers inside her.

7    You heard Ms. Carroll describe how incredibly painful that was.

8    Trump then removed his hand and shoved his penis inside her.

9    Continuing to fight, Ms. Carroll was finally able to get a knee

10   up high enough to push Trump off of her.  Terrified and

11   stunned, she opened the dressing room door and escaped.  She

12   fled through the store and out onto the Fifth Avenue exit.  The

13   whole attack happened quickly, a few minutes at most, but it

14   would stay with Ms. Carroll forever.

15           In the immediate aftermath of the attack, as you

16   heard, E. Jean Carroll told two separate people what happened.

17   She called her friend Lisa Birnbach from the sidewalk on Fifth

18   Avenue outside the Bergdorf Goodman and she told her friend

19   Carol Martin a day or two later.  You saw and heard both of

20   them in this courtroom.  Let's talk first about Ms. Birnbach.

21           She told you that she received a phone call from

22   Ms. Carroll in the spring of 1996 when she was giving her kids

23   dinner.  Ms. Birnbach said when she picked up the phone,

24   E. Jean Carroll sounded agitated like she was hyperventilating.

25   Lisa Birnbach told you that E. Jean proceeded to tell her that

1   she had gone into a dressing room with Donald Trump, that he

2   pushed her up against the wall, he hit her head and pulled down

3   her tights and forced himself inside her.  Ms. Birnbach told

4   you that upon hearing what had happened, she left the kitchen

5   so her kids wouldn't be able to overhear her, and told

6   Ms. Carroll, in no uncertain terms, E. Jean you have been

7   raped.  The fact that she left the kitchen, by the way, is a

8   very telling detail, it is the kind of detail that someone

9   doesn't make up.

10       Ms. Birnbach also told Ms. Carroll to tell the police,

11   to go to the police, she even offered to go with her.  But as

12   Lisa Birnbach testified, E. Jean Carroll said she didn't want

13   to go to the police and she made Lisa promise never to tell

14   anyone about it ever again.  Lisa Birnbach agreed to that.  As

15   she explained it to you, it was E. Jean Carroll's story, it was

16   her secret, it was not Lisa Birnbach's story or secret to tell,

17   so she promised not to tell anyone and she kept that secret for

18   two decades.  Let's now go to Carol Martin.

19       A day or two after the attack at Bergdorf Goodman,

20   E. Jean approached her good friend Carol Martin, who was

21   actually her closer friend at the time, at the America's

22   Talking offices in New Jersey.  They decided that they would

23   talk at Ms. Martin's house which is only 10 minutes away, by

24   car, from work.  After work they each drove their own cars to

25   Ms. Martin's house and they went in the house and sat down at

1    the kitchen island in Ms. Martin's house.  At that island

2    Ms. Carroll described what Donald Trump had done to her.  Carol

3    Martin told you that she was shocked by what she heard and she

4    hugged Ms. Carroll, continually asking her if she was OK.

5    Carol Martin also testified that she told E. Jean Carroll that

6    it would be crazy for her to report the attack to the police.

7    She advised E. Jean to tell no one and to do nothing.  Trump,

8    in Ms. Carroll's mind, was way too powerful, he would bury her

9    if she came forward.

10          Together in this courtroom Lisa Birnbach and Carol

11   Martin provided powerful, independent corroboration of E. Jean

12   Carroll's story.  Ms. Carroll spoke with both of them at the

13   time separately.  They didn't know each other very well at that

14   point in time and weren't really friends but they each gave

15   Ms. Carroll very different advice and they both sat right over

16   there and told you that they believed Ms. Carroll when she

17   first told them what had happened and they continue to believe

18   her today.

19          Let's now turn to what happened after the attack.

20   E. Jean Carroll returned home that evening with pain in her

21   head and in her vagina, but because of the kind of person she

22   is, rather than taking anything, anything stronger than an

23   aspirin or going to the doctor, she went right to bed.  She

24   even went to work the very next day.  But despite her best

25   efforts, the assault continued to interfere with her life.  She

1  testified that she had regular flashbacks or intrusive

2  memories.  She never again engaged in an intimate relationship

3  with another man.  You heard Ms. Carroll explain to you that

4  she lost out on so much of life; no walking the dog together,

5  no cooking dinner together, no one to sit with while you are

6  watching TV.  And for years she never told anyone else about

7  what had happened in that dressing room.  That is partly

8  because of how she was raised.  You heard her sister Cande

9  Carroll explain that in their family they never talked about

10 personal issues.  E. Jean Carroll faced life's challenges by

11 putting on the public persona that she had built her career

12 around, the public E. Jean, as she explained it here in this

13 courtroom.  She kept her pain and isolation or the private

14 E. Jean to herself.  Her sister explained to you that, as

15 children, they were always told by their father to always have

16 a smile on their face, and that's what E. Jean Carroll did.

17 And she, justifiably, was scared that Donald Trump would

18 brutally retaliate if she spoke out, as her friend Carol had

19 warned her he would do, and as we all know since we are sitting

20 here today, he eventually did.

21      Over two decades later, in 2018, Ms. Carroll set off

22 on a road trip in order to write her next book.  During that

23 trip, news broke on the Internet and nationwide that many women

24 were speaking out about being sexually abused or assaulted by

25 the famous Hollywood producer Harvey Weinstein.  Ms. Carroll

1   started drafting a list of the men who had mistreated her; some

2   in small humorous ways, like the guy who failed to fix her car,

3   and others in big ways.  But, at first, one man in particular

4   was not it on that list.  It would be weeks before she would

5   decide to include Donald Trump.  She told you here herself why

6   she finally came forward.  She could not be silent any longer.

7   It was time, finally, to tell her readers the truth.

8            In June 2019, an excerpt of her book recounting the

9   attack by Trump, was published in *New York* magazine.  As it

10  turns out, Carol Martin was 100 percent right.  Donald Trump's

11  response was immediate and it was brutal.  He went much further

12  than just denying her claim.  From the White House he unleashed

13  a series of vicious lies telling the world that she had made

14  the whole thing up, that she was doing it as part of a

15  political conspiracy, and that she was not his type.  As a

16  result, Ms. Carroll lost her job at *Elle* magazine where she had

17  worked for the last 27 years.  But perhaps much worse than

18  that, she lost the trust of her readers.  She had spent almost

19  four decades as a writer working so hard to establish her

20  reputation for honesty and integrity.  Her former Editor Robbie

21  Myers told you that to her readers, E. Jean Carroll was a

22  beloved truth-teller, but in a couple of Tweets, Mr. Trump

23  wiped that all away.

24           The backlash from Donald Trump's statements was

25  terrifying.  You heard E. Jean Carroll tell you that she

1    started sleeping at night with a loaded gun in her bed.

2              E. Jean Carroll made the decision, one of the bravest

3    things I have ever seen, to do the one thing she thought she

4    could do to help restore her name, her reputation for honesty,

5    and her integrity -- she filed a lawsuit against Donald Trump.

6    But even that did not stop him.  In October 2022, just last

7    year, just as Ms. Carroll told you that she was finally

8    starting to get back, to regain her footing after the earlier

9    attack, Mr. Trump doubled down on every nasty lie he had told

10   about her in 2019 calling her story a con job and a hoax.

11             As Ms. Carroll told you, just as she was getting back

12   up and feeling better, this is the statement that went out.

13   So, when New York passed a law allowing survivors of sexual

14   assault to bring claims, even if the attack happened years ago,

15   Ms. Carroll filed this lawsuit that we are sitting here today

16   for.

17             Now, Ms. Carroll's -- withdrawn.

18             I forgot to show this to you and it is my fault.

19   These are the responses that E. Jean Carroll got -- some of the

20   responses she got, many, many in response to the October 2022

21   statement, and I will let you take some time to read them.  I

22   apologize for that.  I apologize in advance, given the

23   language.  I'm not going to try to read them out loud.

24             OK.  Ms. Carroll's case is not only corroborated by

25   documents like you just saw, and by testimony that I have been

N585car2                    Summation - Ms. Kaplan

talking about, it is also corroborated by science, by what

psychologists have learned about what happens to someone when

they experience trauma like a sexual assault.

Dr. Leslie Lebowitz is a clinical psychologist who has

been seeing people who have experienced trauma for four

decades. She treats veterans for PTSD following combat. She

has worked with veterans in the Air Force to train them on how

to deal with sexual assault. She has worked at some of the

most important medical centers that have developed the current

treatment protocols for how you deal with people who have been

injured by trauma. Dr. Lebowitz's testimony backs up each and

every aspect of what Ms. Carroll told you, from how she reacted

to the sexual assault itself, to how she remembers it, to how

she was harmed by the assault in the long-term. Let's start

with the sexual assault itself.

Dr. Lebowitz explained exactly what happens to a

person when they experience trauma. What happens is that a

person's brain is flooded with stress hormones. The frontal

lobe of the brain -- the part of the brain that we use to make

decisions, to think through alternatives and decide what to

do -- that part of the brain is significantly weakened.

Instead, the older, the more primitive part of the brain in the

back takes over. As a result of that, people tend to act in

really strange ways, in ways that may seem irrational.

Dr. Lebowitz explained how sometimes people forget -- or often

1  people forget how even to dial 911.  Dr. Lebowitz gave you a

2  great example of this.

3        Remember what she told you about her mother's friend

4  who was a child in Finland during World War II?  She told the

5  story that this woman was with her mother as a child and bombs

6  were falling.  The force of a bomb blew away the mother's hat.

7  Instead of grabbing her daughter's hand and running to safety,

8  the mother ran after her hat.  That mother loved her child.  In

9  that moment she didn't consciously choose to run after her hat,

10  she wouldn't have expected to do that and she probably wouldn't

11  be able to explain to you sitting here today why she did it.

12  That's the brain chemistry of a person experiencing trauma.

13        Now, you heard Donald Trump's lawyers repeatedly ask

14  Ms. Carroll why she was laughing when she got first pushed up

15  against the wall.  They repeatedly asked her why she didn't

16  scream.  They acted as if Ms. Carroll's response was unusual,

17  unheard of, implausible.  But you now understand why those

18  reactions are consistent with the behavior of someone who is

19  experiencing trauma.  Dr. Lebowitz explained it to you.  People

20  have really strange, really unexpected responses to traumatic

21  situations all the time.

22        Remember when Mr. Trump's lawyers asked Dr. Lebowitz

23  whether or not screaming would be consistent with a rape?  Here

24  is what she said.  She said that not screaming would not only

25  be absolutely consistent with being raped, but based on her

1    40 years of clinical work, screaming is one of the least likely

2    things that actually occurs.

3            Dr. Lebowitz' testimony also helps to explain the ways

4    in which Ms. Carroll remembered the attack by Donald Trump

5    after it happened.  So, first of all, Dr. Lebowitz told you

6    that people tend to remember lots of details from the beginning

7    of a traumatic event but far fewer details at the end.  Why is

8    that?  It's because those stress hormones, as they come into

9    the brain, over time, become toxic and they impinge on the

10   brain's ability to remember things.

11           In addition, there are certain things that people

12   remember from a trauma better than others.  What people tend to

13   remember are sense reimpressions -- the way something smelled,

14   the way it felt -- since its easier for the brain to remember

15   that and to store it.  But people may not remember more

16   complicated things like the context of what was happening when

17   it was going on outside the trauma.

18           Remember the example Dr. Lebowitz gave you?  She

19   talked about parents who thought their child had been hit by a

20   car when they heard the screeching of tires outside their

21   house.  The sinking feeling that they felt in their gut when

22   they ran outside and didn't see their child.  That sinking

23   feeling -- I am sure we have all experienced it -- may stick

24   with you for years and years.  But even if that sinking feeling

25   remains, the parents -- and I am sure you have also experienced

1    that too -- may later disagree about what exactly the date was

2    when that happened or even what house they were living in at

3    the time.

4             Think about how that explains E. Jean Carroll's

5    testimony here.  She remembers certain things from her

6    encounter with Donald Trump in vivid, technicolor detail.  She

7    remembers the back and forth about trying on the bodysuit in

8    the lead-up to the assault.  She remembers the gifts they were

9    talking about, the hat that she said Donald Trump petted and

10   the handbag that they looked at on the first floor.  She

11   remembers distinctly some of the exact words they exchanged.

12   *Hey, you're that advice lady.*  She remembers exactly how it

13   felt to have Trump's fingers inside her.  And -- I find this

14   part really telling -- she remembers the sound of Trump's heavy

15   breathing as he was facing the wall next to her neck.  But

16   Ms. Carroll does not remember exactly how she got out of the

17   store and she has made no secret of the fact she doesn't

18   remember the exact date.  She remembers -- just like

19   Dr. Lebowitz said, she remembers certain things vividly and

20   other things not so much.  Again, that's exactly what you would

21   expect to see in someone who has survived trauma.

22             Dr. Lebowitz also testified to you about how

23   Ms. Carroll processed the rape and how that contributed to her

24   decision not to talk about it for so many years.  She said

25   that -- Dr. Lebowitz said that E. Jean Carroll experienced what

1  is called self-blame.  In many ways that kind of means what it

2  says, it is to blame yourself.  But the problem with self-blame

3  is that people may blame themself for something, even like

4  here, when they have no responsibility for it.  They know in

5  their head it wasn't their fault but they still feel in their

6  gut like it was.

7        Ms. Carroll presents a classic case of self-blame.

8  Self-blame helps to explain why she didn't go to the police,

9  why she didn't go to store security right after the assault,

10  and it explains why she had so much difficulty talking about

11  the assault in the years that followed.

12        Finally, Dr. Lebowitz talked about the long-term harm

13  that the sexual assault caused Ms. Carroll.  Self-blame,

14  itself, is a big part of that.  Imagine what it would feel like

15  to feel like you were responsible or to blame being sexually

16  assaulted.  It made Ms. Carroll feel dirty and unworthy and

17  spoiled, like spoiled goods, and ashamed.

18        Ms. Carroll also experiences what psychologists call

19  intrusive memories.  They come in snippets or flashes.  She

20  doesn't, to this day, know exactly what the triggers are.  She

21  might unsuspectedly see an image of sexual assault.  She might

22  actually feel physically Trump's fingers.  When these

23  intrusions occur, she has to work really hard to bat them away.

24  That process of trying to get the ugly thoughts and intrusive

25  memories out of her mind is itself really tiring and

1   emotionally draining.  But perhaps, most important of all,

2   Dr. Lebowitz testified that the sexual assault caused E. Jean

3   Carroll to engage in what are called avoidant behaviors, that

4   means something you do something to avoid something else.  For

5   Ms. Carroll, this meant that she would avoid engaging in the

6   types of activity that she blames herself for that led to the

7   sexual assault.  What does that mean?  It means that when she

8   encounters a man of a similar age who might seem like a

9   romantic possibility, she literally shuts down.  She doesn't

10  flirt, as she did that day, with Donald Trump at Bergdorf

11  Goodman.  She doesn't engage, as she did that day, with Donald

12  Trump; she avoids eye contact.  As Dr. Lebowitz told you, it is

13  like a metal grate being pulled down over the front of a bodega

14  in New York City.  This is a huge departure from the way

15  E. Jean Carroll lived her life before the assault.  She used to

16  have a healthy dating life, she was married twice, she loved

17  romance, she loved being in love, she continued to date men

18  until right up when the sexual assault happened.  But

19  afterwards, she cut herself off from any possibility of

20  developing a romantic relationship.  For almost 30 years she

21  hasn't had a partner, for almost 30 years she hasn't had

22  companionship.

23          Finally, Dr. Lebowitz did not exaggerate, in any

24  respect, Ms. Carroll's harms.  Dr. Lebowitz told you, and

25  recognizes, that Ms. Carroll is a very resilient person.  She

1   acknowledged that E. Jean Carroll has drawn on that resiliency

2   and strength to cope with the trauma she experienced.  She did

3   not diagnose E. Jean Carroll with PTSD.  She says she has

4   symptoms in two of the categories but not all four that are

5   necessary, and that she is not disabled the way she talked

6   about with some of those veterans she had diagnosed with PTSD.

7           Dr. Lebowitz also freely acknowledged certain aspects

8   of Ms. Carroll's life after the sexual assault that might seem

9   weird or unusual to you and that Mr. Trump's lawyers pointed

10  out.  She was aware that Ms. Carroll had watched *The Apprentice*

11  on the TV, she was aware that E. Jean Carroll kept the dress

12  from the day of the assault, and she was aware that E. Jean

13  Carroll returned to Bergdorf Goodman.  She explained that these

14  behaviors were consistent with who E. Jean is, her need to

15  avoid the fact that she had been negatively impacted in any way

16  by Donald Trump.  In other words, throwing away a very

17  expensive dress, refusing to watch a popular TV show that all

18  your friends were talking about, or not going back to her very

19  favorite store that would have forced her to acknowledge

20  something too painful for her, that the assault had impacted

21  her deeply.

22          Now, one more thing on Dr. Lebowitz.  Donald Trump's

23  lawyers tried to suggest that maybe Ms. Carroll had somehow

24  tricked Dr. Lebowitz into arriving at her opinion based on

25  lies, on false or exaggerated information.  Do you remember

1     what Dr. Lebowitz said in response to that?  She testified that

2     it was her opinion, as a psychologist with 40 years of

3     experience, that E. Jean did not lie about her symptoms and

4     experiences in order to benefit her case.  This, ladies and

5     gentlemen of the jury, is a very big deal.  The psychological

6     expert in this case told you that she believes Ms. Carroll.

7          I now want to talk about the ways Mr. Trump and his

8     team have tried to attack all the evidence that we have just

9     gone through supporting E. Jean Carroll.  One principal line of

10    attack, the one main line of attack that they have has focused

11    on the way that E. Jean Carroll has lived her life in the years

12    since she was attacked.

13         During his cross-examination of Ms. Carroll,

14    Mr. Tacopina asked her a lot of questions about the fact that

15    in the years after the assault and right up until today, if

16    someone on a TV show or a podcast or in the hallway outside

17    this courtroom asked E. Jean Carroll how she was doing, she

18    would almost inevitably always answer that she is fabulous.

19    Ms. Carroll freely acknowledged that in many of her public

20    appearances she would say that her career was going well, that

21    she was happy.  She also acknowledged that from time to time

22    she even would go to parties with her friends.  When

23    Mr. Tacopina asked these questions on cross-examination, he

24    acted as if E. Jean Carroll had made some huge confession, as

25    if there were something wrong with this behavior, as if it is

1    somehow problematic that E. Jean Carroll has tried her best to

2    live a happy life and present a brave, brave face to the world.

3    But Ms. Carroll testified here that as much as she had to try

4    to portray the public E. Jean as happy and successful, as

5    fabulous -- she used her favorite word -- in private she has

6    continued to suffer a great deal.  She has tried to live her

7    life on her own terms as best she can.  She has continued to

8    work.  She talked about setting up her Substack after she was

9    let go at *Elle*.  She has enjoyed time for happiness.  And she

10   has definitely gone to parties with friends.  Why is Mr. Trump

11   trying to blame Ms. Carroll for these things?  His argument

12   seems to be that if a woman is going to accuse a man of sexual

13   assault she must play the part, she must act the way a rape

14   victim is somehow supposed to act.  But this makes no sense and

15   you know that.  If a person is the victim of any other kind of

16   wrongdoing, if they are injured in a car accident, if they get

17   mugged on the street, are they required to live a life of total

18   suffering and helplessness in order to seek justice in the

19   courts?  Of course not.  But when it comes to survivors of

20   sexual assault, like Ms. Carroll, Donald Trump thinks she is

21   somehow not entitled to assert her claim if she has taken any

22   step to pick up the pieces of her life, to move on, to seek out

23   friends, to seek out company, to go to parties.  That's just

24   plain wrong.

25           Now, you have heard Mr. Trump's team say over and over

1  again that you should rely on Ms. Carroll's interview on

2  Anderson Cooper, that it somehow sheds light on whether or not

3  she was sexually assaulted.  For example, in his October 2022

4  TruthSocial post that is Plaintiff's Exhibit 4, Donald Trump

5  says:  If you watched Anderson Cooper's interview with her

6  where she was promoting a really crummy book, you will see that

7  it was a complete scam.

8          At his deposition in Florida that happened just a week

9  after that, Mr. Trump testified that on the Anderson Cooper

10 show E. Jean Carroll said that she loved it, that she said it

11 was very sexy to be raped, he even claimed that she said

12 something to the effect that she loved being sexually

13 assaulted.

14         Let's watch for ourselves.

15         (video played)

16         MS. KAPLAN:  You know what E. Jean actually said.  She

17 did not say being raped by Mr. Trump was sexy, or that she

18 loved -- loved -- being sexually assaulted by him.  Not at all.

19 She explained that she was talking about our popular culture

20 and entertainment, shows like *Game of Thrones* where rapes

21 happen over and over again and that's part of drawing people

22 into the audience.  She said that what Donald Trump did to her,

23 on the other hand, was violent and horrible.

24         Ms. Carroll testified, and you saw it for yourselves

25 in this courtroom, that she still has a very, very hard time

using the word rape.  But as we heard Dr. Lebowitz explain,

E. Jean's refusal to call what happened to her rape or to

identify herself as a victim does not mean that she was not

sexually assaulted.

Now, another way that Donald Trump responds to all of

this is by trying to get you to believe in the big lie.  What

do I mean when I say the big lie?  I mean that Mr. Trump's

lawyers need you to find that not only E. Jean Carroll, but

also Lisa Birnbach and Carol Martin are all lying, that they

are all part of some part of coordinated conspiracy, that they

somehow joined forces and agreed to come up with a story about

an assault that happened nearly 30 years ago simply because

they hate Donald Trump.  I'm sorry.  Seriously?  That's just

ridiculous.

First of all, there is no evidence -- not a shred --

that any such conspiracy exists.  No testimony.  No documents.

Nowhere in all of those pages of e-mails and texts between

E. Jean Carroll, Lisa Birnbach, and Carol Martin did you see

anything suggesting that they all agreed to come up with a lie

that Donald Trump raped E. Jean Carroll.  In fact, you saw the

opposite of that.  You heard Ms. Martin read from a text she

sent to a friend in 2021 -- a friend, so it is not Lisa

Birnbach and she is not texting E. Jean Carroll -- another

friend, in which she expressed frustration that she was dealing

with the publicity from this case and she suggested that that

1      At this trial you heard powerful evidence that Donald

2  Trump has an MO.  What's his MO?  He chats up women in a

3  friendly way in a semi-public place, he then pounces on them

4  suddenly or unexpectedly, he then starts kissing them without

5  their consent.  For some of them, including E. Jean, he grabs

6  them by the vagina.  It is not just E. Jean Carroll who fit

7  this pattern.  You heard the testimony of two other women,

8  Jessica Leeds and Natasha Stoynoff who were sexually assaulted

9  by Donald Trump in a very similar way.  Let me start with

10 Jessica Leeds.

11     Jessica Leeds testified that, in 1979, Donald Trump

12 assaulted her on an airplane.  Just a few years younger than

13 E. Jean Carroll, Jessica Leeds was a product of the same

14 generation.  She didn't tell a soul about it.  She knew that

15 things like this happened when she traveled and she didn't want

16 to risk losing her job.  But, in 2016 she watched a

17 presidential debate and heard Donald Trump tell Anderson Cooper

18 that he never kissed a woman without her consent.  She came

19 forward.  And then what happened?  Trump went after her.  He

20 declared that she was lying.  He said -- and again, remember

21 these words -- he told the world that she was not his type.

22 Sound familiar, ladies and gentlemen of the jury?

23     You also heard from Natasha Stoynoff, it happens much

24 later in time, now December 2005.  Her job at *People* magazine

25 is to cover the Trump beat, she covered the Trump family.  In

N585car2                    Summation - Ms. Kaplan

1   December 2005 she traveled to Mar-a-Lago to write a story about
2   his wife Melania who was then pregnant.  Ms. Stoynoff told you
3   that when Melania left to change her outfit, Trump led Natasha
4   into an empty room, claiming that he wanted to show her a
5   painting, but as soon as they entered the room he closed the
6   door behind them, pushed her against the wall, pinned her down
7   with his shoulder, and started kissing her without consent.
8   Again, sound familiar?

9           Ms. Stoynoff, who is much younger than Ms. Carroll and
10  Ms. Leeds, told several people about the attack right
11  afterwards.  His attorney, Mr. Tacopina, didn't really try to
12  cross-examine her at all.  That's because they know it is true.

13          In 2016 Ms. Stoynoff came forward after hearing
14  Trump's denial in that same presidential debate.  And when she
15  did, yet again, following the MO, Trump publicly disparaged
16  her, denying the attack, and again insulting her appearance.
17  This time he said:  *Look at her.  Go take a look at her.  I*
18  *don't think so.*

19          There is even another similarity.  You heard that just
20  like E. Jean Carroll, neither Jessica Leeds, nor Natasha
21  Stoynoff, screamed.  None of them screamed when Donald Trump
22  was assaulting them.  Not one.

23          So, what do we have?  Three different women, decades
24  apart as you can see on this chart, but one single pattern of
25  behavior.  In that respect what happened to E. Jean Carroll is

not unique.  Trump's physical attack and his verbal attacks are
his standard operating procedure or MO.  What happened to
E. Jean Carroll right in the middle fits this pattern
perfectly.

          Now let's take a look at Donald Trump's side of the
story.  As I have said more than once this morning, Trump
really offers you nothing.  It is Trump's word against everyone
else's word.  As Bugs Bunny used to say at end of the Looney
Tunes cartoons I used to loved as a kid:  *That's all, folks.*
But why would you believe him?  The testimony in this case
shows that Donald Trump has told lie after lie after lie.  What
does this tell you?  Donald Trump lies as a matter of habit.
He lies about almost everything or anything all the time.  Some
of his lies are big, some are not.  But the pattern is clear.
Trump decides what to say based on what he thinks will help him
most in the moment, not based on what is true.

          To trust someone they have to be credible.  They must
be trustworthy, worthy of your trust.  Time and time again,
Trump has shown you in this case that he is not worthy of
anyone's trust.  Let me give just a few examples of Donald
Trump's clear lies.

          First, Donald Trump said that he did not shop at
Bergdorf's.  That was a lie.  Cheryl Beall saw him right
outside the store and Robert Salerno saw him in the store on at
least one or two occasions in the mid-1990s.  And you saw on

1   At this point, I believe that my review of the

2   evidence has shown you that it is very clear that Donald Trump

3   did in fact sexually assault E. Jean Carroll in the spring of

4   1996 and that he defamed her in 2022 after she told the truth

5   about what he had done.

6   Because Donald Trump did both of these things, the law

7   allows you to compensate E. Jean Carroll for the harm that she

8   suffered.  So what is the level of damages?  I'm not going to

9   stand here and tell you exactly how much you should award

10   E. Jean Carroll in damages, but there are a few things that you

11   can consider in coming to that conclusion.

12   First of all, Professor Humphreys told you about the

13   millions of people that heard and likely believed Donald

14   Trump's public statements about E. Jean Carroll.  What is the

15   price for having to live your life in shame and to lose your

16   good name because Donald Trump lied and told millions of people

17   that you are a liar?

18   In addition, Dr. Lebowitz told you that the assault

19   caused E. Jean Carroll to lose something extremely important to

20   her and, frankly, to all of us, her ability to pursue romantic

21   relationships, her ability to pursue intimacy, and perhaps most

22   importantly, companionship.  What is the price for decades of

23   living alone without companionship, for having no one to cook

24   dinner with, no one to walk your dog with, no one to watch TV

25   with, and for feeling for decades like you are dirty and

1  to protect ourselves, to show that while -- Ms. Kaplan said no

2  one is above the law, absolutely, but no one is below it

3  either.  No one is below it either.

4          Politicians don't make this country great.  Jurors do.

5  Jurors do.  If you follow your solemn oaths as jurors in this

6  case and take them seriously and apply the facts to the law,

7  justice will be served quickly, quickly.  And that's paramount

8  in this courtroom, that the rule of law that every defendant,

9  regardless of that defendant's name, be protected for the sake

10  of all of us.

11          With that in mind, the evidence in this case has shown

12  that what E. Jean Carroll has done here is an affront to

13  justice.  She has abused this system by bringing a false claim

14  for, amongst other things, money, status, political reasons.

15  And I'm not just going to say it, I'm going to show you the

16  testimony.  And in doing so, she has minimized real rape

17  victims, you know, rape victims down by the water and around

18  the world, to use someone's words.  She is exploiting their

19  pain and suffering and is capitalizing on their stories, and we

20  can't let her profit to the tune of millions of dollars for her

21  abuse of this process and her efforts to deceive you.  I'm

22  going to show you.  I'm going to pull it all together for you,

23  I promise you, in this next little time we spend together.  You

24  will have no doubt how this story, this scam of a lawsuit came

25  together.

1    As I said, you can feel however you feel about Donald

2    Trump.  It's okay.  But, guys, ladies and gentlemen, not a

3    single word, not a single word tearing apart her story comes

4    from Donald Trump.  Ms. Carroll said it's the word of Donald

5    Trump against the word of everyone else.  No, it's not.  All

6    Donald Trump said was, I didn't do it.  I don't know what she's

7    talking about.  He just said, I didn't do it.  He didn't tear

8    apart her story.  She tore apart her story.  Cross-examination,

9    Carol Martin, others tore apart her story.

10    You heard him deny through his deposition testimony

11    that she made it up.  He met her briefly on a receiving line at

12    an event seven or eight years before she claims this happened

13    at Bergdorf Goodman, which hundreds of people were present, and

14    he didn't remember seeing her.  And, you know, Ms. Kaplan then

15    said, well, maybe, maybe he saw her when he was at Roger Ailes'

16    TV show because, you know, she also filmed a show there.  It

17    was four hours earlier, but maybe she saw him there or he saw

18    her there.  And maybe he was watching late night TV and

19    watching a rerun on Roger Ailes' network of E. Jean Carroll.

20    So maybe.  So that's proof that they knew each other.  That was

21    the argument.

22    Look.  That opening statement by Ms. Kaplan, again,

23    who I respect a lot, was very, very defensive for someone who

24    has the burden of proof in this case, very defensive.  She

25    spent a large part of her opening presenting excuses.  The

1    store was empty, the door was open, why she acted and didn't

2    act the way she did, oh, the text messages from Ms. Martin and

3    Ms. Birnbach and all that, a lot of excuses, not a lot about

4    the substance of what was alleged here.

5           I'm going to now, so we get this out of the way, play

6    you the defendant's sworn testimony denying this claim, so

7    there is no question that he has denied this under oath, being

8    questioned by the same lawyer sitting here today.

9           Go ahead, please.

10          (Video played)

11          MR. TACOPINA:  So that was his under oath testimony

12   saying it's not true.  I didn't do it.

13          Now I'm going to harken back to that in a second, but

14   before I do, let's just put up Plaintiff's Exhibit 12.  This

15   whole thing about he knew her, knew her, met her, seriously,

16   this is smoking gun evidence that he knew her, that they met at

17   some event for a few minutes on a line or -- and by the way, if

18   you look at this, Mr. Trump is clearly addressing John Johnson

19   right there with his fingers extended towards him,

20   Ms. Carroll's ex-husband, but for some reason she held on to

21   this photograph for three decades and brought it to court as

22   some sort of proof that they knew each other.

23          Look.  Donald Trump doesn't have a story to tell here

24   other than to say it's a lie, what you heard him say and how

25   outrageous it is to be accused of rape, the worst thing you

1  could accuse someone of, rape.  You heard him say under oath,

2  being questioned by Ms. Kaplan -- and understand this, folks,

3  we are not arguing, and I think you know this by now, but we

4  are not arguing consent, meaning this was a consensual act

5  where Ms. Carroll was okay with it and Mr. Trump was playing

6  along.

7           I mean, by the way, Ms. Carroll said she wouldn't have

8  even sued him if he had simply just said it was consensual,

9  which is ridiculous.  Think about what she is saying here.

10  Suddenly being lunged at, having her head banged against the

11  wall twice, that it hurt, being physically restrained, having

12  his chest pressed so heavily into her that it prevented her

13  from screaming, having someone forcibly put their penis in

14  without an invitation, and causing to engage in a colossal

15  battle to free herself by stomping her feet, hitting him, and

16  pushing the person off with her knee could somehow be viewed as

17  consensual?  She literally said to him, I don't think I would

18  have sued him if he just said it was consensual.  A rape is a

19  rape is a rape.  That's just as much a rape as anything else.

20           We are saying it never happened because it did not

21  happen.  I don't think anyone seriously thinks this happened in

22  Bergdorf Goodman in the lingerie section of a department store

23  in New York City, open department store and Donald Trump, one

24  of the most famous people in New York City, in there.

25           But think about this here.  The evidence in this case

it was commented, oh, well, we didn't call any witness.  Well,

who?  I could say to any one of you, You stole my pen on some

unknown date.  How do you prove you didn't do it?  How do you

prove a negative?  You stole my pen, Mr. DeOreo.  How do you

prove you didn't do it?  Say, I didn't do it?  Call witnesses?

          I mean, if something is completely made up, the only

way to defend yourself against that accusation is by

challenging the people who made it up and the story itself.

That's why our defense came out through cross-examination in

this case.  The entire defense came out through

cross-examination of their witnesses.  Challenging the story is

our defense.  There are no witnesses for us to call.  Who are

you going to call?  Somebody who wasn't in Bergdorf Goodman on

some unknown date?  There is no witnesses for us to call

because he wasn't there.  It didn't happen.

          And if Donald Trump testified, what could I have asked

him?  What could I have asked Donald Trump that he wasn't just

asked in that day-long deposition?  Where were you on some

unknown date 27 or 28 years ago?  I mean, that would have to be

the question because they don't know the date, they don't know

the year.  And why is there no date to an event as significant

as this in someone's life?  No date.  By Ms. Carroll, by

Ms. Birnbach, and by Ms. Martin.  It's not a coincidence all of

them can't narrow down a time frame because they don't want to

give Donald Trump the opportunity to present an alibi witness.

1   Give me a date.  November of 1995, November 7, April 3 of 1996?

2   Sure.  There's calendars.  There's schedules.  There's

3   appointments.  We could see where he was.  But of course with

4   no date, no month, no year, can't present an alibi.  Can't call

5   witnesses.

6           For the first time at trial Ms. Carroll actually said

7   to you or to anyone she always thought it was a Thursday night.

8   She always thought it was a Thursday.  The first time, that

9   happened at trial.  But she didn't say beforehand, she said,

10  because she wasn't 100 percent sure.  This from a person who

11  gave you two different years, two different seasons.  Obviously

12  she wasn't sure about that.  She had no problem giving you

13  that.  But Thursday, she wasn't 100 percent sure, so she didn't

14  want to say Thursday.  But now she claims she didn't say the

15  day of the week because she wasn't 100 percent certain.  She

16  only said Thursday, ladies and gentlemen, for the first time

17  ever at this trial because she just watched the witness before

18  her, the Bergdorf Goodman lady come in here and testify that

19  Bergdorf Goodman was open late on Thursdays.  She tailored her

20  testimony right in front of you, right in front of you, one of

21  several times, and we're going to get there.

22          And by the way, this is a civil case.  Ms. Kaplan is

23  right.  This is a civil case.  If they wanted to, they could

24  have called Donald Trump as a witness.  They could have asked

25  him questions.  They didn't want to do that.  Instead, what

1    they want is for you to hate him enough to ignore the facts.

2    That's what they want.  They hope you will hate him enough, you

3    will ignore her story, but that story makes no sense by her own

4    admission, by her own admission.  They want you to focus on

5    anything but her story.  Her whole opening summation was about

6    the excuses, not the story.

7              They call Robbie Myers, the last witness to the

8    witness stand, Robbie Myers, the former editor in chief at *Elle*

9    who left in 2017, before Ms. Carroll was terminated, years

10   before Ms. Carroll was terminated?  To tell you what?  That she

11   was a great writer?  How is that relevant here?  What was that

12   hour of our lives wasted for?  Robbie Myers.

13             They called Cande Carol, the sister of Ms. Carroll,

14   who said, well, we never shared negative things with our

15   parents because we were private.  That's not private.  That's

16   family.  Private.  Private is I don't tell my friends something

17   embarrassing or something like that.  That's her family.  They

18   brought her in here to give that excuse.  Oh, we didn't share

19   anything private.  It's family.  Our dad told us to always

20   smile.  Seriously?  That was -- that was why she was called to

21   the witness stand?  Dad always said smile, so we couldn't talk

22   about bad things in our house ever, in our family ever.  That's

23   why Ms. Carroll didn't tell anyone.  Really.

24             And even when learning about this alleged rape in an

25   e-mail from her sister, Cande Carroll didn't ask her sister,

1   write things like:  Threw the ball to the dog.  Took a walk.

2   That's what she puts in there:  Dear Diary, Today I took a

3   walk.

4           You know, you know that is not true.  And you know it

5   is not true also not just because I am saying it is not true

6   but because common sense says it is not true because the last

7   thing you heard in this case, which is a stipulation which

8   means an agreement between the two parties, establishing that

9   Ms. Carroll had in fact made negative entries in her diaries,

10  that he listed three of them.  She made negative entries in her

11  diaries, just not that one.

12          All objective evidence cuts against her -- all of

13  it -- in this case.  So they don't present evidence, they

14  present excuses for lack of evidence and they don't make sense.

15  They just hope -- again, I keep saying it because it is the

16  only reason we are here -- they hope you will be blinded by the

17  hatred for Donald Trump if you feel that way.  They just hope.

18          So how did this unbelievable story come about?  What

19  are the motivations for it?  Well, the genesis of the story is

20  Ms. Carroll's book.  She told you people would be interested in

21  Donald Trump's story and selling books was important to her.

22  She tried to downplay that motivation claiming -- remember this

23  one -- I don't know what a signing bonus is.  She used that

24  exact term herself.  This is trial testimony in front of you

25  all, you jurors who she swore to tell the truth to here.

 1    good friend Carol Martin, not me.  Let's go through it and see

 2    if you think it is consistent with someone who went through

 3    what she claims she went through.

 4            You heard she had a watch party for her lawsuit like

 5    it was a movie premier or an NFL drafting or something.  They

 6    had a watch party for her lawsuit so people could gather around

 7    and celebrate her.  And remember the reaction she blurted out

 8    on the witness stand about that?  She was reading e-mails about

 9    her parties and watch parties and all the celebration of her

10    and she said, *I'm happy to read these e-mails.*  Just blurted

11    that out.  E. Jean Carroll told you status in New York was

12    important to her, that's from her trial testimony.

13    "A  Status is important in New York, that's for sure."

14            And her accusing Donald Trump definitely gave her her

15    status and media exposure, which she loved; you saw with her

16    agents:  More.  More.  More.  More.  I want more TV.  More

17    podcasts.  And you saw her on Anderson Cooper living it up.

18    Living it up on CNN.  Now, having -- to borrow her word -- she

19    was having a fabulous time.  You saw her bizarre behavior on

20    that interview.  You heard even stranger things she said.  You

21    saw Anderson Cooper's reaction.  He almost had a fit at the

22    end.  Watch.

23            (video played)

24            MR. TACOPINA:  So, you get to evaluate that yourself,

25    I don't have to tell you what you see there or what you should

N585car4                    Summation - Mr. Tacopina

1   was raped by the president of the United States.  That's when

2   she brought it out, when he was president.  She said she made

3   more money with Substack, said she got her revenge on *Elle* with

4   her own admission, and received lots of love and support.

5           Look at this.

6           (video played)

7           MR. TACOPINA:  Putting aside their reputational harm

8   expert, who is irrelevant if you find there was no sexual

9   assault, which there wasn't, but she comes in here,

10  Ms. Humphreys, and says she never measured the positive impact

11  of Ms. Carroll's accusation against Donald Trump, only the

12  negative.  Meaning she ruled out the fact that the positive

13  impact, which Ms. Carroll talked about when she was talking

14  about the support and love, she didn't measure that, whether it

15  far outweighed the negative impact she had.  But, more

16  importantly, the entire analysis is irrelevant here because,

17  again, Ms. Carroll was not defamed by Donald Trump when he

18  strongly denied the rape allegation.  She wasn't defamed

19  because it was false.  And remember, if there is no rape, there

20  is no defamation.  And you will see when you get the verdict

21  sheet all the different rapes and assault, it is all one.

22  There is no sexual assault and there is no defamation, they go

23  hand in hand.

24          You heard, among others reasons, Ms. Carroll's

25  political motivation for making a false accusation.  You heard

1    fabricated and made up.

2          Ms. Martin and Ms. Birnbach got sucked into something,

3    and I'm going to show you how it comes out through their

4    e-mails and text messages.  And what's more plausible?  That 27

5    or 28 years ago E. Jean Carroll called people she wasn't very

6    close with at the time to tell them——and no one else by the

7    way, no one else——that she was raped, who themselves didn't

8    tell anyone for 27 or 28 years, and one doesn't even remember

9    it, actually.  Or——this is more plausible——that she told two

10   very, very close friends just a few years ago to go along with

11   the story, which at first was just meant to be a book, a book

12   and nothing more, that didn't identify them by name.  They

13   weren't in the book by name.

14         They agreed because they hated Donald Trump with a

15   passion.  You heard those words.  Ms. Birnbach couldn't stop

16   thinking about him even when she was asleep, she said.  She

17   hated him more than any person she has ever hated in her life.

18   So they hate him with a passion and never thought it would go

19   any further, never.  Which sounds more believable?  Remember,

20   Ms. Carroll never planned to file a lawsuit in this case until

21   George Conway, the democratic attorney, politically adverse to

22   Donald Trump, hated Donald Trump, got his hooks into

23   Ms. Carroll.  Because up to that point she never planned on

24   filing a lawsuit.  It was just about a book and selling books.

25         And, you know, because she first lied to you about

1          THE COURT:  OK.  Let's get the jury.

2          THE DEPUTY CLERK:  Jury entering.

3          (jury present)

4          THE COURT:  OK.  We will now hear rebuttal argument on

5     behalf of the plaintiff.

6          Mr. Ferrara, you may proceed.

7          MR. FERRARA:  Thank you, your Honor.  Hi, everyone.

8          So, I have been sitting here, listening to

9     Mr. Tacopina, and he is a very good lawyer, but as Judge Kaplan

10    told you, there is a difference between argument and evidence.

11    What we presented to you in this case is evidence and what you

12    just heard, of course, was argument.  No one is asking you to

13    find Mr. Trump liable because you don't like him.  We are

14    asking you to find him liable based on the evidence you saw and

15    heard in this courtroom, evidence like Ms. Carroll's powerful,

16    credible testimony that Donald Trump sexually assaulted her;

17    Lisa Birnbach and Carol Martin's testimony that Ms. Carroll

18    told them immediately after the incident; Natasha Stoynoff and

19    Jessica Leeds' testimony that Donald Trump did the same thing

20    to them, sexually assaulted them in very, very similar ways;

21    the witnesses who worked at Bergdorf Goodman in the mid-1990s

22    who told you the store was often very quiet on Thursday nights

23    and that Donald Trump shopped there from time to time;

24    Dr. Leslie Lebowitz, who explained the psychology of

25    Ms. Carroll and other trauma victims; and you heard from Donald

1   Trump himself that this is how he treats women, that attacking

2   beautiful women is just something he does and can do,

3   fortunately -- that's his word -- because he is a star.

4           That was the evidence.  Evidence that leads to only

5   one conclusion:  That Donald Trump sexually assaulted E. Jean

6   Carroll in that dressing room and then he lied about it and

7   defamed her.  That's what the evidence showed.

8           You heard Mr. Tacopina say, you know, who can you call

9   as a witness to disprove that something like that happened?

10  And I have an idea for him.  It is a little late, but maybe

11  Donald Trump.  But he wasn't here.  It's funny that

12  Mr. Tacopina started his closing by talking about the justice

13  system and respect for the system when his own client didn't

14  have enough respect to come in to this court during this trial.

15  I guess he had better things to do.  He is not president

16  anymore, it is not like he has to meet with heads of state or

17  worry about the situation in Ukraine.  He just decided not to

18  be here.  He never looked you in the eye and denied raping

19  Ms. Carroll.  Never did that.

20          So, the defense, confronted with our evidence and

21  having no witnesses of their own, they made a lot of arguments

22  and those arguments are not supported by any evidence.  And we

23  will talk more about this but I'm going to give you an example

24  and it is this idea that Trump needs you to believe that

25  everyone is lying because they're in this grand conspiracy to

1    take him down and there is just no evidence of that.  Yeah,

2    many of our witnesses are registered democrats and they have no

3    love for Donald Trump.  It's true.  That doesn't make them

4    unique and that's not evidence of a conspiracy.

5          Ms. Martin and Ms. Birnbach have built their careers

6    as writers and journalists based on trust that their viewers

7    and readers trust them.  They're not going to throw away their

8    reputations and livelihood on some hair-brained scheme to take

9    down Donald Trump.  But that's what the defense argued.

10          And in addition to ignoring the evidence, the defense

11   made several arguments which sort of contradict themselves.

12   The way I put it is they want it both ways.  And I will explain

13   what I mean and will give you a couple examples.  So, let's

14   take an easy one.

15          Trump's team, of course, has to argue that Ms. Carroll

16   is lying that Donald Trump assaulted her.  OK.  But here is the

17   thing.  The defense also actually wants you to believe that

18   Ms. Carroll is telling the truth in all sorts of ways.  For

19   instance, the defense wants you to believe that Ms. Carroll is

20   a happy person despite what Trump did to her.  Which we told

21   you that.  Ms. Carroll did.  She told you that herself.  She

22   didn't have to say that but she did because it was the truth.

23   The defense wants you to believe that, and you should.

24          The defense also wants you to believe, for example,

25   that other bad things have happened to Ms. Carroll in her life.

1    And again, that's true, and it was Ms. Carroll who told you

2    that herself.

3            So, there are lots of things Ms. Carroll told you that

4    the defense wants you to believe, the things she said that they

5    believed helped their case, but then they turn around and ask

6    you not to believe anything else, like that Trump assaulted

7    her.  They want it both ways.  We are asking you to credit

8    everything Ms. Carroll said, the good and the bad.  The defense

9    is asking you to pick and choose because their argument depends

10   on having it both ways.  You should reject that.

11           So, that's one, that's one of the ways that they sort

12   of, they want it both ways, and here is another example and I

13   previewed it a moment ago.

14           So, Mr. Tacopina is asking you to believe that

15   Ms. Carroll, Lisa Birnbach, and Carol Martin hate Donald Trump

16   so much they're willing to lie to you, commit perjury, risk

17   going to jail, risk their reputations and their careers as

18   trusted journalists to drum up some hair-brained scheme to take

19   down Donald Trump.  But at the same time he shows you texts in

20   which they're gossiping about one another, they're talking to

21   friends, calling each other names.  Which is it?  Are they

22   conspirators in a scheme?  Or are they gossiping with each

23   other about petty grievances?

24           Let's start with the scheme because there is no

25   evidence of this scheme.  The best Trump's team can do is point

1    to an e-mail exchange you have seen between Ms. Carroll and

2    Ms. Martin where Ms. Martin refers to a scheme.  And

3    Mr. Tacopina made a lot of that e-mail.  He suggested that that

4    one word, from an e-mail Ms. Martin sent back in 2017, proves

5    that these three people got together and hatched a plan to come

6    up with a big lie that would take down a sitting president.  So

7    let's look at it, let's look at the e-mail, it is Plaintiff's

8    Exhibit 122.

9              THE COURT:  Are you having a problem?  Thank you.

10             MR. FERRARA:  There it is.  Thank you, Mr. Lam.

11             So, Ms. Martin wrote:  As soon as we are both well

12    enough to scheme, we must do our patriotic duty again.

13             So the defense argues that the patriotic duty, it is I

14    guess to come up with a lie to destroy Trump.  But look at what

15    else Ms. Martin wrote.  She wrote:  We must do our patriotic

16    duty again.  Mr. Tacopina read this about three times and he

17    never read the word "again."  Why did she write "again?"  Is

18    the defense suggesting that Ms. Carroll and her friends had, on

19    some previous occasion, accused some different president of an

20    assault?  Does the defense have some evidence that these women

21    accused Ronald Reagan of rape that they haven't shown us?  Of

22    course not.  It is silly.

23             We can take that down.  Thank you.

24             Ms. Martin told you what the scheme was and it makes

25    total sense.  She said the scheme did involve a plan to ensure

1   rape law as this something that hasn't happened.  This text is

2   from 2021.  You heard earlier about this law which is the Adult

3   Survivors Act.  Ms. Carroll testified about it and Judge Kaplan

4   explained it in his preliminary instructions at page 18 of the

5   transcript.

6          The law was passed in 2022 after Ms. Martin wrote this

7   text.  Ms. Martin is saying Ms. Carroll is celebrating

8   something that might not happen, meaning the passage of the

9   law.  And you heard that the law in fact later was passed and

10  Ms. Carroll did bring this lawsuit under that new law.  That's

11  all that was.  A friend gossiping about silliness.  That's it.

12  It's boring.  There is no scheme.

13         By the way, I will also mention that the timing of the

14  defense's sort of silly theory doesn't work at all.  According

15  to them, Ms. Carroll published her account of Donald Trump to

16  take him down as president.  Now, you recall Ms. Carroll

17  published that account online and in her book in June of 2019.

18  Mr. Trump was already president then.  He had been elected in

19  November of 2016.  Mr. Trump was elected after the *Access

20  Hollywood* video came out, that came out earlier in 2016.  He

21  was elected after Natasha Stoynoff and Jessica Leeds had come

22  forward with their own accusations against him.  They came

23  forward in October of 2016 before Election Day.  So why is this

24  important?  It is important because when America voted for

25  Donald Trump, we all knew how he treated women.  By Election

1    Day of 2016, two women had spoken publicly about Trump

2    assaulting them -- Ms. Leeds and Ms. Stoynoff, and the *Access*

3    *Hollywood* tape had aired in which Trump admitted to grabbing

4    women by the you-know-what.  That was all out there and America

5    voted for him anyway.  So there was no way that Ms. Carroll,

6    Ms. Martin, and Ms. Birnbach would have ever thought that

7    another assault accusation over two years later was going to

8    have any effect whatsoever on whether Trump was re-elected.  It

9    is dumb.  The defense's made up conspiracy is just wrong.

10              Oh.  Sorry.  Don't let me forget.  According to the

11   defense, these women were so stupid that they stole the idea

12   for their scheme from the plot of a Law & Order SVU episode.

13              This is Defendant's Exhibit CK which Mr. Tacopina

14   showed you.  And then, Mr. Tacopina argues that, you know,

15   Ms. Carroll admitted when she testified she was aware of the

16   show.  Yes.  Yes, she was aware of the show -- from this

17   e-mail.  The e-mail she received after she had already come

18   forward about Trump in her book.  What does Ms. Carroll say in

19   response to the person alerting her to the SVU episode?  She

20   says:  I haven't seen it.  Which is exactly what she testified

21   to on the stand.

22              And do you know where this e-mail came from?  From

23   Ms. Carroll.  If she was willing to commit a crime by lying

24   under oath and bringing a false lawsuit against Trump she would

25   also be willing to delete this e-mail.  If this was a

1      But I was telling you how the defense wants it both

2  ways and so they want you to believe that these three people

3  are in this conspiracy but at the same time Mr. Tacopina showed

4  Carol Martin all those texts where Ms. Martin said some mean

5  things about Ms. Carroll and you remember them, Mr. Tacopina

6  went over them.  Ms. Martin called Ms. Carroll narcissistic, a

7  little scary.  She wrote that Ms. Carroll's lawsuit had gone to

8  another level that she had she couldn't relate, she was just

9  not there for it.  You saw it.

10      So, the question is if Ms. Martin was in a secret

11  scheme with Ms. Carroll, why in the world is she complaining to

12  random friends about it?  Which is it?  Are they in grand

13  scheme to take down the president, or is Ms. Martin gossiping

14  to friend and calling E. Jean names?  The defense argument

15  doesn't pass the smell test.

16      Or, remember what Lisa Birnbach told you.  She said

17  that after Ms. Carroll told her about the assault she never

18  checked in with Ms. Carroll about it.  She worked not to think

19  about it.  It is weird, right?  It is weird that Ms. Carroll

20  told her friend she had been raped and her friend never asked

21  about it again for 20 years.  The truth is often weird.  But

22  here is my point:  No one lies like this.  If Ms. Birnbach was

23  in a conspiracy with Ms. Carroll and was willing to commit

24  perjury and lie to you, she would tell you she thought about

25  the assault often.  She would tell you that she frequently

N585car6                          Rebuttal - Mr. Ferrara

1   asked Ms. Carroll if she was OK, that they had discussed it on

2   election night, because that's easier to understand and who

3   could prove her wrong?  But what you heard was a witness --

4   Lisa Birnbach -- being completely honest with you, even when it

5   opened her up to difficult questions by the defense.  She told

6   you the truth, not what she thought you wanted to hear.  And,

7   you know the truth.  Ms. Carroll was sexually assaulted by

8   Donald Trump and immediately told her good friends Lisa and

9   Carol.

10          When Ms. Carroll eventually came forward, Ms. Martin

11   was upset that she had to be deposed, that she had to testify

12   and turn over her private texts and e-mails, that she had to

13   fear for her safety.  And so, like we have all done,

14   Ms. Martin, texting privately with her other friends, said some

15   unkind things about Ms. Carroll.  We have all been there, we

16   have all been on both sides of that.

17          But here is another problem with the defense argument.

18   If Ms. Martin was scheming to help her friend file a lawsuit

19   against Donald Trump, she would know she was going to have to

20   turn over those texts and e-mails.  These women aren't stupid.

21   She would know the end game was a lawsuit and they know that

22   would mean they would have to produce their communications.

23   Ms. Martin wouldn't have written those texts if she was

24   conspiring to help her friend file a lawsuit.  And, if she was

25   willing to commit perjury, well then she would be willing to

1   delete the texts before ever giving them anyway.  She didn't do

2   those things because this isn't a conspiracy.  Ms. Martin --

3   she didn't want to be here but she came and testified because

4   it was the truth and she believed it was the right thing to do.

5          Last point on this.  In all of those private texts you

6   saw there wasn't a single one in which Ms. Martin or

7   Ms. Birnbach ever questioned that Donald Trump had assaulted

8   Ms. Carroll because that's the truth.  Ms. Martin said she

9   produced years' worth of texts -- that's at 1046 -- years'

10  worth, and not one of them did Ms. Martin ever question whether

11  Trump assaulted Ms. Carroll because she knew the answer to that

12  question and so do you.  It happened.  Donald Trump did it.

13         So, OK, let's talk about how else the defense wants it

14  both ways and this is also something I briefly touched on

15  earlier.

16         So, Mr. Trump publicly denied raping Ms. Carroll.  And

17  of course that's part of the defense argument, that Ms. Carroll

18  made all of this up and it never happened.  OK.  But if that's

19  Trump's defense, why did Mr. Tacopina ask all those questions

20  about whether Ms. Carroll screamed, about whether she was

21  laughing, about whether she willingly went into the dressing

22  room with Mr. Trump?  Those questions are about whether

23  Ms. Carroll consented to what Trump did to her.  And

24  Mr. Tacopina agreed that this isn't a case about consent, that

25  consent is not their defense.  So then why does it matter?  If

1    he lied about it and defamed her.  They didn't put on a defense

2    case because they don't have a defense.  And that actually

3    leads me to another example of how the defense wants it both

4    ways.

5         Mr. Tacopina argues that we haven't carried our burden

6    of prove in this trial.  And he is of course correct, it is our

7    burden.  It is our burden of proof, we embrace that burden.

8    And, we have carried it.  We have to prove it is more likely

9    than not that Trump assaulted Ms. Carroll.

10        Remember, as everyone agrees, right, this is not a

11   criminal case, the standard is not beyond a reasonable doubt,

12   and we have proven, by overwhelming evidence, that that assault

13   occurred.  We are not worried about 51 percent but that's the

14   standard, so he told it to you accurately.  And the question --

15   you are going to render a verdict based only on the evidence

16   you have seen in this courtroom.  Only on the evidence in this

17   courtroom.  You are going to be asked to decide whose version

18   of events is more likely.  So think of it like a scale, right?

19   And the scale is balanced when the evidence on each side is

20   exactly the same and the question here is whether the side of

21   the scale with our evidence is heavier than the side of the

22   scale with the defense evidence.  And the defense says no.

23   They say, no, it's not.  But they're totally wrong because, as

24   you know, they didn't call any witnesses, not a single one, and

25   yet --

1           MR. TACOPINA:  Judge, that's objectionable.  Scales

2     are based on witness -- quantity of witnesses.

3           THE COURT:  That's enough.  Thank you.

4           Members of the jury I will instruct you.

5     Preponderance of the evidence refers, as has been said, to the

6     preponderance of the credible evidence.  It means which side is

7     more likely right and that doesn't depend on who called how

8     many witnesses or put in what documents.

9           Go ahead.

10          MR. FERRARA:  Mr. Tacopina argued that the defense

11    couldn't find any witnesses or evidence because Ms. Carroll

12    wasn't specific about the date.  Remember this?  That

13    Ms. Carroll is deliberately being vague about the date the

14    assault occurred because she doesn't want Trump to be able to

15    find any witnesses or evidence and he talked about not being

16    able to prove a negative or disprove that the assault happened?

17          Well, first things first.  The reason they can't

18    disprove it is because it happened.  OK?  It's true.  Trump

19    assaulted Ms. Carroll.  And if it wasn't true, they would have

20    been able to find evidence that it wasn't true.  And because it

21    is true, we were able to find evidence from that period of time

22    all of which backs up Ms. Carroll's testimony every step of the

23    way.

24          So, for example, Ms. Carroll said she had met Trump.

25    He said they hadn't.  We have a photo from that period of time

1   showing the two of them speaking.  That's Plaintiff's Exhibit

2   12, the photo where Trump mistook Ms. Carroll for Marla Maples,

3   his second wife.

4           Trump also said he never went to Bergdorf's.  Well, we

5   found two people who worked at Bergdorf Goodman during that

6   period of time, Cheryl Beall and Robert Salerno.  Mr. Salerno

7   remembers seeing Trump in the store and Ms. Beall remembers

8   seeing him right outside.  So, that's one reason you should

9   reject Mr. Tacopina's argument that they couldn't find any

10  evidence.  Because we did.  We found evidence from that time

11  period and we showed it to you at this trial.

12          But there is a second, even simpler reason why the

13  Trump team is wrong when they argued that they couldn't find

14  evidence or witnesses.  There were two people in that dressing

15  room back in 1996, Ms. Carroll and Mr. Trump.  One of them

16  testified, one of them didn't.  The defense didn't call

17  Mr. Trump to testify and you should conclude it is because he

18  would have hurt their case if he had.  And that brings me to my

19  final example of how the defense wants it both ways.

20          They argue that Ms. Carroll lied when she testified to

21  you.  Mr. Tacopina mentioned points he made on

22  cross-examination to try to argue that Ms. Carroll lied.  You

23  saw her testify and you can tell from her demeanor and her

24  answers and all the other evidence that she was telling the

25  truth, but it's ironic that Mr. Tacopina points to his

1    cross-examination of Ms. Carroll as evidence that she lied

2    because Mr. Tacopina's client, Donald Trump, never took the

3    witness stand at all.  He didn't even show up in court.  And in

4    his attempt to make an excuse for his client's decision not to

5    attend this trial, Mr. Tacopina pointed out that Mr. Trump was

6    deposed.  And you saw that.  You also saw that Ms. Carroll was

7    deposed, twice, by some of the same lawyers in this courtroom.

8         Mr. Tacopina claims that it was enough that Trump was

9    deposed once over seven months ago.  But then why wasn't it

10   enough that Ms. Carroll was also asked questions at her

11   deposition?  Why did Mr. Tacopina have to spend nearly two full

12   days asking her questions during this trial if her deposition

13   was enough?  Because that's not how this works.

14        Respect for the justice system.  It was Ms. Carroll

15   who respected the justice system enough to walk into this

16   courtroom, swear an oath, look all of you in the eye, and

17   subject herself to two days of cross-examination.  Donald Trump

18   did not do that.  He could not do that.

19        Mr. Tacopina said to you minutes ago that you need

20   cross examination in your search for the truth.  And we

21   couldn't agree more.  What does that tell you?  What does your

22   common sense tell you?  If someone accused you of rape and you

23   didn't do it, you would run to the courtroom, look the jurors

24   in the eye, and tell them it never happened.  Mr. Trump didn't

25   do that.  Ms. Carroll was here every day, testified for over

1    two days, hour after hour of cross-examination.  Not Trump.

2    Didn't want to answer our questions.

3              Mr. Tacopina criticizes Ms. Carroll's testimony

4    because she showed up, she swore an oath, and told you what

5    happened, and meanwhile, Donald Trump was nowhere to be found;

6    didn't come into the courtroom, didn't take the witness stand.

7    And you should draw the conclusion that that's because he did

8    it, because he raped Ms. Carroll and he didn't want to testify

9    about it.

10             Now, I mentioned that Mr. Tacopina has, at times,

11   cherry-picked portions of the transcript to show you throughout

12   his summation and I gave you one example and I want to come

13   back to a couple more.

14             Again, he is a good lawyer, he has the transcript, and

15   he showed it to you when it suited him to do that but he, at

16   times, did not give you the full context because it would hurt

17   his case to show you that so I will do it.

18             He put up a slide with a line of testimony from page

19   605 of Ms. Carroll's testimony.  Here is what he showed you.

20   Ms. Carroll saying I never had sex again but I think it wasn't

21   because of him.  Here is what he left out, let's add in the

22   rest of it.

23             And then, he also didn't show you the rest of the

24   context Ms. Carroll gave on page 625.

25             Do we have that, Mr. Lam, too?

1           *Here is the thing.  I was killing my own luck.*  She

2    testified.  *I was getting in the way of my own luck.  I made*

3    *sure I wasn't lucky.  I just made sure I didn't meet a person*

4    *because I didn't allow myself to flirt or smile at a possible*

5    *romantic partner.*  That was the context.

6           Another example --

7           We can take that down.  Thank you, sir.

8           Another example of cherry-picking had to do with the

9    testimony of Dr. Lebowitz.  Now, Mr. Tacopina spent a lot of

10   time on Dr. Lebowitz and he made this point about how, if

11   Ms. Carroll had lied to Dr. Lebowitz, then it sort of just goes

12   into the report.  He used this phrase:  Garbage in, garbage

13   out.  Remember that?  But, again, he cherry-picked this too

14   because, as my colleague Ms. Kaplan explained earlier,

15   Dr. Lebowitz testified that she believed Ms. Carroll.  A

16   licensed, clinical psychologist with a speciality in trauma

17   who, for years, has treated members of the military who suffer

18   trauma, that clinical expert believes Ms. Carroll.  And that's

19   at page 896, Ms. Kaplan showed it to you.  The defense asked

20   her that but Mr. Tacopina didn't show you that part.

21          Mr. Tacopina also cherry-picked and misrepresented the

22   evidence when he was talking about this guy George Conway.

23   Mr. Tacopina called Mr. Conway a democratic party lawyer and he

24   showed you one question of Ms. Carroll's testimony so let me

25   show you the rest.  It is page 315 of the transcript.

1    which was around 6:00 or 7:00 at night and it made sense it was

2    the night that the store stayed open late:  Thursday.  That's

3    it.  No big deal.  It is not lies, it is just common sense and

4    best efforts to remember.

5         Mr. Tacopina also argued that Ms. Carroll is lying to

6    sell her book and that the lawsuit is a money grab.  Well,

7    that's totally wrong and look, first, again, my partner

8    Ms. Kaplan spoke to you for 90 minutes earlier and she never

9    asked you once to award Ms. Carroll some ridiculous amount of

10   money and I'm not going to do that either.

11        Second, Ms. Carroll told you that this lawsuit isn't

12   about the money.  I asked her if she's hoping for a large

13   payout from this case and she answered "it's not about the

14   money, it's about getting my name back."  That's at page 316 of

15   the transcript.  If Ms. Carroll is hoping for a huge payday,

16   why would she tell you, the jury that will decide the issue,

17   that it isn't about the money?  She wouldn't.  What she told

18   you is the truth.  This lawsuit is about far more than money to

19   her, it is about getting her life back.

20        And the book?  I mean, Ms. Carroll told you the book

21   was a dud and didn't sell but remember the evidence about how

22   Ms. Carroll published the Trump chapter from the book?  That

23   chapter about Trump and a few other chapters were published

24   online by *New York* magazine.  Right?  So, in other words,

25   Ms. Carroll gave away, for free, online, the chapter about

Trump.  She wouldn't have done that if she was making up a

story to get people to buy her book.  This is not a money grab.

The defense also argued that Ms. Carroll is lying

about whether Ms. Martin and Ms. Birnbach read the book excerpt

about Trump.  And I guess his point there was that they're

lying about having read the book because they've secretly read

it and they got their stories straight to coordinate their

accounts.  I apologize, I honestly did not completely follow

this one, but I -- but the book was published, period.  The

excerpt was online.  Ms. Carroll, Ms. Martin, and Ms. Birnbach

all told you they did an interview together for the New York

Times.  No one is saying to you that they had not heard each

others' accounts before they testified here.  No one is saying

that.  They told you that.  So, I don't understand the argument

about did they read the excerpt?  Did they not?  They told you

about sitting with one another for an interview.

This goes to what I was sort of saying earlier about

if they were going to lie, wouldn't they lie better than this?

I mean, it goes back to that idea but, similarly, if they

wanted to get their story straight, which I think is what

Mr. Tacopina is suggesting I think he is saying, they wanted to

get their story straight, but they also could have done that a

lot better because there are little inconsistencies throughout

their testimony that shows you they didn't coordinate with each

other, they're just doing their best to remember a conversation