UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br><br>   *Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, in his personal capacity,<br><br>   *Defendant.* | Civil Action No.: 1:20-cv-7311-LAK-JLC<br><br>**NOTICE OF MOTION FOR ENTRY OF AN ORDER LIMITING THE ISSUES TO BE LITIGATED ON THE GROUNDS OF COLLATERAL ESTOPPEL** |

**PLEASE TAKE NOTICE** that the defendant, Donald J. Trump ("Defendant"), hereby moves this Court, before the Hon. Lewis A. Kaplan, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, on a date to be set by the Court, for entry of an order limiting the issues to be litigated on grounds of collateral estoppel.

This motion is supported by the annexed memorandum of law, the declaration of Alina Habba and accompanying exhibits, any arguments or evidence presented in reply, and all arguments or evidence presented at a hearing or with leave of Court.

Dated: New York, New York
   August 2, 2023

Respectfully submitted,

_____
Alina Habba, Esq.
Michael T. Madaio, Esq.
HABBA MADAIO & ASSOCIATES LLP
1430 U.S. Highway 206, Suite 240
Bedminster, New Jersey 07921
  -and-
112 West 34th Street, 17th & 18th Floors
New York, New York 10120
Telephone: (908) 869-1188
Facsimile: (908) 450-1881
E-mail: ahabba@habbalaw.com
   mmadaio@habbalaw.com

*Attorneys for Defendant, Donald J. Trump*

1