**HABBA MADAIO & ASSOCIATES LLP**
Alina Habba, Esq.
1430 US Highway 206, Suite 240
Bedminster, New Jersey 07921
   -and-
112 West 34th Street, 17th & 18th Floors
New York, New York 10120
Telephone: (908) 869-1188
Facsimile: (908) 450-1881
E-mail: ahabba@habbalaw.com
*Attorneys for defendant Donald J. Trump*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br><br>   *Plaintiff,*<br><br> v.<br><br>DONALD J. TRUMP, in his personal capacity,<br><br>   *Defendant.* | Civil Action No.: 1:20-cv-7311-LAK-JLC<br><br>**DECLARATION OF ALINA HABBA** |

I, Alina Habba, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am managing partner of the firm of Habba Madaio & Associates LLP, counsel for the defendant, Donald J. Trump ("Defendant"), in the above-captioned matter (the "Action").

2. I submit this declaration in support of Defendant's Memorandum of Law in Support of Defendant's Motion for Entry of an Order Limiting the Issues to be Litigated on Grounds of Collateral Estoppel.

3. As counsel for Defendant, I have reviewed pleadings and other documents related to the Action, and I am familiar with the facts and circumstances of this case.

4. Attached hereto as **Exhibit A** is a true and accurate copy of the Expert Report of Professor Ashlee Humphreys, PhD, dated January 9, 2023.

5. Attached hereto as **Exhibit B** is a true and accurate copy of the Expert Report of Professor Ashlee Humphreys, PhD, dated October 14, 2022.

Dated: August 2, 2023                                   Respectfully submitted,

                                                        Alina Habba, Esq.
                                                        Habba Madaio & Associates LLP