**MEMO ENDORSED**



**HABBA MADAIO**
& Associates LLP

Michael T. Madaio, Esq.
Partner
mmadaio@habbalaw.com
Admitted to practice in NJ, NY & PA

August 3, 2023

**VIA ECF**
The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street
New York, New York 10007

```
USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-3-2023
```

    Re:    *E. Jean Carroll v. Donald J. Trump*
            *20 Civ. 7311 (LAK)*

Dear Judge Kaplan:

    On July 19, 2023, this Court directed the parties to "file a motion setting forth precisely each fact or proposition of law, if any, as to which the moving party claims *Carroll II* has preclusive effect in this action." *See* ECF 178. Plaintiff subsequently submitted a letter to the Court, *see* ECF 182, seeking permission to submit "any targeted summary judgment motions" addressing the preclusive effect of *Carroll II*. To date, Plaintiff's request has not been addressed by this Court.

    Given that the Court did not expressly invite the parties to submit motions for summary judgment, Defendant objects to the form of Plaintiff's motion for partial summary judgment, as it seemingly exceeds the scope of the Court's directive. To the extent this Court deems Plaintiff's motion acceptable, Defendant respectfully requests 21 days to file an opposition to Plaintiff's motion. This period of time aligns with the Court's prior mandate setting forth the applicable deadlines for summary judgment motions. *See* ECF 102. In the interest of judicial economy, Defendant would have no objection to similarly extending Plaintiff's time to respond to Defendant's motion.

    We thank the Court for its courtesy and attention to this matter.

                                            Respectfully submitted,

                                            Michael T. Madaio, Esq.
                                            For HABBA MADAIO & ASSOCIATES LLP

cc: Counsel of Record

1430 U.S. Highway 206, Suite 240, Bedminster, NJ 07921 • Tel. 908.869.1188

Memorandum Endorsement                                Carroll v. Trump, 20-cv-7311 (LAK)

        To the extent, if any, defendant seeks an extension of time to respond to plaintiff's motion insofar as it seeks a determination with respect to facts established by the *Carroll II* verdict, the application is denied.

        To the extent that defendant seeks an extension to respond to plaintiff's motion insofar as it seeks partial summary judgment, the application is granted. Plaintiff's time to file a reply to defendant's submission on that issue is extended by an equal period of time.

        SO ORDERED.

Dated:       August 3, 2023

                                                    /s/     Lewis A. Kaplan
                                                            Lewis A. Kaplan
                                                     United States District Judge