UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
E. JEAN CARROLL,                                    Civil Action No.:
                                                    1:20-cv-7311-LAK-JLC

         *Plaintiff*,

v.                                                  **NOTICE OF APPEAL**

DONALD J. TRUMP, in his personal capacity,

         *Defendant*,
------------------------------------------------------------X

      Notice is hereby given that the Defendant, Donald J. Trump, appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Opinion Granting Plaintiff's Motion to Dismiss Defendant's Counterclaim and Certain Purported Defenses of the Hon. Lewis A. Kaplan, U.S.D.J., entered August 7, 2023 (Dkt. 200), attached hereto as Exhibit A, granting Defendant's Motion to Dismiss Counterclaim and Strike Certain Affirmative Defenses (Dkt. 174).

Dated: New York, New York                HABBA MADAIO & ASSOCIATES LLP
       August 10, 2023

                                                                 Michael T. Madaio, Esq.
                                                                1430 US Highway 206, Suite 240
                                                                Bedminster, New Jersey 07921
                                                                -and-
                                                                112 West 34th Street, 17th & 18th Floors
                                                                New York, New York 10120
                                                                mmadaio@habbalaw.com
                                                                Telephone: (908) 869-1188
                                                                Facsimile: (908) 450-1881

To:    All Counsel of Record (via ECF)