UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E. JEAN CARROLL,

        *Plaintiff*,

v.

DONALD J. TRUMP, in his personal capacity,

        *Defendant*.

No. 20 Civ. 7311 (LAK)

**DECLARATION OF ROBERTA A. KAPLAN IN SUPPORT OF
PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S
MOTION FOR ENTRY OF AN ORDER LIMITING THE ISSUES TO BE LITIGATED
ON GROUNDS OF COLLATERAL ESTOPPEL**

I, Roberta A. Kaplan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I am a member of the bar of the State of New York and am admitted to appear before this Court. I am a partner in the law firm Kaplan Hecker & Fink LLP, counsel for Plaintiff E. Jean Carroll in the above-captioned action.

2.    I respectfully submit this declaration in support of Carroll's memorandum of law in opposition to Defendant's motion for entry of an order limiting the issues to be litigated on grounds of collateral estoppel.

3.    Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the official transcript of the trial in *Carroll v. Trump*, No. 22 Civ. 10016 (S.D.N.Y.).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    New York, New York
             August 16, 2023

                                                                   Roberta A. Kaplan