UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
E. JEAN CARROLL,

                Plaintiff,

    -against-                                         20-cv-7311 (LAK)

DONALD J. TRUMP, in his personal capacity,

                Defendant.
------------------------------------------------------------x

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 10-10-2023

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       In recognition of the January 15, 2024 federal holiday, the trial of this case will commence at 9:30 a.m. on January 16, 2024.

       SO ORDERED.

Dated:    October 9, 2023

                                                      _____
                                                             Lewis A. Kaplan
                                                           *United States District Judge*