UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

E. JEAN CARROLL,

                Plaintiff,

    -against-                                      20-cv-7311 (LAK)

DONALD J. TRUMP, in his personal capacity,

                Defendant.

------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        In advance of the trial of this action, the Court hereby establishes the following procedure.

1. On or before October 19, 2023, each party shall file a memorandum of law setting forth its position with respect to whether Mr. Trump defamed Ms. Carroll in his June 24, 2019 statement and the bases for its claim. Any response to any such memorandum shall be filed no later than October 26, 2023. Any reply shall be filed no later than November 2, 2023.

2. Any party objecting to the use of an anonymous jury in the trial of this case shall file any objections no later than October 13, 2023. Any response to any such objection shall be filed no later than October 18, 2023.

3. Any updated joint pretrial order shall be filed no later than November 10, 2023.

4. The parties shall file their proposed special verdict forms and jury instructions no later than November 15, 2023.

SO ORDERED.

Dated:    October 11, 2023

                                                          Lewis A. Kaplan
                                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-11-2023