UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
E. JEAN CARROLL,

                Plaintiff,

      -against-                                   20-cv-7311 (LAK)

DONALD J. TRUMP, in his personal capacity,

                Defendant.
------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

        On or before November 22, 2023, the parties shall submit a joint proposed preliminary instruction. The joint proposed preliminary instruction shall set forth:

(a) an agreed statement as to the facts determined by virtue of the collateral estoppel effect of *Carroll II* in this case,

(b) any facts to which the parties stipulate with respect to the scope of the issues to be tried in this case, and

(c) any other facts to which the parties stipulate that, in their view, should be conveyed to the jury at the outset.

SO ORDERED.

Dated:    November 14, 2023

                                                Lewis A. Kaplan
                                              United States District Judge