UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E. JEAN CARROLL,

           *Plaintiff*,

v.

DONALD J. TRUMP, *in his personal capacity*,

           *Defendant.*

No. 20 Civ. 7311 (LAK)

## [PLAINTIFF'S PROPOSED] VERDICT FORM

**It is established that Mr. Trump defamed Ms. Carroll on June 21, 2019 and June 22, 2019.**

**Did Ms. Carroll prove, by a preponderance of the evidence, that:**

1. Ms. Carroll was injured as a result of Mr. Trump's June 21, 2019 and June 22, 2019 statements?

    YES ____    NO ____

    If "Yes," insert a dollar amount for any damages other than the reputation repair program.

    $_____

    If "Yes," insert a dollar amount for any damages for the reputation repair program only.

    $_____

    If "No," insert $1.

    $_____

    *[Continue to Question 2, whether you answered "Yes" or "No."]*

2. In making the June 21, 2019 and June 22, 2019 statements, Mr. Trump acted maliciously, out of hatred, ill will, spite or wanton, reckless, or willful disregard of the rights of another?

    YES ____    NO ____

If "Yes," how much, if any, should Mr. Trump pay to Ms. Carroll in punitive damages?

$\$$ _____

*[Please write your juror number (not your seat number or name) in the space provided below, fill in the date, and inform the officer that you have reached a verdict.]*

Dated: _____, 2024

Juror numbers:

_____     _____

_____     _____

_____     _____

_____     _____

_____

Dated: New York, New York
       November 15, 2023

Respectfully submitted,

/s/ Roberta A. Kaplan

Roberta A. Kaplan
Shawn G. Crowley
Trevor W. Morrison (admitted *pro hac vice*)
Matthew J. Craig
Kaplan Hecker & Fink LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
scrowley@kaplanhecker.com
tmorrison@kaplanhecker.com
mcraig@kaplanhecker.com

Joshua Matz
Kaplan Hecker & Fink LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883
jmatz@kaplanhecker.com

*Counsel for Plaintiff E. Jean Carroll*

3