UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E. JEAN CARROLL,

          *Plaintiff*,

v.

DONALD J. TRUMP,

          *Defendant.*

No. 20 Civ. 7311 (LAK)

## PROPOSED VERDICT FORM

**Defamation**

**Did Ms. Carroll prove, by a preponderance of the evidence, that**

1. Ms. Carroll was injured as a result of Mr. Trump's publication of the June 21, 2019 statement?

    YES _____    NO _____

    If "Yes," insert a dollar amount for any compensatory damages.

    $_____

    If "No," insert $1.

    $_____

    *[Continue to Question 2, whether you answered "Yes" or "No"]*

2. Ms. Carroll was injured as a result of Mr. Trump's publication of the June 22, 2019 statement?

    YES _____    NO _____

    If "Yes," insert a dollar amount for any compensatory damages.

    $_____

If "No," insert $1.

$_____

*[Continue to Question 3, whether you answered "Yes" or "No"]*

**Did Ms. Carroll prove, by clear and convincing evidence that**

3. In making the June 21, 2019 statement and/or the June 22, 2019 statement, Mr. Trump acted maliciously and was solely motivated by hostility and a desire to injure Ms. Carroll?

    YES _____    NO _____

    If "Yes," how much, if any, should Mr. Trump pay to Ms. Carroll in punitive damages?

    $_____

Dated: _____, 2023.