# EXHIBIT C

**Proceedings**

2415

1  much worse.
2       THE WITNESS:  Much worse.
3       THE COURT:  Would anybody else like to question the
4  witness, either from the defense or the Attorney General?
5       MR. KISE:  No, Your Honor.
6       MS. HABBA:  No, Your Honor.
7       THE COURT:  The witness is excused.  I have no
8  further questions.  Thank you.
9       THE WITNESS:  Thank you, sir.
10      (Whereupon, the witness is excused from the witness
11 stand.)
12      THE COURT:  Thank you.
13      As the trier of fact, I find that the witness is
14 not credible; that he was referring to my law clerk, who is
15 principal law clerk, who is sitting much closer to me, who
16 doesn't have a barrier, whom I believe has been accused by
17 the defendant of being partisan or Democrat or partisan
18 Democrat.  I hereby fine you $10,000, which is on the low
19 side, to be paid within 30 days to the Lawyer's Fund for
20 Client Protection.
21      Would anybody like to say anything else?
22      MR. KISE:  Your Honor, I would just object to that.
23 I mean, there is one witness on the stand, the only witness
24 on the stand.  There is no evidence to the contrary other
25 than in your mind and I don't want to go to a place where I

3493

1  Q   So this statement was prepared in a manner that you
2  agree with; that you think was appropriate?
3  A   That was fine.  It was fine.  I didn't go into great
4  detail on it, but it was fine.
5  Q   If anything, you think the statement under valued your
6  assets; is that correct?
7  A   Well, I do by a substantial amount.  It was the
8  opposite of your case your case.  Your case was that I had no
9  money at all.  I mean, looking at this year, what could I have
10 300-some-odd million dollars based on just saw -- 300 -- let me
11 look.  But, you know, you sued me on the basis that Trump had no
12 money and he wrote up phony statements and defrauded banks even
13 though they were represented by the biggest law firms in the
14 world and the most sophisticated and best lawyers, and even
15 though these banks were paid back in full, there was no harm;
16 there was no anything.  Everybody got their money in full; there
17 was no victim.  And then you are saying, I deferred it.  The
18 banks don't even know what they are doing in this case.  They
19 said you paid us back.
20          MR. WALLACE:  Your Honor, I move to strike that
21     answer.
22          THE COURT:  Granted.
23          Mr. Kise, can you control your client.  This is not
24     a political rally.  This is a courtroom with a case about
25     Executive Law section 6312.  I've asked several times, asked

3494

```
1    the witness several times to answer the questions.  I don't
2    want editorializing.  We'll be here forever and we'll
3    accomplish nothing.  Maybe you should have a talk with him
4    right now.
5              MR. KISE:  Your Honor, I'll do as you instruct.
6    You are in control of the courtroom, not me, and I don't
7    mean that disrespectfully.  Truly, I don't, but I'm happy to
8    do as you instruct.  Again, we are dealing with an
9    extraordinarily unusual situation here.
10             THE COURT:  "Again" is a bad word.
11             MR. KISE:  I know it is.
12             THE COURT:  I know --
13             MR. KISE:  It's part of the record.
14             THE COURT:  -- it's an extraordinary situation.
15             MR. KISE:  It's an extraordinary situation.  It
16   would be most efficient, ultimately, to allow the
17   explanations.  It's a bench trial.
18             THE COURT:  I disagree.  Talk to your client for a
19   minute.
20             MR. KISE:  Okay.  Then should we take our
21   ten-minute break.  And I can't to do it here.
22             THE COURT:  No.  Do you want to go in the back?
23             MR. KISE:  If we are going to have a conversation,
24   I would ask your Honor to give us a ten-minute break.
25             THE COURT:  Will you spend the ten minutes in the
```

1    back explaining the rules here.
2             MR. KISE:  I think the former and again soon to be
3    chief executive of the United States understands the rules.
4             THE COURT:  He doesn't abide by them.
5             MR. KISE:  I'm happy to do as you instruct.  Again,
6    I think Mr. Wallace's questions still are very broad
7    questions.  They do call -- in some sort of senses they call
8    for narratives, so.
9             MR. WALLACE:  I'm happy to restate my last
10   question, your Honor, and see if we could proceed.
11   Q    The last question was, if anything, do you think the
12   statement under valued your assets; is that correct?
13   A    Yes, by a lot.  The financial statements.
14   Q    The financial statements.
15   A    Yes.
16   Q    Would you discuss the valuation of individual
17   properties with Mr. Weisselberg and Mr. McConney?
18   A    On occasion.  If I disagreed.
19   Q    Do you recall discussing with Mr. Weisselberg and
20   Mr. McConney the valuation of Mar-a-Lago?
21   A    No.
22   Q    Would they ever ask your opinion about the valuation of
23   40 Wall Street?
24   A    They might, yes.
25   Q    Seven Springs?

1           Again, 57th Street.  You have Tiffany, IBM, and you
2    have my building right in the middle of them.  And if they want
3    to expand anywhere, they have to go through my building.  And I
4    bought the air rights --
5              THE COURT:  Hold on.
6       A    Excuse me.  I bought the air rights over Tiffany, so
7    they can't go up.
8              THE COURT:  In addition to the answers being
9         nonresponsive, they are repetitive, and we don't have time
10        to waste.  We have one day with this witness.
11             Mr. Kise, can you control your witness, because I
12        am considering drawing a negative inference to any questions
13        that might be asked.
14             MR. KISE:  Well, I would urge your Honor not to
15        draw the negative inferences.  We have a record on that,
16        which I won't go into, but I think the witness is doing his
17        best to answer the questions and be as responsive as
18        possible.
19             If you think that it would be beneficial for us to
20        take a break, I'm happy to do that.  This is your Honor's
21        courtroom, so I'll do as you suggest.  But, again, there --
22        the questions are calling, maybe not as broadly as the
23        answer, but they are not tight questions.  I mean, we are
24        seeing "why" questions; we are seeing "how" questions.  I
25        mean, this is not one someone who is a professional lawyer

1   over the next page we'll see the valuation for 40 Wall Street.
2   The top paragraph states "The estimated current value of
3   $550,100,000 is based upon a successful renegotiation of the
4   ground lease and an evaluation made by Mr. Trump in conjunction
5   with his associates and outside professionals of leases that
6   have been signed or are currently the subject of negotiation.
7   And a capitalization rate applied to the resultant cash flow to
8   be derived from the building's operations."
9            Do you believe that statement I just read is true and
10  accurate?
11       A    I don't believe -- it depends on how you look at it,
12  but I don't believe it talks about the making of the building
13  the condominium, a residential condominium, which is absolutely
14  a perfect use for that building.
15       Q    My question is --
16       A    Even though it's full.
17       Q    -- is this statement true and accurate?
18       A    Well, let's see.  So number one, you -- again, you go
19  back a long time.  Are you still in 2014.
20       Q    We are still on the 2014 statement.
21       A    Five-year statute of limitations.  You are still in
22  2014.  So, it says here based upon successful renegotiation of
23  the ground lease.  Well, that was done.  I did that.  I made a
24  new 100-year lease, and a very good lease, and long term, very
25  long term.  I got a "lollipop" in the lease.  It's a legal term,

3506

1  believe it or not, but it's a lollipop, which allows you to
2  build condominiums because you own the land.  You own a piece of
3  land.  That gives you the right to build condominiums.  So this
4  would be a low number, because the highest and best use for that
5  building is the -- it's -- I think it's the tallest building in
6  downtown after the World Trade Center, but there's a dispute
7  about 60 Pine Street, but, whatever.
8          The tower is of perfect measurement for turning them
9  into condos.  And I have the right to do that, and at some point
10 we, or somebody, will do that.  That's the highest and best use.
11 In which case, $550 million is a very low number.  All you have
12 do is look at a picture of the building and say "That
13 building" -- you just look at it and you say that's worth a lot
14 more than $550 million.  If you want to put up the picture.
15      Q    My question is --
16          THE COURT:  Mr. Kise, that was a simple yes or no
17      question.  I don't have it right in front of me, but the
18      question was whether he believed that was an accurate
19      number.  We got another speech.  I would beseech you to
20      control him if you can.  If you can't, I will.  I will
21      excuse him and draw every negative inference that I can.  Do
22      you understand that?
23          MR. KISE:  I certainly understand, your Honor.  But
24      I will say this:  The purpose of this trial is to determine
25      the veracity of the Statement of Financial Condition, in

3507

part, to figure out whether there is intent, so I would think, respectfully, your Honor, of all witnesses, would want to hear everything that this witness has to say by way --

THE COURT: No, I do not want to hear everything this witness has to say. He has a lot to say that has nothing to do with the case or the questions.

MR. KISE: Again, your Honor, I will -- I have to say that you're determining what's going to happen here. So I would urge the Court to take in all the information possible, including what this witness has to say about the numbers on the statement, what he did, why he did it. I mean, all of those circumstances. Do we really want to come back here in a few weeks and go through it that way?

I mean, with this witness I would suggest it's far more efficient to listen to what he has to say and take it in, and then you have an understanding of what he has to say. And I don't think it's fair to draw a negative inference based on his explanations simply because he wants to explain why he got to where he was. We are talking about ten years ago.

And so I, ordinarily with a witness, you might think differently, but this is a situation where you have, on the stand, a candidate for presidency of the United States. Having him here takes away from that effort. And

3510

1    It's not that simple, and you are here to hear what he has
2    to say.
3             THE COURT:  No, I'm not here to hear what he has to
4    say.
5             MS. HABBA:  Thank you.
6             THE COURT:  I'm here to hear him answer questions.
7    Sit down already.  Mr. Kise, Mrs. Habba, sit down.
8             Mr. Wallace, continue.
9             THE WITNESS:  This is a very unfair trial, very,
10   very.  And I hope the public is watching it.
11   Q    Mr. Trump, was the valuation presented here based on
12   leases and capitalization rates true and accurate to your
13   belief?
14   A    It could be, but again, what I told you is a building
15   has many different forms of value.  And this building, the most
16   valuable -- the most valuable asset here is making it into
17   condominiums.  That would be -- it will happen as soon as
18   interest rates go down and as soon as the City maybe comes back.
19   It would be nice if it came back; wouldn't it?
20            But the value of this is -- the big value of this is
21   making it into a condominium, residential condominium.
22   Q    Could we put up --
23   A    It would be one of the biggest jobs in the City.
24            MR. WALLACE:  Could we put up Plaintiff's
25   Exhibit 635.  It's already in evidence, but I have an extra

```
1     circumstances.  It's a brilliant answer to the question.  So
2     Mr. Wallace can't pick and choose which narratives he likes
3     and which narratives he doesn't.  We could come back here in
4     two or three weeks and go through the same charade and ask
5     the same question get it out, but as I said, it's far more
6     effective to allow this witness to explain his position and
7     explain to the court his view, what he intended, how he
8     intended it, what was happening, and how he views the
9     statements.
10             MR. WALLACE:  The response is even longer than the
11    statement I asked to strike, so at this point let's leave it
12    in then.
13             THE COURT:  Leave it in.  There's no jury.  It
14    doesn't matter.
15             MR. WALLACE:  We'll, leave it in.
16    Q    Mr. Trump, I think you said this in the course of your
17 answers.  Let me just try to clarify this.  You do not agree
18 with the position of the Office of the Attorney General that the
19 values in the Statement of Financial Condition are overstated;
20 is that correct?
21    A    I think she's a political hack.
22    Q    That's not the question.
23    A    And I think she --
24    Q    That's not the question.
25    A    -- used this case to try to become Governor, and she
```

3556

1   successfully used it to become Attorney General.  And I think
2   she's a political hack, and this a disgrace that a case like
3   this is going on.  And all you have to do is read the legal
4   scholars and the papers and you'll see exactly what I'm saying.
5   And a lot of them didn't even know how valuable the properties
6   were.  You never said Trump has three and $400 million cash, and
7   now more than that.  This is a political witch-hunt, and I think
8   she should be ashamed of herself.
9        Q    You do not agree with the position of the Office of the
10  Attorney General that the values in the Statement of Financial
11  Condition are overstated; is that correct?
12       A    The overall value is billions of dollars more than is
13  in these statements.  So that when a bank gets them, the bank is
14  seeing a conservative statement, not a -- she tried to make you
15  believe, even yesterday, she's out there saying, "Oh, fraud.
16  Fraud.  This is the opposite.  Fraud."
17            The fraud is her where she says Mar-a-Lago -- she said
18  it was worth $25 million.  He said it's worth $18 million
19  (indicating), $18 million.  She said it's $25 million.  She
20  convinced him that it was worth $18 million.  And it's worth a
21  billion dollars, or something like that.
22       Q    Yes or no.
23       A    It's a disgrace.
24       Q    Yes or no, do you agree with the position of the Office
25  of the Attorney General that the values in the Statement of

3557

1  Financial Condition are overstated?
2             MS. HABBA:  Asked and answered.
3             MR. WALLACE:  It has not.
4             THE COURT:  No, it has not been asked and answered.
5             MS. HABBA:  He actually did the --
6             THE COURT:  It's been asked.  He hasn't answered.
7             MS. HABBA:  Your Honor, I'm not screaming.  All do
8     respect, your Honor, I don't appreciate when people scream.
9             The overall value is billions more was the answer.
10    That's his answer.  You could read it in the record.
11            THE COURT:  It's a yes or no question.
12    Q    Just yes or no, Mr. Trump.  Do you agree with the
13    statement, the position of the Office of the Attorney General is
14    the values are overstated?
15    A    The financial statements are very conservative.  The
16    overall number of value is much higher than the number in the
17    financial statements.  In addition to that, you have a
18    hundred percent disclaimer clause that goes on for a page and a
19    half.
20            THE COURT:  No, no, no.  We are not going to hear
21    about the disclaimer clause.  If you want to know --
22    A    It's very important.
23            THE COURT:  -- about the disclaimer clause, read my
24    opinion again, or for the first time, perhaps.
25            THE WITNESS:  Well, you are wrong on the opinion.

3558

1  Q   Mr. Trump, let's go to that then.  Mr. Trump, you do
2  not agree with the determination of the Court in its summary
3  judgment decision that the Statements of Financial Condition
4  were misleading; is that correct?
5  A   He ruled against me without knowing anything about me.
6  He ruled against me and he said I was a fraud before he knew
7  anything about me, nothing about me.
8      And then he said in his statement that Mar-a-Lago is
9  worth $18 million and it's worth 50 times to 100 times more than
10 that, and everybody knows it.  And everybody is watching this
11 case.  He called me a fraud and he didn't know anything about
12 me.
13 Q   You did not -- so I think the essence of your answer is
14 there, but I would like to get it as a yes or no.  You do not
15 agree with the determination of this Court in its summary
16 judgment decision that the Statements of Financial Condition
17 were misleading; is that correct?
18 A   I think it's fraudulent, the decision.  I think it's
19 fraudulent.  The fraud is on the Court, not on me.  When you
20 rule that Mar-a-Lago is worth $18 million, I could give you a
21 quarter of a tennis court would be worth that.
22      When you rule that Mar-a-Lago is worth $18 million and
23 then she rules it's worth $25 million, either people are very
24 stupid or there's a fraud.  The fraud is on behalf of the Court,
25 because when the Court does that, and then they say I didn't

1  value my property correct?  Think of it, $18 million, he said.
2  And then he -- he says that I'm a fraud because I didn't value
3  my property correctly?  He is the one that didn't value the
4  property correctly.
5       Q    Mr. Trump --
6       A    And how do you do that?  How do you rule against
7  somebody and call them a fraud, as the President of the United
8  States, who did a great job.  All you have to look at is the
9  President today.  What he is doing?  How do you call a man a
10 fraud when you have a property that's a 50 to 100 times more
11 valuable.  It's a terrible thing you did.  You knew nothing
12 about me.  You believed this political hack back there, and
13 that's unfortunate.
14      Q    Are you done?
15      A    Done.
16      Q    Okay.  I'll take you up on one of the invitations.  You
17 are talking about the $18 million valuation versus the higher
18 valuation of Mar-a-Lago.  Which one are you paying taxes on down
19 in Florida?
20      A    Which one, what?
21      Q    Are you paying taxes on an $18 million valuation of
22 Mar-a-Lago or $1.5 billion?
23      A    You know that assessments are totally different from
24 the valuation of property.  An assessment -- as an example in
25 New York.  You sell a building, a building was recently sold for

1    Q    Do you believe you complied with this covenant?
2    A    Oh, yes, absolutely.
3    Q    Let's look at the next paragraph.
4    A    Again, the net worth of me was far greater than the
5  financial statements, far greater.  So I don't know what you are
6  getting at, but keep going.
7    Q    When you say "far greater", are you referring to the
8  brand value that you have?
9    A    I'm talking about -- no, but we can add that, too.  If
10 you add the brand value, which I didn't even put down on my
11 financial statements, then you are talking about a tremendous
12 difference, tremendous difference.  But, no, just even without
13 it.  But with it, and it should be a part of it -- brand value
14 should be a part of it.  It's -- in either event, it's more.
15   Q    Just --
16   A    The brand value is a very substantial value.
17   Q    I just want --
18   A    And I didn't even include that in the financial
19 statements, but I could've if I wanted to.  If I was looking to
20 build up a financial statement, I would have put it in, but I
21 wasn't looking to do that.
22   Q    I'm just trying to make sure I understand that.  Your
23 position is that the assets listed on your Statement of
24 Financial Condition were worth more than the prices that were on
25 those statements; is that what you are saying?

1  A   As a -- yes.  As a total, some are much more, some may
2  have made a mistake and it was corrected.  Like on the apartment
3  if they made a mistake, and of course this is way before that,
4  because you are going back into ancient history.  I don't know
5  how it doesn't involve a five-year statute of limitations.  It
6  seems ridiculous to me.  It seems extremely unfair to me, but
7  that's okay; that's the way it's been working in this one.
8         I will tell you that the numbers are far greater than
9  the two and a half billion dollars.  And if I add brand value,
10 then it's different from a different -- but in any event, the
11 numbers of my net worth are substantially more than the numbers
12 reflected on the financial statements, therefore, you have no
13 case.
14 Q   Um --
15 A   In addition to that -- no.  In addition to that, in
16 addition to that, you have a clause that goes on forever, I
17 think a page and a half, and all throughout, and that clause, as
18 we've discussed quite a bit, tells the lender of this money to
19 go out and do your own work, do your own statement, do
20 everything your own.  Go out and hire your own analysts, and all
21 of the things that, you know, that you didn't read today.  You
22 read one part of it, but you didn't read the part that
23 supersedes everything else.  But it says, "Do your own due
24 diligence."  And I think a lot of people have figured that out
25 today.

3627

1    would like to go through it one more time.  Do you believe any
2    of the Statements of Financial Condition that have been
3    prepared in your name inflated your net worth?
4        A    So --
5                MS. HABBA:  I am sorry, I couldn't hear you.
6        A    Again, we have a very complicated, many transaction,
7    many, many, many-pages document.  The overall number is
8    somewhere much higher.  And some are a little bit lower or not
9    materially lower.  But the overall net is that we are much,
10   much higher, much, much higher than the document -- the
11   document submitted.
12               When you add the net worth you are talking about
13   many, many millions of dollars more than that.  And we didn't
14   do that.  If we wanted to build up a net worth all I would have
15   had to do is add that, because that number would be very
16   substantial, very, very substantial.  So I don't believe
17   that --
18               I think this case is a disgrace.  I think it is a
19   disgrace for people looking to move their business into New
20   York or out of New York.  Many people are leaving New York
21   because of exactly this kind of a thing.  We had banks that got
22   their money back.  We had insurance companies that got their
23   money back.  We had no complaints.  The only complainant is
24   you.  And with everybody being killed on the streets and
25   murdered on the streets of New York and you have an Attorney

3628

1  General sitting here all day long watching every little move, I
2  think it is a disgrace.  And people are leaving New York.  And
3  they are fleeing the City.  And it is a shame what is going on.
4          And we sit here all day, and it is election
5  interference because you want to keep me in this courthouse all
6  day long, and let's keep going.
7          And we have a very hostile Judge, extremely hostile
8  Judge, and it is sad.
9          I don't have a jury and I want a jury.  And I don't
10 have a jury because she sued me under a statute that doesn't
11 allow a jury, and I think it is a disgrace.  And other people
12 are saying the same thing.  Legal scholars are saying it is the
13 most unfair witch hunt they have ever seen.
14         And you should be ashamed of yourself.
15         Go ahead.
16    Q    I promise you, Mr. Trump, I am trying to get you off
17 the stand.
18    A    That's great.  I am sure you are.
19         THE COURT:  Mr. Wallace, this morning I said I
20    am following your lead in terms of how much you want to
21    put up with this stuff.
22         MR. WALLACE:  I promise you, Your Honor, we are
23    very close to the end.
24    Q    And we almost got there, Mr. Trump.
25         But I believe your position is that you do not