# EXHIBIT D

# READ: Transcript of CNN's town hall with former President Donald Trump

cnn.com/2023/05/11/politics/transcript-cnn-town-hall-trump/index.html

May 11, 2023



Video Ad Feedback

Clinton, abortion, border wall: CNN fact-checks Donald Trump after town hall

02:12 - Source: <u>CNN</u>

*CNN* —

Read the full transcript of <u>CNN's presidential town hall</u> with former President Donald Trump moderated by CNN's Kaitlan Collins at Saint Anselm College in Goffstown, New Hampshire.



COLLINS: Speaking of New York, I want to ask you about a significant verdict that was reached yesterday. I know this is something you want to weigh in on as well.

A Manhattan jury found –

TRUMP: Sure.

COLLINS: – that you sexually abused the writer E. Jean Carroll and defamed her.

You've denied this.

But what do you say to voters who say it disqualifies you from being president?

TRUMP: Well, there weren't too many of them because my poll numbers just came out. They went up, okay?

I think – I think I'm – I'm the only person in history who had a charge like that, and usually you leave office and you say, I'm sorry but I'm going to back home – I'm back home to my family and everything. I'm going to be resigned.

My poll numbers went up and they went up with the other fake charge, too, because what's happening is they're doing this for election interference.

This woman, I don't know her. I never met her. I have no idea who she is. I had a picture taken years ago with her and her husband, nice guy John Johnson.



COLLINS: This was a jury of nine people who found you –

TRUMP: That's right.

COLLINS: – liable of sexual abuse. Do you think that – that will deter women from voting for you?

TRUMP: No, I don't think so because I think the whole thing – just so you understand – ready?

I never met this woman. I never saw this woman. This woman said I met her at the front door of Bergdorf Goodman which I never go into other than for a couple of charities. I met her in the front door. She was about 60 years. This is like 22, 23 years ago.

I met her in the front door of Bergdorf Goodman. I was immediately attracted to her and she was immediately attracted to me. And we had this great chemistry.

We're walking into a crowded department store. We had this great chemistry. And a few minutes later, we end up in a room, a dressing room of Bergdorf Goodman, right near the cash register.

And then she found out that there were locks in the door. She said, I found one that was open. She found one, she learned this at trial. She found one that was open.

What kind of a woman meet somebody and brings them up and within minutes, you're playing hanky-panky in a dressing room, okay? I don't know if she was married then or not. John Johnson, I feel sorry for you, John Johnson.

COLLINS: Mr. President, can I – can I ask you this?

TRUMP: Think of it, think of this –

COLLINS: I know you're recounting what you said but, Mr. President –

TRUMP: But let me just, if I could because you asked a question.

COLLINS: This was a jury though –

TRUMP: Just so you understand, because I was walking in at a department – because I was very famous then and I owned the Plaza Hotel right next door and I owned the buildings around it. I'm not going into a dressing room of a crowded department store.

Then I say, if she was being raped – and by the way, they said she wasn't raped, okay? That was her charge. It wasn't –

COLLINS: They found that you sexually abused her.

TRUMP: Oh, that was – say what the – they didn't – they said he didn't rape her.

COLLINS: They did not say –

TRUMP: And I didn't do anything else either. You know what? Because I have no idea who the hell she is. I don't know who this woman is.

COLLINS: But, Mr. President, can I – can I ask you given your recounting and your version –

TRUMP: I don't know who – and I tell you this. Are you ready?

COLLINS: But, Mr. President, can I – can I ask you because –

TRUMP: And I swear on my children, which I never do. I have no idea who this woman. This is a fake story, made up story.

COLLINS: Mr. President, you're recounting your version of events here right now to the audience. You reference the trial. You did not go to the trial and actually testify.

TRUMP: That's right.

COLLINS: Do you wish that you had testified?

TRUMP: No, it wouldn't have made a difference. This is rigged deal. This was a – my lawyer said, sir, you don't have to do it.

I actually said, I think I should, it would be disrespectful. They said, sir, don't do it. This is fake story and you don't want to give it credibility.

COLLINS: One thing you –

TRUMP: That's why I didn't go.

COLLINS: One thing you did do in this –

TRUMP: And I swear and I've never done that, and I swear to – I have no idea who the hell – she's a whack job.

COLLINS: Mr. President, you did not testify in person in this trial. There was a taped deposition of you from October, and in it, you defended the comments that you made on that "Access Hollywood" tape about being able to grab women how you want. Do you stand by those comments?

TRUMP: I said if you're famous and rich or whatever I said, but I said if you're a star, you are – and I said women let you. I didn't say you grab. I said women let. You know you didn't use that word, but if you look, women let you.

Now, they said will you take that back? I said, look, for a million years, this is the way it's been. I want to be honest. This is the way it's been. I can take it back if you'd like to.

But if you're a famous person, if you're a star – and I'm not referring to myself. I'm saying people that are famous, people that are stars.

COLLINS: But you were asked in a deposition if you consider yourself to be a star and you said yes.

TRUMP: People that are rich, people that are powerful, they tend to do pretty well in a lot of different ways, okay?

And you would like me to take that back. I can't take it back because it happens to be true. I've said it's been true for one million years, approximately a million years, perhaps a little bit longer than that.

COLLINS: So you standby those comments?

TRUMP: I don't want to lie. Oh, here's what – here's what she wants me to say.

COLLINS: Mr. President, let's get to the audience questions tonight.

TRUMP: A rich and famous person has no advantage over anyone else. Well, you do have an advantage, and I say unfortunately, but that's the way it is.

COLLINS: You said unfortunately or fortunately.

TRUMP: Well, fortunately or unfortunately for her.

