# EXHIBIT A

```
 1

 2              UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF NEW YORK
 3
              CASE No. 20 CIV. 7311 (LAK)(JLC)
 4

 5   E. JEAN CARROLL,

 6              Plaintiff,

 7   -vs-

 8   DONALD J. TRUMP,
     in his personal capacity,
 9
              Defendant.
10   _____/

11

12

13                     =  =  =

14                   CONFIDENTIAL

15                     =  =  =

16

17      VIDEOTAPED DEPOSITION OF DONALD J. TRUMP

18

19             Wednesday, October 19, 2022
               10:22 a.m. - 3:50 p.m.

20             The Mar-a-Lago Club
             1100 South Ocean Boulevard
21           Palm Beach, Florida, Florida

22

23   Stenographically Reported By
     Pamela J. Pelino, RPR, FPR, CLR
24   Notary Public, State of Florida
     TSG REPORTING
25   JOB NO. 218342
                          -  -  -
```

1                                D. J. TRUMP

21        Q.   And by the early 1990s, would it be fair

22   to call you or to characterize you as a real estate

23   tycoon?

24        A.   Yeah.

25        Q.   Trump Tower on Fifth Avenue, that was

1                          D. J. TRUMP

2    completed in 1983?

3         A.    Around that time, yes.

4         Q.    And when did you move into the -- your

5    penthouse apartment there?

6         A.    Maybe a year later.

7         Q.    And that remained your primary residence

8    until you were elected president; correct?

9         A.    That's right.

17               And at some point you became the owner of

18   the Plaza Hotel in New York; correct?

19        A.    Yes.

24               During what years were you the owner of

25   the Plaza Hotel?

1                          D. J. TRUMP

2          A.    I don't know the years.  About five

3    years.

4          Q.    Do you know when it began?  When you

5    bought it?

6          A.    In the early '90s.

1                         D. J. TRUMP

5   BY MS. KAPLAN:

6        Q.    What years were you married to your first

7   wife, Ivana Trump?

8        A.    So about '78 to the early '90s.

1                          D. J. TRUMP


4        Q.    Okay.  Your next wife was a woman by the

5   name of Marla Maples?

6        A.    Yes.  Right.

7        Q.    And sitting here today, do you recall

8   what years you were married to Ms. Maples?

9        A.    I'd have to get the exact dates for you.

10  I can do that very easily.

1                          D. J. TRUMP

 9          Q.    I'm handing you a document that's been

10    marked as DJT 18.  It bears the Bates range Carroll

11    24378 through 24385.  Do you have that in front of

12    you?

13          A.    Yeah.

14          Q.    Sitting here today, do you recognize this

15    document?

16          A.    No.

17          Q.    I will represent to you that this is the

18    excerpt from Ms. Carroll's book that was published

19    in New York Magazine online -- originally online on

20    June 21, 2019.

21          A.    Okay.

22          Q.    At any point in time, did you read this

23    article?

24          A.    Excuse me?

25          Q.    Did you ever read this article?  This

1                         D. J. TRUMP

2    document in front of --

3         A.    No, I don't believe I did.




7         Q.    I've handed you a book marked as DJT 19,

8    a book by E. Jean Carroll.  It says What Do We Need

9    Men For, and if you look at the publication date, it

10   says first edition July 2019.  Do you have that?

11        A.    Yes.

12        Q.    Do you have that book in front of you?

13        A.    Yeah.

14        Q.    Sitting here today, sir, have you ever

15   read this book either in its entirety or any portion

16   of this book?

17        A.    No, never have.  I've never seen the book

18   actually.

1                         D. J. TRUMP

8    You responded publicly to Ms. Carroll's allegations

9    on the same day that the excerpt was published in

10   the New York Magazine, which was June 21, 2019;

11   correct?

12        A.    I think so.

1                          D. J. TRUMP

6              So what we've handed you as DJT 20 is a

7      blown-up, for legibility purposes, version of a

8      tweet posted by a woman by the name of Laura Littman

9      at 5:17 p.m. on June 21, 2019.  Do you have that in

10     front of you?

11         A.    Yes.

15         Q.    The statement that is in this tweet, is

16     this a statement that you gave?

17         A.    I mean, essentially that's what I said,

18     yeah.

1                          D. J. TRUMP


3        Q.    Sitting here today, do you stand by this

4    statement?

5        A.    Yes.

1                        D. J. TRUMP

6              MS. KAPLAN:  Let's mark as DJT 21 a

7       document bearing the Bates range -- hold on --

8       DJT 21, a document bearing the Bates range

9       MP1795 through MP1807.

10              (DJT Exhibit 21 was marked for

11     identification.)

12   BY MS. KAPLAN:

13       Q.    Do you have that in front of you?

14       A.    Yeah.

22       Q.    And these are statements that were put

23   out when you were the president of the United

24   States?

25       A.    Yeah.

1                           D. J. TRUMP

2          Q.     And if you look at the top email, the

3     address of the email, it says under that "Remarks by

4     President Trump before Marine One departure"?

5          A.     Yes.

6          Q.     Marine One is a helicopter?

7          A.     Yes.

8          Q.     And if you look where it shows you

9     speaking about halfway or two-thirds of the way down

10    the document, the very first thing you say:  "So

11    we're going to Camp David"?

12         A.     Yes.

13         Q.     So am I correct in interpreting this --

14    that this is a statement you made while boarding or

15    getting onto Marine One --

16         A.     Looks like it.

17         Q.     -- to go to Camp David?

18         A.     It looks like it.

1                           D. J. TRUMP

7               I take it you stand by that statement

8      today?

9          A.    Yes.

1                          D. J. TRUMP


3        Q.     You have in front of you, sir, a

4   five-page document.   The first page says in bold

5   type "Exclusive:   Trump vehemently denies

6   E. Jean Carroll allegation.   Says she's not my

7   type."

8             It's from a publication known as The

9   Hill.   It's dated June 24, 2019, and it's attributed

10  to the gentleman Jordan Fabian and -- or maybe not

11  the gentleman.   It's attributed to two people,

12  Jordan Fabian and Saagar Enjeti.   Do you see that?

13       A.     Yes.

14       Q.     So this is two days after the last

15  statement we're looking at, which is on June 22nd.

16            Do you recall having an interview with

17  reporters from The Hill on June 24, 2019?

18       A.     Vaguely, yes.

19       Q.     And do you recall where that interview

20  took place?

21       A.     I think it was in the Oval Office.

1                          D. J. TRUMP

7          Q.    And you're quoted just below that

8     paragraph as saying as follows -- and this one I'll

9     read:  "I'll say it with great respect.  Number one,

10    she's not my type.  Number two, it never happened.

11    It never happened.  Okay?"

12              And then the reporters say:  "The

13    president said, 'Well, see you behind the Resolute

14    Desk in the Oval Office.'"  Do you see that?

15         A.    Yes, I do.

16         Q.    And the statement that I just read that

17    begins "I'll state with great respect," that was a

18    statement that you made to the reporter for The Hill

19    on June 24, 2019; correct?

20         A.    Yes.

21         Q.    And the same set of questions.  I take

22    it, sir, that you stand by that statement today?

23         A.    Yes, I do.

1                          D. J. TRUMP

21        Q.    You have in front of you a black and

22   white photograph that we've marked as DJT 23.  And

23   I'm going to ask you:  Is this the photo that you

24   were just referring to?

25        A.    I think so, yes.

Page 82

1                        D. J. TRUMP

2       Q.    And do you recall when you first saw this

3   photo?

4       A.    At some point during the process, I saw

5   it.  I guess that's her husband, John Johnson, who

6   was an anchor for NBC.  Nice guy, I thought.  I

7   mean, I don't know him, but I thought he was pretty

8   good at what he did.  I don't even know the woman.

9   I don't know who -- it's Marla.

10      Q.    You're saying Marla is in this photo?

11      A.    That's Marla, yeah.  That's my wife.

12      Q.    Which woman are you pointing to?

13            MS. HABBA:  No, that's Carroll.

14            THE WITNESS:  Oh, I see.

15  BY MS. KAPLAN:

16      Q.    The person you just pointed to was

17  E. Jean Carroll.

18            MS. HABBA:  That's your wife.

19  BY MS. KAPLAN:

20      Q.    And the person -- the woman on your right

21  was --

22      A.    I don't know.  This was the picture.  I

23  assume that's John Johnson.

24            MS. HABBA:  That's Carroll.

25            THE WITNESS:  That's Carroll?  Because

1                                    D. J. TRUMP

2          it's very blurry.

1                         D. J. TRUMP

6        Q.    Now, in your June 21 statement, which

7   is -- in your June 21 statement, which is DJT 20,

8   you said that Ms. Carroll was trying to sell a new

9   book and that you said shame on those who make up

10  false stories of assault to try to get publicity for

11  themselves or sell a book?

12       A.    Yeah, that's right.

13       Q.    Before you made that statement, did you

14  have any knowledge one way or the other of the

15  financial arrangements between Ms. Carroll and the

16  publisher of her book?

17       A.    No.

18       Q.    Did you even know who her publisher was?

19       A.    No.

20       Q.    Did you ever see her book contract?

21       A.    No.

22       Q.    Did you know anything about Ms. Carroll's

23  financial situation?

24       A.    No.

25       Q.    Did you know anything about her expected

1                            D. J. TRUMP

2   book sales?

3        A.    No idea.

7             Before you made this statement that

8   appears in DJT 20, do you know whether you or anyone

9   working for you did any research on Ms. Carroll?

10       A.    I just don't know.  It's possible

11  somebody -- when they heard this horrible

12  accusation, it's possible that somebody did a little

13  quick research but not that I know of.

14       Q.    Another thing that you say in your June

15  21 statement is that Ms. Carroll was trying to carry

16  out a political agenda?

17       A.    Yeah.

1                            D. J. TRUMP

18          Q.    Before issuing your statement on June 21,

19   did you learn what political party Ms. Carroll

20   belonged to?

21          A.    No, I didn't know that.

22          Q.    Before you issued your June 21 statement,

23   did you have any documents indicating that she was

24   pursuing a political agenda?

25          A.    No.

```
 1                      D. J. TRUMP

 2        Q.    At the end of your statement, your June

 3   21 statement, you say:  "If anyone has information

 4   that the Democratic party is working with

 5   Ms. Carroll or New York Magazine, please notify us

 6   as soon as possible."

 7              Did anyone ever notify you --

 8        A.    I don't know.

 9        Q.    Sitting here today, you can't recall

10   anyone who notified you?

11        A.    I don't know, yeah.
```

1                         D. J. TRUMP

19              One of the other things that you said

20      about Ms. Carroll at the time appears in your June

21      24 statement, which is DJT 22, and what you said

22      there is:  "I'll say it with great respect.  Number

23      one, she's not my type."

24              When you said that Ms. Carroll was not

25      your type, you meant that she was not your type

1                           D. J. TRUMP

2    physically; right?

3         A.    I saw her in a picture.  I didn't know

4    what she looked like, and I said it -- and I say it

5    with as much respect as I can, but she is not my

6    type.

7         Q.    And, again, when you say "type," you just

8    referred to looking at photos.  So you mean

9    physically she's not your type?

10        A.    Physically she's not my type, and now

11   that I've gotten indirectly to hear things about

12   her, she wouldn't be my type in any way, shape, or

13   form.

14        Q.    But when you were talking back on June

15   24th, you were referring to her not being your type

16   physically; correct?

17        A.    I saw a photo of her.

18        Q.    Okay.

19        A.    And the only difference between me and

20   other people is I'm honest.  She's not my type.

1                    D. J. TRUMP


4        Q.    I take it the three women you've married

5    are all your type?


8              THE WITNESS:   Yeah.

1                        D. J. TRUMP

8    mentioned, do you recall any conversations with

9    anyone in the legislative branch -- and by that I

10   mean the House or the Senate or people who work

11   there.

12         A.    Well, it's probable that I told people

13   that there was a false, disgusting lie made about me

14   because I would say that to a lot of people.  Even

15   if they didn't ask, I was very offended by this.

16   This woman is sick.  There's something wrong with

17   her, and it's a false story.  So I would go around

18   saying that to people, yes.  So it's possible that I

19   would say that to legislators.

1                          D. J. TRUMP

22        Q.    What is Truth Social?

23        A.    It's a platform that's been opened by me

24   as an alternative to Twitter.

25        Q.    And your handle on Truth Social is

1                    D. J. TRUMP

2    @realdonaldtrump?

3         A.    I believe so, yes.

1                           D. J. TRUMP

5          Q.     Okay.  Now, on October 12, just a few

6     days ago, you issued a statement on Truth Social

7     about Ms. Carroll and this case; correct?

8          A.     I believe so, yes.

9          Q.     And the statement that you posted, who

10    wrote that statement?

11         A.     I did.

12         Q.     You yourself?

13         A.     Yeah.

14         Q.     Did you post the statement yourself?

15         A.     Yes.

16         Q.     And in addition to posting the statement

17    on Truth Social, you also sent it to the press?

18         A.     Yes.  It's called truth and post.  We

19    post much like -- how would you say it?  We put out

20    a statement, and we also put it on Truth.

21         Q.     And when you say you put it out --

22         A.     Like a public relations statement.

23         Q.     It goes, like, to an email list of

24    reporters?

25         A.     Yeah, whatever.  Yeah.  The bigger grab

1                          D. J. TRUMP

2    is The Truth, but we also -- we call it posts.  We

3    have -- actually it's truth and post.  So we call it

4    post.  But the bigger -- the more important of the

5    two is The Truth because people are watching it.

 1                      D. J. TRUMP

 6        Q.    Why did you decide to issue the statement

 7   on Truth Social on October 12th?

 8        A.    Because I was offended at this woman's

 9   lie.  Because I was offended that she could just

10   make up a story out of cold air, refuted by her

11   testimony on CNN, but that she could make up a story

12   just out of nowhere and that I get a phone call

13   asking me about this ridiculous situation.  The

14   woman -- there's something wrong with her in my

15   opinion.  Okay.  But it's a false accusation.  Never

16   happened, never would happen.  And I posted and I

17   will continue to post until such time as -- and then

18   I will sue her after this is over, and that's the

19   thing I really look forward to doing.

25   but I'll be suing her very strongly as soon as this

1                        D. J. TRUMP

2    case ends.  But I'll be suing you also.

3         Q.    Are you done?

4         A.    Yeah.

11               MS. KAPLAN:  Let's look at the statement.

12        Let's mark it as -- what's my next number?

13               MR. MADAIO:  DJT 28.

16               THE WITNESS:  I can't read this.

17               MS. KAPLAN:  Well, we have a blown-up

18        version.

19   BY MS. KAPLAN:

20        Q.    Let's mark it as 28 and 28A.

24               So what we have in front of you as DJT

25   28, sir, is the post as it appeared on Truth Social

1                         D. J. TRUMP

2    on October 12, 2022, and a blown-up version because

3    we appreciate that the type is very small.  A

4    blown-up version that should be more legible.

5         A.    I can see it, yeah.

1                          D. J. TRUMP

10          Q.    And now that you've heard it again and

11    you have it in front of you, you again confirm that

12    you wrote the whole thing yourself?

13          A.    I wrote it all myself.  All myself.

1                       D. J. TRUMP

 9        Q.    Now, when you say in here I don't know
10   this woman and have no idea who she is, even though
11   you're using the present tense, you're referring
12   back to your knowledge as of when she first made the
13   allegation --
14        A.    I still don't know this woman.  I think
15   she's a wack job.  I have no idea.  I don't know
16   anything about this woman other than what I read in
17   stories and what I hear.  I know nothing about her.
18        Q.    Okay.  Well, I guess the distinction I'm
19   trying to make, sir, is that when the allegation
20   came out in 2019, you said you -- I think it's your
21   testimony that you had no idea who she was.
22        A.    I still don't.
23        Q.    Well, today you at least know that she's
24   a plaintiff in a case suing you; correct?
25        A.    Oh, yes.  That, I know, but I know

Page 138

1                          D. J. TRUMP

2    nothing about her.  I think she's sick, mentally

3    sick.

1                          D. J. TRUMP

21        Q.    Okay.  Then you go on to say in the

22   statement:  "And while I am not supposed to say it,

23   I will."  Why were you not supposed to say it?

24        A.    Because it's not politically correct to

25   say -- read the next.  Go ahead.  That she's not my

1                    D. J. TRUMP

2    type?  Yeah.  Because it's not politically correct

3    to say it, and I know that, but I'll say it anyway.

4    She's accusing me of rape, a woman that I have no

5    idea who she is.  It came out of the blue.  She's

6    accusing me of rape -- of raping her, the worst

7    thing you can do, the worst charge.

8               And you know it's not true too.  You're a

9    political operative also.  You're a disgrace.  But

10   she's accusing me and so are you of rape, and it

11   never took place.  And I will tell you I made that

12   statement, and I said, while it's politically

13   incorrect, she's not my type.  And that's

14   100 percent true.  She's not my type.

1                          D. J. TRUMP

16        Q.    Now, in your Truth Social statement on

17   October 12, you use the word "hoax."  Specifically

18   you say:  "It is a hoax and a lie just like all of

19   the other hoaxes that have been played on me for the

20   past seven years."  Do you see that --

21        A.    Yeah.

1                          D. J. TRUMP


3          Q.    Fair to say -- you'd agree with me, would
4    you not, that you use the term "hoax" quite a lot?
5          A.    Yes, I do.
6          Q.    CNN reported that you used it more than
7    250 times in 2020.  Does that sound right?
8          A.    Could be.  I've had a lot of hoaxes
9    played on me.  This is one of them.
10         Q.    And how would you define the word "hoax"?
11         A.    A fake story, a false story, a made-up
12   story.
13         Q.    Something that's not true?
14         A.    Something that's not true, yes.
15         Q.    Sitting here today, can you recall what
16   else you have referred to as a hoax?
17         A.    Sure.



20               THE WITNESS:  The Russia Russia Russia
21          hoax.  It's been proven to be a hoax.  Ukraine
22          Ukraine Ukraine hoax.  The Mueller situation
23          for two and a half years hoax ended in no
24          collusion.  It was a whole big hoax.  The lying
25          to the FISA court hoax, the lying to Congress

```
1                        D. J. TRUMP

2           many times hoax by all these people, the scum

3           that we have in our country, lying to Congress

4           hoax, the spying on my campaign hoax.  They

5           spied on my campaign, and now they admit it.

6           That was another hoax, and I could get a whole

7           list of them.  And this is a hoax too.


9           Q.    This -- when you say "this" and "that" --

10          A.    This ridiculous situation that we're

11   doing right now.  It's a big, fat hoax.  She's a

12   liar and she's a sick person in my opinion.  Really

13   sick.  Something wrong with her.

14          Q.    Okay.  In addition to the Russia Russia

15   Russia hoax, the Ukraine Ukraine Ukraine hoax, the

16   Mueller or Mueller hoax, the lying to FISA hoax, the

17   lying to Congress hoax, and the spying on your

18   campaign hoax, isn't it true that you also referred

19   to the use of mail-in ballots as a hoax?

20          A.    Yeah, I do.  Sure.


22                THE WITNESS:  I do.  I think they're very

23          dishonest.  Mail-in ballots, very dishonest.

24   BY MS. KAPLAN:

25          Q.    And isn't it true that you yourself have
```

1                          D. J. TRUMP

2   voted by mail?


4              THE WITNESS:  I do.  I do.  Sometimes I

5         do.  But I don't know what happens to it once

6         you give it.  I have no idea.

1                          D. J. TRUMP

20          Q.    Are you familiar -- I'm sure you are --

21    with something that's often referred to as "the

22    Access Hollywood tape"?

23          A.    Yes, I am.

24                MS. KAPLAN:  Okay.  Let's mark it and

25          play it as 35.

1                    D. J. TRUMP



4            (DJT Exhibit 35 was marked for

5    identification.)

6            (Video played.)


8        Q.    That's you in that video, speaking?

9        A.    Yes, correct.

10       Q.    And am I correct that video was recorded

11   in January -- withdrawn.

12            Am I correct that that video was recorded

13   September of 2005?

14       A.    I guess that would -- don't know the

15   date.  But whatever date it was is fine with me.

16       Q.    And am I correct that you were engaged to

17   your current wife sometime in 2004?

18       A.    I don't know.

19       Q.    Am I correct that you married your

20   current wife in January 2005?

21       A.    I don't know relative to that tape, no.

1                        D. J. TRUMP

2        Q.    And the person that you were speaking to

3   that's now famous in that video was Billy Bush?

4        A.    That's right.

1                          D. J. TRUMP

5       Q.    And you say -- and again, this has become

6   very famous -- in this video, "I just start kissing

7   them.  It's like a magnet.  Just kiss.  I don't even

8   wait.  And when you're a star, they let you do it.

9   You can do anything, grab them by the pussy.  You

10  can do anything."

11              That's what you said; correct?

12      A.    Well, historically, that's true with

13  stars.

14      Q.    True with stars that they can grab women

15  by the pussy?

16      A.    Well, that's what -- if you look over the

17  last million years, I guess that's been largely

18  true.  Not always, but largely true.  Unfortunately

19  or fortunately.

20      Q.    And you consider yourself to be a star?

21      A.    I think you can say that, yeah.

1                          D. J. TRUMP

8          Q.    Okay.  Now, are you familiar with a woman

9    by the name of Natasha Stoynoff?

10         A.    No.  You'll have to give me a little bit

11   of a background.

1                          D. J. TRUMP

23        Q.    Let's watch a video -- and again, I

24   apologize for the technology -- where you talk about

25   Ms. Stoynoff's allegations.

1                         D. J. TRUMP

2              MS. HABBA:  Are we marking this?

3              MS. KAPLAN:  We're going to mark it.

4         It's a clip of a video from a campaign event in

5         West Palm Beach on October 13, 2016, and we'll

6         mark it as DJT 36.

7              (DJT Exhibit 36 was marked for

8    identification.)

9              (Video played.)


11        Q.    You'd agree with me that the person you

12   were just talking about in that video was

13   Natasha Stoynoff; correct?

14        A.    Yes.

1                          D. J. TRUMP

23       Q.    You're familiar with a woman by the name

24  of Jessica Leeds?

25       A.    No, I don't think so.  But explain.  Go

1                         D. J. TRUMP

2      ahead.

25          Q.    And do you recall speaking about

```
1                      D. J. TRUMP

2   Ms. Leeds' allegations at campaign events in 2016?

3        A.    I might have.  I thought it was so like

4   your client, I thought it was so ridiculous.

5        Q.    Let's take a look at the next video,

6   which is DJT 38.

7             (DJT Exhibit 38 was marked for

8   identification.)

9             (Video played.)




13       Q.    When you said in that video that

14  Ms. Leeds would not be your first choice, you were

15  referring to her physical looks; correct?

16       A.    Just the overall, not -- I looked at her.

17  I see her.  I hear what she says.  Whatever.  You

18  wouldn't be a choice of mine, either, to be honest

19  with you.  I hope you're not insulted.  I wouldn't

20  under any circumstances have any interest in you.

21  I'm honest when I say it.

22            She, I would not have any interest in.
```

1                           D. J. TRUMP

4          Q.    In the last paragraph of the statement

5     that you made on June 21 that appears in the

6     Laura Littman tweet, DJT 20, you said as follows --

7          A.    Last paragraph where?

8          Q.    DJT 20.

9          A.    Go ahead.  What is it?

10         Q.    You say as follows:  "The world should

11    know what's really going on.  It is a disgrace, and

12    people should pay dearly for such false

13    accusations."

14               Do you see that?

15         A.    Yeah.  Yeah.

16         Q.    And the person you meant who should pay

17    dearly for such false accusations was

18    E. Jean Carroll; correct?

19         A.    Yeah, and I think their attorneys, too.