# EXHIBIT B

Page 1

CONFIDENTIAL - DONALD J. TRUMP

SUPREME COURT OF THE STATE NEW YORK
COUNTY OF NEW YORK

PEOPLE OF THE STATE OF        : Index No.
NEW YORK,                     : 452564/2022
          Plaintiff,          :
                              :
          v.                  :
                              :
DONALD J. TRUMP, et al.,      :
          Defendant.          :
------------------------------:

VIDEOTAPE DEPOSITION OF:
DONALD J. TRUMP
NEW YORK, NEW YORK
THURSDAY, APRIL 13, 2023

REPORTED BY:
SILVIA P. WAGE, CCR, CRR, RPR
JOB NO. 5764582

1                 CONFIDENTIAL - DONALD J. TRUMP

24            Q.    Have you considered any other                    10:29:56
25       development on Doral apart from the golf course              10:29:58

Page 34

```
 1              CONFIDENTIAL - DONALD J. TRUMP
 2      and resort that you have?                          10:30:00
 3              A.   Not really because I don't -- you     10:30:01
 4      know, it's doing great.  I don't need the money.   10:30:03
 5      You probably see the cash.  We have a lot of       10:30:06
 6      cash.  I believe we have substantially in excess   10:30:09
 7      of 400 million in cash, which is a lot for a       10:30:13
 8      developer.  Developers usually don't have cash.    10:30:16
 9      They have assets, not cash.  We have, I believe,   10:30:18
10      400 plus and going up very substantially every     10:30:22
11      month.                                             10:30:26
12              My biggest expense is probably legal       10:30:29
13      fees, unfortunately.  That's okay.  But we have a  10:30:31
14      lot of cash.  We have great assets.  And we have   10:30:36
15      a very valuable company.                           10:30:40
16              Forbes doesn't know about us.  Forbes      10:30:43
17      -- I read Forbes.  You know, they're owned by      10:30:45
18      China.  They're owned buy the Chinese and they     10:30:46
19      have their own agenda.  But I saw they said 2 and  10:30:49
20      a half million the other day.                      10:30:52
21              And I said I have jobs -- if you take      10:30:54
22      Doral -- I think Doral could be worth 2 and a      10:30:56
23      half billion by itself.                            10:30:59
24              And probably my most valuable asset I      10:31:01
25      didn't even include on your statement and that's   10:31:05
```

FILED: NEW YORK COUNTY CLERK 08/30/2023 02:30 PM  INDEX NO. 452564/2022
NYSCEF DOC. NO. 859                               RECEIVED NYSCEF: 08/30/2023
Case 1:20-cv-07311-LAK   Document 239-2   Filed 12/20/23   Page 5 of 13

Page 35

|   |   |   |
|---|---|---|
| 1 | CONFIDENTIAL - DONALD J. TRUMP | |
| 2 | the brand.  I didn't even include that.  The | 10:31:07 |
| 3 | brand -- if I wanted to create a statement that | 10:31:11 |
| 4 | was high, I would have put the brand on. | 10:31:16 |
| 5 | We had a value from the No. 1 -- | 10:31:19 |
| 6 | Predictiv, from the No. 1 branding person at the | 10:31:21 |
| 7 | time 2.9 or $3 billion and that was years ago. | 10:31:28 |
| 8 | That was back in 2000 and something.  And now the | 10:31:32 |
| 9 | brand is worth much more. | 10:31:36 |
| 10 | If you look -- I mean I became | 10:31:37 |
| 11 | President because of the brand, okay.  I became | 10:31:39 |
| 12 | President.  I think it's the hottest brand in the | 10:31:41 |
| 13 | world. | 10:31:45 |
| 14 | I did an NFT deal the other day. | 10:31:46 |
| 15 | Everyone is saying -- a few months ago everyone | 10:31:50 |
| 16 | was saying the NFTs are dead.  And it was dead. | 10:31:52 |
| 17 | People are saying, what are you doing | 10:31:56 |
| 18 | in NFTs?  It sold out in less than a day.  It was | 10:31:56 |
| 19 | supposed to take six months.  It sold out in less | 10:32:00 |
| 20 | than a day. | 10:32:00 |
| 21 | You know what I'm talking about.  You | 10:32:00 |
| 22 | saw it probably.  But it was roundly criticized | 10:32:02 |
| 23 | for doing it because they said NFTs are dead.  I | 10:32:06 |
| 24 | said, well, a little bit late.  And the thing | 10:32:08 |
| 25 | sold out in less than a day. | 10:32:11 |

FILED: NEW YORK COUNTY CLERK 08/30/2023 02:30 PM  INDEX NO. 452564/2022
NYSCEF DOC. NO. 859  RECEIVED NYSCEF: 08/30/2023
Case 1:20-cv-07311-LAK   Document 239-2   Filed 12/20/23   Page 6 of 13

Page 36

|   |   |   |
|---|---|---|
| 1 | CONFIDENTIAL - DONALD J. TRUMP | |
| 2 | And, by the way, people paid $99 -- | 10:32:13 |
| 3 | sold 45,000 cards you might call them.  People | 10:32:17 |
| 4 | paid $99.  Some of those cards are selling for | 10:32:23 |
| 5 | 22, 23, $24,000 now.  And I think the average is | 10:32:27 |
| 6 | about $1300 a card.  So people made a lot of | 10:32:31 |
| 7 | money.  I'm happy those are Trump people. | 10:32:34 |
| 8 | Q.  Yeah, I'm sorry. | 10:32:37 |
| 9 | What was your involvement in the | 10:32:38 |
| 10 | NFTs?  I -- | 10:32:39 |
| 11 | A.  Well, I did it with a person that | 10:32:41 |
| 12 | does that stuff.  I did it.  And it sold out | 10:32:44 |
| 13 | immediately.  In fact, we're going to be doing | 10:32:49 |
| 14 | another one very shortly. | 10:32:52 |
| 15 | And it makes me happy that I think | 10:32:53 |
| 16 | they're averaging $1300 a card.  And they bought | 10:32:56 |
| 17 | it a few months ago for $99.  But some of the | 10:33:00 |
| 18 | cards are selling for 20,000.  And a couple of | 10:33:04 |
| 19 | them, I believe -- I'll check this.  I'll get you | 10:33:07 |
| 20 | the exact number -- are selling for $82,000, | 10:33:10 |
| 21 | 82,100, I heard numbers like that.  So somebody | 10:33:13 |
| 22 | hit the jackpot. | 10:33:18 |
| 23 | And -- but the reason -- the reason | 10:33:21 |
| 24 | that took place is the brand.  I did a book, "Our | 10:33:23 |
| 25 | Journey Together," and the book was a massive | 10:33:29 |

```
 1              CONFIDENTIAL - DONALD J. TRUMP
 2     success.  Recently -- I'm doing another one now.      10:33:31
 3     The reason they're selling like that is because       10:33:35
 4     of the brand.  I believe the brand is worth more      10:33:38
 5     than all of the properties put together.              10:33:40
 6              If you look at Coke-a-Cola, their             10:33:42
 7     brand, I believe, is 90 percent of their value or    10:33:44
 8     something, you know, their trucks and their           10:33:46
 9     factories and the rest of it.                         10:33:49
10              But if I wanted to show you a good           10:33:50
11     statement, I would have added maybe $10 billion      10:33:54
12     or something for the brand.  I didn't put the         10:33:58
13     brand in there.  And I actually had an appraisal     10:34:00
14     of 2.9 billion and that was a long time ago.          10:34:03
```

1              CONFIDENTIAL - DONALD J. TRUMP

8           Q.   Why don't we talk about the                14:41:14
9      Mar-a-Lago of the south.                             14:41:15
10              Do you have a sense today of like how       14:41:18
11     much -- I think you talked a little bit.             14:41:22
12              But sitting here today do you have a        14:41:25
13     sense of the price of Mar-a-Lago?                    14:41:26

15          A.   The value?                                 14:41:28
16          Q.   Yes.                                       14:41:29
17          A.   I think I do.  I mean, I think I do.       14:41:29
18          Q.   And how much do you think it's worth?      14:41:32
19          A.   1.5 billion.                               14:41:34

Page 294

1     CONFIDENTIAL - DONALD J. TRUMP

                                                        16:19:55

7          Q.  Mr. Trump, you've been handed two        16:19:55
8     exhibits, Exhibit 20 and Exhibit 21.              16:19:57
9               Let's start with Exhibit 20.  It's a    16:20:01
10    letter from you to Richard Byrne, CEO Deutsche    16:20:03
11    Bank Securities Inc.  It's 60 Wall Street, dated  16:20:06
12    November 15, 2011.  It bears the Production No.   16:20:10
13    TTO_214580.                                       16:20:13
14              You write, "Dear Richard.  As per our   16:20:18
15    conversation, I am pleased to enclose the         16:20:20
16    recently completed financial statement of Donald  16:20:25
17    J. Trump.  Hopefully you will be impressed.  I    16:20:26
18    think Doral will go down as one of my most        16:20:28
19    successful projects.  I'm looking forward to      16:20:29
20    bringing it to the highest level."                16:20:31
21              Do you know why you were sending your   16:20:34
22    Statement of Financial Condition to Mr. Byrne at  16:20:36
23    this time?                                        16:20:37
24         A.  I was asking them if they wanted to      16:20:39
25    do financing for the job.  Ultimately, they -- I  16:20:41

FILED: NEW YORK COUNTY CLERK 08/30/2023 02:30 PM
NYSCEF DOC. NO. 859
INDEX NO. 452564/2022
RECEIVED NYSCEF: 08/30/2023

Case 1:20-cv-07311-LAK   Document 239-2   Filed 12/20/23   Page 10 of 13

Page 295

|    |                                                                  |          |
|----|------------------------------------------------------------------|----------|
| 1  | CONFIDENTIAL - DONALD J. TRUMP                                   |          |
| 2  | don't believe they did it.  I think it was done                  | 16:20:45 |
| 3  | by another division of the -- of the bank, I                     | 16:20:47 |
| 4  | think.                                                           | 16:20:51 |
| 5  |     Q.  So is Mr. Byrne in the commercial    | 16:20:51 |
| 6  | real estate division?                                            | 16:20:53 |
| 7  |     A.  I believe so, yes.                   | 16:20:53 |
| 8  |     Q.  And you did it through the private   | 16:20:54 |
| 9  | wealth group?                                                    | 16:20:57 |
| 10 |     A.  I did it through a different group,  | 16:20:58 |
| 11 | yes, within the same bank.                                       | 16:21:00 |
| 12 |     Q.  Right.                               | 16:21:02 |
| 13 |     A.  But, you know, they're very          | 16:21:02 |
| 14 | separated.                                                       | 16:21:03 |
| 15 |     Q.  The second paragraph or I should say | 16:21:05 |
| 16 | the third paragraph you write, "I am also                        | 16:21:08 |
| 17 | enclosing a letter that establishes my brand                     | 16:21:10 |
| 18 | value, which is not included in my net worth                     | 16:21:12 |
| 19 | statement, from Predictiv, the most respected                    | 16:21:14 |
| 20 | branding valuation company in the country."                      | 16:21:17 |
| 21 | We did not have an attachment to this                            | 16:21:19 |
| 22 | letter when it came over from the Trump                          | 16:21:24 |
| 23 | Organization files, but we have what I believe is                | 16:21:26 |
| 24 | a copy.                                                          | 16:21:28 |
| 25 |     A.  Yeah I've seen that actually.        | 16:21:29 |

Page 296

| | | |
|---|---|---|
| 1 | CONFIDENTIAL - DONALD J. TRUMP | |
| 2 | Q. Is this the report you're referring | 16:21:31 |
| 3 | to in the letter you think? | 16:21:32 |
| 4 | A. I think so, yes. I think so. | 16:21:33 |
| 5 | Q. Okay. That is -- | 16:21:33 |
| 6 | A. And that's what I mean. I didn't | 16:21:36 |
| 7 | include it in my statement. | 16:21:37 |
| 8 | Q. So we've covered this a bit, but the | 16:21:39 |
| 9 | financial statements do not include brand value. | 16:21:42 |
| 10 | A. They don't. | 16:21:44 |
| 11 | Q. And so you had a separate analysis | 16:21:44 |
| 12 | prepared -- | 16:21:47 |
| 13 | A. Right. | 16:21:47 |
| 14 | Q. -- of your brand value? | 16:21:47 |
| 15 | A. Correct. | 16:21:48 |
| 16 | Q. Okay. | 16:21:49 |
| 17 | A. But I never put it in my -- I don't | 16:21:50 |
| 18 | even know why, but I never put it in my financial | 16:21:53 |
| 19 | statement. | 16:21:56 |
| 20 | Q. Okay. So I'll just note for the | 16:21:56 |
| 21 | record that the valuation that we've been talking | 16:22:02 |
| 22 | about is Exhibit 21. It bears the Production No. | 16:22:05 |
| 23 | DB-NYAG-101978. The letter is from Jonathan Low | 16:22:08 |
| 24 | at Predictiv. It isn't dated. | 16:22:18 |
| 25 | Do you have a sense of when the | 16:22:24 |

Veritext Legal Solutions
212-267-6868                                         516-608-2400

Page 297

1      CONFIDENTIAL - DONALD J. TRUMP

2    analysis was prepared?                           16:22:25

3        A.  I don't know.  It's not dated?           16:22:26

4        Q.  We weren't able to see a date on it.     16:22:30

5        A.  I guess it was around -- I think it      16:22:33

6    was around that time.  It was a long time ago.  I  16:22:35

7    think it's the only time I ever had the brand    16:22:37

8    valued.                                          16:22:40

9        Q.  Do you know why you had the brand        16:22:40

10   valued?                                          16:22:42

11       A.  I think I was just curious to see        16:22:42

12   what it would be.  I look at Coca-Cola.  I look  16:22:44

13   at these public companies and they have          16:22:49

14   tremendous values in their brand, as I explained 16:22:52

15   before, more than they have in their brick and   16:22:53

16   mortar and their trucks and all of the other     16:22:56

17   stuff in some cases.  And I was just curious as  16:22:58

18   to what it might be.                             16:23:01

19       Q.  Do you have a sense for -- so where      16:23:02

20   do you find the brand value for a company like   16:23:05

21   Coca-Cola?  How were you aware of it?  Where were 16:23:08

22   you seeing it?                                   16:23:10

23       A.  Well, I see it.  You know, I'm a         16:23:11

24   financial person and I see statements and they   16:23:13

25   have -- they don't always call it "brand value." 16:23:16

```
                                                           Page 298

 1            CONFIDENTIAL - DONALD J. TRUMP

 2     They call it "good will."  They call it different    16:23:19

 3     things.                                              16:23:21

 4             But you look at statements and there         16:23:21

 5     are massive numbers for some of these companies.     16:23:23

 6     A lot of these companies are old companies.  They    16:23:26

 7     don't have debt and then they have a net worth       16:23:28

 8     and they have good will or brand value.  And it's    16:23:30

 9     -- in some cases, it's way bigger than the           16:23:37

10     company.                                             16:23:40

11          Q.  So it would be difference between the       16:23:40

12     overall valuation of the company and their actual    16:23:42

13     assets; is that the idea?                            16:23:44


15          A.  Well, it would be just a separate           16:23:47

16     line.  I mean, you know, it's hard to really         16:23:50

17     evaluate what it is.  I think it's very hard to      16:23:52

18     evaluate it.  But it's -- it's -- you know, in my    16:23:54

19     case, I know it's billions and billions of           16:23:59

20     dollars.                                             16:24:01

21              I did a book recently.  It sold             16:24:02

22     through the roof.  And doing another one and it's    16:24:03

23     selling -- it's going to but it started already      16:24:09

24     selling through the roof.  And it's all brand        16:24:10

25     value.  That's a lot of brand value.                 16:24:12
```