UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

E. JEAN CARROLL,

               Plaintiff,

    -against-                                               20-cv-7311 (LAK)

DONALD J. TRUMP,

               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        On or before December 28, 2023, defendant shall file (1) any objections he may have to plaintiff's designations contained in her December 20 letter (Dkt 239), and (2) counter-designations of any deposition or other testimony that he contends plaintiff should be required to introduce on the basis that the counter-designated testimony in fairness should be considered with the part of the deposition or other testimony designated by plaintiff.

        SO ORDERED.

Dated:      December 21, 2023

                                                    Lewis A. Kaplan
                                               United States District Judge