UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br><br>       *Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>       *Defendant.* | 1:20-cv-07311 (LAK) |

**DEPOSITION DESIGNATIONS AND OBJECTIONS**

Pursuant to the Order of Hon. Lewis A. Kaplan, U.S.D.J., dated December 21, 2023, Defendant Donald J. Trump ("Defendant") respectfully submits his objections to the designations of Plaintiff E. Jean Carroll ("Plaintiff") set forth in her December 20, 2023 letter (ECF 239) and Defendant's counter-designations of deposition testimony in this action.  Defendant reserves the right to amend his objections to Plaintiff's designations and Defendant's counter-designations pending the disposition of any motions and/or applications presently before the Court.

Pursuant to Federal Rule of Evidence ("FRE") 32, Defendant hereby objects to the introduction of any portion of Defendant's deposition transcript during trial as Defendant has been named as a witness to testify at this trial.  Notwithstanding and subject to the foregoing objection, Defendant respectfully submits the following objections to Plaintiff's designations and Defendant's counter-designations set forth herein.

The parties designate and counter-designate the below portions of the October 19, 2022 Deposition of Donald J. Trump ("Defendant's Deposition") and the October 14, 2022 Deposition E. Jean Carroll ("Plaintiff's Deposition"), and note their objections for the Court.

A. **Plaintiff's Designations of Defendant's Deposition and Defendant's Objections**

| Plaintiff's Designations | Defendant's Objections |
|---|---|
| 12:21 - 13:9 | FRE 402, 403 |
| 13:17 - 13:19 | FRE 402 |
| 13:24 - 14:9 | FRE 402 |
| 42:5 - 42:8 | FRE 402, 403 |
| 43:4 - 43:14 | FRE 402, 403 |
| 54:9 - 55:3 | FRE 402, 403 |
| 55:7 - 55:18 | FRE 402, 403 |
| 56:8 - 56:12 | No objection |
| 57:6 - 57:11 | No objection |
| 57:15 - 57:18 | No objection |
| 60:3 - 60:5 | No objection |
| 61:6 - 61:14 | No objection |
| 61:22 - 62:18 | No objection |
| 67:7 - 67:9 | No objection |
| 68:3 - 68:21 | No objection |
| 69:7 - 69:23 | No objection |
| 81:21 - 83:2 | FRE 402, 403, Memorandum Opinion, *Carroll v. Trump*, No. 20 Civ. 7311 (Sept. 6, 2023), ECF 214 limiting trial to damages only. |
| 87:6 - 88:3 | FRE 402, 403 |
| 88:7 - 88:17 | FRE 402, 403 |
| 89:18 - 90:11 | No objection |
| 93:19 - 94:20 | FRE 402, 403 |
| 95:4 - 95:5 | FRE 402, 403 |
| 95:8 - 95:8 | FRE 402, 403 |
| 103:8 - 103:19 | No objection |
| 125:22 - 126:3 | FRE 402 |
| 127:5 - 128:5 | FRE 402, 403 |
| 130:6 - 130:19 | No objection |
| 130:25 - 131:4 | FRE 402, 403 |
| 131:11 - 131:13 | FRE 402, 403 |
| 131:16 - 131:20 | FRE 402, 403 |
| 131:24 - 132:5 | FRE 402, 403 |
| 134:10 - 134:13 | FRE 402, 403 |
| 137:9 - 138:3 | No objection |
| 141:21 - 142:14 | FRE 402, 403 |
| 146:16 - 146:21 | FRE 402, 403 |
| 147:3 - 147:17 | FRE 402, 403 |

| Plaintiff's Designations | Defendant's Objections |
|---|---|
| 147:20 - 148:7 | FRE 402, 403 |
| 148:9 - 148:20 | FRE 402, 403 |
| 148:22 - 149:2 | FRE 402, 403 |
| 149:4 - 149:6 | FRE 402, 403 |
| 168:20 - 168:25 | FRE 402, 403, 404, Memorandum Opinion, *Carroll v. Trump*, No. 20 Civ. 7311 (Sept. 6, 2023), ECF 214 limiting trial to damages only. |
| 169:4 - 169:6 | FRE 402, 403, 404, Memorandum Opinion, *Carroll v. Trump*, No. 20 Civ. 7311 (Sept. 6, 2023), ECF 214 limiting trial to damages only. |
| 169:8 - 169:21 | FRE 402, 403, 404, Memorandum Opinion, *Carroll v. Trump*, No. 20 Civ. 7311 (Sept. 6, 2023), ECF 214 limiting trial to damages only. |
| 170:2 - 170:4 | FRE 402, 403, 404, Memorandum Opinion, *Carroll v. Trump*, No. 20 Civ. 7311 (Sept. 6, 2023), ECF 214 limiting trial to damages only. |
| 174:5 - 174:21 | FRE 402, 403, 404, Memorandum Opinion, *Carroll v. Trump*, No. 20 Civ. 7311 (Sept. 6, 2023), ECF 214 limiting trial to damages only. |
| 176:8 - 176:11 | FRE 402, 403, 404, Memorandum Opinion, *Carroll v. Trump*, No. 20 Civ. 7311 (Sept. 6, 2023), ECF 214 limiting trial to damages only. |
| 180:23 - 181:9 | FRE 402, 403, 404, Memorandum Opinion, *Carroll v. Trump*, No. 20 Civ. 7311 (Sept. 6, 2023), ECF 214 limiting trial to damages only. |
| 181:11 - 181:14 | FRE 402, 403, 404, Memorandum Opinion, *Carroll v. Trump*, No. 20 Civ. 7311 (Sept. 6, 2023), ECF 214 limiting trial to damages only. |
| 182:23 - 183:2 | FRE 402, 403, 404, Memorandum Opinion, *Carroll v. Trump*, No. 20 Civ. 7311 (Sept. 6, 2023), ECF 214 limiting trial to damages only. |
| 183:25 - 184:9 | FRE 402, 403, 404, Memorandum Opinion, *Carroll v. Trump*, No. 20 Civ. 7311 (Sept. 6, 2023), ECF 214 limiting trial to damages only. |
| 184:13 - 184:22 | FRE 402, 403, 404, Memorandum Opinion, *Carroll v. Trump*, No. 20 Civ. 7311 (Sept. 6, 2023), ECF 214 limiting trial to damages only. |
| 209:4 - 209:19 | FRE 402, 403 |

B.  **Defendant's Counter-Designations of Defendant's Deposition**

| **Defendant's Counter-Designations** |
| --- |
| 50:25 - 51:6 |
| 51:8 - 51:12 |
| 53:11 - 53:24 |
| 55:20 (starting with "it was") - 56:5 |
| 58:5 - 58:6 |
| 58:14 - 59:23 |
| 60:3 - 60:18 |
| 67:10 - 67:18 |
| 71:4 - 71:24 |
| 72:6 - 72:10 |
| 72:14 - 73:16 |
| 73:18 - 73:20 |
| 77:14 (starting with "And if") - 78:5 |
| 80:4 - 80:16 |
| 91:3 - 91:15 |
| 103:6 - 103:19 |
| 116:22 - 117:4 |
| 119:5 - 119:22 |
| 119:24 - 120:15 |
| 131:5 - 131:9 |
| 134:19 - 134:24 |
| 139:8 - 139:24 |
| 141:3 - 141:20 |
| 146:22 -147:2 |
| 148:9 - 148:13 |
| 172:3 - 172:10 (Defendant designates only because the issue of whether the "Access Hollywood" tape is admissible at trial remains pending before this Court, and Plaintiff's designations on this issue, and reserves all rights on appeal) |
| 174:22 - 175:4 (ending with "people talk") |

| **Defendant's Counter-Designations** |
|---|
| (Defendant designates only because the issue of whether the "Access Hollywood" tape is admissible at trial remains pending before this Court, and Plaintiff's designations on this issue, and reserves all rights on appeal) |
| 176:12 – 176:17 (ending with "remember it") |
| (Defendant designates only because the issue of whether Natasha Stoynoff's testimony, and evidence relating to said testimony, is admissible at trial remains pending before this Court, and Plaintiff's designations on this issue, and reserves all rights on appeal) |
| 176:19 (starting with "a long time") – 177:4 (ending with "phony charge") |
| (Defendant designates only because the issue of whether Natasha Stoynoff's testimony, and evidence relating to said testimony, is admissible at trial remains pending before this Court, and Plaintiff's designations on this issue, and reserves all rights on appeal) |
| 183:13 – 183:23 (ending with "disgrace, also.") |
| (Defendant designates only because the issue of whether Jessica Leeds's testimony, and evidence relating to said testimony, is admissible at trial remains pending before this Court, and Plaintiff's designations on this issue, and reserves all rights on appeal) |
| 185:3 – 187:3 |
| (Defendant designates only because the issue of whether Jessica Leeds's testimony, and evidence relating to said testimony, is admissible at trial remains pending before this Court, and Plaintiff's designations on this issue, and reserves all rights on appeal) |
| 191:25 – 192:22 |
| (Defendant designates only because the issue of whether Jessica Leeds's testimony, and evidence relating to said testimony, is admissible at trial remains pending before this Court, and Plaintiff's designations on this issue, and reserves all rights on appeal) |
| 210:17 - 210:19 |
| 210:22 - 210:25 |
| 215:3 - 215:19 |

Dated: December 28, 2023						Respectfully submitted,

							*/s/ Michael Madaio*
							Alina Habba
							Michael Madaio
							HABBA MADAIO & ASSOCIATES LLP
							1430 U.S. Highway 206, Suite 240
							Bedminster, NJ 07921
							Phone: (908) 869-1188
							ahabba@habbalaw.com
							mmadaio@habbalaw.com

							*Counsel for Defendant Donald J. Trump*