UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
E. JEAN CARROLL,

                Plaintiff,

-against-                                                                              20-cv-7311 (LAK)

DONALD J. TRUMP,

                Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court is in receipt of a letter motion by plaintiff (Dkt 246) requesting a ruling on the various pending evidentiary issues and an order precluding evidence and argument regarding the *Carroll II* jury's finding of insufficient evidence that Mr. Trump raped Ms. Carroll under the technical definition of rape in New York Penal Law. Defendant shall file any response to plaintiff's letter on or before January 5, 2024, including whether he plans to offer evidence or argument at trial of the *Carroll II* jury's finding on rape, what specific evidence or argument he intends to introduce, and how and for what purpose he intends to offer it.

        SO ORDERED.

Dated:      January 4, 2024

                                                Lewis A. Kaplan
                                          United States District Judge