UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

E. JEAN CARROLL,

                       Plaintiff,

             -against-                               20-cv-7311 (LAK)

DONALD J. TRUMP, in his personal capacity,

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER RULING ON OBJECTIONS
## TO DEPOSITION DESIGNATIONS

LEWIS A. KAPLAN, *District Judge.*

         The Court's rulings on the objections noted by the parties to the designations and counter-designations of certain portions of Mr. Trump's deposition are set forth in the attached schedule. The notation "deferred" means that the Court reserves decision on the objection until it issues its ruling on the parties' outstanding evidentiary motions.

         The Court overrules Mr. Trump's broad objection under Federal Rule of Civil Procedure 32 to the use of any portion of his deposition transcript. His contention that its use would be improper because he is listed as a possible witness is utterly frivolous. Rule 32(a)(3) provides that an "adverse party may use for *any purpose* the deposition of a party,"[1] whether they are available to testify live or not. Thus, Ms. Carroll will be permitted to play her otherwise admissible deposition designations at trial even were Mr. Trump to testify.

         With respect to Ms. Carroll's objections to Mr. Trump's counter-designations, the Court again has sustained those objections that it has determined are inappropriate under Rule 32(a)(6), which allows a party to cross-designate and "introduce [only] other parts [of a deposition]

---

[1]        Fed R. Civ. P. 32(a)(3) (emphasis added); *see also Wei Yan Yan v. 520 Asian Rest. Corp.*, No. 13-CV-2417 (KNF), 2014 WL 4378746, at *4 (S.D.N.Y. Sept. 4, 2014) (broadly defining "any purpose"); *Keawsri v. Ramen-Ya Inc.*, No. 17-CV-2406 (LJL), 2022 WL 2391692, at *1 (S.D.N.Y. July 1, 2022) ("it is quite immaterial that the adversary is available to testify at the trial or has testified there") (internal citation and quotation marks omitted).

2

that in fairness should be considered with the part introduced."  Mr. Trump attempts to include as counter-designations testimony that already was rejected on this basis in *Carroll II*, and the Court incorporates its earlier order in that case to the extent relevant.[2]

SO ORDERED.

Dated:        January 4, 2024

_____
Lewis A. Kaplan
United States District Judge

---

[2]        Dkt 158, *Carroll v. Trump*, No. 22-CV-10016 (LAK) (*Carroll II*).

A.    **Plaintiff's Designations of Defendant's Deposition and Defendant's Objections**

| Plaintiff's Designations | Defendant's Objections |
|---|---|
| 12:21 - 13:9    Overruled | FRE 402, 403 |
| 13:17 - 13:19    Overruled | FRE 402 |
| 13:24 - 14:9    Overruled | FRE 402 |
| 42:5 - 42:8    Overruled | FRE 402, 403 |
| 43:4 - 43:14    Overruled | FRE 402, 403 |
| 54:9 - 55:3    Overruled | FRE 402, 403 |
| 55:7 - 55:18    Overruled | FRE 402, 403 |
| 56:8 - 56:12 | No objection |
| 57:6 - 57:11 | No objection |
| 57:15 - 57:18 | No objection |
| 60:3 - 60:5 | No objection |
| 61:6 - 61:14 | No objection |
| 61:22 - 62:18 | No objection |
| 67:7 - 67:9 | No objection |
| 68:3 - 68:21 | No objection |
| 69:7 - 69:23 | No objection |
| 81:21 - 83:2<br><br>Overruled | FRE 402, 403, Memorandum Opinion, *Carroll v. Trump*, No. 20 Civ. 7311 (Sept. 6, 2023), ECF 214 limiting trial to damages only. |
| 87:6 - 88:3    Overruled | FRE 402, 403 |
| 88:7 - 88:17    Overruled | FRE 402, 403 |
| 89:18 - 90:11 | No objection |
| 93:19 - 94:20    Overruled | FRE 402, 403 |
| 95:4 - 95:5    Overruled | FRE 402, 403 |
| 95:8 - 95:8    Overruled | FRE 402, 403 |
| 103:8 - 103:19 | No objection |
| 125:22 - 126:3    Overruled | FRE 402 |
| 127:5 - 128:5    Overruled | FRE 402, 403 |
| 130:6 - 130:19 | No objection |
| 130:25 - 131:4    Overruled | FRE 402, 403 |
| 131:11 - 131:13    Overruled | FRE 402, 403 |
| 131:16 - 131:20    Overruled | FRE 402, 403 |
| 131:24 - 132:5    Sustained | FRE 402, 403 |
| 134:10 - 134:13    Overruled | FRE 402, 403 |
| 137:9 - 138:3 | No objection |
| 141:21 - 142:14    Overruled | FRE 402, 403 |
| 146:16 - 146:21    Overruled | FRE 402, 403 |
| 147:3 - 147:17    Overruled | FRE 402, 403 |

| Plaintiff's Designations | Defendant's Objections |
|---|---|
| 147:20 - 148:7   **Overruled** | FRE 402, 403 |
| 148:9 - 148:20   **Overruled** | FRE 402, 403 |
| 148:22 - 149:2   **Overruled** | FRE 402, 403 |
| 149:4 - 149:6   **Overruled** | FRE 402, 403 |
| 168:20 - 168:25   **Deferred** | FRE 402, 403, 404, Memorandum Opinion, *Carroll v. Trump*, No. 20 Civ. 7311 (Sept. 6, 2023), ECF 214 limiting trial to damages only. |
| 169:4 - 169:6   **Deferred** | FRE 402, 403, 404, Memorandum Opinion, *Carroll v. Trump*, No. 20 Civ. 7311 (Sept. 6, 2023), ECF 214 limiting trial to damages only. |
| 169:8 - 169:21   **Deferred** | FRE 402, 403, 404, Memorandum Opinion, *Carroll v. Trump*, No. 20 Civ. 7311 (Sept. 6, 2023), ECF 214 limiting trial to damages only. |
| 170:2 - 170:4   **Deferred** | FRE 402, 403, 404, Memorandum Opinion, *Carroll v. Trump*, No. 20 Civ. 7311 (Sept. 6, 2023), ECF 214 limiting trial to damages only. |
| 174:5 - 174:21   **Deferred** | FRE 402, 403, 404, Memorandum Opinion, *Carroll v. Trump*, No. 20 Civ. 7311 (Sept. 6, 2023), ECF 214 limiting trial to damages only. |
| 176:8 - 176:11   **Sustained** | FRE 402, 403, 404, Memorandum Opinion, *Carroll v. Trump*, No. 20 Civ. 7311 (Sept. 6, 2023), ECF 214 limiting trial to damages only. |
| 180:23 - 181:9   **Sustained** | FRE 402, 403, 404, Memorandum Opinion, *Carroll v. Trump*, No. 20 Civ. 7311 (Sept. 6, 2023), ECF 214 limiting trial to damages only. |
| 181:11 - 181:14   **Sustained** | FRE 402, 403, 404, Memorandum Opinion, *Carroll v. Trump*, No. 20 Civ. 7311 (Sept. 6, 2023), ECF 214 limiting trial to damages only. |
| 182:23 - 183:2   **Sustained** | FRE 402, 403, 404, Memorandum Opinion, *Carroll v. Trump*, No. 20 Civ. 7311 (Sept. 6, 2023), ECF 214 limiting trial to damages only. |
| 183:25 - 184:9   **Sustained** | FRE 402, 403, 404, Memorandum Opinion, *Carroll v. Trump*, No. 20 Civ. 7311 (Sept. 6, 2023), ECF 214 limiting trial to damages only. |
| 184:13 - 184:22   **Sustained** | FRE 402, 403, 404, Memorandum Opinion, *Carroll v. Trump*, No. 20 Civ. 7311 (Sept. 6, 2023), ECF 214 limiting trial to damages only. |
| 209:4 - 209:19   **Sustained** | FRE 402, 403 |

KAPLAN HECKER & FINK LLP

2

### B.   Defendant's Counter-Designations and Plaintiff's Objections

| Defendant's Counter-Designations | | Plaintiff's Objections |
|---|---|---|
| **50:25 - 51:6** | **Sustained** | FRCP 32(a)(6); FRE 106[3], 402, 403; Memorandum Opinion on Collateral Estoppel, ECF 214 |
| **51:8 - 51:12** | **Sustained** | FRCP 32(a)(6); FRE 106, 402, 403; Memorandum Opinion on Collateral Estoppel, ECF 214 |
| 53:11 - 53:24 | Overruled | FRCP 32(a)(6); FRE 106, 402 |
| **55:20 (starting with "it was") - 56:5** | **Sustained** | FRCP 32(a)(6); FRE 106, 402, 403; Memorandum Opinion on Collateral Estoppel, ECF 214 |
| 58:5 - 58:6 | | No objection |
| 58:14 - 59:23 | | No objection |
| **60:3 - 60:18** | **Sustained** | FRCP 32(a)(6); FRE 106, 402, 403, 602, 802; Memorandum Opinion on Collateral Estoppel, ECF 214<br><br>No objection to 60:3 - 60:5 |
| 67:10 - 67:18 | Overruled | FRCP 32(a)(6); FRE 106, 402, 403; Memorandum Opinion on Collateral Estoppel, ECF 214 |
| **71:4 - 71:24** | **Sustained** | FRCP 32(a)(6); FRE 106, 402, 403; Memorandum Opinion on Collateral Estoppel, ECF 214 |

KAPLAN HECKER & FINK LLP

3

| Defendant's Counter-Designations | | Plaintiff's Objections |
|---|---|---|
| **72:6 - 72:10** | **Sustained** | FRCP 32(a)(6); FRE 106, 402, 403, 602, 802; Memorandum Opinion on Collateral Estoppel, ECF 214; *see also Carroll II*, Memorandum and Order on Plaintiff's *In Limine* Motion, ECF 95 at 21 (precluding Trump from "giving … testimony concerning information allegedly known to persons whom he has not disclosed") |
| **72:14 - 73:16** | **Sustained** | FRCP 32(a)(6); FRE 106, 402, 403, 602, 802; Memorandum Opinion on Collateral Estoppel, ECF 214; *see also Carroll II*, Memorandum and Order on Plaintiff's *In Limine* Motion, ECF 95 at 21 |
| **73:18 - 73:20** | **Sustained** | FRCP 32(a)(6); FRE 106, 402, 403, 602, 802; Memorandum Opinion on Collateral Estoppel, ECF 214; *see also Carroll II*, Memorandum and Order on Plaintiff's *In Limine* Motion, ECF 95 at 21 |
| **77:14 (starting with "And if") - 78:5** | **Sustained** | FRCP 32(a)(6); FRE 106, 402, 403, 602, 802[4]; Memorandum Opinion on Collateral Estoppel, ECF 214 |
| *80:4 - 80:16* | **Overruled** | FCRP 32(a)(6); FRE 106, 402, 403; Memorandum Opinion on Collateral Estoppel, ECF 214 |
| **91:3 - 91:15** | **Sustained** | FRCP 32(a)(6); FRE 106, 402, 403, 412, 602, 802; Memorandum Opinion on Collateral Estoppel, ECF 214 |
| 103:6 - 103:19 | | No objection |
| **116:22 - 117:4** | **Sustained** | FRCP 32(a)(6); FRE 106, 402, 403; Memorandum Opinion on Collateral Estoppel, ECF 214 |
| **119:5 - 119:22** | **Sustained** | FRCP 32(a)(6); FRE 106, 402, 403; Memorandum Opinion on Collateral Estoppel, ECF 214 |
| **119:24 - 120:15** | **Sustained** | FRCP 32(a)(6); FRE 106, 402, 403; Memorandum Opinion on Collateral Estoppel, ECF 214 |
| **131:5 - 131:9** | **Sustained** | FRCP 32(a)(6); FRE 106, 402, 403; Memorandum Opinion on Collateral Estoppel, ECF 214 |
| **134:19 - 134:24** | **Sustained** | FRCP 32(a)(6); FRE 106, 402, 602, 802 |

KAPLAN HECKER & FINK LLP                                                      4

| Defendant's Counter-Designations | Plaintiff's Objections |
|---|---|
| *139:8 - 139:24*          **Sustained** | FRCP 32(a)(6); FRE 106, 402, 403, 602; Memorandum Opinion on Collateral Estoppel, ECF 214 |
| *141:3 - 141:20*          **Sustained** | FRCP 32(a)(6); FRE 106, 402, 403, 602; Memorandum Opinion on Collateral Estoppel, ECF 214 |
| *146:22 - 147:2*          **Sustained** | FRCP 32(a)(6); FRE 106, 402, 403; Memorandum Opinion on Collateral Estoppel, ECF 214 |
| 148:9 - 148:13 | No objection |
| 172:3 - 172:10 (Defendant designates only because the issue of whether the "Access Hollywood" tape is admissible at trial remains pending before this Court, and Plaintiff's designations on this issue, and reserves all rights on appeal) | No objection |
| 174:22 - 175:4 (ending with "people talk") (Defendant designates only because the issue of whether the "Access Hollywood" tape is admissible at trial remains pending before this Court, and Plaintiff's designations on this issue, and reserves all rights on appeal) | No objection |
| 176:12 - 176:17 (ending with "remember it") (Defendant designates only because the issue of whether Natasha Stoynoff's testimony, and evidence relating to said testimony, is admissible at trial remains pending before this Court, and Plaintiff's designations on this issue, and reserves all rights on appeal) | No objection |

KAPLAN HECKER & FINK LLP                                                                    5

| Defendant's Counter-Designations | Plaintiff's Objections |
|---|---|
| 176:19 (starting with "a long time") - 177:4 (ending with "phony charge")<br><br>(Defendant designates only because the issue of whether Natasha Stoynoff's testimony, and evidence relating to said testimony, is admissible at trial remains pending before this Court, and Plaintiff's designations on this issue, and reserves all rights on appeal) | No objection |
| 183:13 - 183:23 (ending with "disgrace, also.")<br><br>(Defendant designates only because the issue of whether Jessica Leeds's testimony, and evidence relating to said testimony, is admissible at trial remains pending before this Court, and Plaintiff's designations on this issue, and reserves all rights on appeal) | No objection |
| **185:3 - 187:3**          **Sustained**<br>(Defendant designates only because the issue of whether Jessica Leeds's testimony, and evidence relating to said testimony, is admissible at trial remains pending before this Court, and Plaintiff's designations on this issue, and reserves all rights on appeal) | FRCP 32(a)(6); FRE 106, 402, 403, 602, 802 |
| 191:25 - 192:22<br><br>(Defendant designates only because the issue of whether Jessica Leeds's testimony, and evidence relating to said testimony, is admissible at trial remains pending before this Court, and Plaintiff's designations on this issue, and reserves all rights on appeal) | No objection |
| **210:17 - 210:19**          **Sustained** | FRCP 32(a)(6); FRE 106, 402, 403; Memorandum Opinion on Collateral Estoppel, ECF 214 |
| **210:22 - 210:25**          **Sustained** | FRCP 32(a)(6); FRE 106, 402, 403; Memorandum Opinion on Collateral Estoppel, ECF 214 |

KAPLAN HECKER & FINK LLP                                        6

| Defendant's Counter-Designations | Plaintiff's Objections |
|---|---|
| **215:3 - 215:19**      **Sustained** | FRCP 32(a)(6); FRE 106, 402, 403, 602; Memorandum Opinion on Collateral Estoppel, ECF 214 |