UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br><br>                *Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, in his personal capacity,<br><br>                *Defendant.* | No. 20 Civ. 7311 (LAK) (JLC)<br><br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE<br>OF PETER W. GABRA** |

      Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Peter W. Gabra, hereby move and respectfully request that this Court enter an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Donald J. Trump in the above-captioned action.  In support of this motion, I state as follows:

      1.      I am an attorney in good standing of the bar of the United States District Court for the District of New Jersey and there are no pending disciplinary proceedings against me in any state of federal court.

      2.      I have never been convicted of a felony.

      3.      I have never been censured, suspended, dibarred or denied admission or readmission by any court.

      4.      Attached hereto is my affidavit pursuant to Local Rule 1.3.

2

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: January 11, 2024 | /s/ Peter W. Gabra |
| | Peter W. Gabra |
| | HABBA MADAIO & ASSOCIATES LLP |
| | 1430 U.S. Highway 206, Suite 240 |
| | Bedminster, New Jersey 07921 |
| | -and- |
| | 270 West 60th Street |
| | New York, New York, 10023 |
| | Telephone: (908) 869-1188 |
| | Facsimile: (908) 450-1881 |
| | E-mail: pgabra@habbalaw.com |
| | |
| | *Attorney for Defendant, Donald J. Trump* |

2