UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br><br>                *Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, in his personal capacity,<br><br>                *Defendant.* | No. 20 Civ. 7311 (LAK) (JLC)<br><br>**AFFIDAVIT OF PETER W. GABRA<br>IN SUPPORT OF MOTION FOR<br>ADMISSION PRO HAC VICE** |

I, Peter W. Gabra, hereby depose and state as follows under penalty of perjury:

1. I am an attorney with the law firm of Habba Madaio & Associates LLP. My business contact information is as follows:

>   1430 U.S. Highway 206, Suite 240
>   Bedminster, New Jersey 07921
>   Telephone: (908) 869-1188
>   Fax: (908) 450-1881
>   Email: pgabra@habbalaw.com

2. I submit this Affidavit in support of my Motion for Admission Pro Hac Vice in this case.

3. I am a member in good standing of the United States District Court for the District of New Jersey. My certificate of Good Standing is annexed hereto.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me.

1

7.   I hereby certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 11, 2024

_____
Peter W. Gabra

Sworn to before me this _11_ day of _January_, 2024

_____
Notary Public

**PAULA D ATKINSON**
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES APRIL 20, 2027

2