# Certificate of Good Standing



## United States of America

## District of New Jersey

I, MELISSA E. RHOADS, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

## Peter W. Gabra

was duly admitted to practice in said Court as of October 7, 2022 and is in good standing as a member of the Bar of said Court.

Dated at Trenton, New Jersey
on: January 9, 2024



MELISSA E. RHOADS, CLERK

By _____

Samaiya Sanders,
Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.