**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

E. JEAN CARROLL,

                *Plaintiff,*

    v.

DONALD J. TRUMP, in his personal capacity,

                *Defendant.*

No. 20 Civ. 7311 (LAK) (JLC)

**[PROPOSED] ORDER FOR**
**ADMISSION PRO HAC VICE**

The motion of Peter W. Gabra for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the District of New Jersey Bar; and that his contact information is as follows:

Peter W. Gabra
1430 U.S. Highway 206, Suite 240
Bedminster, New Jersey 07921
Telephone: (908) 869-1188
Fax: (908) 450-1881
Email: pgabra@habbalaw.com

Applicant having requested admission Pro Hac Vice to appear for all pruposes as counsel for Defenant Donald J. Trump in the above action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
HONORABLE LEWIS A. KAPLAN
United States District Judge