# EXHIBIT A

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   - - - - - - - - - - - - - - - - - - - - - - - -x
 5   E. JEAN CARROLL,
 6                          Plaintiff,
 7             -against-
 8   DONALD J. TRUMP, in his personal capacity,
                            Defendant.
 9
10   - - - - - - - - - - - - - - - - - - - - - - - -x
11
12                  *** CONFIDENTIAL ***
13
14          Remote deposition of CAROL MARTIN, taken
15   pursuant to Notice, was held via videoconference,
16   commencing October 18, 2022, at 10:01 a.m., on the
17   above date, before Amanda McCredo, a Court Reporter
18   and Notary Public in the State of New York.
19
20
21
22
23
24
25
```

```
 1              C. Martin - Confidential
 2          MR. BIALE:  Objection to form.
 3   BY MR. SWIFT:
 4       Q   Are you able to answer that, Ms. Martin?
 5       A   We were friends and coworkers.
 6       Q   How would you characterize your
 7   relationship with Ms. Carroll today?  And when I say
 8   "today," I mean over the last couple of years or so.
 9       A   Friends.
10       Q   When you say "friends," do you see her on a
11   regular basis?
12       A   I don't -- regular basis, meaning?
13       Q   Do you see her -- have you seen her over
14   the last two years?
15       A   Yes.
16       Q   Do you know on how many occasions you've
17   seen her over the last two years?
18       A   Half a dozen.  About six times.
19       Q   Do you also -- over the last two years,
20   have you also texted with her?
21       A   Yes, I have.
22       Q   And if you could give an approximation how
23   often you text with Ms. Carroll over the last two
24   years?
25       A   How frequently?  How often?
```

Page 26

1        C. Martin - Confidential
2     Q    Correct.
3     A    Twice a month.  Maybe more.  Maybe more.
4  I'm just estimating.  We go in and out.
5     Q    Understood.
6          I know with texting, talking on the phone
7  is a bit outdated today.
8          But over the last couple of years, can you
9  estimate how many times you've spoken on the phone
10 with Ms. Carroll?
11         MS. CROWLEY:  Objection to form.
12         "Last couple of years" is pretty vague.  Do
13    you want to give an actual timeframe?
14         MR. SWIFT:  Okay.
15 BY MR. SWIFT:
16    Q    2020 to the present, January 2020 to the
17 present.
18    A    Difficult to say.  It would have been
19 COVID, so texting may have been more.  Same answer.
20 Maybe a few more.  Six or eight times.
21    Q    When you communicated with Ms. Carroll for
22 the last couple of years, was this purely about
23 personal-type issues or did you also speak about
24 work issues?
25         MR. BIALE:  Objection to form.