```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-12-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

E. JEAN CARROLL,

                      Plaintiff,

       -against-                                  20-cv-7311 (LAK)

DONALD J. TRUMP, in his personal capacity,

                      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

        In view of the imminence of jury selection and the start of the trial, defendant shall file any response to plaintiff's letter of January 11, 2024 no later than 2 p.m. on January 13, 2024.

        SO ORDERED.

Dated:       January 12, 2024

                                                        /s/    Lewis A. Kaplan

                                                          Lewis A. Kaplan
                                                United States District Judge