UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

E. JEAN CARROLL,

                           Plaintiff,

         -against-                                 20-cv-7311 (LAK)

DONALD J. TRUMP, in his personal capacity,

                          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER

        In view of the imminence of jury selection and the start of the trial, defendant shall file any response to plaintiff's letter of January 12, 2024 no later than 9 a.m. on January 14, 2024.

        SO ORDERED.

Dated:      January 12, 2024

                                                  /s/   Lewis A. Kaplan
                                                          Lewis A. Kaplan
                                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-12-24