UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
E. JEAN CARROLL,

                        Plaintiff,

                    -against-                                            20-cv-7311 (LAK)

DONALD J. TRUMP, in his personal capacity,

                        Defendant.
------------------------------------------------------------x

## ORDER DENYING TRIAL POSTPONEMENT

        The passing of Amalija Knavs, the mother of former first lady Melania Trump, was announced on January 9, 2024. The Court offers its condolences to Mr. and Mrs. Trump and the rest of Ms. Knavs' family.

        Today, at 3:59 pm, the start of the holiday weekend, Mr. Trump's counsel emailed a member of the Court's staff a request for a one-week postponement of the trial, long scheduled to begin on January 16, 2024. The reason given was that Mr. Trump proposes to spend January 17 and 18 traveling to and attending the funeral, which the family has scheduled for January 18, 2024 in Florida.

        The application is **DENIED**. The trial shall begin at 9:30 a.m. on January 16, 2024 as scheduled. Mr. Trump is free to attend the trial, the funeral, or all or parts of both, as he wishes. A memorandum will follow this order.

        Counsel for both plaintiff and defendant shall file their respective letters/emails concerning this request on the Court's publicly accessible CM/ECF system no later than January 13, 2024.

        SO ORDERED.

Dated:       January 12, 2024

                                                                   Lewis A. Kaplan
                                                             United States District Judge