# EXHIBIT A

```
N545car1
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
E. JEAN CARROLL,

                Plaintiff,              New York, N.Y.

           v.                           22 Civ. 10016 (LAK)

DONALD J. TRUMP,

                Defendant.
------------------------------x         Jury Trial

                                        May 4, 2023
                                        10:00 a.m.
Before:

                    HON. LEWIS A. KAPLAN,

                                        District Judge
                                           and a Jury


                         APPEARANCES

KAPLAN HECKER & FINK LLP
     Attorneys for Plaintiff
BY:  ROBERTA A. KAPLAN
     MICHAEL J. FERRARA
     SHAWN G. CROWLEY
     MATTHEW J. CRAIG


TACOPINA SEIGEL & DeOREO
     Attorneys for Defendant
BY:  JOSEPH TACOPINA
     CHAD D. SEIGEL
     MATTHEW G. DeOREO


HABBA MADAIO & ASSOCIATES, LLP
     Attorneys for Defendant
BY:  ALINA HABBA
     MICHAEL T. MADAIO


W. PERRY BRANDT
     Attorney for Defendant
```

1  A.  Yes.
2  Q.  What would you, generally speaking, what would you do
3  together outside of work?
4  A.  We did regular aging women things.  That's the way I like
5  to describe it.  We had lots of lunches, we saw movies
6  together, we went to comedy clubs.  We did things that were
7  enjoyable to both of us.
8  Q.  And during this period when America's Talking was in
9  operation, how would you characterize your friendship with
10 Ms. Carroll?
11 A.  Close.  It was a close friendship, and on certain levels we
12 kept growing closer.
13 Q.  And is your friendship still like that today?
14 A.  I believe so.  I hope so.
15 Q.  Now, Ms. Martin, did there come a time when Ms. Carroll
16 told you about something that had happened to her with
17 Mr. Trump at Bergdorf Goodman?
18 A.  Yes.
19 Q.  And tell me -- I'm going to take this piece by piece, if we
20 can, but tell me what you remember when that first happened.
21 A.  It was an ordinary day, I would say.  I don't remember the
22 day of the week exactly, but we were finishing with our shows
23 after a regular day, I think it was after E. Jean's show
24 because she asked if I was doing anything and could we hang out
25 for a moment at my house.