# EXHIBIT F

# CNN.com - Transcripts

 cnn.com/TRANSCRIPTS/1906/24/acd.01.html

# TRANSCRIPTS

Transcript Providers



1/19



Defense Exhibit DX-20

**DX-20.1**

COOPER: I think most people think of rape as a -- it is a violent assault. It is not --

CARROLL: I think most people think of rape as being sexy.

COOPER: Let's take a short break --

CARROLL: They think of the fantasies.

COOPER: We're going to take a quick break. If you can stick around we'll talk more on the other side.

CARROLL: You're fascinating to talk to.

(END VIDEOTAPE)

(COMMERCIAL BREAK)

[20:17:22] COOPER: More on my conversation with E. Jean Carroll and the president's latest denial of her sexual violence allegations against him.

He said, quote, "She's not my type." He's also said previously he did not know her, had never met her, even though they had in fact met. She's the woman on the left along with her husband a local news anchor at the time and the president's wife at the time, Ivana. The president has also said flat out that she is lying.

We were talking in the last segment about what she says happened in that department store dressing room and more specifically the word she does not use to describe it.

(BEGIN VIDEOTAPE)

COOPER: Before the break, you said you don't use the word "rape." A lot of women hearing this, I mean, a lot of people hearing this who believe you would say that this is rape. CARROLL: You know, I just have trouble with the word. I just have

trouble. I write an advice column for 25 years and women write to me with these devastating stories and they have been violently, you know, disposed of by men. And I just -- I feel too much respect for their suffering.

I didn't suffer, Anderson. I did not suffer. I didn't lose my job. I wasn't beaten. You know, I just don't use the --

COOPER: So you say you stomped your foot. And then --

CARROLL: And I had my purse in this hand. The only reason I know I had my purse in this hand is because by the time I got out to Fifth Avenue, I reached in to get my phone. So apparently I was holding my purse the whole time.

COOPER: Do you remember leaving the store?

CARROLL: I remember being out on Fifth Avenue. I remember going through the first floor out the door. I don't remember which door but I ended up on Fifth Avenue.

COOPER: What is going through your mind in that moment? You've gotten out. But what --

**DX-20.8**