# Exhibit G

Re: Premarked Exhibits and Meet-and-Confer, Carroll v. Trump

Michael Madaio <mmadaio@habbalaw.com>
Thu 1/11/2024 1:17 PM
To:Matthew Craig <mcraig@kaplanhecker.com>;Alina Habba, Esq. <ahabba@habbalaw.com>;Peter Swift <pswift@habbalaw.com>;Peter Gabra <pgabra@habbalaw.com>
Cc:Roberta Kaplan <rkaplan@kaplanhecker.com>;Shawn G. Crowley <scrowley@kaplanhecker.com>;Joshua Matz <jmatz@kaplanhecker.com>;Trevor Morrison <tmorrison@kaplanhecker.com>

Counsel,

I'm writing to follow up on our conversation yesterday. With respect to the Anderson Cooper/CNN interview, we do not intend to play any portion of the video which relates to the underlying incident. We do, however, reserve the right to play the following portion of DX-21: 8:15-8:38. This portion of the video is relevant to show that Ms. Carroll contributed to her own reputational and/or emotional harm (*see* ECF 252 at 14, n. 41) as a result of the negative public reaction to her comments.

Regards,

**Michael T. Madaio, Esq.**
*Admitted to Practice in NJ, NY & PA*



1430 US Highway 206, Suite 240
Bedminster, New Jersey 07921
Telephone: 908-869-1188
Facsimile: 908-450-1881

The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Habba Madaio & Associates LLP for any loss or damage arising in any way from its use.

---

**From:** Michael Madaio <mmadaio@habbalaw.com>
**Sent:** Wednesday, January 10, 2024 3:13 PM
**To:** Matthew Craig <mcraig@kaplanhecker.com>; Alina Habba, Esq. <ahabba@habbalaw.com>; Peter Swift <pswift@habbalaw.com>; Peter Gabra <pgabra@habbalaw.com>
**Cc:** Roberta Kaplan <rkaplan@kaplanhecker.com>; Shawn G. Crowley <scrowley@kaplanhecker.com>; Joshua Matz <jmatz@kaplanhecker.com>; Trevor Morrison <tmorrison@kaplanhecker.com>
**Subject:** Re: Premarked Exhibits and Meet-and-Confer, Carroll v. Trump

Matt,

We are available for a meet and confer at 5:30 today. That said, we disagree will nearly all of your contentions below and do not believe that court intervention is necessary or appropriate at this time. This is especially true with respect to Ms. Martin, as the Court expressly declined to preclude her from testifying in yesterday's order.

Regards,

## Michael T. Madaio, Esq.

*Admitted to Practice in NJ, NY & PA*



1430 US Highway 206, Suite 240
Bedminster, New Jersey 07921
Telephone: 908-869-1188
Facsimile: 908-450-1881

The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Habba Madaio & Associates LLP for any loss or damage arising in any way from its use.

---

**From:** Matthew Craig <mcraig@kaplanhecker.com>
**Sent:** Wednesday, January 10, 2024 2:37 PM
**To:** Alina Habba, Esq. <ahabba@habbalaw.com>; Michael Madaio <mmadaio@habbalaw.com>; Peter Swift <pswift@habbalaw.com>; Peter Gabra <pgabra@habbalaw.com>
**Cc:** Roberta Kaplan <rkaplan@kaplanhecker.com>; Shawn G. Crowley <scrowley@kaplanhecker.com>; Joshua Matz <jmatz@kaplanhecker.com>; Trevor Morrison <tmorrison@kaplanhecker.com>
**Subject:** RE: Premarked Exhibits and Meet-and-Confer, Carroll v. Trump

Counsel:

We have not heard from you regarding our request below to meet and confer. If we do not hear from you by COB today, we intend to raise this issue with the Court.

Matt

**Matthew Craig**  | Kaplan Hecker & Fink LLP

Special Counsel

350 Fifth Avenue | 63rd Floor

New York, New York 10118

(W) 929.294.2542  | (M) 646.719.7443

mcraig@kaplanhecker.com

**From:** Matthew Craig
**Sent:** Wednesday, January 10, 2024 7:50 AM
**To:** Alina Habba, Esq. <ahabba@habbalaw.com>; Michael Madaio <mmadaio@habbalaw.com>; Peter Swift <pswift@habbalaw.com>; Peter Gabra <pgabra@habbalaw.com>
**Cc:** Roberta Kaplan <rkaplan@kaplanhecker.com>; Shawn G. Crowley <scrowley@kaplanhecker.com>; Joshua Matz <jmatz@kaplanhecker.com>; Trevor Morrison <tmorrison@kaplanhecker.com>
**Subject:** Premarked Exhibits and Meet-and-Confer, Carroll v. Trump

Counsel:

**Plaintiff's exhibits.** You can find our final premarked exhibits in stamped, redacted form here, with the exception of PX-122-132, final versions of which will be sent later today. A password will follow separately. As you'll see, redactions conform to practice at the last trial and the Court's recent evidentiary rulings. Our current exhibit list is attached.

**Defendant's exhibits.** We also want to raise two issues with respect to the exhibits you provided. *First*, a number of the exhibits you previously listed are clearly inadmissible in light of the trial court's recent rulings. Without waiving any arguments with respect to others, the clearly inadmissible exhibits include DX-10, DX-15, DX-18, DX-20, and DX-21, all of which go to Ms. Carroll's alleged motivation for publishing her book or the truth or falsity of her allegations against Defendant. Moreover, two of the exhibits (DX-16 and DX-17) go to her termination from *Elle*, and, as we noted previously, we do not intend to offer evidence that *Elle* fired Ms. Carroll as a result of Defendant's defamatory statements.

*Second*, as you may be aware from *Carroll II*, redacting sensitive or inadmissible information from exhibits in the middle of trial was a time-consuming process that disrupted normal court procedures around exhibits. Having reviewed the exhibits Peter sent last week, it appears that you made redactions only to the two podcast transcripts (DX-13, DX-14), but did not do so with respect to any other exhibits that require redactions of either inadmissible material (*e.g.*, hearsay, 403 or 412 material) or personal information (*e.g.*, email addresses, phone numbers), or both.

We ask that you let us know whether you still intend to offer DX-10, DX-15, DX-16, DX-17, DX-18, DX-20, DX-21, so that we might raise any issues with the Court. For any exhibits that you do intend to offer, we ask that you send us properly redacted versions. If there are exhibits that you anticipate using that are not on the JPTO, we should, as we did at the last trial, confer regarding redactions prior to any use of such exhibits so that the jury is not exposed to any material that it should not see.

**Carol Martin.** We understand that Carol Martin was served with a trial subpoena yesterday. We would like to schedule a meet-and-confer with you today so that you might explain what relevant testimony you believe she has to offer. In light of Judge Kaplan's ruling today, it is not clear how she could offer any relevant testimony—and certainly not any testimony that could be offered without the jury also understanding that Ms. Martin was someone whom Ms. Carroll told about the underlying assault and who advised Ms. Carroll not to go to the police.

We are available to meet and confer between 1-2 or 5:30-6. Please let us know what works.

Thanks,
Matt

**Matthew Craig**  |  Kaplan Hecker & Fink LLP

Special Counsel

350 Fifth Avenue | 63rd Floor

New York, New York 10118

(W) 929.294.2542   | (M) 646.719.7443

mcraig@kaplanhecker.com

---

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*