UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
E. JEAN CARROLL,

                Plaintiff,

      -against-                                                   20-cv-7311 (LAK)

DONALD J. TRUMP, in his personal capacity,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

        Plaintiff shall file any reply to Dkt 261 by 3 p.m. on January 14, 2024.

        SO ORDERED.

Dated:       January 13, 2024

                                                     /s/    Lewis A. Kaplan
                                                 _____
                                                         Lewis A. Kaplan
                                                    United States District Judge