UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
E. JEAN CARROLL,

                Plaintiff,

        -against-                          20-cv-7311 (LAK)

DONALD J. TRUMP, in his personal capacity,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### MEMORANDUM AND ORDER RE POSTPONEMENT REQUEST

LEWIS A. KAPLAN, *District Judge.*

        The Court on Friday night denied defendant's latest last minute request to postpone the start of the trial, this time for a week, as the defendant planned to travel to Florida on Wednesday and attend his mother-in-law's funeral on Thursday. The Court then stated that a memorandum would follow and now fulfills that promise.

        On January 12, 2024, three days after the announcement of the death of Mrs. Trump's mother and the day before the defendant's request, his counsel informed the Court by email that Mr. Trump would attend the trial. The trial date in this case was set seven months ago.[1] A jury panel was summoned some time ago. A postponement would disrupt and inconvenience prospective jurors, counsel, court staff, and security arrangements and likely cause other logistical and scheduling problems. Accordingly, the Court denied the request but noted that defendant is free to attend the funeral, the trial or both.[2]

        In the event that defendant rests his defense case some time on Thursday, January 18, subject only to Mr. Trump's testimony, the Court would grant a continuance until Monday, January 22, 2024, for the purpose of hearing that testimony.

        SO ORDERED.

Dated:      January 14, 2024

                                                                    /s/      Lewis A. Kaplan
                                                                    _____
                                                                           Lewis A. Kaplan
                                                                           United States District Judge

---

[1] It was adjusted by one day to respect the national holiday on Monday.

[2] The Court subsequently learned that Mr. Trump has scheduled a campaign appearance at 7 p.m. on Wednesday, January 17, 2024 in Portsmouth, New Hampshire. https://www.donaldjtrump.com/events (last visited Jan. 14, 2024).