UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
E. Jean Carroll,

    v.

Donald J. Trump, in his Personal Capacity,

                  Defendant.
------------------------------x

20-CR-7311 (LAK)

ORDER

LEWIS A. KAPLAN, *District Judge.*

        By Order dated November 3, 2023 (DI 222) the Court ordered that the petit jury empaneled in the trial of this case be kept anonymous. In furtherance of that order, the Clerk of Court is directed to provide lunches and transportation to-and-from the courthouse for the duration of the trial.

        SO ORDERED.

Dated:     January 4, 2024

                                          Hon. Lewis A. Kaplan
                                          United States District Judge