# EXHIBIT B

**January 17, 2024 Press Conference**

*The portion of the press conference contained in PX-164 and PX-164-T appears in bold text below.*

**Donald Trump**: I'll be leaving for New Hampshire in other words right after this. And then as to trial today, it was a very interesting day. As you probably noticed, it's a big story, that **the witness today, the person I never knew, I never had anything to do with, it's a totally rigged deal, this whole thing is rigged—election interference. But, this is a person I have no idea—until this happened obviously—I have not idea who she was, and nor could I care less. It's a rigged deal, it's a made-up, fabricated story.**

Well, they found out today that she got rid of a lot of evidence, as you probably noticed, she got rid of massive amounts of evidence. And in addition to that she had a rifle or a gun because she said she bought gun bullets or rifle bullets, and it was the opposite I guess, of her gun. And was it licensed? No, it wasn't licensed, so I guess she's got a difficult problem, that's going to be her problem, but she has a gun or a rifle. She didn't really explain which, she might have both because she said she bought rifle bullets so—and it's totally unlicensed, so I assume that's a problem. But the judge was protecting her, he didn't want to go there, 'we don't want to go there, we don't want to hear'—if that were me, it would be a different story. But, with her, the judge is totally protective of them. And frankly, anybody in that court would see it, it's, frankly it's a disgrace. That's probably one of the reasons our country is going to hell.