# EXHIBIT C



| | |
|---|---|
| Document title: | Truth Details \| Truth Social |
| Capture URL: | https://truthsocial.com/@realDonaldTrump/posts/110344508749115738 |
| Page loaded at (UTC): | Mon, 30 Oct 2023 18:02:08 GMT |
| Capture timestamp (UTC): | Mon, 30 Oct 2023 18:02:44 GMT |
| Capture tool: | 10.34.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | pfZFeeQy7pw4rZsVErWQUD |
| User: | kh-admin |

PDF REFERENCE #:   uUiQ65CmLafjNC8fyQixTg

PLAINTIFF's EXHIBIT
PX-98
20 Civ. 7311 (LAK)

