# EXHIBIT D

**PageVault**

| | |
|---|---|
| Document title: | Truth Details \| Truth Social |
| Capture URL: | https://truthsocial.com/@realDonaldTrump/posts/111775416185647393 |
| Page loaded at (UTC): | Sat, 20 Jan 2024 21:09:25 GMT |
| Capture timestamp (UTC): | Sat, 20 Jan 2024 21:09:55 GMT |
| Capture tool: | 10.41.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | 16VrHzsvwMPKiwXrRiNFQZ |
| User: | kh-admin |

PDF REFERENCE #:    2CxAtFz3QFoCqed4ok5aJe

**PLAINTIFF's EXHIBIT**
**PX-165**
20 Civ. 7311 (LAK)



TRUTH.

Email or username | Password | Log in

Home

Discover

## Truth Details

1594 replies

Trending

**Donald J. Trump**
@realDonaldTrump

I've said it once & I'll say it again, a thousand times. Until this ridiculous Hoax was revealed to me by the Fake News Media, I never heard of E. Jean Carroll, never had anything to do with her, never would want to have anything to do with her, [redacted] & NEVER TOUCHED HER, OR IN ANY WAY WOULD WANT TO TOUCH HER. The whole story is a MADE UP & DISGUSTING HOAX! [redacted]

**4.62k** ReTruths **16.8k** Likes Jan 18, 2024, 5:58 AM

Reply ReTruth Like

### Continue the conversation

Join Truth Social to get the full story and details.

Log in

Sign up

### New to Truth Social?

Sign up now to discuss what's happening.

Sign up

Proudly made in the United States of America.

**New to Truth Social?**
Sign up now to discuss what's happening.

Log in Sign up

Document title: Truth Details | Truth Social
Capture URL: https://truthsocial.com/@realDonaldTrump/posts/111775416185647393
Capture timestamp (UTC): Sat, 20 Jan 2024 21:09:55 GMT

PageVault

| | |
|---|---|
| Document title: | Truth Details \| Truth Social |
| Capture URL: | https://truthsocial.com/@realDonaldTrump/posts/111789825992370683 |
| Page loaded at (UTC): | Sat, 20 Jan 2024 20:02:36 GMT |
| Capture timestamp (UTC): | Sat, 20 Jan 2024 20:03:16 GMT |
| Capture tool: | 10.41.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | ad3oT9WybE5YGoQ72vUGnq |
| User: | kh-admin |

PDF REFERENCE #:        f62CqrQQwBaGrmRLxJ9vtp

PLAINTIFF's EXHIBIT
**PX-166**
20 Civ. 7311 (LAK)

TRUTH.

Home

Discover

← Truth Details
365 replies

Trending

**Donald J. Trump** ✓
@realDonaldTrump

E. Jean Carroll ████████████████
████████████████████████████ Until the filing of this ridiculous lawsuit against me, I knew nothing about this woman, never heard of her, never touched her, had nothing to do with her. THIS IS A FALSE ACCUSATION ███
████████████████████████████
████████████████████████████
████████████████████████████

1.13k ReTruths    3.52k Likes                Jan 20, 2024, 7:02 PM

Reply     ReTruth     Like

**Continue the conversation**
Join Truth Social to get the full story and details.

Log in

Sign up

Proudly made in the United States of America. 🇺🇸

Log in

Document title: Truth Details | Truth Social
Capture URL: https://truthsocial.com/@realDonaldTrump/posts/111789825992370683
Capture timestamp (UTC): Sat, 20 Jan 2024 20:03:16 GMT

Page 1 of 1