# EXHIBIT A

Page 1

1

2  UNITED STATES DISTRICT COURT

   SOUTHERN DISTRICT OF NEW YORK

3  ----------------------------------------X

   E. JEAN CARROLL,

4

               Plaintiff,      Case No.

5                        1:22-cv-10016-LAK-JLC

           v.

6

   DONALD J. TRUMP,

7

               Defendant.

8  ----------------------------------------X

9

10       CONFIDENTIAL VIDEOTAPED DEPOSITION

11                      OF

12              E. JEAN CARROll

13          Tuesday, January 31, 2023

14

15

16

17

18

19

20

21

22

23  REPORTED BY:

24  LINDA J. GREENSTEIN

25

```
 1         CONFIDENTIAL - E. JEAN CARROLL
 2    Trump, and after the statements that were
 3    made publicly, you stated that you received
 4    death threats; correct?
 5              How many?
 6              MS. KAPLAN:  This is not going
 7         to psychological injury in --
 8              MS. HABBA:  How does a death
 9         threat not go to psychological harm?
10              Are you going to not bring up
11         the death threats?
12              MS. KAPLAN:  It's about the
13         statements.  It's not about the
14         assault.
15              MS. HABBA:  She brought them up
16         to the doctor.  They're in the report.
17         Read the report.
18              MS. KAPLAN:  I'll let you answer
19         this one.  Let's see how it goes
20         question by question.
21              E. Jean, how many death threats
22         do you recall receiving after you
23         publicly disclosed what Donald Trump
24         did to you?
25              THE WITNESS:  I don't remember.
```

```
 1         CONFIDENTIAL - E. JEAN CARROLL
 2         I was reading my emails late at night
 3         and my initial reaction was to delete
 4         them when I saw them.  I don't recall.
 5              Less than ten, but that's about
 6         all I remember.
 7              MS. KAPLAN:  And that's when you
 8         say that's from one night?
 9              THE WITNESS:  Two nights.
10         Possibly three nights.  The whole time
11         I was staying in New York.
12  BY MS. HABBA:
13         Q.    Did you ever send them to
14  anybody?
15         A.    I deleted them.  I deleted them.
16         Q.    You deleted them.
17              You deleted all of them?
18         A.    It was a natural reaction to get
19  them away from me, I was like...
20              Of course, now I know better.
21         Q.    You deleted them, but this is
22  after you came out with the book publicly;
23  correct?
24         A.    Yes.
25         Q.    Did you ever tell anyone in your
```