# EXHIBIT B

```
                                                               Page 1

 1

 2           UNITED STATES DISTRICT COURT

 3           SOUTHERN DISTRICT OF NEW YORK

 4

 5    E. JEAN CARROLL,           )
                 Plaintiff,      )
 6                               )
             -against-           )20-cv-7311(LAK)
 7                               )
      DONALD J. TRUMP, in his    )
 8    personal capacity,         )
                 Defendant.      )
 9    _____  )

10

11

12              ***CONFIDENTIAL***

13           VIDEOTAPED DEPOSITION OF

14              E. JEAN CARROLL

15             New York, New York

16          Friday, October 14, 2022

17

18

19

20    Reported By:

21    CATHI IRISH, RPR, CRR, CLVS

22

23

24

25
```

Page 230

1                CARROLL - CONFIDENTIAL
2    you bought the dress with?
3         A.   Marcia Pinkstaff, Renata Joy,
4    J-O-Y, Marcia Pinkstaff.
5         Q.   Could you spell that?
6         A.   Marcia, C-I-A, and Pinkstaff,
7    P-I-N-K-S-T-A-F-F.
8         Q.   Do you still communicate with
9    these two friends?
10        A.   Renata, I get her newsletter, and
11   I haven't talked to Marcia for a while.
12        Q.   When is the last time you spoke
13   to Renata?
14        A.   Oh, 10 years maybe.
15        Q.   And Marcia?
16        A.   15, 20.
17        Q.   Do you know where they live?
18        A.   I think they are both in
19   New York.
20        Q.   Last question, do you keep track
21   of how many letters you get from your
22   readers at Elle?
23        A.   I never did until -- until this
24   happened, until the lawsuit happened.
25        Q.   When was that, 2019?

1             CARROLL - CONFIDENTIAL
2        A.   Yeah.  Before that, I would
3   delete.  You know, after that I deleted
4   nothing and so --
5        Q.   So now you keep track meaning you
6   keep count or you just keep them?
7        A.   I don't delete anything anymore.
8        Q.   Do you keep count of your letters
9   that you receive?
10       A.   Yes.
11       Q.   And where do you keep count of
12  them?
13       A.   Oh, in Gmail.
14       Q.   In Gmail.  So you don't have a
15  spreadsheet that keeps track?
16       A.   No, no, I can just go through and
17  say January and just count the number of
18  Ask E. Jean letters.
19            MS. HABBA:  All right.
20            MS. KAPLAN:  Let me just correct
21       the record.  The document that we
22       introduced should have been, because I
23       have no idea what side of the case I'm
24       on anymore, it should be Plaintiff's
25       Exhibit 1 and the exhibits you