# EXHIBIT C

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 2 | Date Range: 5/10/2023 |

## Outline of Conversations

 **ec032e7dd23c93498fc9545ceb0528b957ec6c94750e531e128fc3520f9b9eb2 - 2023/05/10** • 2 messages on 5/10/2023 • E. Jean Carroll • Jackdaniels Melissa



PLAINTIFF's EXHIBIT
**PX-126**
20 Civ. 7311 (LAK)

**Messages in chronological order** (times are shown in GMT -04:00)

💬 **ec032e7dd23c93498fc9545ceb0528b957ec6c94750e531e128fc3520f9b9eb2 - 2023/05/10**

JM **Jackdaniels Melissa** 5/10/2023, 2:26 PM
You're a disgusting disgrace to women who were really sexually abused in their lives. You're a pathetic, lying fucking cunt and God will try you for this lie. You ducking twisted. You did this to prove to someone that you could just because of who he is. I hope you die soon. I hope someone really does attack, rape and murder you. You deserve it all you cunt.

JM **Jackdaniels Melissa** 5/10/2023, 2:26 PM
You missed a call from a Messenger user.