USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/23/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
E. Jean Carroll,

20-CV-7311 (LAK)

v.

Donald J. Trump, in his Personal Capacity,

                        Defendant.

------------------------------ x

## AMENDED ORDER

LEWIS A. KAPLAN, *District Judge.*

       By Order dated November 3, 2023 (DI 222) the Court ordered that the petit jury empaneled in the trial of this case be kept anonymous. In furtherance of that order, the Clerk of Court is directed to provide meals and transportation to-and-from the courthouse for the duration of the trial.

       SO ORDERED.

Dated:       January 23, 2024

                                             Hon. Lewis A. Kaplan
                                             United States District Judge