UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
E. JEAN CARROLL,

                Plaintiff,

    -against-                                 20-cv-7311 (LAK)

DONALD J. TRUMP, in his personal capacity,

                Defendant.
------------------------------------x

## VERDICT FORM

**Did Ms. Carroll prove, by a preponderance of the evidence, that**

1.    Ms. Carroll suffered more than nominal damages as a result of Mr. Trump's publication of the June 21 and June 22, 2019 statements?

        YES **X**        NO ____

If "Yes," insert the dollar amount for any compensatory damages you award *other than for the reputation repair program.* If "No," write "$1."

$ **7.3 m**

If "Yes," insert the dollar amount for any compensatory damages you award *for the reputation repair program only.* If "No," leave blank.

$ **11 m**

*[Continue to Question 2, whether you answered "Yes" or "No."]*

2.    In making the June 21, 2019 statement, Mr. Trump acted maliciously, out of hatred, ill will, or spite, vindictively, or in wanton, reckless, or willful disregard of Ms. Carroll's rights?

        YES **X**        NO ____

*[Continue to Question 3, regardless of whether you answered "Yes" or "No."]*

2

3. In making the June 22, 2019 statement, Mr. Trump acted maliciously, out of hatred, ill will, or spite, vindictively, or in wanton, reckless, or willful disregard of Ms. Carroll's rights?

YES ✗          NO ____

If you answered "Yes" to either Question 2 or Question 3 (or both), how much, if any, should Mr. Trump pay to Ms. Carroll in punitive damages?

$ 65M

*[Please write your juror number (not your seat number or name) in the space provided below, fill in the date, and inform the officer that you have reached a verdict.]*

Dated: January 26, 2024

Juror numbers:

| | |
|---|---|
| 66 | 34 |
| 23 | 21 |
| 28 | 10 |
| 56 | 82 |
| 6 | |