*[Handwritten: Court Ex A 1/25/24]*

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  

CIRCULATION DRAFT

------------------------------------x  
E. JEAN CARROLL,  

      Plaintiff,  

 -against-              20-cv-7311 (LAK)  

DONALD J. TRUMP, in his personal capacity,  

      Defendant.  
------------------------------------x  

## VERDICT FORM

**Did Ms. Carroll prove, by a preponderance of the evidence, that**

1. Ms. Carroll suffered more than nominal damages as a result of Mr. Trump's publication of the June 21, 2019 statement?

    YES _____    NO _____

    If "Yes," insert the dollar amount for any compensatory damages you award *other than for the reputation repair program.* If "No," write "$1."

    $ _____

    If "Yes," insert the dollar amount for any compensatory damages you award *for the reputation repair program only.* If "No," leave blank.

    $ _____

    *[Continue to Question 2, whether you answered "Yes" or "No."]*

2. Ms. Carroll suffered more than nominal damages as a result of Mr. Trump's publication of the June 22, 2019 statement?

    YES _____    NO _____

    If "Yes," insert the dollar amount for any compensatory damages you award *other than for the reputation repair program.* If "No," write "$1."

    $ _____

If "Yes," insert the dollar amount for any compensatory damages you award *for the reputation repair program only.* If "No," leave blank.

$_____

*[Continue to Question 3, whether you answered "Yes" or "No."]*

3. In making the June 21, 2019 statement, Mr. Trump acted maliciously, out of hatred, ill will, or spite, vindictively, or in wanton, reckless, or willful disregard of Ms. Carroll's rights?

   YES _____          NO _____

*[Continue to Question 4, regardless of whether you answered "Yes" or "No."]*

4. In making the June 22, 2019 statement, Mr. Trump acted maliciously, out of hatred, ill will, or spite, vindictively, or in wanton, reckless, or willful disregard of Ms. Carroll's rights?

   YES _____          NO _____

If you answered "Yes" to either Question 3 or Question 4 (or both), how much, if any, should Mr. Trump pay to Ms. Carroll in punitive damages?

$_____

*[Please write your juror number (not you seat number or name) in the space provided below, fill in the date, and inform the officer that you have reached a verdict.]*

Dated: _____, 2024

Juror numbers:

_____          _____

_____          _____

_____          _____

_____          _____

_____