UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
E. JEAN CARROLL,

                      Plaintiff,                              20 **CIVIL** 7311 (LAK)

      -against-                                 **JUDGMENT**

DONALD J. TRUMP, in his personal capacity,

                      Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Lewis A. Kaplan, United States District Judge, Plaintiff E. Jean Carroll has judgment for compensatory damages (other than for the reputation repair program) in the amount of $7,300,000.00; Plaintiff E. Jean Carroll has judgment for compensatory damages (for the reputation repair program only) in the amount of $11,000,000.00; and Plaintiff E. Jean Carroll has judgment for punitive damages in the amount of $65,000,000.00, each as against the defendant Donald J. Trump for an aggregate sum of $83,300,000.00.

DATED:  New York, New York
              February 8, 2024

                                                                               **RUBY J. KRAJICK**

So Ordered:                                              **Clerk of Court**

                                                             BY:

**U.S.D.J.**                                                      **Deputy Clerk**