UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, in his personal capacity,<br><br>*Defendant.* | Civil Action No.: 1:20-cv-7311-LAK-JLC<br><br>**NOTICE OF MOTION TO STAY EXECUTION OF THE JUDGMENT PENDING DISPOSITION OF THE POST-TRIAL MOTIONS** |

**PLEASE TAKE NOTICE** that that the defendant, President Donald J. Trump, hereby moves this Court, before the Hon. Lewis A. Kaplan, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, on a date to be set by the Court, for entry of an order staying execution of the Judgment pending disposition of President Trump's forthcoming post-trial motions, pursuant to Rule 62 of the Federal Rules of Civil Procedure, and for such other relief that the Court may deem just and proper.

This motion is supported by the annexed memorandum of law, any arguments or evidence presented in reply, all arguments or evidence presented at a hearing or with leave of Court, and upon all prior proceedings, pleadings, and filings in this action.

Respectfully submitted,

_____
Alina Habba, Esq.
Michael T. Madaio, Esq.
HABBA MADAIO & ASSOCIATES LLP
112 West 34th Street, 17th & 18th Floors
New York, New York 10120
(908) 869-1188
ahabba@habbalaw.com

D. John Sauer*
William O. Scharf*
JAMES OTIS LAW GROUP, LLC
13321 North Outer Forty Rd, St 300
Chesterfield, Missouri 63017
(314) 562-0031
John.Sauer@james-otis.com

Dated: New York, New York
February 23, 2024

* *pro hac vice* forthcoming