UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

E. JEAN CARROLL,

                Plaintiff,

      -against-                                                                                                  20-cv-7311 (LAK)

DONALD J. TRUMP, in his personal capacity,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

        Twenty-five days after the jury verdict in this case, and only shortly before the expiration of Rule 62's automatic stay of enforcement of the judgment, Mr. Trump has moved for an "administrative stay" of enforcement pending the filing and disposition of any post-trial motions that he may file. He seeks that relief without posting any security.

        The Court declines to grant any stay, much less an unsecured stay, without first having afforded plaintiff a meaningful opportunity to be heard.

        Plaintiff shall file any response to defendant's motion (Dkt 286) no later than 5:00 p.m. on February 29, 2024. Any reply shall be filed no later than 5:00 p.m. on March 2, 2024.

        SO ORDERED.

Dated:     February 24, 2024

                                                          /s/   Lewis A. Kaplan
                                                         _____
                                                              Lewis A. Kaplan
                                                          United States District Judge