**UNITED STATES DISTRICT COURT**

**<u>SOUTHERN DISTRICT OF NEW YORK</u>**

---

E. JEAN CARROLL,

                        Plaintiff,

      -against-                                     20-cv-7311 (LAK)

DONALD J. TRUMP, in his personal capacity,      **MOTION FOR ADMISSION PRO HAC VICE**

                       Defendant.

---

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, <u>D. John Sauer</u> hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for <u>Defendant Donald J. Trump</u> in the above-captioned action.

I am in good standing of the bar(s) of the state of <u>Missouri and the District of Columbia</u> and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: February 27, 2024                        Respectfully Submitted,

                                         <u>*/s/ D. John Sauer*</u>
                                         D. John Sauer
                                         JAMES OTIS LAW GROUP, LLC
                                         13321 N. Outer Forty Rd., Suite 300
                                         Chesterfield, Missouri 63017
                                         (314) 562-0031
                                         John.Sauer@james-otis.com