UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ATTORNEY AFFIDAVIT PURSUANT TO LOCAL RULE 1.3(c)

I, D. John Sauer, do solemnly swear that I am a member in good standing of the bars of the state of Missouri and of the District of Columbia and that:

(1) I have never been convicted of a felony;

(2) I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

(3) There are no disciplinary proceedings presently against me.

Dated: February 26, 2024

_____
D. John Sauer

Subscribed and sworn to before me, a Notary Public in and for the __County__ of __St. Louis__, State of __Missouri__, this __27th__ day of __February__, 2024.

_____
Notary Public

JEANNE M GRAVATT
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES APRIL 15, 2026
ST. LOUIS COUNTY
COMMISSION #14605472

1