UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

---

E. JEAN CARROLL,

                Plaintiff,

-against-                            20-cv-7311 (LAK)

DONALD J. TRUMP, in his personal capacity,    **ORDER FOR ADMISSION PRO HAC VICE**

                Defendant.

---

      The motion of <u>D. John Sauer</u>, for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that he is a member in good standing of the bars of the state of <u>Missouri and the District of Columbia</u>; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | <u>D. John Sauer</u> |
| Firm Name: | <u>James Otis Law Group, LLC</u> |
| Address: | <u>13321 N. Outer Forty Rd., Suite 300</u> |
| City / State / Zip: | <u>Chesterfield, Missouri 63017</u> |
| Telephone: | <u>(314) 562-0031</u> |
| Email: | <u>John.Sauer@james-otis.com</u> |

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for <u>Defendant Donald J. Trump</u> in the above entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                                              _____

                                                                                   United States District Judge