**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| E. JEAN CARROLL,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his personal capacity,<br><br>*Defendant*. | No. 20 Civ. 7311 (LAK) |

**DECLARATION OF ROBERTA A. KAPLAN IN SUPPORT OF**
**PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S**
**MOTION TO STAY EXECUTION OF THE JUDGMENT PENDING DISPOSITION OF**
**THE POST-TRIAL MOTIONS**

I, Roberta A. Kaplan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a member of the bar of the State of New York and am admitted to appear before this Court. I am a partner in the law firm Kaplan Hecker & Fink LLP, counsel for Plaintiff E. Jean Carroll in the above-captioned action.

2.      I respectfully submit this declaration in support of Carroll's memorandum of law in opposition to Defendant's motion to stay execution of the judgment pending disposition of the post-trial motions.

3.      Attached hereto as **Exhibit 1** is true and correct copy of excerpts from the official transcript of the trial in this action.

4.      **Exhibit 2** is a true and correct copy of PX-147-V, which was entered into evidence during the trial in this action and is being submitted to the Court via CD.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of PX-148, which was entered into evidence during the trial in this action.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of PX-1, which was entered into evidence during the trial in this action.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of PX-2, which was entered into evidence during the trial in this action.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of PX-40, which was entered into evidence during the trial in this action.

9.      Attached hereto as **Exhibit 7** is a true and correct copy of PX-47, which was entered into evidence during the trial in this action.

10.      Attached hereto as **Exhibit 8** is a true and correct copy of PX-59, which was entered into evidence during the trial in this action.

11.      Attached hereto as **Exhibit 9** is a true and correct copy of PX-66, which was entered into evidence during the trial in this action.

12.      Attached hereto as **Exhibit 10** is a true and correct copy of PX-85, which was entered into evidence during the trial in this action.

13.      Attached hereto as **Exhibit 11** is a true and correct copy of PX-118, which was entered into evidence during the trial in this action.

14.      Attached hereto as **Exhibit 12** is a true and correct copy of PX-134, which was entered into evidence during the trial in this action.

15.      Attached hereto as **Exhibit 13** is a true and correct copy of an excerpt from the official transcript of the trial in the related action, *Carroll v. Trump*, No. 22 Civ. 10016 (S.D.N.Y.).

16.      Attached hereto as **Exhibit 14** is a true and correct copy of PX-96, which was entered into evidence during the trial in this action.

17.     **Exhibit 15** is a true and correct copy of PX-97, which was entered into evidence during the trial in this action and is being submitted to the Court via CD.

18.     Attached hereto as **Exhibit 16** is a true and correct copy of PX-98, which was entered into evidence during the trial in this action.

19.     **Exhibit 17** is a true and correct copy of PX-99, which was entered into evidence during the trial in this action and is being submitted to the Court via CD.

20.     Attached hereto as **Exhibit 18** is a true and correct copy of PX-100, which was entered into evidence during the trial in this action.

21.     Attached hereto as **Exhibit 19** is a true and correct copy of PX-101, which was entered into evidence during the trial in this action.

22.     **Exhibit 20** is a true and correct copy of PX-144, which was entered into evidence during the trial in this action and is being submitted to the Court via CD.

23.     Attached hereto as **Exhibit 21** is a true and correct copy of PX-144-T, which was entered into evidence during the trial in this action.

24.     Attached hereto as **Exhibit 22** is a true and correct copy of PX-146, which was entered into evidence during the trial in this action.

25.     **Exhibit 23** is a true and correct copy of PX-149, which was entered into evidence during the trial in this action and is being submitted to the Court via CD.

26.     Attached hereto as **Exhibit 24** is a true and correct copy of PX-152, which was entered into evidence during the trial in this action.

27.     Attached hereto as **Exhibit 25** is a true and correct copy of PX-160, which was entered into evidence during the trial in this action.

28.     **Exhibit 26** is a true and correct copy of PX-164, which was entered into evidence during the trial in this action and is being submitted to the Court via CD.

29.     Attached hereto as **Exhibit 27** is a true and correct copy of PX-164-T, which was entered into evidence during the trial in this action.

30.     Attached hereto as **Exhibit 28** is a true and correct copy of PX-165, which was entered into evidence during the trial in this action.

31.     Attached hereto as **Exhibit 29** is a true and correct copy of PX-166, which was entered into evidence during the trial in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:     New York, New York
           February 29, 2024                          Roberta A. Kaplan