# EXHIBIT 2

**PX-147-V**

*Submitted to the Court via CD*