# EXHIBIT 6

Message
---

**From:** Sports Justice [sports_justice@gmx.com]
**on behalf of** Sports Justice <sports_justice@gmx.com> [sports_justice@gmx.com]
**Sent:** 6/22/2019 4:27:08 AM
**To:** E.Jean@askejean.com; ▓▓▓@stmartins.com; ▓▓▓@aevitascreative.com; ▓▓▓@aevitascreative.com
**Subject:** ▨▨▨ E. Jean Carroll (claims raped by Trump) = demented, lying old hag

```
E. Jean Carroll (claims raped by Trump) = demented, lying old hag.
```

PLAINTIFF's EXHIBIT
**PX-40**
20 Civ. 7311 (LAK)

Confidential

CARROLL_024559