# EXHIBIT 7

Message

**From:** Sports Justice [sports_justice@gmx.com]
**on behalf of** Sports Justice <sports_justice@gmx.com> [sports_justice@gmx.com]
**Sent:** 6/25/2019 7:07:13 PM
**To:** E.Jean@askejean.com; █████@stmartins.com; █████@aevitascreative.com; █████@aevitascreative.com
**Subject:** Raped by Trump? Present your evidence, E.J. Carroll, you lying sleep-around known by more penises than Julius Caesar and Pompey had legionnaires.

```
Raped by Trump? Present your evidence, E.J. Carroll, you lying sleep-around known by more penises than
Julius Caesar and Pompey had legionnaires.
```

PLAINTIFF's EXHIBIT
**PX-47**
20 Civ. 7311 (LAK)

Confidential                                                                                              CARROLL_024974