# EXHIBIT 8

# Chats



| 1 | Michael Drury | 0 |

6/21/2019

**MD**

Michael Drury

To: Facebook account copy (facebook-EJeanCarroll.zip)

Your nothing but a liar! Trump did nothing to you! Your only saying this to promote your book! You have to answer to the LORD for your lies! I hope it is worth it?!

06/21/2019
06:09:20
PM
(UTC-4)

PLAINTIFF's
EXHIBIT

**PX-59**

20 Civ. 7311 (LAK)