# EXHIBIT 11

🔒 **PageVault**

| | |
|---|---|
| Document title: | Visible Patriot on X: "@ejeancarroll https://t.co/zwOw7gSbHD" / X |
| Capture URL: | https://twitter.com/kenjgld/status/1702365976065388636 |
| Page loaded at (UTC): | Tue, 07 Nov 2023 23:52:49 GMT |
| Capture timestamp (UTC): | Tue, 07 Nov 2023 23:53:44 GMT |
| Capture tool: | 10.34.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | ou9nENGyNKJKQbM9Q5wQmL |
| User: | kh-admin |

PDF REFERENCE #:     wUgq3r28qxiqTGbKSHZjXi

**PLAINTIFF's EXHIBIT**
**PX-118**
20 Civ. 7311 (LAK)

Post

Search

Visible Patriot
@kenjgld

4:57 PM · Sep 14, 2023 · **47** Views

1 2

Post your reply

Reply

## Relevant people

**Visible Patriot** Follow
@kenjgld
Trump 🇺🇸 Blocked by Brooklyn Dad Defiant!, JoJoFromJerz, Bette Midler, Chris D Jackson, and Dash Dobrofsky. No DMs please

**E. Jean Carroll** Follow
@ejeancarroll
Whipsawed by Confusion? ASK E. JEAN at e.jean@askejean.com Driven Witless? Read my Substack ejeancarroll.substack.com SNL, Atlantic, VF, NYmag

## What's happening

NFL · Last night
**Chargers at Jets**

Politics · Trending
**Tlaib**
87.1K posts

Trending in United States
**Beshear**
19.2K posts

Trending in United States
**Studio Ghibli**
5,933 posts

Trending in United States
**Election Night**
5,944 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

