# EXHIBIT 12

1/8/24, 2:24 PM
E. Jean Carroll on X: "Our earth needs care and love. Not war and hatred." / X
Case 1:20-cv-07311-LAK Document 304-12 Filed 03/20/24 Page 2 of 29




← Post



**New to X?**

Sign up now to get your own personalized timeline!

 Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

E. Jean Carroll
@ejeancarroll                                    •••

Our earth needs care and love.  Not war and hatred.

2:54 PM · Dec 25, 2023 · **32.9K** Views

**215** Reposts   **7** Quotes   **1,906** Likes   **3** Bookmarks

      3

**Relevant people**

E. Jean Carroll                    **Follow**
@ejeancarroll

Whipsawed by Confusion?
ASK E. JEAN at
e.jean@askejean.com Driven
Witless? Read my Substack
ejeancarroll.substack.com
SNL, Atlantic, VF, NYmag

Trends are unavailable.

Terms of Service   Privacy Policy
Cookie Policy   Accessibility   Ads info
More •••   © 2024 X Corp.

PLAINTIFF's EXHIBIT
**PX-134**
20 Civ. 7311 (LAK)

**Don't miss what's happening**
People on X are the first to know.
Log in   Sign up



| | |
|---|---|
| Document title: | RonSequitur on X: "@ejeancarroll STFU, lying fraud. Ya deviant pervert." / X |
| Capture URL: | https://twitter.com/R0nSequitur/status/1739374322941075564 |
| Page loaded at (UTC): | Thu, 28 Dec 2023 22:35:30 GMT |
| Capture timestamp (UTC): | Thu, 28 Dec 2023 22:36:14 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | 3oEfAvdxSj2ZRQvKxHEmKq |
| User: | kh-admin |





Post

Search

**E. Jean Carroll** @ejeancarroll · Dec 25
Our earth needs care and love. Not war and hatred.

50 215 1.8K 31K

**RonSequitur**
@R0nSequitur

STFU, lying fraud. Ya deviant pervert.

7:55 PM · Dec 25, 2023 · **26** Views

Post your reply

Reply

## Relevant people

**RonSequitur**
@R0nSequitur
Follow
Inventor of The Courtesy Flush TM — Handsome, exquisitely circumcised malcontent since 1975.

**E. Jean Carroll**
@ejeancarroll
Follow
Whipsawed by Confusion? ASK E. JEAN at e.jean@askejean.com Driven Witless? Read my Substack ejeancarroll.substack.com SNL, Atlantic, VF, NYmag

## What's happening

NCAA Football · LIVE
**Rutgers at Miami (FL)**

Trending in United States
**Invisalign**
2,112 posts

Politics · Trending
**Colorado Secretary of State**
16.7K posts

Politics · Trending
**Bernie**
11.6K posts

Entertainment · Trending
**Steve Harvey**
4,270 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

Our earth needs care and love. Not war and hatred.

Post

Search

**RonSequitur**
@R0nSequitur

STFU, lying fraud. Ya deviant pervert.

7:55 PM · Dec 25, 2023 · **26** Views

Post your reply

Reply

## Relevant people

**RonSequitur**
@R0nSequitur
Follow
Inventor of The Courtesy Flush ™ — Handsome, exquisitely circumcised malcontent since 1975.

**E. Jean Carroll**
@ejeancarroll
Follow
Whipsawed by Confusion? ASK E. JEAN at e.jean@askejean.com Driven Witless? Read my Substack ejeancarroll.substack.com SNL, Atlantic, VF, NYmag

## What's happening

NCAA Football · LIVE
**Rutgers at Miami (FL)**

Trending in United States
**Invisalign**
2,112 posts

Politics · Trending
**Colorado Secretary of State**
16.7K posts

Politics · Trending
**Bernie**
11.6K posts

Entertainment · Trending
**Steve Harvey**
4,270 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

Page Vault

| | |
|---|---|
| Document title: | Steve on X: "@ejeancarroll You lied about Trump" / X |
| Capture URL: | https://twitter.com/wizzardmx/status/1739382083858911268 |
| Page loaded at (UTC): | Thu, 28 Dec 2023 23:30:11 GMT |
| Capture timestamp (UTC): | Thu, 28 Dec 2023 23:31:03 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | rXzY7je37LxF5CpbkEBf7f |
| User: | kh-admin |



← Post

**E. Jean Carroll** @ejeancarroll · Dec 25
Our earth needs care and love.  Not war and hatred.

💬 52          ⟲ 215          ♡ 1.8K          ᴵ|ᴵ 31K          🔖  ⬆

**Steve**
@wizzardmx

You lied about Trump

8:26 PM · Dec 25, 2023 · **15** Views

💬          ⟲          ♡          🔖          ⬆

👤  Post your reply                              Reply

**Relevant people**

👤  **Steve**          Follow
    @wizzardmx

👤  **E. Jean Carroll**          Follow
    @ejeancarroll

Whipsawed by Confusion? ASK E. JEAN at e.jean@askejean.com Driven Witless? Read my Substack
ejeancarroll.substack.com SNL, Atlantic, VF, NYmag

**What's happening**

NBA · Starts at 6:30 PM
**Pistons at Celtics**

Politics · Trending
**Bernie**
12K posts

Entertainment · Trending
**Steve Harvey**
4,751 posts

Trending in United States
**$DUEL**
44.2K posts

Sports · Trending
**Kudus**
18.7K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.



← Post

**Steve**
@wizzardmx

You lied about Trump

8:26 PM · Dec 25, 2023 · **15** Views

Post your reply

Reply

**Relevant people**

**Steve**
@wizzardmx
Follow

**E. Jean Carroll**
@ejeancarroll
Follow
Whipsawed by Confusion? ASK E. JEAN
at e.jean@askejean.com Driven Witless?
Read my Substack
ejeancarroll.substack.com SNL, Atlantic,
VF, NYmag

**What's happening**

NBA · Starts at 6:30 PM
**Pistons at Celtics**

Politics · Trending
**Bernie**
12K posts

Entertainment · Trending
**Steve Harvey**
4,751 posts

Trending in United States
**$DUEL**
44.2K posts

Sports · Trending
**Kudus**
18.7K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.

Document title: Steve on X: &quot;@ejeancarroll You lied about Trump&quot; / X
Capture URL: https://twitter.com/wizzardmx/status/1739382083858911268
Capture timestamp (UTC): Thu, 28 Dec 2023 23:31:03 GMT

**Page Vault**

| | |
|---|---|
| Document title: | Nigla on X: "@ejeancarroll Shut up you chattering skeleton" / X |
| Capture URL: | https://twitter.com/nigla276/status/1739396665243557912 |
| Page loaded at (UTC): | Thu, 28 Dec 2023 22:38:25 GMT |
| Capture timestamp (UTC): | Thu, 28 Dec 2023 22:39:10 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | g2sGLrjkMizQ4bANHLkLX1 |
| User: | kh-admin |

PDF REFERENCE #:          bnc9ZfxPojXEhQi2m4pnyr



**Post**

E. Jean Carroll @ejeancarroll · Dec 25
Our earth needs care and love.  Not war and hatred.

💬 50      ↻ 215      ♡ 1.8K      ⅈ 31K

Nigla
@nigla276

Shut up you chattering skeleton

9:24 PM · Dec 25, 2023 · **12** Views

Post your reply                                                    Reply

**Relevant people**

Nigla
@nigla276                                                         Follow
If you're reading this, eat shit.

E. Jean Carroll
@ejeancarroll                                                     Follow
Whipsawed by Confusion? ASK E. JEAN
at e.jean@askejean.com Driven Witless?
Read my Substack
ejeancarroll.substack.com SNL, Atlantic,
VF, NYmag

**What's happening**

NHL · Yesterday
Jets at Blackhawks

Entertainment · Trending
Steve Harvey
4,270 posts

Sports · Trending
Arsenal
Trending with West Ham, #ARSWHU

Politics · Trending
Colorado Secretary of State
16.7K posts

Trending in United States
Invisalign
2,120 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.

Document title: Nigla on X: &quot;@ejeancarroll Shut up you chattering skeleton&quot; / X
Capture URL: https://twitter.com/nigla276/status/1739396665243557912
Capture timestamp (UTC): Thu, 28 Dec 2023 22:39:10 GMT

Page 1 of 2



Post

**Nigla**
@nigla276

Shut up you chattering skeleton

9:24 PM · Dec 25, 2023 · **12** Views

Post your reply

Reply

**Relevant people**

**Nigla**
@nigla276                                    Follow

If you're reading this, eat shit.

**E. Jean Carroll**
@ejeancarroll                                Follow

Whipsawed by Confusion? ASK E. JEAN
at e.jean@askejean.com Driven Witless?
Read my Substack
ejeancarroll.substack.com SNL, Atlantic,
VF, NYmag

**What's happening**

NHL · Yesterday
**Jets at Blackhawks**

Entertainment · Trending
**Steve Harvey**
4,270 posts

Sports · Trending
**Arsenal**
Trending with West Ham, #ARSWHU

Politics · Trending
**Colorado Secretary of State**
16.7K posts

Trending in United States
**Invisalign**
2,120 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.

| | |
|---|---|
| Document title: | steve saxton on X: "@ejeancarroll The world also doesn't need to hear anything from your dick holster but yet here you are. Lying ass bitch." / X |
| Capture URL: | https://twitter.com/drummersteve76/status/1739420596256247853?s=20 |
| Page loaded at (UTC): | Thu, 28 Dec 2023 23:31:41 GMT |
| Capture timestamp (UTC): | Thu, 28 Dec 2023 23:32:08 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | q5hMeX9WqTTws88TnxUwSp |
| User: | kh-admin |

PDF REFERENCE #:     pQ6B9QwSnyGaXv57Aa6y7n





Post

Search

**E. Jean Carroll** @ejeancarroll · Dec 25
Our earth needs care and love. Not war and hatred.

52 215 1.8K 31K

**steve saxton**
@drummersteve76

The world also doesn't need to hear anything from your dick holster but yet here you are. Lying ass bitch.

10:59 PM · Dec 25, 2023 · **9** Views

Post your reply

Reply

## Relevant people

**steve saxton**
@drummersteve76
husband, father, lover of nature and god! MAGA!!

Follow

**E. Jean Carroll**
@ejeancarroll
Whipsawed by Confusion? ASK E. JEAN at e.jean@askejean.com Driven Witless? Read my Substack ejeancarroll.substack.com SNL, Atlantic, VF, NYmag

Follow

## What's happening

NBA · Starts at 4:30 PM
**Pistons at Celtics**

Politics · Trending
**Bernie**
12K posts

Trending in United States
**$DUEL**
44.8K posts

Trending in United States
**Gypsy Rose**
98.5K posts

Entertainment · Trending
**Steve Harvey**
4,782 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···  © 2023 X Corp.

Our earth needs care and love. Not war and hatred.

Post

Search

**steve saxton**
@drummersteve76

The world also doesn't need to hear anything from your dick holster but yet here you are. Lying ass bitch.

10:59 PM · Dec 25, 2023 · **9** Views

Post your reply

Reply

## Relevant people

**steve saxton**
@drummersteve76
Follow
husband, father, lover of nature and god! MAGA!!

**E. Jean Carroll**
@ejeancarroll
Follow
Whipsawed by Confusion? ASK E. JEAN at e.jean@askejean.com Driven Witless? Read my Substack ejeancarroll.substack.com SNL, Atlantic, VF, NYmag

## What's happening

NBA · Starts at 4:30 PM
**Pistons at Celtics**

Politics · Trending
**Bernie**
12K posts

Trending in United States
**$DUEL**
44.8K posts

Trending in United States
**Gypsy Rose**
98.5K posts

Entertainment · Trending
**Steve Harvey**
4,782 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

Page Vault

| | |
|---|---|
| Document title: | Odkin Wood on X: "@ejeancarroll We also need fewer money-grubbing whores who lie." / X |
| Capture URL: | https://twitter.com/odkin_wood/status/1739507345154322722 |
| Page loaded at (UTC): | Thu, 28 Dec 2023 22:36:50 GMT |
| Capture timestamp (UTC): | Thu, 28 Dec 2023 22:37:32 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | hcwpFRd1zEsyHn9prwoji9 |
| User: | kh-admin |

PDF REFERENCE #:        meeNTxLfSvBZCHgnnypkQR





Post

Search

**E. Jean Carroll** @ejeancarroll · Dec 25
Our earth needs care and love. Not war and hatred.
50 215 1.8K 31K

**Odkin Wood**
@odkin_wood

We also need fewer money-grubbing whores who lie.

4:44 AM · Dec 26, 2023 · **6** Views

Post your reply
Reply

## Relevant people

**Odkin Wood**
@odkin_wood
Follow
Proud to be blocked by the execrable traitor Peter Strzok!

**E. Jean Carroll**
@ejeancarroll
Follow
Whipsawed by Confusion? ASK E. JEAN at e.jean@askejean.com Driven Witless? Read my Substack ejeancarroll.substack.com SNL, Atlantic, VF, NYmag

## What's happening

NHL · Last night
**Jets at Blackhawks**

Trending in United States
**Gypsy Rose**
94K posts

Politics · Trending
**Colorado Secretary of State**
16.7K posts

Entertainment · Trending
**Steve Harvey**
4,270 posts

Trending in United States
**Invisalign**
2,120 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

Document title: Odkin Wood on X: "@ejeancarroll We also need fewer money-grubbing whores who lie." / X
Capture URL: https://twitter.com/odkin_wood/status/1739507345154322722
Capture timestamp (UTC): Thu, 28 Dec 2023 22:37:32 GMT

**Post**

**Odkin Wood**
@odkin_wood

We also need fewer money-grubbing whores who lie.

4:44 AM · Dec 26, 2023 · **6** Views

Post your reply

Reply

**Relevant people**

**Odkin Wood**
@odkin_wood
Follow

Proud to be blocked by the execrable traitor Peter Strzok!

**E. Jean Carroll**
@ejeancarroll
Follow

Whipsawed by Confusion? ASK E. JEAN at e.jean@askejean.com Driven Witless? Read my Substack ejeancarroll.substack.com SNL, Atlantic, VF, NYmag

**What's happening**

NHL · Last night
**Jets at Blackhawks**

Trending in United States
**Gypsy Rose**
94K posts

Politics · Trending
**Colorado Secretary of State**
16.7K posts

Entertainment · Trending
**Steve Harvey**
4,270 posts

Trending in United States
**Invisalign**
2,120 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.

| | |
|---|---|
| Document title: | Kenny Powers on X: "@ejeancarroll You are a cunt." / X |
| Capture URL: | https://twitter.com/EveyoneF/status/1739657168448561153 |
| Page loaded at (UTC): | Thu, 28 Dec 2023 22:31:46 GMT |
| Capture timestamp (UTC): | Thu, 28 Dec 2023 22:32:38 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | h1U8t2uaPu6ZLG5HU9aAQC |
| User: | kh-admin |

PDF REFERENCE #:          qJUH6FPfjRbLZRvKgwgJWC





Post

Search

**E. Jean Carroll** @ejeancarroll · Dec 25
Our earth needs care and love. Not war and hatred.

50 215 1.8K 31K

**Kenny Powers**
@EveyoneF

You are a cunt.

2:39 PM · Dec 26, 2023 · **5** Views

Post your reply

Reply

## Relevant people

**Kenny Powers**
@EveyoneF
Follow
They don't think it be like it be, but it do. there/are/only/two/sexes

**E. Jean Carroll**
@ejeancarroll
Follow
Whipsawed by Confusion? ASK E. JEAN at e.jean@askejean.com Driven Witless? Read my Substack ejeancarroll.substack.com SNL, Atlantic, VF, NYmag

## What's happening

NCAA Football · LIVE
**Rutgers at Miami (FL)**

All Elite Wrestling · Trending
**Keith Lee**
3,562 posts

Politics · Trending
**Bernie**
11.6K posts

Sports · Trending
**Arsenal**
Trending with West Ham, #ARSWHU

Sports · Trending
**Edson Alvarez**
1,016 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

**Post**

**Kenny Powers**
@EveyoneF
···

You are a cunt.

2:39 PM · Dec 26, 2023 · **5** Views

Post your reply                                    Reply

**Relevant people**

**Kenny Powers**
@EveyoneF                                          Follow

They don't think it be like it be, but it do. there/are/only/two/sexes

**E. Jean Carroll**
@ejeancarroll                                      Follow

Whipsawed by Confusion? ASK E. JEAN at e.jean@askejean.com Driven Witless? Read my Substack
ejeancarroll.substack.com SNL, Atlantic, VF, NYmag

**What's happening**

NCAA Football · LIVE
**Rutgers at Miami (FL)**

All Elite Wrestling · Trending                     ···
**Keith Lee**
3,562 posts

Politics · Trending                                ···
**Bernie**
11.6K posts

Sports · Trending                                  ···
**Arsenal**
Trending with West Ham, #ARSWHU

Sports · Trending                                  ···
**Edson Alvarez**
1,016 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.

**Page Vault**

| | |
|---|---|
| Document title: | Fred D on X: "@ejeancarroll Fuck off." / X |
| Capture URL: | https://twitter.com/MrKrueger70/status/1739657313772871979 |
| Page loaded at (UTC): | Thu, 28 Dec 2023 23:34:52 GMT |
| Capture timestamp (UTC): | Thu, 28 Dec 2023 23:35:19 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | 7mrzMuZLGfuUQe9sSTZKf1 |
| User: | kh-admin |

PDF REFERENCE #:        9pNHDRtJxySdq4f3qqGpTX





Post

Search

**E. Jean Carroll** @ejeancarroll · Dec 25

Our earth needs care and love. Not war and hatred.

52 215 1.8K 31K

**Fred D**
@MrKrueger70

Fuck off.

2:39 PM · Dec 26, 2023 · **7** Views

Post your reply

Reply

## Relevant people

**Fred D**
@MrKrueger70

Follow

Father of four. Grandfather to 8. Loving husband. I have my fingers in a lot of different things as far as my interests goes. Hiker/fisherman/hunter/dreamer.

**E. Jean Carroll**
@ejeancarroll

Follow

Whipsawed by Confusion? ASK E. JEAN at e.jean@askejean.com Driven Witless? Read my Substack ejeancarroll.substack.com SNL, Atlantic, VF, NYmag

## What's happening

NBA · Starts at 6:30 PM
**Pistons at Celtics**

Entertainment · Trending
**Steve Harvey**
4,811 posts

Trending in United States
**$DUEL**
45K posts

Politics · Trending
**Bernie**
12K posts

Sports · Trending
**Brennan Armstrong**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

Our earth needs care and love. Not war and hatred.

Post

Search

**Fred D**
@MrKrueger70

Fuck off.

2:39 PM · Dec 26, 2023 · **7** Views

Post your reply

Reply

## Relevant people

**Fred D**
@MrKrueger70
Follow
Father of four. Grandfather to 8. Loving husband. I have my fingers in a lot of different things as far as my interests goes. Hiker/fisherman/hunter/dreamer.

**E. Jean Carroll**
@ejeancarroll
Follow
Whipsawed by Confusion? ASK E. JEAN at e.jean@askejean.com Driven Witless? Read my Substack ejeancarroll.substack.com SNL, Atlantic, VF, NYmag

## What's happening

NBA · Starts at 6:30 PM
**Pistons at Celtics**

Entertainment · Trending
**Steve Harvey**
4,811 posts

Trending in United States
**$DUEL**
45K posts

Politics · Trending
**Bernie**
12K posts

Sports · Trending
**Brennan Armstrong**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

**Page Vault**

| | |
|---|---|
| Document title: | Jean Grey - MAGA 2024! on X: "@ejeancarroll You are full of shit. How much did the democrats paid for your lies bitch?" / X |
| Capture URL: | https://twitter.com/JeanGre41378634/status/1740496679114289640 |
| Page loaded at (UTC): | Thu, 28 Dec 2023 22:40:45 GMT |
| Capture timestamp (UTC): | Thu, 28 Dec 2023 22:41:36 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | 2SE14oJFQVHyQhRhjdceFD |
| User: | kh-admin |

PDF REFERENCE #:            8ciVJb5cbFuU3djyS94rJU





Post

Search

**E. Jean Carroll** @ejeancarroll · Dec 25

Our earth needs care and love. Not war and hatred.

50 215 1.8K 31K

**Jean Grey - MAGA 2024!**
@JeanGre41378634

You are full of shit.

How much did the democrats paid for your lies bitch?

10:15 PM · Dec 28, 2023 · **4** Views

Post your reply

Reply

## Relevant people

**Jean Grey - MAGA 2024!**
@JeanGre41378634
Follow

Prolife, Progun, Probible - have the right to live, right to protect ourselves and rights to religion of choice. I believe in God, that my religion. No DM

**E. Jean Carroll**
@ejeancarroll
Follow

Whipsawed by Confusion? ASK E. JEAN at e.jean@askejean.com Driven Witless? Read my Substack ejeancarroll.substack.com SNL, Atlantic, VF, NYmag

## What's happening

NHL · Last night
**Jets at Blackhawks**

Sports · Trending
**The U**
519K posts

Politics · Trending
**Colorado Secretary of State**
16.8K posts

Sports · Trending
**Arsenal**
Trending with West Ham, #ARSWHU

Trending in United States
**Gypsy Rose**
94.4K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

**Post**

**Jean Grey - MAGA 2024!**
@JeanGre41378634

You are full of shit.

How much did the democrats paid for your lies bitch?

10:15 PM · Dec 28, 2023 · **4** Views

Post your reply

Reply

### Relevant people

**Jean Grey - MAGA 2024!**
@JeanGre41378634                    Follow

Prolife, Progun, Probible - have the right to live, right to protect ourselves and rights to religion of choice. I believe in God, that my religion. No DM

**E. Jean Carroll**
@ejeancarroll                        Follow

Whipsawed by Confusion? ASK E. JEAN at e.jean@askejean.com Driven Witless? Read my Substack
ejeancarroll.substack.com SNL, Atlantic, VF, NYmag

### What's happening

NHL · Last night
**Jets at Blackhawks**

Sports · Trending
**The U**
519K posts

Politics · Trending
**Colorado Secretary of State**
16.8K posts

Sports · Trending
**Arsenal**
Trending with West Ham, #ARSWHU

Trending in United States
**Gypsy Rose**
94.4K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.

| | |
|---|---|
| Document title: | Femme Fatale on X: "@ejeancarroll No way Trump touch this mess https://t.co/u8ofcU7t8F" / X |
| Capture URL: | https://twitter.com/ZUZUPETALS9/status/1740507737103229254 |
| Page loaded at (UTC): | Thu, 28 Dec 2023 23:33:27 GMT |
| Capture timestamp (UTC): | Thu, 28 Dec 2023 23:33:57 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | 4eUg9MnBtKUKvQf9YRv52h |
| User: | kh-admin |

**Post**

**E. Jean Carroll** @ejeancarroll · Dec 25
Our earth needs care and love.  Not war and hatred.

💬 52          ↻ 215          ♡ 1.8K          📊 31K

**Femme Fatale**
@ZUZUPETALS9

No way Trump  touch this mess



10:59 PM · Dec 28, 2023 · **8** Views

## Relevant people



**Femme Fatale**
@ZUZUPETALS9                    Follow

Hilary Clinton Lost to Trump because
Bill Clinton was Jeffery Epstein BFF
these are facts . keep abortion Legal.
😘

**E. Jean Carroll**
@ejeancarroll                    Follow

Whipsawed by Confusion? ASK E. JEAN
at e.jean@askejean.com Driven Witless?
Read my Substack
ejeancarroll.substack.com SNL, Atlantic,
VF, NYmag

## What's happening



NBA · Starts at 7:30 PM
**Pistons at Celtics**

Trending in United States          ···
**$DUEL**
45K posts

Politics · Trending          ···
**Bernie**
12K posts

Sports · Trending          ···
**Areola**
3,394 posts

Trending in United States          ···
**Derek Chauvin**
7,598 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.

Post



## Relevant people



**Femme Fatale**
@ZUZUPETALS9

Follow

Hilary Clinton Lost to Trump because Bill Clinton was Jeffery Epstein BFF these are facts . keep abortion Legal. 🤭

**E. Jean Carroll**
@ejeancarroll

Follow

Whipsawed by Confusion? ASK E. JEAN at e.jean@askejean.com Driven Witless? Read my Substack
ejeancarroll.substack.com SNL, Atlantic, VF, NYmag

## What's happening



NBA · Starts at 7:30 PM
**Pistons at Celtics**

Trending in United States
**$DUEL**
45K posts

Politics · Trending
**Bernie**
12K posts

Sports · Trending
**Areola**
3,394 posts

Trending in United States
**Derek Chauvin**
7,598 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.

10:59 PM · Dec 28, 2023 · **8** Views

Post your reply

Reply

---

Document title: Femme Fatale on X: &quot;@ejeancarroll No way Trump touch this mess https://t.co/u8ofcU7t8F&quot; / X
Capture URL: https://twitter.com/ZUZUPETALS9/status/1740507737103229254
Capture timestamp (UTC): Thu, 28 Dec 2023 23:33:57 GMT