# **EXHIBIT 13**

```
N545car1
```

```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF NEW YORK
                  ------------------------------x
                  E. JEAN CARROLL,

                                Plaintiff,            New York, N.Y.

                         v.                           22 Civ. 10016 (LAK)

                  DONALD J. TRUMP,

                                Defendant.
                  ------------------------------x    Jury Trial

                                                      May 4, 2023
                                                      10:00 a.m.
                  Before:

                               HON. LEWIS A. KAPLAN,

                                                      District Judge
                                                         and a Jury


                                     APPEARANCES

                  KAPLAN HECKER & FINK LLP
                       Attorneys for Plaintiff
                  BY:  ROBERTA A. KAPLAN
                       MICHAEL J. FERRARA
                       SHAWN G. CROWLEY
                       MATTHEW J. CRAIG


                  TACOPINA SEIGEL & DeOREO
                       Attorneys for Defendant
                  BY:  JOSEPH TACOPINA
                       CHAD D. SEIGEL
                       MATTHEW G. DeOREO


                  HABBA MADAIO & ASSOCIATES, LLP
                       Attorneys for Defendant
                  BY:  ALINA HABBA
                       MICHAEL T. MADAIO


                  W. PERRY BRANDT
                       Attorney for Defendant
```

1        THE COURT:  Okay.  Thank you.
2    REDIRECT EXAMINATION
3    BY MS. CROWLEY:
4    Q.  Professor Humphreys, Mr. Brandt just asked you several
5    questions about whether you know who actually saw Donald
6    Trump's October 12 statement.  Do you recall those?
7    A.  Yes, I do.
8    Q.  And you testified that you don't know exactly who saw the
9    statement, correct?
10   A.  In terms of identifiable names, I can't tell you the names
11   of those people.
12   Q.  But you were able to estimate how many people -- how many
13   people saw the statement, correct?
14   A.  That's right.
15   Q.  And I believe you testified that between 13 and 18 million
16   people saw the statement?
17   A.  That's correct.
18   Q.  And of the people who saw it, you testified that between
19   3.7 million and 5.6 million likely believed it.
20   A.  That's right.
21   Q.  Mr. Brandt also asked you several questions about the work
22   you did in connection with Ms. Carroll's first lawsuit,
23   correct?
24   A.  That's right.
25   Q.  And there you were asked to analyze the harm that Donald