# **EXHIBIT 14**

PageVault

| | |
|---|---|
| Document title: | Truth Details \| Truth Social |
| Capture URL: | https://truthsocial.com/@realDonaldTrump/posts/110340379870475514 |
| Page loaded at (UTC): | Mon, 30 Oct 2023 18:00:15 GMT |
| Capture timestamp (UTC): | Mon, 30 Oct 2023 18:01:03 GMT |
| Capture tool: | 10.34.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | wW7RqazmVcFUhkmPrCznrY |
| User: | kh-admin |

PDF REFERENCE #:    2CwHqdEGBBS3tpAA3iwKJN

PLAINTIFF's EXHIBIT
PX-96
20 Civ. 7311 (LAK)

TRUTH.

Home

Discover

← **Truth Details**
11540 replies

🔥 Trending ⌄

**Donald J. Trump** ✓
@realDonaldTrump

I HAVE ABSOLUTELY NO IDEA WHO THIS WOMAN IS. THIS VERDICT IS A DISGRACE - A CONTINUATION OF THE GREATEST WITCH HUNT OF ALL TIME!

**15k** ReTruths   **57.2k** Likes                May 09, 2023, 7:29 PM

Reply          ReTruth          Like

**Continue the conversation**
Join Truth Social to get the full story and details.

Log in

Sign up

Proudly made in the United States of America. 🇺🇸