# EXHIBIT 15

## PX-97

*Submitted to the Court via CD*