# EXHIBIT 17

## PX-99

*Submitted to the Court via CD*