# EXHIBIT 18

# READ: Transcript of CNN's town hall with former President Donald Trump

cnn.com/2023/05/11/politics/transcript-cnn-town-hall-trump/index.html

May 11, 2023



Video Ad Feedback

Clinton, abortion, border wall: CNN fact-checks Donald Trump after town hall

02:12 - Source: CNN

*CNN* —

Read the full transcript of CNN's presidential town hall with former President Donald Trump moderated by CNN's Kaitlan Collins at Saint Anselm College in Goffstown, New Hampshire.



PLAINTIFF's EXHIBIT
PX-100
20 Civ. 7311 (LAK)

███████████████████████████████████████████
███████████████████████████

███████████████████████████████████████████████
███████████████████████████████████████████
████████████████████████

███████████████████████████████████████████████
███████████████████████████████████████████████

COLLINS: Speaking of New York, I want to ask you about a significant verdict that was reached yesterday. I know this is something you want to weigh in on as well.

A Manhattan jury found –

TRUMP: Sure.

COLLINS: – that you sexually abused the writer E. Jean Carroll and defamed her.

You've denied this.

But what do you say to voters who say it disqualifies you from being president?

TRUMP: Well, there weren't too many of them because my poll numbers just came out. They went up, okay?

███████████████████████████████████████████████
███████████████████████████████████████████████
██████████████████████████████

███████████████████████████████████████████████
█████████████████████████████████

███████████████████████████████████████████████
████████████████████████████████████████

███████████████████████████████████████████████
███████████████████████████████████████████

███████████████████████████████████████████████
███████████████████████████████████████████

████████████████████████████████████████

████████████████



████████████████████████████████████████
████████████████████████

████████████████████████████████████████

████████████████████████████

██████████████████████████████

TRUMP: And I swear on my children, which I never do. I have no idea who this woman. This is a fake story, made up story.

████████████████████████████████████████
███████████████████

████████████████████████████████████████
█████████████████████████████████

███████████████

██████████████████████████

████████████████████████████████████████
██████████████████

████████████████████████████████████████
██████████████████████

█████████████████████

██████████████████

COLLINS: One thing you did do in this –

TRUMP: And I swear and I've never done that, and I swear to – I have no idea who the hell – she's a whack job.

████████████████████████████████████████
████████████████████████████████████████
███████████

████████████████████████████████████████
██████████████████████████