# EXHIBIT 19

PageVault

| | |
|---|---|
| Document title: | Truth Details \| Truth Social |
| Capture URL: | https://truthsocial.com/@realDonaldTrump/posts/110700658213984237 |
| Page loaded at (UTC): | Mon, 30 Oct 2023 18:03:11 GMT |
| Capture timestamp (UTC): | Mon, 30 Oct 2023 18:03:53 GMT |
| Capture tool: | 10.34.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | sksmhZNqpM3P9sfjaPPVe9 |
| User: | kh-admin |

PDF REFERENCE #:   7aMUb8zPdpuDf5yfX78UAK

PLAINTIFF's EXHIBIT
**PX-101**
20 Civ. 7311 (LAK)

Email or username Password Log in

Home

Discover

## Truth Details

1272 replies

Trending

Proudly made in the United States of America. 🇺🇸

**Donald J. Trump**
@realDonaldTrump

[redacted] The statements that I made about Carroll are all true [redacted] [redacted] and other than for this case, I have NO IDEA WHO SHE IS, WHAT SHE LOOKS LIKE, OR ANYTHING ABOUT HER....

**6.1k** ReTruths **21.8k** Likes Jul 12, 2023, 10:33 AM

Reply ReTruth Like •••

**Continue the conversation**

Join Truth Social to get the full story and details.

Log in

Sign up


