# EXHIBIT 20

## PX-144

*Submitted to the Court via CD*