# EXHIBIT 21

**January 6, 2024 Speech**

*00:00 – 00:10*

**Donald Trump**: This is all political stuff. Including the women stuff—the Bergdorf Goodman. I meet a woman outside of Bergdorf Goodman, I took her upstairs to a changing booth. It was all made-up…

