# EXHIBIT 22

PageVault

| | |
|---|---|
| Document title: | Truth Details \| Truth Social |
| Capture URL: | https://truthsocial.com/@realDonaldTrump/posts/110341680295215530 |
| Page loaded at (UTC): | Fri, 08 Dec 2023 15:50:09 GMT |
| Capture timestamp (UTC): | Fri, 08 Dec 2023 15:50:54 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | 1QA4xMUSwbtxfkoDndJM2y |
| User: | kh-admin |



PLAINTIFF's EXHIBIT
**PX-146**
20 Civ. 7311 (LAK)




Document title: Truth Details | Truth Social
Capture URL: https://truthsocial.com/@realDonaldTrump/posts/110341680295215530
Capture timestamp (UTC): Fri, 08 Dec 2023 15:50:54 GMT




Document title: Truth Details | Truth Social
Capture URL: https://truthsocial.com/@realDonaldTrump/posts/110341680295215530
Capture timestamp (UTC): Fri, 08 Dec 2023 15:50:54 GMT