# EXHIBIT 23

## PX-149

*Submitted to the Court via CD*