# EXHIBIT 24

PageVault

| | |
|---|---|
| Document title: | Truth Details \| Truth Social |
| Capture URL: | https://truthsocial.com/@realDonaldTrump/posts/111751374446046797 |
| Page loaded at (UTC): | Sun, 14 Jan 2024 00:23:56 GMT |
| Capture timestamp (UTC): | Sun, 14 Jan 2024 00:24:25 GMT |
| Capture tool: | 10.40.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | 2W9zeVKA2ncWNod8EAxSuE |
| User: | kh-admin |

PDF REFERENCE #:     e6kjBqvU8Zi1ytf6EboUr8

PLAINTIFF's EXHIBIT
**PX-152**
20 Civ. 7311 (LAK)

Home

Discover

## Truth Details

290 replies

Trending

**Donald J. Trump**
@realDonaldTrump

I had no idea who this woman was. She wrote nonsense about me in her failed book, the press asked me if it was true, I said NO, and so it began - A totally fabricated story [redacted]. Our legal system is TERRIBLE!!!

**604** ReTruths **2.13k** Likes Jan 14, 2024, 12:04 AM

Reply ReTruth Like

**Continue the conversation**

Join Truth Social to get the full story and details.

Log in

Sign up

**New to Truth Social?**

Sign up now to discuss what's happening.

Sign up

Proudly made in the United States of America.

**New to Truth Social?**

Sign up now to discuss what's happening.

Log in Sign up

Document title: Truth Details | Truth Social
Capture URL: https://truthsocial.com/@realDonaldTrump/posts/111751374446046797
Capture timestamp (UTC): Sun, 14 Jan 2024 00:24:25 GMT

