# EXHIBIT 25

**PageVault**

| | |
|---|---|
| Document title: | Truth Details \| Truth Social |
| Capture URL: | https://truthsocial.com/@realDonaldTrump/posts/111765973827837317 |
| Page loaded at (UTC): | Wed, 17 Jan 2024 00:46:53 GMT |
| Capture timestamp (UTC): | Wed, 17 Jan 2024 00:48:14 GMT |
| Capture tool: | 10.41.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | anoPuYT3nnY8JhLGXxRzi6 |
| User: | kh-admin |

PDF REFERENCE #:    4y2Lx7r1Ar3mX4S6hkqCx6

**PLAINTIFF's EXHIBIT**
**PX-160**
20 Civ. 7311 (LAK)



TRUTH. Email or username Password Log in

Home

Discover

## Truth Details

1310 replies

Trending

Donald J. Trump
@realDonaldTrump

After a historic win in Iowa, I am going to the Biden encouraged Witch Hunt in Lower Manhattan to fight against a FAKE Case from a woman I have never met, seen, or touched (Celebrity Lines don't count!). Naturally, it starts right after Iowa, and during the very important New Hampshire Primary where, despite their sinister attempts, I will be tonight! It is a giant Election Interference Scam, [redacted] I had no idea who this woman was. PURE FICTION!

**4.16k** ReTruths **13.9k** Likes Jan 16, 2024, 1:56 PM

Reply ReTruth Like

### Continue the conversation

Join Truth Social to get the full story and details.

Log in

Sign up

### New to Truth Social?

Sign up now to discuss what's happening.

Sign up

Proudly made in the United States of America.

New to Truth Social?
Sign up now to discuss what's happening.
Log in Sign up