# EXHIBIT 26

## PX-164

*Submitted to the Court via CD*