# EXHIBIT 28

PageVault

| | |
|---|---|
| Document title: | Truth Details \| Truth Social |
| Capture URL: | https://truthsocial.com/@realDonaldTrump/posts/111775416185647393 |
| Page loaded at (UTC): | Sat, 20 Jan 2024 21:09:25 GMT |
| Capture timestamp (UTC): | Sat, 20 Jan 2024 21:09:55 GMT |
| Capture tool: | 10.41.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | 16VrHzsvwMPKiwXrRiNFQZ |
| User: | kh-admin |

PDF REFERENCE #:    2CxAtFz3QFoCqed4ok5aJe

**PLAINTIFF's EXHIBIT**
**PX-165**
20 Civ. 7311 (LAK)

TRUTH. Email or username Password Log in

Home

Discover

## Truth Details

1594 replies

Trending

**Donald J. Trump**
@realDonaldTrump

I've said it once & I'll say it again, a thousand times. Until this ridiculous Hoax was revealed to me by the Fake News Media, I never heard of E. Jean Carroll, never had anything to do with her, never would want to have anything to do with her, [redacted] & NEVER TOUCHED HER, OR IN ANY WAY WOULD WANT TO TOUCH HER. The whole story is a MADE UP & DISGUSTING HOAX! [redacted]

**4.62k** ReTruths **16.8k** Likes Jan 18, 2024, 5:58 AM

Reply ReTruth Like

### Continue the conversation

Join Truth Social to get the full story and details.

Log in

Sign up

New to Truth Social?
Sign up now to discuss what's happening.
Sign up

Proudly made in the United States of America.

**New to Truth Social?**
Sign up now to discuss what's happening.
Log in Sign up

