# EXHIBIT 29

**Page Vault**

| | |
|---|---|
| Document title: | Truth Details \| Truth Social |
| Capture URL: | https://truthsocial.com/@realDonaldTrump/posts/111789825992370683 |
| Page loaded at (UTC): | Sat, 20 Jan 2024 20:02:36 GMT |
| Capture timestamp (UTC): | Sat, 20 Jan 2024 20:03:16 GMT |
| Capture tool: | 10.41.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | ad3oT9WybE5YGoQ72vUGnq |
| User: | kh-admin |

PDF REFERENCE #:            f62CqrQQwBaGrmRLxJ9vtp

PLAINTIFF's EXHIBIT

**PX-166**

20 Civ. 7311 (LAK)

TRUTH.

Home

Discover

← **Truth Details**
365 replies

Trending ⌄

Proudly made in the United States of America. 🇺🇸

**Donald J. Trump** ✓
@realDonaldTrump

E. Jean Carroll ▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Until the filing of this ridiculous lawsuit against me, I knew nothing about this woman, never heard of her, never touched her, had nothing to do with her. THIS IS A FALSE ACCUSATION

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**1.13k** ReTruths   **3.52k** Likes          Jan 20, 2024, 7:02 PM

◯ Reply          ⇄ ReTruth          ♡ Like          •••

**Continue the conversation**
Join Truth Social to get the full story and details.

Log in

Sign up