UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
E. JEAN CARROLL,

                    Plaintiff,

     -against-                                   20-cv-7311 (LAK)

DONALD J. TRUMP, in his personal capacity,

                    Defendant.
------------------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        On Friday, February 23, 2024, the defendant moved for an unsecured or partially secured stay of execution on the plaintiff's judgment pending the disposition of post-trial motions. No post-trial motions have been filed yet. Moreover, briefing of the defendant's stay motion was not completed until the late afternoon of Saturday, March 2, 2024. Nevertheless, the Court is aware of defendant's request for a decision on the stay motion no later than today "to allow time for [him] to finalize arrangements for an appropriate bond if necessary." Dkt 287, at 21.

        A decision will be rendered as promptly as is reasonably possible. Without implying what that decision will be or when it will be made, however, it will not come today.

        SO ORDERED.

Dated:     March 4, 2024

                                                      _____
                                                         Lewis A. Kaplan
                                                   United States District Judge