## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, in his personal capacity,<br><br>*Defendant.* | Civil Action No.: 1:20-cv-7311-LAK-JLC<br><br>**NOTICE OF MOTION** |

    **PLEASE TAKE NOTICE** that the defendant, President Donald J. Trump, hereby moves this Court, before the Hon. Lewis A. Kaplan, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, on a date to be set by the Court, for entry of an order granting him judgment as a matter of law, pursuant to Rule 50(b) of the Federal Rules of Civil Procedure, and for such other relief that the Court may deem just and proper.

    This motion is supported by the annexed memorandum of law, any arguments or evidence presented in reply, all arguments or evidence presented at a hearing or with leave of Court, and upon all prior proceedings, pleadings, and filings in this action.

<table>
<tr>
<td>

*/s/ Alina Habba*
Alina Habba, Esq.
Michael T. Madaio, Esq.
HABBA MADAIO & ASSOCIATES LLP
1430 U.S. Highway 206, Suite 240
Bedminster, New Jersey 07921
         -and-
112 West 34th Street, 17th & 18th Floors
New York, New York 10120
Telephone: (908) 869-1188
E-mail: ahabba@habbalaw.com

Dated: New York, New York
       March 5, 2024

</td>
<td>

*/s/ D. John Sauer*
D. John Sauer*
William O. Scharf**
JAMES OTIS LAW GROUP, LLC
13321 North Outer Forty Road, Suite 300
Chesterfield, Missouri 63017
(314) 562-0031
John.Sauer@james-otis.com

\* *Pro Hac Vice* pending
\*\* *Pro Hac Vice* forthcoming

*Attorneys for President Donald J. Trump*

</td>
</tr>
</table>