**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

ATTORNEY AFFIDAVIT PURSUANT TO LOCAL RULE 1.3(c)

I, William Owen Scharf, do solemnly swear that I am a member in good standing of the bar of the state of Missouri and that:

(1) I have never been convicted of a felony;

(2) I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

(3) There are no disciplinary proceedings presently against me.

Dated: March 6, 2024

_____
William Owen Scharf

Subscribed and sworn to before me, a Notary Public in and for the __County__ of __St. Louis__, State of __Missouri__, this __6th__ day of __March__, 2024.

_____
Notary Public

PATRICIA ADAMS
Notary Public - Notary Seal
St. Louis City · State of Missouri
Commission Number 11395585
My Commission Expires Jun 1, 2025

1