**UNITED STATES DISTRICT COURT**

**<u>SOUTHERN DISTRICT OF NEW YORK</u>**

---

E. JEAN CARROLL,

                Plaintiff,

  -against-                                       20-cv-7311 (LAK)

DONALD J. TRUMP, in his personal capacity,     **ORDER FOR ADMISSION PRO HAC VICE**

                Defendant.

---

       The motion of <u>William Owen Scharf</u>, for admission to practice Pro Hac Vice in the above captioned action is granted.

       Applicant has declared that he is a member in good standing of the bar of the state of <u>Missouri</u>; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | William Owen Scharf |
| Firm Name: | James Otis Law Group, LLC |
| Address: | 13321 N. Outer Forty Rd., Suite 300 |
| City / State / Zip: | Chesterfield, Missouri 63017 |
| Telephone: | (917) 208-5566 |
| Email: | will@willscharf.com |

       Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for <u>Defendant Donald J. Trump</u> in the above entitled action;

       **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                                          _____

                                                                                    United States District Judge