UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
E. JEAN CARROLL,                                    Civil Action No.:
                                                                                            1:20-cv-7311-LAK-JLC

                 *Plaintiff*,

         v.                                                                  **NOTICE OF APPEAL**

DONALD J. TRUMP, in his personal capacity,

                 *Defendant*,
-------------------------------------------------------------X

       Notice is hereby given that the Defendant, Donald J. Trump, appeals to the United States Court of Appeals for the Second Circuit from the judgment entered in this action on February 8, 2024 (Dkt. No. 285) ("Final Judgment"), attached hereto as Exhibit A, awarding Plaintiff compensatory and punitive damages totaling $83,300,000.00, and from all adverse orders, rulings, decrees, decisions, opinions, memoranda, conclusions, or findings preceding, leading to, merged in, or included within the Final Judgment, by the Honorable United States District Judge Lewis A. Kaplan.

| | |
|---|---|
| */s/ Alina Habba* | */s/ D. John Sauer* |
| Alina Habba, Esq. | D. John Sauer* |
| Michael T. Madaio, Esq. | William O. Scharf** |
| HABBA MADAIO & ASSOCIATES LLP | JAMES OTIS LAW GROUP, LLC |
| 1430 U.S. Highway 206, Suite 240 | 13321 North Outer Forty Road, Suite 300 |
| Bedminster, New Jersey 07921 | Chesterfield, Missouri 63017 |
|           -and- | (314) 562-0031 |
| 112 West 34th Street, 17th & 18th Floors | John.Sauer@james-otis.com |
| New York, New York 10120 | |
| Telephone: (908) 869-1188 | * *Pro Hac Vice* pending |
| E-mail: ahabba@habbalaw.com | ** *Pro Hac Vice* forthcoming |
| | |
| Dated: New York, New York | *Attorneys for President Donald J. Trump* |
|          March 8, 2024 | |

To: All Counsel of Record

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
E. JEAN CARROLL,

                      Plaintiff,                      20 **CIVIL** 7311 (LAK)

       -against-                                  **JUDGMENT**

DONALD J. TRUMP, in his personal capacity,

                      Defendant.
---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Lewis A. Kaplan, United States District Judge, Plaintiff E. Jean Carroll has judgment for compensatory damages (other than for the reputation repair program) in the amount of $7,300,000.00; Plaintiff E. Jean Carroll has judgment for compensatory damages (for the reputation repair program only) in the amount of $11,000,000.00; and Plaintiff E. Jean Carroll has judgment for punitive damages in the amount of $65,000,000.00, each as against the defendant Donald J. Trump for an aggregate sum of $83,300,000.00.

DATED:  New York, New York
              February 8, 2024

                                                                   **RUBY J. KRAJICK**

So Ordered:                                                 **Clerk of Court**

                                                      BY:

**U.S.D.J.**                                                    **Deputy Clerk**