UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL, <br><br> *Plaintiff,* <br><br> v. <br><br> DONALD J. TRUMP, in his personal capacity, <br><br> *Defendant.* | Civil Action No.: 1:20-cv-7311-LAK-JLC <br><br> **NOTICE OF MOTION FOR APPROVAL OF SUPERSEDEAS BOND AND STAY OF EXECUTION OF JUDGMENT PENDING APPEAL** |

**PLEASE TAKE NOTICE** that that the defendant, President Donald J. Trump ("President Trump"), hereby moves this Court, before the Hon. Lewis A. Kaplan, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, on a date to be set by the Court, for entry of an Order (1) approving the supersedeas bond filed herewith in the amount of $91,630,000.00; and (2) staying execution of the judgment entered in favor of Plaintiff E. Jean Carroll and against President Trump on February 8, 2024 in the total amount of $83,300,000.00 (Docket No. 285) pending appeal.

This motion is supported by the annexed declaration, any arguments or evidence presented in reply, all arguments or evidence presented at a hearing or with leave of Court, and upon all prior proceedings, pleadings, and filings in this action.

| | |
|---|---|
| */s/ Alina Habba* <br> Alina Habba, Esq. <br> Michael T. Madaio, Esq. <br> HABBA MADAIO & ASSOCIATES LLP <br> 112 West 34th Street, 17th & 18th Floors <br> New York, New York 10120 <br> Telephone: (908) 869-1188 <br> E-mail: ahabba@habbalaw.com <br><br> Dated: New York, New York <br> March 8, 2024 | */s/ D. John Sauer* <br> D. John Sauer* <br> William O. Scharf** <br> JAMES OTIS LAW GROUP, LLC <br> 13321 North Outer Forty Road, Suite 300 <br> Chesterfield, Missouri 63017 <br> (314) 562-0031 <br> John.Sauer@james-otis.com <br> * *Pro Hac Vice* pending <br> ** *Pro Hac Vice* forthcoming <br><br> *Attorneys for President Donald J. Trump* |