UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br><br>             *Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, in his personal capacity,<br><br>             *Defendant.* | No. 20 Civ. 7311 (LAK) (JLC)<br><br>**[PROPOSED] ORDER APPROVING SUPERSEDEAS BOND AND STAYING EXECUTION OF JUDGMENT** |

**WHEREAS**, on February 8, 2024, the Court entered Judgment (Dkt. No. 285) against Defendant Donald J. Trump ("Defendant") awarding Plaintiff E. Jean Carroll ("Plaintiff") compensatory and punitive damages in the sum of $83,300,000.00;

**WHEREAS** on March 8, 2024, Defendant filed a Notice of Appeal of the Judgment, which is currently pending before the United States Court of Appeals for the Second Circuit;

**WHEREAS** Defendant obtained a supersedeas bond issued by Federal Insurance Company in the sum of $91,630,000.00.

**NOW THEREFORE, IT IS HEREBY ORDERED that:**

1. The supersedeas bond posted by Defendant in the amount of $91,630,000.00 as security for the Judgment entered on February 8, 2024, in this action, is **APPROVED**.

2. The supersedeas bond, issued by Federal Insurance Company, is deemed sufficient to stay execution of the Judgment to the extent that the Judgment awards damages pursuant to Fed. R. App. P. 8 and Fed. R. Civ. P. 62.

3. The bond shall be conditioned upon the performance of any Judgment or Order that may be entered against Defendant in the appellate proceedings.

4. Enforcement of the judgment entered by this Court on February 8, 2024, to the extent that the Judgment awards damages is **STAYED** pending the final disposition of the appeal by the United States Court of Appeals for the Second Circuit.

5. Defendant shall file a copy of the approved bond with the Clerk of the Court within 5 days of the date of this Order.

6. This stay is effective immediately upon the filing of the bond and shall remain in effect until the appeal is resolved or until further order of this Court.

IT IS SO ORDERED:

Dated:_____  _____
                                                                                       HON. LEWIS A. KAPLAN
                                                                                       United States District Judge