UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
E. JEAN CARROLL,

                Plaintiff,

      -against-                                      20-cv-7311 (LAK)

DONALD J. TRUMP, in his personal capacity,

                Defendant.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       After 10:30 a.m. today, the defendant filed an application to approve a supersedeas bond in the amount of $91,630,000 and to stay execution on plaintiff's judgment against the defendant pending appeal.

       Plaintiff shall file any opposition to the motion, including but not limited to the form, amount or surety of the proposed bond or the proposed order, or her consent to the relief sought by defendant's motion, no later than Monday, March 11, 2024 at 11 a.m. In the event there is any opposition to the motion, the Court will hear the parties in Courtroom 21B on March 11, 2024 at 3 p.m.

       SO ORDERED.

Dated:     March 8, 2024

                                                            Lewis A. Kaplan
                                                    United States District Judge