# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL     212.763.0883
DIRECT EMAIL    rkaplan@kaplanhecker.com

March 11, 2024

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *Carroll v. Trump*, 20 Civ. 7311 (LAK)

Dear Judge Kaplan:

We write on behalf of Plaintiff E. Jean Carroll pursuant to the Court's order dated March 8, 2024. *See* ECF 319.

While we did have one limited objection concerning the timing of payment to the bond that Defendant has posted in connection with his motion to stay enforcement of the judgment pending appeal, the parties have discussed the issue. As a result of those discussions, Federal Insurance Company has authorized and Defendant's counsel will agree to stipulate that the 30-day periods listed on page 3 of ECF Doc. 318-1 will be shortened to 15 days, both for the Principal and the Surety. This will have the effect of shortening the overall window to 30 days.

Depending on the Court's preference, Your Honor can so order this letter, or the parties can submit a stipulation or other appropriate documentation to effectuate this change.

Respectfully submitted,

Roberta A. Kaplan

cc:     Counsel of Record