**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

MEMO ENDORSED

E. JEAN CARROLL,

                Plaintiff,

-against-                           20-cv-7311 (LAK)

DONALD J. TRUMP, in his personal capacity,      **MOTION FOR ADMISSION PRO HAC VICE**

                Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, William Owen Scharf hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Donald J. Trump in the above-captioned action.

I am in good standing of the bar of the state of Missouri and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 7, 2024

Respectfully Submitted,

*/s/ William O. Scharf*
William O. Scharf
JAMES OTIS LAW GROUP, LLC
13321 N. Outer Forty Rd., Suite 300
Chesterfield, Missouri 63017
(917) 208-5566
will@willscharf.com

*Granted*
SO ORDERED
LEWIS A. KAPLAN, USDJ
3/11/24