

Michael T. Madaio, Esq.
Partner
mmadaio@habbalaw.com
Admitted to practice in NJ, NY & PA

March 12, 2024

**VIA ECF**
The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street
New York, New York 10007

**Re:**    ***Carroll v. Trump*, No. 1:20-cv-7311-LAK-JLC – Revised Bond Documentation**

Dear Judge Kaplan:

Pursuant to the Court's order of March 11, 2024, ECF No. 322, to submit revised bond documentation promptly, Defendant and the surety have executed the attached rider to the previously submitted bond, which implements the changes discussed in Plaintiff's letter of March 11, 2024, ECF No. 320.  Plaintiff's counsel has reviewed this rider and has no objection.  We respectfully request that you approve the previously filed bond, ECF No. 318, as modified by the attached rider.

New York, New York                    Respectfully submitted,
March 12, 2024

_/s/ Michael T. Madaio_                  _/s/ D. John Sauer_
Michael T. Madaio, Esq.                  D. John Sauer*
Alina Habba, Esq.                        William O. Scharf**
HABBA MADAIO & ASSOCIATES LLP            JAMES OTIS LAW GROUP, LLC
1430 U.S. Highway 206, Suite 240         13321 North Outer Forty Road, Suite 300
Bedminster, New Jersey 07921             Chesterfield, Missouri 63017
              -and-                      (314) 562-0031
112 West 34th Street, 17th & 18th Floors John.Sauer@james-otis.com
New York, New York 10120
Telephone: (908) 869-1188               * *Pro Hac Vice* pending
E-mail: ahabba@habbalaw.com             ** *Pro Hac Vice* forthcoming

                                        *Attorneys for President Donald J. Trump*