

Alina Habba, Esq.
Managing Partner
ahabba@habbalaw.com
Admitted to practice in NJ, NY & CT

March 14, 2024

**VIA ECF**
The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street
New York, New York 10007

    **Re:** ***E. Jean Carroll v. Donald J. Trump***
       ***20 Civ. 07311 (LAK) (JLC)***

Dear Judge Kaplan:

  Pursuant to the Court's Order dated March 12, 2024 (ECF 324), attached please find a copy of: (1) the supersedeas bond which was signed and sealed on March 5, 2024; (2) the amended rider to the supersedeas bond, which was signed and sealed on March 12, 2024; and (3) the Order approving Defendant's supersedeas bond.

  We thank the Court for its attention to this matter.

            Respectfully submitted,

            */s/ Alina Habba*
            Alina Habba, Esq.
            For HABBA MADAIO & ASSOCIATES LLP