# EXHIBIT C

```
O1GsCAR1
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

E. JEAN CARROLL,

            Plaintiff,

        v.                           20 CV 7311 (LAK)
                                            TRIAL
DONALD J. TRUMP, in his personal capacity,

            Defendant.

------------------------------x
                                     New York, N.Y.
                                     January 16, 2024
                                     9:30 a.m.

Before:

                HON. LEWIS A. KAPLAN,

                                     District Judge
                                     -and a Jury-

                     APPEARANCES

KAPLAN HECKER & FINK LLP
     Attorneys for Plaintiff
BY:  ROBERTA ANN KAPLAN
     SHAWN G. CROWLEY
     MATTHEW J. CRAIG

HABBA MADAIO & ASSOCIATES LLP
     Attorneys for Defendant
BY:  ALINA HABBA
     MICHAEL T. MADAIO
     PETER SWIFT
     PETER GABRA

1  defamation may be new to you.  It's a legal or fancy word that
2  means publishing a false statement about someone that harms the
3  reputation of the person who is spoken about.
4      In the statements that were publicly published by
5  Mr. Trump in 2019 — which the jury will see in full — Mr. Trump
6  denied Ms. Carroll's accusation, stated that he never met her
7  and didn't know who she was, and that she made up her story
8  about Mr. Trump to help her sell a new book she had written,
9  among other things.
10      Now, for reasons that I will explain in greater detail
11  later, this trial is limited to the issue of the money damages,
12  if any, that Ms. Carroll should receive for those publications.
13  The reason that's so is because the Court determined in a
14  previous decision that Mr. Trump is liable for defamation on
15  those two occasions.  In other words, for purposes of this
16  trial, it has been determined already that Mr. Trump did
17  sexually assault Ms. Carroll; that he knew when he made the
18  statements about Ms. Carroll that the statements were false, or
19  he made them with reckless disregard as to whether they were
20  true or false; and the jury is not going to have to decide any
21  of those questions in this case.  And, as I say, I will tell
22  you more about that later on.
23      Ms. Carroll alleges that she suffered reputational,
24  emotional and professional harm as a result of Mr. Trump's
25  defamatory statements, and she seeks money damages.  Mr. Trump

1            Is there anybody in the jury box who feels that
2    Mr. Trump is being treated unfairly by the court system of the
3    United States?
4            Well, you're not in the jury box, but we know where
5    you stand.  You can stand up.
6            If there is anybody who agrees that Mr. Trump is being
7    treated unfairly by the court system of the United States,
8    please stand up.
9            OK.  We have number 68 in the back of the room.
10           MS. CROWLEY:  Judge, I believe someone in the jury box
11   just stood, too.
12           THE COURT:  Yes.  I'm just getting there.
13           MS. CROWLEY:  I apologize.
14           THE COURT:  And the person in the jury box is Juror
15   No. 7, Juror No. 8 -- number 29, seat 8.  Juror 29.
16           OK.  We're going to take a morning break.  Very good.
17   We're going to take a morning break.  You should all stay where
18   you are.
19           Andy is have going to take you out in order so it
20   doesn't take 40 minutes to get you all seated again, row by
21   row, and when we return, we're going to pass a microphone
22   around and we will have a few questions for you individually,
23   so that people get an idea of who you are, what you do for a
24   living, what your education is.
25           When that's done, we are going to select the jury, it