# EXHIBIT D

**May 10, 2023 Truth Social Post**

*00:00 – 00:21*

**Donald Trump**: I have absolutely no idea who this woman is. The verdict is a disgrace. A continuation of the greatest witch hunt of all time. Absolutely a shame.



PLAINTIFF's EXHIBIT
**PX-97-T**
20 Civ. 7311 (LAK)