# EXHIBIT E

Confidential

1

2                UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF NEW YORK
3
              CASE No. 20 CIV. 7311 (LAK)(JLC)
4

5   E. JEAN CARROLL,

6             Plaintiff,

7   -vs-

8   DONALD J. TRUMP,
    in his personal capacity,
9
              Defendant.
10  _____/

11

12

13                    =  =  =

14                 CONFIDENTIAL

15                    =  =  =

16

17      VIDEOTAPED DEPOSITION OF DONALD J. TRUMP

18

19           Wednesday, October 19, 2022
              10:22 a.m. - 3:50 p.m.

20            The Mar-a-Lago Club
            1100 South Ocean Boulevard
21          Palm Beach, Florida, Florida

22

23  Stenographically Reported By
    Pamela J. Pelino, RPR, FPR, CLR
24  Notary Public, State of Florida
    TSG REPORTING
25  JOB NO. 218342
                       -  -  -

PLAINTIFF's
EXHIBIT

PX-167-T
20 Civ. 7311 (LAK)

Confidential

```
 1                          D. J. TRUMP

 2     APPEARANCES:

 3     On behalf of the Plaintiff:

 4          ROBERTA KAPLAN, ESQ.
            MATTHEW CRAIG, ESQ.
 5          SHAWN CROWLEY, ESQ.
            JOSHUA MATZ, ESQ.
 6          KAPLAN HECKER & FINK LLP
            350 Fifth Avenue
 7          New York, New York 10118

 8

 9     On behalf of the Defendant:

10          ALINA HABBA, ESQ.
            MICHAEL MADAIO, ESQ.
11          HABBA MADAIO & ASSOCIATES LLP
            1430 US Highway 206
12          Bedminster, New Jersey 07921

13

14     Videographer:

15          DAVID GRIFFIN

16

17

18

19

20

21

22

23

24

25
```

 1                          D. J. TRUMP

21        Q.    And by the early 1990s, would it be fair

22   to call you or to characterize you as a real estate

23   tycoon?

24        A.    Yeah.

25        Q.    Trump Tower on Fifth Avenue, that was

1                        D. J. TRUMP

2    completed in 1983?

3         A.    Around that time, yes.

4         Q.    And when did you move into the -- your

5    penthouse apartment there?

6         A.    Maybe a year later.

7         Q.    And that remained your primary residence

8    until you were elected president; correct?

9         A.    That's right.

17              And at some point you became the owner of

18    the Plaza Hotel in New York; correct?

19         A.    Yes.

24              During what years were you the owner of

25    the Plaza Hotel?

1                         D. J. TRUMP

2       A.    I don't know the years.  About five

3   years.

4       Q.    Do you know when it began?  When you

5   bought it?

6       A.    In the early '90s.

7       Q.    Okay.  Now, when did you purchase the

8   property we are at today, Mar-a-Lago?

9       A.    1986.

1                          D. J. TRUMP

5    BY MS. KAPLAN:

6          Q.    What years were you married to your first

7    wife, Ivana Trump?

8          A.    So about '78 to the early '90s.

1                      D. J. TRUMP

4         Q.    Okay.   Your next wife was a woman by the
5    name of Marla Maples?
6         A.    Yes.   Right.
7         Q.    And sitting here today, do you recall
8    what years you were married to Ms. Maples?
9         A.    I'd have to get the exact dates for you.
10   I can do that very easily.
11        Q.    Okay.   I have written down -- I could be
12   wrong, but I have written down 1983 to 1999.   Does
13   that sound about right?
14        A.    About right, yeah.

1                          D. J. TRUMP

11        Q.     When you were president -- and I don't

12    want you to give me any substance, but did you ever

13    speak directly to reporters?

14        A.     Yes.

15        Q.     Which reporters did you speak directly

16    to?

17        A.     A lot of reporters.  I'd have news

18    conferences, and you'd have everybody there.

19        Q.     Withdrawn.  I'm talking about on the

20    phone privately.

21        A.     Yeah, on the phone also.

22        Q.     And which reporters would you speak to on

23    the phone privately?

24        A.     I think too many to name.

 1                          D. J. TRUMP

 9          Q.    I'm handing you a document that's been

10    marked as DJT 18.  It bears the Bates range Carroll

11    24378 through 24385.  Do you have that in front of

12    you?

13          A.    Yeah.

14          Q.    Sitting here today, do you recognize this

15    document?

16          A.    No.

17          Q.    I will represent to you that this is the

18    excerpt from Ms. Carroll's book that was published

19    in New York Magazine online -- originally online on

20    June 21, 2019.

21          A.    Okay.

22          Q.    At any point in time, did you read this

23    article?

24          A.    Excuse me?

25          Q.    Did you ever read this article?  This

1                          D. J. TRUMP

2    document in front of --

3         A.    No, I don't believe I did.

7         Q.    I've handed you a book marked as DJT 19,

8    a book by E. Jean Carroll.  It says What Do We Need

9    Men For, and if you look at the publication date, it

10   says first edition July 2019.  Do you have that?

11        A.    Yes.

12        Q.    Do you have that book in front of you?

13        A.    Yeah.

14        Q.    Sitting here today, sir, have you ever

15   read this book either in its entirety or any portion

16   of this book?

17        A.    No, never have.  I've never seen the book

18   actually.

1                         D. J. TRUMP

8     You responded publicly to Ms. Carroll's allegations

9     on the same day that the excerpt was published in

10    the New York Magazine, which was June 21, 2019;

11    correct?

12          A.     I think so.

1                       D. J. TRUMP

6             So what we've handed you as DJT 20 is a

7    blown-up, for legibility purposes, version of a

8    tweet posted by a woman by the name of Laura Littman

9    at 5:17 p.m. on June 21, 2019.  Do you have that in

10   front of you?

11         A.    Yes.

15         Q.    The statement that is in this tweet, is

16   this a statement that you gave?

17         A.    I mean, essentially that's what I said,

18   yeah.

1                      D. J. TRUMP




5            If you could read that statement into the

6      record.




14      Q.    It says:  "Statement from President

15  Donald J. Trump.  Regarding the 'story' by

16  E. Jean Carroll claiming she once encountered me at

17  Bergdorf Goodman 23 years ago, I've never met this

18  person in my life.  She's trying to sell a new book.

19  That should indicate her motivation.  It should be

20  sold in the fiction section.  Shame on those who

21  make up false stories of assault, who try to get

22  publicity for themselves or sell a book or carry out

23  a political agenda like Julie Swetnick, who falsely

24  accused Justice Brett Kavanaugh.  It's just as bad

25  for people to believe it, particularly when there is

1                          D. J. TRUMP

2    zero evidence.  Worse still for a dying publication

3    to try to prop itself up by pedaling fake news.

4    It's an epidemic.  Ms. Carroll in New York Magazine:

5    No pictures, no surveillance, no videos, no reports,

6    no sales attendants around???  I would like to thank

7    Bergdorf Goodman for confirming they have no video

8    footage of any such incident because it never

9    happened.  False accusations diminish the severity

10   of real assault.  All should condemn false

11   accusations and any actual assault in the strongest

12   possible terms.  If anyone has information that the

13   Democratic party is working with Ms. Carroll or

14   New York Magazine, please notify us as soon as

15   possible.  The world should know what's really going

16   on.  It's a disgrace, and people should pay dearly

17   for such false accusations."  Do you see that?

18   That's what you have in front of you?

19        A.    Yeah.

20        Q.    And I think you've already confirmed that

21   this is a statement that you gave to someone on your

22   staff to give to the press?

23        A.    Yeah.

1                         D. J. TRUMP


3        Q.    Sitting here today, do you stand by this

4    statement?

5        A.    Yes.

1                         D. J. TRUMP

6              MS. KAPLAN:  Let's mark as DJT 21 a

7         document bearing the Bates range -- hold on --

8         DJT 21, a document bearing the Bates range

9         MP1795 through MP1807.

10              (DJT Exhibit 21 was marked for

11    identification.)

12    BY MS. KAPLAN:

13         Q.    Do you have that in front of you?

14         A.    Yeah.

22         Q.    And these are statements that were put

23    out when you were the president of the United

24    States?

25         A.    Yeah.

```
 1                      D. J. TRUMP
 2        Q.    And if you look at the top email, the
 3   address of the email, it says under that "Remarks by
 4   President Trump before Marine One departure"?
 5        A.    Yes.
 6        Q.    Marine One is a helicopter?
 7        A.    Yes.
 8        Q.    And if you look where it shows you
 9   speaking about halfway or two-thirds of the way down
10   the document, the very first thing you say:   "So
11   we're going to Camp David"?
12        A.    Yes.
13        Q.    So am I correct in interpreting this --
14   that this is a statement you made while boarding or
15   getting onto Marine One --
16        A.    Looks like it.
17        Q.    -- to go to Camp David?
18        A.    It looks like it.
```

1                          D. J. TRUMP

7              I take it you stand by that statement

8    today?

9        A.    Yes.

10       Q.    Sitting here today, are you aware of any

11   inaccuracies in your statement?  I'm not asking

12   about her allegation.  About your statement.

13       A.    No.  I think it's pretty much fine.  I

14   can't -- I haven't reviewed it in great detail, but,

15   you know, it was standing outside of a helicopter

16   that was getting ready to take off.  But, no, that

17   was -- that -- the statement is, in my opinion,

18   correct.

1                        D. J. TRUMP


3        Q.    You have in front of you, sir, a

4   five-page document.   The first page says in bold

5   type "Exclusive:   Trump vehemently denies

6   E. Jean Carroll allegation.   Says she's not my

7   type."

8             It's from a publication known as The

9   Hill.   It's dated June 24, 2019, and it's attributed

10  to the gentleman Jordan Fabian and -- or maybe not

11  the gentleman.   It's attributed to two people,

12  Jordan Fabian and Saagar Enjeti.   Do you see that?

13       A.    Yes.

14       Q.    So this is two days after the last

15  statement we're looking at, which is on June 22nd.

16            Do you recall having an interview with

17  reporters from The Hill on June 24, 2019?

18       A.    Vaguely, yes.

19       Q.    And do you recall where that interview

20  took place?

21       A.    I think it was in the Oval Office.

1                        D. J. TRUMP

7          Q.    And you're quoted just below that

8    paragraph as saying as follows -- and this one I'll

9    read:  "I'll say it with great respect.  Number one,

10   she's not my type.  Number two, it never happened.

11   It never happened.  Okay?"

12              And then the reporters say:  "The

13   president said, 'Well, see you behind the Resolute

14   Desk in the Oval Office.'"  Do you see that?

15         A.    Yes, I do.

16         Q.    And the statement that I just read that

17   begins "I'll state with great respect," that was a

18   statement that you made to the reporter for The Hill

19   on June 24, 2019; correct?

20         A.    Yes.

21         Q.    And the same set of questions.  I take

22   it, sir, that you stand by that statement today?

23         A.    Yes, I do.

1                              D. J. TRUMP

4          Q.    In your June 21 statement that's marked

5     as Exhibit 20, you say -- and this is the Littman

6     tweet -- "I never met this person in my life."

7          A.    Yes.

8          Q.    Was that a true statement when you made

9     it on June 21, 2019?

10         A.    It was a true statement when I made it.

11    I think subsequently or at some point they showed a

12    picture on a receiving -- I was on a celebrity line

13    for a charity, and I think I was either shaking her

14    hand or her husband's hand on a receiving line.

15    Like I say, I shake a lot of hands with people, but

16    I had no idea who she was.

1                          D. J. TRUMP

21          Q.    You have in front of you a black and

22   white photograph that we've marked as DJT 23.   And

23   I'm going to ask you:   Is this the photo that you

24   were just referring to?

25          A.    I think so, yes.

Confidential

1                           D. J. TRUMP

2        Q.    And do you recall when you first saw this

3   photo?

4        A.    At some point during the process, I saw

5   it.  I guess that's her husband, John Johnson, who

6   was an anchor for NBC.  Nice guy, I thought.  I

7   mean, I don't know him, but I thought he was pretty

8   good at what he did.  I don't even know the woman.

9   I don't know who -- it's Marla.

10       Q.    You're saying Marla is in this photo?

11       A.    That's Marla, yeah.  That's my wife.

12       Q.    Which woman are you pointing to?

13             MS. HABBA:  No, that's Carroll.

14             THE WITNESS:  Oh, I see.

15   BY MS. KAPLAN:

16       Q.    The person you just pointed to was

17   E. Jean Carroll.

18             MS. HABBA:  That's your wife.

19   BY MS. KAPLAN:

20       Q.    And the person -- the woman on your right

21   was --

22       A.    I don't know.  This was the picture.  I

23   assume that's John Johnson.

24             MS. HABBA:  That's Carroll.

25             THE WITNESS:  That's Carroll?  Because

1                          D. J. TRUMP

2         it's very blurry.

1                          D. J. TRUMP

6        Q.    Now, in your June 21 statement, which

7   is -- in your June 21 statement, which is DJT 20,

8   you said that Ms. Carroll was trying to sell a new

9   book and that you said shame on those who make up

10  false stories of assault to try to get publicity for

11  themselves or sell a book?

12       A.    Yeah, that's right.

13       Q.    Before you made that statement, did you

14  have any knowledge one way or the other of the

15  financial arrangements between Ms. Carroll and the

16  publisher of her book?

17       A.    No.

18       Q.    Did you even know who her publisher was?

19       A.    No.

20       Q.    Did you ever see her book contract?

21       A.    No.

22       Q.    Did you know anything about Ms. Carroll's

23  financial situation?

24       A.    No.

25       Q.    Did you know anything about her expected

1                          D. J.  TRUMP

2    book sales?

3          A.     No idea.




7                 Before you made this statement that

8    appears in DJT 20, do you know whether you or anyone

9    working for you did any research on Ms. Carroll?

10         A.     I just don't know.   It's possible

11   somebody -- when they heard this horrible

12   accusation, it's possible that somebody did a little

13   quick research but not that I know of.

14         Q.     Another thing that you say in your June

15   21 statement is that Ms. Carroll was trying to carry

16   out a political agenda?

17         A.     Yeah.

1                      D. J. TRUMP

18        Q.     Before issuing your statement on June 21,

19   did you learn what political party Ms. Carroll

20   belonged to?

21        A.     No, I didn't know that.

22        Q.     Before you issued your June 21 statement,

23   did you have any documents indicating that she was

24   pursuing a political agenda?

25        A.     No.

```
 1                      D. J. TRUMP

 2        Q.    At the end of your statement, your June

 3   21 statement, you say:  "If anyone has information

 4   that the Democratic party is working with

 5   Ms. Carroll or New York Magazine, please notify us

 6   as soon as possible."

 7              Did anyone ever notify you --

 8        A.    I don't know.

 9        Q.    Sitting here today, you can't recall

10   anyone who notified you?

11        A.    I don't know, yeah.
```

1                          D. J. TRUMP

19              One of the other things that you said

20       about Ms. Carroll at the time appears in your June

21       24 statement, which is DJT 22, and what you said

22       there is:  "I'll say it with great respect.  Number

23       one, she's not my type."

24              When you said that Ms. Carroll was not

25       your type, you meant that she was not your type

1                          D. J. TRUMP

2     physically; right?

3          A.    I saw her in a picture.   I didn't know

4     what she looked like, and I said it -- and I say it

5     with as much respect as I can, but she is not my

6     type.

7          Q.    And, again, when you say "type," you just

8     referred to looking at photos.   So you mean

9     physically she's not your type?

10         A.    Physically she's not my type, and now

11    that I've gotten indirectly to hear things about

12    her, she wouldn't be my type in any way, shape, or

13    form.

14         Q.    But when you were talking back on June

15    24th, you were referring to her not being your type

16    physically; correct?

17         A.    I saw a photo of her.

18         Q.    Okay.

19         A.    And the only difference between me and

20    other people is I'm honest.   She's not my type.

1                          D. J. TRUMP

4          Q.    I take it the three women you've married

5     are all your type?

8                    THE WITNESS:  Yeah.

1                          D. J. TRUMP

6        Q.    Okay.  And I'm just going to use

7    categories.  In addition to the people that I

8    mentioned, do you recall any conversations with

9    anyone in the legislative branch -- and by that I

10   mean the House or the Senate or people who work

11   there.

12       A.    Well, it's probable that I told people

13   that there was a false, disgusting lie made about me

14   because I would say that to a lot of people.  Even

15   if they didn't ask, I was very offended by this.

16   This woman is sick.  There's something wrong with

17   her, and it's a false story.  So I would go around

18   saying that to people, yes.  So it's possible that I

19   would say that to legislators.

1                              D. J. TRUMP

22          Q.     What is Truth Social?

23          A.     It's a platform that's been opened by me

24     as an alternative to Twitter.

25          Q.     And your handle on Truth Social is

1                      D. J. TRUMP

2    @realdonaldtrump?

3         A.    I believe so, yes.

1                           D. J. TRUMP

5        Q.    Okay.  Now, on October 12, just a few

6   days ago, you issued a statement on Truth Social

7   about Ms. Carroll and this case; correct?

8        A.    I believe so, yes.

9        Q.    And the statement that you posted, who

10  wrote that statement?

11       A.    I did.

12       Q.    You yourself?

13       A.    Yeah.

14       Q.    Did you post the statement yourself?

15       A.    Yes.

16       Q.    And in addition to posting the statement

17  on Truth Social, you also sent it to the press?

18       A.    Yes.  It's called truth and post.  We

19  post much like -- how would you say it?  We put out

20  a statement, and we also put it on Truth.

21       Q.    And when you say you put it out --

22       A.    Like a public relations statement.

23       Q.    It goes, like, to an email list of

24  reporters?

25       A.    Yeah, whatever.  Yeah.  The bigger grab

1                          D. J. TRUMP

2    is The Truth, but we also -- we call it posts.  We

3    have -- actually it's truth and post.  So we call it

4    post.  But the bigger -- the more important of the

5    two is The Truth because people are watching it.

1                          D. J. TRUMP

6          Q.    Why did you decide to issue the statement

7    on Truth Social on October 12th?

8          A.    Because I was offended at this woman's

9    lie.  Because I was offended that she could just

10   make up a story out of cold air, refuted by her

11   testimony on CNN, but that she could make up a story

12   just out of nowhere and that I get a phone call

13   asking me about this ridiculous situation.  The

14   woman -- there's something wrong with her in my

15   opinion.  Okay.  But it's a false accusation.  Never

16   happened, never would happen.  And I posted and I

17   will continue to post until such time as -- and then

18   I will sue her after this is over, and that's the

19   thing I really look forward to doing.  And I'll sue

25   but I'll be suing her very strongly as soon as this

1                          D. J. TRUMP

2    case ends.  But I'll be suing you also.

3        Q.    Are you done?

4        A.    Yeah.

11              MS. KAPLAN:  Let's look at the statement.

12        Let's mark it as -- what's my next number?

13              MR. MADAIO:  DJT 28.

16              THE WITNESS:  I can't read this.

17              MS. KAPLAN:  Well, we have a blown-up

18        version.

19    BY MS. KAPLAN:

20        Q.    Let's mark it as 28 and 28A.

1                         D. J. TRUMP

10        Q.    And now that you've heard it again and

11   you have it in front of you, you again confirm that

12   you wrote the whole thing yourself?

13        A.    I wrote it all myself.  All myself.

1                       D. J. TRUMP

 9       Q.    Now, when you say in here I don't know

10  this woman and have no idea who she is, even though

11  you're using the present tense, you're referring

12  back to your knowledge as of when she first made the

13  allegation --

14       A.    I still don't know this woman.  I think

15  she's a wack job.  I have no idea.  I don't know

16  anything about this woman other than what I read in

17  stories and what I hear.  I know nothing about her.

18       Q.    Okay.  Well, I guess the distinction I'm

19  trying to make, sir, is that when the allegation

20  came out in 2019, you said you -- I think it's your

21  testimony that you had no idea who she was.

22       A.    I still don't.

23       Q.    Well, today you at least know that she's

24  a plaintiff in a case suing you; correct?

25       A.    Oh, yes.  That, I know, but I know

1                      D. J. TRUMP

2    nothing about her.  I think she's sick, mentally

3    sick.

1                         D. J. TRUMP

16        Q.    Now, in your Truth Social statement on

17   October 12, you use the word "hoax."  Specifically

18   you say:  "It is a hoax and a lie just like all of

19   the other hoaxes that have been played on me for the

20   past seven years."  Do you see that --

21        A.    Yeah.

1                         D. J. TRUMP


3        Q.     Fair to say -- you'd agree with me, would

4   you not, that you use the term "hoax" quite a lot?

5        A.     Yes, I do.

6        Q.     CNN reported that you used it more than

7   250 times in 2020.  Does that sound right?

8        A.     Could be.  I've had a lot of hoaxes

9   played on me.  This is one of them.

10        Q.     And how would you define the word "hoax"?

11        A.     A fake story, a false story, a made-up

12   story.

13        Q.     Something that's not true?

14        A.     Something that's not true, yes.

15        Q.     Sitting here today, can you recall what

16   else you have referred to as a hoax?

17        A.     Sure.



20             THE WITNESS:  The Russia Russia Russia

21        hoax.  It's been proven to be a hoax.  Ukraine

22        Ukraine Ukraine hoax.  The Mueller situation

23        for two and a half years hoax ended in no

24        collusion.  It was a whole big hoax.  The lying

25        to the FISA court hoax, the lying to Congress

1              D. J. TRUMP

2        many times hoax by all these people, the scum

3        that we have in our country, lying to Congress

4        hoax, the spying on my campaign hoax.  They

5        spied on my campaign, and now they admit it.

6        That was another hoax, and I could get a whole

7        list of them.  And this is a hoax too.


9        Q.    This -- when you say "this" and "that" --

10       A.    This ridiculous situation that we're

11  doing right now.  It's a big, fat hoax.  She's a

12  liar and she's a sick person in my opinion.  Really

13  sick.  Something wrong with her.

14       Q.    Okay.  In addition to the Russia Russia

15  Russia hoax, the Ukraine Ukraine Ukraine hoax, the

16  Mueller or Mueller hoax, the lying to FISA hoax, the

17  lying to Congress hoax, and the spying on your

18  campaign hoax, isn't it true that you also referred

19  to the use of mail-in ballots as a hoax?

20       A.    Yeah, I do.  Sure.


22            THE WITNESS:  I do.  I think they're very

23       dishonest.  Mail-in ballots, very dishonest.

24  BY MS. KAPLAN:

25       Q.    And isn't it true that you yourself have

1                          D. J. TRUMP

2    voted by mail?


4              THE WITNESS:  I do.  I do.  Sometimes I

5         do.  But I don't know what happens to it once

6         you give it.  I have no idea.