# EXHIBIT 3

Message

**From**: White House Press Office [info@mail.whitehouse.gov]
**Sent**: 6/22/2019 9:02:16 PM
**To**: Press Office [pressoffice@donaldtrump.com]
**Subject**: Remarks by President Trump Before Marine One Departure

Remarks by President Trump Before Marine One Departure

Office of the Press Secretary

FOR IMMEDIATE RELEASE

June 22, 2019

REMARKS BY PRESIDENT TRUMP
BEFORE MARINE ONE DEPARTURE

South Lawn

10:18 A.M. EDT

THE PRESIDENT: So we're going to Camp David. We're going to have meetings and a lot of work. Coming back sometime tomorrow, but we're heading out right now to Camp David.

PLAINTIFF's
EXHIBIT
PX-2
20 Civ. 7311 (LAK)



MP-001796



MP-001797



MP-001798



MP-001799



[redacted]

[redacted] -- [redacted]

[redacted]

[redacted]

[redacted]

Q Mr. President, you had said earlier that you never met E. Jean Carroll. There was a photograph of you and her in the late 1980's --

THE PRESIDENT: I have no idea who this woman is. [redacted] It is a totally false accusation. I think she was married -- as I read; I have no idea who she is -- but she was married to a, actually, nice guy, Johnson -- a newscaster.

Q You were in a photograph with her.

THE PRESIDENT: Standing with coat on in a line -- give me a break -- with my back to the camera. I have no idea who she is. What she did is -- it's terrible, what's going on. So it's a total false accusation and I don't know anything about her. [redacted]

And, you know, people have to be careful because they're playing with very dangerous territory. And when they do that -- and it's happening more and more. When you look at what happened to Justice Kavanaugh and you look at what's happening to others, you can't do that for the sake of publicity.

New York Magazine is a failing magazine. It's ready to go out of business, from what I hear. They'll do anything they can. But this was about many men, and I was one of the many men that she wrote about. It's a totally false accusation. I have absolutely no idea who she is. There's some picture where we're shaking hands. It looks like at some kind of event. I have my coat on. I have my wife standing next to me. And I didn't know her husband, but he was a newscaster. But I have no idea who she is -- none whatsoever.

It's a false accusation and it's a disgrace that a magazine like New York -- which is one of the reasons it's failing. People don't read it anymore, so they're trying to get readership by using me. It's not good.

You know, there were cases that the mainstream media didn't pick up. And I don't know if you've seen them. And they were put on Fox. But there were numerous cases where women were paid money to say bad things about me. You can't do that. You can't do that. And those women did wrong things -- that women were actually paid money to say bad things about me.

But here's a case, it's an absolute disgrace that she's allowed to do that.





MP-001803

MP-001804







Thank you.

                              END                10:37 A.M. EDT

Unsubscribe

The White House · 1600 Pennsylvania Ave NW · Washington, DC 20500-0003 · USA · 202-456-1111