# EXHIBIT 5

TRUTH.

| Email or username | Password | Log in |

← @realDonaldTrump's post

Home

Search

**Donald J. Trump** ✓
@realDonaldTrump · 1d

★ ★ ★ ★ ★
SAVE
**AMERICA**
PRESIDENT DONALD J. TRUMP

- October 12, 2022 -

Statement by Donald J. Trump, 45th President of the
United States of America

This "Ms. Bergdorf Goodman" case is a complete con job, and our legal system in this
Country, but especially in New York State (just look at Peekaboo James), is a broken
disgrace. You have to fight for years, and spend a fortune, in order to get your reputation
back from liars, cheaters, and hacks. ███████████████████ I don't know this woman, have no idea who she is, other
than it seems she got a picture of me many years ago, with her husband, shaking my
hand on a reception line at a celebrity charity event. She completely made up a story that
I met her at the doors of this crowded New York City Department Store and, within
minutes, "swooned" her. It is a Hoax and a lie, just like all the other Hoaxes that have been
played on me for the past seven years. And, while I am not supposed to say it, I will. This
woman is not my type ███████████████████

███████████████████████████████
███████████████████████████████
███████████████████████████████
███████████████████████████████

███████████ In the meantime, and for the record, E. Jean Carroll is not telling the
truth, is a woman who I had nothing to do with, didn't know, and would have no interest in
knowing her if I ever had the chance. Now all I have to do is go through years more of
legal nonsense in order to clear my name of her and her lawyer's phony attacks on me.
This can only happen to "Trump"!

🔁 6,596    ❤️ 21,330                                    Oct 12, 2022, 22:38

↩ Reply        🔁 ReTruth        ♡ Like        ⬆        •••

**Continue the conversation**
Join Truth Social to get the full story and details.

Log in

Sign up

New to Truth Social?
Sign up now to discuss what's happening.

Sign up

**Trends**

**People To Follow**        View all

Proudly made in the United States
of America. 🇺🇸

PLAINTIFF's
EXHIBIT
**PX-4**
20 Civ. 7311 (LAK)