# EXHIBIT 7

Message

| | |
|---|---|
| **From:** | Phyllis Couper [coupclan1962@gmail.com] |
| on behalf of | Phyllis Couper <coupclan1962@gmail.com> [coupclan1962@gmail.com] |
| **Sent:** | 6/23/2019 11:29:34 PM |
| **To:** | comment@askejean.com |
| **Subject:** | re: Trump |

E. Jean,

How much did George Soros or the DNC pay you to lie about President Trump? If a Democrat was in the White House be we wouldn't hear a peep out of you Regarding any sexual abuse. I sure wouldn't ask you for any advice.



PLAINTIFF's EXHIBIT
**PX-45**
20 Civ. 7311 (LAK)

Confidential                                                                                                                    CARROLL_024796