# EXHIBIT 8



# Chats

**1**  Michael Drury  **0**

*6/21/2019*

**Michael Drury**
To: Facebook account copy (facebook-EJeanCarroll.zip)

> Your nothing but a liar! Trump did nothing to you! Your only saying this to promote your book! You have to answer to the LORD for your lies! I hope it is worth it?!

06/21/2019 06:09:20 PM (UTC-4)

**PLAINTIFF's EXHIBIT PX-59**
20 Civ. 7311 (LAK)

Confidential                                                                                                        CARROLL_030118