# EXHIBIT 9

# Chats



| | Kathleen Woolard | |
|---|---|---|
| 3 | | 0 |

**6/22/2019**

**Kathleen Woolard**
To: Facebook account copy (facebook-EJeanCarroll.zip)

> Hi e.jean Carroll I want to tell you that you are a lying bitch!I believe Trump!why would he want to rape you when you are so frickin ugly!go get a life and leave President Trump alone!why don't you home and let your mommy change your diaper and give you your bottle and put you to bed!

06/22/2019 06:19:55 PM (UTC-4)

**Kathleen Woolard**
To: Facebook account copy (facebook-EJeanCarroll.zip)

> Kathleen added you on Messenger.

06/22/2019 06:20:07 PM (UTC-4)

**7/24/2019**

**Kathleen Woolard**
To: Facebook account copy (facebook-EJeanCarroll.zip)

> I feel so sorry for you Jean carroll especially when you lie!I am praying for you cause some day you will answer to God about all your lies about Trump!

07/24/2019 01:36:10 PM (UTC-4)

**PLAINTIFF's EXHIBIT**
**PX-66**
20 Civ. 7311 (LAK)