# EXHIBIT 10

# Chats



| 1 | Patrick McDowell | 0 |

**6/24/2019**

**Patrick McDowell**
To: Facebook account copy (facebook-EJeanCarroll.zip)

Shame on you and your liberal I hate Trump story. I would never believe you because of when and how this comes out. You should be ashamed because fake stories such as this make it hard on the true victims of abuse.

06/24/2019 01:55:52 PM (UTC-4)

**PLAINTIFF's EXHIBIT**
**PX-71**
20 Civ. 7311 (LAK)

Confidential                                                                                                                          CARROLL_030134