# EXHIBIT 11



| | |
|---|---|
| Document title: | Patriot24 on Twitter: "@ejeancarroll Liar, Liar. You are a disgusting person. Women like you are the reason people hesitate to believe women who are truly sexually assaulted. You are psychological messed up to lie about something like this to draw sales for your book because you're unknown by most. Seek help." / Twitter |
| Capture URL: | https://twitter.com/RunnerMo24/status/1142182659071860737 |
| Page loaded at (UTC): | Thu, 13 Oct 2022 05:34:21 GMT |
| Capture timestamp (UTC): | Thu, 13 Oct 2022 05:34:47 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | 4d19ffd9-b984-4dfe-95a2-810470bd84a6 |
| User: | gbe-bawesson |

PDF REFERENCE #:    58HWTWEG4cPKowrfmED2yC

**PLAINTIFF's EXHIBIT**
**PX-85**
20 Civ. 7311 (LAK)

Explore

Settings

Tweet

Search Twitter

**E. Jean Carroll** @ejeancarroll · Jun 20, 2019
Here's the best way to deal with heart ache-----------
a 6,000 mile road trip, honey!

elle.com/life-love/ask-...

323 70 718

**Patriot24**
@RunnerMo24

Replying to @ejeancarroll

Liar, Liar. You are a disgusting person. Women like you are the reason people hesitate to believe women who are truly sexually assaulted. You are psychological messed up to lie about something like this to draw sales for your book because you're unknown by most. Seek help.

9:29 PM · Jun 21, 2019 · Twitter for Android

**4** Likes

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Patriot24** Follow
@RunnerMo24
Mom of 3 beautiful Children. My Daughter Ashley, A True Childhood Cancer Hero, is in Heaven. God Bless America & The Greatest President Ever, Donald J. Trump.

**E. Jean Carroll** Follow
@ejeancarroll
Whipsawed by Confusion? ASK E. JEAN at e.jean@askejean.com Driven Witless? Read my Substack ejeancarroll.substack.com SNL, Atlantic, VF, NYmag

## What's happening

Television · 4 hours ago
**The Goldbergs airing on ABC**

Bloomberg Pol... · This afternoon
**The battle for Congress (and democracy) is happening in TV ads — and local stations are reaping the benefits**

Bloomberg Purs... · Earlier today
**Pandemic travel restrictions are now the exception, not the rule**

Television · 2 hours ago
**The Amazing Race airing on CBS**
Trending with #AmazingRace

Television · 3 hours ago
**Tyler Perry's Sistas airing on BET**
Trending with #SistasOnBET

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Explore

Settings

Tweet

Search Twitter

**Patriot24**
@RunnerMo24

Replying to @ejeancarroll

Liar, Liar. You are a disgusting person. Women like you are the reason people hesitate to believe women who are truly sexually assaulted. You are psychological messed up to lie about something like this to draw sales for your book because you're unknown by most. Seek help.

9:29 PM · Jun 21, 2019 · Twitter for Android

**4** Likes

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Patriot24** Follow
@RunnerMo24
Mom of 3 beautiful Children. My Daughter Ashley, A True Childhood Cancer Hero, is in Heaven. God Bless America & The Greatest President Ever, Donald J. Trump.

**E. Jean Carroll** Follow
@ejeancarroll
Whipsawed by Confusion? ASK E. JEAN at e.jean@askejean.com Driven Witless? Read my Substack ejeancarroll.substack.com SNL, Atlantic, VF, NYmag

## What's happening

Television · 4 hours ago
**The Goldbergs airing on ABC**

Bloomberg Pol... · This afternoon
**The battle for Congress (and democracy) is happening in TV ads — and local stations are reaping the benefits**

Bloomberg Purs... · Earlier today
**Pandemic travel restrictions are now the exception, not the rule**

Television · 2 hours ago
**The Amazing Race airing on CBS**
Trending with #AmazingRace

Television · 3 hours ago
**Tyler Perry's Sistas airing on BET**
Trending with #SistasOnBET

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···

© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up



