# EXHIBIT 12

**From:** A H
**To:** e.jean@askejean.com
**Subject:** RAPE JEAN
**Date:** Saturday, September 9, 2023 1:41:41 PM

Rape Jean rape Jean!

