# EXHIBIT 14

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 1 | Date Range: 5/2/2023 |

## Outline of Conversations

 **c0d401ad96e2cbefdb9dc8268ac249d95eb76f49e7dcc443c57fdb34371eb9c1 - 2023/05/02** • 1 message on 5/2/2023 • Dan Burney • E. Jean Carroll



PLAINTIFF's EXHIBIT
**PX-122**
20 Civ. 7311 (LAK)

**Messages in chronological order** (times are shown in GMT -04:00)

 **c0d401ad96e2cbefdb9dc8268ac249d95eb76f49e7dcc443c57fdb34371eb9c1 - 2023/05/02**

**Dan Burney**  5/2/2023, 2:43 PM

Re:
  Here we go again another roach comes out if sewer to accuse president Trump of raping her in the mid nineties...folks this is happening far to much the penalty for lying about rape should be execution by hanging or firing squad. These dishonest, lowlife, deranged, delusional, megalomaniac self righteous liars must be held to account they are destroying our nation. She should have her neck stretched immediately with a quick public trial then public execution. No mercy no quarter their crimes are just to much.
We must prepare for all out civil war. Carroll and her band of dishonest treasonous lemmings would laugh if you mention civil war. The live in their shithole bubbles where everyone runs around patting each other on the head and telling each other how right they all are. Outside the bubble Americans are sick to death over these criminal lowlife cunts and would not piss in their vile dishonest mouthes if their nasty as guts were on fire.

Everyone should have 48hr go packs ready to go...there may be no advance warning when it kicks off...we must quickly seal both borders to catch Carroll and Co as they slither away trying to escape to Canada. We must not allow that. We have gamed out scenarios and predict no more than 10 days to firmly eliminate leaders and secure all big cities within 20 days. We predict mass public trials and execution as penalty if found guilty. We must show are people and the world we will never again allow scum to take over academia, msm or Hollywood. That it shall never happen again.
Love you all!