# EXHIBIT 15

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 2 | Date Range: 5/9/2023 |

## Outline of Conversations

 **594f86c23565c5670c163609a3544c49ba1a9d3d8c8b1a6b1fcb4c980b20da39 - 2023/05/09** • 2 messages on 5/9/2023 • E. Jean Carroll • Jeff Rudolf



PLAINTIFF's EXHIBIT
PX-124
20 Civ. 7311 (LAK)

**Messages in chronological order** (times are shown in GMT -04:00)

**594f86c23565c5670c163609a3544c49ba1a9d3d8c8b1a6b1fcb4c980b20da39 - 2023/05/09**

JR  **Jeff Rudolf**  5/9/2023, 4:40 PM
Imma fuck you in the ass

JR  **Jeff Rudolf**  5/9/2023, 4:41 PM
No lube