# EXHIBIT 16

## Short Message Report

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 1 | Date Range: 5/23/2023 |

## Outline of Conversations

 **adbd95cb45d5c748a5134b966540ae79f5db29210229d1eee5ad8bc6c9e1d68b - 2023/05/24** • 1 message on 5/23/2023 • E. Jean Carroll • John Major



PLAINTIFF's EXHIBIT
**PX-128**
20 Civ. 7311 (LAK)

**Messages in chronological order** (times are shown in GMT -04:00)

**adbd95cb45d5c748a5134b966540ae79f5db29210229d1eee5ad8bc6c9e1d68b - 2023/05/24**

JM  **John Major**  5/23/2023, 11:33 PM
I'm so very sorry; my friend said he wants to kill you and I cannot stop him. Rest in peace cunt