# EXHIBIT 17

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 2 | Date Range: 8/17/2023 |

## Outline of Conversations

 **5a04cdd601a6155a5ea11556f11297123361f0d7ab0a6fe193c685ce6903af82 - 2023/08/17** • 2 messages on 8/17/2023 • E. Jean Carroll • Hans von Beulen



PLAINTIFF's EXHIBIT
PX-130
20 Civ. 7311 (LAK)

**Messages in chronological order** (times are shown in GMT -04:00)

**5a04cdd601a6155a5ea11556f11297123361f0d7ab0a6fe193c685ce6903af82 - 2023/08/17**

**Hans von Beulen** — 8/17/2023, 12:14 AM
I will rape u, e jean carroll

**Hans von Beulen** — 8/17/2023, 6:55 AM
i wan tto suck on those old saggy titties, carroll