# EXHIBIT 18

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 1 | Date Range: 5/10/2023 |

## Outline of Conversations

 **15740776-1578186084655038464 - 2023/05/11** • 1 message on 5/10/2023 • 15740776 • 1578186084655038464



PLAINTIFF's EXHIBIT
**PX-132**
20 Civ. 7311 (LAK)

**Messages in chronological order** (times are shown in GMT -04:00)

**15740776-1578186084655038464 - 2023/05/11**

**1578186084655038464**  5/10/2023, 6:31 PM

Your ugly as sin and my president would never go for someone as old and ugly as you you ugly piece of demonrat GODLESS, BRAINLESS, SOULLESS, LYING, THIEVING, CHEATING, MURDERING, PEDOPHILE, CHILD GROOMING, RAPIST, CRIMINAL, RACIST, FACIST, SATAN WORSHIPPING NAZI filthy scum. So do us a favor you Filthy whore and stick a gun in your mouth and pull the trigger and send yourself to HELL NOW WHERE ALL YOU DEMONRAT FILTH ARE GOING AND BELONG