# EXHIBIT 19

**January 11, 2024 Press Conference**

*32:35 – 32:41*

**Donald Trump**: I have no idea who this woman is. I have absolutely no idea. The whole thing is ridiculous.



PLAINTIFF's EXHIBIT
**PX-149-T**
20 Civ. 7311 (LAK)