# EXHIBIT 21

PageVault

| | |
|---|---|
| Document title: | Truth Details \| Truth Social |
| Capture URL: | https://truthsocial.com/@realDonaldTrump/posts/111765973827837317 |
| Page loaded at (UTC): | Wed, 17 Jan 2024 00:46:53 GMT |
| Capture timestamp (UTC): | Wed, 17 Jan 2024 00:48:14 GMT |
| Capture tool: | 10.41.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | anoPuYT3nnY8JhLGXxRzi6 |
| User: | kh-admin |

PDF REFERENCE #:    4y2Lx7r1Ar3mX4S6hkqCx6

PLAINTIFF's EXHIBIT
**PX-160**
20 Civ. 7311 (LAK)



TRUTH. Email or username Password Log in

Home

Discover

# Truth Details

1310 replies

Trending

Donald J. Trump
@realDonaldTrump

After a historic win in Iowa, I am going to the Biden encouraged Witch Hunt in Lower Manhattan to fight against a FAKE Case from a woman I have never met, seen, or touched (Celebrity Lines don't count!). Naturally, it starts right after Iowa, and during the very important New Hampshire Primary where, despite their sinister attempts, I will be tonight! It is a giant Election Interference Scam, [redacted] I had no idea who this woman was. PURE FICTION!

**4.16k** ReTruths **13.9k** Likes Jan 16, 2024, 1:56 PM

Reply ReTruth Like

**Continue the conversation**

Join Truth Social to get the full story and details.

Log in

Sign up

**New to Truth Social?**

Sign up now to discuss what's happening.

Sign up

Proudly made in the United States of America.

**New to Truth Social?**

Sign up now to discuss what's happening.

Log in Sign up

Document title: Truth Details | Truth Social
Capture URL: https://truthsocial.com/@realDonaldTrump/posts/111765973827837317
Capture timestamp (UTC): Wed, 17 Jan 2024 00:48:14 GMT