# EXHIBIT 22

**January 17, 2024 Press Conference**

*00:10 - 0034*

**Donald Trump:** The witness today, the person I never knew, I never had anything to do with, it's a totally rigged deal, this whole thing is rigged—election interference. But, this is a person I have no idea—until this happened obviously—I have no idea who she was, and nor could I care less. It's a rigged deal, it's a made-up, fabricated story.



PLAINTIFF's EXHIBIT
**PX-164-T**
20 Civ. 7311 (LAK)