# EXHIBIT 23

**Page Vault**

| | |
|---|---|
| Document title: | Truth Details \| Truth Social |
| Capture URL: | https://truthsocial.com/@realDonaldTrump/posts/111775416185647393 |
| Page loaded at (UTC): | Sat, 20 Jan 2024 21:09:25 GMT |
| Capture timestamp (UTC): | Sat, 20 Jan 2024 21:09:55 GMT |
| Capture tool: | 10.41.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | 16VrHzsvwMPKiwXrRiNFQZ |
| User: | kh-admin |

PDF REFERENCE #:        2CxAtFz3QFoCqed4ok5aJe

PLAINTIFF's EXHIBIT

**PX-165**

20 Civ. 7311 (LAK)

TRUTH.

Email or username Password Log in

Home

Discover

## Truth Details

1594 replies

Trending

**Donald J. Trump**
@realDonaldTrump

I've said it once & I'll say it again, a thousand times. Until this ridiculous Hoax was revealed to me by the Fake News Media, I never heard of E. Jean Carroll, never had anything to do with her, never would want to have anything to do with her, [redacted] & NEVER TOUCHED HER, OR IN ANY WAY WOULD WANT TO TOUCH HER. The whole story is a MADE UP & DISGUSTING HOAX! [redacted]

**4.62k** ReTruths **16.8k** Likes Jan 18, 2024, 5:58 AM

Reply ReTruth Like

**Continue the conversation**

Join Truth Social to get the full story and details.

Log in

Sign up

**New to Truth Social?**

Sign up now to discuss what's happening.

Sign up

Proudly made in the United States of America.

**New to Truth Social?**
Sign up now to discuss what's happening.
Log in Sign up

Document title: Truth Details | Truth Social
Capture URL: https://truthsocial.com/@realDonaldTrump/posts/111775416185647393
Capture timestamp (UTC): Sat, 20 Jan 2024 21:09:55 GMT

