# EXHIBIT 24

PageVault

| | |
|---|---|
| Document title: | Truth Details \| Truth Social |
| Capture URL: | https://truthsocial.com/@realDonaldTrump/posts/111789825992370683 |
| Page loaded at (UTC): | Sat, 20 Jan 2024 20:02:36 GMT |
| Capture timestamp (UTC): | Sat, 20 Jan 2024 20:03:16 GMT |
| Capture tool: | 10.41.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | ad3oT9WybE5YGoQ72vUGnq |
| User: | kh-admin |

PDF REFERENCE #:       f62CqrQQwBaGrmRLxJ9vtp

PLAINTIFF's EXHIBIT
**PX-166**
20 Civ. 7311 (LAK)

← **Truth Details**
365 replies

Trending ⌄

**Donald J. Trump** ✓
@realDonaldTrump

E. Jean Carroll ██████████████████████
████████████████████████ Until the filing of this ridiculous lawsuit against me, I knew nothing about this woman, never heard of her, never touched her, had nothing to do with her. THIS IS A FALSE ACCUSATION ███████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

1.13k ReTruths   3.52k Likes                    Jan 20, 2024, 7:02 PM

Reply    ReTruth    Like    ⋯

**Continue the conversation**
Join Truth Social to get the full story and details.

Log in

Sign up

Proudly made in the United States of America. 🇺🇸

Document title: Truth Details | Truth Social
Capture URL: https://truthsocial.com/@realDonaldTrump/posts/111789825992370683
Capture timestamp (UTC): Sat, 20 Jan 2024 20:03:16 GMT

Page 1 of 1