N.Y.S.D. Case #
20-cv-7311(LAK)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of May, two thousand twenty-four.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2024

E. Jean Carroll,

    Plaintiff- Counter Defendant - Appellee,

v.

Donald Trump, in his personal capacity,

    Defendant-Counter Claimant - Appellant.

**ORDER**

Docket No. 24-644

On March 14, 2024, the Court issued a notice pursuant to Federal Rule of Appellate Procedure 4(a)(4), staying this appeal due to pending motions in the district court.  The district court having denied the motions in an order dated April 25, 2024,

IT IS ORDERED that the stay of this appeal is hereby lifted.  Appellant must file Forms C and D within 14 days of the date of this order.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON  05/01/2024