UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

E. JEAN CARROLL,                                  Civil Action No.:
                                                  1:20-cv-7311-LAK-JLC

        *Plaintiff*,

v.                                                **AMENDED NOTICE OF APPEAL**

DONALD J. TRUMP, in his personal capacity,

        *Defendant*.
------------------------------------------------------------X

      Notice (amended) is hereby given that the Defendant President Donald J. Trump, appeals to the United States Court of Appeals for the Second Circuit from the judgment entered in this action on February 8, 2024 (Doc. 285) ("Final Judgment") awarding Plaintiff compensatory and punitive damages totaling $83,300,000.00, and from all adverse orders, rulings, decrees, decisions, opinions, memoranda, conclusions, or findings preceding, leading to, merged in, or included within the Final Judgment, including the April 25, 2024 Memorandum Opinion (Doc. 338) denying Defendant's post-trial motions, by the Honorable United States District Judge Lewis A. Kaplan.

Dated: New York, New York
       May 15, 2024

                                      */s/ D. John Sauer*
                                      D. John Sauer*
                                      William O. Scharf*
                                      JAMES OTIS LAW GROUP, LLC
                                      13321 North Outer Forty Road, Suite 300
                                      Chesterfield, Missouri 63017
                                      (314) 562-0031
                                      John.Sauer@james-otis.com

                                      *Admitted Pro Hac Vice

                                      *Attorneys for President Donald J. Trump*

## CERTIFICATE OF SERVICE

    I hereby certify that, on May 15, 2024, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

*/s/ D. John Sauer*