## Hecker Fink LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.HECKERFINK.COM

DIRECT DIAL    929.294.2529
DIRECT EMAIL   mferrara@heckerfink.com

September 9, 2024

**BY CM/ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  *Carroll v. Trump*, 20 Civ. 7311 (LAK)

Dear Judge Kaplan,

  On August 8, 2024, Hecker Fink LLP filed a stipulation regarding the substitution of Kaplan Martin LLP for Hecker Fink LLP – formerly Kaplan Hecker & Fink LLP – as counsel for the plaintiff in the above-captioned matter. On August 9, 2024, the Court entered an order granting the stipulated substitution of counsel. Consistent with that order, Hecker Fink respectfully requests that the Court order that Hecker Fink – formerly Kaplan Hecker & Fink – attorneys Joshua Matz, Matthew Craig, Michael Ferrara, and Trevor Morrison be terminated from the docket in this matter.

                Respectfully Submitted,

                Michael Ferrara, Esq.

cc:  Counsel of Record (by ECF)

             SO ORDERED:

             _____
             Hon. Lewis A. Kaplan
             United States District Judge